IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROGER P. JACKSON, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-53 (RGA) |
| | ) | |
| NUVASIVE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ROGER P. JACKSON, M.D.'S MOTION TO DISMISS
NUVASIVE'S INEQUITABLE CONDUCT COUNTERCLAIM AND
TO STRIKE EQUITABLE AFFIRMATIVE DEFENSES**

Pursuant to Federal Rules of Civil Procedures 12(b)(6) and 12(f), Plaintiff Roger P. Jackson, M.D. ("Dr. Jackson"), by and through his undersigned counsel, respectfully moves to dismiss Defendant NuVasive Inc.'s ("NuVasive") Fifth Counterclaim and to strike its Fourth, Fifth, and Sixth equitable affirmative defenses. The specific grounds for this motion are set forth in Dr. Jackson's Opening Brief, submitted herewith.

OF COUNSEL:

Thomas L. Gemmell
Luke T. Shannon
POLSINELLI PC
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
Phone: (312) 819-1900
Fax: (312) 819-1910
tgemmell@polsinelli.com
lshannon@polsinelli.com

Darren E. Donnelly
POLSINELLI LLP
Three Embarcadero Center, Suite 2400
San Francisco, CA  94111
Phone: (650) 461-7700
Fax: (415) 248-2101
ddonnelly@polsinelli.com

POLSINELLI PC

/s/ Stephen J. Kraftschik
Stephen J. Kraftschik (#5623)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
(302) 252-0920
skraftschik@polsinelli.com
*Attorneys for Plaintiff Roger P. Jackson, M.D.*

Aaron M. Levine
POLSINELLI PC
1000 Louisiana St., 64th Floor
Houston, TX 77002
Phone: (713) 374-1600
Fax: (713) 374-1601
alevine@polsinelli.com

January 10, 2023

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROGER P. JACKSON, M.D.,               )
                                      )
              Plaintiff,              )
                                      )
       v.                             )   C.A. No. 21-53 (RGA)
                                      )
NUVASIVE, INC.,                       )
                                      )
              Defendant.              )

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**
**NUVASIVE'S INEQUITABLE CONDUCT COUNTERCLAIM AND**
**TO STRIKE EQUITABLE AFFIRMATIVE DEFENSES**

The Court, upon consideration of the filings and arguments related to Plaintiff Roger

P. Jackson, M.D.'s Motion to Dismiss NuVasive's Inequitable Conduct Counterclaim and to

Strike Equitable Affirmative Defenses ("Motion") and having determined that good cause

exists for the requested relief;

IT IS HEREBY ORDERED, this ___ day of _____, 2023, that the

Motion is GRANTED.  Accordingly, NuVasive's Fifth Counterclaim is dismissed and its

Fourth, Fifth, and Sixth equitable affirmative defenses are stricken with prejudice.


_____
United States District Judge

87602735.2

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 10, 2023, upon the following in the manner indicated:

Daniel M. Silver                                                    *BY ELECTRONIC MAIL*
Alexandra M. Joyce
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com
*Attorneys for Defendant NuVasive, Inc.*

Colin G. Cabral                                                    *BY ELECTRONIC MAIL*
James R. Anderson
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110-2600
(617) 526-9600
ccabral@proskauer.com
jaanderson@proskauer.com
*Attorneys for Defendant NuVasive, Inc.*

Jessica M. Griffith                                                *BY ELECTRONIC MAIL*
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA  90067-3010
(310) 284-4563
jgriffith@proskauer.com
*Attorneys for Defendant NuVasive, Inc.*


*/s/ Stephen J. Kraftschik*

Stephen J. Kraftschik (#5623)