IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROGER P. JACKSON, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-1784 (RGA) |
| | ) |
| SEASPINE HOLDINGS CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| ROGER P. JACKSON, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-53 (RGA) |
| | ) |
| NUVASIVE, INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF WITHDRAWAL OF CO-COUNSEL**

PLEASE TAKE NOTICE that the appearance of Luke T. Shannon of POLSINELLI PC as counsel for plaintiff in the above-referenced matters is hereby withdrawn. Plaintiff will continue to be represented by POLSINELLI PC.

87625257.1

|  | POLSINELLI PC |
|---|---|
| OF COUNSEL: | /s/ Stephen J. Kraftschik |
|  | Stephen J. Kraftschik (#5623) |
| Thomas Gemmell | 222 Delaware Avenue, Suite 1101 |
| Mark T. Deming | Wilmington, DE 19801 |
| Randal S. Alexander | (302) 252-0920 |
| POLSINELLI PC | skraftschik@polsinelli.com |
| 150 North Riverside Plaza, Suite 3000 | *Attorneys for Plaintiff Roger P. Jackson, M.D.* |
| Chicago, IL 60606 |  |
| tgemmell@polsinelli.com |  |
| mdeming@polsinelli.com |  |
| ralexander@polsinelli.com |  |

Aaron M. Levine
POLSINELLI PC
1000 Louisiana St., 64th Floor
Houston, TX 77002
alevine@polsinelli.com

Darren E. Donnelly
POLSINELLI LLP
Three Embarcadero Center, Suite 2400
San Francisco, CA 94111
ddonnelly@polsinelli.com

January 19, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 19, 2023, upon the following in the manner indicated:

Brian P. Egan                                                                                                                *BY ELECTRONIC MAIL*
Cameron P. Clark
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
began@morrisnichols.com
cclark@morrisnichols.com
   *Attorneys for SeaSpine Holdings Corporation*

Chad T. Nitta                                                                                                                *BY ELECTRONIC MAIL*
Jason S. Jackson
Jill E. Beathard
Heather N. Tilley
KUTAK ROCK LLP
1801 California Street, Suite 3000
Denver, CO 80202
(303) 297-2400
chad.nitta@kutakrock.com
jason.jackson@kutakrock.com
jill.beathard@kutakrock.com
heather.tilley@kutakrock.com
   *Attorneys for SeaSpine Holdings Corporation*

87625257.1

| | |
|---|---|
| Daniel M. Silver<br>Alexandra M. Joyce<br>McCarter & English, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, Delaware 19801<br>(302) 984-6300<br>dsilver@mccarter.com<br>ajoyce@mccarter.com<br>  *Attorneys for Defendant NuVasive, Inc.* | *BY ELECTRONIC MAIL* |
| Colin G. Cabral<br>James R. Anderson<br>PROSKAUER ROSE LLP<br>One International Place<br>Boston, MA  02110-2600<br>(617) 526-9600<br>ccabral@proskauer.com<br>jaanderson@proskauer.com<br>  *Attorneys for Defendant NuVasive, Inc.* | *BY ELECTRONIC MAIL* |
| Jessica M. Griffith<br>PROSKAUER ROSE LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA  90067-3010<br>(310) 284-4563<br>jgriffith@proskauer.com<br>  *Attorneys for Defendant NuVasive, Inc.* | *BY ELECTRONIC MAIL* |

                                                        */s/ Stephen J. Kraftschik*

                                                        Stephen J. Kraftschik (#5623)