# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROGER P. JACKSON, M.D., <br><br> Plaintiff, <br><br> v. <br><br> NUVASIVE, INC., <br><br> Defendant. | C.A. No. 21-53 (RGA) |

**STIPULATION AND [PROPOSED] ORDER TO DEFER INDEFINITENESS**

WHEREAS, in accordance with the Scheduling Order entered in this case, the parties filed a Joint Claim Construction Chart on January 3, 2023, in which Defendant NuVasive, Inc. identified certain claim terms as indefinite (D.I. 94);

WHEREAS, the parties are in the process of briefing their claim construction disputes, with the Joint Claim Construction Brief currently due by April 13, 2023, and a hearing on claim construction scheduled for 3:00 p.m. on May 11, 2023; and

WHEREAS, in an effort to streamline the parties' claim construction disputes, Defendant NuVasive, Inc. has agreed not to address indefiniteness of the disputed claim terms during claim construction, and instead has agreed to defer the adjudication of indefiniteness to a later stage in the litigation;

THEREFORE, IT IS STIPULATED AND AGREED, by Plaintiff Roger P. Jackson, M.D. and Defendant NuVasive, Inc., subject to the approval of the Court, that:

1. Neither side will address a construction for the alleged indefiniteness of the terms identified in the Joint Claim Construction Chart (D.I. 94) in their respective claim construction briefs or at the *Markman* hearing.

2

2. Notwithstanding paragraph 1, Defendant reserves the right, and is permitted, to raise the issue of the indefiniteness of those terms at a later stage in the litigation, and may address any construction later raised by Plaintiff.

3. The parties agree that this deferral is made without waiver by any party of any arguments regarding the definiteness of terms.

Date: January 31, 2023

| POLSINELLI PC | MCCARTER & ENGLISH, LLP |
|---|---|
| */s/ Stephen J. Kraftschik*  <br>Stephen J. Kraftschik (#5623)  <br>222 Delaware Avenue, Suite 1101  <br>Wilmington, DE 19801  <br>(302) 252-0920  <br>skraftschik@polsinelli.com | */s/ Alexandra M. Joyce*  <br>Daniel M. Silver (#4758)  <br>Alexandra M. Joyce (#6423)  <br>Renaissance Centre  <br>405 N. King Street, 8th Floor  <br>Wilmington, DE 19801  <br>(302) 984-6300  <br>dsilver@mccarter.com  <br>ajoyce@mccarter.com |
| *Attorneys for Plaintiff Roger P. Jackson, M.D.* | *Attorneys for Defendant NuVasive, Inc* |

IT IS SO ORDERED this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE