IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROGER P. JACKSON, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-53 (RGA) |
| | ) |
| NUVASIVE, INC., | ) |
| | ) |
| Defendant. | ) |

**ROGER P. JACKSON, M.D.'S MOTION TO DISMISS WITH PREJUDICE NUVASIVE'S AMENDED INEQUITABLE CONDUCT COUNTERCLAIM**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Plaintiff Roger P. Jackson, M.D. ("Dr. Jackson"), by and through his undersigned counsel, respectfully moves to dismiss with prejudice Defendant NuVasive Inc.'s ("NuVasive") Amended Inequitable Conduct Counterclaim (Count Five). The specific grounds for this motion are set forth in Dr. Jackson's Opening Brief, submitted herewith.

OF COUNSEL:

Thomas L. Gemmell
POLSINELLI PC
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
Phone: (312) 819-1900
Fax: (312) 819-1910
tgemmell@polsinelli.com

Darren E. Donnelly
POLSINELLI LLP
Three Embarcadero Center, Suite 2400
San Francisco, CA  94111
Phone: (650) 461-7700
Fax: (415) 248-2101
ddonnelly@polsinelli.com

POLSINELLI PC

/s/ Stephen J. Kraftschik
Stephen J. Kraftschik (#5623)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
(302) 252-0920
skraftschik@polsinelli.com
*Attorneys for Plaintiff Roger P. Jackson, M.D.*

92101177.2

Aaron M. Levine
POLSINELLI PC
1000 Louisiana St., 64th Floor
Houston, TX 77002
Phone: (713) 374-1600
Fax: (713) 374-1601
alevine@polsinelli.com

November 13, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROGER P. JACKSON, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-53 (RGA) |
| | ) |
| NUVASIVE, INC., | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE NUVASIVE'S AMENDED INEQUITABLE CONDUCT COUNTERCLAIM**

The Court, upon consideration of the filings and arguments related to Plaintiff Roger P. Jackson, M.D.'s Motion to Dismiss with prejudice NuVasive's Amended Inequitable Conduct Counterclaim ("Motion") and having determined that good cause exists for the requested relief;

IT IS HEREBY ORDERED, this ___ day of _____, 2023, that the Motion is GRANTED. Accordingly, NuVasive's Fifth Counterclaim is dismissed with prejudice.

_____
United States District Judge

92101177.2

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 13, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Daniel M. Silver<br>Alexandra M. Joyce<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, Delaware 19801<br>(302) 984-6300<br>dsilver@mccarter.com<br>ajoyce@mccarter.com<br>*Attorneys for Defendant NuVasive, Inc.* | *BY ELECTRONIC MAIL* |
| Colin G. Cabral<br>James R. Anderson<br>PROSKAUER ROSE LLP<br>One International Place<br>Boston, MA  02110-2600<br>(617) 526-9600<br>ccabral@proskauer.com<br>jaanderson@proskauer.com<br>*Attorneys for Defendant NuVasive, Inc.* | *BY ELECTRONIC MAIL* |
| Jessica M. Griffith<br>Seth H. Victor<br>PROSKAUER ROSE LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA  90067-3010<br>(310) 284-4563<br>jgriffith@proskauer.com<br>svictor@proskauer.com<br>*Attorneys for Defendant NuVasive, Inc.* | *BY ELECTRONIC MAIL* |

*/s/ Stephen J. Kraftschik*
_____
Stephen J. Kraftschik (#5623)

92101177.2