IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROGER P. JACKSON, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 21-53 (RGA) |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| NUVASIVE, INC., | ) | ███████████████ |
| | ) | |
| Defendant. | ) | PUBLIC VERSION FILED: February 14, 2024 |

## THIRD AMENDED COMPLAINT

Roger P. Jackson, M.D. (hereinafter "Plaintiff" or "Dr. Jackson" or "Plaintiff Dr. Jackson"), an individual, by and through his attorneys, for his Third Amended Complaint against NuVasive, Inc., a Delaware corporation (hereinafter "Defendant" or "NuVasive" or "Defendant NuVasive") hereby alleges as follows:

## PARTIES, JURISDICTION AND VENUE

1.      Plaintiff Roger P. Jackson, M.D. is an individual residing at 4706 W. 86th Street, Prairie Village, Kansas 66207.

2.      Defendant NuVasive, Inc. is a Delaware corporation, with its principal place of business located at 4545 Towne Center Court, San Diego, California 92121.  According to the SEC 10K filing, dated December 2019, the "principal executive offices" of NuVasive are located at 7475 Lusk Blvd., San Diego, California 92121.  According to that same filing, NuVasive's "primary self-manufacturing facility, which produces spinal implants and fixation products," is located in West Carrollton, Ohio.  *See* NuVasive "Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934, Form 10-K for the Year Ended December 31, 2019" (hereinafter "NuVasive 10-K"), p. 4, ir.nuvasive.com/node/19716/html (retrieved 9/24/20). NuVasive reports it makes international sales and has an international sales force comprised of directly-employed sales representatives, as well as exclusive distributors and independent sales agents.  *Id*., pp. 9 and 104.

3.      This action arises under the patent laws of the United States, Title 35 of the United

States Code, 35 U.S.C. §§ 1 *et seq.* Consequently, this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4.     Further, this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1367 because the state law claims are so related to the patent infringement claims filed by Dr. Jackson over which this Court has original jurisdiction as to form part of the same case or controversy.

5.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(1) or (2). Venue is also proper in this Court pursuant to 28 U.S.C. § 1400(a) and (b).

6.     NuVasive is subject to personal jurisdiction in this Court under 28 U.S.C. § 1391(c)(2) as NuVasive's principal place of business is within this district.

## THE ASSERTED PATENTS

7.     Plaintiff Dr. Jackson is a pioneering surgeon who focuses on maladies of the spine and is also a prolific inventor in the spinal implant industry. Dr. Jackson has been awarded over three hundred fifty United States patents during a career spanning four decades. Among his many innovations in the field of spinal surgery, Dr. Jackson has developed state-of-the-art patient positioning technologies and multiple spinal implant systems involving rods and connectors that include separately inserted pivotal bone screws incorporating one or more of his patented enabling technologies, as well as instruments and methodologies for using the same with the implant systems and their separately inserted related system components, such as hooks, closures, etc. In particular, Plaintiff Dr. Jackson is the named inventor and sole owner of certain patents, specifically: U.S. Patent No. 8,353,932; U.S. Patent No. 8,696,711; U.S. Patent No. 9,788,866; U.S. Patent No. 10,335,200; U.S. Patent No. 10,561,444; U.S. Patent No. 10,722,273; U.S. Patent No. 9,808,292; and, U.S. Patent No. 11,051,856. Collectively, these patents will be referred to herein as the "Asserted Patents."

8.     The Asserted Patents generally relate to spinal implant systems composed of separately inserted components used to fixate or align vertebrae of a patient by attachment thereto. Each of the Asserted Patents has been duly and legally issued, is valid and enforceable pursuant to 35 U.S.C. § 282 and all right, title and interest is solely owned by Plaintiff Dr. Jackson.

9.      Plaintiff Dr. Jackson has satisfied the requirements of 35 U.S.C. § 287(a).  As Dr. Jackson does not manufacture and sell products covered by the Asserted Patents, he himself does not have an obligation under § 287(a) to mark.  However, Dr. Jackson has granted licenses to certain of the Asserted Patents and those licensees are obligated to mark products they manufacture or sell covered by the licensed patents, and to Dr. Jackson's knowledge do so.  Moreover, Dr. Jackson, as detailed below, provided actual notice to Defendant on or before March 7, 2019.

10.      Furthermore, Plaintiff Dr. Jackson provided actual notice of the Asserted Patents to Defendant NuVasive prior to the filing of this Complaint, as detailed below.

### U.S. Patent No. 8,353,932

11.      Plaintiff owns all right, title and interest in U.S. Patent No. 8,353,932 (the `932 patent), entitled "Polyaxial Bone Anchor Assembly with One-Piece Closure, Pressure Insert and Plastic Elongate Member."  The `932 patent duly and lawfully issued on January 15, 2013, with Roger Jackson as the sole named inventor.  The `932 patent issued from Application No. 12/229,207, which was filed on August 20, 2008 and on its face ultimately claims priority to a collection of non-provisional applications and provisional applications, the earliest of which is U.S. Provisional Application 60/722,300, filed on September 30, 2005.  A true and correct copy of the `932 patent is attached hereto as **Exhibit 1**.

### U.S. Patent No. 8,696,711

12.      Plaintiff owns all right, title and interest in U.S. Patent No. 8,696,711 (the `711 patent), entitled "Polyaxial Bone Anchor Assembly with One-Piece Closure, Pressure Insert and Plastic Elongate Member."  The `711 patent duly and lawfully issued on April 15, 2014, with Roger Jackson as the sole named inventor.  The `711 patent issued from Application No. 13/507,802, which was filed on July 30, 2012 and on its face ultimately claims priority to a collection of non-provisional applications and provisional applications, the earliest of which is U.S. Provisional Application 60/722,300, filed on September 30, 2005.  A true and correct copy of the `711 patent is attached hereto as **Exhibit 2**.

### U.S. Patent No. 9,788,866

93227924.2

13.     Plaintiff owns all right, title and interest in U.S. Patent No. 9,788,866 (the `866 patent), entitled "Polyaxial Bone Screw with Shank Articulation Pressure Insert and Method."  The `866 patent duly and lawfully issued on October 17, 2017, with Roger Jackson as the sole named inventor.  The `866 patent issued from Application No. 15/401,618, which was filed on January 9, 2017 and on its face ultimately claims priority to U.S. Application No. 11/140,343, filed on May 27, 2005.  A true and correct copy of the `866 patent is attached hereto as **Exhibit 3**.

### *U.S. Patent No. 10,335,200*

14.     Plaintiff owns all right, title and interest in U.S. Patent No. 10,335,200 (the `200 patent), entitled "Pivotal Bone Anchor Assembly with Twist-In-Place Insert Having Alignment Notches."  The `200 patent duly and lawfully issued on July 2, 2019, with Roger Jackson as the sole named inventor.  The `200 patent issued from Application No. 15/940,343, which was filed on March 29, 2018 and on its face ultimately claims priority to U.S. Provisional Application No. 60/995,083, file on September 17, 2007.  A true and correct copy of the `200 patent is attached hereto as **Exhibit 4**.

### *U.S. Patent No. 10,561,444*

15.     Plaintiff owns all right, title and interest in U.S. Patent No. 10,561,444 (the `444 patent), entitled "Pivotal Bone Anchor Assembly With Twist-In-Place Insert Having Radially Offset Receiver Engaging Structures."  The `444 patent duly and lawfully issued on February 18, 2020, with Roger Jackson as the sole named inventor.  The `444 patent issued from Application No. 16/411,826, which was filed on May 14, 2019 and on its face ultimately claims priority to U.S. Provisional Application No. 60/994,083 filed on September 17, 2007. A true and correct copy of the `444 patent is attached hereto as **Exhibit 5**.

### *U.S. Patent No. 10,722,273*

16.     Plaintiff owns all right, title and interest in U.S. Patent No. 10,722,273, the (`273 patent), entitled "Bone Anchor Assembly with Twist-In-Place Pressure Insert."  The `273 patent duly and lawfully issued on July 28, 2020, with Roger Jackson as the sole named inventor.  The `273 patent issued from Application No. 16/371,423, which was filed on April 1, 2019 and on its

93227924.2

face ultimately claims priority to Application No. 11/140,343, filed on May 27, 2005. A true and correct copy of the `273 patent is attached hereto as **Exhibit 6**.

### *U.S. Patent No. 9,808,292*

17.    Plaintiff owns all right, title and interest in U.S. Patent No. 9,808,292 (the `292 patent), entitled "Cannulated Polyaxial Screw." The `292 patent duly and lawfully issued on November 7, 2017, with Roger Jackson as the sole named inventor. The `292 patent issued from Application No. 14/868,213, which was filed on September 28, 2015 and on its face ultimately claims priority to Application No. 10/464,633, filed on June 18, 2003. A true and correct copy of the `292 patent is attached hereto as **Exhibit 7**.

### *U.S. Patent No. 11,051,856*

18.    Plaintiff owns all right, title and interest in U.S. Patent No. 11,051,856 (the '856 patent), entitled "Pivotal Bone Anchor Receiver with Upper Tool Engagement Grooves and Inwardly Protruding Insert Engaging Structures." The `856 patent duly and lawfully issued on July 6, 2021, with Roger Jackson as the sole named inventor. The `856 patent issued from Application No. 17/069,205, which was filed on October 13, 2020 and on its face ultimately claims priority to Provisional Application No. 61/000,964, filed on October 30, 2007. A true and correct copy of the `856 patent is attached hereto as **Exhibit 27.**

### **NUVASIVE'S UNAUTHORIZED USE OF THE ASSERTED PATENTS**

19.    NuVasive is a publicly traded medical device company listed on the NASDAQ and based in San Diego, California.

20.    According to the NuVasive 10-K, dated December 31, 2019, NuVasive is "a leading medical device company in the global spine surgery market, focused on developing minimally disruptive surgical products and procedurally integrated solutions for spine surgery. [NuVasive's] currently marketed product portfolio focuses on applications for spine fusion surgery, including ancillary products and services used to aid in the surgical procedure." *See* NuVasive 10-K, p. 44.

5

21.     NuVasive's website stated that "[t]hrough the integration of industry-leading procedures and enabling technologies, we advance the standard of care to help hundreds of thousands of patients each year.  Our commitment is to deliver the safest, most efficient technology in the OR to help improve clinical and economic outcomes."  *See* "Transform outcomes through best-in-class technology," nuvasive.com/about (retrieved September 24, 2020).

22.     NuVasive's business strategy centered on the "Maximum Access Surgery" platform, referred to by NuVasive as the "MAS" platform.  According to the NuVasive 10-K filing, NuVasive's "procedurally integrate[d] solutions use innovative, technological advancements and a minimally disruptive surgical platform called Maximum Access Surgery, or MAS, to provide surgical efficiency, operative reliability, and procedural versatility.  For the year ended December 31, 2019, [NuVasive] generated global revenues of $1.17 billion, including sales in more than 50 countries."  *See* NuVasive 10-K, at p. 3.

23.     Of NuVasive's 2019 revenue of $1.17 billion dollars, approximately $850 million dollars of revenue was generated by NuVasive's "Spinal Hardware," which NuVasive describes as including NuVasive's "implants and fixation products."  *See* NuVasive 10-K, at p. 50.

24.     While the MAS platform has complementary related system components, crucial components of the system include implants: "[NuVasive] offer[s] a range of implants for spinal surgery, which include … fixation products such as customizable rods, plates and screws."  *See* NuVasive 10-K, at p. 3.  NuVasive further explains that it has "many implants and fixation products designed to be used with our MAS platform….  Our fixation offerings include our VuePoint, Armada, Precept and Reline posterior fixation portfolios."  *See* Id., at p. 7.

25.     Central to its strategy, NuVasive plans to "[e]stablish our MAS Platform as the Standard of Care," while at the same time "[c]ontinu[ing] to Develop and Introduce Procedurally Integrated Solutions and New Innovative Products" with a focus on "protect[ing] and defend[ing] the intellectual property related to our innovative products."  *See* NuVasive 10-K, at p. 4.

26.     However, NuVasive recognizes and accepts that its supposedly "innovative products" may include enabling technologies and methodologies that may be covered by the

intellectual property of others, in particular, competitors: NuVasive "products and methods may be covered by patents held by our competitors."  *See* NuVasive 10-K, at p. 11.  Accordingly, NuVasive states that it strategically attempts to "Selectively License or Acquire Complementary Products and Technology."  *See* Id., at p. 5.

27.    In 2008 NuVasive executed a "Development and License Agreement" (the "2008 Agreement") with Dr. Jackson covering certain aspects of the intellectual property developed by Dr. Jackson. Under the 2008 Agreement, Dr. Jackson granted NuVasive patent rights relating to certain polyaxial screw components and configurations (Polyaxial Screw IP), certain minimal and less invasive surgery ("MIS" / "LIS") tools and techniques (MIS IP), as well as relating to certain open receiver implants incorporating closure tops having Helical Flanges and with or without break-off tabs (BOT) or extensions.  These patent rights were granted in exchange for a negotiated upfront royalty payment and a reduced running royalty based on Net Sales.

28.    Between June 2009 and February 2011, NuVasive filed several provisional and non-provisional patent applications for certain technologies with Dr. Jackson as the lead inventor, but subsequently these applications were believed to be abandoned by NuVasive.

29.    In 2014, the 2008 Agreement was replaced with the "Amended and Restated Development and License Agreement" (the "2014 Agreement").  The negotiations that led to the 2014 Agreement began in or around August 2014.  Keith Valentine, Jason Hannon, and Jonathan Spangler of NuVasive, among others, engaged in negotiations, in some cases directly, with Dr. Jackson and made certain representations and produced documents for presumptive future sales of NuVasive products expected to use the subject technologies.

30.    In the 2014 Agreement, Dr. Jackson agreed to assign some patent rights to NuVasive for technologies Dr. Jackson had previously only licensed to NuVasive as part of the 2008 Agreement.  These assigned patent rights were limited to the "MIS IP," the "Polyaxial Screw IP," and the limited open receiver "Top Notch IP" embodiments, as those terms are defined in the 2014 Agreement and found in the Patent Assignment.  NuVasive did not have any previous rights to "Top Notch IP" based on the 2008 Agreement. Dr. Jackson also granted to NuVasive certain

93227924.2

continued license rights relating to the "Helical Flange" products, to the "BOT Implant" products, and to "Instruments and Methodologies," as those terms and embodiments were understood in the 2008 Agreement and defined in the 2014 Agreement.  Additionally, Dr. Jackson granted NuVasive a covenant not-to-sue NuVasive or its customers covering the specific rights for the technologies he assigned and licensed to NuVasive and the "Related System Components," as that term appears and is defined in the 2014 Agreement. In exchange for these technology rights, NuVasive "bought out" Dr. Jackson's certain rights to a running royalty for the existing products incorporating these technologies under the 2008 Agreement with a one-time payment to Dr. Jackson, which included licensed rights to use the Helical Flange technology on certain future products that would incorporate new technologies and screw configurations.

31.     Importantly, neither the original 2008 Agreement nor the 2014 Agreement granted or assigned NuVasive rights to *all* of Dr. Jackson's many other or additional innovative and enabling device technologies and combinations thereof relating to spinal implants, including NuVasive's.  These other independent and combined technologies were not offered to NuVasive at the time, were not requested by NuVasive to be included within its assigned or licensed rights, or were still under development by Dr. Jackson.  For example, NuVasive was aware in 2014 that it had not acquired Dr. Jackson's Twist-In-Place ("TIP") insert technology with its different embodiments.  NuVasive was also aware that Dr. Jackson had licensing and development agreements with other companies in the market involving his independent and combined enabling technologies. Further, Dr. Jackson did not know what specific type of rod-engaging lower pressure insert NuVasive was using in its products at that time.

32.     Based on conversations with NuVasive's Jonathan Spangler and Keith Valentine, Dr. Jackson was led to believe that NuVasive's motivation to "buy out" Dr. Jackson's rights under the 2008 Agreement was due to the foreign royalty rate structure combined with NuVasive's lower margins on foreign sales relating to NuVasive's Precept and Armada product lines.  During the negotiations, NuVasive led Dr. Jackson and his attorney to believe that NuVasive intended to introduce a new "flagship" product that would replace, *inter alia*, the Precept and Armada spinal

systems in the United States and that NuVasive would move the bulk of its Precept and Armada sales overseas, thereby sunsetting the utilization and exploitation with decreasing sales of the Jackson "Polyaxial Screw IP" involving Dr. Jackson's compound articulating retainer technology in these discussed spinal systems, both abroad and domestically.

33.     From their negotiations, Dr. Jackson understood NuVasive would use his licensed Helical Flange technology on certain products in the future, and in accordance with the terms of the Patent Assignment, but it was never disclosed to him that various configurations of NuVasive's new product line would use his compound articulation technology in combination therewith. Instead, Dr. Jackson was led to believe that NuVasive's new "flagship" product (now known to Dr. Jackson to be "Reline") would *not* use his compound articulation technology. Indeed, NuVasive included royalty figures for Precept and Armada (but not "Reline") in the manipulated buy-out projections it disclosed to Dr. Jackson. ███████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
███████████   ████████████████████████████████
████████████████████████████████████████████
████████████████████████████████

34.     During the negotiations leading to the 2014 Agreement, Dr. Jackson expressed concern that he was losing the benefit of his bargain with NuVasive.  Dr. Jackson viewed NuVasive as having received favorable royalty rates and treatment for sales made in the United States, which he would make up for through relatively higher royalties on foreign sales – precisely what NuVasive wanted to renegotiate.

35.     In or around late September 2014, NuVasive's Keith Valentine sent Dr. Jackson two royalty buyout models.  One model was based on a continued licensing of the Armada and Precept product lines through the life of the licensed patents; the second model was based on phasing out Armada and Precept and replacing them with redesigned future products.  Neither model included any projected revenue for NuVasive's Reline product line.  Both models included

data relating to sales of Armada and Precept – products that use Dr. Jackson's compound articulation technology – but omitted any reference or projections based on sales of Reline. Though Dr. Jackson understood that some future products may incorporate his Helical Flange technology, NuVasive led him to believe that NuVasive's forthcoming flagship product would not use his compound articulation technology, or would design around it. NuVasive also led him to believe that NuVasive planned to discontinue use of Dr. Jackson's MIS technologies.

36.    Yet, unbeknownst to Dr. Jackson, on September 5, 2014, NuVasive filed a Section 510(k) premarket notification of intent to market its Reline product. [https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpmn/pmn.cfm?ID=K142499]. NuVasive had previously filed a trademark application for "Reline" on February 26, 2014. [https://tmsearch.uspto.gov/bin/showfield?f=doc&state=4807:mgqy9j.2.9]. These filings demonstrate that at that time NuVasive was negotiating to buy Dr. Jackson out, NuVasive had already substantially developed Reline (with some testing), and that at least some versions thereof would include, at a minimum, both Dr. Jackson's Helical Flange and compound articulation technologies. Therefore, at the same time NuVasive admitted (to the FDA) its intent to continue to use Dr. Jackson's compound articulation technologies in its future products, NuVasive had represented to Dr. Jackson that wasn't going to be the case.

37.    The information NuVasive provided Dr. Jackson about and including its royalty "projections" were a material inducement for Dr. Jackson to enter into the 2014 Agreement with NuVasive. The projections were supposed to accurately identify the products NuVasive planned to continue to make and sell that use Dr. Jackson's technologies and NuVasive's financial expectations related thereto. Had NuVasive accurately included (and not withheld) projections to include Reline, Dr. Jackson would have insisted on the running royalties he was entitled to under the 2008 Agreement, or bargained for a much larger one-time buy-out payment in connection with the 2014 Agreement.

38.    As negotiations continued, NuVasive became very eager to finalize and execute documents and make the buyout payment to Dr. Jackson before the end of year 2014. During a

November 6, 2014, telephone conference, Keith Valentine framed NuVasive's eagerness as being driven by tax considerations; however, NuVasive was, at least in part, if not primarily, motivated to finalize a new agreement with Dr. Jackson before information concerning Reline became generally visible. Upon information and belief, NuVasive rushed the negotiations through to keep Dr. Jackson in the dark about their plans to use his technology in the Reline system and avoid paying him the proper buyout sum.

39.     As mentioned above, while NuVasive was negotiating with Dr. Jackson, the design for Reline had been sufficiently finalized such that NuVasive sought FDA pre-market clearance in September of 2014.  Indeed, online FDA records indicate that its first clearance was granted on November 19, 2014.  NuVasive filed a second pre-market clearance request for Reline on December 24, 2014.  Accordingly, the development of and planning relating to Reline (NuVasive's future flagship product) was much more advanced than NuVasive portrayed in September through December 2014.

40.     At the same time the parties were involved in buy-out negotiations, NuVasive was prosecuting to issuance patent applications – that Dr. Jackson believed had previously gone abandoned – that relied upon one or more patent applications that originally listed Dr. Jackson as an inventor.  For example, U.S. Patent No. 8,876,869 (the "'869 Patent") issued on November 4, 2014, with NuVasive as the assignee.  Applications upon which the `869 patent is based included Dr. Jackson as a named inventor.  Indeed, the `869 patent discloses aspects of several technologies developed by Dr. Jackson, including aspects of his compound articulation technology.  During prosecution of the `869 patent (and its predecessors), NuVasive filed petitions to keep these applications from publishing until issuance.  NuVasive dropped Dr. Jackson as an inventor in the application directly giving rise to the `869 patent.  Accordingly, absent affirmative disclosure by NuVasive, Dr. Jackson assumed that NuVasive had abandoned this line of applications, which further reinforced the illusion created by NuVasive that it was moving away from Dr. Jackson's technology.

41.     Through these actions, NuVasive misled, misrepresented, omitted, suppressed and

withheld key information from Dr. Jackson during the 2014 negotiations.  Had NuVasive informed Dr. Jackson of its existing and on-going product design (as generally supported by at least the FDA filings), its now-apparent continuing interest in his compound articulation technology beyond products it was sun-setting (as generally supported by at least the pending patent applications), and its plans and intentions regarding future products, including Reline, Dr. Jackson would not have entered into the 2014 Agreement as written.  Instead, Dr. Jackson would have asked to inspect the Reline design, which would have resulted in requests for sales projections based on Reline and a correspondingly higher buyout price, or, alternatively, Dr. Jackson's refusal to renegotiate the 2008 Agreement.

42.     Dr. Jackson entered into the 2014 Agreement in reliance upon the representations of, *inter alia*, Messrs. Valentine, Hannon and Spangler concerning the relevant products as evidenced by the financial projections provided to him, as well as their representations to him that NuVasive was phasing out and moving overseas products that use his compound articulation technology.

43.     On March 7, 2019, Dr. Jackson sent a letter to Michael Doyle, then NuVasive's Vice President and Chief Intellectual Property Counsel, in which he offered NuVasive a license to the technologies and embodiments claimed by the Asserted Patents.

44.     In that March 7, 2019, letter, Dr. Jackson specifically offered to license to NuVasive "various patent families" directed to a "non-threaded, twist-in-place insert for a polyaxial screw ('TIP Insert Technology') and a cannulated polyaxial screw ('Cannulated Polyaxial Screw Technology')."

45.     By March 7, 2019, Dr. Jackson had come to believe that one or more types of his enabling TIP Insert Technology with or without a friction fit were being used in *at least* NuVasive's Armada and Precept product lines, and most likely one or more versions of the Reline products, and for which NuVasive required a license.

46.     The March 7, 2019 letter specifically identified, among others: U.S. Patent No. 8,353,932; U.S. Patent No. 9,788,866; and U.S. Patent No. 10,335,200.  These patents were

directly and specifically called out by patent number or by application serial number.

47.     Other patents were identified more indirectly.   In the case of U.S. Patent No. 10,561,444 and U.S. Patent No. 10,722,273, these patents were identified indirectly as they are members of Dr. Jackson's "various patent families" relating to "TIP Insert Technology." Moreover, these patents are the descendants of other patents that were specifically identified by serial number.  For example, U.S. Patent No. 8,696,711 is based on a continuation of U.S. Patent No. 8,353,932.  Likewise, U.S. Patent No. 10,561,444 is based on a continuation of U.S. Patent No. 10,335,200.  Similarly, U.S. Patent No. 10,722,273 is based on a continuation of U.S. Patent No. 9,788,866.

48.     NuVasive declined to discuss additional license rights with Dr. Jackson. Accordingly, NuVasive lacks the necessary additional license rights offered by Dr. Jackson that would allow NuVasive to lawfully manufacture, distribute and offer for sale and sell certain of its implant products, such as the products accused of infringement herein.

49.     Collectively, at this time, the NuVasive Armada, Precept, Reline, SpheRx, SpheRx II, SpheRx III and VuePoint screw products constitute the known "Accused Products" and infringe one or more claims of the Asserted Patents as set forth below.

50.     Generally, each of the Accused Products known to Dr. Jackson at this time, is designed, manufactured and sold by NuVasive to treat one of several spinal conditions, such as Cervical and Lumbar Degenerative Disc Disease, Lumbar Spinal Stenosis, Degenerative and Lytic Spondylolisthesis, Degenerative Scoliosis and other Deformities, Back Pain and Early Onset Scoliosis, trauma and other spinal conditions.  One common denominator in each of these conditions, as well as some additional conditions, is that each can potentially be treated through the mechanical stabilization or fixation of one or more vertebrae of a patient suffering with these types of spinal conditions.

51.     Importantly, one or more of the Accused Products can be sold in at least two states of relative assembly — "modular" and "fully assembled."  Modular screws are those assemblies that are shipped from NuVasive with a receiver assembly having a pre-loaded installed retainer

93227924.2

and a type of twist-in-place insert engageable with a rod, while the shank is not attached to the receiver assembly.  This permits the surgeon to use shanks of different types or lengths with the pre-assembled receiver, retainer and insert.  Among other benefits, this modular assembly allows the surgeon to work on the spine without having the receiver in the way.  Alternatively, fully assembled screws sold by NuVasive include a pre-assembled shank in addition to the receiver, retainer and insert.  This fully assembled screw saves the surgeon some time with the trade-off of having to work around the receivers.  Fully assembled screws can more readily provide a pre-lock friction fit feature with the twist-in-place insert engaging the shank head in the receiver. This can make working with the related components (i.e., rods, hook, and connectors) in the system easier.

52.     As detailed below, both the modular and fully assembled states infringe the asserted claims.  As detailed below, fully assembled screws directly infringe all claims pursuant to 35 U.S.C. § 271(a) while the modularly assembled screws directly infringe certain claims under § 271(a) and § 271(f), while indirectly infringing other claims under § 271(b).

### *The NuVasive Armada Product:*

53.     NuVasive describes the "Armada spinal system [as being] designed for surgeons treating multiple pathologies, ranging from low-back, degenerative conditions to complex spinal deformities."  *See* NuVasive's "Armada Vertebral Body Derotation Technique Guide", attached hereto as **Exhibit 9**, at p. 1.  According to NuVasive, "Armada provides sophisticated instruments and implants that integrate seamlessly to work in concert with the most advanced surgical techniques."  *See* Id.  The Armada "system is designed to be extremely rigid, yet easily assembled and disassembled to adapt to surgeons' various techniques in the correction of rotational deformities."  *See* Id.  The Armada spinal system provides a wide array of screw implant offerings, including modular and fully assembled screws some with a pre-lock friction fit feature.

54.     NuVasive manufactures, offers for sale and sells the Armada system in a series of "Instrument Trays," where each tray is designed to include the various implants, instruments and components necessary to perform a variety of spinal procedures, as shown below:



**Exhibit 9**, at pp. 2 (left), 16 (right).

55.     NuVasive recommends several styles or variations of implant screws for use in its Armada system, including "Fixed Screws," "Uniplanar Screws" and/or "Provisional Locking Screws." **Exhibit 9**, at p. 2. The "Provisional Locking Screws" in particular are described as "providing the flexibility of a polyaxial screw with the corrective capability of a fixed screw," as





93227924.2

depicted                                                                                                       below:
*See* Id. at p. 2 (left); *see also* NuVasive's "Grandes Aplicacoes com Processo Sofisticado," at p. 6 (right), hereinafter **Exhibit 25**.  Upon information and belief, such polyaxial screws can be sold "modular" and "fully assembled."

56.     Further, the Armada system makes use of cylindrical rods that connect multiple bone anchors, as shown below:



**Exhibit 9**, at p. 4.

57.     The rod-engaging inserts used in the bone anchors of the Armada system, upon information and belief, have a top surface with a pair of tool interface notches or slots so that they can be twisted or rotated in place within the receiver until outer surfaces of the insert become engaged with inner surfaces or features of the receiver in an overlapping arrangement to inhibit further movement – vertically and rotationally – of the insert relative to the receiver.

### *The NuVasive Precept Product:*

58.     Similarly, to the Armada product, discussed above, NuVasive describes the Precept spinal system as "consist[ing] of a variety of polyaxial screws, reduction screws, offset connectors, rods, locking nuts, and transverse connectors."   *See* NuVasive "Special 510k Premarket Notification – NuVasive Precept Spinal System," attached hereto as **Exhibit 10**, p. 1.  "Implant components can be rigidly locked into a variety of different configurations to suit the individual pathology and anatomical conditions of the patient." *See* Id.

93227924.2

59.     Depicted below, the Precept product is in various stages and views of implantation:

*See* NuVasive "Brigade Standalone ALIF Surgical Technique" attached hereto as **Exhibit 11**, at




**Precept® - Practical, Elegant MAS® Fixation**
- Market Differentiating Implant Design
- Advanced Guide Technology
- Refined Rod Passage
- Elegant Reduction Options
- Powerful Compression/Distraction
- Multifunctional Instruments to Reduce Steps

*Recommended if fewer than maximum number of screws accommodated by the Brigade implant are used.*




p. 3 (top); *see also* Screenshot from "MAS Fixation Patient Education Animation" dated January 10, 2019 by "NuVasiveInc" channel, www.youtube.com/watch?v=LC2Y5jT9RQU (retrieved September 24, 2020) at 0:49 (bottom left), at 1:46 (bottom right).  Upon information and belief, Precept screws can be sold "modular" and "fully assembled."

60.     The rod-engaging inserts used in the bone anchors of the Precept system, upon information and belief, have a top surface with tool interface notches or slots so that they can be twisted or rotated in place within the receiver until outer surfaces of the insert become engaged with inner surfaces or features of the receiver in an overlapping arrangement to inhibit further movement – vertically and rotationally – of the insert relative to the receiver.  The Precept screw shank is cannulated and the shank head is engaged by the insert.

### *The NuVasive Reline Product:*

61.     NuVasive states "[t]he Reline portfolio represents an evolution of posterior fixation

technology designed to facilitate the preservation and restoration of patient alignment, while addressing a vast array of spinal pathologies from an open, MAS®, or hybrid approach." *See* https://www.nuvasive.com/procedures/featured-offerings/reline/ (retrieved October 12, 2020). The Reline suite of instrumentation is designed for procedural versatility with its implants accommodating multiple rod diameters and materials. *See* Id.   Upon information and belief, NuVasive has manufactured, offered for sale and sold at least two versions or variations of the Reline product, Reline I and Reline II.  Collectively, these products will be referred to simply as the "Reline" product for the purposes of the allegations of this Complaint unless otherwise specified.

      62.    As depicted below, with post-operative lateral and frontal radiographs, the NuVasive Reline product is shown installed in a patient:



*See* NuVasive's "Medialized Minimally Disruptive Procedure Newsletter" for March 29, 2018, attached hereto as **Exhibit 12**, at p. 1.

93227924.2

63.     Further, as depicted below, the NuVasive Reline system is shown in a separate or stand-alone configuration as would be installed in a patient (left) and also with some of the instruments used to install and adjust the Reline implants (right):



*See* NuVasive's "An Introduction to Posterior Fixation for the Thoracolumbar Spine," copyright 2017, attached hereto as **Exhibit 13**, at p.7 (left); *see also* www.nuvasive.com/wp-content/uploads/2017/02/iga_obro_i_reline_rod_screws.png (retrieved September 24, 2020) (right).   The rod-engaging inserts used in at least some of the bone anchors of the Reline system, upon information and belief, have a top surface with tool interface notches or slots so that they can be twisted or rotated in place within the receiver until outer surfaces of the insert become engaged with inner surfaces or features of the receiver in an overlapping arrangement to inhibit further movement – vertically and rotationally – of the insert relative to the receiver.   Further, upon information and belief, the Reline screws can be sold "modular" and "fully assembled."

### *The NuVasive SpheRx Products:*

64.     NuVasive describes the SpheRx system as being "[d]esigned for and dedicated to open pedicle screw fixation." *See* NuVasive's "SpheRx II Unique Spherical Rod Design", copyright 2014, attached hereto as **Exhibit 14**, at p. 1. The system includes polyaxial screws that couple with both spherical end rods and conventional cylindrical rods. Utilizing the spherical end rods permits "[n]o rod overhang at the superior end of the construct[.]" *See* Id.  Such a design "[m]inimize[s] incidence of adjacent level disease and facet joint impingement." *See* Id.

93227924.2

65.     Upon information and belief, NuVasive has manufactured, offered for sale and sold different versions of polyaxial screws for the SpheRx system, namely: the SpheRx or SpheRx DBR; SpheRx PPS; SpheRx II, SpheRx PPS, or SpheRx DBR II; and, SpheRx III or SpheRx DBR III.  A substantial design change appears to have been made between the SpheRx and SpheRx II/III polyaxial screw versions.  Unless otherwise specified, the SpheRx II and SpheRx III products will collectively be referred to hereinafter as the "SpheRx" for the purposes of the allegations of this Complaint to reflect this design change.

66.     The SpheRx screw products, upon information and belief, have a compound articulation-type retainer and a type of twist-in-place insert with two upwardly facing surfaces to accommodate both spherical and cylindrical end rods.  Upon information and belief, the rod-engaging inserts used in the bone anchors of the SpheRx systems have a top surface with tool interface notices or slots so that they can be twisted or rotated in place within the receiver until outer surfaces of the insert become engaged with inner surfaces or features of the receiver in an overlapping arrangement to inhibit further movement – vertically and rotationally – of the insert relative to the receiver.

67.     Depicted below, the SpheRx DBR II and SpheRx DBR III screw (as they share a receiver design) are shown assembled using a spherical end (ball) rod (left) and shown assembled in various polyaxial configurations (right):



*See* **Exhibit 14** at p. 2.  Upon information and belief, the SpheRx screws can be sold "modular" and "fully assembled."

### *The NuVasive VuePoint Product:*

68.     NuVasive describes its VuePoint (hereinafter "VuePoint") screw products comprise a system that provides: "[c]olor-coded, friction-fit, polyaxial screw heads [that] promote easy identification and handling." *See* NuVasive's "VuePoint II Technique Guide," copyright 2015 attached hereto as **Exhibit 26**, at p. 3.  Upon information and belief, NuVasive has manufactured, offered for sale and sold three versions or variations of the VuePoint Product: the VuePoint I, VuePoint II; and, VuePoint OCT.  Collectively, these products will be referred to as the "VuePoint" product for the purposes of the allegations of this Complaint unless otherwise specified.

69.     The NuVasive VuePoint screw products can include polyaxial screw configurations.  As described below, VuePoint's polyaxial screw products can provide 40/40° degrees of angulation and an 80° conical sweep.  *See* Id. at p. 12.

70.     Further, as depicted below, NuVasive highlights the advantages of the VuePoint's friction-fit feature during installation.  According to NuVasive, friction fit "helps eliminate head flop, which is potentially troublesome when aligning a multi-level construct."   *See* Id. at p. 16; *see also:*



*See* Id. at pp. 10 (left), 14 (right).  Upon information and belief, VuePoint screws are sold "fully assembled" in which the rod-engaging insert, having a top surface with tool interface notches or

93227924.2

slots, will have been twisted or rotated in place within the receiver until outer surfaces of the insert will have become engaged with inner surfaces or features of the receiver in an overlapping arrangement and a bottom surface of the insert engaged with the shank head to establish the pre-lock friction fit.

## COUNT ONE

### Infringement of the `932 Patent

71.     Plaintiff repeats and realleges as if fully set forth herein, the allegations contained in all the preceding paragraphs ¶¶ 1 through 70.

72.     As set forth below, NuVasive has infringed and continues to infringe one or more claims of the `932 patent under 35 U.S.C. § 271 by manufacturing, providing, selling, offering to sell, importing and/or distributing without authority the Armada, Precept, Reline, SpheRx as well as the VuePoint screw products:

73.     Specifically, the Armada screw products comprise a "medical implant assembly having at least one polyaxial bone screw attached to a longitudinal connection member" as set forth in claim 1 of the `932 patent when certain components of the Armada screw products are implanted by a surgeon in order to treat one of several spine conditions.  The claim chart attached hereto as **Exhibit 15** details how these assembled components of the Armada screw product directly infringe *at least* claims 1, 22, 31 and 32 of the `932 patent by satisfying each and every limitation of those claims, either literally or under the doctrine of equivalents.

74.     Further, when certain components of the Armada screw products are implanted by a surgeon in order to treat one of several spine conditions the Armada screw products also directly infringe *at least* claims 1, 22, 31 and 32 of the `932 patent.

75.     Specifically, the Precept screw products comprise a "medical implant assembly having at least one polyaxial bone screw attached to a longitudinal connecting member" as set forth in claim 1 of the `932 patent when certain components of the Precept screw products are implanted by a surgeon in order to treat one of several spine conditions.  The claim chart attached hereto as **Exhibit 15** details how these assembled components of the Precept screw products

directly infringes *at least* claims 1, 22, 31 and 32 of the `932 patent by satisfying each and every limitation those claims, either literally or under the doctrine of equivalents.

76.     Further, when the certain components of the Precept screw products are implanted by a surgeon in order to treat one of several spine conditions the Precept screw products also directly infringe *at least* claims 1, 22, 31 and 32 of the `932 patent.

77.     Specifically, the Reline screw products comprise a "medical implant assembly having at least one polyaxial bone screw attached to a longitudinal connecting member" as set forth in claim 1 of the `932 patent when certain components of the Reline screw products are implanted by a surgeon in order to treat one of several spine conditions.  The claim chart attached hereto as **Exhibit 15**, details how these assembled components of the Reline product directly infringes *at least* claims 1, 22, 31 and 32 of the `932 patent by satisfying each and every limitation of those claims, either literally or under the doctrine of equivalents.

78.     Further, when the certain components of the Reline screw products are implanted by a surgeon in order to treat one of several spine conditions the Reline screw products also directly infringe *at least* claims 1, 22, 31 and 32 of the `932 patent.

79.     Specifically, the SpheRx screw products comprise a "medical implant assembly having at least one polyaxial bone screw attached to a longitudinal connecting member" as set forth in claim 1 of the `932 patent when certain components of the SpheRx screw products are implanted by a surgeon in order to treat one of several spine conditions.  The claim chart attached hereto as **Exhibit 15**, details how these assembled components of the SpheRx screw products directly infringe *at least* claims 1, 22, 31 and 32 of the `932 patent by satisfying each and every limitation of those claims, either literally or under the doctrine of equivalents.

80.     Further, when certain components of the SpheRx screw products are implanted by a surgeon in order to treat one of several spine conditions the SpheRx screw products also directly infringe *at least* claims 1, 22, 31 and 32 of the `932 patent.

81.     Specifically, the VuePoint  screw product comprise a "medical implant assembly having at least one polyaxial bone screw attached to a longitudinal connecting member" as set

93227924.2

forth in claim 1 of the `932 patent when certain components of the VuePoint  screw products are implanted by a surgeon in order to treat one of several spine conditions.  The claim chart attached hereto as **Exhibit 16**, details how these assembled components of the VuePoint screw products directly infringe *at least* claim 1 of the `932 patent by satisfying each and every limitation of claim 1, either literally or under the doctrine of equivalents.

82.     Further, when certain components of the VuePoint screw products are implanted by a surgeon in order to treat one of several spine conditions the VuePoint screw products also directly infringe *at least* claim 1 of the `932 patent.

83.     NuVasive had actual knowledge of the `932 patent and NuVasive's unauthorized use thereof as Dr. Jackson offered a license to NuVasive under the `932 patent – including specifically claim 1 on or about March 7, 2019.  Further, NuVasive, upon information and belief, has the specific intent to encourage surgeons to directly infringe *at least* claims 1, 22, 31 and 32 of the `932 patent by using and/or assembling certain components of the Armada, Precept, Reline and SpheRx, respectively, as discussed above.  Also, NuVasive, upon information and belief, has the specific intent to encourage surgeons to directly infringe *at least* claim 1 of the `932 patent by using and/or assembling certain components of the VuePoint screw products, as discussed above.  NuVasive provides the components used in the completed medical implant assembly for the Armada, Precept, Reline, SpheRx and VuePoint screw products along with instructions and tools to accomplish this assembly.  Consequently, NuVasive induces the infringement of the `932 patent through at least its unauthorized sales of the Armada, Precept, Reline, SpheRx and VuePoint screw products pursuant to 35 U.S.C. § 271(b).

84.     NuVasive's Armada, Precept, Reline, SpheRx and VuePoint screw products and their systems can be sold partially disassembled in their constituent components as part of surgical trays.  These components, such as the "longitudinal connecting member," "shank," "compression insert," etc., as claimed, comprise material components of the "medical implant assembl[ies]" of *at least* claim 1, and are designed, configured and adapted to work with each other and have no substantial purpose other than as part of infringing devices and are accordingly not staple articles

of commerce.  Consequently, NuVasive contributes to the infringement of the `932 patent through at least its unauthorized sales of the surgical trays incorporating the Armada, Precept, Reline, SpheRx and VuePoint screw products pursuant to 35 U.S.C. § 271(c).

85.     Defendant without authority of Plaintiff supplies or has supplied, or causes or has caused to be supplied, in or from the United States all or a substantial portion of the components of one or more of the asserted claims the '932 Patent noted above.  Such components are uncombined in whole or in part as Defendant supplies or supplied them.  Defendant supplies or has supplied such components in such manner as to actively induce the combination of such components outside of the United States in a manner that would infringe the patent if such combination occurred within the United States.  For example, in the Armada, Precept, Reline, SpheRx and VuePoint systems, Defendant has supplied screws and rods that are part of the Armada, Precept, Reline, SpheRx and VuePoint systems in or from the United States and, when supplied, such components are not combined.  *See* **Exhibit 15 and 16**.  The screws and rods constitute a substantial portion of the components of one or more of the asserted claims the '932 Patent noted above.  As another example, Defendant has also supplied "modular" tulip assemblies, screw shanks, and rods, for example in the Reline, Precept, and SpheRx systems.  The screw shanks and rods and/or modular tulip assemblies constitute a substantial portion of the components of one or more of the asserted claims the '932 Patent noted above.  Defendant provides instructions, guides, and other information to induce combining the screws and the rods outside the United States.  *See, e.g.*, **Exhibits 15 and 16**. Defendant also provides instructions, guides, and other information to induce combining a modular tulip assembly with a screw shank, e.g., in the Reline, Precept, and SpheRx systems.  Use, for example, of the Armada, Precept, Reline, SpheRx and VuePoint systems with a patient as indicated and intended by Defendant involves, e.g., combining screws with a rod connecting two or more screws.  *See* **Exhibits 15 and 16**.  In the Precept, Reline, and SpheRx systems, modular tulip assemblies may be employed.  If the combination occurred within the United States, it would directly infringe the '932 Patent, for example as shown in **Exhibits 15 and 16**.  Accordingly, Defendant is liable as an infringer under 35 U.S.C. § 271(f)(1).

93227924.2

86.     Defendant without authority of Plaintiff supplies or has supplied, or causes or has caused to be supplied, in or from the United States one or more components of one or more of the asserted claims the '932 Patent.  Such components are especially made or especially adapted for use in one or more claims of the '932 Patent and Defendant supplied them knowing such component(s) is so made or adapted.  Such component(s) are uncombined in whole or in part as Defendant supplies or supplied them.  Defendant supplies or has supplied such components intending that such component(s) will be combined outside of the United States in a manner that would infringe the patent if such combination occurred within the United States.  For example, in the Armada, Precept, Reline, SpheRx and VuePoint systems, Defendant has supplied screws and rods that are part of the respective Armada, Precept, Reline, SpheRx and VuePoint systems in or from the United States and, when supplied, such components are not combined.  *See* **Exhibit 15 and 16**.  As another example, Defendant has also supplied "modular" tulip assemblies, screw shanks, and rods, for example in the Reline, Precept, and SpheRx systems.  The screws and rods and modular tulip assemblies are especially made or especially adapted for use in the asserted claims of the '932 Patent and are not a staple article or commodity of commerce suitable for substantial noninfringing use, as noted above.  For example, in each of the Armada, Precept, Reline, SpheRx and VuePoint systems, the respective screws and rods only are indicated for use, as part of the respective systems and such indicated use practices one or more of the asserted claims the '932 Patent as exemplified in **Exhibits 15 and 16**.  As another example, in each of the Precept, Reline, and SpheRx systems, the respective screw shanks, modular tulip assemblies and rods only are indicated for use, as part of the respective system and such indicated use practices one or more of the asserted claims the '932 Patent.  Defendant supplies the Armada, Precept, Reline, SpheRx and VuePoint system components knowing and intending they will be used together and thus knowing the components are especially made or adapted for use in such claims.  Defendant provides instructions, tools. guides, and other information to induce combining the rods and screws outside the United States.  For example, use of the Armada, Precept, Reline, SpheRx and VuePoint systems with a patient as indicated and intended by Defendant involves, e.g., combining screws

with a rod connecting two or more screws.  *See* **Exhibits 15 and 16**.  In the Precept, Reline, and SpheRx systems, modular tulip assemblies may be employed.  If the combination occurred within the United States, it would directly infringe the '932 Patent, for example as shown in **Exhibits 15 and 16**.  Accordingly, Defendant is liable as an infringer under 35 U.S.C. § 271(f)(2).

87.    As outlined above, under the totality of the circumstances, NuVasive's infringement of the '932 patent is willful from at least the date of Dr. Jackson's letter of March 7, 2019 offering NuVasive a license to the '932 patent – an offer that NuVasive rejected.

## COUNT TWO

### Infringement of the '711 Patent

88.    Plaintiff repeats and realleges as if fully set forth herein, the allegations contained in all the preceding paragraphs ¶¶ 1 through 87.

89.    As set forth below, NuVasive has infringed and continues to infringe one or more claims of the '711 patent under 35 U.S.C. § 271 by manufacturing, providing, selling, offering to sell, importing and/or distributing without authority the Armada, Precept, Reline, and VuePoint screw products:

90.    Specifically, the Armada screw products comprise a "medical implant assembly having at least one polyaxial bone screw attached to a longitudinal connection member" as set forth in claim 1 of the '711 patent when certain components of the Armada screw products are implanted by a surgeon in order to treat one of several spine conditions.  The claim chart attached hereto as **Exhibit 17** details how these assembled components of the Armada screw products directly infringes *at least* claim 1 of the '711 patent by satisfying each and every limitation of claim 1, either literally or under the doctrine of equivalents.

91.    Further, when the components of the Armada screw products are implanted by a surgeon in order to treat one of several spine conditions the Armada screw products also directly infringe *at least* claim 1 of the '711 patent.

92.    Specifically, the Precept screw products comprise a "medial implant assembly having at least one polyaxial bone screw attached to a longitudinal connection member" as set

forth in claim 1 of the `711 patent when certain components of the Precept screw products are implanted by a surgeon in order to treat one of several spine conditions.  The claim chart attached hereto as **Exhibit 17** details how these assembled components of the Precept screw products directly infringe *at least* claim 1 of the `711 patent by satisfying each and every limitation of claim 1, either literally or under the doctrine of equivalents.

93.     Further, when the certain components of the Precept screw products are implanted by a surgeon in order to treat one of several spine conditions the Precept screw products also directly infringe *at least* claim 1 of the `711 patent.

94.     Specifically, the Reline screw products comprise a "medial implant assembly having at least one polyaxial bone screw attached to a longitudinal connection member" as set forth in claim 1 of the `711 patent when certain components of the Reline screw products are implanted by a surgeon in order to treat one of several spine conditions.  The claim chart attached hereto as **Exhibit 17** details how these assembled components of the Reline screw products directly infringe *at least* claim 1 of the `711 patent by satisfying each and every limitation of claim 1, either literally or under the doctrine of equivalents.

95.     Further, when the certain components of the Reline screw products are implanted by a surgeon in order to treat one of several spine conditions the Reline screw products also directly infringe *at least* claim 1 of the `711 patent.

96.     Specifically, the VuePoint screw products comprise a "medial implant assembly having at least one polyaxial bone screw attached to a longitudinal connection member" as set forth in claim 1 of the `711 patent when certain components of the VuePoint screw products are implanted by a surgeon in order to treat one of several spine conditions.  The claim chart attached hereto as **Exhibit 17** details how these assembled components of the VuePoint screw products directly infringe *at least* claim 1 of the `711 patent by satisfying each and every limitation of claim 1, either literally or under the doctrine of equivalents.

97.     Further, when the certain components of the VuePoint screw products are implanted by a surgeon in order to treat one of several spine conditions the VuePoint screw

products also directly infringe *at least* claim 1 of the `711 patent.

98.     NuVasive had or should have had actual knowledge of the `711 patent and NuVasive's unauthorized use thereof as Dr. Jackson offered a license to NuVasive under the family of patents that included the `711 on or about March 7, 2019.  Further, NuVasive, upon information and belief, has the specific intent to encourage surgeons to directly infringe *at least* claim 1 of the `711 patent by using and/or assembling components of the Armada, Precept, Reline and VuePoint screw products, respectively, as discussed above.   NuVasive provides the components used in the completed medical implant assembly for the Armada, Precept, Reline and VuePoint screw products along with instructions and tools to accomplish this assembly.  Consequently, NuVasive induces the infringement of the `711 patent through at least its unauthorized sales of the Armada, Precept, Reline and VuePoint screw products pursuant to 35 U.S.C. § 271(b).

99.     Further, NuVasive's Armada, Precept, Reline and VuePoint screw products and their systems can be sold partially disassembled in their constituent components as part of surgical trays.  These components, such as the "longitudinal connecting member," "shank," "receiver," "compression insert," etc., as claimed, comprise material components of the "medical implant assembly" of *at least* claim 1, and are designed, configured and adapted to work with each other and have no substantial purpose other than as part of infringing devices and are accordingly not staple articles of commerce.  Consequently, NuVasive contributes to the infringement of the `711 patent through at least its unauthorized sales of the surgical trays incorporating the Armada, Precept, Reline and VuePoint screw products pursuant to 35 U.S.C. § 271(c).

100.    Defendant without authority of Plaintiff supplies or has supplied, or causes or has caused to be supplied, in or from the United States all or a substantial portion of the components of one or more of the asserted claims the '711 Patent.  Such components are uncombined in whole or in part as Defendant supplies or supplied them.  Defendant supplies or has supplied such components in such manner as to actively induce the combination of such components outside of the United States in a manner that would infringe the patent if such combination occurred within

the United States.  For example, Defendant has supplied modular tulip assemblies, screw shanks, and rods that are part of the Reline, Precept, and SpheRx systems in or from the United States and, when supplied, such components are not combined.  *See* Reline MAS Midline Technique Guide (**Exhibit 29**) at, *e.g.*, 14–15; MAS TLIF SpheRx DBR III Modular Surgical Technique Guide (**Exhibit 30**) at, *e.g.*, 22; Precept Technique Guide (**Exhibit 31**) at, *e.g.*, 57–88 (Modular Tray)**.** The modular tulip assemblies and/or screw shanks constitute a substantial portion of the components of one or more of the asserted claims the '711 Patent, as illustrated in **Exhibit 17**. Defendant provides instructions, tools, guides, and other information to induce combining the modular tulip assemblies and screw shanks (and the rods) outside the United States.  For example, use of the Reline, Precept, and SpheRx system with a patient as indicated and intended by Defendant involves, *e.g.*, combining a modular tulip assembly and a screw shank and then connecting two or more combined tulip assemblies and screw shanks with a rod.  **Exhibits 29–31**. If such a combination occurred within the United States, it would directly infringe the '711 Patent, for example as shown in **Exhibit 17**.  Accordingly, Defendant is liable as an infringer under 35 U.S.C. § 271(f)(1).

101.    Defendant without authority of Plaintiff supplies or has supplied, or causes or has caused to be supplied, in or from the United States one or more components of one or more of the asserted claims the '711 Patent.  Such components are especially made or especially adapted for use in one or more claims of the '711 Patent and Defendant supplied them knowing such component(s) is so made or adapted.  Such component(s) are uncombined in whole or in part as Defendant supplies or supplied them.  Defendant supplies or has supplied such components intending that such component(s) will be combined outside of the United States in a manner that would infringe the patent if such combination occurred within the United States.  For example, Defendant has supplied modular tulip assemblies, screw shanks, and rods that are part of the Reline, Precept, and SpheRx systems in or from the United States and, when supplied, such components are not combined.  **Exhibits 29–31**.  The modular tulip assemblies and/or screw shanks are especially made or especially adapted for use in the asserted claims of the '711 Patent

and are not a staple article or commodity of commerce suitable for substantial noninfringing use, as noted above.  For example, the Reline, Precept, and SpheRx modular tulip assemblies and screw shanks are only indicated for use, as part of their respective systems and such indicated use practices one or more of the asserted claims the '711 Patent, as noted above.  Defendant supplies the Reline, Precept, and SpheRx system components knowing and intending they will be used together in the respective systems and thus knowing the components are especially made or adapted for use in such claims.  Defendant provides instructions, tools, guides, and other information to induce combining the modular tulip assemblies and screw shanks (and rods) outside the United States.  For example, use of the Reline, Precept, and SpheRx systems with a patient as indicated and intended by Defendant involves, e.g., combining a modular tulip assembly and a screw shank and then connecting two or more combined tulip and screw shanks with a rod.  If such a combination occurred within the United States, it would directly infringe the '711 Patent, for example as shown in **Exhibit 17**.  Accordingly, Defendant is liable as an infringer under 35 U.S.C. § 271(f)(2).

102.    As outlined above, under the totality of the circumstances, NuVasive's infringement of the `711 patent is willful from at least the date of Dr. Jackson's letter of March 7, 2019 offering NuVasive a license to the `711 patent – an offer that NuVasive rejected.

## COUNT THREE

### Infringement of the `866 Patent

103.    Plaintiff repeats and realleges as if fully set forth herein, the allegations contained in all the preceding paragraphs ¶¶ 1 through 102.

104.    As set forth below, NuVasive has infringed and continues to infringe one or more claims of the `866 patent under 35 U.S.C. § 271 by manufacturing, providing, selling, offering to sell, importing and/or distributing without authority the Armada, Precept, Reline and SpheRx screw products:

105.    Specifically, the Armada screw products comprise a "bone anchor assembly for securing an elongate rod to a bone" as set forth in claim 1 of the `866 patent when certain

31

components of the Armada product are implanted by a surgeon in order to treat one of several spine conditions.  The claim chart attached hereto as **Exhibit 18** details how these assembled components of the Armada screw products directly infringe *at least* claims 1 and 9 of the `866 patent by satisfying each and every limitation of those claims, either literally or under the doctrine of equivalents.

106.    Further, when the certain components of the Armada screw products are implanted by a surgeon in order to treat one of several spine conditions the Armada screw products also directly infringe *at least* claims 1 and 9 of the `866 patent.

107.    Specifically, the Precept screw products comprise a "bone anchor assembly for securing an elongate rod to a bone" as set forth in claim 1 of the `866 patent when certain components of the Precept screw products are implanted by a surgeon in order to treat one of several spine conditions.  The claim chart attached hereto as **Exhibit 18** details how these assembled components of the Precept screw products directly infringe *at least* claims 1 and 9 of the `866 patent by satisfying each and every limitation of those claims, either literally or under the doctrine of equivalents.

108.    Further, when the certain components of the Precept screw products are implanted by a surgeon in order to treat one of several spine conditions the Precept screw products also directly infringe *at least* claims 1 and 9 of the `866 patent.

109.    Specifically, the Reline screw products comprise a "bone anchor assembly for securing an elongate rod to a bone" as set forth in claim 1 of the `866 patent when certain components of the Reline screw products are implanted by a surgeon in order to treat one of several spine conditions.  The claim chart attached hereto as **Exhibit 18**, details how these assembled components of the Reline screw products directly infringe *at least* claims 1 and 9 of the `866 patent by satisfying each and every limitation of those claims, either literally or under the doctrine of equivalents.

110.    Further, when the certain components of the Reline screw products are implanted by a surgeon in order to treat one of several spine conditions the Reline screw products also directly

32

infringe *at least* claims 1 and 9 of the `866 patent.

111.    Specifically, the SpheRx screw products comprise a "bone anchor assembly for securing an elongate rod to a bone" as set forth in claim 1 of the `866 patent when certain components of the  SpheRx screw products are implanted by a surgeon in order to treat one of several spine conditions.   The claim chart attached hereto as **Exhibit 18**, details how these assembled components of the SpheRx screw products directly infringe *at least* claims 1 and 9 of the `866 patent by satisfying each and every limitation of those claims, either literally or under the doctrine of equivalents.

112.    Further, when the certain components of the SpheRx screw products are implanted by a surgeon in order to treat one of several spine conditions the SpheRx screw products also directly infringe *at least* claims 1 and 9 of the `866 patent.

113.    NuVasive had actual knowledge of the `866 patent and NuVasive's unauthorized use thereof as Dr. Jackson offered a license to NuVasive under the `866 patent – including specifically claim 1 -- on or about March 7, 2019.  Further, NuVasive, upon information and belief, has the specific intent to encourage surgeons to directly infringe *at least* claims 1 and 9 of the `866 patent by using and/or assembling components of the Armada, Precept, Reline, SpheRx screw products, respectively, as discussed above.   NuVasive provides the components used in the completed bone anchor assembly for the Armada, Precept, Reline, SpheRx screw products along with instructions and tools to accomplish this assembly.   Consequently, NuVasive induces infringement of the `932 patent through at least its unauthorized sales of the Armada, Precept, Reline, SpheRx screw products pursuant to 35 U.S.C. § 271(b).

114.    NuVasive's Armada, Precept, Reline SpheRx screw products and their systems can be sold partially disassembled in their constituent components as part of surgical trays.  These components, such as the "shank," "receiver," "retainer", etc., as claimed, comprise material components of the "bone anchor assembly for securing an elongate rod to a bone" of *at least* claims 1 and 9, and are designed, configured and adapted to work with each other and have no substantial purpose other than as part of infringing devices and are accordingly not staple articles of

commerce.  Consequently, NuVasive contributes to the infringement of the `866 patent through at least its unauthorized sales of the surgical trays incorporating the Armada, Precept, Reline, SpheRx screw products pursuant to 35 U.S.C. § 271(c).

115.    Defendant without authority of Plaintiff supplies or has supplied, or causes or has caused to be supplied, in or from the United States all or a substantial portion of the components of one or more of the asserted claims the '866 Patent.  Such components are uncombined in whole or in part as Defendant supplies or supplied them.  Defendant supplies or has supplied such components in such manner as to actively induce the combination of such components outside of the United States in a manner that would infringe the patent if such combination occurred within the United States.  For example, Defendant has supplied modular tulip assemblies, screw shanks, and rods that are part of the Reline, Precept, and SpheRx systems in or from the United States and, when supplied, such components are not combined.  **Exhibits 29–31**.  The modular tulip assemblies and/or screw shanks constitute a substantial portion of the components of one or more of the asserted claims the '866 Patent as illustrated in **Exhibit 18**.  Defendant provides instructions, tools, guides, and other information to induce combining the modular tulip assemblies and screw shanks (and the rods) outside the United States.  For example, use of the Reline, Precept, and SpheRx systems with a patient as indicated and intended by Defendant involves, e.g., combining a modular tulip assembly and a screw shank and then connecting two or more combined tulip assemblies and screw shanks with a rod.  **Exhibits 29–31**.  If such a combination occurred within the United States, it would directly infringe the '866 Patent, for example as shown in **Exhibit 18**.  Accordingly, Defendant is liable as an infringer under 35 U.S.C. § 271(f)(1).

116.    Defendant without authority of Plaintiff supplies or has supplied, or causes or has caused to be supplied, in or from the United States one or more components of one or more of the asserted claims the '866 Patent.  Such components are especially made or especially adapted for use in one or more claims of the '866 Patent and Defendant supplied them knowing such component(s) is so made or adapted.  Such component(s) are uncombined in whole or in part as Defendant supplies or supplied them.  Defendant supplies or has supplied such components

intending that such component(s) will be combined outside of the United States in a manner that would infringe the patent if such combination occurred within the United States. For example, Defendant has supplied modular tulip assemblies, screw shanks, and rods that are part of the Reline, Precept, and SpheRx systems in or from the United States and, when supplied, such components are not combined. **Exhibits 29–31**. The modular tulip assemblies and/or screw shanks are especially made or especially adapted for use in the asserted claims of the '866 Patent and are not a staple article or commodity of commerce suitable for substantial noninfringing use, as noted above. For example, the Reline, Precept, and SpheRx modular tulip assemblies and screw shanks are only indicated for use, as part of their respective systems and such indicated use practices one or more of the asserted claims the '866 Patent, as noted above. Defendant supplies the Reline, Precept, and SpheRx system components knowing and intending they will be used together in the respective systems and thus knowing the components are especially made or adapted for use in such claims. Defendant provides instructions, tools, guides, and other information to induce combining the modular tulip assemblies and screw shanks (and rods) outside the United States. For example, use of the Reline, Precept, and SpheRx systems with a patient as indicated and intended by Defendant involves, e.g., combining a modular tulip assembly and a screw shank and then connecting two or more combined tulip assemblies and screw shanks with a rod. If such a combination occurred within the United States, it would directly infringe the '866 Patent, for example as shown in **Exhibit 18**. Accordingly, Defendant is liable as an infringer under 35 U.S.C. § 271(f)(2).

117.   As outlined above, under the totality of the circumstances, NuVasive's infringement of the `866 patent is willful from at least the date of Dr. Jackson's letter of March 7, 2019 offering NuVasive a license to the `866 patent – an offer that NuVasive rejected.

**COUNT FOUR**

**Infringement of the `200 Patent**

118.   Plaintiff repeats and realleges as if fully set forth herein, the allegations contained in all the preceding paragraphs ¶¶ 1 through 117.

93227924.2

119.     As set forth below, NuVasive has infringed and continues to infringe one or more claims of the `200 patent under 35 U.S.C. § 271 by manufacturing, providing, selling, offering to sell, importing and/or distributing without authority the Armada, Precept, Reline, SpheRx and VuePoint screw products:

120.     Specifically, the Armada screw products comprise a "pivotal bone anchor assembly for securing an elongate rod to a bone via a closure top" as set forth in claim 1 of the `200 patent. The claim chart attached hereto as **Exhibit 19** details how the Armada screw products directly infringe *at least* claims 1 and 18 of the `200 patent by satisfying each and every limitation of those claims of the `200 patent either literally or under the doctrine of equivalents.

121.      Further, when certain components of the Armada screw products are implanted by a surgeon in order to treat one of several spine conditions the Armada screw products also directly infringe *at least* claims 1 and 18 of the `200 patent.

122.     Specifically, the Precept screw products comprise a "pivotal bone anchor assembly for securing an elongate rod to a bone via a closure top" as set forth in claim 18 of the `200 patent. The claim chart attached hereto as **Exhibit 19** details how the Precept screw products directly infringe *at least* claims 1 and 18 of the `200 patent by satisfying each and every limitation of those claims either literally or under the doctrine of equivalents.

123.     Further when certain components of the Precept screw products are implanted by a surgeon in order to treat one of several spine conditions the Precept screw products also directly infringe *at least* claims 1 and 18 of the `200 patent.

124.     Specifically, the Reline screw products comprise a "pivotal bone anchor assembly for securing an elongate rod to a bone via a closure top" as set forth in claim 1 of the `200 patent. The claim chart attached hereto as **Exhibit 19** details how the Reline screw products directly infringe *at least* claims 1 and 18 of the `200 patent by satisfying each and every limitation either literally or under the doctrine of equivalents.

125.     Further, when certain components of the Reline screw products are implanted by a surgeon in order to treat one of several spine conditions the Reline screw products also directly

93227924.2

infringe *at least* claims 1 and 18 of the `200 patent.

126.    Specifically, the SpheRx screw products comprise a "pivotal bone anchor assembly for securing an elongate rod to a bone via a closure top" as set forth in claim 1 of the `200 patent. The claim chart attached hereto as **Exhibit 19** details how the SpheRx screw products directly infringe *at least* claims 1 and 18 of the `200 patent by satisfying each and every limitation either literally or under the doctrine of equivalents.

127.    Further when certain components of the SpheRx screw products are implanted by a surgeon in order to treat one of several spine conditions the SpheRx screw products also directly *at least* infringe claims 1 and 18 of the `200 patent.

128.    Specifically, the VuePoint screw products comprise a "pivotal bone anchor assembly for securing an elongate rod to a bone via a closure top" as set forth in claim 18 of the `200 patent.   The claim chart attached hereto as **Exhibit 19** details how the VuePoint screw products directly infringe *at least* claims 1 and 18 of the `200 patent by satisfying each and every limitation either literally or under the doctrine of equivalents.

129.    Further when certain components of the VuePoint screw products are implanted by a surgeon in order to treat one of several spine conditions the VuePoint screw products also directly infringe *at least* claims 1 and 18 of the `200 patent.

130.    NuVasive had actual knowledge of the `200 patent and NuVasive's unauthorized use thereof as Dr. Jackson offered a license to NuVasive under the application that directly gave rise to the `200 patent on or about March 7, 2019.  Further, NuVasive, upon information and belief, has the specific intent to encourage surgeons to directly infringe *at least* claims 1 and 18 of the `200 patent by using and/or assembling components of the Armada, Precept, Reline, SpheRx and VuePoint screw products, respectively, as discussed above.  NuVasive provides the components used in the completed pivotal bone anchor assembly for the Armada, Precept, Reline, SpheRx and VuePoint screw products along with instructions and tools to accomplish this assembly. Consequently, NuVasive induces the infringement of the `200 patent through at least its unauthorized sales of the Armada, Precept, Reline, SpheRx and VuePoint screw products pursuant

93227924.2

to 35 U.S.C. § 271(b).

131.    NuVasive's Armada, Precept, Reline, SpheRx and VuePoint screw products and their systems can be sold partially disassembled in their constituent components as part of surgical trays.  These components, such as the "receiver," "shank", "pressure insert," etc., as claimed, comprise material components of the "pivotal bone anchor assembly for securing an elongate rod to a bone via a closure top" of *at least* claims 1 and 18 and are designed, configured and adapted to work with each other and have no substantial purpose other than as part of infringing devices and accordingly are not staple articles of commerce.  Consequently, NuVasive contributes to the infringement of the `200 patent through at least its unauthorized sales of the surgical trays incorporating the Armada, Precept, Reline, SpheRx and VuePoint screw products pursuant to 35 U.S.C. § 271(c).

132.    Defendant without authority of Plaintiff supplies or has supplied, or causes or has caused to be supplied, in or from the United States all or a substantial portion of the components of one or more of the asserted claims the '200 Patent.  Such components are uncombined in whole or in part as Defendant supplies or supplied them.  Defendant supplies or has supplied such components in such manner as to actively induce the combination of such components outside of the United States in a manner that would infringe the patent if such combination occurred within the United States.  For example, Defendant has supplied modular tulip assemblies, screw shanks, and rods that are part of the Reline, Precept, and SpheRx systems in or from the United States and, when supplied, such components are not combined.  **Exhibits 29–31**.  The modular tulip assemblies and/or screw shanks constitute a substantial portion of the components of one or more of the asserted claims the '200 Patent as illustrated in **Exhibit 19**.  Defendant provides instructions, tools, guides, and other information to induce combining the modular tulip assemblies and screw shanks (and the rods) outside the United States.  For example, use of the Reline, Precept, and SpheRx systems with a patient as indicated and intended by Defendant involves, e.g., combining a modular tulip assembly and a screw shank and then connecting two or more combined tulip assemblies and screw shanks with a rod.  **Exhibits 29–31**.  If such a combination occurred within

the United States, it would directly infringe the '200 Patent, for example as shown in **Exhibit 19**. Accordingly, Defendant is liable as an infringer under 35 U.S.C. § 271(f)(1).

133.    Defendant without authority of Plaintiff supplies or has supplied, or causes or has caused to be supplied, in or from the United States one or more components of one or more of the asserted claims the '200 Patent.  Such components are especially made or especially adapted for use in one or more claims of the '200 Patent and Defendant supplied them knowing such component(s) is so made or adapted.  Such component(s) are uncombined in whole or in part as Defendant supplies or supplied them.  Defendant supplies or has supplied such components intending that such component(s) will be combined outside of the United States in a manner that would infringe the patent if such combination occurred within the United States.  For example, Defendant has supplied modular tulip assemblies, screw shanks, and rods that are part of the Reline, Precept, and SpheRx systems in or from the United States and, when supplied, such components are not combined.  **Exhibits 29–31**.  The modular tulip assemblies and/or screw shanks are especially made or especially adapted for use in the asserted claims of the '200 Patent and are not a staple article or commodity of commerce suitable for substantial noninfringing use, as noted above.  For example, the Reline, Precept, and SpheRx modular tulip assemblies and screw shanks are only indicated for use, as part of their respective systems and such indicated use practices one or more of the asserted claims the '200 Patent, as noted above.  Defendant supplies the Reline, Precept, and SpheRx system components knowing and intending they will be used together in the respective systems and thus knowing the components are especially made or adapted for use in such claims.  Defendant provides instructions, tools, guides, and other information to induce combining the modular tulip assemblies and screw shanks (and rods) outside the United States.  For example, use of the Reline, Precept, and SpheRx systems with a patient as indicated and intended by Defendant involves, e.g., combining a modular tulip assembly and a screw shank and then connecting two or more combined tulip assemblies and screw shanks with a rod.  If such a combination occurred within the United States, it would directly infringe the '200 Patent, for example as shown in **Exhibit 19**.

134. As outlined above, under the totality of the circumstances, NuVasive's infringement of the `200 patent is willful from at least the date of Dr. Jackson's letter of March 7, 2019 offering NuVasive a license to the `200 patent – an offer that NuVasive rejected.

**COUNT FIVE**

**Infringement of the `444 Patent**

135. Plaintiff repeats and realleges as if fully set forth herein, the allegations contained in all the preceding paragraphs ¶¶ 1 through 134.

136. As set forth below, NuVasive has infringed and continues to infringe one or more claims of the `444 patent under 35 U.S.C. § 271 by manufacturing, providing, selling, offering to sell, importing and/or distributing without authority the Armada, Precept, Reline, SpheRx and VuePoint screw products:

137. Specifically, the Armada screw products comprise a "pivotal bone anchor assembly for securing an elongate rod to a bone via a closure top" as set forth in claim 1 of the `444 patent. The claim chart attached hereto as **Exhibit 20** details how the Armada screw product satisfies each limitation of *at least* claim 1 of the `444 patent either literally or under the doctrine of equivalents.

138. Further, when certain components of the Armada screw products are implanted by a surgeon to treat one of several spine conditions the Armada product also directly infringes *at least* claim 1 of the `444 patent.

139. Specifically, the Precept screw products comprise a "pivotal bone anchor assembly for securing an elongate rod to a bone via a closure top" as set forth in claim 1 of the `444 patent. The claim chart attached hereto as **Exhibit 20** details how the Precept screw product satisfies each limitation of *at least* claim 1 of the `444 patent either literally or under the doctrine of equivalents.

140. Further, when certain components of the Precept screw products are implanted by a surgeon in order to treat one of several spine conditions the Precept screw products also directly infringe *at least* claim 1 of the `444 patent.

141. Specifically, the Reline screw products comprise a "medical implant assembly having at least one polyaxial bone screw attached to a longitudinal connecting member" as set

40

forth in claim 1 of the `444 patent. The claim chart **Exhibit 20** details how the Reline screw product satisfies each limitation of *at least* claim 1 of the `444 patent either literally or under the doctrine of equivalents.

142.    Further, when certain components of the Reline screw products are implanted by a surgeon in order to treat one of several spine conditions the Reline screw products also directly infringe *at least* claim 1 of the `444 patent.

143.    Specifically, the SpheRx screw products comprise a "medical implant assembly having at least one polyaxial bone screw attached to a longitudinal connecting member" as set forth in claim 1 of the `444 patent. The claim chart **Exhibit 20** details how the SpheRx screw product satisfies each limitation of *at least* claim 1 of the `444 patent either literally or under the doctrine of equivalents.

144.    Further, when certain components of the SpheRx screw products are implanted by a surgeon in order to treat one of several spine conditions the SpheRx screw products also directly infringe *at least* claim 1 of the `444 patent.

145.    Specifically, the VuePoint screw products comprise a "medical implant assembly having at least one polyaxial bone screw attached to a longitudinal connecting member" as set forth in claim 1 of the `444 patent. The claim chart **Exhibit 20** details how the VuePoint screw product satisfies each limitation of *at least* claim 1 of the `444 patent either literally or under the doctrine of equivalents.

146.    Further, when certain components of the VuePoint screw products are implanted by a surgeon in order to treat one of several spine conditions the VuePoint screw products also directly infringe *at least* claim 1 of the `444 patent.

147.    NuVasive had or should have had actual knowledge of the `444 patent and NuVasive's unauthorized use thereof as Dr. Jackson offered a license to NuVasive under the family of patents that included the `444 patent on or about March 7, 2019. Further, NuVasive, upon information and belief, has the specific intent to encourage surgeons to directly infringe *at least* claim 1 of the `444 patent by using and/or assembling components of the Armada, Precept,

41

93227924.2

Reline screw products, respectively, as discussed above.  NuVasive provides the components used in the completed pivotal bone anchor assembly for the Armada, Precept, Reline, SpheRx and VuePoint products along with instructions and tools to accomplish this assembly.  Consequently, NuVasive induces the infringement of the `444 patent through at least its unauthorized sales of the Armada, Precept,  Reline, SpheRx and VuePoint products pursuant to 35 U.S.C. § 271(b).

148.    NuVasive's Armada, Precept, Reline, SpheRx and VuePoint screw products and their systems can be sold partially disassembled in their constituent components as part of surgical trays.  These components, such as the "receiver," "shank," "pressure insert," etc., as claimed, comprise material components of at least the "pivotal bone anchor assembly for securing an elongate rod to a bone via a closure top" of *at least* claim 1 and the "medical implant assembly having at least one polyaxial bone screw attached to a longitudinal connecting member" of claim 1 of the `444 patent, and are designed, configured and adapted to work with each other and have no substantial purpose other than as part of infringing devices and are accordingly not staple articles of commerce.  Consequently, NuVasive contributes to the infringement of the `444 patent through at least its unauthorized sales of the surgical trays incorporating the Armada, Precept, Reline, SpheRx and VuePoint screw products pursuant to 35 U.S.C. § 271(c).

149.    Defendant without authority of Plaintiff supplies or has supplied, or causes or has caused to be supplied, in or from the United States all or a substantial portion of the components of one or more of the asserted claims the '444 Patent.  Such components are uncombined in whole or in part as Defendant supplies or supplied them.  Defendant supplies or has supplied such components in such manner as to actively induce the combination of such components outside of the United States in a manner that would infringe the patent if such combination occurred within the United States.  For example, Defendant has supplied modular tulip assemblies, screw shanks, and rods that are part of the Reline, Precept, and SpheRx systems in or from the United States and, when supplied, such components are not combined.  **Exhibits 29–31**.  The modular tulip assemblies and/or screw shanks constitute a substantial portion of the components of one or more of the asserted claims the '444 Patent as illustrated in **Exhibit 20**.  Defendant provides instructions,

93227924.2

tools, guides, and other information to induce combining the modular tulip assemblies and screw shanks (and the rods) outside the United States.  For example, use of the Reline, Precept, and SpheRx systems with a patient as indicated and intended by Defendant involves, e.g., combining a modular tulip assembly and a screw shank and then connecting two or more combined tulip assemblies and screw shanks with a rod.  **Exhibits 29–31**.  If such a combination occurred within the United States, it would directly infringe the '444 Patent, for example as shown in **Exhibit 20**.  Accordingly, Defendant is liable as an infringer under 35 U.S.C. § 271(f)(1).

150.    Defendant without authority of Plaintiff supplies or has supplied, or causes or has caused to be supplied, in or from the United States one or more components of one or more of the asserted claims the '444 Patent.  Such components are especially made or especially adapted for use in one or more claims of the '444 Patent and Defendant supplied them knowing such component(s) is so made or adapted.  Such component(s) are uncombined in whole or in part as Defendant supplies or supplied them.  Defendant supplies or has supplied such components intending that such component(s) will be combined outside of the United States in a manner that would infringe the patent if such combination occurred within the United States.  For example, Defendant has supplied modular tulip assemblies, screw shanks, and rods that are part of the Reline, Precept, and SpheRx systems in or from the United States and, when supplied, such components are not combined.  **Exhibits 29–31**.  The modular tulip assemblies and/or screw shanks are especially made or especially adapted for use in the asserted claims of the '444 Patent and are not a staple article or commodity of commerce suitable for substantial noninfringing use, as noted above.  For example, the Reline, Precept, and SpheRx modular tulip assemblies and screw shanks are only indicated for use, as part of their respective systems and such indicated use practices one or more of the asserted claims the '444 Patent, as noted above.  Defendant supplies the Reline, Precept, and SpheRx system components knowing and intending they will be used together in the respective systems and thus knowing the components are especially made or adapted for use in such claims.  Defendant provides instructions, tools, guides, and other information to induce combining the modular tulip assemblies and screw shanks (and rods) outside

43

the United States.  For example, use of the Reline, Precept, and SpheRx systems with a patient as indicated and intended by Defendant involves, e.g., combining a modular tulip assembly and a screw shank and then connecting two or more combined tulip assemblies and screw shanks with a rod.  If such a combination occurred within the United States, it would directly infringe the '444 Patent, for example as shown in **Exhibit 20**.

151.    As outlined above, under the totality of the circumstances, NuVasive's infringement of the `444 patent is willful from at least the date of Dr. Jackson's letter of March 7, 2019 offering NuVasive a license to the `444 patent – an offer that NuVasive rejected.

## COUNT SIX

### Infringement of the `273 Patent

152.    Plaintiff repeats and realleges as if fully set forth herein, the allegations contained in all the preceding paragraphs ¶¶ 1 through 151.

153.    As set forth below, NuVasive has infringed and continues to infringe one or more claims of the `273 patent under 35 U.S.C. § 271 by manufacturing, providing, selling, offering to sell, importing and/or distributing without authority the Armada, Precept, Reline, SpheRx and VuePoint screw products:

154.    Specifically, the Armada screw products comprise a "bone anchor assembly for securing an elongate rod to a bone" as set forth in claim 1 of the `273 patent.  The claim chart attached hereto as **Exhibit 21** details how the Armada screw product satisfies each limitation of *at least* claims 1, 12 and 35 of the `273 patent either literally or under the doctrine of equivalents.

155.    Further, when certain components of the Armada screw products are implanted by a surgeon in order to treat one of several spine conditions the Armada screw products also directly infringes *at least* claims 1, 12 and 35 of the `273 patent.

156.    Specifically, the Precept screw products comprise a "bone anchor assembly for securing an elongate rod to a bone" as set forth in claim 1 of the `273 patent.  The claim chart attached hereto as **Exhibit 21** details how the Precept screw product satisfies each limitation of *at least* claims 1, 12 and 35 of the `273 patent either literally or under the doctrine of equivalents.

157.    Further, when certain components of the Precept screw products are implanted by a surgeon in order to treat one of several spine conditions also directly infringes *at least* claims 1, 12 and 35 of the `273 patent.

158.    Specifically, the Reline screw products comprise a "medical implant assembly having at least one polyaxial bone screw attached to a longitudinal connecting member" as set forth in claim 1 of the `273 patent.  The claim chart attached hereto as **Exhibit 21**, details how the Reline product directly infringes *at least* claims 1, 12 and 35 of the `273 patent by satisfying each and every limitation of claim 1, either literally or under the doctrine of equivalents.

159.    Further, when certain components of the Reline screw product are implanted by a surgeon in order to treat one of several spine conditions also directly infringes *at least* claims 1, 12 and 35 of the `273 patent.

160.    Specifically, the SpheRx screw products comprise a "medical implant assembly having at least one polyaxial bone screw attached to a longitudinal connecting member" as set forth in claim 1 of the `273 patent.  The claim chart attached hereto as **Exhibit 21**, details how the SpheRx screw products directly infringe *at least* claims 1, 12 and 35 of the `273 patent by satisfying each and every limitation of those claims, either literally or under the doctrine of equivalents.

161.    Further, when certain components of the SpheRx screw products are implanted by a surgeon in order to treat one of several spine conditions also directly infringes *at least* claims 1, 12 and 35 of the `273.

162.    Specifically, the VuePoint screw products comprise a "bone anchor assembly for securing an elongate rod to a bone" as set forth in claim 1 of the `273 patent.  The claim chart attached hereto as **Exhibit 22** details how the VuePoint screw product satisfies each limitation of *at least* claims 1 and 12 of the `273 patent either literally or under the doctrine of equivalents.

163.    Further, when certain components of the VuePoint screw products are implanted by a surgeon in order to treat one of several spine conditions the VuePoint screw products also directly infringes *at least* claims 1 and 12 of the `273 patent.

164.    NuVasive had or should have had actual knowledge of the `273 patent and NuVasive's unauthorized use thereof as Dr. Jackson offered a license to NuVasive under the family of patents that included the `273 patent on or about March 7, 2019. Further, NuVasive, upon information and belief, has the specific intent to encourage surgeons to directly infringe *at least* claims 1, 12 and 35 of the `273 patent by using and/or assembling components of the Armada, Precept, Reline and SpheRx screw products, respectively, as discussed above.  For the same reasons, upon information and belief, NuVasive has the specific intent to encourage surgeons to directly infringe *at least* claims 1 and 12 of the `273 patent by using and/or assembling components of the VuePoint screw products as discussed above.  NuVasive provides the components used in the completed bone anchor assembly for the Armada, Precept, Reline, SpheRx and VuePoint screw products along with instructions and tools to accomplish this assembly.  Consequently, NuVasive induces the infringement of the `273 patent through at least its unauthorized sales of the Armada, Precept, Reline, SpheRx and VuePoint screw products pursuant to 35 U.S.C. § 271(b).

165.    NuVasive's Armada, Precept, Reline and SpheRx screw products and their systems can be sold partially disassembled in their constituent components as part of surgical trays.  These components, such as the "shank," "receiver," "pressure insert," etc., as claimed, comprise material components of the "bone anchor assembly" of *at least* claims 1, 12 and 35 and are designed, configured and adapted to work with each other and have no substantial purpose other than as part of infringing devices and are accordingly not staple articles of commerce.  For similar reasons, NuVasive's VuePoint screw products and their systems can be sold partially disassembled in their constituent components as part of surgical trays.  These components, such as the "shank," "receiver," "pressure insert," etc., as claimed, comprise material components of the "bone anchor assembly" of *at least* claims 1 and 12 and are designed, configured and adapted to work with each other and have no substantial purpose other than as part of infringing devices and are accordingly not staple articles of commerce.  Consequently, NuVasive contributes to the infringement of the `273 patent through at least its unauthorized sales of the surgical trays incorporating the Armada, Precept, Reline, SpheRx and VuePoint screw products pursuant to 35 U.S.C. § 271(c).

166.    Defendant without authority of Plaintiff supplies or has supplied, or causes or has caused to be supplied, in or from the United States all or a substantial portion of the components of one or more of the asserted claims the '273 Patent.  Such components are uncombined in whole or in part as Defendant supplies or supplied them.  Defendant supplies or has supplied such components in such manner as to actively induce the combination of such components outside of the United States in a manner that would infringe the patent if such combination occurred within the United States.  For example, Defendant has supplied modular tulip assemblies, screw shanks, and rods that are part of the Reline, Precept, and SpheRx systems in or from the United States and, when supplied, such components are not combined.  **Exhibits 29–31**.  The modular tulip assemblies and/or screw shanks constitute a substantial portion of the components of one or more of the asserted claims the '273 Patent as illustrated in **Exhibit 21**.  Defendant provides instructions, tools, guides, and other information to induce combining the modular tulip assemblies and screw shanks (and the rods) outside the United States.  For example, use of the Reline, Precept, and SpheRx systems with a patient as indicated and intended by Defendant involves, *e.g.*, combining a modular tulip assembly and a screw shank and then connecting two or more combined tulip assemblies and screw shanks with a rod.  **Exhibits 29–31**.  If such a combination occurred within the United States, it would directly infringe the '273 Patent, for example as shown in **Exhibit 21**.  Accordingly, Defendant is liable as an infringer under 35 U.S.C. § 271(f)(1).

167.    Defendant without authority of Plaintiff supplies or has supplied, or causes or has caused to be supplied, in or from the United States one or more components of one or more of the asserted claims the '273 Patent.  Such components are especially made or especially adapted for use in one or more claims of the '273 Patent and Defendant supplied them knowing such component(s) is so made or adapted.  Such component(s) are uncombined in whole or in part as Defendant supplies or supplied them.  Defendant supplies or has supplied such components intending that such component(s) will be combined outside of the United States in a manner that would infringe the patent if such combination occurred within the United States.  For example, Defendant has supplied modular tulip assemblies, screw shanks, and rods that are part of the

Reline, Precept, and SpheRx systems in or from the United States and, when supplied, such components are not combined.  **Exhibits 29–31.**  The modular tulip assemblies and/or screw shanks are especially made or especially adapted for use in the asserted claims of the '273 Patent and are not a staple article or commodity of commerce suitable for substantial noninfringing use, as noted above.  For example, the Reline, Precept, and SpheRx modular tulip assemblies and screw shanks are only indicated for use as part of their respective systems and such indicated use practices one or more of the asserted claims the '273 Patent, as noted above.  Defendant supplies the Reline, Precept, and SpheRx system components knowing and intending they will be used together in the respective systems and thus knowing the components are especially made or adapted for use in such claims.  Defendant provides instructions, tools, guides, and other information to induce combining the modular tulip assemblies and screw shanks (and rods) outside the United States.  For example, use of the Reline, Precept, and SpheRx systems with a patient as indicated and intended by Defendant involves, *e.g.*, combining a modular tulip assembly and a screw shank and then connecting two or more combined tulip assemblies and screw shanks with a rod.  If such a combination occurred within the United States, it would directly infringe the '273 Patent, for example as shown in **Exhibit 21**.

168.    As outlined above, under the totality of the circumstances, NuVasive's infringement of the `273 patent is willful from at least the date the `273 patent issued as Dr. Jackson's letter of March 7, 2019 offered NuVasive a license to the `273 patent – an offer that NuVasive rejected.

## COUNT SEVEN

### Infringement of the `292 Patent

169.    Plaintiff repeats and realleges as if fully set forth herein, the allegations contained in all the preceding paragraphs ¶¶ 1 through 168.

170.    As set forth below, NuVasive has infringed and continues to infringe one or more claims of the `292 patent under 35 U.S.C. § 271 by manufacturing, providing, selling, offering to sell, importing and/or distributing without authority certain variations of the Reline, SpheRx, and

48

Precept screw products that do not incorporate compound articulation, but do exhibit polyaxial movement:

171.    Specifically, these Reline, SpheRx, and Precept screw products each comprise a "cannulated polyaxial bone anchor assembly implantable in a bone and for mechanically coupling a stabilization member to the bone" as set forth in claim 1 of the `292 patent.  The exemplary claim chart attached hereto as **Exhibit 23**, details how these Reline screw products directly infringe *at least* claims 1 and 25 of the `292 patent by satisfying each and every limitation of those claims, either literally or under the doctrine of equivalents.  *See also* Plaintiff's Preliminary Infringement Contentions exhibits C, E, and F and the NuVasive materials cited therein.

172.    Further, when components of these Reline, SpheRx, and Precept screw products are implanted by a surgeon in order to treat one of several spine conditions the assembled Reline, SpheRx, and Precept screw products also directly infringes *at least* claims 1 and 25 of the `292 patent as detailed in **Exhibit 23** and Plaintiff's Preliminary Infringement Contentions.

173.    NuVasive had actual knowledge of the `292 patent and NuVasive's unauthorized use thereof as Dr. Jackson offered a license to NuVasive under the `292 patent on or about March 7, 2019.  Further, NuVasive, upon information and belief, has the specific intent to encourage surgeons to directly infringe *at least* claims 1 and 25 of the `292 patent by assembling components of these Reline product variants, as discussed above.  NuVasive provides the components used in the completed cannulated polyaxial bone anchor assembly for the Reline, SpheRx, and Precept products along with instructions and tools to accomplish this assembly.  Consequently, NuVasive induces the infringement of the `292 patent through at least its unauthorized sales of the Reline products pursuant to 35 U.S.C. § 271(b).

174.    NuVasive's Reline, SpheRx, and Precept screw products and their systems can also be sold partially dissembled in its constituent components as part of surgical trays.  These components, such as the "anchor member" and "head member", etc. as claimed, comprise material components of the "cannulated polyaxial bone anchor assembly implantable in a bone and for mechanically coupling a stabilization member to the bone" of *at least* claims 1 and 25, and are

designed, configured and adapted to work with each other and have no substantial purpose other than as part of infringing devices and are accordingly not staple articles of commerce. Consequently, NuVasive contributes to the infringement of the `292 patent through at least its unauthorized sales of the surgical trays incorporating the Reline products pursuant to 35 U.S.C. § 271(c).

175.    Defendant without authority of Plaintiff supplies or has supplied, or causes or has caused to be supplied, in or from the United States all or a substantial portion of the components of one or more of the asserted claims the '292 Patent.  Such components are uncombined in whole or in part as Defendant supplies or supplied them.  Defendant supplies or has supplied such components in such manner as to actively induce the combination of such components outside of the United States in a manner that would infringe the patent if such combination occurred within the United States.  For example, Defendant has supplied modular tulip assemblies, cannulated screw shanks, and rods that are part of the Reline, SpheRx, and Precept systems in or from the United States and, when supplied, such components are not combined.  The modular tulip assemblies and/or cannulated screw shanks constitute a substantial portion of the components of one or more of the asserted claims the '292 Patent as illustrated in **Exhibit 23** and Plaintiff's Preliminary Infringement Contentions.  Defendant provides instructions, tools, guides, and other information to induce combining the modular tulip assemblies and cannulated screw shanks (and the rods) outside the United States.  For example, use of the Reline, Precept, and SpheRx systems with a patient as indicated and intended by Defendant involves, *e.g*., combining a modular tulip assembly and a cannulated screw shank and then connecting two or more combined tulip assemblies and screw shanks with a rod.  **Exhibits 29–31**.  If such a combination occurred within the United States, it would directly infringe the '292 Patent, for example as shown in **Exhibit 23** and Plaintiff's Preliminary Infringement Contentions.  Accordingly, Defendant is liable as an infringer under 35 U.S.C. § 271(f)(1).

176.    Defendant without authority of Plaintiff supplies or has supplied, or causes or has caused to be supplied, in or from the United States one or more components of one or more of the

asserted claims the '292 Patent.  Such components are especially made or especially adapted for use in one or more claims of the '292 Patent and Defendant supplied them knowing such component(s) is so made or adapted.  Such component(s) are uncombined in whole or in part as Defendant supplies or supplied them.  Defendant supplies or has supplied such components intending that such component(s) will be combined outside of the United States in a manner that would infringe the patent if such combination occurred within the United States.  For example, Defendant has supplied modular tulip assemblies, cannulated screw shanks, and rods that are part of the Reline, SpheRx, and Precept systems in or from the United States and, when supplied, such components are not combined.  The modular tulip assemblies and/or cannulated screw shanks are especially made or especially adapted for use in the asserted claims of the '292 Patent and are not a staple article or commodity of commerce suitable for substantial noninfringing use, as noted above.  For example, the Reline, SpheRx, and Precept cannulated screw shanks and modular tulip assemblies are only indicated for use, as part of the respective Reline, SpheRx, and Precept systems and such indicated use practices one or more of the asserted claims the '292 Patent, as noted above.  Defendant supplies the Reline, Precept, and SpheRx system components knowing and intending they will be used together in the respective systems and thus knowing the components are especially made or adapted for use in such claims.  Defendant provides instructions, tools, guides, and other information to induce combining the cannulated screw shanks with modular tulip assemblies (and rods) outside the United States.  For example, use of the Reline, Precept, and SpheRx systems with a patient as indicated and intended by Defendant involves, *e.g.*, combining a cannulated screw shank and a modular tulip assembly and then connecting two or more combined tulip assemblies and screw shanks with a rod.  If such a combination occurred within the United States, it would directly infringe the '292 Patent, for example as shown in **Exhibit 23** and Plaintiff's Preliminary Infringement Contentions.

177.   As outlined above, under the totality of the circumstances, NuVasive's infringement of the `292 patent is willful from at least the date of Dr. Jackson's letter of March 7, 2019 offering NuVasive a license to the `292 patent – an offer that NuVasive rejected.

## COUNT EIGHT

### Infringement of the `856 Patent

178.    Plaintiff repeats and realleges as if fully set forth herein, the allegations contained in all the preceding paragraphs ¶¶ 1 through 177.

179.    As set forth below, NuVasive has infringed and continues to infringe one or more claims of the `856 patent under 35 U.S.C. § 271 by manufacturing, providing, selling, offering to sell, importing and/or distributing without authority the Precept, Armada, Reline, SpheRx and VuePoint screw products:

180.    Specifically, the Precept screw products comprise a "pivotal bone anchor assembly for securing an elongate rod to a bone of a patient via a closure top" as set forth in claim 1 of the `856 patent as satisfying each and every limitation of claim 1 of the `856 patent.  The claim chart attached hereto as **Exhibit 28** details how the Precept screw products directly infringe *at least* claim 1 of the `856 patent by satisfying each and every limitation of those claims of the `856 patent either literally or under the doctrine of equivalents.

181.    Further, when certain components of the Precept screw products are implanted by a surgeon in order to treat one of several spine conditions the Precept screw products also directly infringe *at least* claim 1 of the `856 patent as detailed in **Exhibit 28**.

182.    Specifically, the Reline screw products comprise a "pivotal bone anchor assembly for securing an elongate rod to a bone of a patient via a closure top" as set forth in claim 1 of the `856 patent.  The claim chart attached hereto as **Exhibit 28** details how the Precept screw products directly infringe *at least* claim 1 of the `856 patent by satisfying each and every limitation of those claims either literally or under the doctrine of equivalents.

183.    Further, when certain components of the Reline screw products are implanted by a surgeon in order to treat one of several spine conditions the Reline screw products also directly infringe *at least* claim 1 of the `856 patent as detailed in **Exhibit 28**.

184.    NuVasive knew or should have known of the `856 patent as the `856 patent is a descendant of the `292 patent.  As detailed above, NuVasive was offered a license to the `292

patent, which it declined.   Further, NuVasive, upon information and belief, has the specific intent to encourage surgeons to directly infringe *at least* claim 1 of the `856 patent by using and/or assembling components of the Precent and Reline screw products, respectively, as discussed above.  NuVasive provides the components used in the completed pivotal bone anchor assembly for the Precept and Reline products along with instructions and tools to accomplish this assembly.  Consequently, NuVasive induces the infringement of the `856 patent through at least its unauthorized sales of the Precept and Reline screw products pursuant to 35 U.S.C. § 271(b).

185.    NuVasive's Precept and Reline products and their systems can be sold partially disassembled in their constituent components as part of surgical trays.  These components, such as the "shank," "receiver," "pressure insert," etc., as claimed, comprise material components of the "pivotal bone anchor assembly for securing an elongate rod to a bone of a patient via a closure top" of *at least* claim 1, and are designed, configured and adapted to work with each other and have no substantial purpose other than as part of infringing devices and are accordingly not staple articles of commerce.  Consequently, NuVasive contributes to the infringement of the `856 patent through at least its sales of the surgical trays incorporating the Precept and Reline screw products pursuant to 35 U.S.C. § 271(c).

186.    Defendant without authority of Plaintiff supplies or has supplied, or causes or has caused to be supplied, in or from the United States all or a substantial portion of the components of one or more of the asserted claims the '856 Patent.  Such components are uncombined in whole or in part as Defendant supplies or supplied them.  Defendant supplies or has supplied such components in such manner as to actively induce the combination of such components outside of the United States in a manner that would infringe the patent if such combination occurred within the United States.  For example, Defendant has supplied modular tulip assemblies, screw shanks, and rods that are part of the Reline, Precept, and SpheRx systems in or from the United States and, when supplied, such components are not combined.  **Exhibits 29–31**.  The modular tulip assemblies and/or screw shanks constitute a substantial portion of the components of one or more of the asserted claims the '856 Patent as illustrated in **Exhibit 28**.  Defendant provides instructions,

tools, guides, and other information to induce combining the modular tulip assemblies and screw shanks (and the rods) outside the United States.  For example, use of the Reline, Precept, and SpheRx systems with a patient as indicated and intended by Defendant involves, *e.g.*, combining a modular tulip assembly and a screw shank and then connecting two or more combined tulip assemblies and screw shanks with a rod.  **Exhibits 29–31**.  If such a combination occurred within the United States, it would directly infringe the '856 Patent, for example as shown in **Exhibit 28**. Accordingly, Defendant is liable as an infringer under 35 U.S.C. § 271(f)(1).

187.    Defendant without authority of Plaintiff supplies or has supplied, or causes or has caused to be supplied, in or from the United States one or more components of one or more of the asserted claims the '856 Patent.  Such components are especially made or especially adapted for use in one or more claims of the '856 Patent and Defendant supplied them knowing such component(s) is so made or adapted.  Such component(s) are uncombined in whole or in part as Defendant supplies or supplied them.  Defendant supplies or has supplied such components intending that such component(s) will be combined outside of the United States in a manner that would infringe the patent if such combination occurred within the United States.  For example, Defendant has supplied modular tulip assemblies, screw shanks, and rods that are part of the Reline, Precept, and SpheRx systems in or from the United States and, when supplied, such components are not combined.  **Exhibits 29–31**.  The modular tulip assemblies and/or screw shanks are especially made or especially adapted for use in the asserted claims of the '856 Patent and are not a staple article or commodity of commerce suitable for substantial noninfringing use, as noted above.  For example, the Reline, Precept, and SpheRx modular tulip assemblies and screw shanks are only indicated for use, as part of their respective systems and such indicated use practices one or more of the asserted claims the '856 Patent, as noted above.  Defendant supplies the Reline, Precept, and SpheRx system components knowing and intending they will be used together in the respective systems and thus knowing the components are especially made or adapted for use in such claims.  Defendant provides instructions, tools, guides, and other information to induce combining the modular tulip assemblies and screw shanks (and rods) outside

the United States.  For example, use of the Reline, Precept, and SpheRx systems with a patient as indicated and intended by Defendant involves, e.g., combining a modular tulip assembly and a screw shank and then connecting two or more combined tulip and screw shanks with a rod.  If such a combination occurred within the United States, it would directly infringe the '856 Patent, for example as shown in **Exhibit 28**.

188.     As outlined above, under the totality of the circumstances, NuVasive's infringement of the `856 patent is willful from its date of issuance.

<u>COUNT NINE</u>

**Fraudulent Inducement**

189.     Plaintiff repeats and realleges as if fully set forth herein, the allegations contained in all the preceding paragraphs ¶¶ 1 through 188.

190.     During the 2014 negotiations, NuVasive made a series of material representations to Dr. Jackson that were false or ignored the truth.  NuVasive knew of the falsity or untruth of these representations at the time the representations were made and NuVasive made these representations knowing that Dr. Jackson had no realistic or practical way of learning the truth, as the information was either non-public or controlled by and known only to NuVasive itself.

191.     The purpose of these misrepresentations was to encourage and induce Dr. Jackson into agreeing to replace his 2008 Agreement with NuVasive with a new agreement more favorable to NuVasive.

192.     Among NuVasive's material misrepresentations were: NuVasive's false and manipulated revenue forecasts for both US and outside the US ("OUS") sales for the products subject to the 2008 Agreement; NuVasives's misrepresentations and concealments about the nature of the forthcoming Reline product; and, NuVasive's misrepresentations about its ability to design around Dr. Jackson's technology should an agreement not have been reached.

<u>**NuVasive False and Manipulated Revenue Forecasts:**</u>

193.     On September 26, 2014, NuVasive presented two royalty models to Dr. Jackson based on what Keith Valentine represented were "a first pass outlook with two assumptive

scenarios." **Exhibit 36**, Jackson Ex. 4, **Exhibit 32**, Jackson Ex. 5 and **Exhibit 33**, Jackson Ex. 6.



194. 

195.    NuVasive's President of Global Products and Services was shocked by the fair value.

196.    Instead, as NuVasive controlled all access to the sales projections and any non-visible model parameters, NuVasive manipulated the projections until numbers more acceptable to NuVasive's business could be created for presentation to Dr. Jackson.  On September 23, 2024, a NuVasive Vice President in Finance informed NuVasive's President of Global Products and Services that "that this is an 'internal' view of revenue forecasts.  ***We would haircut this for what we would offer Jackson***."  *See* **Exhibit 35**, Valentine Ex. 12, NUV0055601 (emphasis added). On the same day, this same executive separately pushed NuVasive's plan to give Dr. Jackson a "haircut" when discussing the secret internal numbers with Keith Valentine and Jason Hannon: "Some ***big numbers in here*** but this would be an 'internal' view.  ***We would haircut when discussing with this in what we would take to Jackson***."  *See* **Exhibit 35**, Valentine Ex. 12,

NUV0055594 (emphasis added).

197. ███████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████

198.     NuVasive even schemed to reduce the figures presented to Dr. Jackson by removing

past royalties due: "On the historical comment yes – hopefully by buying out the IP he won't feel

we owe him for past royalties.  May not fly – but worth a shot as a starting point."  *See*  **Exhibit**

**39**, NUV0055611.

199. ███████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████  ███████████████

████████████

200. ███████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████

201. ███████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████

202. ████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████

**NuVasive's Misrepresentations and Concealments About Reline:**

203.     As set forth above, by September 5, 2014 NuVasive had already applied for FDA approval to sell Reline and had even applied for a trademark on "Reline" — though neither of these facts was public or known to Dr. Jackson.  Indeed, Reline was to be NuVasive's new flagship product and its launch was scheduled for the spring of 2015. ████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████

204. ████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████

205. ████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████



**NuVasive's Design-Around Misrepresentations:**

207.    As a further misrepresentation inducing Dr. Jackson to accept NuVasive's royalty buyout, NuVasive also falsely represented that it could design around aspects of the licensed technology.

208.

210.    Mr. Spangler, NuVasive's chief patent counsel at the time, testified that he recalled no concrete plans to even evaluate whether NuVasive could design around Dr. Jackson's 2008 Agreement technologies.  **Exhibit 42**, Spangler Dep. excerpts at 94 ("I don't recall any specific conversations about design around this patent, this patent, the other patent… it would have been premature to even opine, much less search to see if, you know – how hard it would be if – if we

93227924.2

could do it."). And, no documents, testimony, or other information reflect the existence of any such alternative design.  *See* **Exhibit 40**, Valentine Ex. 17 NUV0055660; **Exhibit 44**, Valentine Dep. at 118; *see also id.* at 19 ("Q.  And did your Freedom to Operate analyses ever involve any of the patents of Dr. Jackson, as far as you're aware?  A.  Not that I'm aware.").

211.   

212.    Dr. Jackson had no knowledge of whether or how NuVasive could design around Dr. Jackson's technology, no way to know how long it would take NuVasive to do so, and no way of knowing NuVasive's internal view on design arounds or NuVasive's positioning with respect to the patent portfolios of others.

**Conclusion:**

213.    It was NuVasive's intent that Dr. Jackson rely on its representations and other information presented during the negotiation (while omitting or withholding other information) so that NuVasive could secure a more favorable buy-out price or royalty rate for Dr. Jackson's intellectual property.

214.    Dr. Jackson was unaware of NuVasive's misrepresentations, falsities, and omissions during the negotiations, and he relied on said misrepresentations, falsities, and omissions by accepting the information NuVasive had presented in agreeing to enter into a buyout. **Exhibit 42**, Spangler Dep. 104:1-19 ("Q. Right. But Dr. Jackson doesn't have access to the information inside NuVasive.  A. Well, what he has is the – the numbers here [referring to the

models] …. Q.  But [Dr. Jackson] was relying on NuVasive to provide accurate numbers, correct? …. The Witness: Yes.").

215.    Dr. Jackson had a right to rely on the information presented by NuVasive during negotiations.  The financial projections he was given were not publicly available and there was no other way to obtain such information.  Further, there was no way for Dr. Jackson at the time to check the veracity of NuVasive's representations regarding its Reline product, beyond NuVasive's stated interest in continuing to use his Helical Flange technology on future products.  And, Dr. Jackson had no way of checking the veracity of NuVasive's representations that it had the ability to design around Dr. Jackson's technology – a representation that substantially contributed to Dr. Jackson's sale of those patents to NuVasive as part of the 2014 Agreement.

216.    Because of NuVasive's false and misleading representations, including material omissions regarding its planned continuing use of Dr. Jackson's compound articulation technology, Dr. Jackson has suffered economic harm and other damages.  Had NuVasive been forthright during the negotiations, including to disclose its ongoing interest in compound articulation for its new flagship product, Dr. Jackson would not have agreed to the 2014 buyout purchase price – he would have negotiated a substantially higher price, or kept the 2008 Agreement in place, which would have resulted in substantially more in royalties over the lifespan of that agreement and those patents.

217.    Because NuVasive's fraud was intentional, willful, deceptive and malicious, Plaintiff is entitled to punitive damages according to proof at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

A.  Hold that Defendant NuVasive has infringed one or more claims of the Asserted Patents pursuant to 35 U.S.C. § 271.

B.  Find that NuVasive has fraudulently induced Dr. Jackson into accepting the terms of the 2014 Agreement.

C.  Preliminarily and permanently enjoin Defendant NuVasive as well as its respective

93227924.2

agents, servants, officers, directors, employees and all other persons or entities acting in concert with them, directly or indirectly, from infringing, inducing others to infringe, or contributing to the infringement of the Asserted Patents pursuant to 35 U.S.C. § 283.

D. Order Defendant NuVasive to account for and pay to Plaintiff damages as a consequence of Defendant's infringement of the Asserted Patents, as available to Plaintiff, under 35 U.S.C. § 284.

E. Order Defendant NuVasive to account for and pay to Plaintiff damages as a consequence of Defendant's fraudulent inducement.

F. Find that Defendant NuVasive's infringement is willful and accordingly award Plaintiff enhanced damages in accordance with 35 U.S.C. § 284.

G. Declare this case exceptional pursuant to 35 U.S.C. § 285 and award Plaintiff reasonable attorneys' fees and costs in this action.

H. Award to Plaintiff its costs, expenses, disbursements, and attorneys' fees incurred herein.

I. Award to Plaintiff pre-judgment and post-judgment interest on the foregoing amounts at the maximum rate recoverable by law.

J. Award to Plaintiff such other and further relief as the Court deems just and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff Roger P. Jackson, M.D. demand trial by jury of all issues triable by a jury.

POLSINELLI PC

*/s/ Stephen J. Kraftschik*
Stephen J. Kraftschik (#5623)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
(302) 252-0920
skraftschik@polsinelli.com
*Attorneys for Plaintiff Roger P. Jackson, M.D.*

OF COUNSEL:

Thomas Gemmell
POLSINELLI PC
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606

93227924.2

Phone: 404-253-6000
Fax: 312-819-1910
tgemmell@polsinelli.com

Aaron M. Levine
POLSINELLI PC
1000 Louisiana St., 64th Floor
Houston, TX 77002
Phone: 404-253-6000
Fax: 713-374-1601
alevine@polsinelli.com

Darren Donnelly
POLSINELLI LLP
Three Embarcadero Center, Suite 2400
San Francisco, CA 94111
Phone: (650) 461-7735
Fax:  415-248-2101
ddonnelly@polsinelli.com

January 30, 2024

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 30, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 30, 2024, upon the following in the manner indicated:

Daniel M. Silver                                                    *BY ELECTRONIC MAIL*
Alexandra M. Joyce
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com
*Attorneys for Defendant NuVasive, Inc.*

Colin G. Cabral                                                    *BY ELECTRONIC MAIL*
James R. Anderson
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110-2600
(617) 526-9600
ccabral@proskauer.com
jaanderson@proskauer.com
*Attorneys for Defendant NuVasive, Inc.*

Jessica M. Griffith                                                *BY ELECTRONIC MAIL*
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA  90067-3010
(310) 284-4563
jgriffith@proskauer.com
*Attorneys for Defendant NuVasive, Inc.*


*/s/ Stephen J. Kraftschik*
_____
Stephen J. Kraftschik (#5623)

93227924.2

# EXHIBIT 1

US008353932B2

(12) **United States Patent**          (10) **Patent No.:**     **US 8,353,932 B2**

Jackson          (45) **Date of Patent:**     **Jan. 15, 2013**

(54) **POLYAXIAL BONE ANCHOR ASSEMBLY WITH ONE-PIECE CLOSURE, PRESSURE INSERT AND PLASTIC ELONGATE MEMBER**

(76) Inventor: **Roger P. Jackson**, Prairie Village, KS (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 686 days.

(21) Appl. No.: **12/229,207**

(22) Filed: **Aug. 20, 2008**

(65) **Prior Publication Data**

US 2008/0319490 A1     Dec. 25, 2008

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 11/894,001, filed on Aug. 17, 2007, now Pat. No. 8,292,926, and a continuation-in-part of application No. 11/522,503, filed on Sep. 14, 2006, now Pat. No. 7,766,915, and a continuation-in-part of application No. 12/008,067, filed on Jan. 8, 2008.

(60) Provisional application No. 60/994,083, filed on Sep. 17, 2007, provisional application No. 60/851,353, filed on Oct. 12, 2006, provisional application No. 60/905,472, filed on Mar. 7, 2007, provisional application No. 60/722,300, filed on Sep. 30, 2005, provisional application No. 60/725,445, filed on Oct. 11, 2005, provisional application No. 60/728,912, filed on Oct. 21, 2005, provisional application No. 60/736,112, filed on Nov. 10, 2005, provisional application No. 60/832,644, filed on Jul. 21, 2006, provisional application No. 60/897,723, filed on Jan. 26, 2007.

(51) **Int. Cl.**
    *A61B 17/70*     (2006.01)
(52) **U.S. Cl.** ...................................................... **606/246**
(58) **Field of Classification Search** ................. 606/246, 606/250–261, 263, 265–272, 279, 65, 287, 606/262, 264
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 854,956 | A | 5/1907 | Martin |
| 2,243,717 | A | 5/1941 | Moreira |
| 2,346,346 | A | 4/1944 | Anderson |
| 2,362,999 | A | 11/1944 | Elmer |
| 2,531,892 | A | 11/1950 | Reese |
| 2,813,450 | A | 11/1957 | Dzus |
| 3,013,244 | A | 12/1961 | Rudy |
| 3,236,275 | A | 2/1966 | Smith |
| 3,604,487 | A | 9/1971 | Gilbert |
| 3,640,416 | A | 2/1972 | Temple |

(Continued)

FOREIGN PATENT DOCUMENTS

| CA | 2577436 | 6/2006 |
|---|---|---|

(Continued)

OTHER PUBLICATIONS

*EBI Omega 21* Brochure, EBI Spine Systems, pub. 1999.
*Claris Instrumentation* Brochure, G Med, pub. 1997.
*CD Horizon M8 Multi Axial Screw Spinal System* Brochure, Medtronic Sofamor Danek, no publish date.
*Contour Spinal System* Brochure, Ortho Development, no publish date.

(Continued)

*Primary Examiner* — Alvin J. Stewart
(74) *Attorney, Agent, or Firm* — John C. McMahon

(57) **ABSTRACT**

A medical implant assembly includes a polyaxial bone anchor having a shank, a receiver, a lower compression insert with planar surfaces for closely receiving an elongate connecting member with planar surfaces and a one-piece closure structure. The closure structure engages both the connecting member and the insert with the engagement between the closure structure and the insert securely locking the polyaxial mechanism even if the connecting member exhibits creep.

**32 Claims, 6 Drawing Sheets**



**US 8,353,932 B2**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,033,139 | A | 7/1977 | Frederick |
| 4,041,939 | A | 8/1977 | Hall |
| 4,190,091 | A | 2/1980 | Colognori |
| 4,373,754 | A | 2/1983 | Bollfrass et al. |
| 4,448,191 | A | 5/1984 | Rodnyansky et al. |
| 4,484,570 | A | 11/1984 | Sutter et al. |
| 4,600,224 | A | 7/1986 | Blose |
| 4,653,486 | A | 3/1987 | Coker |
| 4,703,954 | A | 11/1987 | Ortloff et al. |
| 4,707,001 | A | 11/1987 | Johnson |
| 4,743,260 | A | 5/1988 | Burton |
| 4,748,260 | A | 5/1988 | Marlett |
| 4,759,672 | A | 7/1988 | Nilsen et al. |
| 4,790,297 | A | 12/1988 | Luque |
| 4,836,196 | A | 6/1989 | Park et al. |
| 4,877,020 | A | 10/1989 | Vich |
| 4,887,596 | A | 12/1989 | Sherman |
| 4,946,458 | A | 8/1990 | Harms et al. |
| 4,950,269 | A | 8/1990 | Gaines, Jr. |
| 5,005,562 | A | 4/1991 | Cotrel |
| 5,019,080 | A | 5/1991 | Hemer |
| 5,020,519 | A | 6/1991 | Hayes et al. |
| 5,022,791 | A | 6/1991 | Isler |
| 5,034,011 | A | 7/1991 | Howland |
| 5,067,955 | A | 11/1991 | Cotrel |
| 5,084,048 | A | 1/1992 | Jacob et al. |
| 5,092,635 | A | 3/1992 | DeLange et al. |
| 5,092,866 | A | 3/1992 | Breard et al. |
| 5,102,412 | A | 4/1992 | Rogozinski |
| 5,129,388 | A | 7/1992 | Vignaud et al. |
| 5,147,363 | A | 9/1992 | Harle |
| 5,154,719 | A | 10/1992 | Cotrel |
| 5,176,483 | A | 1/1993 | Baumann et al. |
| 5,176,678 | A | 1/1993 | Tsou |
| 5,176,680 | A | 1/1993 | Vignaud et al. |
| 5,180,393 | A | 1/1993 | Commarmond |
| 5,207,678 | A | 5/1993 | Harms et al. |
| 5,217,497 | A | 6/1993 | Mehdian |
| 5,257,993 | A | 11/1993 | Asher et al. |
| 5,261,907 | A | 11/1993 | Vignaud et al. |
| 5,261,912 | A | 11/1993 | Frigg |
| 5,275,601 | A | 1/1994 | Gogolewski et al. |
| 5,282,862 | A | 2/1994 | Baker et al. |
| 5,282,863 | A * | 2/1994 | Burton ............................ 606/254 |
| D346,217 | S | 4/1994 | Sparker et al. |
| 5,306,275 | A | 4/1994 | Bryan |
| 5,312,404 | A | 5/1994 | Asher et al. |
| 5,321,901 | A | 6/1994 | Kelly |
| 5,330,472 | A | 7/1994 | Metz-Stavenhagen |
| 5,346,493 | A | 9/1994 | Stahurski et al. |
| 5,358,289 | A | 10/1994 | Banker et al. |
| 5,360,431 | A | 11/1994 | Puno et al. |
| 5,375,823 | A | 12/1994 | Navas |
| 5,385,583 | A | 1/1995 | Cotrel |
| 5,395,371 | A | 3/1995 | Miller et al. |
| 5,409,489 | A | 4/1995 | Sioufi |
| 5,414,661 | A | 5/1995 | Ihara |
| 5,415,661 | A | 5/1995 | Holmes |
| 5,423,816 | A | 6/1995 | Lin |
| 5,427,418 | A | 6/1995 | Watts |
| 5,429,639 | A | 7/1995 | Judet |
| 5,443,467 | A * | 8/1995 | Biedermann et al. ............ 606/65 |
| 5,466,237 | A | 11/1995 | Byrd, III et al. |
| 5,468,241 | A | 11/1995 | Metz-Stavenhagen et al. |
| 5,474,555 | A | 12/1995 | Puno et al. |
| 5,476,462 | A | 12/1995 | Allard et al. |
| 5,476,464 | A | 12/1995 | Metz-Stavenhagen et al. |
| 5,480,401 | A | 1/1996 | Navas |
| 5,484,437 | A | 1/1996 | Michelson |
| 5,484,440 | A | 1/1996 | Allard |
| 5,487,742 | A | 1/1996 | Cotrel |
| 5,489,307 | A | 2/1996 | Kuslich et al. |
| 5,490,750 | A | 2/1996 | Gundy |
| 5,496,321 | A | 3/1996 | Puno et al. |
| 5,499,892 | A | 3/1996 | Reed |
| 5,505,731 | A | 4/1996 | Tornier |
| 5,507,745 | A | 4/1996 | Logroscino et al. |
| 5,540,688 | A | 7/1996 | Navas |
| 5,545,165 | A | 8/1996 | Biedermann et al. |
| 5,549,607 | A | 8/1996 | Olson et al. |
| 5,549,608 | A * | 8/1996 | Errico et al. ................... 606/264 |
| 5,554,157 | A | 9/1996 | Errico et al. |
| 5,562,660 | A | 10/1996 | Grob |
| 5,562,663 | A | 10/1996 | Wisnewski et al. |
| 5,569,247 | A | 10/1996 | Morrison |
| 5,569,251 | A | 10/1996 | Baker et al. |
| 5,584,834 | A | 12/1996 | Errico et al. |
| 5,586,984 | A | 12/1996 | Errico et al. |
| 5,591,166 | A | 1/1997 | Bernhardt et al. |
| 5,601,553 | A | 2/1997 | Trebing et al. |
| 5,607,304 | A | 3/1997 | Bailey et al. |
| 5,607,425 | A | 3/1997 | Rogozinski |
| 5,607,426 | A | 3/1997 | Ralph et al. |
| 5,607,428 | A | 3/1997 | Lin |
| 5,611,800 | A | 3/1997 | Davis et al. |
| 5,628,740 | A | 5/1997 | Mullane |
| 5,630,817 | A | 5/1997 | Rokegem |
| 5,641,256 | A | 6/1997 | Gundy |
| 5,643,260 | A | 7/1997 | Doherty |
| 5,643,261 | A | 7/1997 | Schafer et al. |
| 5,647,873 | A | 7/1997 | Errico et al. |
| 5,662,652 | A | 9/1997 | Schafer et al. |
| 5,662,653 | A | 9/1997 | Songer et al. |
| 5,669,909 | A | 9/1997 | Zdeblick et al. |
| 5,669,911 | A | 9/1997 | Errico et al. |
| 5,672,175 | A | 9/1997 | Martin |
| 5,672,176 | A * | 9/1997 | Biedermann et al. ......... 606/271 |
| 5,676,703 | A | 10/1997 | Gelbard |
| 5,681,319 | A | 10/1997 | Biedermann et al. |
| 5,683,390 | A | 11/1997 | Metz-Stavenhagen et al. |
| 5,690,630 | A | 11/1997 | Errico et al. |
| 5,697,929 | A | 12/1997 | Mellinger |
| 5,702,393 | A * | 12/1997 | Pfaifer ........................... 606/328 |
| 5,711,709 | A | 1/1998 | McCoy |
| 5,713,898 | A | 2/1998 | Stucker et al. |
| 5,716,356 | A | 2/1998 | Biedermann et al. |
| 5,720,751 | A | 2/1998 | Jackson |
| 5,723,013 | A | 3/1998 | Jeanson et al. |
| 5,725,527 | A | 3/1998 | Biedermann et al. |
| 5,725,528 | A | 3/1998 | Errico et al. |
| 5,728,098 | A | 3/1998 | Sherman et al. |
| 5,733,286 | A | 3/1998 | Errico et al. |
| 5,738,685 | A | 4/1998 | Halm et al. |
| 5,741,254 | A | 4/1998 | Henry et al. |
| 5,752,957 | A | 5/1998 | Ralph et al. |
| 5,782,830 | A | 7/1998 | Farris |
| 5,782,833 | A | 7/1998 | Haider |
| 5,792,044 | A | 8/1998 | Foley et al. |
| 5,797,911 | A | 8/1998 | Sherman et al. |
| 5,800,435 | A | 9/1998 | Errico et al. |
| 5,800,547 | A | 9/1998 | Schafer et al. |
| 5,810,816 | A | 9/1998 | Roussouly et al. |
| 5,817,094 | A | 10/1998 | Errico et al. |
| 5,863,293 | A | 1/1999 | Richelsoph |
| 5,873,878 | A | 2/1999 | Harms et al. |
| 5,876,402 | A | 3/1999 | Errico et al. |
| 5,879,350 | A | 3/1999 | Sherman et al. |
| 5,879,351 | A | 3/1999 | Viart |
| 5,882,350 | A | 3/1999 | Ralph et al. |
| 5,885,286 | A | 3/1999 | Sherman et al. |
| 5,891,145 | A | 4/1999 | Morrison et al. |
| 5,902,231 | A | 5/1999 | Foley et al. |
| RE36,221 | E | 6/1999 | Breard et al. |
| 5,910,141 | A | 6/1999 | Morrison et al. |
| 5,938,663 | A | 8/1999 | Petreto |
| 5,944,465 | A | 8/1999 | Janitzki |
| 5,951,553 | A | 9/1999 | Betz |
| 5,954,725 | A | 9/1999 | Sherman et al. |
| 5,961,517 | A | 10/1999 | Biedermann et al. |
| 5,964,760 | A | 10/1999 | Richelsoph |
| 5,997,539 | A * | 12/1999 | Errico et al. ................... 606/278 |
| 6,001,098 | A | 12/1999 | Metz-Stavenhagen et al. |
| 6,004,349 | A | 12/1999 | Jackson |
| 6,010,503 | A * | 1/2000 | Richelsoph et al. .......... 606/278 |
| 6,019,759 | A | 2/2000 | Rogozinski |
| 6,022,350 | A | 2/2000 | Ganem |
| 6,053,917 | A | 4/2000 | Sherman et al. |

**US 8,353,932 B2**

Page 3

| | | | |
|---|---|---|---|
| 6,059,786 | A | 5/2000 | Jackson |
| 6,063,090 | A * | 5/2000 | Schlapfer ...................... 606/270 |
| 6,074,391 | A | 6/2000 | Metz-Stavenhagen et al. |
| 6,077,262 | A | 6/2000 | Schlapfer et al. |
| 6,086,588 | A | 7/2000 | Ameil et al. |
| 6,090,110 | A | 7/2000 | Metz-Stavenhagen |
| 6,090,111 | A | 7/2000 | Nichols |
| 6,099,528 | A | 8/2000 | Saurat |
| 6,102,912 | A | 8/2000 | Cazin et al. |
| 6,102,913 | A | 8/2000 | Jackson |
| 6,110,172 | A | 8/2000 | Jackson |
| 6,113,601 | A | 9/2000 | Tatar |
| 6,132,431 | A | 10/2000 | Nilsson et al. |
| 6,132,432 | A | 10/2000 | Richelsoph |
| 6,132,434 | A * | 10/2000 | Sherman et al. ................ 606/78 |
| 6,136,002 | A | 10/2000 | Shih et al. |
| 6,139,549 | A | 10/2000 | Keller |
| 6,143,032 | A | 11/2000 | Schafer et al. |
| 6,146,383 | A | 11/2000 | Studer et al. |
| 6,183,472 | B1 | 2/2001 | Lutz |
| 6,186,718 | B1 | 2/2001 | Fogard |
| 6,187,005 | B1 | 2/2001 | Brace et al. |
| 6,193,720 | B1 | 2/2001 | Yuan et al. |
| 6,214,012 | B1 | 4/2001 | Karpman et al. |
| RE37,161 | E | 5/2001 | Michelson et al. |
| 6,224,596 | B1 | 5/2001 | Jackson |
| 6,224,598 | B1 | 5/2001 | Jackson |
| 6,235,028 | B1 | 5/2001 | Brumfield et al. |
| 6,235,034 | B1 | 5/2001 | Bray |
| 6,241,730 | B1 | 6/2001 | Alby |
| 6,248,105 | B1 | 6/2001 | Schlapfer et al. |
| 6,248,107 | B1 | 6/2001 | Foley et al. |
| 6,251,112 | B1 | 6/2001 | Jackson |
| 6,254,146 | B1 | 7/2001 | Church |
| 6,254,602 | B1 | 7/2001 | Justis |
| 6,267,764 | B1 | 7/2001 | Elberg |
| 6,267,765 | B1 | 7/2001 | Taylor et al. |
| 6,273,888 | B1 * | 8/2001 | Justis ............................. 606/272 |
| 6,277,122 | B1 | 8/2001 | McGahan et al. |
| 6,280,442 | B1 | 8/2001 | Barker et al. |
| 6,280,445 | B1 | 8/2001 | Morrison et al. |
| 6,287,308 | B1 | 9/2001 | Betz et al. |
| 6,287,311 | B1 * | 9/2001 | Sherman et al. ................ 606/78 |
| 6,290,700 | B1 | 9/2001 | Schmotzer |
| 6,296,642 | B1 | 10/2001 | Morrison et al. |
| 6,296,643 | B1 | 10/2001 | Hopf et al. |
| 6,299,613 | B1 | 10/2001 | Ogilvie et al. |
| 6,302,888 | B1 | 10/2001 | Mellinger et al. |
| 6,309,391 | B1 | 10/2001 | Crandall et al. |
| 6,315,564 | B1 | 11/2001 | Levisman |
| 6,315,779 | B1 | 11/2001 | Morrison et al. |
| 6,331,179 | B1 | 12/2001 | Freid et al. |
| 6,355,040 | B1 * | 3/2002 | Richelsoph et al. .......... 606/272 |
| RE37,665 | E | 4/2002 | Ralph et al. |
| 6,368,321 | B1 | 4/2002 | Jackson |
| 6,371,957 | B1 | 4/2002 | Amrein et al. |
| 6,402,752 | B2 * | 6/2002 | Schaffler-Wachter |
| | | | et al. .............................. 606/266 |
| 6,402,757 | B1 | 6/2002 | Moore et al. |
| 6,440,133 | B1 | 8/2002 | Beale et al. |
| 6,440,137 | B1 * | 8/2002 | Horvath et al. ............... 606/302 |
| 6,443,956 | B1 | 9/2002 | Ray |
| 6,451,021 | B1 | 9/2002 | Ralph et al. |
| 6,471,703 | B1 | 10/2002 | Ashman |
| 6,471,705 | B1 * | 10/2002 | Biedermann et al. ......... 606/271 |
| 6,478,801 | B1 | 11/2002 | Ralph et al. |
| 6,485,491 | B1 * | 11/2002 | Farris et al. ................... 606/250 |
| 6,485,492 | B1 | 11/2002 | Halm et al. |
| 6,485,494 | B1 | 11/2002 | Haider |
| 6,488,681 | B2 | 12/2002 | Martin et al. |
| 6,508,818 | B2 | 1/2003 | Steiner et al. |
| 6,511,484 | B2 | 1/2003 | Torode et al. |
| 6,520,962 | B1 | 2/2003 | Taylor et al. |
| 6,527,804 | B1 | 3/2003 | Gauchet et al. |
| 6,530,929 | B1 | 3/2003 | Jusis et al. |
| 6,533,786 | B1 | 3/2003 | Needham et al. |
| 6,539,826 | B2 | 4/2003 | Oesterle et al. |
| 6,540,749 | B2 | 4/2003 | Schafer et al. |
| 6,547,790 | B2 | 4/2003 | Harkey, III et al. |
| 6,551,320 | B2 | 4/2003 | Lieberman |
| 6,551,323 | B2 | 4/2003 | Doubler et al. |
| 6,554,831 | B1 | 4/2003 | Rivard et al. |
| 6,554,832 | B2 | 4/2003 | Shluzas |
| 6,554,834 | B1 | 4/2003 | Crozet et al. |
| 6,558,387 | B2 | 5/2003 | Errico et al. |
| 6,562,038 | B1 | 5/2003 | Morrison |
| 6,562,040 | B1 | 5/2003 | Wagner |
| 6,565,565 | B1 | 5/2003 | Yuan et al. |
| 6,565,567 | B1 * | 5/2003 | Haider ........................... 606/266 |
| 6,572,618 | B1 | 6/2003 | Morrison |
| 6,582,436 | B2 | 6/2003 | Schlapfer et al. |
| 6,582,466 | B1 | 6/2003 | Gauchet |
| 6,585,740 | B2 | 7/2003 | Schlapfer et al. |
| 6,595,992 | B1 | 7/2003 | Wagner et al. |
| 6,595,993 | B2 | 7/2003 | Donno et al. |
| 6,599,294 | B2 | 7/2003 | Fuss et al. |
| 6,610,063 | B2 | 8/2003 | Kumar et al. |
| 6,613,050 | B1 * | 9/2003 | Wagner et al. ................ 606/250 |
| 6,616,667 | B1 | 9/2003 | Steiger et al. |
| 6,616,669 | B2 | 9/2003 | Ogilvie |
| 6,623,485 | B2 | 9/2003 | Doubler et al. |
| 6,626,347 | B2 | 9/2003 | Ng |
| 6,626,907 | B2 | 9/2003 | Campbell et al. |
| 6,626,908 | B2 * | 9/2003 | Cooper et al. ................. 606/266 |
| 6,635,059 | B2 | 10/2003 | Randall et al. |
| 6,635,060 | B2 | 10/2003 | Hanson et al. |
| 6,648,885 | B1 | 11/2003 | Friesem |
| 6,648,887 | B2 | 11/2003 | Ashman |
| 6,648,888 | B1 | 11/2003 | Shluzas |
| 6,652,526 | B1 * | 11/2003 | Arafiles ......................... 606/308 |
| 6,652,765 | B1 | 11/2003 | Beaty |
| 6,656,179 | B1 | 12/2003 | Schaefer et al. |
| 6,656,181 | B2 | 12/2003 | Dixon et al. |
| 6,660,004 | B2 * | 12/2003 | Barker et al. .................. 606/328 |
| 6,660,005 | B2 * | 12/2003 | Toyama et al. ................ 606/308 |
| 6,660,006 | B2 | 12/2003 | Markworth et al. |
| 6,663,632 | B1 | 12/2003 | Frigg |
| 6,663,635 | B2 | 12/2003 | Frigg et al. |
| 6,673,073 | B1 | 1/2004 | Schafer |
| 6,676,661 | B1 | 1/2004 | Benlloch et al. |
| 6,679,833 | B2 | 1/2004 | Smith et al. |
| 6,682,529 | B2 | 1/2004 | Stahurski |
| 6,682,530 | B2 | 1/2004 | Dixon et al. |
| 6,689,133 | B2 | 2/2004 | Morrison et al. |
| 6,689,134 | B2 | 2/2004 | Ralph et al. |
| 6,695,843 | B2 | 2/2004 | Biedermann et al. |
| 6,695,851 | B2 | 2/2004 | Zdeblick et al. |
| 6,699,249 | B2 | 3/2004 | Schlapfer et al. |
| 6,706,045 | B2 | 3/2004 | Lin et al. |
| 6,712,818 | B1 | 3/2004 | Michelson |
| 6,716,213 | B2 | 4/2004 | Shitoto |
| 6,716,214 | B1 | 4/2004 | Jackson |
| 6,716,247 | B2 | 4/2004 | Michelson |
| 6,723,100 | B2 * | 4/2004 | Biedermann et al. ......... 606/308 |
| 6,730,093 | B2 | 5/2004 | Saint Martin |
| 6,730,127 | B2 | 5/2004 | Michelson |
| 6,733,502 | B2 | 5/2004 | Altarac et al. |
| 6,736,816 | B2 | 5/2004 | Ritland |
| 6,736,820 | B2 | 5/2004 | Biedermann et al. |
| 6,740,086 | B2 * | 5/2004 | Richelsoph ...................... 606/60 |
| 6,743,231 | B1 | 6/2004 | Gray et al. |
| 6,746,449 | B2 | 6/2004 | Jones et al. |
| 6,746,454 | B2 | 6/2004 | Winterbottom et al. |
| 6,755,829 | B1 * | 6/2004 | Bono et al. ..................... 606/308 |
| 6,755,835 | B2 | 6/2004 | Schultheiss et al. |
| 6,755,836 | B1 | 6/2004 | Lewis |
| 6,761,723 | B2 | 7/2004 | Buttermann et al. |
| 6,767,351 | B2 | 7/2004 | Orbay et al. |
| 6,770,075 | B2 | 8/2004 | Howland |
| 6,778,861 | B1 | 8/2004 | Liebrecht et al. |
| 6,780,186 | B2 | 8/2004 | Errico et al. |
| 6,783,527 | B2 | 8/2004 | Drewry et al. |
| 6,783,528 | B2 * | 8/2004 | Vincent-Prestigiacomo   606/246 |
| 6,790,208 | B2 | 9/2004 | Oribe et al. |
| 6,790,209 | B2 | 9/2004 | Beale et al. |
| 6,802,844 | B2 | 10/2004 | Ferree |
| 6,827,719 | B2 | 12/2004 | Ralph et al. |
| 6,830,571 | B2 | 12/2004 | Lenke et al. |

US 8,353,932 B2

Page 4

| | | | | |
|---|---|---|---|---|
| 6,835,196 | B2 * | 12/2004 | Biedermann et al. | 606/308 |
| 6,837,889 | B2 * | 1/2005 | Shluzas | 606/270 |
| 6,840,940 | B2 | 1/2005 | Ralph et al. | |
| 6,843,791 | B2 * | 1/2005 | Serhan | 606/272 |
| 6,857,343 | B1 | 2/2005 | Easterbrooks et al. | |
| 6,858,031 | B2 | 2/2005 | Morrison et al. | |
| 6,866,664 | B2 * | 3/2005 | Schär et al. | 606/252 |
| 6,869,432 | B2 | 3/2005 | Schlapfer et al. | |
| 6,869,433 | B2 * | 3/2005 | Glascott | 606/308 |
| 6,872,208 | B1 | 3/2005 | McBride et al. | |
| 6,896,676 | B2 | 5/2005 | Zubok et al. | |
| 6,896,677 | B1 | 5/2005 | Lin | |
| 6,932,817 | B2 | 8/2005 | Baynham et al. | |
| 6,932,820 | B2 | 8/2005 | Osman | |
| 6,945,972 | B2 | 9/2005 | Frigg et al. | |
| 6,953,462 | B2 | 10/2005 | Liebermann | |
| 6,955,677 | B2 | 10/2005 | Dahners | |
| 6,958,065 | B2 | 10/2005 | Ueyama et al. | |
| 6,964,664 | B2 | 11/2005 | Freid et al. | |
| 6,964,665 | B2 | 11/2005 | Thomas et al. | |
| 6,964,667 | B2 | 11/2005 | Shaolian et al. | |
| 6,966,910 | B2 | 11/2005 | Ritland | |
| 6,974,460 | B2 | 12/2005 | Carbone et al. | |
| 6,979,334 | B2 | 12/2005 | Dalton | |
| 6,981,973 | B2 | 1/2006 | McKinley | |
| 6,986,771 | B2 | 1/2006 | Paul et al. | |
| 6,989,011 | B2 | 1/2006 | Paul et al. | |
| 6,991,632 | B2 | 1/2006 | Ritland | |
| 7,004,947 | B2 | 2/2006 | Shluzas et al. | |
| RE39,035 | E | 3/2006 | Finn et al. | |
| 7,008,422 | B2 | 3/2006 | Foley et al. | |
| 7,008,424 | B2 | 3/2006 | Teitelbaum | |
| 7,011,660 | B2 | 3/2006 | Sherman et al. | |
| 7,018,378 | B2 * | 3/2006 | Biedermann et al. | 606/308 |
| 7,018,379 | B2 | 3/2006 | Drewry et al. | |
| 7,022,122 | B2 | 4/2006 | Amrein et al. | |
| 7,029,475 | B2 | 4/2006 | Panjabi | |
| RE39,089 | E * | 5/2006 | Ralph et al. | 606/278 |
| 7,052,497 | B2 | 5/2006 | Sherman et al. | |
| 7,056,321 | B2 | 6/2006 | Pagliuca et al. | |
| 7,066,062 | B2 | 6/2006 | Flesher | |
| 7,066,937 | B2 * | 6/2006 | Shluzas | 606/86 A |
| 7,081,116 | B1 * | 7/2006 | Carly | 606/264 |
| 7,083,621 | B2 | 8/2006 | Shaolian et al. | |
| 7,087,057 | B2 * | 8/2006 | Konieczynski et al. | 606/278 |
| 7,090,674 | B2 * | 8/2006 | Doubler et al. | 606/277 |
| 7,090,679 | B2 | 8/2006 | Saint-Martin et al. | |
| 7,090,680 | B2 | 8/2006 | Bonati et al. | |
| 7,094,242 | B2 | 8/2006 | Ralph et al. | |
| 7,118,576 | B2 | 10/2006 | Gitis et al. | |
| 7,121,755 | B2 | 10/2006 | Schlapfer et al. | |
| 7,125,410 | B2 | 10/2006 | Freudiger | |
| 7,125,426 | B2 | 10/2006 | Moumene et al. | |
| 7,128,743 | B2 | 10/2006 | Metz-Stavenhagen | |
| 7,137,985 | B2 | 11/2006 | Jahng | |
| 7,141,051 | B2 | 11/2006 | Janowski et al. | |
| 7,144,396 | B2 * | 12/2006 | Shluzas | 606/266 |
| 7,163,538 | B2 | 1/2007 | Altarac et al. | |
| 7,163,539 | B2 | 1/2007 | Abdelgany et al. | |
| 7,166,108 | B2 | 1/2007 | Mazda et al. | |
| 7,179,261 | B2 | 2/2007 | Sicvol et al. | |
| 7,186,255 | B2 | 3/2007 | Baynham et al. | |
| 7,188,626 | B2 | 3/2007 | Foley et al. | |
| 7,207,991 | B2 | 4/2007 | Michelson | |
| 7,207,992 | B2 | 4/2007 | Ritland | |
| 7,211,085 | B2 | 5/2007 | Michelson | |
| 7,211,086 | B2 * | 5/2007 | Biedermann | 606/308 |
| 7,211,087 | B2 | 5/2007 | Young | |
| 7,214,227 | B2 | 5/2007 | Colleran et al. | |
| 7,223,268 | B2 * | 5/2007 | Biedermann | 606/308 |
| 7,229,441 | B2 | 6/2007 | Trieu et al. | |
| 7,264,621 | B2 * | 9/2007 | Coates et al. | 606/250 |
| 7,270,665 | B2 | 9/2007 | Morrison et al. | |
| 7,276,069 | B2 * | 10/2007 | Biedermann et al. | 606/250 |
| 7,282,064 | B2 | 10/2007 | Chin | |
| 7,291,151 | B2 | 11/2007 | Alvarez | |
| 7,291,153 | B2 * | 11/2007 | Glascott | 606/308 |
| 7,294,128 | B2 | 11/2007 | Alleyne et al. | |
| 7,294,129 | B2 | 11/2007 | Hawkins et al. | |
| 7,303,563 | B2 * | 12/2007 | Poyner et al. | 606/279 |
| 7,306,603 | B2 | 12/2007 | Boehm, Jr. et al. | |
| 7,306,604 | B2 | 12/2007 | Carli | |
| 7,306,606 | B2 | 12/2007 | Sasing | |
| 7,314,467 | B2 | 1/2008 | Howland | |
| 7,316,684 | B1 | 1/2008 | Baccelli et al. | |
| 7,320,555 | B2 * | 1/2008 | Chang et al. | 403/122 |
| 7,322,979 | B2 | 1/2008 | Crandall et al. | |
| 7,322,982 | B2 * | 1/2008 | Vincent-Prestigiacomo | 606/246 |
| 7,335,201 | B2 | 2/2008 | Doubler et al. | |
| 7,335,202 | B2 * | 2/2008 | Matthis et al. | 606/266 |
| 7,338,490 | B2 | 3/2008 | Ogilvie et al. | |
| 7,338,491 | B2 | 3/2008 | Baker et al. | |
| 7,361,196 | B2 | 4/2008 | Fallin et al. | |
| 7,377,921 | B2 | 5/2008 | Studer et al. | |
| 7,445,627 | B2 * | 11/2008 | Hawkes et al. | 606/269 |
| 7,476,238 | B2 | 1/2009 | Panjabi | |
| 7,491,208 | B2 | 2/2009 | Pond, Jr. et al. | |
| 7,556,639 | B2 | 7/2009 | Rothman et al. | |
| 7,559,942 | B2 | 7/2009 | Paul et al. | |
| 7,563,274 | B2 | 7/2009 | Justis et al. | |
| 7,563,283 | B2 | 7/2009 | Kwak | |
| 7,588,575 | B2 * | 9/2009 | Colleran et al. | 606/86 A |
| 7,588,589 | B2 | 9/2009 | Falahee | |
| 7,601,166 | B2 | 10/2009 | Biedermann et al. | |
| 7,604,653 | B2 | 10/2009 | Kitchen | |
| 7,604,654 | B2 | 10/2009 | Fallin et al. | |
| 7,611,518 | B2 | 11/2009 | Walder et al. | |
| 7,615,068 | B2 | 11/2009 | Timm et al. | |
| 7,621,912 | B2 | 11/2009 | Harms et al. | |
| 7,621,940 | B2 | 11/2009 | Harms et al. | |
| 7,625,393 | B2 | 12/2009 | Fallin et al. | |
| 7,632,292 | B2 | 12/2009 | Sengupta et al. | |
| 7,641,673 | B2 | 1/2010 | LeCouedic et al. | |
| 7,651,515 | B2 | 1/2010 | Mack et al. | |
| 7,655,026 | B2 | 2/2010 | Justis et al. | |
| 7,658,739 | B2 | 2/2010 | Shluzas | |
| 7,658,752 | B2 | 2/2010 | Labrom et al. | |
| 7,678,112 | B2 * | 3/2010 | Rezach | 606/60 |
| 7,678,139 | B2 * | 3/2010 | Garamszegi et al. | 606/328 |
| 7,682,375 | B2 | 3/2010 | Ritland | |
| 7,682,377 | B2 * | 3/2010 | Konieczynski et al. | 606/269 |
| 7,695,496 | B2 | 4/2010 | Labrom et al. | |
| 7,695,498 | B2 | 4/2010 | Ritland | |
| 7,695,514 | B2 | 4/2010 | Kwak | |
| 7,758,618 | B2 * | 7/2010 | Walder et al. | 606/246 |
| 7,763,048 | B2 | 7/2010 | Fortin et al. | |
| 7,763,052 | B2 | 7/2010 | Jahng | |
| 7,766,915 | B2 * | 8/2010 | Jackson | 606/86 A |
| 7,766,941 | B2 | 8/2010 | Paul | |
| 7,766,942 | B2 | 8/2010 | Patterson et al. | |
| 7,766,943 | B1 | 8/2010 | Fallin et al. | |
| 7,776,067 | B2 * | 8/2010 | Jackson | 606/246 |
| 7,776,071 | B2 | 8/2010 | Fortin et al. | |
| 7,776,075 | B2 | 8/2010 | Bruneau et al. | |
| 7,785,349 | B2 | 8/2010 | Walder et al. | |
| 7,785,351 | B2 | 8/2010 | Gordon et al. | |
| 7,794,480 | B2 | 9/2010 | Gordon et al. | |
| 7,806,913 | B2 | 10/2010 | Fanger et al. | |
| 7,811,309 | B2 | 10/2010 | Timm et al. | |
| 7,815,663 | B2 | 10/2010 | Trieu | |
| 7,815,664 | B2 | 10/2010 | Sherman et al. | |
| 7,819,899 | B2 * | 10/2010 | Lancial | 606/246 |
| 7,875,065 | B2 * | 1/2011 | Jackson | 606/305 |
| 7,879,075 | B2 * | 2/2011 | Shluzas | 606/267 |
| 7,892,259 | B2 * | 2/2011 | Biedermann et al. | 606/264 |
| 7,896,902 | B2 * | 3/2011 | Jeon et al. | 606/246 |
| 7,901,437 | B2 * | 3/2011 | Jackson | 606/278 |
| 7,951,172 | B2 * | 5/2011 | Chao et al. | 606/265 |
| 7,955,359 | B2 * | 6/2011 | Matthis et al. | 606/270 |
| 7,967,850 | B2 * | 6/2011 | Jackson | 606/301 |
| 2001/0001119 | A1 * | 5/2001 | Lombardo | 606/73 |
| 2001/0010000 | A1 | 7/2001 | Gertzbein | |
| 2001/0023350 | A1 | 9/2001 | Choi | |
| 2001/0029375 | A1 | 10/2001 | Betz | |
| 2001/0037111 | A1 | 11/2001 | Dixon et al. | |
| 2002/0007184 | A1 | 1/2002 | Ogilvie et al. | |
| 2002/0013586 | A1 | 1/2002 | Justis et al. | |
| 2002/0035366 | A1 * | 3/2002 | Walder et al. | 606/61 |

US 8,353,932 B2

Page 5

| | | |
|---|---|---|
| 2002/0045898 A1 | 4/2002 | Freid et al. |
| 2002/0058942 A1* | 5/2002 | Biedermann et al. .......... 606/73 |
| 2002/0068975 A1 | 6/2002 | Teitelbaum et al. |
| 2002/0072751 A1 | 6/2002 | Jackson |
| 2002/0077701 A1 | 6/2002 | Kuslich |
| 2002/0082602 A1* | 6/2002 | Biedermann et al. .......... 606/73 |
| 2002/0095153 A1 | 7/2002 | Jones et al. |
| 2002/0111626 A1 | 8/2002 | Ralph et al. |
| 2002/0133159 A1 | 9/2002 | Jackson |
| 2002/0143341 A1* | 10/2002 | Biedermann et al. .......... 606/73 |
| 2002/0173789 A1 | 11/2002 | Howland |
| 2002/0193795 A1 | 12/2002 | Gertzbein et al. |
| 2003/0023240 A1 | 1/2003 | Amrein et al. |
| 2003/0023243 A1* | 1/2003 | Biedermann et al. .......... 606/73 |
| 2003/0028192 A1* | 2/2003 | Schar et al. .................... 606/61 |
| 2003/0073996 A1 | 4/2003 | Doubler et al. |
| 2003/0083657 A1 | 5/2003 | Drewry et al. |
| 2003/0093078 A1 | 5/2003 | Ritland |
| 2003/0100896 A1* | 5/2003 | Biedermann et al. .......... 606/61 |
| 2003/0105460 A1 | 6/2003 | Crandall et al. |
| 2003/0109880 A1 | 6/2003 | Shirado et al. |
| 2003/0114852 A1 | 6/2003 | Biedermann et al. |
| 2003/0125741 A1* | 7/2003 | Biedermann et al. .......... 606/61 |
| 2003/0149432 A1 | 8/2003 | Frigg et al. |
| 2003/0153911 A1 | 8/2003 | Shluzas |
| 2003/0163133 A1 | 8/2003 | Altarac et al. |
| 2003/0171749 A1 | 9/2003 | Le Couedic et al. |
| 2003/0176862 A1 | 9/2003 | Taylor et al. |
| 2003/0191470 A1 | 10/2003 | Ritland |
| 2003/0199873 A1* | 10/2003 | Richelsoph .................... 606/61 |
| 2003/0208203 A1 | 11/2003 | Lim et al. |
| 2003/0208204 A1 | 11/2003 | Bailey et al. |
| 2003/0212398 A1 | 11/2003 | Jackson |
| 2003/0216735 A1 | 11/2003 | Altarac et al. |
| 2003/0220642 A1 | 11/2003 | Freudiger |
| 2003/0220643 A1 | 11/2003 | Ferree |
| 2003/0225408 A1 | 12/2003 | Nichols et al. |
| 2004/0002708 A1 | 1/2004 | Ritland |
| 2004/0006342 A1 | 1/2004 | Altarac et al. |
| 2004/0049189 A1 | 3/2004 | Le Couedic et al. |
| 2004/0049190 A1 | 3/2004 | Biedermann et al. |
| 2004/0073215 A1 | 4/2004 | Carli |
| 2004/0078082 A1 | 4/2004 | Lange |
| 2004/0087949 A1 | 5/2004 | Bono et al. |
| 2004/0087952 A1 | 5/2004 | Borgstrom et al. |
| 2004/0092934 A1 | 5/2004 | Howland |
| 2004/0097933 A1* | 5/2004 | Lourdel et al. ................. 606/61 |
| 2004/0116929 A1* | 6/2004 | Barker et al. .................. 606/61 |
| 2004/0133207 A1 | 7/2004 | Abdou |
| 2004/0138662 A1 | 7/2004 | Landry et al. |
| 2004/0143265 A1 | 7/2004 | Landry et al. |
| 2004/0147928 A1 | 7/2004 | Landry et al. |
| 2004/0147929 A1 | 7/2004 | Biedermann et al. |
| 2004/0158247 A1* | 8/2004 | Sitiso et al. .................... 606/61 |
| 2004/0162560 A1 | 8/2004 | Raynor et al. |
| 2004/0172022 A1 | 9/2004 | Landry et al. |
| 2004/0172025 A1 | 9/2004 | Drewry et al. |
| 2004/0176766 A1* | 9/2004 | Shluzas ........................... 606/65 |
| 2004/0186473 A1* | 9/2004 | Cournoyer et al. ............ 606/61 |
| 2004/0210216 A1 | 10/2004 | Farris et al. |
| 2004/0220567 A1 | 11/2004 | Eisermann et al. |
| 2004/0220671 A1 | 11/2004 | Ralph et al. |
| 2004/0225289 A1* | 11/2004 | Biedermann et al. .......... 606/61 |
| 2004/0236327 A1 | 11/2004 | Paul et al. |
| 2004/0236328 A1 | 11/2004 | Paul et al. |
| 2004/0236329 A1 | 11/2004 | Panjabi |
| 2004/0236330 A1 | 11/2004 | Purcell et al. |
| 2004/0249380 A1* | 12/2004 | Glascott ........................ 606/73 |
| 2004/0260283 A1 | 12/2004 | Wu et al. |
| 2004/0267264 A1 | 12/2004 | Konieczynski et al. |
| 2005/0027292 A1* | 2/2005 | Bernard et al. ................. 606/61 |
| 2005/0027296 A1 | 2/2005 | Thramann et al. |
| 2005/0033298 A1 | 2/2005 | Hawkes et al. |
| 2005/0038432 A1 | 2/2005 | Shaolian et al. |
| 2005/0049708 A1 | 3/2005 | Atkinson et al. |
| 2005/0055026 A1 | 3/2005 | Biedermann et al. |
| 2005/0065514 A1 | 3/2005 | Studer |
| 2005/0065515 A1 | 3/2005 | Jahng |
| 2005/0065516 A1 | 3/2005 | Jahng |

| | | |
|---|---|---|
| 2005/0065517 A1 | 3/2005 | Chin |
| 2005/0070899 A1 | 3/2005 | Doubler et al. |
| 2005/0080415 A1 | 4/2005 | Keyer et al. |
| 2005/0080419 A1* | 4/2005 | Donath ............................ 606/61 |
| 2005/0085812 A1* | 4/2005 | Sherman et al. ............... 606/61 |
| 2005/0085813 A1 | 4/2005 | SpIitler et al. |
| 2005/0085815 A1 | 4/2005 | Harms et al. |
| 2005/0085816 A1 | 4/2005 | Michelson |
| 2005/0096652 A1 | 5/2005 | Burton |
| 2005/0096654 A1 | 5/2005 | Lin |
| 2005/0096659 A1* | 5/2005 | Freudiger ........................ 606/73 |
| 2005/0107788 A1 | 5/2005 | Beaurain et al. |
| 2005/0113927 A1 | 5/2005 | Malek |
| 2005/0124991 A1 | 6/2005 | Jahng |
| 2005/0131404 A1 | 6/2005 | Mazda et al. |
| 2005/0131407 A1 | 6/2005 | Sicvol et al. |
| 2005/0131413 A1 | 6/2005 | O'Driscoll et al. |
| 2005/0137597 A1 | 6/2005 | Butler et al. |
| 2005/0143737 A1 | 6/2005 | Pafford et al. |
| 2005/0143823 A1 | 6/2005 | Boyd et al. |
| 2005/0149020 A1 | 7/2005 | Jahng |
| 2005/0149023 A1 | 7/2005 | Ritland |
| 2005/0154389 A1 | 7/2005 | Selover et al. |
| 2005/0154390 A1 | 7/2005 | Biedermann et al. |
| 2005/0154391 A1* | 7/2005 | Doherty et al. ................. 606/61 |
| 2005/0159750 A1 | 7/2005 | Doherty |
| 2005/0165396 A1 | 7/2005 | Fortin et al. |
| 2005/0165400 A1 | 7/2005 | Fernandez |
| 2005/0171540 A1 | 8/2005 | Lim et al. |
| 2005/0171543 A1 | 8/2005 | Timm et al. |
| 2005/0177156 A1* | 8/2005 | Timm et al. .................... 606/61 |
| 2005/0177157 A1 | 8/2005 | Jahng |
| 2005/0182401 A1 | 8/2005 | Timm et al. |
| 2005/0187548 A1 | 8/2005 | Butler et al. |
| 2005/0187555 A1 | 8/2005 | Biedermann et al. |
| 2005/0192571 A1 | 9/2005 | Abdelgany |
| 2005/0192580 A1* | 9/2005 | Dalton ............................ 606/73 |
| 2005/0203511 A1 | 9/2005 | Wilson-MacDonald et al. |
| 2005/0203513 A1 | 9/2005 | Jahng et al. |
| 2005/0203514 A1 | 9/2005 | Jahng et al. |
| 2005/0203516 A1* | 9/2005 | Biedermann et al. .......... 606/61 |
| 2005/0203517 A1 | 9/2005 | Jahng et al. |
| 2005/0203518 A1* | 9/2005 | Biedermann et al. .......... 606/61 |
| 2005/0203519 A1 | 9/2005 | Harms et al. |
| 2005/0216001 A1 | 9/2005 | David |
| 2005/0216003 A1* | 9/2005 | Biedermann et al. .......... 606/61 |
| 2005/0228501 A1 | 10/2005 | Miller et al. |
| 2005/0234450 A1 | 10/2005 | Barker |
| 2005/0234451 A1 | 10/2005 | Markworth |
| 2005/0234452 A1 | 10/2005 | Malandain |
| 2005/0234453 A1 | 10/2005 | Shaolian et al. |
| 2005/0234454 A1 | 10/2005 | Chin |
| 2005/0234456 A1 | 10/2005 | Malandain |
| 2005/0240181 A1 | 10/2005 | Boomer et al. |
| 2005/0240183 A1 | 10/2005 | Vaughan |
| 2005/0245930 A1 | 11/2005 | Timm et al. |
| 2005/0251137 A1 | 11/2005 | Ball |
| 2005/0251139 A1 | 11/2005 | Roh |
| 2005/0251140 A1 | 11/2005 | Shaolian et al. |
| 2005/0251141 A1 | 11/2005 | Frigg et al. |
| 2005/0260058 A1 | 11/2005 | Cassagne, III |
| 2005/0261685 A1 | 11/2005 | Fortin et al. |
| 2005/0261687 A1 | 11/2005 | Garamszegi et al. |
| 2005/0267470 A1 | 12/2005 | McBride |
| 2005/0267471 A1 | 12/2005 | Biedermann et al. |
| 2005/0267474 A1 | 12/2005 | Dalton |
| 2005/0267477 A1 | 12/2005 | Jackson |
| 2005/0273099 A1* | 12/2005 | Baccelli et al. ................. 606/61 |
| 2005/0273101 A1 | 12/2005 | Schumacher |
| 2005/0277919 A1* | 12/2005 | Slivka et al. .................... 606/61 |
| 2005/0277922 A1 | 12/2005 | Trieu et al. |
| 2005/0277923 A1* | 12/2005 | Sweeney ......................... 606/61 |
| 2005/0277925 A1 | 12/2005 | Mujwid |
| 2005/0277927 A1* | 12/2005 | Guenther et al. ............... 606/61 |
| 2005/0277928 A1* | 12/2005 | Boschert ......................... 606/61 |
| 2005/0277931 A1 | 12/2005 | Sweeney et al. |
| 2005/0277934 A1 | 12/2005 | Vardiman |
| 2005/0283152 A1 | 12/2005 | Lindemann et al. |
| 2005/0283157 A1* | 12/2005 | Coates et al. ................... 606/73 |

US 8,353,932 B2

Page 6

| | | |
|---|---|---|
| 2005/0283238 A1 | 12/2005 | Reiley |
| 2005/0283244 A1 | 12/2005 | Gordon et al. |
| 2005/0288669 A1 | 12/2005 | Abdou |
| 2005/0288670 A1 | 12/2005 | Panjabi |
| 2005/0288671 A1 | 12/2005 | Yuan et al. |
| 2005/0288672 A1 | 12/2005 | Ferree |
| 2005/0288673 A1 | 12/2005 | Catbagan et al. |
| 2006/0004357 A1 | 1/2006 | Lee et al. |
| 2006/0004359 A1 | 1/2006 | Kramer et al. |
| 2006/0004360 A1 | 1/2006 | Kramer et al. |
| 2006/0004363 A1 | 1/2006 | Brockmeyer et al. |
| 2006/0009767 A1 | 1/2006 | Kiester |
| 2006/0009768 A1 | 1/2006 | Ritland |
| 2006/0009769 A1 | 1/2006 | Lieberman |
| 2006/0009770 A1 | 1/2006 | Speirs et al. |
| 2006/0009775 A1 | 1/2006 | Dec et al. |
| 2006/0009780 A1 | 1/2006 | Foley et al. |
| 2006/0009846 A1 | 1/2006 | Trieu et al. |
| 2006/0015099 A1 | 1/2006 | Cannon et al. |
| 2006/0015104 A1 | 1/2006 | Dalton |
| 2006/0025767 A1* | 2/2006 | Khalili ............................ 606/61 |
| 2006/0025768 A1* | 2/2006 | Iott et al. ........................ 606/61 |
| 2006/0025770 A1 | 2/2006 | Schlapfer et al. |
| 2006/0030850 A1 | 2/2006 | Keegan et al. |
| 2006/0036240 A1 | 2/2006 | Colleran et al. |
| 2006/0036242 A1 | 2/2006 | Nilsson et al. |
| 2006/0036244 A1 | 2/2006 | Spitler et al. |
| 2006/0036246 A1 | 2/2006 | Carl et al. |
| 2006/0036252 A1 | 2/2006 | Baynham et al. |
| 2006/0036254 A1 | 2/2006 | Lim |
| 2006/0036256 A1 | 2/2006 | Carl et al. |
| 2006/0036259 A1 | 2/2006 | Carl et al. |
| 2006/0036260 A1 | 2/2006 | Runco et al. |
| 2006/0036323 A1 | 2/2006 | Carl et al. |
| 2006/0036324 A1 | 2/2006 | Sachs et al. |
| 2006/0041259 A1 | 2/2006 | Paul et al. |
| 2006/0052780 A1 | 3/2006 | Errico et al. |
| 2006/0052783 A1 | 3/2006 | Dant et al. |
| 2006/0052784 A1 | 3/2006 | Dant et al. |
| 2006/0052786 A1 | 3/2006 | Dant et al. |
| 2006/0058788 A1 | 3/2006 | Hammer et al. |
| 2006/0058790 A1 | 3/2006 | Carl et al. |
| 2006/0064090 A1 | 3/2006 | Park |
| 2006/0064091 A1 | 3/2006 | Ludwig et al. |
| 2006/0064092 A1 | 3/2006 | Howland |
| 2006/0069390 A1 | 3/2006 | Frigg et al. |
| 2006/0074419 A1 | 4/2006 | Taylor et al. |
| 2006/0079894 A1 | 4/2006 | Colleran et al. |
| 2006/0079895 A1 | 4/2006 | McLeer |
| 2006/0079896 A1 | 4/2006 | Kwak et al. |
| 2006/0079898 A1 | 4/2006 | Ainsworth |
| 2006/0079899 A1 | 4/2006 | Ritland |
| 2006/0084977 A1 | 4/2006 | Lieberman |
| 2006/0084981 A1* | 4/2006 | Shluzas ............................ 606/61 |
| 2006/0084982 A1 | 4/2006 | Kim |
| 2006/0084983 A1 | 4/2006 | Kim |
| 2006/0084984 A1 | 4/2006 | Kim |
| 2006/0084985 A1 | 4/2006 | Kim |
| 2006/0084987 A1 | 4/2006 | Kim |
| 2006/0084988 A1 | 4/2006 | Kim |
| 2006/0084989 A1 | 4/2006 | Dickinson et al. |
| 2006/0084991 A1 | 4/2006 | Borgstrom |
| 2006/0084993 A1 | 4/2006 | Landry et al. |
| 2006/0084995 A1 | 4/2006 | Biedermann et al. |
| 2006/0085069 A1 | 4/2006 | Kim |
| 2006/0089643 A1 | 4/2006 | Mujwid |
| 2006/0089644 A1* | 4/2006 | Felix ................................ 606/61 |
| 2006/0095037 A1* | 5/2006 | Jones et al. ...................... 606/61 |
| 2006/0106380 A1 | 5/2006 | Colleran et al. |
| 2006/0106381 A1 | 5/2006 | Ferree |
| 2006/0106383 A1 | 5/2006 | Biedermann et al. |
| 2006/0111714 A1 | 5/2006 | Foley |
| 2006/0111715 A1 | 5/2006 | Jackson |
| 2006/0116677 A1 | 6/2006 | Burd et al. |
| 2006/0122597 A1 | 6/2006 | Jojnes et al. |
| 2006/0122599 A1 | 6/2006 | Drewry |
| 2006/0129147 A1* | 6/2006 | Biedermann et al. ........... 606/61 |
| 2006/0129149 A1 | 6/2006 | Iott et al. |
| 2006/0129239 A1 | 6/2006 | Kwak |
| 2006/0142758 A1 | 6/2006 | Petit |
| 2006/0142760 A1 | 6/2006 | McDonnell |
| 2006/0142761 A1 | 6/2006 | Landry et al. |
| 2006/0149228 A1 | 7/2006 | Schlapfer |
| 2006/0149229 A1 | 7/2006 | Kwak |
| 2006/0149232 A1 | 7/2006 | Sasing |
| 2006/0149238 A1 | 7/2006 | Sherman et al. |
| 2006/0149241 A1* | 7/2006 | Richelsoph et al. ............ 606/61 |
| 2006/0149244 A1 | 7/2006 | Amrein et al. |
| 2006/0155277 A1 | 7/2006 | Metz-Stavenhagen |
| 2006/0155278 A1 | 7/2006 | Warnick |
| 2006/0161152 A1 | 7/2006 | Ensign et al. |
| 2006/0167454 A1 | 7/2006 | Ludwig et al. |
| 2006/0167455 A1 | 7/2006 | Clement et al. |
| 2006/0173454 A1 | 8/2006 | Spitler et al. |
| 2006/0173456 A1 | 8/2006 | Hawkes et al. |
| 2006/0184171 A1 | 8/2006 | Biedermann |
| 2006/0184180 A1 | 8/2006 | Augostino |
| 2006/0189983 A1 | 8/2006 | Faliln |
| 2006/0189984 A1 | 8/2006 | Fallin |
| 2006/0189985 A1 | 8/2006 | Lewis |
| 2006/0195090 A1 | 8/2006 | Suddaby |
| 2006/0195093 A1 | 8/2006 | Jahng |
| 2006/0195098 A1 | 8/2006 | Schumacher |
| 2006/0200128 A1 | 9/2006 | Mueller |
| 2006/0200130 A1 | 9/2006 | Hawkins |
| 2006/0200131 A1* | 9/2006 | Chao et al. ...................... 606/61 |
| 2006/0200132 A1 | 9/2006 | Chao et al. |
| 2006/0200135 A1 | 9/2006 | Sherman et al. |
| 2006/0200138 A1 | 9/2006 | Michelson |
| 2006/0200139 A1 | 9/2006 | Michelson |
| 2006/0200149 A1* | 9/2006 | Hoy et al. ....................... 606/72 |
| 2006/0210494 A1 | 9/2006 | Rabiei et al. |
| 2006/0212033 A1 | 9/2006 | Rothman |
| 2006/0212034 A1 | 9/2006 | Triplett et al. |
| 2006/0217713 A1 | 9/2006 | Serhan et al. |
| 2006/0217714 A1 | 9/2006 | Serhan et al. |
| 2006/0217716 A1 | 9/2006 | Baker et al. |
| 2006/0217719 A1 | 9/2006 | Albert et al. |
| 2006/0229608 A1 | 10/2006 | Foster |
| 2006/0229609 A1 | 10/2006 | Wang |
| 2006/0229612 A1 | 10/2006 | Rothman |
| 2006/0229613 A1 | 10/2006 | Timm |
| 2006/0229614 A1 | 10/2006 | Foley et al. |
| 2006/0229615 A1 | 10/2006 | Abdou |
| 2006/0235389 A1 | 10/2006 | Albert et al. |
| 2006/0235392 A1 | 10/2006 | Hammer et al. |
| 2006/0235393 A1* | 10/2006 | Bono et al. ...................... 606/61 |
| 2006/0241593 A1 | 10/2006 | Sherman et al. |
| 2006/0241595 A1 | 10/2006 | Molz, IV et al. |
| 2006/0241599 A1 | 10/2006 | Konieczynski et al. |
| 2006/0241600 A1 | 10/2006 | Ensign et al. |
| 2006/0241769 A1 | 10/2006 | Gordon |
| 2006/0241771 A1 | 10/2006 | Gordon |
| 2006/0247624 A1 | 11/2006 | Banouskou et al. |
| 2006/0247630 A1 | 11/2006 | Iott et al. |
| 2006/0247631 A1 | 11/2006 | Ahn et al. |
| 2006/0247632 A1 | 11/2006 | Winslow |
| 2006/0247633 A1 | 11/2006 | Winslow |
| 2006/0247635 A1 | 11/2006 | Gordon |
| 2006/0247636 A1 | 11/2006 | Yuan et al. |
| 2006/0247637 A1 | 11/2006 | Colleran |
| 2006/0247779 A1 | 11/2006 | Gordon et al. |
| 2006/0264933 A1 | 11/2006 | Baker et al. |
| 2006/0264934 A1 | 11/2006 | Fallin |
| 2006/0264935 A1 | 11/2006 | White |
| 2006/0264936 A1 | 11/2006 | Partin et al. |
| 2006/0264937 A1 | 11/2006 | White |
| 2006/0264940 A1 | 11/2006 | Hartmann |
| 2006/0264942 A1 | 11/2006 | Lim et al. |
| 2006/0264962 A1 | 11/2006 | Chin et al. |
| 2006/0276787 A1 | 12/2006 | Zubok et al. |
| 2006/0276789 A1 | 12/2006 | Jackson |
| 2006/0276791 A1* | 12/2006 | Shluzas ............................ 606/61 |
| 2006/0276792 A1* | 12/2006 | Ensign et al. ................... 606/61 |
| 2006/0282074 A1 | 12/2006 | Renaud et al. |
| 2006/0282075 A1 | 12/2006 | Labrom |
| 2006/0282076 A1 | 12/2006 | Labrom |
| 2006/0282077 A1 | 12/2006 | Labrom |

US 8,353,932 B2

Page 7

| | | |
|---|---|---|
| 2006/0282078 A1 | 12/2006 | Labrom |
| 2006/0282079 A1 | 12/2006 | Labrom |
| 2006/0282080 A1 | 12/2006 | Albert |
| 2006/0293657 A1 | 12/2006 | Hartmann |
| 2006/0293659 A1 | 12/2006 | Alvarez |
| 2006/0293663 A1 | 12/2006 | Walkenhorst |
| 2006/0293665 A1 | 12/2006 | Shluzas |
| 2006/0293666 A1 | 12/2006 | Matthis et al. |
| 2007/0005062 A1 | 1/2007 | Lange et al. |
| 2007/0005063 A1 | 1/2007 | Bruneau et al. |
| 2007/0005137 A1 | 1/2007 | Kwak |
| 2007/0016188 A1 | 1/2007 | Boehm, Jr. et al. |
| 2007/0016190 A1 | 1/2007 | Martinez |
| 2007/0016193 A1 | 1/2007 | Ritland |
| 2007/0016194 A1 | 1/2007 | Shaolian et al. |
| 2007/0016198 A1 | 1/2007 | Boehm, Jr. et al. |
| 2007/0016199 A1 | 1/2007 | Boehm, Jr. et al. |
| 2007/0021750 A1 | 1/2007 | Shluzas et al. |
| 2007/0043355 A1* | 2/2007 | Bette et al. .......... 606/61 |
| 2007/0043356 A1 | 2/2007 | Timm |
| 2007/0043357 A1 | 2/2007 | Kirschman |
| 2007/0043358 A1* | 2/2007 | Molz et al. .......... 606/61 |
| 2007/0043359 A1 | 2/2007 | Altarac et al. |
| 2007/0043364 A1 | 2/2007 | Cawley et al. |
| 2007/0049931 A1* | 3/2007 | Justis et al. .......... 606/61 |
| 2007/0049933 A1 | 3/2007 | Ahn et al. |
| 2007/0049936 A1 | 3/2007 | Colleran |
| 2007/0055235 A1 | 3/2007 | Janowski et al. |
| 2007/0055236 A1 | 3/2007 | Hudgins |
| 2007/0055238 A1 | 3/2007 | Biedermann et al. |
| 2007/0055239 A1 | 3/2007 | Sweeney et al. |
| 2007/0055240 A1* | 3/2007 | Matthis et al. .......... 606/61 |
| 2007/0055241 A1* | 3/2007 | Matthis et al. .......... 606/61 |
| 2007/0055242 A1 | 3/2007 | Bailly |
| 2007/0055244 A1 | 3/2007 | Jackson |
| 2007/0055247 A1 | 3/2007 | Jahng |
| 2007/0073289 A1 | 3/2007 | Kwak |
| 2007/0073290 A1 | 3/2007 | Boehm, Jr. |
| 2007/0073291 A1* | 3/2007 | Cordaro et al. .......... 606/61 |
| 2007/0073293 A1 | 3/2007 | Martz |
| 2007/0073405 A1 | 3/2007 | Verhulst et al. |
| 2007/0078460 A1 | 4/2007 | Frigg et al. |
| 2007/0078461 A1 | 4/2007 | Shluzas |
| 2007/0083199 A1* | 4/2007 | Baccelli .......... 606/61 |
| 2007/0088357 A1 | 4/2007 | Johnson et al. |
| 2007/0088359 A1 | 4/2007 | Woods et al. |
| 2007/0093813 A1 | 4/2007 | Callahan, II et al. |
| 2007/0093814 A1 | 4/2007 | Callahan, II et al. |
| 2007/0093815 A1 | 4/2007 | Callahan, II et al. |
| 2007/0093817 A1 | 4/2007 | Barrus et al. |
| 2007/0093818 A1* | 4/2007 | Biedermann et al. .......... 606/61 |
| 2007/0093819 A1 | 4/2007 | Albert |
| 2007/0093824 A1 | 4/2007 | Hestad et al. |
| 2007/0093826 A1 | 4/2007 | Hawkes et al. |
| 2007/0093827 A1* | 4/2007 | Warnick .......... 606/61 |
| 2007/0093828 A1 | 4/2007 | Abdou |
| 2007/0093831 A1* | 4/2007 | Abdelgany et al. .......... 606/61 |
| 2007/0093833 A1 | 4/2007 | Kuiper et al. |
| 2007/0100341 A1* | 5/2007 | Reglos et al. .......... 606/61 |
| 2007/0118117 A1 | 5/2007 | Altarac et al. |
| 2007/0118118 A1 | 5/2007 | Kwak et al. |
| 2007/0118119 A1 | 5/2007 | Hestad |
| 2007/0118122 A1 | 5/2007 | Butler et al. |
| 2007/0118123 A1 | 5/2007 | Strausbaugh et al. |
| 2007/0118124 A1 | 5/2007 | Biedermann et al. |
| 2007/0123860 A1* | 5/2007 | Francis et al. .......... 606/61 |
| 2007/0123862 A1 | 5/2007 | Warnick |
| 2007/0123864 A1 | 5/2007 | Walder et al. |
| 2007/0123865 A1* | 5/2007 | Schlapfer et al. .......... 606/61 |
| 2007/0123866 A1 | 5/2007 | Gerbec et al. |
| 2007/0123867 A1* | 5/2007 | Kirschman .......... 606/61 |
| 2007/0123870 A1 | 5/2007 | Jeon et al. |
| 2007/0123871 A1 | 5/2007 | Jahng |
| 2007/0129729 A1 | 6/2007 | Petit et al. |
| 2007/0135815 A1 | 6/2007 | Gerbec et al. |
| 2007/0161986 A1 | 7/2007 | Levy |
| 2007/0161991 A1 | 7/2007 | Altarac et al. |
| 2007/0161994 A1 | 7/2007 | Lowery et al. |
| 2007/0161995 A1 | 7/2007 | Trautwein et al. |
| 2007/0161996 A1* | 7/2007 | Biedermann et al. .......... 606/61 |
| 2007/0161997 A1 | 7/2007 | Thramann et al. |
| 2007/0161999 A1* | 7/2007 | Biedermann et al. .......... 606/61 |
| 2007/0162008 A1* | 7/2007 | Cline et al. .......... 606/61 |
| 2007/0167948 A1 | 7/2007 | Abdou |
| 2007/0167949 A1* | 7/2007 | Altarac et al. .......... 606/61 |
| 2007/0173818 A1 | 7/2007 | Hestad et al. |
| 2007/0173819 A1* | 7/2007 | Sandlin .......... 606/61 |
| 2007/0173820 A1 | 7/2007 | Trieu |
| 2007/0173822 A1 | 7/2007 | Bruneau et al. |
| 2007/0173828 A1 | 7/2007 | Firkins et al. |
| 2007/0173832 A1 | 7/2007 | Tebbe et al. |
| 2007/0191839 A1 | 8/2007 | Justis et al. |
| 2007/0191841 A1 | 8/2007 | Justis et al. |
| 2007/0191846 A1 | 8/2007 | Bruneau et al. |
| 2007/0198014 A1 | 8/2007 | Graf et al. |
| 2007/0208344 A1* | 9/2007 | Young .......... 606/61 |
| 2007/0213720 A1 | 9/2007 | Gordon et al. |
| 2007/0225707 A1* | 9/2007 | Wisnewski et al. .......... 606/61 |
| 2007/0225708 A1 | 9/2007 | Biedermann et al. |
| 2007/0225710 A1 | 9/2007 | Jahng et al. |
| 2007/0225711 A1 | 9/2007 | Ensign |
| 2007/0233064 A1 | 10/2007 | Holt |
| 2007/0233073 A1 | 10/2007 | Wisnewski et al. |
| 2007/0233075 A1 | 10/2007 | Dawson |
| 2007/0233078 A1 | 10/2007 | Justis et al. |
| 2007/0233080 A1* | 10/2007 | Na et al. .......... 606/61 |
| 2007/0233085 A1 | 10/2007 | Biedermann et al. |
| 2007/0233086 A1 | 10/2007 | Harms et al. |
| 2007/0233087 A1* | 10/2007 | Schlapfer .......... 606/61 |
| 2007/0233092 A1 | 10/2007 | Falahee |
| 2007/0233094 A1 | 10/2007 | Colleran et al. |
| 2007/0233095 A1 | 10/2007 | Schlaepfer |
| 2007/0250061 A1 | 10/2007 | Chin et al. |
| 2007/0260246 A1* | 11/2007 | Biedermann .......... 606/61 |
| 2007/0270806 A1 | 11/2007 | Foley et al. |
| 2007/0270807 A1 | 11/2007 | Armstrong et al. |
| 2007/0270810 A1 | 11/2007 | Sanders |
| 2007/0270813 A1 | 11/2007 | Garamszegi |
| 2007/0270814 A1 | 11/2007 | Lim et al. |
| 2007/0270815 A1 | 11/2007 | Johnson et al. |
| 2007/0270821 A1 | 11/2007 | Trieu et al. |
| 2007/0270830 A1 | 11/2007 | Morrison |
| 2007/0270831 A1 | 11/2007 | Dewey et al. |
| 2007/0270832 A1 | 11/2007 | Moore |
| 2007/0270835 A1 | 11/2007 | Wisnewski |
| 2007/0270837 A1 | 11/2007 | Eckhardt et al. |
| 2007/0270838 A1 | 11/2007 | Bruneau et al. |
| 2007/0270839 A1 | 11/2007 | Jeon et al. |
| 2007/0270843 A1 | 11/2007 | Matthis et al. |
| 2007/0276380 A1 | 11/2007 | Jahng et al. |
| 2007/0288004 A1 | 12/2007 | Alvarez |
| 2007/0288008 A1 | 12/2007 | Park |
| 2007/0288009 A1 | 12/2007 | Brown et al. |
| 2007/0288011 A1 | 12/2007 | Logan |
| 2007/0288012 A1 | 12/2007 | Colleran et al. |
| 2008/0009862 A1 | 1/2008 | Hoffman |
| 2008/0009864 A1 | 1/2008 | Forton et al. |
| 2008/0015578 A1 | 1/2008 | Erickson et al. |
| 2008/0015579 A1* | 1/2008 | Whipple .......... 606/61 |
| 2008/0015580 A1 | 1/2008 | Chao |
| 2008/0015584 A1 | 1/2008 | Richelsoph |
| 2008/0015586 A1 | 1/2008 | Krishna et al. |
| 2008/0021454 A1 | 1/2008 | Chao et al. |
| 2008/0021455 A1 | 1/2008 | Chao et al. |
| 2008/0021458 A1 | 1/2008 | Lim |
| 2008/0021459 A1 | 1/2008 | Lim |
| 2008/0021462 A1 | 1/2008 | Trieu |
| 2008/0021464 A1 | 1/2008 | Morin et al. |
| 2008/0021465 A1 | 1/2008 | Shadduck et al. |
| 2008/0021466 A1 | 1/2008 | Shadduck et al. |
| 2008/0021473 A1 | 1/2008 | Butler et al. |
| 2008/0027432 A1 | 1/2008 | Strauss et al. |
| 2008/0033435 A1 | 2/2008 | Studer et al. |
| 2008/0039838 A1 | 2/2008 | Landry et al. |
| 2008/0039843 A1 | 2/2008 | Abdou |
| 2008/0045951 A1 | 2/2008 | Fanger et al. |
| 2008/0045955 A1 | 2/2008 | Berrevoets et al. |
| 2008/0045957 A1 | 2/2008 | Landry et al. |

**US 8,353,932 B2**

Page 8

| | | | |
|---|---|---|---|
| 2008/0051780 A1 | 2/2008 | Vaidya et al. | |
| 2008/0051787 A1 | 2/2008 | Remington et al. | |
| 2008/0058811 A1 | 3/2008 | Alleyne et al. | |
| 2008/0058812 A1 | 3/2008 | Zehnder | |
| 2008/0065071 A1 | 3/2008 | Park | |
| 2008/0065073 A1 | 3/2008 | Perriello et al. | |
| 2008/0065075 A1 | 3/2008 | Dant | |
| 2008/0065077 A1 | 3/2008 | Ferree | |
| 2008/0065079 A1 | 3/2008 | Bruneau et al. | |
| 2008/0071273 A1 | 3/2008 | Hawkes et al. | |
| 2008/0071274 A1 | 3/2008 | Enisgn | |
| 2008/0071277 A1* | 3/2008 | Warnick | 606/73 |
| 2008/0077139 A1 | 3/2008 | Landry et al. | |
| 2008/0086131 A1 | 4/2008 | Daly et al. | |
| 2008/0086132 A1 | 4/2008 | Biedermann et al. | |
| 2008/0091214 A1 | 4/2008 | Richelsoph | |
| 2008/0097431 A1 | 4/2008 | Vessa | |
| 2008/0097434 A1 | 4/2008 | Moumene et al. | |
| 2008/0097441 A1 | 4/2008 | Hayes et al. | |
| 2008/0097457 A1 | 4/2008 | Warnick | |
| 2008/0108992 A1 | 5/2008 | Barry et al. | |
| 2008/0119858 A1 | 5/2008 | Potash | |
| 2008/0125777 A1 | 5/2008 | Veldman et al. | |
| 2008/0125787 A1 | 5/2008 | Doubler et al. | |
| 2008/0132952 A1 | 6/2008 | Malandain et al. | |
| 2008/0140075 A1 | 6/2008 | Ensign et al. | |
| 2008/0140076 A1 | 6/2008 | Jackson | |
| 2008/0140133 A1 | 6/2008 | Allard et al. | |
| 2008/0147122 A1 | 6/2008 | Jackson | |
| 2008/0154307 A1 | 6/2008 | Colleran et al. | |
| 2008/0154308 A1* | 6/2008 | Sherman et al. | 606/265 |
| 2008/0161854 A1 | 7/2008 | Bae et al. | |
| 2008/0161859 A1 | 7/2008 | Nilsson | |
| 2008/0161863 A1* | 7/2008 | Arnold et al. | 606/319 |
| 2008/0167687 A1 | 7/2008 | Colleran et al. | |
| 2008/0177316 A1 | 7/2008 | Bergeronk et al. | |
| 2008/0177317 A1 | 7/2008 | Jackson | |
| 2008/0177319 A1 | 7/2008 | Schwab | |
| 2008/0177321 A1 | 7/2008 | Drewry et al. | |
| 2008/0177322 A1 | 7/2008 | Davis et al. | |
| 2008/0177327 A1 | 7/2008 | Malandain et al. | |
| 2008/0183212 A1 | 7/2008 | Veldman et al. | |
| 2008/0183213 A1 | 7/2008 | Veldman et al. | |
| 2008/0183214 A1* | 7/2008 | Copp et al. | 606/265 |
| 2008/0183215 A1 | 7/2008 | Altarac et al. | |
| 2008/0183216 A1* | 7/2008 | Jackson | 606/278 |
| 2008/0183223 A1 | 7/2008 | Jeon et al. | |
| 2008/0195100 A1 | 8/2008 | Capote et al. | |
| 2008/0195153 A1 | 8/2008 | Thompson | |
| 2008/0195156 A1* | 8/2008 | Ainsworth et al. | 606/279 |
| 2008/0215095 A1 | 9/2008 | Biedermann et al. | |
| 2008/0221620 A1 | 9/2008 | Krause | |
| 2008/0221692 A1 | 9/2008 | Zucherman et al. | |
| 2008/0228227 A1 | 9/2008 | Brown et al. | |
| 2008/0228229 A1 | 9/2008 | Walder et al. | |
| 2008/0234691 A1 | 9/2008 | Schwab | |
| 2008/0234734 A1* | 9/2008 | Walder et al. | 606/246 |
| 2008/0234736 A1 | 9/2008 | Trieu et al. | |
| 2008/0234737 A1 | 9/2008 | Bosehert | |
| 2008/0234739 A1 | 9/2008 | Hudgins et al. | |
| 2008/0234744 A1 | 9/2008 | Zylber et al. | |
| 2008/0234746 A1 | 9/2008 | Jahng et al. | |
| 2008/0234757 A1* | 9/2008 | Jacofsky et al. | 606/308 |
| 2008/0243188 A1 | 10/2008 | Walder | |
| 2008/0249570 A1* | 10/2008 | Carson et al. | 606/264 |
| 2008/0255617 A1 | 10/2008 | Cho et al. | |
| 2008/0262546 A1 | 10/2008 | Calvosa et al. | |
| 2008/0262548 A1 | 10/2008 | Lange et al. | |
| 2008/0262552 A1 | 10/2008 | Kim | |
| 2008/0262554 A1 | 10/2008 | Hayes et al. | |
| 2008/0269804 A1 | 10/2008 | Holt | |
| 2008/0275504 A1 | 11/2008 | Bonin et al. | |
| 2008/0287994 A1 | 11/2008 | Perez-Cruet et al. | |
| 2008/0300630 A1 | 12/2008 | Bohnema et al. | |
| 2008/0300633 A1 | 12/2008 | Jackson | |
| 2008/0306528 A1 | 12/2008 | Winslow et al. | |
| 2008/0306533 A1 | 12/2008 | Winslow et al. | |
| 2008/0306536 A1 | 12/2008 | Frig et al. | |
| 2008/0306539 A1 | 12/2008 | Cain et al. | |
| 2008/0306540 A1 | 12/2008 | Mitchell et al. | |
| 2008/0306543 A1 | 12/2008 | Cain et al. | |
| 2008/0306545 A1 | 12/2008 | Winslow | |
| 2008/0312694 A1 | 12/2008 | Peterman et al. | |
| 2009/0005817 A1* | 1/2009 | Friedrich et al. | 606/246 |
| 2009/0012567 A1* | 1/2009 | Biedermann et al. | 606/264 |
| 2009/0018583 A1 | 1/2009 | Song et al. | |
| 2009/0024165 A1 | 1/2009 | Ferree | |
| 2009/0024169 A1 | 1/2009 | Triplett et al. | |
| 2009/0030464 A1 | 1/2009 | Hestad et al. | |
| 2009/0030465 A1 | 1/2009 | Altarac et al. | |
| 2009/0048631 A1 | 2/2009 | Bhatnagar et al. | |
| 2009/0054932 A1 | 2/2009 | Butler et al. | |
| 2009/0069849 A1* | 3/2009 | Oh et al. | 606/246 |
| 2009/0082815 A1 | 3/2009 | Zylber et al. | |
| 2009/0088782 A1 | 4/2009 | Moumene et al. | |
| 2009/0088799 A1 | 4/2009 | Yeh | |
| 2009/0088803 A1 | 4/2009 | Justis et al. | |
| 2009/0093820 A1 | 4/2009 | Trieu et al. | |
| 2009/0093843 A1 | 4/2009 | Lemoine et al. | |
| 2009/0093845 A1 | 4/2009 | Hestad et al. | |
| 2009/0093846 A1 | 4/2009 | Hestad et al. | |
| 2009/0099606 A1 | 4/2009 | Hestad et al. | |
| 2009/0099607 A1 | 4/2009 | Fallin et al. | |
| 2009/0099608 A1 | 4/2009 | Szczesny | |
| 2009/0105760 A1 | 4/2009 | Frey | |
| 2009/0112265 A1 | 4/2009 | Hudgins et al. | |
| 2009/0112266 A1 | 4/2009 | Weng et al. | |
| 2009/0112267 A1 | 4/2009 | Atkinson et al. | |
| 2009/0118767 A1* | 5/2009 | Hestad et al. | 606/279 |
| 2009/0125063 A1 | 5/2009 | Panjabi | |
| 2009/0131981 A1 | 5/2009 | White | |
| 2009/0138052 A1 | 5/2009 | Biedermann et al. | |
| 2009/0149885 A1 | 6/2009 | Durward et al. | |
| 2009/0163953 A1 | 6/2009 | Biedermann et al. | |
| 2009/0163954 A1 | 6/2009 | Kwak | |
| 2009/0163955 A1 | 6/2009 | Moumene et al. | |
| 2009/0171395 A1 | 7/2009 | Jeon et al. | |
| 2009/0177232 A1 | 7/2009 | Kiester | |
| 2009/0192548 A1 | 7/2009 | Jeon et al. | |
| 2009/0198281 A1 | 8/2009 | Rice et al. | |
| 2009/0228045 A1 | 9/2009 | Hayes et al. | |
| 2009/0240286 A1 | 9/2009 | Friedrich et al. | |
| 2009/0240287 A1 | 9/2009 | Cunliffe et al. | |
| 2009/0248075 A1 | 10/2009 | Ogilvie et al. | |
| 2009/0248081 A1 | 10/2009 | Johns | |
| 2009/0248081 A1 | 10/2009 | LeHuec et al. | |
| 2009/0248083 A1 | 10/2009 | Patterson et al. | |
| 2009/0248088 A1 | 10/2009 | Biedermann | |
| 2009/0254123 A1 | 10/2009 | Pafford et al. | |
| 2009/0259257 A1 | 10/2009 | Prevost | |
| 2009/0259258 A1 | 10/2009 | Perez-Cruet et al. | |
| 2009/0270917 A1 | 10/2009 | Boehm | |
| 2009/0270920 A1 | 10/2009 | Douget et al. | |
| 2009/0270921 A1 | 10/2009 | Krause | |
| 2009/0270922 A1 | 10/2009 | Biedermann et al. | |
| 2009/0275981 A1 | 11/2009 | Abdelgany et al. | |
| 2009/0275983 A1 | 11/2009 | Veldman et al. | |
| 2009/0275986 A1 | 11/2009 | Prevost et al. | |
| 2009/0281572 A1 | 11/2009 | White | |
| 2009/0281573 A1 | 11/2009 | Biedermann et al. | |
| 2009/0287250 A1 | 11/2009 | Molz, IV et al. | |
| 2009/0287251 A1 | 11/2009 | Bae et al. | |
| 2009/0287252 A1 | 11/2009 | Marik et al. | |
| 2009/0299411 A1 | 12/2009 | Laskowitz et al. | |
| 2009/0318968 A1 | 12/2009 | Duggal et al. | |
| 2009/0326582 A1 | 12/2009 | Songer et al. | |
| 2009/0326583 A1 | 12/2009 | Moumene et al. | |
| 2010/0010544 A1* | 1/2010 | Fallin et al. | 606/264 |
| 2010/0030271 A1 | 2/2010 | Winslow et al. | |
| 2010/0036420 A1 | 2/2010 | Kalfas et al. | |
| 2010/0036422 A1 | 2/2010 | Flynn et al. | |
| 2010/0036423 A1 | 2/2010 | Hayes et al. | |
| 2010/0036424 A1 | 2/2010 | Fielding et al. | |
| 2010/0036425 A1 | 2/2010 | Barrus et al. | |
| 2010/0042155 A1 | 2/2010 | Biedermann et al. | |
| 2010/0042156 A1 | 2/2010 | Harms et al. | |
| 2010/0049254 A1 | 2/2010 | Biedermann et al. | |
| 2010/0057125 A1 | 3/2010 | Viker | |

## US 8,353,932 B2
Page 9

| | | |
|---|---|---|
| 2010/0057126 A1 | 3/2010 | Hestad |
| 2010/0063544 A1 | 3/2010 | Butler |
| 2010/0063545 A1 | 3/2010 | Richelsoph |
| 2010/0063547 A1 | 3/2010 | Morin et al. |
| 2010/0063551 A1 | 3/2010 | Richelsoph |
| 2010/0069964 A1 | 3/2010 | Lechmann |
| 2010/0087858 A1 | 4/2010 | Abdou |
| 2010/0087862 A1 | 4/2010 | Biedermann et al. |
| 2010/0087863 A1 | 4/2010 | Biedermann et al. |
| 2010/0087865 A1 | 4/2010 | Biedermann et al. |
| 2010/0094344 A1* | 4/2010 | Trieu ............................ 606/246 |
| 2010/0094348 A1 | 4/2010 | Biedermann et al. |
| 2010/0174313 A1* | 7/2010 | Abdelgany et al. ........... 606/246 |
| 2010/0198261 A1 | 8/2010 | Trieu et al. |
| 2010/0198269 A1 | 8/2010 | Taylor et al. |
| 2010/0204736 A1 | 8/2010 | Biedermann et al. |
| 2010/0211104 A1 | 8/2010 | Moumene et al. |
| 2010/0222819 A1 | 9/2010 | Timm et al. |
| 2010/0228292 A1 | 9/2010 | Arnold et al. |
| 2010/0249843 A1 | 9/2010 | Wegzyn, III |
| 2010/0249845 A1* | 9/2010 | Meunier et al. ............... 606/263 |
| 2010/0256682 A1 | 10/2010 | Fallin et al. |
| 2010/0262187 A1 | 10/2010 | Marik et al. |
| 2010/0262190 A1 | 10/2010 | Ballard et al. |
| 2010/0274285 A1 | 10/2010 | Rouleau |
| 2010/0274287 A1 | 10/2010 | Rouleau et al. |
| 2010/0274288 A1 | 10/2010 | Prevost et al. |
| 2011/0004245 A1* | 1/2011 | Wu et al. ........................ 606/246 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 4239716 | 8/1994 |
| DE | 4425392 | 11/1995 |
| DE | 19507141 | 9/1996 |
| DE | 19509141 | 9/1996 |
| DE | 19509331 | 9/1996 |
| DE | 29806563 | 7/1998 |
| DE | 29810798 | 12/1999 |
| DE | 19951145 | 5/2001 |
| DE | 10236691 | 2/2004 |
| DE | 102007055745 | 7/2008 |
| EP | 0667127 | 8/1995 |
| EP | 0669109 | 8/1995 |
| EP | 0677277 | 10/1995 |
| EP | 0885598 | 12/1998 |
| EP | 1121902 | 8/2001 |
| EP | 1190678 | 3/2002 |
| EP | 1570795 | 9/2005 |
| EP | 1579816 | 9/2005 |
| EP | 1634537 | 3/2006 |
| FR | 2717370 | 9/1995 |
| FR | 2718946 | 10/1995 |
| FR | 2729291 | 7/1996 |
| FR | 2796545 | 1/2001 |
| FR | 2799949 | 4/2001 |
| FR | 2814936 | 4/2002 |
| FR | 2856578 | 6/2003 |
| FR | 2865373 | 1/2004 |
| FR | 2865375 | 1/2004 |
| FR | 2865377 | 1/2004 |
| FR | 2846223 | 4/2004 |
| FR | 2857850 | 4/2004 |
| FR | 2865378 | 10/2004 |
| GB | 1519139 | 7/1978 |
| GB | 9202745.8 | 4/1992 |
| GB | 2365345 | 2/2002 |
| GB | 2382304 | 5/2003 |
| JP | 10277070 | 10/1998 |
| JP | 2000325358 | 3/2000 |
| SU | 313538 | 10/1971 |
| WO | WO92/03100 | 3/1992 |
| WO | WO94/10927 | 5/1994 |
| WO | WO94/26191 | 11/1994 |
| WO | WO96/41582 | 12/1996 |
| WO | WO9641582 | 12/1996 |
| WO | WO01/45576 | 6/2001 |
| WO | WO02/054966 | 7/2002 |
| WO | WO02/102259 | 12/2002 |
| WO | WO03/026523 | 4/2003 |
| WO | WO03/068088 | 8/2003 |

| | | |
|---|---|---|
| WO | WO2004/041100 | 5/2004 |
| WO | WO2004/075778 | 9/2004 |
| WO | WO2004/089245 | 10/2004 |
| WO | WO2004/107997 | 12/2004 |
| WO | WO2005/000136 | 1/2005 |
| WO | WO2005/000137 | 1/2005 |
| WO | WO2005/020829 | 3/2005 |
| WO | WO2005/065374 | 7/2005 |
| WO | WO2005/065375 | 7/2005 |
| WO | WO2005/072632 | 8/2005 |
| WO | WO2005/082262 | 9/2005 |
| WO | WO2005/099400 | 10/2005 |
| WO | WO2005/104969 | 11/2005 |
| WO | WO2006/005198 | 1/2006 |
| WO | WO2006/012088 | 2/2006 |
| WO | WO2006/017616 | 2/2006 |
| WO | WO2006/020530 | 2/2006 |
| WO | WO2006/028537 | 3/2006 |
| WO | WO2006/045094 | 4/2006 |
| WO | WO2006/086537 | 8/2006 |
| WO | WO2006/116662 | 11/2006 |
| WO | WO2006/119241 | 11/2006 |
| WO | WO2007/002409 | 1/2007 |
| WO | WO2007/118045 | 10/2007 |
| WO | 2007/124249 | 11/2007 |
| WO | WO2007/124222 | 11/2007 |
| WO | WO2007/0130835 | 11/2007 |
| WO | WO2007/130835 | 11/2007 |
| WO | WO2007/130840 | 11/2007 |
| WO | WO2007/130941 | 11/2007 |
| WO | WO2008/045210 | 4/2008 |
| WO | WO2008/069420 | 6/2008 |
| WO | WO2008/088990 | 7/2008 |
| WO | WO2008/089075 | 7/2008 |
| WO | WO2008/140756 | 11/2008 |
| WO | WO2005/013839 | 2/2009 |
| WO | WO2009/036541 | 3/2009 |
| WO | WO2010/018316 | 2/2010 |
| WO | WO2010/018317 | 2/2010 |
| WO | WO2010/019704 | 2/2010 |
| WO | WO2010/019857 | 2/2010 |

### OTHER PUBLICATIONS

*Xia Spinal System* Brochure, Stryker Howmedica Osteonics, no publish date.
*The Rod Plate System* Brochure, Stryker Howmedica Osteonics, pub. Oct. 1999.
*Silhouette Spinal Fixation System* Brochure, Sulzer Medica Spine-Tech, no publish date.
*SDRS Surgical Dynamics Rod System* Brochure, Surgical Dynamics, pub. 1998-1999.
*Versalok Low Back Fixation System* Brochure, Wright Medical Technology, Inc., pub. 1997.
*The Strength of Innovation Advertisement*, Blackstone Medical Inc., no publish date.
*The Moss Miami 6.0mm System Advertisement*, author unknown, no publish date.
Brochure of Sofamor Danek the Spine Specialist, TSRH, Pedicle Screw Spinal System, Publication Date: Jan. 23, 1995.
Brochure of Spinal Concepts, an Abbott Laboratories Company, Pathfinder, Minimally Invasive Pedicle Fixation System, Publication Date: Nov. 2003.
Brochure of Spinal Concepts, InCompass, Thoracolumbar Fixation System, Publication Date: Oct. 2003.
Brochure of Spinal Concepts, Pathfinder, Minimally Invasive Pedicle Fixation System, Publication Date: May 2003.
Brochure of Spinal Concepts, Surgical Technique, InCompass, Thoracolumbar Fixation System, Publication Date: Oct. 2003.
Brochure of SpineLine, Current Concepts, Minimally Invasive Posterior Spinal Decompression and Fusion Procedures, Publication Date: Sep./Oct. 2003.
Date: Sep. 2001, pp. 1-8.
Brochure of Zimmer Spine, Inc., Dynesys® LIS Less Invasive Surgery, The Dynamic Stabilization System, Publication Date: 2005.
VLS System Variable Locking Screw Brochure, Interpore Cross International, 1999.

* cited by examiner



Fig. 1.

Fig. 2.

Fig. 3.





Fig. 4.

Fig. 5.

Fig. 6.



Fig. 7.



Fig. 8.





Fig. 9.

Fig. 10.



Fig.11.



Fig.12.

Fig.13.



Fig.14.





Fig.15.

Fig.16.

Fig.17.

Fig.18.

US 8,353,932 B2

**1**

## POLYAXIAL BONE ANCHOR ASSEMBLY WITH ONE-PIECE CLOSURE, PRESSURE INSERT AND PLASTIC ELONGATE MEMBER

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims the benefit of U.S. Provisional Application No. 60/994,083 filed Sep. 17, 2007, incorporated by reference herein. This application is also a continuation-in-part of U.S. patent application Ser. No. 11/894,001 filed Aug. 17, 2007 now U.S. Pat. No. 8,292,926 that claims the benefit of U.S. Provisional Application Nos. 60/851,353 filed Oct. 12, 2006 and 60/905,472 filed Mar. 7, 2007; the disclosures all of which are incorporated by reference herein. This application is also a continuation-in-part of U.S. patent application Ser. No. 11/522,503, filed Sep. 14, 2006 now U.S. Pat. No. 7,766,915 that claims the benefit of U.S. Provisional Application Nos. 60/722,300 filed Sep. 30, 2005; 60/725,445, filed Oct. 11, 2005; 60/728,912, filed Oct. 21, 2005; 60/736, 112 filed Nov. 10, 2005; and 60/832,644, filed Jul. 21, 2006; the disclosures all of which are incorporated by reference herein. This application is also a continuation-in-part of U.S. patent application Ser. No. 12/008,067, filed Jan. 8, 2008 that claims the benefit of U.S. Provisional Application No. 60/897,723, filed Jan. 26, 2007.

### BACKGROUND OF THE INVENTION

The present invention is directed to polyaxial bone screws for use in bone surgery, particularly spinal surgery, and elongate connecting members that are at least somewhat plastically deformable. Such screws have a receiver or head that can swivel about a shank of the bone screw, allowing the receiver to be positioned in any of a number of angular configurations relative to the shank.

Many spinal surgery procedures require securing various implants to bone and especially to vertebrae along the spine. For example, elongate or longitudinal connecting members, such as solid rigid rods are often utilized that extend along the spine to provide support to vertebrae that have been damaged or weakened due to injury or disease. Such elongate members must be supported by certain vertebrae and support other vertebrae.

The most common mechanism for providing vertebral support is to implant bone screws into certain bones which then in turn support the elongate member or are supported by the elongate member. Bone screws of this type may have a fixed head or receiver relative to a shank thereof. In the fixed bone screws, the head cannot be moved relative to the shank and the rod or other elongate member must be favorably positioned in order for it to be placed within the head. This is sometimes very difficult or impossible to do. Therefore, polyaxial bone screws are commonly preferred.

Polyaxial bone screws allow rotation of the receiver about the shank until a desired rotational position of the receiver is achieved relative to the shank. Thereafter, a rod or other elongate connecting member can be inserted into the receiver and eventually the rod and the receiver are locked or fixed in a particular position relative to the shank.

A variety of polyaxial or swivel-head bone screw assemblies are available. One type of bone screw assembly includes an open head or receiver that allows for placement of a rod or other elongate member within the receiver. A closure top or plug is then used to capture the rod in the receiver of the screw. Thus, in such bone screws, the closure top or plug pressing against the rod not only locks the rod in place but also locks

**2**

the bone screw shank in a desired angular position with respect to the receiver. A draw back to such a system occurs when the rod or other elongate connecting member is made from a material that is more flexible and may be more readily deformed or exhibit creep or viscoelastic behavior. Creep is a term used to describe the tendency of a material to move, flow or to deform permanently to relieve stresses. Material deformation occurs as a result of long term exposure to levels of stress that are below the yield or ultimate strength of the material. Rods and other longitudinal connecting members made from polymers, such as polyetheretherketone (PEEK), have a greater tendency to exhibit creep, than, for example metals or metal alloys. When a rod or other longitudinal connecting member exhibits creep deformation over time, the closure top may no longer tightly engage the connecting member. This in itself is not necessarily problematic. However, such loosening also results in loosening of the frictional engagement between the receiver and the bone screw shank that locks the angular orientation of the shank with respect to the receiver. Body movement and stresses may then result in undesirable pivoting of the shank with respect to the receiver causing mis-alignment, greater stress and further loosening of the various polyaxial bone screw components.

### SUMMARY OF THE INVENTION

A polyaxial bone screw assembly of the present invention includes a shank having a generally elongate body with an upper end portion and a lower threaded portion for fixation to a bone. The bone screw assembly further includes a receiver having a top portion and a base. The top portion is open and has a channel. The base includes an inner seating surface partially defining a cavity and has a lower aperture or opening. The channel of the top portion communicates with the cavity, which in turn communicates with an opening to an exterior of the base. The shank upper portion is disposed in the receiver cavity and the shank extends through the receiver base opening. The cooperating shapes of the shank upper portion external surface and the receiver inner surface enable selective angular positioning of the shank body with respect to the receiver. The shank upper surface engages a compression insert that in turn engages a longitudinal connecting member being supported within the receiver. In certain embodiments, the compression insert includes a planar bottom seat and spaced planar sides for closely receiving an elongate connecting member that has planar sides. Such a compression insert can also receive a cylindrical or other shaped connecting member. A single-piece closure structure initially engages the connecting member and, after some plastic deformation of such member, then the closure structure engages the compression insert for securing the assembly in a wide range of angular orientations.

### OBJECTS AND ADVANTAGES OF THE INVENTION

Objects of the invention include: providing an implant wherein all of the parts remain together and do not separate; providing a lightweight, low profile polyaxial bone screw that assembles in such a manner that the components cooperate to create an overall structure that prevents unintentional disassembly; providing a polyaxial bone screw that provides substantially independent locking for the bone screw shank and a deformable longitudinal connecting member; providing such an assembly that includes a flexible longitudinal connecting member that may be of non-circular or circular cross-section; providing such an assembly that remains in a locked position

US 8,353,932 B2

**3**

even if the flexible longitudinal connecting member undergoes deformation such as creep; providing a polyaxial bone screw with features that provide adequate frictional or gripping surfaces for bone implantation tools and may be readily, securely fastened to each other and to bone; and providing apparatus and methods that are easy to use and especially adapted for the intended use thereof and wherein the apparatus are comparatively inexpensive to make and suitable for use.

Other objects and advantages of this invention will become apparent from the following description taken in conjunction with the accompanying drawings wherein are set forth, by way of illustration and example, certain embodiments of this invention.

The drawings constitute a part of this specification and include exemplary embodiments of the present invention and illustrate various objects and features thereof.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is an exploded front elevational view of a medical implant assembly according to the invention including a polyaxial bone screw having a receiver, a bone screw shank, a lower compression insert and a closure structure cooperating with a longitudinal connecting member in the form of a bar of non-circular cross-section.

FIG. **2** is an enlarged upper perspective view of the compression insert of FIG. **1**.

FIG. **3** is an enlarged lower perspective view of the compression insert of FIG. **1**.

FIG. **4** is an enlarged top plan view of the compression insert of FIG. **1**.

FIG. **5** is an enlarged side elevational view of the compression insert of FIG. **1**.

FIG. **6** is an enlarged top plan view of the bone screw shank, receiver and the insert being shown during assembly of the insert into the receiver.

FIG. **7** is an enlarged and partial front elevational view of the bone screw shank, receiver and insert, also showing the insert in a stage of assembly similar to FIG. **6**.

FIG. **8** is an enlarged and partial front elevational view of the bone screw shank, receiver, insert and longitudinal connecting member of FIG. **1** shown assembled and with portions broken away to show the detail thereof.

FIG. **9** is an enlarged and partial front elevational view of the bone screw shank, receiver, insert and longitudinal connecting member of FIG. **1** shown assembled and further shown with the closure structure of FIG. **1** in an early stage of assembly with the receiver and with portions broken away to show the detail thereof.

FIG. **10** is an enlarged and partial front elevational view of the bone screw shank, receiver, insert and longitudinal connecting member of FIG. **1** shown assembled with the closure structure of FIG. **1** and with portions broken away to show the detail thereof.

FIG. **11** is an enlarged and partial view similar to FIG. **10** with additional portions broken away to show the detail thereof.

FIG. **12** is an enlarged and partial upper perspective view of the assembly of FIG. **10** but with the closure structure removed to show deformation of the longitudinal connecting member and also shown with other portions broken away to show the detail thereof.

FIG. **13** is a perspective view showing the assembly of FIG. **1** attached to a second polyaxial bone screw of FIG. **1**.

FIG. **14** is an enlarged and partial front elevational view of a second, alternative embodiment of a medical implant

**4**

assembly according to the invention having a deformable connecting member of rectangular cross-section, with portions broken away to show the detail thereof.

FIG. **15** is an enlarged and partial front elevational view of the embodiment of FIG. **14** with portions broken away to show the detail thereof and further showing replacement of the deformable connecting member with a rigid rod of circular cross-section.

FIG. **16** is a perspective view showing two bone screws of a third, alternative embodiment of a medical implant assembly according to the invention holding a deformable connecting member of circular cross-section.

FIG. **17** is an enlarged and partial front elevational view of one of the bone screws and the connecting member of FIG. **16** with portions broken away to show the detail thereof.

FIG. **18** is an enlarged and partial front elevational view of the embodiment of FIG. **17** with portions broken away to show the detail thereof and further showing replacement of the deformable connecting member with a rigid rod of circular cross-section.

DETAILED DESCRIPTION OF THE INVENTION

As required, detailed embodiments of the present invention are disclosed herein; however, it is to be understood that the disclosed embodiments are merely exemplary of the invention, which may be embodied in various forms. Therefore, specific structural and functional details disclosed herein are not to be interpreted as limiting, but merely as a basis for the claims and as a representative basis for teaching one skilled in the art to variously employ the present invention in virtually any appropriately detailed structure. It is also noted that any reference to the words top, bottom, up and down, and the like, in this application refers to the alignment shown in the various drawings, as well as the normal connotations applied to such devices, and is not intended to restrict positioning of bone attachment assemblies of the application and cooperating connecting members in actual use.

With reference to FIGS. **1-13**, the reference number **1** generally represents an embodiment of a medical implant assembly according to the present invention. The assembly **1** includes a polyaxial bone screw **3** having a shank **4** that further includes a threaded body **6** integral with an upper portion **8**; a receiver **10**; and a lower compression or pressure insert **12**. The medical implant assembly **1** further includes a longitudinal connecting member **14** and a closure structure **16**. The shank **4**, receiver **10**, and compression insert **12** are typically factory assembled prior to implantation of the shank body **6** into a vertebra (not shown).

As will be described in greater detail below, the illustrated shank **4** is top loaded into the receiver **10** and thereafter the substantially spherical upper portion **8** slidingly cooperates with an inner substantially spherical inner surface of the receiver **10** such that the receiver **10** and the shank **4** can be secured at any of a plurality of angles, articulations or rotational alignments relative to one another and within a selected range of angles both from side to side and from front to rear, to enable flexible or articulated engagement of the receiver **10** with the shank **4** until both are locked or fixed relative to each other near the end of an implantation procedure. It is noted that although the drawing figures show a top loaded polyaxial mechanism having a spherical sliding connection between the shank upper portion and the receiver inner surface, other kinds of top loaded and bottom loaded embodiments may be utilized according to the invention. For example, bottom loaded bone screws, such as that disclosed in Applicant's U.S. Pat. Pub. No. 2007/0055244 (U.S. patent application Ser. No.

US 8,353,932 B2

**5**

11/522,503 filed Sep. 14, 2006), the disclosure of which is incorporated by reference herein, having a threaded capture connection between a shank upper portion and a retainer structure disposed within the receiver may be utilized for providing a polyaxial connection between the receiver and the shank for use with the present invention. Specifically, U.S. Pat. Pub. No. 2007/0055244 discloses a bone screw shank that includes an upper portion that further includes an outer helical thread mateable with a retaining structure that includes a mating inner helical thread. The retaining structure has a partially spherical surface that is slidingly mateable with a cooperating inner surface of the receiver, allowing for a wide range of pivotal movement between the shank and the receiver. Bottom or top loaded polyaxial bone screws with other types of capture connections may also be used according to the invention, including but not limited to other types of threaded connections, frictional connections utilizing frusto-conical or polyhedral capture structures, or other integral top or downloadable shanks.

The shank **4**, best illustrated in FIGS. **1** and **9**, is elongate, with the shank body **6** having a helically wound bone implantable thread **24** extending from near a neck **26** located adjacent to the upper portion **8** to the tip **28** of the body **6** and extending radially outwardly therefrom. During use, the body **6** utilizing the thread **24** for gripping and advancement is implanted into the vertebra (not shown) leading with the tip **28** and driven down into the vertebra with an installation or driving tool, so as to be implanted in the vertebra to near the neck **26**. The shank **4** has an elongate axis of rotation generally identified by the reference letter A.

The neck **26** extends axially upwardly from the shank body **6**. The neck **26** may be of reduced radius as compared to an adjacent top **32** of the threaded body **6**. Further extending axially upwardly from the neck **26** is the shank upper portion **8** that provides a connective or capture apparatus disposed at a distance from the threaded body top **32** and thus at a distance from the vertebra when the body **6** is implanted in the vertebra.

The shank upper portion **8** is configured for a polyaxial connection between the shank **4** and the receiver **10** and capturing the shank **4** upper portion **8** in the receiver **10**. The upper portion **8** generally includes an outer spherical surface **34**; a planar annular upper surface **36** and with an internal drive feature or structure **38** formed in the surface **36**. A driving tool (not shown) has a driving projection configured to fit within the tool engagement structure **38** for both driving and rotating the shank body **6** into the vertebra. As best shown in FIG. **11**, the spherical surface **34** is also sized and shaped for sliding contact engagement and ultimate positive frictional mating engagement with the compression insert **12**, when the bone screw **3** is assembled, and in any alignment of the shank **4** relative to the receiver **10**. The illustrated surface **34** also has approximately the same radius as an inner spherical seating surface (**84** described in greater detail below) of the receiver **10**, allowing for clearance of the shank **4** with respect to the receiver **10** and thus a desired degree and magnitude of articulation of the shank **4** with respect to the receiver **10**. In certain embodiments, the surface **34** is smooth. While not required in accordance with the practice of the invention, the surface **34** may be scored or knurled to further increase frictional positive mating engagement between the surface **34** and the compression insert **12**.

The shank **4** shown in the drawings is cannulated, having a small central bore **40** extending an entire length of the shank **4** along the axis A. The bore **40** is defined by an inner cylindrical wall of the shank **4** and has a circular opening at the shank tip **28** and an upper opening communicating with the

**6**

internal drive **38**. The bore **40** is coaxial with the threaded body **6** and the upper portion **8**. The bore **40** provides a passage through the shank **4** interior for a length of wire (not shown) inserted into the vertebra (not shown) prior to the insertion of the shank body **6**, the wire providing a guide for insertion of the shank body **6** into the vertebra (not shown).

To provide a biologically active interface with the bone, the threaded shank body **6** may be coated, perforated, made porous or otherwise treated. The treatment may include, but is not limited to a plasma spray coating or other type of coating of a metal or, for example, a calcium phosphate; or a roughening, perforation or indentation in the shank surface, such as by sputtering, sand blasting or acid etching, that allows for bony ingrowth or ongrowth. Certain metal coatings act as a scaffold for bone ingrowth. Bio-ceramic calcium phosphate coatings include, but are not limited to: alpha-tri-calcium phosphate and beta-tri-calcium phosphate ($Ca_3 (PO_4)_2$), tetracalcium phosphate ($Ca_4P_2O_9$), amorphous calcium phosphate and hydroxyapatite ($Ca_{10}(PO_4)_6(OH)_2$) . Coating with hydroxyapatite, for example, is desirable as hydroxyapatite is chemically similar to bone with respect to mineral content and has been identified as being bioactive and thus not only supportive of bone ingrowth, but actively taking part in bone bonding.

Referring to FIGS. **1** and **6-12**, the receiver **10** has a generally squared off U-shaped appearance with a partially cylindrical inner profile and a substantially curved or cylindrical outer profile; however, the outer profile could also be of another configuration, for example, faceted. The receiver has an axis of rotation B that is shown in FIG. **1** as being aligned with and the same as the axis of rotation A of the shank **4**, such orientation being desirable during assembly of the receiver **10** with the shank **4** and the insert **12**. After such assembly, the bone screw **3** is implanted in a vertebra (not shown). Thereafter, the axis B is typically disposed at an angle with respect to the axis A of the shank **4**.

The receiver **10** includes a base **50** integral with a pair of opposed substantially similar or identical upstanding arms **52** forming a squared-off U-shaped cradle and defining a channel **56** between the arms **52** with an upper opening **57** and a lower planar seat **58**. The channel **56** is defined in part by planar opposed parallel walls **60** of the receiver arms **52** that run perpendicular to the lower planar seat **58**. The walls **60** are spaced to closely receive the bar-shaped connecting member **14** but may also receive a cylindrical rod or oval rod having a diameter or width the same or less than a width of the connecting member **14**.

Each of the arms **52** has an interior surface **64** that defines the inner cylindrical profile and includes a partial helically wound guide and advancement structure **66**. In the illustrated embodiment, the guide and advancement structure **66** is a partial helically wound interlocking flange form configured to mate under rotation with a similar structure on the closure structure **16**, as described more fully below. However, it is foreseen that the guide and advancement structure **66** could alternatively be a square thread, a buttress thread, a reverse angle thread or other thread like or non-thread like helically wound advancement structure for operably guiding under rotation and advancing the closure top downward between the arms **52**.

Opposed tool engaging apertures **68** are formed on or through surfaces of the arms **52** that may be used for holding the receiver **10** during assembly with the shank **4** and the retainer structure **12** and also during the implantation of the shank body **6** into a vertebra (not shown). Furthermore, the illustrated embodiment includes upper undercut tool engaging grooves **70** for cooperating with manipulation tools. It is

7

foreseen that tool receiving grooves or apertures may be configured in a variety of shapes and sizes and be disposed at other locations on the receiver arms **52**.

A pair of spring tabs **76**, each having an upper body portion **78** integral with a respective arm **52**, and a lower and inner surface **80** extending below the respective upper body portion **78**. The surface **80** is sized and shaped for frictional contact with a portion of the insert **12** as will be described in greater detail below. The tabs **76** are generally directed towards the axis B and downwardly generally toward the base **50**. The lower contact surfaces **80** are positioned to engage the compression insert **12** and hold such insert **12** in a desired position, prohibiting rotation of the insert **12** about the axis B. The tabs **76** are typically initially disposed parallel to the axis B and then a tool (not shown) is inserted into the aperture **68** from outside of the receiver **10** to engage and push the respective tab **76**, thereby bending the tab **76** inwardly in a direction toward the axis B until the tab **76** is at a desired angular position, such as is illustrated in FIGS. **76** and **9-11**. Such bending of the tabs **76** may be performed either prior to or after assembly of the receiver **10** with the insert **12**. It is also foreseen that the tabs **76** may be machined or otherwise pre-fabricated to be angled or directed toward the axis B so as to engage the insert **12** as shown in the drawing figures. The illustrated tabs **76** are resilient, having a spring-like nature. Thus, when operatively cooperating with the insert **12**, the tabs **76** bias against the insert **12**, holding such insert in a desired position; and yet the tabs **76** are flexible enough to allow a user to make desired minor adjustments of the position of the insert within the receiver **10**.

With further reference to FIGS. **6-11**, communicating with and located beneath the channel **56** of the receiver **10** is a chamber or cavity, generally **82**, defined in part by an internal substantially spherical seating surface **84** and an inner substantially cylindrical surface **86**. The cylindrical surface **86** that defines a portion of the cavity **82** opens upwardly into the channel **56**. A closure guide and advancement run-out or recess **87** is disposed between the guide and advancement structure **66** and the cylindrical surface **86**. The recess **87** is sized and shaped for receiving a flanged portion of the insert **12** as will be described more fully below. The inner substantially spherical surface **84** that is located below the surface **86** is sized and shaped for mating with the shank upper portion **8**. However, it is noted that the surface **84** could have other shapes, for example, conical.

The base **50** further includes a restrictive neck **88** defining a bore, generally **90**, communicating with the spherical surface **84** of the cavity **82** and also communicating with a lower exterior **92** of the base **60**. The bore **90** is coaxially aligned with respect to the rotational axis B of the receiver **10**. The neck **88** and associated bore **90** are sized and shaped to be smaller than an outer radial dimension of the shank upper portion **8**, so as to form a restriction at the location of the neck **88** relative to the shank upper portion **8** to prohibit the upper portion **8** from passing through the cavity **82** and out to the lower exterior **92** of the receiver **10**.

With particular reference to FIGS. **2-8**, the lower compression or pressure insert **12** includes a substantially cylindrical body **110** integral with a pair of upstanding arms **112**. The body **110** and arms **112** form a generally squared-off U-shaped, open, through-channel **114** defined by a planar bottom seating surface **116** and opposed spaced planar walls **118** that are substantially perpendicular to the seating surface **116**. The lower seating surface **116** and the walls **118** are sized and shaped to conform to a width of the connecting member **14** and thus configured to operably snugly engage the member **14** at planar outer surfaces thereof as will be described in

8

greater detail below. The arms **112** disposed on either side of the channel **114** each include a top flanged portion **120**, each portion **120** including a top planar surface **122**, sized and shaped to engage the closure structure **16** and partially cylindrical outer surfaces **124** sized and shaped to fit within the guide and advancement structure run-out relief **87** of the receiver **10**. The cylindrical surfaces **124** are disposed substantially perpendicular to the respective adjacent top surfaces **122**. Formed in the planar walls **118** near the top surfaces **122** and extending at an oblique angle into the flanged portions **120** are a pair of opposed recesses or relief surfaces **126**. As will be described in greater below, the recesses **126** provide relief for material flow of the connecting member **14** material as shown, for example, in FIGS. **11** and **12**. Furthermore, each flange **120** includes a bottom surface **127** disposed substantially parallel to the respective top surface **122** and a recessed surface or groove **128** running at an oblique angle with respect to the respective cylindrical surface **124** removing a portion of the flange **120** at the cylindrical surface **124** and the bottom surface **127**. The recessed surface or groove **128** is directed downwardly and inwardly toward the channel **114**, being spaced from the top surface **122** and intersecting the bottom surface **127**. Each of the surfaces **128** is sized and shaped to receive one of the spring tabs **76** of the receiver **10** and engage such respective tab at the inner lower surface **80** thereof. As will be described more fully below, after each of the tabs **76** spring or snap into the respective recessed surface portion **128**, the cylindrical surface **124** located on either side thereof prevents rotation of the insert **12** about the axis B with respect to the receiver **10**.

The compression insert **12** further includes a bottom annular surface **130** and a substantially cylindrical outer surface **132**. An inner cylindrical surface **134** partially defines a central through-bore extending along a central axis of the compression insert **12**. The surface **134** is located between the seating surface **116** and a concave substantially spherical surface **136**. The compression insert through-bore is sized and shaped to receive a driving tool (not shown) therethrough that engages the shank drive feature **38** when the shank body **6** is driven into bone. The surface **136** extends between the inner cylindrical surface **134** and the bottom surface **130**. The surface **136** is sized and shaped to slidingly and pivotally mate with and ultimately frictionally engage the outer convex spherical surface **34** of the shank upper portion **8**. The surface **136** may include a roughening or surface finish to aid in frictional contact between the surface **136** and the surface **34**, once a desired angle of articulation of the shank **4** with respect to the receiver **10** is reached. A pair of recesses **138** or flat surfaces are formed in the insert cylindrical surface **132** and located spaced from the flanged portions **120**. With reference to FIG. **14**, such recesses **138** are sized and shaped to engage spring tabs or other insert holding members as will be described in greater detail below.

The cylindrical surface **132** has an outer diameter slightly smaller than a diameter between crests of the guide and advancement structure **66** of the receiver **10** allowing for top loading of the compression insert **12** with the flanged portions **120** being located between the planar walls **60** during insertion of the insert **12** into the receiver **10** as shown in FIGS. **6** and **7**. The receiver is then rotated into place as shown in FIG. **8** with the flanged portions **120** being received in the guide and advancement structure run-out or recess **87**. As the insert **12** is rotated into a desired position, the spring tabs **76** snap into the recessed portions **124**, and thereafter hold the insert **12** in a desired alignment between the channel **56** of the receiver and the channel **114** of the insert **12**. The lower compression insert **12** is sized such that the insert **12** is ulti-

9

mately received within the cylindrical surface **86** of the receiver **10** below the guide and advancement structure **66** with the flanged top portions **120** received in the recesses **87** formed below the guide and advancement structure **66** and the bottom-surface **130** being spaced from the receiver base. The receiver **10** fully receives the lower compression insert **12** and blocks the structure **12** from spreading or splaying in any direction. It is noted that assembly of the shank **4** within the receiver **10**, followed by insertion of the lower compression insert **12** into the receiver **10** are assembly steps typically performed at the factory, advantageously providing a polyaxial bone screw with the lower insert firmly snapped into place and thus ready for insertion into a vertebra.

The compression or pressure insert **12** ultimately seats on the shank upper portion **8** and is disposed substantially in the upper cylindrical portion **86** of the cavity **82**, with the tabs **76** engaging the insert **12** at the grooves **128**, thereby holding the insert **12** in desired alignment with respect to the connecting member **14**. In operation, the insert **12** extends at least partially into the channel **56** such that the seating surface **116** substantially contacts and engages the adjacent planar surface of the connecting member **14** when such member **14** is placed in the receiver **10** and the closure structure or top **18** is tightened therein. The connecting member **14** is held in spaced relation with the lower seat **58** of the receiver **10**.

With reference to FIGS. **1** and **10-13**, the elongate connecting member **14** illustrated in the drawing figures is a solid elongate bar of rectangular cross-section. More particularly, the illustrated embodiment is solid and has as square cross-section. Thus, the member **14** includes a first pair of opposed planar surfaces **140** and a second pair of equally spaced opposed planar surfaces **142** disposed perpendicular to the surfaces **140**. The illustrated member **14** further includes beveled edges and first and second end surfaces **144** and **146**. The illustrated connecting member **14** is made from a polymer, in particular, polyetheretherketone (PEEK). The member **14** may be made from a variety of materials including metal, metal alloys or other suitable materials, including, but not limited to plastic polymers such as PEEK, ultra-high-molecular weight-polyethylene (UHMWP), polyurethanes and composites, including composites containing carbon fiber. Furthermore, the connecting member **14** may be a component of a dynamic stabilization connecting member, with the bar or bar portion **14** that is operatively disposed within the insert channel **114** also being integral with or otherwise fixed to a more flexible, bendable or damping component that extends between adjacent pairs of bone screws **3**. It is foreseen that as long as the longitudinal connecting member has sufficient viscoelastic behavior, any cross-sectional shape (i.e., square, oval, round, non-round) could be used for the longitudinal connecting member. The channel in the insert could be modified to fit the shape of the longitudinal connecting member. After sufficient pressure is applied to the longitudinal connecting member by the one-piece closure, and plastic deformation occurs, additional pressure by the closure is then directly applied to the compression or pressure insert, thereby securely locking both the longitudinal connecting member and the polyaxial mechanism of the bone anchor.

With reference to FIGS. **1** and **9-11**, the closure structure or closure top **16** can be any of a variety of different types of closure structures for use in conjunction with the present invention with suitable mating structure on the upstanding arms **52**. In the embodiment shown, the closure top **16** is rotatably received between the spaced arms **52**. The illustrated closure structure **16** is substantially cylindrical and includes an outer helically wound guide and advancement structure **152** in the form of a flange form that operably joins

10

with the guide and advancement structure **66** disposed on the arms **52** of the receiver **10**. The flange form utilized in accordance with the present invention may take a variety of forms, including those described in Applicant's U.S. Pat. No. 6,726, 689, which is incorporated herein by reference. It is also foreseen that according to the invention the closure structure guide and advancement structure could alternatively be a buttress thread, a square thread, a reverse angle thread or other thread like or non-thread like helically wound advancement structure for operably guiding under rotation and advancing the closure structure **16** downward between the arms **52** and having such a nature as to resist splaying of the arms **52** when the closure structure **16** is advanced into the channel **56**. The illustrated closure structure **16** also includes a top surface **154** with an internal drive **156** in the form of an aperture that is illustrated as a hex drive, but may be, for example, a star-shaped internal drive, such as those sold under the trademark TORX or other internal drives, including, but not limited to slotted, tri-wing, spanner, two or more apertures of various shapes, and the like. A driving tool (not shown) sized and shaped for engagement with the internal drive **156** is used for both rotatable engagement and, if needed, disengagement of the closure **16** from the receiver arms **52**. It is also foreseen that the closure structure **15** may alternatively include a break-off head designed to allow such a head to break from a base of the closure at a preselected torque, for example, 70 to 140 inch pounds. Such a closure structure would also include a base having an internal drive to be used for closure removal. A bottom surface **158** of the closure is planar, but may include a point, points, a rim or roughening for engagement with the surface **140** of the bar-like connecting member **14**. The bottom surface **158** is sized and shaped for engagement with both the connecting member surface **140** and the top planar surfaces **122** of the flanged portions **120** of the insert **12**. As will be described in greater detail below, during assembly, the surface **158** first engages the surface **140** of the connecting member. Then, as the closure member **16** is rotated, the surface **158** presses against the surfaces **120**, pushing the insert **16** downwardly onto the shank upper portion **8** that in turn presses against the receiver surface **84**, locking the shank **4** with respect to the receiver **10** in a desired angular or articulated position. With time, the connecting member **14** may undergo creep or other plastic deformation that may lessen the engagement between the surfaces **140** and **158**. However, regardless of any movement of the surface **140**, the frictional engagement between the closure member **16** and the insert **12**, both preferably made from a metal or metal alloy, such as stainless steel or titanium, will remain rigid and secure.

The closure top **16** may further include a cannulation through bore extending along a central axis thereof and through a surface of the drive **156** and the bottom surface **158**. Such a through bore provides a passage through the closure **16** interior for a length of wire (not shown) inserted therein to provide a guide for insertion of the closure top into the receiver arms **52**.

With particular reference to FIG. **1**, prior to the polyaxial bone screw **3** being placed in use according to the invention, the tip **28** of the shank **6** is inserted into the receiver **10** at the upper opening **57** and then through the bore **88** to a position wherein the shank upper portion **8** is seated on the inner surface **84** of the receiver. Then, with particular reference to FIGS. **6-7**, the insert **12** is inserted into the opening **57** with the flanged portions **120** aligned in the channel **56**, each flanged portion **120** being located between a pair of opposed planar walls **60** partially defining the channel **56**. The insert **12** is then moved downwardly in the channel **56** and toward the cavity **82** as illustrated by the arrow **170** in FIG. **7**. As the

US 8,353,932 B2

**11**

insert **12** is moved downwardly into the cylindrical portion **86** of the cavity **82**, the spring tabs **76** may be pushed outwardly away from the axis A by the flanged portions **120**. Once the flanged portions **120** are located below the guide and advancement structure **66** and adjacent the run-out relief **87**, the insert **12** is rotated about the axis B of the receiver **10** as illustrated by the arrow **172** in FIG. **8**. The flanged portions **120** fit within the relief **87**. Once each flanged portion **120** is located centrally with a respective arm **52** of the receiver **10**, rotation is ceased and the spring tabs **76** slide or snap into the grooves **128**. A slight downward movement of the insert **12** may be needed to fully engage the spring tabs **76** in the grooves with each of the surfaces **80** being biased against the respective groove surfaces **128**. The insert **12** is now locked into place inside the receiver **10** with the guide and advancement structure **66** prohibiting upward movement of the insert out of the opening **57** and the spring tabs **76** that are biasing against the insert **12** at the grooves **128** prohibiting rotational movement of the insert **12** with respect to the receiver **10** about the receiver axis B. As illustrated in FIG. **10**, the insert **12** seats on the shank upper portion **8** with the surface **136** in sliding engagement with the surface **34**. The run-out or relief **87** is sized and shaped to allow for some upward and downward movement of the insert **12** toward and away from the shank upper portion **8** such that the shank **8** is freely pivotable with respect to the receiver **10** until the closure structure **16** presses on the insert **12** that in turn presses upon the upper portion **8** into locking frictional engagement with the receiver **10** at the surface **84**.

In use, the bone screw **3** is typically screwed into a bone, such as a vertebra (not shown), by rotation of the shank **4** using a driving tool (not shown) that operably drives and rotates the shank **4** by engagement thereof with the tool engagement structure **38**. The vertebra (not shown) may be pre-drilled to minimize stressing the bone and have a guide wire (not shown) that is shaped for the cannula **40** inserted to provide a guide for the placement and angle of the shank **4** with respect to the vertebra. A further tap hole may be made using a tap with the guide wire as a guide. Then, the bone screw **3** is threaded onto the guide wire utilizing the cannulation bore **40** by first threading the wire into the bottom opening **28** and then out of the top at the internal drive **38**. The shank **4** is then driven into the vertebra, using the wire as a placement guide.

With reference to FIGS. **10-11**, the connecting member **14** is eventually positioned in an open or percutaneous manner within the receiver channel **56** and then into the channel **114** defined by the bottom planar seating surface **116** and the planar walls **118**. The member surfaces **140** and **142** are closely received within the planar walls of the insert **12**. The closure structure or top **16** is then inserted into and advanced between the arms **52** so as to bias or push against the upper surface **140** of the connecting member **14**. Alignment of the planar surfaces **140** and **142** of the connecting member **14** with the squared off U-shaped channel **114** of the insert **14** is initially provided and then maintained by pressure placed on the insert **12** at grooves **128** by the spring tabs **76**. The closure structure **16** is rotated, using a tool engaged with the inner drive **156** until a selected pressure is reached at which point the connecting member **14** fully engages the planar surfaces **116** and **118** of the insert **12** and the connecting member **14** is urged toward, but not in contact with the lower seat **58** of the receiver **10** that defines the squared off U-shaped channel **56**. As the closure member **16** is rotated and urged downwardly against first the connecting member **14** and then the flanged portions **120** of the insert **12**, for example, with a pressure of about 80 to about 120 inch pounds, frictional locking of the

**12**

shank upper portion **8** against the receiver surface **84** at a desired angle of articulation is accomplished not only by forces transferred through the connecting member **14** but also by direct engagement between the closure member **16** and the insert **12** at the flanged portions **120**. Thus, if the connecting member **14** exhibits creep, as would be expected by the PEEK connecting member **14** illustrated in the drawing figures, movement or flow of the member **14** would not diminish the locking frictional engagement between the shank upper portion **8** and the receiver surface **84** as neither the insert **12** nor the receiver **10** (both made from metal such as titanium, for example) would exhibit creep or other deformation. In such an assembly **1**, the benefit to the patient of a flexible or dynamic connecting member **14** as well as the benefit of a bone screw **3** having a secure locking mechanism (metal to metal frictional engagement) is accomplished.

If removal of the connecting member **14** from any of the bone screws **3** is necessary, or if it is desired to release the connecting member **14** at a particular location, disassembly is accomplished by using the driving tool (not shown) that mates with the internal drive **156** on the closure structure **16** to rotate and remove the closure structure **16** from the cooperating receiver **10**. Disassembly is then accomplished in reverse order to the procedure described previously herein for assembly.

With reference to FIG. **12**, there is illustrated an assembly **1** of the invention wherein the closure member **16** has been removed after an amount of time wherein the PEEK connecting member **14** has exhibited some deformation due to creep. It is noted how the member **14** is compressed at the area **180** where the closure structure **16** bottom surface **158** had been pressing on the member upper surface **140**. Also illustrated is the flow of connecting member **14** material **182** into the recesses **126** formed in the insert **12**. Such material **182** disposed within the recesses **126** advantageously provides further frictional engagement between the insert **12** and the connecting member **14**.

With reference to FIG. **13**, the connecting member **14** is typically assembled with two or more bone screws **3**. The combination of the connecting member **14** with planar surfaces and the bone screw receiver **10** having a channel and insert **12** that includes planar surfaces for closely receiving the member **14** is shown. An advantage of such an assembly is torsional control of the medical implant system. As compared to rigid rods made from metals or metal alloys, a dynamic medical implant **1** of the invention is desirably more flexible in bending or flexing. Furthermore, the combination between a bar-shaped connecting member and receiver with planar surfaces provides stability and strength to withstand torsional forces that, for example, a cylindrical PEEK rod captured by a receiver with a U-shaped channel would not provide. If a more rigid support is eventually required, the bar-shaped member **14** may be replaced by a stiffer cylindrical or bar-shaped rod having a diameter or width the same or similar to the cross-sectional width of the member **14**. Such a rod of circular cross-section would be adequately received and closely held between the planar walls **116** and **118** of the insert **14** and the same or similar closure top **16** could be used to hold such a rod in the receiver **10** and also lock the polyaxial mechanism, placing the shank **4** and the receiver **10** in a desired angular relationship with one another.

With reference to FIGS. **14** and **15**, an alternative assembly **1'** is illustrated. The assembly **1'** is identical to the assembly **1** previously described herein with the exception of an aspect of a receiver **10'** that is otherwise substantially similar to the receiver **10** previously described herein. The assembly **1'** therefore includes a shank **4'**, an insert **12'**, a connecting

US 8,353,932 B2

13                                          14

member **14'** and a closure member **16'** that are identical or substantially similar in form and function to the respective shank **4**, insert **12**, connecting member **14** and closure member **16** previously described herein with respect to the assembly **1**. As compared to the spring tabs **76** of the receiver **10** that extend in a downward direction toward the base **50** of the receiver **10**, the receiver **10'** includes a pair of spring tabs **76'** that extend upwardly and toward a closure structure **16'**. The spring tabs **76'** bias against the insert **12'** at recesses **138'** identical to the recesses **138** described herein with respect to the insert **12**.

With reference to FIG. **15**, if a more rigid support is eventually required, the bar-shaped member **14'** is shown being replaced by a stiffer cylindrical rod **14"** having a diameter equal to the width of the member **14'**. As shown in FIG. **15**, the rod **14"** is received and closely held between planar walls **116'** and **118'** of the insert **14'** and a closure top **16"** substantially similar to the closure top **16'** abuts against the rod **14"** but does not abut against the lower pressure insert **12'**. Frictional engagement of the closure top **16"** and the rod **14"** fixes the rod **14"** in the receiver **10'** and also locks the polyaxial mechanism, fixedly placing the shank **4'** and the receiver **10'** in a desired angular relationship with one another.

With reference to FIGS. **16-18**, another alternative assembly **201** is illustrated. The assembly **201** is identical to the assembly **1'** previously described herein with the exception that the bottom planar surfaces of the lower pressure insert and receiver have been replaced by curved surfaces, forming U-shaped channels for holding a connecting member having substantially circular cross-section, such as deformable or rigid rods. The assembly **201** therefore includes a shank **204**, a receiver **210**, an insert **212**, a connecting member **214** and a closure member **216** that are substantially similar in form and function to the respective shank **4**, receiver **10**, insert **12**, connecting member **14** and closure member **16** previously described herein with respect to the assembly **1** with the following exceptions: The receiver **210** includes spring tabs **276** that are identical or substantially similar to the spring tabs **76'** of the assembly **1'**. Also, a U-shaped surface **258** replaces the planar surface **58** that partially defines the channel **56** of the receiver **10**. Similarly, the insert **212** includes a U-shaped surface **316** that replaces the planar bottom surface **116** and portions of the side surfaces **118** of the insert **12**. Therefore, the insert **212** and the receiver **210** are sized and shaped to closely receive the connecting member **214** that differs from the connecting member **14** in that the member **214** has a circular cross-section as compared to the rectangular cross-section of the member **14**. As best illustrated in FIG. **17**, the rod-shaped deformable connecting member **214** is closely held or cradled by the insert **212** surface **316**, with the connecting member **214** being held spaced from the receiver surface **258**. The closure top **216** presses and deforms the connecting member **214** and also engages the lower pressure insert **212**. Engagement between the closure **216** and the insert **212** keeps the bone screw shank **204** in a desired locked position with respect to the receiver **210** even if further deformation of the connecting member **214** occurs that might loosen the connection between the connecting member **214** and the closure top **216**.

With reference to FIG. **18**, if a more rigid support is eventually required, the deformable rod **214** is shown being replaced by a stiffer cylindrical rod **214'**. The more rigid rod **214'** is received and closely held by the surface **316** and a closure top **216'** substantially similar to the closure top **216** abuts against the rod **214'** but does not abut against the lower pressure insert **212**. Frictional engagement of the closure top **216'** and the rod **214'** fixes the rod **214'** in the receiver **210** and

also locks the polyaxial mechanism, fixedly placing the shank **204** and the receiver **210** in a desired angular relationship with one another.

It is to be understood that while certain forms of the present invention have been illustrated and described herein, it is not to be limited to the specific forms or arrangement of parts described and shown.

What is claimed and desired to be secured by Letters Patent is as follows:

**1**. In a medical implant assembly having at least one polyaxial bone screw attached to a longitudinal connecting member, the bone screw having a receiver with a channel, the improvement wherein:

a) at least a portion of the longitudinal connecting member is sized and shaped to be received in the receiver channel; and further comprising:

b) a compression insert directly engaging both the longitudinal connecting member and a shank of the polyaxial bone screw, the insert having a base, a pair of opposed arms with outer receiver engaging portions, and the opposed arms defining a through channel with a lower connecting member seating surface; wherein

c) the compression insert is top-loadable in the receiver in a first orientation, wherein, when in the first orientation, the compression insert through channel is substantially perpendicular to the receiver channel, and then rotated to a second orientation, such that the compression insert through channel is substantially parallel to the receiver channel and cooperating receiver portions snap into the receiver engaging portions.

**2**. The improvement of claim **1** further comprising:

a) at least one inner recessed relief surface formed in the compression insert, the recessed relief surface receiving material flow of the longitudinal connecting member.

**3**. The improvement of claim **2** wherein

a) the at least one recessed relief surface is formed in one of a pair of straight planar side surfaces disposed adjacent to an arm top surface.

**4**. The improvement of claim **3** wherein

a) the at least one recessed relief surface is a pair of recessed relief surfaces with one recessed relief surface being formed in each of the pair of planar side surfaces.

**5**. The improvement of claim **1** wherein

a) the receiver has an integral alignment structure cooperating with the compression insert, the alignment structure directly engaging the insert and aligning a connecting member receiving channel of the insert with the receiver channel.

**6**. The improvement of claim **5** wherein

a) the receiver alignment structure is a first structure that is at least one of a first pressure tab and a first groove; and

b) the insert having a second structure that is at least one of a second groove cooperating with the first pressure tab and a second pressure tab cooperating with the first groove.

**7**. The improvement of claim **1** wherein

a) the compression insert has a first substantially flat planar bottom surface engaging a second substantially flat planar bottom surface of the longitudinal connecting member, the connecting member being made from a polymer and having a substantially flat top planar surface; and further comprising

b) a one-piece closure structure having a third substantially flat planar bottom surface in direct contact with both the compression insert and the top planar surface of the connecting member.

US 8,353,932 B2

15

**8**. The improvement of claim **7** further comprising at least one recessed relief surface formed in the compression insert, the recessed relief surface receiving material flow of the longitudinal connecting member.

**9**. The improvement of claim **1** wherein

a) each of the insert arms includes an outer side recess.

**10**. The improvement of claim **1** wherein

a) the arms form a connecting member receiving channel with a substantially flat planar connecting member seating surface located at the bottom of the connecting member receiving channel.

**11**. The improvement of claim **10** wherein

a) the receiver engaging portions are outwardly extending flange portions; and

b) when the insert is rotated to the second orientation, each of the flange portions is received in a complementary flange-receiving recess of the receiver such that outer side recesses of the arms directly engage and cooperate with an alignment structure of the receiver.

**12**. The improvement of claim **11** wherein

a) when the arm outer side recesses directly engage and cooperate with the receiver alignment structure, the insert connecting member receiving channel is aligned with the receiver channel.

**13**. The improvement of claim **1** wherein

a) the arms are sized and shaped to engage a one-piece integral closure top; and

b) the closure top includes an anti-splay locking structure.

**14**. The improvement of claim **1** wherein

a) the receiver includes integral spring tab structures sized and shaped to cooperate with the insert so as to block rotation of the insert from the second orientation to the first orientation.

**15**. The improvement of claim **1** wherein

a) the receiver includes a pair of opposed grooves located, sized and shaped to cooperatively engage respective arm receiver engaging portions when the insert is rotated to the second orientation.

**16**. The improvement of claim **1** wherein

a) the lower connecting member seating surface is substantially flat.

**17**. The improvement of claim **1** wherein

a) the lower connecting member seating surface is substantially curved.

**18**. The improvement of claim **1** wherein

a) the receiver engaging portions of the insert opposed arms are outwardly extending flange portions.

**19**. The improvement of claim **1** wherein

a) the longitudinal connecting member is deformable.

**20**. The improvement of claim **1** wherein

a) the compression insert has an insert channel that aligns so as to receive the connecting member with the receiver channel when the compression insert is in the second orientation.

**21**. The improvement of claim **1** wherein

a) the receiver engaging portions are a pair of opposed outwardly extending portions.

**22**. In a medical implant assembly having at least one polyaxial bone screw attached to a longitudinal connecting member, the improvement wherein:

a) the connecting member is at least partially deformable; and further comprising:

b) a compression insert engaging directly on the longitudinal connecting member and also engaging directly on a bone screw shank of the polyaxial bone screw, the insert having one of a flat lower planar connecting mem-

16

ber seating surface and a lower radiused connecting member seating surface; wherein

c) a receiver having structure cooperating with the compression insert, the structure directly engaging the insert and aligning a connecting member receiving channel of the insert with a through channel of the receiver; and wherein

d) the structure directly engaging the insert is a first structure being at least one of a first pressure tab and a first groove, the insert having a second structure being at least one of a second groove cooperating with the first pressure tab and a second pressure tab cooperating with the first groove.

**23**. In a polyaxial bone screw having a shank in pivotal relationship with a receiver having a channel for receiving a longitudinal connecting member and a closure top, the improvement comprising:

a) an insert having a base, opposed upwardly extending arms with outwardly extending flanges, each arm having a substantially flat, planar surface for receiving and engaging substantially flat, planar surfaces of the longitudinal connecting member, and at least one outer recessed receiver engaging portion for cooperatively engaging an inwardly biased receiver portion, the insert base being in direct engagement with the bone screw shank and the flanges being in direct engagement with the closure top; wherein

b) the insert is top-loadable in the receiver in a first orientation, wherein the arm planar surfaces are substantially perpendicular to the receiver channel, and then rotatable to a second orientation so as to align the arm planar surfaces with the receiver channel.

**24**. The improvement of claim **23** further comprising at least one recess formed in the insert adjacent to one of the flanges, the recess receiving material flow of the longitudinal connecting member.

**25**. The improvement of claim **24** wherein the at least one recess is a pair of opposed recesses, each recess formed near one of the flanges.

**26**. The improvement of claim **23** further comprising a groove formed in at least one of the flanges, the groove receiving a portion of the bone screw receiver.

**27**. The improvement of claim **26** wherein the portion of the bone screw receiver is a spring tab.

**28**. In a polyaxial bone anchor assembly having a closure top, a bone screw shank and a receiving member that receives a pressure insert, and a longitudinal connecting member, the improvement wherein:

a) the closure top is of single piece construction and the closure top directly engages both the longitudinal connecting member and a pair of upright arms of the pressure insert, the pressure insert directly engaging both the connecting member and the bone screw shank;

b) the pressure insert is top-loaded in the receiving member in a first orientation, such that a through channel of the pressure insert is substantially perpendicular to a through channel of the receiving member, and then the pressure insert is rotated to a second orientation so as to position a flange of the upright arms within an inner recess of the receiving member and to thereby align the pressure insert through channel with the receiving member through channel; and wherein

c) a recessed relief surface of the insert receives material flow of a longitudinal connecting member received in the aligned insert and receiver through channels when the closure top engages the received longitudinal connecting member.

US 8,353,932 B2

17

**29**. The improvement of claim **28** wherein the longitudinal connecting member is made from a deformable plastic.

**30**. In a polyaxial bone screw having a shank in pivotal relationship with a receiver having a channel for receiving a longitudinal connecting member and a closure top, the improvement comprising:

a) an insert having a base, opposed upwardly extending arms with outwardly extending flanges, and a plurality of substantially flat, planar surfaces for receiving and engaging substantially flat, planar surfaces of the longitudinal connecting member, the insert base being in direct engagement with the bone screw shank and the insert flanges being in direct engagement with the closure top; and

b) a groove formed in at least one of the insert flanges, the groove receiving a portion of the bone screw receiver, the bone screw receiver being a spring tab; wherein

c) the insert is top-loadable in the receiver in a first orientation, wherein the insert planar surfaces are substantially perpendicular to the receiver channel, and then rotatable to a second orientation so as to align the insert planar surfaces with the receiver channel.

**31**. In a medical implant assembly having at least one polyaxial bone screw attached to a longitudinal connecting member, the bone screw having a receiver with a channel, the improvement wherein:

a) at least a portion of the longitudinal connecting member is sized and shaped to be received in the receiver channel; the assembly further comprising:

b) a compression insert directly engaging both the longitudinal connecting member and a shank of the polyaxial bone screw, the insert having a base, a pair of opposed arms with receiver engaging portions, a lower connecting member seating surface, and a connecting member receiving channel; wherein

c) the insert is top-loadable in the receiver in a first orientation, wherein when in the first orientation in insert arms are substantially perpendicular to the receiver

18

channel, and then rotated to a second orientation, such that the insert arms are substantially parallel to the receiver channel;

d) the receiver has an integral alignment structure cooperating with the insert, the receiver alignment structure directly engaging the insert and aligning the insert connecting member receiving channel with the receiver channel, the receiver alignment structure being a first structure that is at least one of a first pressure tab and a first groove; and

e) the insert has a second structure that is at least one of a second groove cooperating with the first pressure tab and a second pressure tab cooperating with the first groove.

**32**. In a medical implant assembly having at least one polyaxial bone screw attached to a longitudinal connecting member, the bone screw having a receiver with a channel, the improvement wherein:

a) at least a portion of the longitudinal connecting member is sized and shaped to be received in the receiver channel; the assembly further comprising:

b) a compression insert directly engaging both the longitudinal connecting member and a shank of the polyaxial bone screw, the compression insert having a base, a pair of opposed arms with receiver engaging portions, and a lower connecting member seating surface; wherein

c) the compression insert is top-loadable in the receiver in a first orientation, wherein when in the first orientation the compression insert arms are substantially perpendicular to the receiver channel, and then rotated to a second orientation, such that the compression insert arms are substantially parallel to the receiver channel; and

a) the receiver includes integral spring tab structures sized and shaped to cooperate with the compression insert so as to block rotation of the compression insert from the second orientation to the first orientation.

\*   \*   \*   \*   \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.       : 8,353,932 B2

APPLICATION NO.   : 12/229207

DATED           : January 15, 2013

INVENTOR(S)      : Roger P. Jackson

Page 1 of 1

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the Claims

Column 17, line 37, in claim 31, delete "in insert" and insert --the insert--, therefor.

Column 18, line 33, in claim 32, delete "a)" and insert --d)--, therefor.

Signed and Sealed this
Second Day of July, 2013

*Teresa Stanek Rea*

Teresa Stanek Rea
*Acting Director of the United States Patent and Trademark Office*

# EXHIBIT 2

US008696711B2

(12) **United States Patent**
Jackson

(10) **Patent No.:** **US 8,696,711 B2**
(45) **Date of Patent:** *Apr. 15, 2014

(54) **POLYAXIAL BONE ANCHOR ASSEMBLY WITH ONE-PIECE CLOSURE, PRESSURE INSERT AND PLASTIC ELONGATE MEMBER**

(76) Inventor: **Roger P. Jackson**, Prairie Village, KS (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/507,802**

(22) Filed: **Jul. 30, 2012**

(65) **Prior Publication Data**

US 2012/0303070 A1     Nov. 29, 2012

**Related U.S. Application Data**

(66) Continuation of application No. 12/229,207, filed on Aug. 20, 2008, now Pat. No. 8,353,932, which is a continuation-in-part of application No. 11/894,001, filed on Aug. 17, 2007, now Pat. No. 8,292,926, and a continuation-in-part of application No. 11/522,503, filed on Sep. 14, 2006, now Pat. No. 7,766,915, Substitute for application No. 60/722,300, filed on Sep. 30, 2005.

(60) Provisional application No. 60/994,083, filed on Sep. 17, 2007, provisional application No. 60/851,353, filed on Oct. 12, 2006, provisional application No. 60/905,472, filed on Mar. 7, 2007, provisional application No. 60/725,445, filed on Oct. 11, 2005, provisional application No. 60/728,912, filed on Oct. 21, 2005, provisional application No. 60/736,112, filed on Nov. 10, 2005, provisional application No. 60/832,644, filed on Jul. 21, 2006.

(51) **Int. Cl.**
*A61B 17/70* (2006.01)

(52) **U.S. Cl.**
USPC .......................................................... **606/266**

(58) **Field of Classification Search**
USPC ................... 606/246, 250–272, 279, 65, 287, 606/273–278
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 854,956 | A | 5/1907 | Martin |
| 2,243,717 | A | 5/1941 | Moreira |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2577436 | 6/2006 |
| DE | 4239716 | 8/1994 |

(Continued)

OTHER PUBLICATIONS

Brochure of Sofamor Danek the Spine Specialist, TSRH, Pedicle Screw Spinal System, Publication Date: Jan. 23, 1995.

(Continued)

*Primary Examiner* — Alvin Stewart
(74) *Attorney, Agent, or Firm* — John C. McMahon

(57) **ABSTRACT**

A medical implant assembly includes a polyaxial bone anchor having a shank, a receiver, a lower compression insert with planar surfaces for closely receiving an elongate connecting member with planar surfaces and a one-piece closure structure. The connecting member is made from a polymer. The closure structure engages both the connecting member and the insert with the engagement between the closure structure and the insert securely locking the polyaxial mechanism even if the connecting member exhibits creep.

**5 Claims, 6 Drawing Sheets**





**US 8,696,711 B2**

Page 2

(56)          **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,346,346 | A | 4/1944 | Anderson |
| 2,362,999 | A | 11/1944 | Elmer |
| 2,531,892 | A | 11/1950 | Reese |
| 2,813,450 | A | 11/1957 | Dzus |
| 3,013,244 | A | 12/1961 | Rudy |
| 3,236,275 | A | 2/1966 | Smith |
| 3,604,487 | A | 9/1971 | Gilbert |
| 3,640,416 | A | 2/1972 | Temple |
| 4,033,139 | A | 7/1977 | Frederick |
| 4,041,939 | A | 8/1977 | Hall |
| 4,190,091 | A | 2/1980 | Colognori |
| 4,373,754 | A | 2/1983 | Bollfrass et al. |
| 4,448,191 | A | 5/1984 | Rodnyansky et al. |
| 4,484,570 | A | 11/1984 | Sutter et al. |
| 4,600,224 | A | 7/1986 | Blose |
| 4,653,486 | A | 3/1987 | Coker |
| 4,703,954 | A | 11/1987 | Ortloff et al. |
| 4,707,001 | A | 11/1987 | Johnson |
| 4,743,260 | A | 5/1988 | Burton |
| 4,748,260 | A | 5/1988 | Marlett |
| 4,759,672 | A | 7/1988 | Nilsen et al. |
| 4,790,297 | A | 12/1988 | Luque |
| 4,836,196 | A | 6/1989 | Park et al. |
| 4,877,020 | A | 10/1989 | Vich |
| 4,887,596 | A | 12/1989 | Sherman |
| 4,946,458 | A | 8/1990 | Harms et al. |
| 4,950,269 | A | 8/1990 | Gaines, Jr. |
| 5,005,562 | A | 4/1991 | Cotrel |
| 5,019,080 | A | 5/1991 | Hemer |
| 5,020,519 | A | 6/1991 | Hayes et al. |
| 5,022,791 | A | 6/1991 | Isler |
| 5,034,011 | A | 7/1991 | Howland |
| 5,067,955 | A | 11/1991 | Cotrel |
| 5,084,048 | A | 1/1992 | Jacob et al. |
| 5,092,635 | A | 3/1992 | DeLange et al. |
| 5,092,866 | A | 3/1992 | Breard et al. |
| 5,102,412 | A | 4/1992 | Rogozinski |
| 5,129,388 | A | 7/1992 | Vignaud et al. |
| 5,147,363 | A | 9/1992 | Harle |
| 5,154,719 | A | 10/1992 | Cotrel |
| 5,176,483 | A | 1/1993 | Baumann et al. |
| 5,176,678 | A | 1/1993 | Tsou |
| 5,176,680 | A | 1/1993 | Vignaud et al. |
| 5,180,393 | A | 1/1993 | Commarmond |
| 5,207,678 | A | 5/1993 | Harms et al. |
| 5,217,497 | A | 6/1993 | Mehdian |
| 5,257,993 | A | 11/1993 | Asher et al. |
| 5,261,907 | A | 11/1993 | Vignaud et al. |
| 5,261,912 | A | 11/1993 | Frigg |
| 5,275,601 | A | 1/1994 | Gogolewski et al. |
| 5,282,862 | A | 2/1994 | Baker et al. |
| 5,282,863 | A | 2/1994 | Burton |
| D346,217 | S | 4/1994 | Sparker et al. |
| 5,306,275 | A | 4/1994 | Bryan |
| 5,312,404 | A | 5/1994 | Asher et al. |
| 5,321,901 | A | 6/1994 | Kelly |
| 5,330,472 | A | 7/1994 | Metz-Stavenhagen |
| 5,346,493 | A | 9/1994 | Stahurski et al. |
| 5,358,289 | A | 10/1994 | Banker et al. |
| 5,360,431 | A | 11/1994 | Puno et al. |
| 5,375,823 | A | 12/1994 | Navas |
| 5,385,583 | A | 1/1995 | Cotrel |
| 5,395,371 | A | 3/1995 | Miller et al. |
| 5,409,489 | A | 4/1995 | Sioufi |
| 5,414,661 | A | 5/1995 | Ihara |
| 5,415,661 | A | 5/1995 | Holmes |
| 5,423,816 | A | 6/1995 | Lin |
| 5,427,418 | A | 6/1995 | Watts |
| 5,429,639 | A | 7/1995 | Judet |
| 5,443,467 | A | * 8/1995 | Biedermann et al. ........... 606/65 |
| 5,466,237 | A | 11/1995 | Byrd, III et al. |
| 5,468,241 | A | 11/1995 | Metz-Stavenhagen et al. |
| 5,474,555 | A | 12/1995 | Puno et al. |
| 5,476,462 | A | 12/1995 | Allard et al. |
| 5,476,464 | A | 12/1995 | Metz-Stavenhagen et al. |
| 5,480,401 | A | 1/1996 | Navas |
| 5,484,437 | A | 1/1996 | Michelson |
| 5,484,440 | A | 1/1996 | Allard |
| 5,487,742 | A | 1/1996 | Cotrel |
| 5,489,307 | A | 2/1996 | Kuslich et al. |
| 5,490,750 | A | 2/1996 | Gundy |
| 5,496,321 | A | * 3/1996 | Puno et al. ...................... 606/305 |
| 5,499,892 | A | 3/1996 | Reed |
| 5,505,731 | A | 4/1996 | Tornier |
| 5,507,745 | A | 4/1996 | Logroscino et al. |
| 5,540,688 | A | 7/1996 | Navas |
| 5,545,165 | A | 8/1996 | Biedermann et al. |
| 5,549,607 | A | 8/1996 | Olson et al. |
| 5,549,608 | A | 8/1996 | Errico et al. |
| 5,554,157 | A | 9/1996 | Errico et al. |
| 5,562,660 | A | 10/1996 | Grob |
| 5,562,663 | A | 10/1996 | Wisnewski et al. |
| 5,569,247 | A | 10/1996 | Morrison |
| 5,569,251 | A | 10/1996 | Baker et al. |
| 5,584,834 | A | 12/1996 | Errico et al. |
| 5,586,984 | A | 12/1996 | Errico et al. |
| 5,591,166 | A | 1/1997 | Bernhardt et al. |
| 5,601,553 | A | 2/1997 | Trebing et al. |
| 5,607,304 | A | 3/1997 | Bailey et al. |
| 5,607,425 | A | 3/1997 | Rogozinski |
| 5,607,426 | A | 3/1997 | Ralph et al. |
| 5,607,428 | A | 3/1997 | Lin |
| 5,611,800 | A | 3/1997 | Davis et al. |
| 5,628,740 | A | 5/1997 | Mullane |
| 5,630,817 | A | 5/1997 | Rokegem |
| 5,641,256 | A | 6/1997 | Gundy |
| 5,643,260 | A | 7/1997 | Doherty |
| 5,643,261 | A | 7/1997 | Schafer et al. |
| 5,647,873 | A | 7/1997 | Errico et al. |
| 5,662,652 | A | 9/1997 | Schafer et al. |
| 5,662,653 | A | 9/1997 | Songer et al. |
| 5,669,909 | A | 9/1997 | Zdeblick et al. |
| 5,669,911 | A | 9/1997 | Errico et al. |
| 5,672,175 | A | 9/1997 | Martin |
| 5,672,176 | A | * 9/1997 | Biedermann et al. ......... 606/271 |
| 5,676,703 | A | 10/1997 | Gelbard |
| 5,681,319 | A | 10/1997 | Biedermann et al. |
| 5,683,390 | A | 11/1997 | Metz-Stavenhagen et al. |
| 5,690,630 | A | 11/1997 | Errico et al. |
| 5,697,929 | A | 12/1997 | Mellinger |
| 5,702,393 | A | 12/1997 | Pfaifer |
| 5,711,709 | A | 1/1998 | McCoy |
| 5,713,898 | A | 2/1998 | Stucker et al. |
| 5,716,356 | A | * 2/1998 | Biedermann et al. ......... 606/271 |
| 5,720,751 | A | 2/1998 | Jackson |
| 5,723,013 | A | 3/1998 | Jeanson et al. |
| 5,725,527 | A | 3/1998 | Biedermann et al. |
| 5,725,528 | A | 3/1998 | Errico et al. |
| 5,728,098 | A | 3/1998 | Sherman et al. |
| 5,733,286 | A | 3/1998 | Errico et al. |
| 5,738,685 | A | 4/1998 | Halm et al. |
| 5,741,254 | A | 4/1998 | Henry et al. |
| 5,752,957 | A | 5/1998 | Ralph et al. |
| 5,782,830 | A | 7/1998 | Farris |
| 5,782,833 | A | 7/1998 | Haider |
| 5,792,044 | A | 8/1998 | Foley et al. |
| 5,797,911 | A | 8/1998 | Sherman et al. |
| 5,800,435 | A | 9/1998 | Errico et al. |
| 5,800,547 | A | 9/1998 | Schafer et al. |
| 5,810,816 | A | 9/1998 | Roussouly et al. |
| 5,817,094 | A | 10/1998 | Errico et al. |
| 5,863,293 | A | 1/1999 | Richelsoph |
| 5,873,878 | A | 2/1999 | Harms et al. |
| 5,876,402 | A | 3/1999 | Errico et al. |
| 5,879,350 | A | 3/1999 | Sherman et al. |
| 5,879,351 | A | 3/1999 | Viart |
| 5,882,350 | A | 3/1999 | Ralph et al. |
| 5,885,286 | A | * 3/1999 | Sherman et al. .............. 606/270 |
| 5,891,145 | A | 4/1999 | Morrison et al. |
| 5,902,231 | A | 5/1999 | Foley et al. |
| RE36,221 | E | 6/1999 | Breard et al. |
| 5,910,141 | A | 6/1999 | Morrison et al. |
| 5,938,663 | A | 8/1999 | Petreto |
| 5,944,465 | A | 8/1999 | Janitzki |

**US 8,696,711 B2**

Page 3

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,951,553 | A | 9/1999 | Betz |
| 5,954,725 | A * | 9/1999 | Sherman et al. ............... 606/78 |
| 5,961,517 | A | 10/1999 | Biedermann et al. |
| 5,964,760 | A | 10/1999 | Richelsoph |
| 5,997,539 | A * | 12/1999 | Errico et al. ................... 606/278 |
| 6,001,098 | A | 12/1999 | Metz-Stavenhagen et al. |
| 6,004,349 | A | 12/1999 | Jackson |
| 6,010,503 | A * | 1/2000 | Richelsoph et al. .......... 606/278 |
| 6,019,759 | A | 2/2000 | Rogozinski |
| 6,022,350 | A | 2/2000 | Ganem |
| 6,053,917 | A * | 4/2000 | Sherman et al. ............... 606/270 |
| 6,059,786 | A | 5/2000 | Jackson |
| 6,063,090 | A | 5/2000 | Schläpfer |
| 6,074,391 | A | 6/2000 | Metz-Stavenhagen et al. |
| 6,077,262 | A | 6/2000 | Schlapfer et al. |
| 6,086,588 | A | 7/2000 | Ameil et al. |
| 6,090,110 | A | 7/2000 | Metz-Stavenhagen |
| 6,090,111 | A | 7/2000 | Nichols |
| 6,099,528 | A | 8/2000 | Saurat |
| 6,102,912 | A | 8/2000 | Cazin et al. |
| 6,102,913 | A | 8/2000 | Jackson |
| 6,110,172 | A | 8/2000 | Jackson |
| 6,113,601 | A | 9/2000 | Tatar |
| 6,132,431 | A | 10/2000 | Nilsson et al. |
| 6,132,432 | A | 10/2000 | Richelsoph |
| 6,132,434 | A | 10/2000 | Sherman et al. |
| 6,136,002 | A | 10/2000 | Shih et al. |
| 6,139,549 | A | 10/2000 | Keller |
| 6,143,032 | A | 11/2000 | Schafer et al. |
| 6,146,383 | A | 11/2000 | Studer et al. |
| 6,183,472 | B1 | 2/2001 | Lutz |
| 6,186,718 | B1 | 2/2001 | Fogard |
| 6,187,005 | B1 | 2/2001 | Brace et al. |
| 6,193,720 | B1 | 2/2001 | Yuan et al. |
| 6,214,012 | B1 | 4/2001 | Karpman et al. |
| RE37,161 | E | 5/2001 | Michelson et al. |
| 6,224,596 | B1 | 5/2001 | Jackson |
| 6,224,598 | B1 | 5/2001 | Jackson |
| 6,235,028 | B1 | 5/2001 | Brumfield et al. |
| 6,235,034 | B1 | 5/2001 | Bray |
| 6,241,730 | B1 | 6/2001 | Alby |
| 6,248,105 | B1 * | 6/2001 | Schlapfer et al. ............. 606/266 |
| 6,248,107 | B1 | 6/2001 | Foley et al. |
| 6,251,112 | B1 | 6/2001 | Jackson |
| 6,254,146 | B1 | 7/2001 | Church |
| 6,254,602 | B1 | 7/2001 | Justis |
| 6,267,764 | B1 | 7/2001 | Elberg |
| 6,267,765 | B1 | 7/2001 | Taylor et al. |
| 6,273,888 | B1 * | 8/2001 | Justis ............................ 606/272 |
| 6,277,122 | B1 | 8/2001 | McGahan et al. |
| 6,280,442 | B1 * | 8/2001 | Barker et al. ................... 606/60 |
| 6,280,445 | B1 | 8/2001 | Morrison et al. |
| 6,287,308 | B1 | 9/2001 | Betz et al. |
| 6,287,311 | B1 | 9/2001 | Sherman et al. |
| 6,290,700 | B1 | 9/2001 | Schmotzer |
| 6,296,642 | B1 | 10/2001 | Morrison et al. |
| 6,296,643 | B1 | 10/2001 | Hopf et al. |
| 6,299,613 | B1 | 10/2001 | Ogilvie et al. |
| 6,302,888 | B1 * | 10/2001 | Mellinger et al. ............ 606/270 |
| 6,309,391 | B1 | 10/2001 | Crandall et al. |
| 6,315,564 | B1 | 11/2001 | Levisman |
| 6,315,779 | B1 | 11/2001 | Morrison et al. |
| 6,331,179 | B1 | 12/2001 | Freid et al. |
| 6,355,040 | B1 * | 3/2002 | Richelsoph et al. .......... 606/272 |
| RE37,665 | E | 4/2002 | Ralph et al. |
| 6,368,321 | B1 | 4/2002 | Jackson |
| 6,371,957 | B1 | 4/2002 | Amrein et al. |
| 6,402,752 | B2 | 6/2002 | Schaffler-Wachter et al. |
| 6,402,757 | B1 | 6/2002 | Moore et al. |
| 6,440,133 | B1 | 8/2002 | Beale et al. |
| 6,440,137 | B1 * | 8/2002 | Horvath et al. ............... 606/302 |
| 6,443,956 | B1 | 9/2002 | Ray |
| 6,451,021 | B1 | 9/2002 | Ralph et al. |
| 6,471,703 | B1 | 10/2002 | Ashman |
| 6,471,705 | B1 * | 10/2002 | Biedermann et al. ......... 606/271 |

| | | | |
|---|---|---|---|
| 6,478,801 | B1 | 11/2002 | Ralph et al. |
| 6,485,491 | B1 * | 11/2002 | Farris et al. ................... 606/250 |
| 6,485,492 | B1 | 11/2002 | Halm et al. |
| 6,485,494 | B1 | 11/2002 | Haider |
| 6,488,681 | B2 | 12/2002 | Martin et al. |
| 6,508,818 | B2 | 1/2003 | Steiner et al. |
| 6,511,484 | B2 | 1/2003 | Torode et al. |
| 6,520,962 | B1 | 2/2003 | Taylor et al. |
| 6,527,804 | B1 | 3/2003 | Gauchet et al. |
| 6,530,929 | B1 | 3/2003 | Justis et al. |
| 6,533,786 | B1 | 3/2003 | Needham et al. |
| 6,539,826 | B2 | 4/2003 | Oesterle et al. |
| 6,540,749 | B2 | 4/2003 | Schafer et al. |
| 6,547,790 | B2 | 4/2003 | Harkey, III et al. |
| 6,551,320 | B2 | 4/2003 | Liebermann |
| 6,551,323 | B2 | 4/2003 | Doubler et al. |
| 6,554,831 | B1 | 4/2003 | Rivard et al. |
| 6,554,832 | B2 | 4/2003 | Shluzas |
| 6,554,834 | B1 | 4/2003 | Crozet et al. |
| 6,558,387 | B2 | 5/2003 | Errico et al. |
| 6,562,038 | B1 | 5/2003 | Morrison |
| 6,562,040 | B1 | 5/2003 | Wagner |
| 6,565,565 | B1 | 5/2003 | Yuan et al. |
| 6,565,567 | B1 | 5/2003 | Haider |
| 6,572,618 | B1 | 6/2003 | Morrison |
| 6,582,436 | B2 * | 6/2003 | Schlapfer et al. ............ 606/266 |
| 6,582,466 | B1 | 6/2003 | Gauchet |
| 6,585,740 | B2 | 7/2003 | Schlapfer et al. |
| 6,595,992 | B1 * | 7/2003 | Wagner et al. ................. 606/250 |
| 6,595,993 | B2 | 7/2003 | Donno et al. |
| 6,599,294 | B2 | 7/2003 | Fuss et al. |
| 6,610,063 | B2 | 8/2003 | Kumar et al. |
| 6,613,050 | B1 | 9/2003 | Wagner et al. |
| 6,616,667 | B1 | 9/2003 | Steiger et al. |
| 6,616,669 | B2 | 9/2003 | Ogilvie |
| 6,623,485 | B2 | 9/2003 | Doubler et al. |
| 6,626,347 | B2 | 9/2003 | Ng |
| 6,626,907 | B2 | 9/2003 | Campbell et al. |
| 6,626,908 | B2 | 9/2003 | Cooper et al. |
| 6,635,059 | B2 | 10/2003 | Randall et al. |
| 6,635,060 | B2 | 10/2003 | Hanson et al. |
| 6,648,885 | B1 | 11/2003 | Friesem |
| 6,648,887 | B2 | 11/2003 | Ashman |
| 6,648,888 | B1 | 11/2003 | Shluzas |
| 6,652,526 | B1 * | 11/2003 | Arafiles ........................ 606/308 |
| 6,652,765 | B1 | 11/2003 | Beaty |
| 6,656,179 | B1 | 12/2003 | Schaefer et al. |
| 6,656,181 | B2 | 12/2003 | Dixon et al. |
| 6,660,004 | B2 * | 12/2003 | Barker et al. ................. 606/328 |
| 6,660,005 | B2 | 12/2003 | Toyama et al. |
| 6,660,006 | B2 | 12/2003 | Markworth et al. |
| 6,663,632 | B1 | 12/2003 | Frigg |
| 6,663,635 | B2 | 12/2003 | Frigg et al. |
| 6,673,073 | B1 | 1/2004 | Schafer |
| 6,676,661 | B1 | 1/2004 | Martin Benlloch et al. |
| 6,679,833 | B2 | 1/2004 | Smith et al. |
| 6,682,529 | B2 | 1/2004 | Stahurski |
| 6,682,530 | B2 | 1/2004 | Dixon et al. |
| 6,689,133 | B2 | 2/2004 | Morrison et al. |
| 6,689,134 | B2 | 2/2004 | Ralph et al. |
| 6,695,843 | B2 | 2/2004 | Biedermann et al. |
| 6,695,851 | B2 | 2/2004 | Zdeblick et al. |
| 6,699,249 | B2 | 3/2004 | Schlapfer et al. |
| 6,706,045 | B2 | 3/2004 | Lin et al. |
| 6,712,818 | B1 | 3/2004 | Michelson |
| 6,716,213 | B2 | 4/2004 | Shitoto |
| 6,716,214 | B1 | 4/2004 | Jackson |
| 6,716,247 | B2 | 4/2004 | Michelson |
| 6,723,100 | B2 * | 4/2004 | Biedermann et al. ......... 606/308 |
| 6,730,093 | B2 | 5/2004 | Saint Martin |
| 6,730,127 | B2 | 5/2004 | Michelson |
| 6,733,502 | B2 | 5/2004 | Altarac et al. |
| 6,736,816 | B2 | 5/2004 | Ritland |
| 6,736,820 | B2 | 5/2004 | Biedermann et al. |
| 6,740,086 | B2 | 5/2004 | Richelsoph |
| 6,743,231 | B1 | 6/2004 | Gray et al. |
| 6,746,449 | B2 | 6/2004 | Jones et al. |
| 6,746,454 | B2 | 6/2004 | Winterbottom et al. |
| 6,755,829 | B1 * | 6/2004 | Bono et al. .................... 606/308 |

**US 8,696,711 B2**

Page 4

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 6,755,835 B2 | 6/2004 | Schultheiss et al. |
| 6,755,836 B1 | 6/2004 | Lewis |
| 6,761,723 B2 | 7/2004 | Buttermann et al. |
| 6,767,351 B2 | 7/2004 | Orbay et al. |
| 6,770,075 B2 | 8/2004 | Howland |
| 6,778,861 B1 | 8/2004 | Liebrecht et al. |
| 6,780,186 B2 | 8/2004 | Errico et al. |
| 6,783,527 B2 | 8/2004 | Drewry et al. |
| 6,783,528 B2 * | 8/2004 | Vincent-Prestigiacomo 606/246 |
| 6,790,208 B2 | 9/2004 | Oribe et al. |
| 6,790,209 B2 | 9/2004 | Beale et al. |
| 6,802,844 B2 | 10/2004 | Ferree |
| 6,827,719 B2 | 12/2004 | Ralph et al. |
| 6,830,571 B2 | 12/2004 | Lenke et al. |
| 6,835,196 B2 * | 12/2004 | Biedermann et al. ......... 606/308 |
| 6,837,889 B2 * | 1/2005 | Shluzas ...................... 606/270 |
| 6,840,940 B2 | 1/2005 | Ralph et al. |
| 6,843,791 B2 * | 1/2005 | Serhan ...................... 606/272 |
| 6,857,343 B1 | 2/2005 | Easterbrooks et al. |
| 6,858,031 B2 | 2/2005 | Morrison et al. |
| 6,866,664 B2 * | 3/2005 | Schär et al. ................. 606/252 |
| 6,869,432 B2 | 3/2005 | Schlapfer et al. |
| 6,869,433 B2 * | 3/2005 | Glascott ...................... 606/308 |
| 6,872,208 B1 | 3/2005 | McBride et al. |
| 6,896,676 B2 | 5/2005 | Zubok et al. |
| 6,896,677 B1 | 5/2005 | Lin |
| 6,932,817 B2 | 8/2005 | Baynham et al. |
| 6,932,820 B2 | 8/2005 | Osman |
| 6,945,972 B2 | 9/2005 | Frigg et al. |
| 6,953,462 B2 | 10/2005 | Lieberman |
| 6,955,677 B2 | 10/2005 | Dahners |
| 6,958,065 B2 | 10/2005 | Ueyama et al. |
| 6,964,664 B2 | 11/2005 | Freid et al. |
| 6,964,665 B2 | 11/2005 | Thomas et al. |
| 6,964,667 B2 | 11/2005 | Shaolian et al. |
| 6,966,910 B2 | 11/2005 | Ritland |
| 6,974,460 B2 | 12/2005 | Carbone et al. |
| 6,979,334 B2 | 12/2005 | Dalton |
| 6,981,973 B2 | 1/2006 | McKinley |
| 6,986,771 B2 | 1/2006 | Paul et al. |
| 6,989,011 B2 | 1/2006 | Paul et al. |
| 6,991,632 B2 | 1/2006 | Ritland |
| 7,004,947 B2 | 2/2006 | Shluzas et al. |
| RE39,035 E | 3/2006 | Finn et al. |
| 7,008,422 B2 | 3/2006 | Foley et al. |
| 7,008,424 B2 | 3/2006 | Teitelbaum |
| 7,011,660 B2 | 3/2006 | Sherman et al. |
| 7,018,378 B2 * | 3/2006 | Biedermann et al. ......... 606/308 |
| 7,018,379 B2 | 3/2006 | Drewry et al. |
| 7,022,122 B2 | 4/2006 | Amrein et al. |
| 7,029,475 B2 | 4/2006 | Panjabi |
| RE39,089 E  * | 5/2006 | Ralph et al. ................. 606/278 |
| 7,052,497 B2 | 5/2006 | Sherman et al. |
| 7,056,321 B2 | 6/2006 | Pagliuca et al. |
| 7,066,062 B2 | 6/2006 | Flesher |
| 7,066,937 B2 * | 6/2006 | Shluzas ................. 606/86 A |
| 7,081,116 B1 * | 7/2006 | Carly ...................... 606/264 |
| 7,083,621 B2 | 8/2006 | Shaolian et al. |
| 7,087,057 B2 * | 8/2006 | Konieczynski et al. ...... 606/278 |
| 7,090,674 B2 | 8/2006 | Doubler et al. |
| 7,090,679 B2 | 8/2006 | Saint-Martin et al. |
| 7,090,680 B2 | 8/2006 | Bonati et al. |
| 7,094,242 B2 | 8/2006 | Ralph et al. |
| 7,118,576 B2 | 10/2006 | Gitis et al. |
| 7,121,755 B2 | 10/2006 | Schlapfer et al. |
| 7,125,410 B2 | 10/2006 | Freudiger |
| 7,125,426 B2 | 10/2006 | Moumene et al. |
| 7,128,743 B2 | 10/2006 | Metz-Stavenhagen |
| 7,137,985 B2 | 11/2006 | Jahng |
| 7,141,051 B2 | 11/2006 | Janowski et al. |
| 7,144,396 B2 * | 12/2006 | Shluzas ...................... 606/266 |
| 7,163,538 B2 | 1/2007 | Altarac et al. |
| 7,163,539 B2 | 1/2007 | Abdelgany et al. |
| 7,166,108 B2 | 1/2007 | Mazda et al. |
| 7,179,261 B2 | 2/2007 | Sicvol et al. |

| | | |
|---|---|---|
| 7,186,255 B2 | 3/2007 | Baynham et al. |
| 7,188,626 B2 | 3/2007 | Foley et al. |
| 7,204,838 B2 * | 4/2007 | Jackson ........................ 606/270 |
| 7,207,991 B2 | 4/2007 | Michelson |
| 7,207,992 B2 | 4/2007 | Ritland |
| 7,211,085 B2 | 5/2007 | Michelson |
| 7,211,086 B2 * | 5/2007 | Biedermann et al. ......... 606/308 |
| 7,211,087 B2 | 5/2007 | Young |
| 7,214,227 B2 | 5/2007 | Colleran et al. |
| 7,223,268 B2 | 5/2007 | Biedermann |
| 7,229,441 B2 | 6/2007 | Trieu et al. |
| 7,264,621 B2 | 9/2007 | Coates et al. |
| 7,270,665 B2 | 9/2007 | Morrison et al. |
| 7,276,069 B2 | 10/2007 | Biedermann et al. |
| 7,282,064 B2 | 10/2007 | Chin |
| 7,291,151 B2 | 11/2007 | Alvarez |
| 7,291,153 B2 * | 11/2007 | Glascott ........................ 606/308 |
| 7,294,128 B2 | 11/2007 | Alleyne et al. |
| 7,294,129 B2 | 11/2007 | Hawkins et al. |
| 7,303,563 B2 | 12/2007 | Poyner et al. |
| 7,306,603 B2 | 12/2007 | Boehm, Jr. et al. |
| 7,306,604 B2 | 12/2007 | Carli |
| 7,306,606 B2 | 12/2007 | Sasing |
| 7,314,467 B2 | 1/2008 | Howland |
| 7,316,684 B1 | 1/2008 | Baccelli et al. |
| 7,320,555 B2 | 1/2008 | Chang et al. |
| 7,322,979 B2 | 1/2008 | Crandall et al. |
| 7,322,982 B2 | 1/2008 | Vincent-Prestigiacomo |
| 7,335,201 B2 | 2/2008 | Doubler et al. |
| 7,335,202 B2 * | 2/2008 | Matthis et al. ................. 606/266 |
| 7,338,490 B2 | 3/2008 | Ogilvie et al. |
| 7,338,491 B2 | 3/2008 | Baker et al. |
| 7,361,196 B2 | 4/2008 | Fallin et al. |
| 7,377,921 B2 | 5/2008 | Studer et al. |
| 7,445,627 B2 | 11/2008 | Hawkes et al. |
| 7,476,238 B2 | 1/2009 | Panjabi |
| 7,491,208 B2 | 2/2009 | Pond, Jr. et al. |
| 7,556,639 B2 | 7/2009 | Rothman et al. |
| 7,559,942 B2 | 7/2009 | Paul et al. |
| 7,563,274 B2 | 7/2009 | Justis et al. |
| 7,563,283 B2 | 7/2009 | Kwak |
| 7,588,589 B2 | 9/2009 | Falahee |
| 7,601,166 B2 * | 10/2009 | Biedermann et al. ......... 606/255 |
| 7,604,653 B2 | 10/2009 | Kitchen |
| 7,604,654 B2 | 10/2009 | Fallin et al. |
| 7,611,518 B2 | 11/2009 | Walder et al. |
| 7,615,068 B2 | 11/2009 | Timm et al. |
| 7,621,912 B2 | 11/2009 | Harms et al. |
| 7,621,940 B2 | 11/2009 | Harms et al. |
| 7,625,393 B2 | 12/2009 | Fallin et al. |
| 7,625,396 B2 * | 12/2009 | Jackson ........................ 606/305 |
| 7,632,292 B2 | 12/2009 | Sengupta et al. |
| 7,641,673 B2 | 1/2010 | LeCouedic et al. |
| 7,651,515 B2 | 1/2010 | Mack et al. |
| 7,655,026 B2 | 2/2010 | Justis et al. |
| 7,658,739 B2 | 2/2010 | Shluzas |
| 7,658,752 B2 | 2/2010 | Labrom et al. |
| 7,678,112 B2 | 3/2010 | Rezach |
| 7,678,139 B2 | 3/2010 | Garamszegi et al. |
| 7,682,375 B2 | 3/2010 | Ritland |
| 7,682,377 B2 | 3/2010 | Konieczynski et al. |
| 7,695,496 B2 | 4/2010 | Labrom et al. |
| 7,695,498 B2 | 4/2010 | Ritland |
| 7,695,514 B2 | 4/2010 | Kwak |
| 7,713,288 B2 | 5/2010 | Timm et al. |
| 7,758,618 B2 | 7/2010 | Walder et al. |
| 7,763,048 B2 | 7/2010 | Fortin et al. |
| 7,763,052 B2 | 7/2010 | Jahng |
| 7,766,067 B2 * | 8/2010 | Voss ........................... 156/580.2 |
| 7,766,915 B2 * | 8/2010 | Jackson ...................... 606/86 A |
| 7,766,941 B2 | 8/2010 | Paul |
| 7,766,942 B2 | 8/2010 | Patterson et al. |
| 7,766,943 B1 | 8/2010 | Fallin et al. |
| 7,776,067 B2 * | 8/2010 | Jackson ...................... 606/246 |
| 7,776,071 B2 | 8/2010 | Fortin et al. |
| 7,776,075 B2 | 8/2010 | Bruneau et al. |
| 7,785,349 B2 | 8/2010 | Walder et al. |
| 7,785,350 B2 | 8/2010 | Eckhardt et al. |
| 7,785,351 B2 | 8/2010 | Gordon et al. |

**US 8,696,711 B2**

Page 5

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,794,480 | B2 | 9/2010 | Gordon et al. |
| 7,806,913 | B2 | 10/2010 | Fanger et al. |
| 7,811,309 | B2 | 10/2010 | Timm et al. |
| 7,815,663 | B2 | 10/2010 | Trieu |
| 7,815,664 | B2 | 10/2010 | Sherman et al. |
| 7,819,899 | B2 | 10/2010 | Lancial |
| 7,828,823 | B2 | 11/2010 | Rogeau et al. |
| 7,875,059 | B2 | 1/2011 | Patterson et al. |
| 7,875,065 | B2* | 1/2011 | Jackson ......................... 606/305 |
| 7,879,075 | B2 | 2/2011 | Shluzas |
| 7,892,259 | B2* | 2/2011 | Biedermann et al. ......... 606/264 |
| 7,896,902 | B2* | 3/2011 | Jeon et al. ..................... 606/246 |
| 7,901,437 | B2 | 3/2011 | Jackson |
| 7,951,172 | B2* | 5/2011 | Chao et al. ..................... 606/265 |
| 7,955,359 | B2* | 6/2011 | Matthis et al. ................ 606/270 |
| 7,967,850 | B2* | 6/2011 | Jackson ......................... 606/301 |
| 8,016,866 | B2* | 9/2011 | Warnick ......................... 606/305 |
| 8,257,398 | B2* | 9/2012 | Jackson ......................... 606/264 |
| 8,308,782 | B2* | 11/2012 | Jackson ......................... 606/308 |
| 8,328,849 | B2* | 12/2012 | Nydegger et al. ............. 606/263 |
| 8,353,932 | B2* | 1/2013 | Jackson ......................... 606/246 |
| 8,377,102 | B2* | 2/2013 | Jackson ......................... 606/269 |
| 2001/0001119 | A1* | 5/2001 | Lombardo ....................... 606/73 |
| 2001/0010000 | A1 | 7/2001 | Gertzbein |
| 2001/0023350 | A1 | 9/2001 | Choi |
| 2001/0029375 | A1 | 10/2001 | Betz |
| 2001/0037111 | A1 | 11/2001 | Dixon et al. |
| 2002/0007184 | A1 | 1/2002 | Ogilvie et al. |
| 2002/0013586 | A1 | 1/2002 | Justis et al. |
| 2002/0035366 | A1 | 3/2002 | Walder et al. |
| 2002/0045898 | A1 | 4/2002 | Freid et al. |
| 2002/0058942 | A1 | 5/2002 | Biedermann et al. |
| 2002/0068975 | A1 | 6/2002 | Teitelbaum et al. |
| 2002/0072751 | A1 | 6/2002 | Jackson |
| 2002/0077701 | A1 | 6/2002 | Kuslich |
| 2002/0082602 | A1 | 6/2002 | Biedermann et al. |
| 2002/0095153 | A1 | 7/2002 | Jones et al. |
| 2002/0111626 | A1 | 8/2002 | Ralph et al. |
| 2002/0133159 | A1 | 9/2002 | Jackson |
| 2002/0143341 | A1* | 10/2002 | Biedermann et al. ........... 606/73 |
| 2002/0173789 | A1 | 11/2002 | Howland |
| 2002/0193795 | A1 | 12/2002 | Gertzbein et al. |
| 2003/0023240 | A1 | 1/2003 | Amrein et al. |
| 2003/0023243 | A1* | 1/2003 | Biedermann et al. ........... 606/73 |
| 2003/0028192 | A1 | 2/2003 | Schar et al. |
| 2003/0073996 | A1 | 4/2003 | Doubler et al. |
| 2003/0083657 | A1 | 5/2003 | Drewry et al. |
| 2003/0093078 | A1 | 5/2003 | Ritland |
| 2003/0100896 | A1* | 5/2003 | Biedermann et al. ........... 606/61 |
| 2003/0105460 | A1 | 6/2003 | Crandall et al. |
| 2003/0109880 | A1 | 6/2003 | Shirado et al. |
| 2003/0114852 | A1 | 6/2003 | Biedermann et al. |
| 2003/0125741 | A1* | 7/2003 | Biedermann et al. ........... 606/61 |
| 2003/0149432 | A1 | 8/2003 | Frigg et al. |
| 2003/0153911 | A1 | 8/2003 | Shluzas |
| 2003/0163133 | A1 | 8/2003 | Altarac et al. |
| 2003/0171749 | A1 | 9/2003 | Le Couedic et al. |
| 2003/0176862 | A1 | 9/2003 | Taylor et al. |
| 2003/0191470 | A1 | 10/2003 | Ritland |
| 2003/0199873 | A1 | 10/2003 | Richelsoph |
| 2003/0208203 | A1 | 11/2003 | Lim et al. |
| 2003/0208204 | A1 | 11/2003 | Bailey et al. |
| 2003/0212398 | A1 | 11/2003 | Jackson |
| 2003/0216735 | A1 | 11/2003 | Altarac et al. |
| 2003/0220642 | A1 | 11/2003 | Freudiger |
| 2003/0220643 | A1 | 11/2003 | Ferree |
| 2003/0225408 | A1 | 12/2003 | Nichols et al. |
| 2004/0002708 | A1 | 1/2004 | Ritland |
| 2004/0006342 | A1 | 1/2004 | Altarac et al. |
| 2004/0049189 | A1 | 3/2004 | Le Couedic et al. |
| 2004/0049190 | A1 | 3/2004 | Biedermann et al. |
| 2004/0073215 | A1 | 4/2004 | Carli |
| 2004/0078082 | A1 | 4/2004 | Lange |
| 2004/0087949 | A1 | 5/2004 | Bono et al. |
| 2004/0087952 | A1 | 5/2004 | Borgstrom et al. |

| | | | |
|---|---|---|---|
| 2004/0092934 | A1 | 5/2004 | Howland |
| 2004/0097933 | A1 | 5/2004 | Lourdel et al. |
| 2004/0116929 | A1* | 6/2004 | Barker et al. ................... 606/61 |
| 2004/0133207 | A1 | 7/2004 | Abdou |
| 2004/0138662 | A1 | 7/2004 | Landry et al. |
| 2004/0143265 | A1 | 7/2004 | Landry et al. |
| 2004/0147928 | A1 | 7/2004 | Landry et al. |
| 2004/0147929 | A1 | 7/2004 | Biedermann et al. |
| 2004/0158247 | A1 | 8/2004 | Sitiso et al. |
| 2004/0162560 | A1 | 8/2004 | Raynor et al. |
| 2004/0172022 | A1 | 9/2004 | Landry et al. |
| 2004/0172025 | A1 | 9/2004 | Drewry et al. |
| 2004/0176766 | A1 | 9/2004 | Shluzas |
| 2004/0186473 | A1* | 9/2004 | Cournoyer et al. ............. 606/61 |
| 2004/0210216 | A1 | 10/2004 | Farris et al. |
| 2004/0220567 | A1 | 11/2004 | Eisermann et al. |
| 2004/0220671 | A1 | 11/2004 | Ralph et al. |
| 2004/0225289 | A1* | 11/2004 | Biedermann et al. ........... 606/61 |
| 2004/0236327 | A1 | 11/2004 | Paul et al. |
| 2004/0236328 | A1 | 11/2004 | Paul et al. |
| 2004/0236329 | A1 | 11/2004 | Panjabi |
| 2004/0236330 | A1 | 11/2004 | Purcell et al. |
| 2004/0249380 | A1* | 12/2004 | Glascott ........................... 606/73 |
| 2004/0260283 | A1 | 12/2004 | Wu et al. |
| 2004/0267264 | A1 | 12/2004 | Konieczynski et al. |
| 2005/0027292 | A1 | 2/2005 | Bernard et al. |
| 2005/0027296 | A1 | 2/2005 | Thramann et al. |
| 2005/0033298 | A1 | 2/2005 | Hawkes et al. |
| 2005/0038432 | A1 | 2/2005 | Shaolian et al. |
| 2005/0049708 | A1 | 3/2005 | Atkinson et al. |
| 2005/0055026 | A1 | 3/2005 | Biedermann et al. |
| 2005/0065514 | A1* | 3/2005 | Studer .............................. 606/61 |
| 2005/0065515 | A1* | 3/2005 | Jahng .............................. 606/61 |
| 2005/0065516 | A1* | 3/2005 | Jahng .............................. 606/61 |
| 2005/0065517 | A1 | 3/2005 | Chin |
| 2005/0070899 | A1 | 3/2005 | Doubler et al. |
| 2005/0080415 | A1 | 4/2005 | Keyer et al. |
| 2005/0080419 | A1 | 4/2005 | Donath |
| 2005/0085812 | A1 | 4/2005 | Sherman |
| 2005/0085813 | A1 | 4/2005 | Spitler et al. |
| 2005/0085815 | A1 | 4/2005 | Harms et al. |
| 2005/0085816 | A1 | 4/2005 | Michelson |
| 2005/0096652 | A1 | 5/2005 | Burton |
| 2005/0096654 | A1 | 5/2005 | Lin |
| 2005/0096659 | A1 | 5/2005 | Freudiger |
| 2005/0107788 | A1 | 5/2005 | Beaurain et al. |
| 2005/0113927 | A1 | 5/2005 | Malek |
| 2005/0124991 | A1 | 6/2005 | Jahng |
| 2005/0131404 | A1 | 6/2005 | Mazda et al. |
| 2005/0131407 | A1 | 6/2005 | Sicvol et al. |
| 2005/0131413 | A1 | 6/2005 | O'Driscoll et al. |
| 2005/0137597 | A1 | 6/2005 | Butler et al. |
| 2005/0143737 | A1 | 6/2005 | Pafford et al. |
| 2005/0143823 | A1 | 6/2005 | Boyd et al. |
| 2005/0149020 | A1 | 7/2005 | Jahng |
| 2005/0149023 | A1 | 7/2005 | Ritland |
| 2005/0154389 | A1 | 7/2005 | Selover et al. |
| 2005/0154390 | A1 | 7/2005 | Biedermann et al. |
| 2005/0154391 | A1 | 7/2005 | Doherty et al. |
| 2005/0159750 | A1 | 7/2005 | Doherty |
| 2005/0165396 | A1 | 7/2005 | Fortin et al. |
| 2005/0165400 | A1 | 7/2005 | Fernandez |
| 2005/0171540 | A1 | 8/2005 | Lim et al. |
| 2005/0171543 | A1 | 8/2005 | Timm et al. |
| 2005/0177156 | A1 | 8/2005 | Timm et al. |
| 2005/0177157 | A1 | 8/2005 | Jahng |
| 2005/0182401 | A1 | 8/2005 | Timm et al. |
| 2005/0187548 | A1 | 8/2005 | Butler et al. |
| 2005/0187555 | A1 | 8/2005 | Biedermann et al. |
| 2005/0192571 | A1 | 9/2005 | Abdelgany |
| 2005/0192580 | A1 | 9/2005 | Dalton |
| 2005/0203511 | A1 | 9/2005 | Wilson-MacDonald et al. |
| 2005/0203513 | A1 | 9/2005 | Jahng et al. |
| 2005/0203514 | A1 | 9/2005 | Jahng et al. |
| 2005/0203516 | A1* | 9/2005 | Biedermann et al. ........... 606/61 |
| 2005/0203517 | A1 | 9/2005 | Jahng et al. |
| 2005/0203518 | A1 | 9/2005 | Biedermann et al. |
| 2005/0203519 | A1 | 9/2005 | Harms et al. |
| 2005/0216001 | A1 | 9/2005 | David |

US 8,696,711 B2

Page 6

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2005/0216003 A1 | 9/2005 | Biedermann et al. |
| 2005/0228501 A1 | 10/2005 | Miller et al. |
| 2005/0234450 A1 | 10/2005 | Barker |
| 2005/0234451 A1 | 10/2005 | Markworth |
| 2005/0234452 A1 | 10/2005 | Malandain |
| 2005/0234453 A1 | 10/2005 | Shaolian et al. |
| 2005/0234454 A1 | 10/2005 | Chin |
| 2005/0234456 A1 | 10/2005 | Malandain |
| 2005/0240181 A1 | 10/2005 | Boomer et al. |
| 2005/0240183 A1 | 10/2005 | Vaughan |
| 2005/0245930 A1 | 11/2005 | Timm et al. |
| 2005/0251137 A1 | 11/2005 | Ball |
| 2005/0251139 A1 | 11/2005 | Roh |
| 2005/0251140 A1 | 11/2005 | Shaolian et al. |
| 2005/0251141 A1 | 11/2005 | Frigg et al. |
| 2005/0260058 A1 | 11/2005 | Cassagne, III |
| 2005/0261685 A1 | 11/2005 | Fortin et al. |
| 2005/0261687 A1 | 11/2005 | Garamszegi et al. |
| 2005/0267470 A1 | 12/2005 | McBride |
| 2005/0267471 A1 | 12/2005 | Biedermann et al. |
| 2005/0267474 A1 | 12/2005 | Dalton |
| 2005/0267477 A1 | 12/2005 | Jackson |
| 2005/0273099 A1 | 12/2005 | Baccelli et al. |
| 2005/0273101 A1 | 12/2005 | Schumacher |
| 2005/0277919 A1 | 12/2005 | Slivka et al. |
| 2005/0277922 A1 | 12/2005 | Trieu et al. |
| 2005/0277923 A1 | 12/2005 | Sweeney |
| 2005/0277925 A1 | 12/2005 | Mujwid |
| 2005/0277927 A1 | 12/2005 | Guenther et al. |
| 2005/0277928 A1 | 12/2005 | Boschert |
| 2005/0277931 A1 | 12/2005 | Sweeney et al. |
| 2005/0277934 A1 | 12/2005 | Vardiman |
| 2005/0283152 A1 | 12/2005 | Lindemann et al. |
| 2005/0283157 A1 | 12/2005 | Coates et al. |
| 2005/0283238 A1 | 12/2005 | Reiley |
| 2005/0283244 A1 | 12/2005 | Gordon et al. |
| 2005/0288669 A1 | 12/2005 | Abdou |
| 2005/0288670 A1 | 12/2005 | Panjabi |
| 2005/0288671 A1 | 12/2005 | Yuan et al. |
| 2005/0288672 A1 | 12/2005 | Ferree |
| 2005/0288673 A1 | 12/2005 | Catbagan et al. |
| 2006/0004357 A1 | 1/2006 | Lee et al. |
| 2006/0004359 A1 | 1/2006 | Kramer et al. |
| 2006/0004360 A1 | 1/2006 | Kramer et al. |
| 2006/0004363 A1 | 1/2006 | Brockmeyer et al. |
| 2006/0009767 A1 | 1/2006 | Kiester |
| 2006/0009768 A1 | 1/2006 | Ritland |
| 2006/0009769 A1 | 1/2006 | Lieberman |
| 2006/0009770 A1 | 1/2006 | Speirs et al. |
| 2006/0009775 A1 | 1/2006 | Dec et al. |
| 2006/0009780 A1 | 1/2006 | Foley et al. |
| 2006/0009846 A1 | 1/2006 | Trieu et al. |
| 2006/0015099 A1 | 1/2006 | Cannon et al. |
| 2006/0015104 A1 | 1/2006 | Dalton |
| 2006/0025767 A1 | 2/2006 | Khalili |
| 2006/0025768 A1 | 2/2006 | Iott et al. |
| 2006/0025770 A1 | 2/2006 | Schlapfer et al. |
| 2006/0030850 A1 | 2/2006 | Keegan et al. |
| 2006/0036240 A1 | 2/2006 | Colleran et al. |
| 2006/0036242 A1 | 2/2006 | Nilsson et al. |
| 2006/0036244 A1 | 2/2006 | Spitler et al. |
| 2006/0036246 A1 | 2/2006 | Carl et al. |
| 2006/0036252 A1 | 2/2006 | Baynham et al. |
| 2006/0036254 A1 | 2/2006 | Lim |
| 2006/0036256 A1 | 2/2006 | Carl et al. |
| 2006/0036259 A1 | 2/2006 | Carl et al. |
| 2006/0036260 A1 | 2/2006 | Runco et al. |
| 2006/0036323 A1 | 2/2006 | Carl et al. |
| 2006/0036324 A1 | 2/2006 | Sachs et al. |
| 2006/0041259 A1 | 2/2006 | Paul et al. |
| 2006/0052780 A1 | 3/2006 | Errico et al. |
| 2006/0052783 A1 | 3/2006 | Dant et al. |
| 2006/0052784 A1 | 3/2006 | Dant et al. |
| 2006/0052786 A1 | 3/2006 | Dant et al. |
| 2006/0058788 A1 | 3/2006 | Hammer et al. |
| 2006/0058790 A1 | 3/2006 | Carl et al. |
| 2006/0064090 A1 | 3/2006 | Park |
| 2006/0064091 A1 | 3/2006 | Ludwig et al. |
| 2006/0064092 A1 | 3/2006 | Howland |
| 2006/0069390 A1 | 3/2006 | Frigg |
| 2006/0074419 A1 | 4/2006 | Taylor et al. |
| 2006/0079894 A1 | 4/2006 | Colleran et al. |
| 2006/0079895 A1 | 4/2006 | McLeer |
| 2006/0079896 A1 | 4/2006 | Kwak |
| 2006/0079898 A1 | 4/2006 | Ainsworth |
| 2006/0079899 A1 | 4/2006 | Ritland |
| 2006/0084977 A1 | 4/2006 | Lieberman |
| 2006/0084981 A1 | 4/2006 | Shluzas |
| 2006/0084982 A1 | 4/2006 | Kim |
| 2006/0084983 A1 | 4/2006 | Kim |
| 2006/0084984 A1 | 4/2006 | Kim |
| 2006/0084985 A1 | 4/2006 | Kim |
| 2006/0084987 A1 | 4/2006 | Kim |
| 2006/0084988 A1 | 4/2006 | Kim |
| 2006/0084989 A1 | 4/2006 | Dickinson et al. |
| 2006/0084991 A1 | 4/2006 | Borgstrom |
| 2006/0084993 A1 | 4/2006 | Landry et al. |
| 2006/0084995 A1 | 4/2006 | Biedermann et al. |
| 2006/0085069 A1 | 4/2006 | Kim |
| 2006/0089643 A1 | 4/2006 | Mujwid |
| 2006/0089644 A1 | 4/2006 | Felix |
| 2006/0095037 A1 | 5/2006 | Jones et al. |
| 2006/0106380 A1 | 5/2006 | Colleran et al. |
| 2006/0106381 A1 | 5/2006 | Ferree |
| 2006/0106383 A1 | 5/2006 | Biedermann et al. |
| 2006/0111714 A1 | 5/2006 | Foley |
| 2006/0111715 A1 | 5/2006 | Jackson |
| 2006/0116677 A1 | 6/2006 | Burd et al. |
| 2006/0122597 A1 | 6/2006 | Jojnes et al. |
| 2006/0122599 A1 | 6/2006 | Drewry |
| 2006/0129147 A1 | 6/2006 | Biedermann et al. |
| 2006/0129149 A1 | 6/2006 | Iott et al. |
| 2006/0129239 A1 | 6/2006 | Kwak |
| 2006/0142758 A1 | 6/2006 | Petit |
| 2006/0142760 A1 | 6/2006 | McDonnell |
| 2006/0142761 A1 | 6/2006 | Landry et al. |
| 2006/0149228 A1 | 7/2006 | Schlapfer |
| 2006/0149229 A1 | 7/2006 | Kwak |
| 2006/0149232 A1 | 7/2006 | Sasing |
| 2006/0149238 A1 | 7/2006 | Sherman et al. |
| 2006/0149241 A1 | 7/2006 | Richelsoph et al. |
| 2006/0149244 A1 | 7/2006 | Amrein et al. |
| 2006/0155277 A1 | 7/2006 | Metz-Stavenhagen |
| 2006/0155278 A1 | 7/2006 | Warnick |
| 2006/0161152 A1 | 7/2006 | Ensign et al. |
| 2006/0167454 A1 | 7/2006 | Ludwig et al. |
| 2006/0167455 A1 | 7/2006 | Clement et al. |
| 2006/0173454 A1 | 8/2006 | Spitler et al. |
| 2006/0173456 A1 | 8/2006 | Hawkes et al. |
| 2006/0184171 A1 | 8/2006 | Biedermann |
| 2006/0184180 A1 | 8/2006 | Augostino |
| 2006/0189983 A1 | 8/2006 | Fallin |
| 2006/0189984 A1 | 8/2006 | Fallin |
| 2006/0189985 A1 | 8/2006 | Lewis |
| 2006/0195090 A1 | 8/2006 | Suddaby |
| 2006/0195093 A1 | 8/2006 | Jahng |
| 2006/0195098 A1 | 8/2006 | Schumacher |
| 2006/0200128 A1 | 9/2006 | Mueller |
| 2006/0200130 A1 | 9/2006 | Hawkins |
| 2006/0200131 A1* | 9/2006 | Chao et al. ..................... 606/61 |
| 2006/0200132 A1 | 9/2006 | Chao et al. |
| 2006/0200135 A1 | 9/2006 | Sherman et al. |
| 2006/0200138 A1 | 9/2006 | Michelson |
| 2006/0200139 A1 | 9/2006 | Michelson |
| 2006/0200149 A1 | 9/2006 | Hoy et al. |
| 2006/0210494 A1 | 9/2006 | Rabiei et al. |
| 2006/0212033 A1 | 9/2006 | Rothman |
| 2006/0212034 A1 | 9/2006 | Triplett et al. |
| 2006/0217713 A1 | 9/2006 | Serhan et al. |
| 2006/0217714 A1 | 9/2006 | Serhan et al. |
| 2006/0217716 A1 | 9/2006 | Baker et al. |
| 2006/0217719 A1 | 9/2006 | Albert et al. |
| 2006/0229608 A1 | 10/2006 | Foster |
| 2006/0229609 A1 | 10/2006 | Wang |

US 8,696,711 B2

Page 7

(56)          References Cited

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2006/0229612 A1 | 10/2006 | Rothman |
| 2006/0229613 A1 | 10/2006 | Timm |
| 2006/0229614 A1 | 10/2006 | Foley et al. |
| 2006/0229615 A1 | 10/2006 | Abdou |
| 2006/0235389 A1 | 10/2006 | Albert et al. |
| 2006/0235392 A1 | 10/2006 | Hammer et al. |
| 2006/0235393 A1 | 10/2006 | Bono et al. |
| 2006/0241593 A1 | 10/2006 | Sherman et al. |
| 2006/0241595 A1 | 10/2006 | Molz, IV et al. |
| 2006/0241599 A1* | 10/2006 | Konieczynski et al. ........ 606/61 |
| 2006/0241600 A1 | 10/2006 | Ensign et al. |
| 2006/0241769 A1 | 10/2006 | Gordon |
| 2006/0241771 A1 | 10/2006 | Gordon |
| 2006/0247624 A1 | 11/2006 | Banouskou et al. |
| 2006/0247630 A1 | 11/2006 | Iott et al. |
| 2006/0247631 A1 | 11/2006 | Ahn et al. |
| 2006/0247632 A1 | 11/2006 | Winslow |
| 2006/0247633 A1 | 11/2006 | Winslow |
| 2006/0247635 A1 | 11/2006 | Gordon |
| 2006/0247636 A1 | 11/2006 | Yuan et al. |
| 2006/0247637 A1 | 11/2006 | Colleran |
| 2006/0247779 A1 | 11/2006 | Gordon et al. |
| 2006/0264933 A1 | 11/2006 | Baker et al. |
| 2006/0264934 A1 | 11/2006 | Fallin |
| 2006/0264935 A1 | 11/2006 | White |
| 2006/0264936 A1 | 11/2006 | Partin et al. |
| 2006/0264937 A1 | 11/2006 | White |
| 2006/0264940 A1 | 11/2006 | Hartmannt |
| 2006/0264942 A1 | 11/2006 | Lim et al. |
| 2006/0264962 A1 | 11/2006 | Chin et al. |
| 2006/0269940 A1 | 11/2006 | Li et al. |
| 2006/0276787 A1 | 12/2006 | Zubok et al. |
| 2006/0276789 A1* | 12/2006 | Jackson ........................... 606/61 |
| 2006/0276791 A1 | 12/2006 | Shluzas |
| 2006/0276792 A1 | 12/2006 | Ensign et al. |
| 2006/0282074 A1 | 12/2006 | Renaud et al. |
| 2006/0282075 A1 | 12/2006 | Labrom |
| 2006/0282076 A1 | 12/2006 | Labrom |
| 2006/0282077 A1 | 12/2006 | Labrom |
| 2006/0282078 A1 | 12/2006 | Labrom |
| 2006/0282079 A1 | 12/2006 | Labrom |
| 2006/0282080 A1 | 12/2006 | Albert |
| 2006/0293657 A1 | 12/2006 | Hartmann |
| 2006/0293659 A1 | 12/2006 | Alvarez |
| 2006/0293663 A1 | 12/2006 | Walkenhorst |
| 2006/0293665 A1 | 12/2006 | Shluzas |
| 2006/0293666 A1 | 12/2006 | Matthis et al. |
| 2007/0005062 A1 | 1/2007 | Lang |
| 2007/0005063 A1 | 1/2007 | Bruneau |
| 2007/0005137 A1 | 1/2007 | Kwak |
| 2007/0016188 A1 | 1/2007 | Boehm, Jr. et al. |
| 2007/0016190 A1 | 1/2007 | Martinez |
| 2007/0016193 A1 | 1/2007 | Ritland |
| 2007/0016194 A1 | 1/2007 | Shaolian et al. |
| 2007/0016198 A1 | 1/2007 | Boehm, Jr. et al. |
| 2007/0016199 A1 | 1/2007 | Boehm, Jr. et al. |
| 2007/0021750 A1 | 1/2007 | Shluzas et al. |
| 2007/0043355 A1 | 2/2007 | Bette et al. |
| 2007/0043356 A1 | 2/2007 | Timm |
| 2007/0043357 A1 | 2/2007 | Kirschman |
| 2007/0043358 A1 | 2/2007 | Molz, IV et al. |
| 2007/0043359 A1 | 2/2007 | Altarac et al. |
| 2007/0043364 A1 | 2/2007 | Cawley et al. |
| 2007/0049931 A1 | 3/2007 | Justis et al. |
| 2007/0049933 A1 | 3/2007 | Ahn et al. |
| 2007/0049936 A1 | 3/2007 | Colleran |
| 2007/0055235 A1 | 3/2007 | Janowski et al. |
| 2007/0055236 A1 | 3/2007 | Hudgins |
| 2007/0055238 A1 | 3/2007 | Biedermann et al. |
| 2007/0055239 A1 | 3/2007 | Sweeney et al. |
| 2007/0055240 A1 | 3/2007 | Matthis et al. |
| 2007/0055241 A1 | 3/2007 | Matthis et al. |
| 2007/0055242 A1 | 3/2007 | Bailly |
| 2007/0055247 A1 | 3/2007 | Jahng |
| 2007/0073289 A1 | 3/2007 | Kwak |
| 2007/0073290 A1 | 3/2007 | Boehm, Jr. |
| 2007/0073291 A1 | 3/2007 | Cordaro et al. |
| 2007/0073293 A1 | 3/2007 | Martz |
| 2007/0073405 A1 | 3/2007 | Verhulst et al. |
| 2007/0078460 A1 | 4/2007 | Frigg et al. |
| 2007/0078461 A1 | 4/2007 | Shluzas |
| 2007/0083199 A1 | 4/2007 | Baccelli |
| 2007/0088357 A1 | 4/2007 | Johnson et al. |
| 2007/0088359 A1 | 4/2007 | Woods et al. |
| 2007/0093813 A1 | 4/2007 | Callahan, II et al. |
| 2007/0093814 A1 | 4/2007 | Callahan, II et al. |
| 2007/0093815 A1 | 4/2007 | Callahan, II et al. |
| 2007/0093817 A1 | 4/2007 | Barrus et al. |
| 2007/0093818 A1 | 4/2007 | Biedermann et al. |
| 2007/0093819 A1 | 4/2007 | Albert |
| 2007/0093824 A1 | 4/2007 | Hestad et al. |
| 2007/0093826 A1 | 4/2007 | Hawkes et al. |
| 2007/0093827 A1 | 4/2007 | Warnick |
| 2007/0093828 A1 | 4/2007 | Abdou |
| 2007/0093831 A1 | 4/2007 | Abdelgany et al. |
| 2007/0093833 A1 | 4/2007 | Kuiper et al. |
| 2007/0100341 A1 | 5/2007 | Reglos et al. |
| 2007/0118117 A1 | 5/2007 | Altarac et al. |
| 2007/0118118 A1 | 5/2007 | Kwak et al. |
| 2007/0118119 A1 | 5/2007 | Hestad |
| 2007/0118122 A1 | 5/2007 | Butler et al. |
| 2007/0118123 A1 | 5/2007 | Strausbaugh et al. |
| 2007/0118124 A1 | 5/2007 | Biedermann et al. |
| 2007/0123860 A1 | 5/2007 | Francis et al. |
| 2007/0123862 A1 | 5/2007 | Warnick |
| 2007/0123864 A1 | 5/2007 | Walder et al. |
| 2007/0123865 A1 | 5/2007 | Schlapfer et al. |
| 2007/0123866 A1 | 5/2007 | Gerbec et al. |
| 2007/0123867 A1 | 5/2007 | Kirschman |
| 2007/0123870 A1 | 5/2007 | Jeon et al. |
| 2007/0123871 A1 | 5/2007 | Jahng |
| 2007/0129729 A1 | 6/2007 | Petit et al. |
| 2007/0135815 A1 | 6/2007 | Gerbec et al. |
| 2007/0161986 A1 | 7/2007 | Levy |
| 2007/0161991 A1 | 7/2007 | Altarac et al. |
| 2007/0161994 A1 | 7/2007 | Lowery et al. |
| 2007/0161995 A1 | 7/2007 | Trautwein et al. |
| 2007/0161996 A1 | 7/2007 | Biedermann et al. |
| 2007/0161997 A1 | 7/2007 | Thramann et al. |
| 2007/0161999 A1 | 7/2007 | Biedermann et al. |
| 2007/0167948 A1 | 7/2007 | Abdou |
| 2007/0167949 A1 | 7/2007 | Altarac et al. |
| 2007/0173818 A1 | 7/2007 | Hestad et al. |
| 2007/0173819 A1 | 7/2007 | Sandlin |
| 2007/0173820 A1 | 7/2007 | Trieu |
| 2007/0173822 A1 | 7/2007 | Bruneau et al. |
| 2007/0173828 A1 | 7/2007 | Firkins et al. |
| 2007/0173832 A1 | 7/2007 | Tebbe et al. |
| 2007/0191839 A1 | 8/2007 | Justis et al. |
| 2007/0191841 A1 | 8/2007 | Justis et al. |
| 2007/0191846 A1 | 8/2007 | Bruneau et al. |
| 2007/0198014 A1 | 8/2007 | Graf et al. |
| 2007/0123720 A1 | 9/2007 | Gordon et al. |
| 2007/0208344 A1 | 9/2007 | Young |
| 2007/0213720 A1 | 9/2007 | Gordon et al. |
| 2007/0225707 A1 | 9/2007 | Wisnewski et al. |
| 2007/0225708 A1 | 9/2007 | Biedermann et al. |
| 2007/0225710 A1 | 9/2007 | Jahng et al. |
| 2007/0225711 A1 | 9/2007 | Ensign |
| 2007/0233064 A1 | 10/2007 | Holt |
| 2007/0233073 A1 | 10/2007 | Wisnewski et al. |
| 2007/0233075 A1 | 10/2007 | Dawson |
| 2007/0233078 A1 | 10/2007 | Justis et al. |
| 2007/0233080 A1 | 10/2007 | Na et al. |
| 2007/0233085 A1 | 10/2007 | Biedermann et al. |
| 2007/0233086 A1 | 10/2007 | Harms et al. |
| 2007/0233087 A1 | 10/2007 | Schlapfer |
| 2007/0233092 A1 | 10/2007 | Falahee |
| 2007/0233094 A1 | 10/2007 | Colleran et al. |
| 2007/0233095 A1 | 10/2007 | Schlaepfer |
| 2007/0250061 A1 | 10/2007 | Chin et al. |
| 2007/0260243 A1 | 11/2007 | Kagami |
| 2007/0260246 A1 | 11/2007 | Biedermann |
| 2007/0270806 A1 | 11/2007 | Foley et al. |

**US 8,696,711 B2**

Page 8

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2007/0270807 A1 | 11/2007 | Armstrong et al. |
| 2007/0270810 A1 | 11/2007 | Sanders |
| 2007/0270813 A1 | 11/2007 | Garamszegi |
| 2007/0270814 A1 | 11/2007 | Lim et al. |
| 2007/0270815 A1 | 11/2007 | Johnson et al. |
| 2007/0270821 A1 | 11/2007 | Trieu et al. |
| 2007/0270830 A1 | 11/2007 | Morrison |
| 2007/0270831 A1 | 11/2007 | Dewey et al. |
| 2007/0270832 A1 | 11/2007 | Moore |
| 2007/0270835 A1 | 11/2007 | Wisnewski |
| 2007/0270837 A1 | 11/2007 | Eckhardt et al. |
| 2007/0270838 A1 | 11/2007 | Bruneau et al. |
| 2007/0270839 A1 | 11/2007 | Jeon et al. |
| 2007/0270843 A1 | 11/2007 | Matthis et al. |
| 2007/0276380 A1 | 11/2007 | Jahng et al. |
| 2007/0288004 A1 | 12/2007 | Alvarez |
| 2007/0288008 A1 | 12/2007 | Park |
| 2007/0288009 A1 | 12/2007 | Brown et al. |
| 2007/0288011 A1 | 12/2007 | Logan |
| 2007/0288012 A1 | 12/2007 | Colleran et al. |
| 2008/0009862 A1 | 1/2008 | Hoffman |
| 2008/0009864 A1 | 1/2008 | Forton et al. |
| 2008/0015578 A1 | 1/2008 | Erickson et al. |
| 2008/0015579 A1 | 1/2008 | Whipple |
| 2008/0015580 A1 | 1/2008 | Chao |
| 2008/0015584 A1 | 1/2008 | Richelsoph |
| 2008/0015586 A1 | 1/2008 | Krishna et al. |
| 2008/0021454 A1 | 1/2008 | Chao et al. |
| 2008/0021455 A1 | 1/2008 | Chao et al. |
| 2008/0021458 A1 | 1/2008 | Lim |
| 2008/0021459 A1 | 1/2008 | Lim |
| 2008/0021462 A1 | 1/2008 | Trieu |
| 2008/0021464 A1 | 1/2008 | Morin et al. |
| 2008/0021465 A1 | 1/2008 | Shadduck et al. |
| 2008/0021466 A1 | 1/2008 | Shadduck et al. |
| 2008/0021473 A1 | 1/2008 | Butler et al. |
| 2008/0027432 A1 | 1/2008 | Strauss et al. |
| 2008/0033435 A1 | 2/2008 | Studer et al. |
| 2008/0039838 A1 | 2/2008 | Landry et al. |
| 2008/0039843 A1 | 2/2008 | Abdou |
| 2008/0045951 A1 | 2/2008 | Fanger et al. |
| 2008/0045955 A1 | 2/2008 | Berrevoets et al. |
| 2008/0045957 A1 | 2/2008 | Landry et al. |
| 2008/0051780 A1 | 2/2008 | Vaidya et al. |
| 2008/0051787 A1 | 2/2008 | Remington et al. |
| 2008/0058811 A1 | 3/2008 | Alleyne et al. |
| 2008/0058812 A1 | 3/2008 | Zehnder |
| 2008/0065071 A1 | 3/2008 | Park |
| 2008/0065073 A1 | 3/2008 | Perriello et al. |
| 2008/0065075 A1 | 3/2008 | Dant |
| 2008/0065077 A1 | 3/2008 | Ferree |
| 2008/0065079 A1 | 3/2008 | Bruneau et al. |
| 2008/0071273 A1 | 3/2008 | Hawkes et al. |
| 2008/0071274 A1 | 3/2008 | Ensign |
| 2008/0071277 A1 | 3/2008 | Warnick |
| 2008/0077139 A1 | 3/2008 | Landry et al. |
| 2008/0086131 A1 | 4/2008 | Daly et al. |
| 2008/0086132 A1 | 4/2008 | Biedermann et al. |
| 2008/0091214 A1 | 4/2008 | Richelsoph |
| 2008/0097431 A1 | 4/2008 | Vessa |
| 2008/0097434 A1 | 4/2008 | Moumene et al. |
| 2008/0097441 A1 | 4/2008 | Hayes et al. |
| 2008/0097457 A1 | 4/2008 | Warnick |
| 2008/0108992 A1 | 5/2008 | Barry et al. |
| 2008/0119858 A1* | 5/2008 | Potash ........................... 606/73 |
| 2008/0125777 A1 | 5/2008 | Veldman et al. |
| 2008/0125787 A1 | 5/2008 | Doubler et al. |
| 2008/0132952 A1 | 6/2008 | Malandain et al. |
| 2008/0140075 A1 | 6/2008 | Ensign et al. |
| 2008/0140076 A1 | 6/2008 | Jackson |
| 2008/0140133 A1 | 6/2008 | Allard et al. |
| 2008/0147122 A1 | 6/2008 | Jackson |
| 2008/0154307 A1 | 6/2008 | Colleran et al. |
| 2008/0154308 A1 | 6/2008 | Sherman et al. |
| 2008/0161854 A1 | 7/2008 | Bae et al. |
| 2008/0161859 A1* | 7/2008 | Nilsson ........................ 606/266 |
| 2008/0161863 A1 | 7/2008 | Arnold et al. |
| 2008/0167687 A1 | 7/2008 | Colleran et al. |
| 2008/0177316 A1 | 7/2008 | Bergeronk et al. |
| 2008/0177317 A1 | 7/2008 | Jackson |
| 2008/0177319 A1 | 7/2008 | Schwab |
| 2008/0177321 A1* | 7/2008 | Drewry et al. ................ 606/266 |
| 2008/0177322 A1 | 7/2008 | Davis et al. |
| 2008/0177327 A1 | 7/2008 | Malandain et al. |
| 2008/0183212 A1 | 7/2008 | Veldman et al. |
| 2008/0183213 A1 | 7/2008 | Veldman et al. |
| 2008/0183214 A1 | 7/2008 | Copp et al. |
| 2008/0183215 A1 | 7/2008 | Altarac et al. |
| 2008/0183216 A1* | 7/2008 | Jackson ........................ 606/278 |
| 2008/0183219 A1 | 7/2008 | Bertram |
| 2008/0183223 A1 | 7/2008 | Jeon et al. |
| 2008/0195100 A1 | 8/2008 | Capote et al. |
| 2008/0195153 A1 | 8/2008 | Thompson |
| 2008/0195156 A1 | 8/2008 | Ainsworth et al. |
| 2008/0215095 A1 | 9/2008 | Biedermann et al. |
| 2008/0221620 A1 | 9/2008 | Krause |
| 2008/0221692 A1 | 9/2008 | Zucherman et al. |
| 2008/0228227 A1 | 9/2008 | Brown et al. |
| 2008/0228229 A1 | 9/2008 | Walder et al. |
| 2008/0234691 A1 | 9/2008 | Schwab |
| 2008/0234734 A1 | 9/2008 | Walder et al. |
| 2008/0234736 A1 | 9/2008 | Trieu et al. |
| 2008/0234737 A1 | 9/2008 | Boschert |
| 2008/0234739 A1 | 9/2008 | Hudgins et al. |
| 2008/0234744 A1 | 9/2008 | Zylber et al. |
| 2008/0234746 A1 | 9/2008 | Jahng et al. |
| 2008/0234757 A1 | 9/2008 | Jacofsky et al. |
| 2008/0243188 A1 | 10/2008 | Walder |
| 2008/0249570 A1 | 10/2008 | Carson et al. |
| 2008/0255617 A1 | 10/2008 | Cho et al. |
| 2008/0262546 A1 | 10/2008 | Calvosa et al. |
| 2008/0262548 A1 | 10/2008 | Lange et al. |
| 2008/0262552 A1 | 10/2008 | Kim |
| 2008/0262554 A1 | 10/2008 | Hayes et al. |
| 2008/0269804 A1 | 10/2008 | Holt |
| 2008/0275504 A1 | 11/2008 | Bonin et al. |
| 2008/0287994 A1 | 11/2008 | Perez-Cruet et al. |
| 2008/0300630 A1 | 12/2008 | Bohnema et al. |
| 2008/0300633 A1 | 12/2008 | Jackson |
| 2008/0306528 A1 | 12/2008 | Winslow et al. |
| 2008/0306533 A1 | 12/2008 | Winslow et al. |
| 2008/0306536 A1 | 12/2008 | Frig et al. |
| 2008/0306539 A1 | 12/2008 | Cain et al. |
| 2008/0306540 A1 | 12/2008 | Mitchell et al. |
| 2008/0306543 A1 | 12/2008 | Cain et al. |
| 2008/0306545 A1 | 12/2008 | Winslow |
| 2008/0312694 A1 | 12/2008 | Peterman et al. |
| 2009/0005817 A1 | 1/2009 | Friedrich et al. |
| 2009/0012567 A1* | 1/2009 | Biedermann et al. ......... 606/264 |
| 2009/0018583 A1 | 1/2009 | Song et al. |
| 2009/0024165 A1 | 1/2009 | Ferree |
| 2009/0024169 A1 | 1/2009 | Triplett et al. |
| 2009/0030464 A1 | 1/2009 | Hestad et al. |
| 2009/0030465 A1 | 1/2009 | Altarac et al. |
| 2009/0048631 A1 | 2/2009 | Bhatnagar et al. |
| 2009/0054932 A1 | 2/2009 | Butler et al. |
| 2009/0069849 A1* | 3/2009 | Oh et al. ...................... 606/246 |
| 2009/0082815 A1 | 3/2009 | Zylber et al. |
| 2009/0088799 A1 | 4/2009 | Yeh |
| 2009/0088803 A1 | 4/2009 | Justis et al. |
| 2009/0093820 A1 | 4/2009 | Trieu et al. |
| 2009/0093843 A1 | 4/2009 | Lemoine et al. |
| 2009/0093845 A1 | 4/2009 | Hestad et al. |
| 2009/0093846 A1 | 4/2009 | Hestad et al. |
| 2009/0099606 A1 | 4/2009 | Hestad et al. |
| 2009/0099607 A1 | 4/2009 | Fallin et al. |
| 2009/0099608 A1 | 4/2009 | Szczesny |
| 2009/0105760 A1 | 4/2009 | Frey |
| 2009/0112265 A1 | 4/2009 | Hudgins et al. |
| 2009/0112266 A1 | 4/2009 | Weng et al. |
| 2009/0112267 A1 | 4/2009 | Atkinson et al. |
| 2009/0118767 A1 | 5/2009 | Hestad et al. |
| 2009/0125063 A1 | 5/2009 | Panjabi |
| 2009/0131981 A1 | 5/2009 | White |

## US 8,696,711 B2
Page 9

(56)          **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2009/0138052 A1 | 5/2009 | Biedermann et al. |
| 2009/0149885 A1 | 6/2009 | Durwood et al. |
| 2009/0163953 A1 | 6/2009 | Biedermann et al. |
| 2009/0163954 A1 | 6/2009 | Kwak |
| 2009/0163955 A1 | 6/2009 | Moumene et al. |
| 2009/0171395 A1 | 7/2009 | Jeon et al. |
| 2009/0177232 A1 | 7/2009 | Kiester |
| 2009/0192548 A1 | 7/2009 | Jeon et al. |
| 2009/0198281 A1 | 8/2009 | Rice et al. |
| 2009/0228045 A1 | 9/2009 | Hayes et al. |
| 2009/0240286 A1 | 9/2009 | Friedrich et al. |
| 2009/0240287 A1 | 9/2009 | Cunliffe et al. |
| 2009/0248075 A1 | 10/2009 | Ogilvie et al. |
| 2009/0248077 A1 | 10/2009 | Johns |
| 2009/0248081 A1 | 10/2009 | LeHuec et al. |
| 2009/0248083 A1 | 10/2009 | Patterson et al. |
| 2009/0248088 A1* | 10/2009 | Biedermann ................ 606/305 |
| 2009/0254123 A1 | 10/2009 | Pafford et al. |
| 2009/0259257 A1 | 10/2009 | Prevost |
| 2009/0259258 A1 | 10/2009 | Perez-Cruet et al. |
| 2009/0270917 A1 | 10/2009 | Boehm |
| 2009/0270920 A1 | 10/2009 | Douget et al. |
| 2009/0270921 A1 | 10/2009 | Krause |
| 2009/0270922 A1 | 10/2009 | Biedermann et al. |
| 2009/0275981 A1 | 11/2009 | Abdelgany et al. |
| 2009/0275983 A1 | 11/2009 | Veldman et al. |
| 2009/0275986 A1 | 11/2009 | Prevost et al. |
| 2009/0281572 A1 | 11/2009 | White |
| 2009/0281573 A1 | 11/2009 | Biedermann et al. |
| 2009/0287250 A1 | 11/2009 | Molz, IV et al. |
| 2009/0287251 A1 | 11/2009 | Bae et al. |
| 2009/0287252 A1 | 11/2009 | Marik et al. |
| 2009/0299411 A1 | 12/2009 | Laskowitz et al. |
| 2009/0318968 A1 | 12/2009 | Duggal et al. |
| 2009/0326582 A1 | 12/2009 | Songer et al. |
| 2009/0326583 A1 | 12/2009 | Moumene et al. |
| 2010/0010544 A1 | 1/2010 | Fallin et al. |
| 2010/0030271 A1 | 2/2010 | Winslow et al. |
| 2010/0036420 A1* | 2/2010 | Kalfas et al. ................. 606/250 |
| 2010/0036422 A1 | 2/2010 | Flynn et al. |
| 2010/0036423 A1 | 2/2010 | Hayes et al. |
| 2010/0036424 A1 | 2/2010 | Fielding et al. |
| 2010/0036425 A1 | 2/2010 | Barrus et al. |
| 2010/0042155 A1 | 2/2010 | Biedermann et al. |
| 2010/0042156 A1 | 2/2010 | Harms et al. |
| 2010/0049254 A1* | 2/2010 | Biedermann et al. ......... 606/264 |
| 2010/0057125 A1 | 3/2010 | Viker |
| 2010/0057126 A1 | 3/2010 | Hestad |
| 2010/0063544 A1 | 3/2010 | Butler |
| 2010/0063545 A1 | 3/2010 | Richelsoph |
| 2010/0063547 A1 | 3/2010 | Morin et al. |
| 2010/0063551 A1 | 3/2010 | Richelsoph |
| 2010/0069964 A1 | 3/2010 | Lechmann |
| 2010/0082071 A1 | 4/2010 | Moumene et al. |
| 2010/0087858 A1 | 4/2010 | Abdou |
| 2010/0087862 A1 | 4/2010 | Biedermann et al. |
| 2010/0087863 A1 | 4/2010 | Biedermann et al. |
| 2010/0087865 A1 | 4/2010 | Biedermann et al. |
| 2010/0094344 A1 | 4/2010 | Trieu |
| 2010/0094348 A1 | 4/2010 | Biedermann et al. |
| 2010/0174313 A1 | 7/2010 | Abdelgany et al. |
| 2010/0198261 A1 | 8/2010 | Trieu et al. |
| 2010/0198269 A1 | 8/2010 | Taylor et al. |
| 2010/0204736 A1 | 8/2010 | Biedermann et al. |
| 2010/0211104 A1 | 8/2010 | Moumene et al. |
| 2010/0222819 A1 | 9/2010 | Timm et al. |
| 2010/0228292 A1 | 9/2010 | Arnold et al. |
| 2010/0249843 A1 | 9/2010 | Wegrzyn, III |
| 2010/0249845 A1 | 9/2010 | Meunier et al. |
| 2010/0256682 A1 | 10/2010 | Fallin et al. |
| 2010/0262187 A1 | 10/2010 | Marik et al. |
| 2010/0262190 A1 | 10/2010 | Ballard et al. |
| 2010/0274285 A1 | 10/2010 | Rouleau |

| | | |
|---|---|---|
| 2010/0274287 A1 | 10/2010 | Rouleau et al. |
| 2010/0274288 A1 | 10/2010 | Prevost et al. |
| 2011/0004245 A1 | 1/2011 | Wu et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 4425392 | 11/1995 |
| DE | 19507141 | 9/1996 |
| DE | 19509141 | 9/1996 |
| DE | 19509331 | 9/1996 |
| DE | 29806563 | 7/1998 |
| DE | 29810798 | 12/1999 |
| DE | 19951145 | 5/2001 |
| DE | 10236691 | 2/2004 |
| DE | 102007055745 | 7/2008 |
| EP | 0667127 | 8/1995 |
| EP | 0669109 | 8/1995 |
| EP | 0677277 | 10/1995 |
| EP | 0885598 | 12/1998 |
| EP | 1121902 | 8/2001 |
| EP | 1190678 | 3/2002 |
| EP | 1570795 | 9/2005 |
| EP | 1579816 | 9/2005 |
| EP | 1634537 | 3/2006 |
| FR | 2717370 | 9/1995 |
| FR | 2718946 | 10/1995 |
| FR | 2729291 | 7/1996 |
| FR | 2796545 | 1/2001 |
| FR | 2799949 | 4/2001 |
| FR | 2814936 | 4/2002 |
| FR | 2856578 | 6/2003 |
| FR | 2865373 | 1/2004 |
| FR | 2865375 | 1/2004 |
| FR | 2865377 | 1/2004 |
| FR | 2846223 | 4/2004 |
| FR | 2857850 | 4/2004 |
| FR | 2865378 | 10/2004 |
| GB | 1519139 | 7/1978 |
| GB | 9202745.8 | 4/1992 |
| GB | 2365345 | 2/2002 |
| GB | 2382304 | 5/2003 |
| JP | 10277070 | 10/1998 |
| JP | 2000325358 | 3/2000 |
| SU | 313538 | 10/1971 |
| WO | WO92/03100 | 3/1992 |
| WO | WO94/10927 | 5/1994 |
| WO | WO94/26191 | 11/1994 |
| WO | WO96/41582 | 12/1996 |
| WO | WO09641582 | 12/1996 |
| WO | WO01/45576 | 6/2001 |
| WO | WO02/054966 | 7/2002 |
| WO | WO02/102259 | 12/2002 |
| WO | WO03/026523 | 4/2003 |
| WO | WO03/068088 | 8/2003 |
| WO | WO2004/041100 | 5/2004 |
| WO | WO2004/075778 | 9/2004 |
| WO | WO2004/089245 | 10/2004 |
| WO | WO2004/107997 | 12/2004 |
| WO | WO2005/000136 | 1/2005 |
| WO | WO2005/000137 | 1/2005 |
| WO | WO2005/013839 | 2/2005 |
| WO | WO2005/020829 | 3/2005 |
| WO | WO2005/065374 | 7/2005 |
| WO | WO2005/065375 | 7/2005 |
| WO | WO2005/072632 | 8/2005 |
| WO | WO2005/082262 | 9/2005 |
| WO | WO2005/099400 | 10/2005 |
| WO | WO2005/104969 | 11/2005 |
| WO | WO2006/005198 | 1/2006 |
| WO | WO2006/012088 | 2/2006 |
| WO | WO2006/017616 | 2/2006 |
| WO | WO2006/020530 | 2/2006 |
| WO | WO2006/028537 | 3/2006 |
| WO | WO2006/045094 | 4/2006 |
| WO | WO2006/086537 | 8/2006 |
| WO | WO2006/116662 | 11/2006 |
| WO | WO2006/119241 | 11/2006 |
| WO | WO2007/002409 | 1/2007 |
| WO | WO2007/118045 | 10/2007 |

**US 8,696,711 B2**

Page 10

(56)                **References Cited**

FOREIGN PATENT DOCUMENTS

| WO | WO2007/124222 | 11/2007 |
| WO | WO2007/130835 | 11/2007 |
| WO | WO2007/130840 | 11/2007 |
| WO | WO2007/130941 | 11/2007 |
| WO | WO2008/045210 | 4/2008 |
| WO | WO2008/069420 | 6/2008 |
| WO | WO2008/088990 | 7/2008 |
| WO | WO2008/089075 | 7/2008 |
| WO | WO2008/140756 | 11/2008 |
| WO | WO2009/036541 | 3/2009 |
| WO | WO2010/018316 | 2/2010 |
| WO | WO2010/018317 | 2/2010 |
| WO | WO2010/019704 | 2/2010 |
| WO | WO2010/019857 | 2/2010 |

OTHER PUBLICATIONS

Brochure of Spinal Concepts, an Abbott Laboratories Company, Pathfinder, Minimally. Invasive Pedicle Fixation System, Publication Date: Nov. 2003.

Brochure of Spinal Concepts, InCompass, Thoracolumbar Fixation System, Publication Date: Oct. 2003.

Brochure of Spinal Concepts, Pathfinder, Minimally Invasive Pedicle Fixation System, Publication Date: May 2003.

Brochure of Spinal Concepts, Surgical Technique, InCompass, Thoracolumbar Fixation System, Publication Date: Oct. 2003.

Brochure of SpineLine, Current Concepts, Minimally Invasive Posterior Spinal Decompression and Fusion Procedures, Publication Date: Sep./Oct. 2003.

Brochure of Tyco/Healthcare/Surgical Dynamics on Spiral Radius 90D, Publication Date: Sep. 2001, pp. 1-8.

Brochure of Zimmer Spine, Inc., Dynesys® LIS Less Invasive Surgery, The Dynamic Stabilization System, Publication Date: 2005.

VLS System Variable Locking Screw Brochure, Interpore Cross International, 1999.

*EBI Omega 21* Brochure, EBI Spine Systems, pub. 1999.

*Claris Instrumentation* Brochure, G Med, pub. 1997.

*CD Horizon M8 Multi Axial Screw Spinal System* Brochure, Medtronic Sofamor Danek, no publish date.

*Contour Spinal System* Brochure, Ortho Development, no publish date.

*Xia Spinal System* Brochure, Stryker Howmedica Osteonics, no publish date.

*The Rod Plate System* Brochure, Stryker Howmedica Osteonics, pub. Oct. 1999.

*Silhouette Spinal Fixation System* Brochure, Sulzer Medica Spine-Tech, no publish date.

*SDRS Surgical Dynamics Rod System* Brochure, Surgical Dynamics, pub. 1998-99.

*Versalok Low Back Fixation System* Brochure, Wright Medical Technology, Inc., pub. 1997.

*The Strength of Innovation* Advertisement, Blackstone Medical Inc., no publish date.

*The Moss Miami 6.0mm System* Advertisement, author unknown, no publish date.

* cited by examiner



Fig. 6.



Fig. 7.



Fig. 8.





Fig. 9.

Fig. 10.



Fig.11.



Fig.12.

Fig.13.



Fig.14.





Fig.15.

Fig.16.

Fig.17.

Fig.18.

US 8,696,711 B2

**1**

# POLYAXIAL BONE ANCHOR ASSEMBLY WITH ONE-PIECE CLOSURE, PRESSURE INSERT AND PLASTIC ELONGATE MEMBER

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 12/229,207 filed Aug. 20, 2008, which claims the benefit of U.S. Provisional Application No. 60/994,083 filed Sep. 17, 2007, and which is also a continuation-in-part of U.S. patent application Ser. No. 11/894,001 filed Aug. 17, 2007 that claims the benefit of U.S. Provisional Application Nos. 60/851,353 filed Oct. 12, 2006 and 60/905,472 filed Mar. 7, 2007, and which is also a continuation-in-part of U.S. patent application Ser. No. 11/522,503, filed Sep. 14, 2006 that claims the benefit of U.S. Provisional Application Nos. 60/722,300 filed Sep. 30, 2005; 60/725,445, filed Oct. 11, 2005; 60/728,912, filed Oct. 21, 2005; 60/736,112 filed Nov. 10, 2005; and 60/832,644, filed Jul. 21, 2006; the disclosures all of which are incorporated by reference herein.

## BACKGROUND OF THE INVENTION

The present invention is directed to polyaxial bone screws for use in bone surgery, particularly spinal surgery, and elongate connecting members that are at least somewhat plastically deformable. Such screws have a receiver or head that can swivel about a shank of the bone screw, allowing the receiver to be positioned in any of a number of angular configurations relative to the shank.

The most common mechanism for providing vertebral support is to implant bone screws into certain bones which then in turn support the elongate member or are supported by the elongate member. Bone screws of this type may have a fixed head or receiver relative to a shank thereof. In the fixed bone screws, the head cannot be moved relative to the shank and the rod or other elongate member must be favorably positioned in order for it to be placed within the head. This is sometimes very difficult or impossible to do. Therefore, polyaxial bone screws are commonly preferred.

Polyaxial bone screws allow rotation of the receiver about the shank until a desired rotational position of the receiver is achieved relative to the shank. Thereafter, a rod or other elongate connecting member can be inserted into the receiver and eventually the rod and the receiver are locked or fixed in a particular position relative to the shank.

A variety of polyaxial or swivel-head bone screw assemblies are available. One type of bone screw assembly includes an open head or receiver that allows for placement of a rod or other elongate member within the receiver. A closure top or plug is then used to capture the rod in the receiver of the screw. Thus, in such bone screws, the closure top or plug pressing against the rod not only locks the rod in place but also locks the bone screw shank in a desired angular position with respect to the receiver. A draw back to such a system occurs when the rod or other elongate connecting member is made from a material that is more flexible and may be more readily deformed or exhibit creep or viscoelastic behavior. Creep is a

term used to describe the tendency of a material to move, flow or to deform permanently to relieve stresses. Material deformation occurs as a result of long term exposure to levels of stress that are below the yield or ultimate strength of the material. Rods and other longitudinal connecting members made from polymers, such as polyetheretherketone (PEEK), have a greater tendency to exhibit creep, than, for example metals or metal alloys. When a rod or other longitudinal connecting member exhibits creep deformation over time, the closure top may no longer tightly engage the connecting member. This in itself is not necessarily problematic. However, such loosening also results in loosening of the frictional engagement between the receiver and the bone screw shank that locks the angular orientation of the shank with respect to the receiver. Body movement and stresses may then result in undesirable pivoting of the shank with respect to the receiver causing mis-alignment, greater stress and further loosening of the various polyaxial bone screw components.

## SUMMARY OF THE INVENTION

A polyaxial bone screw assembly of the present invention includes a shank having a generally elongate body with an upper end portion and a lower threaded portion for fixation to a bone. The bone screw assembly further includes a receiver having a top portion and a base. The top portion is open and has a channel. The base includes an inner seating surface partially defining a cavity and has a lower aperture or opening. The channel of the top portion communicates with the cavity, which in turn communicates with an opening to an exterior of the base. The shank upper portion is disposed in the receiver cavity and the shank extends through the receiver base opening. The cooperating shapes of the shank upper portion external surface and the receiver inner surface enable selective angular positioning of the shank body with respect to the receiver. The shank upper surface engages a compression insert that in turn engages a longitudinal connecting member being supported within the receiver. In certain embodiments, the compression insert includes a planar bottom seat and spaced planar sides for closely receiving an elongate connecting member that has planar sides. Such a compression insert can also receive a cylindrical or other shaped connecting member. A single-piece closure structure initially engages the connecting member and, after some plastic deformation of such member, then the closure structure engages the compression insert for securing the assembly in a wide range of angular orientations.

### Objects and Advantages of the Invention

Objects of the invention include: providing an implant wherein all of the parts remain together and do not separate; providing a lightweight, low profile polyaxial bone screw that assembles in such a manner that the components cooperate to create an overall structure that prevents unintentional disassembly; providing a polyaxial bone screw that provides substantially independent locking for the bone screw shank and a deformable longitudinal connecting member; providing such an assembly that includes a flexible longitudinal connecting member that may be of non-circular or circular cross-section; providing such an assembly that remains in a locked position even if the flexible longitudinal connecting member undergoes deformation such as creep; providing a polyaxial bone screw with features that provide adequate frictional or gripping surfaces for bone implantation tools and may be readily, securely fastened to each other and to bone; and providing apparatus and methods that are easy to use and especially

US 8,696,711 B2

**3**

adapted for the intended use thereof and wherein the apparatus are comparatively inexpensive to make and suitable for use.

Other objects and advantages of this invention will become apparent from the following description taken in conjunction with the accompanying drawings wherein are set forth, by way of illustration and example, certain embodiments of this invention.

The drawings constitute a part of this specification and include exemplary embodiments of the present invention and illustrate various objects and features thereof.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is an exploded front elevational view of a medical implant assembly according to the invention including a polyaxial bone screw having a receiver, a bone screw shank, a lower compression insert and a closure structure cooperating with a longitudinal connecting member in the form of a bar of non-circular cross-section.

FIG. **2** is an enlarged upper perspective view of the compression insert of FIG. **1**.

FIG. **3** is an enlarged lower perspective view of the compression insert of FIG. **1**.

FIG. **4** is an enlarged top plan view of the compression insert of FIG. **1**.

FIG. **5** is an enlarged side elevational view of the compression insert of FIG. **1**.

FIG. **6** is an enlarged top plan view of the bone screw shank, receiver and the insert being shown during assembly of the insert into the receiver.

FIG. **7** is an enlarged and partial front elevational view of the bone screw shank, receiver and insert, also showing the insert in a stage of assembly similar to FIG. **6**.

FIG. **8** is an enlarged and partial front elevational view of the bone screw shank, receiver, insert and longitudinal connecting member of FIG. **1** shown assembled and with portions broken away to show the detail thereof.

FIG. **9** is an enlarged and partial front elevational view of the bone screw shank, receiver, insert and longitudinal connecting member of FIG. **1** shown assembled and further shown with the closure structure of FIG. **1** in an early stage of assembly with the receiver and with portions broken away to show the detail thereof.

FIG. **10** is an enlarged and partial front elevational view of the bone screw shank, receiver, insert and longitudinal connecting member of FIG. **1** shown assembled with the closure structure of FIG. **1** and with portions broken away to show the detail thereof.

FIG. **11** is an enlarged and partial view similar to FIG. **10** with additional portions broken away to show the detail thereof.

FIG. **12** is an enlarged and partial upper perspective view of the assembly of FIG. **10** but with the closure structure removed to show deformation of the longitudinal connecting member and also shown with other portions broken away to show the detail thereof.

FIG. **13** is a perspective view showing the assembly of FIG. **1** attached to a second polyaxial bone screw of FIG. **1**.

FIG. **14** is an enlarged and partial front elevational view of a second, alternative embodiment of a medical implant assembly according to the invention having a deformable connecting member of rectangular cross-section, with portions broken away to show the detail thereof.

FIG. **15** is an enlarged and partial front elevational view of the embodiment of FIG. **14** with portions broken away to

**4**

show the detail thereof and further showing replacement of the deformable connecting member with a rigid rod of circular cross-section.

FIG. **16** is a perspective view showing two bone screws of a third, alternative embodiment of a medical implant assembly according to the invention holding a deformable connecting member of circular cross-section.

FIG. **17** is an enlarged and partial front elevational view of one of the bone screws and the connecting member of FIG. **16** with portions broken away to show the detail thereof.

FIG. **18** is an enlarged and partial front elevational view of the embodiment of FIG. **17** with portions broken away to show the detail thereof and further showing replacement of the deformable connecting member with a rigid rod of circular cross-section.

DETAILED DESCRIPTION OF THE INVENTION

As required, detailed embodiments of the present invention are disclosed herein; however, it is to be understood that the disclosed embodiments are merely exemplary of the invention, which may be embodied in various forms. Therefore, specific structural and functional details disclosed herein are not to be interpreted as limiting, but merely as a basis for the claims and as a representative basis for teaching one skilled in the art to variously employ the present invention in virtually any appropriately detailed structure. It is also noted that any reference to the words top, bottom, up and down, and the like, in this application refers to the alignment shown in the various drawings, as well as the normal connotations applied to such devices, and is not intended to restrict positioning of bone attachment assemblies of the application and cooperating connecting members in actual use.

With reference to FIGS. **1-13**, the reference number **1** generally represents an embodiment of a medical implant assembly according to the present invention. The assembly **1** includes a polyaxial bone screw **3** having a shank **4** that further includes a threaded body **6** integral with an upper portion **8**; a receiver **10**; and a lower compression or pressure insert **12**. The medical implant assembly **1** further includes a longitudinal connecting member **14** and a closure structure **16**. The shank **4**, receiver **10**, and compression insert **12** are typically factory assembled prior to implantation of the shank body **6** into a vertebra (not shown).

As will be described in greater detail below, the illustrated shank **4** is top loaded into the receiver **10** and thereafter the substantially spherical upper portion **8** slidingly cooperates with an inner substantially spherical inner surface of the receiver **10** such that the receiver **10** and the shank **4** can be secured at any of a plurality of angles, articulations or rotational alignments relative to one another and within a selected range of angles both from side to side and from front to rear, to enable flexible or articulated engagement of the receiver **10** with the shank **4** until both are locked or fixed relative to each other near the end of an implantation procedure. It is noted that although the drawing figures show a top loaded polyaxial mechanism having a spherical sliding connection between the shank upper portion and the receiver inner surface, other kinds of top loaded and bottom loaded embodiments may be utilized according to the invention. For example, bottom loaded bone screws, such as that disclosed in Applicant's U.S. Pat. Pub. No. 2007/0055244 (U.S. patent application Ser. No. 11/522,503 filed Sep. 14, 2006), the disclosure of which is incorporated by reference herein, having a threaded capture connection between a shank upper portion and a retainer structure disposed within the receiver may be utilized for providing a polyaxial connection between the receiver and

US 8,696,711 B2

5

the shank for use with the present invention. Specifically, U.S. Pat. No. 2007/0055244 discloses a bone screw shank that includes an upper portion that further includes an outer helical thread mateable with a retaining structure that includes a mating inner helical thread. The retaining structure has a partially spherical surface that is slidingly mateable with a cooperating inner surface of the receiver, allowing for a wide range of pivotal movement between the shank and the receiver. Bottom or top loaded polyaxial bone screws with other types of capture connections may also be used according to the invention, including but not limited to other types of threaded connections, frictional connections utilizing frusto-conical or polyhedral capture structures, or other integral top or downloadable shanks.

The shank 4, best illustrated in FIGS. 1 and 9, is elongate, with the shank body 6 having a helically wound bone implant-able thread 24 extending from near a neck 26 located adjacent to the upper portion 8 to a tip 28 of the body 6 and extending radially outwardly therefrom. During use, the body 6 utilizing the thread 24 for gripping and advancement is implanted into the vertebra (not shown) leading with the tip 28 and driven down into the vertebra with an installation or driving tool, so as to be implanted in the vertebra to near the neck 26. The shank 4 has an elongate axis of rotation generally identified by the reference letter A.

The neck 26 extends axially upwardly from the shank body 6. The neck 26 may be of reduced radius as compared to an adjacent top 32 of the threaded body 6. Further extending axially upwardly from the neck 26 is the shank upper portion 8 that provides a connective or capture apparatus disposed at a distance from the threaded body top 32 and thus at a distance from the vertebra when the body 6 is implanted in the vertebra.

The shank upper portion 8 is configured for a polyaxial connection between the shank 4 and the receiver 10 and capturing the shank 4 upper portion 8 in the receiver 10. The upper portion 8 generally includes an outer spherical surface 34; a planar annular upper surface 36 and with an internal drive feature or structure 38 formed in the surface 36. A driving tool (not shown) has a driving projection configured to fit within the tool engagement structure 38 for both driving and rotating the shank body 6 into the vertebra. As best shown in FIG. 11, the spherical surface 34 is also sized and shaped for sliding contact engagement and ultimate positive fric-tional mating engagement with the compression insert 12, when the bone screw 3 is assembled, and in any alignment of the shank 4 relative to the receiver 10. The illustrated surface 34 also has approximately the same radius as an inner spheri-cal seating surface (84 described in greater detail below) of the receiver 10, allowing for clearance of the shank 4 with respect to the receiver 10 and thus a desired degree and magnitude of articulation of the shank 4 with respect to the receiver 10. In certain embodiments, the surface 34 is smooth. While not required in accordance with the practice of the invention, the surface 34 may be scored or knurled to further increase frictional positive mating engagement between the surface 34 and the compression insert 12.

The shank 4 shown in the drawings is cannulated, having a small central bore 40 extending an entire length of the shank 4 along the axis A. The bore 40 is defined by an inner cylin-drical wall of the shank 4 and has a circular opening at the shank tip 28 and an upper opening communicating with the internal drive 38. The bore 40 is coaxial with the threaded body 6 and the upper portion 8. The bore 40 provides a passage through the shank 4 interior for a length of wire (not shown) inserted into the vertebra (not shown) prior to the

6

insertion of the shank body 6, the wire providing a guide for insertion of the shank body 6 into the vertebra (not shown).

To provide a biologically active interface with the bone, the threaded shank body 6 may be coated, perforated, made porous or otherwise treated. The treatment may include, but is not limited to a plasma spray coating or other type of coating of a metal or, for example, a calcium phosphate; or a rough-ening, perforation or indentation in the shank surface, such as by sputtering, sand blasting or acid etching, that allows for bony ingrowth or ongrowth. Certain metal coatings act as a scaffold for bone ingrowth. Bio-ceramic calcium phosphate coatings include, but are not limited to: alpha-tri-calcium phosphate and beta-tri-calcium phosphate ($Ca_3(PO_4)_2$, tetra-calcium phosphate ($Ca_4P_2O_9$), amorphous calcium phos-phate and hydroxyapatite ($Ca_{10}(PO_4)_6(OH)_2$). Coating with hydroxyapatite, for example, is desirable as hydroxyapatite is chemically similar to bone with respect to mineral content and has been identified as being bioactive and thus not only supportive of bone ingrowth, but actively taking part in bone bonding.

Referring to FIGS. 1 and 6-12, the receiver 10 has a gen-erally squared off U-shaped appearance with a partially cylin-drical inner profile and a substantially curved or cylindrical outer profile; however, the outer profile could also be of another configuration, for example, faceted. The receiver has an axis of rotation B that is shown in FIG. 1 as being aligned with and the same as the axis of rotation A of the shank 4, such orientation being desirable during assembly of the receiver 10 with the shank 4 and the insert 12. After such assembly, the bone screw 3 is implanted in a vertebra (not shown). There-after, the axis B is typically disposed at an angle with respect to the axis A of the shank 4.

The receiver 10 includes a base 50 integral with a pair of opposed substantially similar or identical upstanding arms 52 forming a squared-off U-shaped cradle and defining a channel 56 between the arms 52 with an upper opening 57 and a lower planar seat 58. The channel 56 is defined in part by planar opposed parallel walls 60 of the receiver arms 52 that run perpendicular to the lower planar seat 58. The walls 60 are spaced to closely receive the bar-shaped connecting member 14 but may also receive a cylindrical rod or oval rod having a diameter or width the same or less than a width of the con-necting member 14.

Each of the arms 52 has an interior surface 64 that defines the inner cylindrical profile and includes a partial helically wound guide and advancement structure 66. In the illustrated embodiment, the guide and advancement structure 66 is a partial helically wound interlocking flange form configured to mate under rotation with a similar structure on the closure structure 16, as described more fully below. However, it is foreseen that the guide and advancement structure 66 could alternatively be a square thread, a buttress thread, a reverse angle thread or other thread like or non-thread like helically wound advancement structure for operably guiding under rotation and advancing the closure top downward between the arms 52.

Opposed tool engaging apertures 68 are formed on or through surfaces of the arms 52 that may be used for holding the receiver 10 during assembly with the shank 4 and the retainer structure 12 and also during the implantation of the shank body 6 into a vertebra (not shown). Furthermore, the illustrated embodiment includes upper undercut tool engag-ing grooves 70 for cooperating with manipulation tools. It is foreseen that tool receiving grooves or apertures may be configured in a variety of shapes and sizes and be disposed at other locations on the receiver arms 52.

US 8,696,711 B2

7

A pair of spring tabs **76**, each having an upper body portion **78** integral with a respective arm **52**, and a lower and inner surface **80** extending below the respective upper body portion **78**. The surface **80** is sized and shaped for frictional contact with a portion of the insert **12** as will be described in greater detail below. The tabs **76** are generally directed towards the axis B and downwardly generally toward the base **50**. The lower contact surfaces **80** are positioned to engage the compression insert **14** and hold such insert in a desired position, prohibiting rotation of the inert **14** about the axis B. The tabs **76** are typically initially disposed parallel to the axis B and then a tool (not shown) is inserted into the aperture **68** from outside of the receiver **10** to engage and push the respective tab **76**, thereby bending the tab **76** inwardly in a direction toward the axis B until the tab **76** is at a desired angular position, such as is illustrated in FIGS. **76** and **9-11**. Such bending of the tabs **76** may be performed either prior to or after assembly of the receiver **10** with the insert **14**. It is also foreseen that the tabs **76** may be machined or otherwise pre-fabricated to be angled or directed toward the axis B so as to engage the insert **14** as shown in the drawing figures. The illustrated tabs **76** are resilient, having a spring-like nature. Thus, when operatively cooperating with the insert **14**, the tabs **76** bias against the insert **14**, holding such insert in a desired position; and yet the tabs **76** are flexible enough to allow a user to make desired minor adjustments of the position of the insert **14** within the receiver **10**.

With further reference to FIGS. **6-11**, communicating with and located beneath the channel **56** of the receiver **10** is a chamber or cavity, generally **82**, defined in part by an internal substantially spherical seating surface **84** and an inner substantially cylindrical surface **86**. The cylindrical surface **86** that defines a portion of the cavity **82** opens upwardly into the channel **56**. A closure guide and advancement run-out or recess **87** is disposed between the guide and advancement structure **66** and the cylindrical surface **86**. The recess **87** is sized and shaped for receiving a flanged portion of the insert **12** as will be described more fully below. The inner substantially spherical surface **84** that is located below the cylindrical surface **86** is sized and shaped for mating with the shank upper portion **8**. However, it is noted that the surface **84** could have other shapes, for example, conical.

The base **50** further includes a restrictive neck **88** defining a bore, generally **90**, communicating with the spherical surface **84** of the cavity **82** and also communicating with a lower exterior **92** of the base **60**. The bore **90** is coaxially aligned with respect to the rotational axis B of the receiver **10**. The neck **88** and associated bore **90** are sized and shaped to be smaller than an outer radial dimension of the shank upper portion **8**, so as to form a restriction at the location of the neck **88** relative to the shank upper portion **8** to prohibit the upper portion **8** from passing through the cavity **82** and out to the lower exterior **92** of the receiver **10**.

With particular reference to FIGS. **2-8**, the lower compression or pressure insert **12** includes a substantially cylindrical body **110** integral with a pair of upstanding arms **112**. The body **110** and arms **112** form a generally squared-off U-shaped, open, through-channel **114** defined by a planar bottom seating surface **116** and opposed spaced planar walls **118** that are substantially perpendicular to the seating surface **116**. The lower seating surface **116** and the walls **118** are sized and shaped to conform to a width of the connecting member **14** and thus configured to operably snugly engage the member **14** at planar outer surfaces thereof as will be described in greater detail below. The arms **112** disposed on either side of the channel **114** each include a top flanged portion **120**, each portion **120** including a top planar surface **122**, sized and

8

shaped to engage the closure structure **16** and partially cylindrical outer surfaces **124** sized and shaped to fit within the guide and advancement structure run-out relief **87** of the receiver **10**. The cylindrical surfaces **124** are disposed substantially perpendicular to the respective adjacent top surfaces **122**. Formed in the planar walls **118** near the top surfaces **122** and extending at an oblique angle into the flanged portions **120** are a pair of opposed recesses or relief surfaces **126**. As will be described in greater detail below, the recesses **126** provide relief for material flow of the connecting member **14** material as shown, for example, in FIGS. **11** and **12**. Furthermore, each flange **120** includes a bottom surface **127** disposed substantially parallel to the respective top surface **122** and a recessed surface or groove **128** running at an oblique angle with respect to the respective cylindrical surface **124** removing a portion of the flange **120** at the cylindrical surface **124** and the bottom surface **127**. The recessed surface or groove **128** is directed downwardly and inwardly toward the channel **114**, being spaced from the top surface **122** and intersecting the bottom surface **127**. Each of the surfaces **128** is sized and shaped to receive one of the spring tabs **76** of the receiver **10** and engage such respective tab at the inner lower surface **80** thereof. As will be described more fully below, after each of the tabs **76** spring or snap into the respective recessed surface portion **128**, the cylindrical surface **124** located on either side thereof prevents rotation of the insert **12** about the axis B with respect to the receiver **10**.

The compression insert **12** further includes a bottom annular surface **130** and a substantially cylindrical outer surface **132**. An inner cylindrical surface **134** partially defines a central through-bore extending along a central axis of the compression insert **12**. The surface **134** is located between the seating surface **116** and a concave substantially spherical surface **136**. The compression insert through-bore is sized and shaped to receive a driving tool (not shown) therethrough that engages the shank drive feature **38** when the shank body **6** is driven into bone. The surface **136** extends between the inner cylindrical surface **134** and the bottom surface **130**. The surface **136** is sized and shaped to slidingly and pivotally mate with and ultimately frictionally engage the outer convex spherical surface **34** of the shank upper portion **8**. The surface **136** may include a roughening or surface finish to aid in frictional contact between the surface **136** and the surface **34**, once a desired angle of articulation of the shank **4** with respect to the receiver **10** is reached. A pair of recesses **138** or flat surfaces are formed in the insert cylindrical surface **132** and located spaced from the flanged portions **120**. With reference to FIG. **14**, such recesses **138** are sized and shaped to engage spring tabs or other insert holding members as will be described in greater detail below.

The cylindrical surface **132** has an outer diameter slightly smaller than a diameter between crests of the guide and advancement structure **66** of the receiver **10** allowing for top loading of the compression insert **12** with the flanged portions **120** being located between the planar walls **60** during insertion of the insert **12** into the receiver **10** as shown in FIGS. **6** and **7**. The receiver is then rotated into place as shown in FIG. **8** with the flanged portions **120** being received in the guide and advancement structure run-out or recess **87**. As the insert **12** is rotated into a desired position, the spring tabs **76** snap into the recessed portions **124**, and thereafter hold the insert **12** in a desired alignment between the channel **56** of the receiver and the channel **114** of the insert **12**. The lower compression insert **12** is sized such that the insert **12** is ultimately received within the cylindrical surface **86** of the receiver **10** below the guide and advancement structure **66** with the flanged top portions **120** received in the recesses **87**

US 8,696,711 B2

9

formed below the guide and advancement structure **66** and the bottom surface **130** being spaced from the receiver base. The receiver **10** fully receives the lower compression insert **12** and blocks the structure **12** from spreading or splaying in any direction. It is noted that assembly of the shank **4** within the receiver **10**, followed by insertion of the lower compression insert **12** into the receiver **10** are assembly steps typically performed at the factory, advantageously providing a surgeon with a polyaxial bone screw with the lower insert firmly snapped into place and thus ready for insertion into a vertebra.

The compression or pressure insert **14** ultimately seats on the shank upper portion **8** and is disposed substantially in the upper cylindrical portion **86** of the cavity **82**, with the tabs **76** engaging the insert **14** at the grooves **128**, thereby holding the insert **14** in desired alignment with respect to the connecting member **14**. In operation, the insert **14** extends at least partially into the channel **56** such that the seating surface **116** substantially contacts and engages the adjacent planar surface of the connecting member **14** when such member **14** is placed in the receiver **10** and the closure structure or top **18** is tightened therein. The connecting member **14** is held in spaced relation with the lower seat **58** of the receiver **10**.

With reference to FIGS. **1** and **10**-**13**, the elongate connecting member **14** illustrated in the drawing figures is a solid elongate bar of rectangular cross-section. More particularly, the illustrated embodiment is solid and has as square cross-section. Thus, the member **14** includes a first pair of opposed planar surfaces **140** and a second pair of equally spaced opposed planar surfaces **142** disposed perpendicular to the surfaces **140**. The illustrated member **14** further includes beveled edges and first and second end surfaces **144** and **146**. The illustrated connecting member **14** is made from a polymer, in particular, polyetheretherketone (PEEK). The member **14** may be made from a variety of materials including metal, metal alloys or other suitable materials, including, but not limited to plastic polymers such as PEEK, ultra-high-molecular weight-polyethylene (UHMWP), polyurethanes and composites, including composites containing carbon fiber. Furthermore, the connecting member **14** may be a component of a dynamic stabilization connecting member, with the bar or bar portion **14** that is operatively disposed within the insert channel **114** also being integral with or otherwise fixed to a more flexible, bendable or damping component that extends between adjacent pairs of bone screws **3**. It is foreseen that as long as the longitudinal connecting member has sufficient viscoelastic behavior, any cross-sectional shape (i.e., square, oval, round, non-round) could be used for the longitudinal connecting member. The channel in the insert could be modified to fit the shape of the longitudinal connecting member. After sufficient pressure is applied to the longitudinal connecting member by the one-piece closure, and plastic deformation occurs, additional pressure by the closure is then directly applied to the compression or pressure insert, thereby securely locking both the longitudinal connecting member and the polyaxial mechanism of the bone anchor.

With reference to FIGS. **1** and **9**-**11**, the closure structure or closure top **16** can be any of a variety of different types of closure structures for use in conjunction with the present invention with suitable mating structure on the upstanding arms **52**. In the embodiment shown, the closure top **16** is rotatably received between the spaced arms **52**. The illustrated closure structure **16** is substantially cylindrical and includes an outer helically wound guide and advancement structure **152** in the form of a flange form that operably joins with the guide and advancement structure **66** disposed on the arms **52** of the receiver **10**. The flange form utilized in accordance with the present invention may take a variety of forms,

10

including those described in Applicant's U.S. Pat. No. 6,726, 689, which is incorporated herein by reference. It is also foreseen that according to the invention the closure structure guide and advancement structure could alternatively be a buttress thread, a square thread, a reverse angle thread or other thread like or non-thread like helically wound advancement structure for operably guiding under rotation and advancing the closure structure **16** downward between the arms **52** and having such a nature as to resist splaying of the arms **52** when the closure structure **16** is advanced into the channel **56**. The illustrated closure structure **16** also includes a top surface **154** with an internal drive **156** in the form of an aperture that is illustrated as a hex drive, but may be, for example, a star-shaped internal drive, such as those sold under the trademark TORX or other internal drives, including, but not limited to slotted, tri-wing, spanner, two or more apertures of various shapes, and the like. A driving tool (not shown) sized and shaped for engagement with the internal drive **156** is used for both rotatable engagement and, if needed, disengagement of the closure **16** from the receiver arms **52**. It is also foreseen that the closure structure **15** may alternatively include a break-off head designed to allow such a head to break from a base of the closure at a preselected torque, for example, 70 to 140 inch pounds. Such a closure structure would also include a base having an internal drive to be used for closure removal. A bottom surface **158** of the closure is planar, but may include a point, points, a rim or roughening for engagement with the surface **140** of the bar-like connecting member **14**. The bottom surface **158** is sized and shaped for engagement with both the connecting member surface **140** and the top planar surfaces **122** of the flanged portions **120** of the insert **12**. As will be described in greater detail below, during assembly, the surface **158** first engages the surface **140** of the connecting member. Then, as the closure member **16** is rotated, the surface **158** presses against the surfaces **120**, pushing the insert **16** downwardly onto the shank upper portion **8** that in turn presses against the receiver surface **84**, locking the shank **4** with respect to the receiver **10** in a desired angular or articulated position. With time, the connecting member **14** may undergo creep or other plastic deformation that may lessen the engagement between the surfaces **140** and **158**. However, regardless of any movement of the surface **140**, the frictional engagement between the closure member **16** and the insert **12**, both preferably made from a metal or metal alloy, such as stainless steel or titanium, will remain rigid and secure.

The closure top **16** may further include a cannulation through bore extending along a central axis thereof and through a surface of the drive **156** and the bottom surface **158**. Such a through bore provides a passage through the closure **16** interior for a length of wire (not shown) inserted therein to provide a guide for insertion of the closure top into the receiver arms **52**.

With particular reference to FIG. **1**, prior to the polyaxial bone screw **3** being placed in use according to the invention, the tip **28** of the shank **6** is inserted into the receiver **10** at the upper opening **57** and then through the bore **88** to a position wherein the shank upper portion **8** is seated on the inner surface **84** of the receiver. Then, with particular reference to FIGS. **6**-**7**, the insert **12** is inserted into the opening **57** with the flanged portions **120** aligned in the channel **56**, each flanged portion **120** being located between a pair of opposed planar walls **60** partially defining the channel **56**. The insert **12** is then moved downwardly in the channel **56** and toward the cavity **82** as illustrated by the arrow **170** in FIG. **7**. As the insert **12** is moved downwardly into the cylindrical portion **86** of the cavity **82**, the spring tabs **76** may be pushed outwardly away from the axis A by the flanged portions **120**. Once the

US 8,696,711 B2

11

flanged portions **120** are located below the guide and advancement structure **66** and adjacent the run-out relief **87**, the insert **12** is rotated about the axis B of the receiver **10** as illustrated by the arrow **172** in FIG. **8**. The flanged portions **120** fit within the relief **87**. Once each flanged portion **120** is located centrally with a respective arm **52** of the receiver **10**, rotation is ceased and the spring tabs **76** slide or snap into the grooves **128**. A slight downward movement of the insert **12** may be needed to fully engage the spring tabs **76** in the grooves with each of the surfaces **80** being biased against the respective groove surfaces **128**. The insert **12** is now locked into place inside the receiver **10** with the guide and advancement structure **66** prohibiting upward movement of the insert out of the opening **57** and the spring tabs **76** that are biasing against the insert **12** at the grooves **128** prohibiting rotational movement of the insert **12** with respect to the receiver **10** about the receiver axis B. As illustrated in FIG. **10**, the insert **12** seats on the shank upper portion **8** with the surface **136** in sliding engagement with the surface **34**. The run-out or relief **87** is sized and shaped to allow for some upward and downward movement of the insert **12** toward and away from the shank upper portion **8** such that the shank **8** is freely pivotable with respect to the receiver **10** until the closure structure **16** presses on the insert **12** that in turn presses upon the upper portion **8** into locking frictional engagement with the receiver **10** at the surface **84**.

In use, the bone screw **3** is typically screwed into a bone, such as a vertebra (not shown), by rotation of the shank **4** using a driving tool (not shown) that operably drives and rotates the shank **4** by engagement thereof with the tool engagement structure **38**. The vertebra (not shown) may be pre-drilled to minimize stressing the bone and have a guide wire (not shown) that is shaped for the cannula **40** inserted to provide a guide for the placement and angle of the shank **4** with respect to the vertebra. A further tap hole may be made using a tap with the guide wire as a guide. Then, the bone screw **3** is threaded onto the guide wire utilizing the cannulation bore **40** by first threading the wire into the bottom opening **28** and then out of the top at the internal drive **38**. The shank **4** is then driven into the vertebra, using the wire as a placement guide.

With reference to FIGS. **10-11**, the connecting member **14** is eventually positioned in an open or percutaneous manner within the receiver channel **56** and then into the channel **114** defined by the bottom planar seating surface **116** and the planar walls **118**. The member surfaces **140** and **142** are closely received within the planar walls of the insert **12**. The closure structure or top **16** is then inserted into and advanced between the arms **52** so as to bias or push against the upper surface **140** of the connecting member **14**. Alignment of the planar surfaces **140** and **142** of the connecting member **14** with the squared off U-shaped channel **114** of the insert **14** is initially provided and then maintained by pressure placed on the insert **12** at grooves **128** by the spring tabs **76**. The closure structure **16** is rotated, using a tool engaged with the inner drive **156** until a selected pressure is reached at which point the connecting member **14** fully engages the planar surfaces **116** and **118** of the insert **12** and the connecting member **14** is urged toward, but not in contact with the lower seat **58** of the receiver **10** that defines the squared off U-shaped channel **56**. As the closure member **16** is rotated and urged downwardly against first the connecting member **14** and then the flanged portions **120** of the insert **12**, for example, with a pressure of about 80 to about 120 inch pounds, frictional locking of the shank upper portion **8** against the receiver surface **84** at a desired angle of articulation is accomplished not only by forces transferred through the connecting member **14** but also

12

by direct engagement between the closure member **16** and the insert **12** at the flanged portions **120**. Thus, if the connecting member **14** exhibits creep, as would be expected by the PEEK connecting member **14** illustrated in the drawing figures, movement or flow of the member **14** would not diminish the locking frictional engagement between the shank upper portion **8** and the receiver surface **84** as neither the insert **12** nor the receiver **10** (both made from metal such as titanium, for example) would exhibit creep or other deformation. In such an assembly **1**, the benefit to the patient of a flexible or dynamic connecting member **14** as well as the benefit of a bone screw **3** having a secure locking mechanism (metal to metal frictional engagement) is accomplished.

If removal of the connecting member **14** from any of the bone screws **3** is necessary, or if it is desired to release the connecting member **14** at a particular location, disassembly is accomplished by using the driving tool (not shown) that mates with the internal drive **156** on the closure structure **16** to rotate and remove the closure structure **16** from the cooperating receiver **10**. Disassembly is then accomplished in reverse order to the procedure described previously herein for assembly.

With reference to FIG. **12**, there is illustrated an assembly **1** of the invention wherein the closure member **16** has been removed after an amount of time wherein the PEEK connecting member **14** has exhibited some deformation due to creep. It is noted how the member **14** is compressed at the area **180** where the closure structure **16** bottom surface **158** had been pressing on the member upper surface **140**. Also illustrated is the flow of connecting member **14** material **182** into the recesses **126** formed in the insert **12**. Such material **182** disposed within the recesses **126** advantageously provides further frictional engagement between the insert **12** and the connecting member **14**.

With reference to FIG. **13**, the connecting member **14** is typically assembled with two or more bone screws **3**. The combination of the connecting member **14** with planar surfaces and the bone screw receiver **10** having a channel and insert **12** that includes planar surfaces for closely receiving the member **14** is shown. An advantage of such an assembly is torsional control of the medical implant system. As compared to rigid rods made from metals or metal alloys, a dynamic medical implant **1** of the invention is desirably more flexible in bending or flexing. Furthermore, the combination between a bar-shaped connecting member and receiver with planar surfaces provides stability and strength to withstand torsional forces that, for example, a cylindrical PEEK rod captured by a receiver with a U-shaped channel would not provide. If a more rigid support is eventually required, the bar-shaped member **14** may be replaced by a stiffer cylindrical or bar-shaped rod having a diameter or width the same or similar to the cross-sectional width of the member **14**. Such a rod of circular cross-section would be adequately received and closely held between the planar walls **116** and **118** of the insert **14** and the same or similar closure top **16** could be used to hold such a rod in the receiver **10** and also lock the polyaxial mechanism, placing the shank **4** and the receiver **10** in a desired angular relationship with one another.

With reference to FIGS. **14** and **15**, an alternative assembly **1'** is illustrated. The assembly **1'** is identical to the assembly **1** previously described herein with the exception of an aspect of a receiver **10'** that is otherwise substantially similar to the receiver **10** previously described herein. The assembly **1'** therefore includes a shank **4'**, an insert **12'**, a connecting member **14'** and a closure member **16'** that are identical or substantially similar in form and function to the respective shank **4**, insert **12**, connecting member **14** and closure mem-

US 8,696,711 B2

13

ber **16** previously described herein with respect to the assembly **1**. As compared to the spring tabs **76** of the receiver **10** that extend in a downward direction toward the base **50** of the receiver **10**, the receiver **10'** includes a pair of spring tabs **76'** that extend upwardly and toward a closure structure **16'**. The spring tabs **76'** bias against the insert **12'** at recesses **138'** identical to the recesses **138** described herein with respect to the insert **12**.

With reference to FIG. **15**, if a more rigid support is eventually required, the bar-shaped member **14'** is shown being replaced by a stiffer cylindrical rod **14"** having a diameter equal to the width of the member **14'**. As shown in FIG. **15**, the rod **14"** is received and closely held between planar walls **116'** and **118'** of the insert **14'** and a closure top **16"** substantially similar to the closure top **16"** abuts against the rod **14"** but does not abut against the lower pressure insert **12'**. Frictional engagement of the closure top **16"** and the rod **14"** fixes the rod **14"** in the receiver **10'** and also locks the polyaxial mechanism, fixedly placing the shank **4'** and the receiver **10'** in a desired angular relationship with one another.

With reference to FIGS. **16-18**, another alternative assembly **201** is illustrated. The assembly **201** is identical to the assembly **1'** previously described herein with the exception that the bottom planar surfaces of the lower pressure insert and receiver have been replaced by curved surfaces, forming U-shaped channels for holding a connecting member having substantially circular cross-section, such as deformable or rigid rods. The assembly **201** therefore includes a shank **204**, a receiver **210**, an insert **212**, a connecting member **214** and a closure member **216** that are substantially similar in form and function to the respective shank **4**, receiver **10**, insert **12**, connecting member **14** and closure member **16** previously described herein with respect to the assembly **1** with the following exceptions: The receiver **210** includes spring tabs **276** that are identical or substantially similar to the spring tabs **76'** of the assembly **1'**. Also, a U-shaped surface **258** replaces the planar surface **58** that partially defines the channel **56** of the receiver **10**. Similarly, the insert **212** includes a U-shaped surface **316** that replaces the planar bottom surface **116** and portions of the side surfaces **118** of the insert **12**. Therefore, the insert **212** and the receiver **210** are sized and shaped to closely receive the connecting member **214** that differs from the connecting member **14** in that the member **214** has a circular cross-section as compared to the rectangular cross-section of the member **14**. As best illustrated in FIG. **17**, the rod-shaped deformable connecting member **214** is closely held or cradled by the insert **212** surface **316**, with the connecting member **214** being held spaced from the receiver surface **258**. The closure top **216** presses and deforms the connecting member **214** and also engages the lower pressure insert **212**. Engagement between the closure **216** and the insert **212** keeps the bone screw shank **204** in a desired locked position with respect to the receiver **210** even if further deformation of the connecting member **214** occurs that might loosen the connection between the connecting member **214** and the closure top **216**.

With reference to FIG. **18**, if a more rigid support is eventually required, the deformable rod **214** is shown being replaced by a stiffer cylindrical rod **214'**. The more rigid rod **214'** is received and closely held by the surface **316** and a closure top **216'** substantially similar to the closure top **216** abuts against the rod **214'** but does not abut against the lower pressure insert **212**. Frictional engagement of the closure top **216'** and the rod **214'** fixes the rod **214'** in the receiver **210** and also locks the polyaxial mechanism, fixedly placing the shank **204** and the receiver **210** in a desired angular relationship with one another.

14

It is to be understood that while certain forms of the present invention have been illustrated and described herein, it is not to be limited to the specific forms or arrangement of parts described and shown.

What is claimed and desired to be secured by Letters Patent is as follows:

**1**. In a medical implant assembly having a polyaxial bone screw attached to a longitudinal connecting member, the bone screw having a shank, a receiver, and a compression insert, the improvement wherein:

   a) the receiver has a central bore with a first diameter and a connecting member receiving first channel

   b) the insert has a circular base with an outer second diameter, the first diameter being larger than the second diameter, so as to allow the insert to be positionable within the first channel, and an upper portion with a pair of opposed arms each having an inward facing semi-circular surface defining a connecting member receiving second channel, the distance along a straight line intersecting the center of the central bore from one opposed arm inward facing surfaces to the other creating a third diameter, the third diameter being larger than the second diameter; and

   c) the insert is top-loadable in the receiver in a first orientation such that the second channel is substantially perpendicular to the first channel, and then rotated to a second orientation such that the second channel is substantially parallel to the first channel.

**2**. A medical implant comprising:

   a) a bone screw shank having an upper portion;

   b) a receiver having a cavity operably receiving the shank upper portion in the cavity thereof; the receiver having a pair of upstanding arms forming a channel therebetween and having a first width on sides of the channel; the receiver also having an axis and an axial bore between the arms having a first diameter; the channel being sized and shaped to receive a rod during use; and the receiver having a pair of opposed grooves located along the channel; and

   c) a compression insert loaded through the channel and being positioned above the shank in the receiver during use; the insert having a circular body with a second diameter sized such that the second diameter is less than the first diameter; the insert also having a pair of flanges that extend radially outward from diagonally opposite sides of the body; the flanges each having a side to side second width that is less than the channel first within; whereby the insert is insertable through the channel with the flanges extending from respective open sides of the channel and then rotatable ninety degrees so that the flanges enter the grooves to secure the insert in the receiver.

**3**. In a medical implant assembly having a polyaxial bone screw attachable to a longitudinal connecting member, the bone screw having a shank and a receiver for receiving the connecting member, the improvement wherein the bone screw includes:

   a) a compression insert having a base with a first diameter and a pair of opposed arms extending from the base, the opposed arms forming an insert channel with a second diameter larger than the first diameter such that the insert is top-loaded into the receiver, only when in a first orientation wherein the insert channel is substantially perpendicular to a receiver channel, and then rotatable to a second orientation, wherein the channels are aligned; and

US 8,696,711 B2

15

b) the arms being engageable by a single piece anti-splay closure when the connecting member is positioned within the insert channel and locked by the closure, the closure being sized and shaped for simultaneous engagement of a top surface of each of the insert arms.

**4**. In a medical implant assembly having a polyaxial bone screw attachable to a longitudinal connecting member, the bone screw having a shank and a receiver for receiving the connecting member, the improvement wherein the bone screw includes:

a) a compression insert having a base, a pair of opposed upright arms with top surfaces, the arms forming an insert channel therebetween and an alignment structure configured to cooperate with the receiver, and wherein the insert channel has an engagement surface for seating the connecting member; and

b) both top surfaces of the arms being engageable by a single piece anti-splay closure when the connecting member is positioned within the insert channel and locked by the closure, the closure being sized and shaped for simultaneous engagement of a top surface of each of the insert arms.

16

**5**. A polyaxial bone screw comprising:

a) a shank having an upper portion;

b) a receiver with a cavity sized and shaped to receive the shank upper portion, the receiver having an upper first channel sized and shaped to be adapted to receive an elongate member;

c) a pressure insert received in the receiver above the shank capture portion and having a pair of upward extending arms forming a second channel that is adapted to receive the elongate member with the arms extending above the elongate member;

d) a monolithic piece closure that is received in the first channel above the elongate member so as to capture the elongate member in the first channel, the closure having a bottom surface that engages a top of the pressure insert arms so that when the closure is advanced downwardly in the first channel a downward pressure is applied to the pressure insert; and

e) wherein the elongate member is constructed of a plastic material and the closure does not compress the elongate member as the closure is advanced downwardly in the first channel.

\* \* \* \* \*

# EXHIBIT 3



US009788866B2

(12) **United States Patent**

Jackson

(10) **Patent No.:** **US 9,788,866 B2**

(45) **Date of Patent:** **Oct. 17, 2017**

(54) **POLYAXIAL BONE SCREW WITH SHANK ARTICULATION PRESSURE INSERT AND METHOD**

(71) Applicant: **Roger P. Jackson**, Prairie Village, KS (US)

(72) Inventor: **Roger P. Jackson**, Prairie Village, KS (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/401,618**

(22) Filed: **Jan. 9, 2017**

(65) **Prior Publication Data**

US 2017/0112543 A1     Apr. 27, 2017

**Related U.S. Application Data**

(63) Continuation of application No. 15/094,870, filed on Apr. 8, 2016, which is a continuation of application No. 14/026,150, filed on Sep. 13, 2013, now Pat. No. 9,308,027, which is a continuation of application No. 12/802,668, filed on Jun. 11, 2010, now Pat. No. 9,456,853, which is a continuation of application No. 11/140,343, filed on May 27, 2005, now Pat. No. 7,776,067.

(51) **Int. Cl.**
*A61B 17/70* (2006.01)
*A61B 17/86* (2006.01)

(52) **U.S. Cl.**
CPC ........ *A61B 17/7037* (2013.01); *A61B 17/704* (2013.01); *A61B 17/7032* (2013.01); *A61B 17/7082* (2013.01); *A61B 17/7091* (2013.01); *A61B 17/8605* (2013.01)

(58) **Field of Classification Search**
CPC ............ A61B 17/7035; A61B 17/7037; A61B 17/7091
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,805,602 A | 2/1989 | Puno et al. | |
| 4,946,458 A | 8/1990 | Harms et al. | |
| 5,129,388 A | 7/1992 | Vignaud et al. | |
| 5,167,664 A | 12/1992 | Hodorek | |
| 5,207,678 A | 5/1993 | Harms et al. | |
| 5,261,912 A | 11/1993 | Frigg | |
| 5,312,404 A | 5/1994 | Asher et al. | |
| 5,360,431 A | 11/1994 | Puno et al. | |
| 5,395,371 A | 3/1995 | Miller et al. | |
| 5,429,639 A | 7/1995 | Judet | |
| 5,443,467 A | 8/1995 | Biedermann et al. | |
| 5,466,237 A | 11/1995 | Byrd, III et al. | |
| 5,474,555 A | 12/1995 | Puno et al. | |
| 5,476,462 A | 12/1995 | Allard et al. | |
| 5,476,464 A | 12/1995 | Metz-Stayenhagen et al. | |

(Continued)

*Primary Examiner* — Andrew Yang

(74) *Attorney, Agent, or Firm* — Polsinelli PC

(57) **ABSTRACT**

A polyaxial bone screw assembly includes a threaded shank body having an upper portion, a receiver member or head, a retaining and articulating structure, and a pressure insert disposed between the shank upper portion and a rod. The receiver has a U-shaped cradle defining a channel for receiving a spinal fixation rod and a receiver cavity. The retaining and articulating structure attaches to the shank and rotates with the shank in the cavity during positioning. The pressure insert presses upon the shank upper portion and not the retaining and articulating structure.

**20 Claims, 23 Drawing Sheets**



## US 9,788,866 B2

Page 2

(56)                    **References Cited**

              U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,496,321 | A | 3/1996 | Puno et al. |
| 5,554,157 | A | 9/1996 | Errico et al. |
| 5,569,247 | A | 10/1996 | Morrison |
| 5,584,834 | A | 12/1996 | Errico et al. |
| 5,586,984 | A | 12/1996 | Errico et al. |
| 5,591,166 | A | 1/1997 | Bernhardt et al. |
| 5,601,553 | A | 2/1997 | Trebing et al. |
| 5,607,426 | A | 3/1997 | Ralph et al. |
| 5,624,442 | A | 4/1997 | Mellinger et al. |
| 5,669,911 | A | 9/1997 | Errico et al. |
| 5,672,176 | A | 9/1997 | Biedermann et al. |
| 5,681,319 | A | 10/1997 | Biedermann et al. |
| 5,690,630 | A | 11/1997 | Errico et al. |
| 5,716,356 | A | 2/1998 | Biedermann et al. |
| 5,725,528 | A | 3/1998 | Errico et al. |
| 5,728,098 | A | 3/1998 | Sherman et al. |
| 5,733,286 | A | 3/1998 | Errico et al. |
| 5,738,685 | A | 4/1998 | Halm et al. |
| 5,782,833 | A | 7/1998 | Haider |
| 5,797,911 | A | 8/1998 | Sherman et al. |
| 5,800,435 | A | 9/1998 | Errico et al. |
| 5,817,094 | A | 10/1998 | Errico et al. |
| 5,863,293 | A | 1/1999 | Richelsoph |
| 5,873,878 | A | 2/1999 | Harms et al. |
| 5,876,402 | A | 3/1999 | Errico et al. |
| 5,879,350 | A | 3/1999 | Sherman et al. |
| 5,879,351 | A | 3/1999 | Viart |
| 5,882,350 | A | 3/1999 | Ralph et al. |
| 5,885,286 | A | 3/1999 | Sherman et al. |
| 5,891,145 | A | 4/1999 | Morrison et al. |
| 5,954,725 | A | 9/1999 | Sherman et al. |
| 5,961,517 | A | 10/1999 | Biedermann et al. |
| 5,964,760 | A | 10/1999 | Richelsoph |
| 6,010,503 | A | 1/2000 | Richelsoph et al. |
| 6,019,759 | A | 2/2000 | Rogozinski |
| 6,022,350 | A | 2/2000 | Ganem |
| 6,053,917 | A | 4/2000 | Sherman et al. |
| 6,063,090 | A | 5/2000 | Schlapfer |
| 6,074,391 | A | 6/2000 | Metz-Stavenhagen et al. |
| 6,077,262 | A | 6/2000 | Schlapfer et al. |
| 6,086,588 | A | 7/2000 | Ameil et al. |
| 6,090,110 | A | 7/2000 | Metz-Stavenhagen |
| 6,090,111 | A | 7/2000 | Nichols |
| 6,099,528 | A | 8/2000 | Saurat |
| 6,110,172 | A | 8/2000 | Jackson |
| 6,113,601 | A | 9/2000 | Tatar |
| 6,132,431 | A | 10/2000 | Nilsson et al. |
| 6,132,432 | A | 10/2000 | Richelsoph |
| 6,132,434 | A | 10/2000 | Sherman et al. |
| 6,146,383 | A | 11/2000 | Studer et al. |
| 6,187,005 | B1 | 2/2001 | Brace et al. |
| RE37,161 | E | 5/2001 | Michelson et al. |
| 6,224,596 | B1 | 5/2001 | Jackson |
| 6,248,105 | B1 | 6/2001 | Schlapfer et al. |
| 6,254,602 | B1 | 7/2001 | Justis |
| 6,273,888 | B1 | 8/2001 | Justis |
| 6,280,442 | B1 | 8/2001 | Barker et al. |
| 6,280,445 | B1 | 8/2001 | Morrison et al. |
| 6,287,308 | B1 | 9/2001 | Betz et al. |
| 6,287,311 | B1 | 9/2001 | Sherman et al. |
| 6,302,888 | B1 | 10/2001 | Mellinger et al. |
| 6,309,391 | B1 | 10/2001 | Crandall et al. |
| 6,355,040 | B1 | 3/2002 | Richelsoph et al. |
| RE37,665 | E | 4/2002 | Ralph et al. |
| 6,368,321 | B1 | 4/2002 | Jackson |
| 6,440,137 | B1 | 8/2002 | Horvath et al. |
| 6,443,953 | B1 | 9/2002 | Perra et al. |
| 6,471,705 | B1 | 10/2002 | Biedermann et al. |
| 6,485,494 | B1 | 11/2002 | Haider |
| 6,488,681 | B2 | 12/2002 | Martin et al. |
| 6,520,963 | B1 | 2/2003 | McKinley |
| 6,554,834 | B1 | 4/2003 | Crozet et al. |
| 6,565,565 | B1 * | 5/2003 | Yuan .................. A61B 17/7032 |
| | | | 606/272 |
| 6,565,567 | B1 | 5/2003 | Haider |
| 6,626,908 | B2 | 9/2003 | Cooper et al. |
| 6,652,526 | B1 * | 11/2003 | Arafiles ............. A61B 17/7032 |
| | | | 606/264 |
| 6,660,004 | B2 | 12/2003 | Barker et al. |
| 6,695,843 | B2 | 2/2004 | Biedermann et al. |
| 6,716,214 | B1 | 4/2004 | Jackson |
| 6,755,829 | B1 | 6/2004 | Bono et al. |
| 6,835,196 | B2 | 12/2004 | Biedermann et al. |
| 6,837,889 | B2 | 1/2005 | Shluzas |
| 6,840,940 | B2 | 1/2005 | Ralph et al. |
| 7,087,057 | B2 | 8/2006 | Konieczynski |
| 7,160,300 | B2 | 1/2007 | Jackson |
| 7,306,606 | B2 | 12/2007 | Sasing |
| 7,503,924 | B2 | 3/2009 | Lee |
| 7,678,137 | B2 | 3/2010 | Butler et al. |
| 7,717,939 | B2 | 5/2010 | Ludwig et al. |
| 7,811,310 | B2 * | 10/2010 | Baker ................ A61B 17/7032 |
| | | | 606/267 |
| 9,456,853 | B2 | 10/2016 | Jackson |
| 2001/0001119 | A1 | 5/2001 | Lombardo |
| 2003/0100896 | A1 | 5/2003 | Biedermann et al. |
| 2003/0187433 | A1 | 10/2003 | Lin |
| 2004/0153068 | A1 | 8/2004 | Janowski et al. |
| 2004/0193160 | A1 | 9/2004 | Richelsoph |
| 2004/0225289 | A1 | 11/2004 | Biedermann et al. |
| 2005/0049589 | A1 | 3/2005 | Jackson |
| 2005/0192573 | A1 | 9/2005 | Abdelgany et al. |
| 2006/0129149 | A1 | 6/2006 | Iott et al. |
| 2006/0217716 | A1 | 9/2006 | Baker et al. |

* cited by examiner







*Fig.9.*



*Fig.10.*



*Fig.*11.





*Fig.14.*



*Fig.15.*

*Fig.16.*



*Fig.*17.

*Fig.*18.



Fig. 19.

Fig. 20.

Fig. 21.



Fig. 22.



*Fig. 23.*



Fig. 24.

Case 1:21-cv-00053-RGA   Document 200   Filed 02/14/24   Page 132 of 328 PageID #: 10966



*Fig. 25.*          *Fig. 26.*



Fig.27.

# Fig. 28.





*Fig.29.*

*Fig.30.*

*Fig.31.*







Fig.42.

Fig.40.



Fig. 43.

Fig. 44.

Fig. 45.





US 9,788,866 B2

1

# POLYAXIAL BONE SCREW WITH SHANK ARTICULATION PRESSURE INSERT AND METHOD

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 15/094,870, filed Apr. 8, 2016, which is a continuation of U.S. patent application Ser. No. 14/026,150, filed Sep. 13, 2013, now U.S. Pat. No. 9,308,027, which is a continuation of U.S. patent application Ser. No. 12/802, 668, filed Jun. 11, 2010, now U.S. Pat. No. 9,456,853, which is a continuation of U.S. patent application Ser. No. 11/140, 343, filed May 27, 2005, now U.S. Pat. No. 7,776,067, each of which is incorporated by reference in its entirely herein, and for all purposes.

## BACKGROUND OF THE INVENTION

The present invention is directed to polyaxial bone screws for use in bone surgery, particularly spinal surgery, and particularly to inserts for such screws.

Bone screws are utilized in many types of spinal surgery, such as for osteosynthesis, in order to secure various implants to vertebrae along the spinal column for the purpose of stabilizing and/or adjusting spinal alignment. Although both closed-ended and open-ended bone screws are known, open-ended screws are particularly well suited for connections to rods and connector arms, because such rods or arms do not need to be passed through a closed bore, but rather can be laid or urged into an open channel within a receiver or head of such a screw.

Typical open-ended bone screws include a threaded shank with a pair of parallel projecting branches or arms which form a yoke with a U-shaped slot or channel to receive a rod. Hooks and other types of connectors, as are used in spinal fixation techniques, may also include open ends for receiving rods or portions of other structure.

A common mechanism for providing vertebral support is to implant bone screws into certain bones which then in turn support a longitudinal structure such as a rod, or are supported by such a rod. Bone screws of this type may have a fixed head or receiver relative to a shank thereof. In the fixed bone screws, the rod receiver head cannot be moved relative to the shank and the rod must be favorably positioned in order for it to be placed within the receiver head. This is sometimes very difficult or impossible to do. Therefore, polyaxial bone screws are commonly preferred.

Open-ended polyaxial bone screws allow rotation of the head or receiver about the shank until a desired rotational position of the head is achieved relative to the shank. Thereafter, a rod can be inserted into the head or receiver and eventually the head is locked or fixed in a particular position relative to the shank. However, in certain instances, a surgeon may desire to set and fix the angular position of the head or receiver relative to the shank independently of rod insertion or rod locking. Additionally, it may be desirable to reset and fix the angle of orientation of the head or receiver during the surgical procedure.

## SUMMARY OF THE INVENTION

A polyaxial bone screw assembly according to the invention includes a shank having an upper portion and a body for fixation to a bone; a head or receiver defining an open channel; and at least one compression or pressure insert. The

2

shank is connected to the head or receiver at the upper portion and the shank body is swivelable with respect to the head or receiver. The pressure insert is receivable in the head open channel. The pressure insert includes a base and a head engagement structure. The pressure insert base is frictionally engageable with the shank upper portion and the head engagement structure is engageable with the receiver head. The pressure insert has an articulation position wherein the insert head engagement structure is engaged with the head and the base frictionally engages a projecting end of the shank upper portion with the pressure insert exerting an independent force or pressure on the shank upper portion sufficient to retain the shank body in a selected angle with respect to the head without continuously applied compression by a closure top through the rod.

Pressure inserts according to the invention include a side loading insert having a ratcheted outer surface for engagement with a ratcheted inner surface on the bone screw receiver head. Another embodiment includes a cam insert, side loaded or down loaded into the bone screw receiver head, having sloped upper surfaces for engagement with an upper shoulder of a recess formed in the bone screw receiver head.

## OBJECTS AND ADVANTAGES OF THE INVENTION

Therefore, objects of the present invention include: providing an improved spinal implant assembly for implantation into vertebrae of a patient; providing such an assembly that includes an open-headed implant, a shank pivotally connected to the implant head, a rod or other structural element, and a pressure insert disposed between the shank and the rod; providing a pressure insert that may be utilized independently to set an angle of articulation of the shank with respect to the head prior to or after insertion of the rod; providing such an assembly that has a low profile after final installation; providing such an assembly in which the pressure insert may be assembled into a bone screw head prior or subsequent to installing the bone screw into bone; providing such an assembly in which the bone screw includes a retaining structure that includes a non-slip feature for driving the shank into bone; and providing such an assembly that is easy to use, especially adapted for the intended use thereof and wherein the implant assembly components are comparatively inexpensive to produce.

Other objects and advantages of this invention will become apparent from the following description taken in conjunction with the accompanying drawings wherein are set forth, by way of illustration and example, certain embodiments of this invention.

The drawings constitute a part of this specification and include exemplary embodiments of the present invention and illustrate various objects and features thereof.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is an exploded perspective view of an assembly according to the invention including a shank with a capture structure at one end thereof, a head or receiver, a retaining and articulating structure and a side-loading pressure insert.

FIG. **2** is a perspective view of the assembly of FIG. **1** shown assembled.

FIG. **3** is an enlarged, perspective view of the insert of FIG. **1**.

FIG. **4** is a front elevational view of the insert of FIG. **3**.

FIG. **5** is a side elevational view of the insert of FIG. **3**.

3

FIG. **6** is a top plan view of the insert of FIG. **3**.

FIG. **7** is a bottom plan view of the insert of FIG. **3**.

FIG. **8** is a cross-sectional view of the insert taken along the line **8-8** of FIG. **6**.

FIG. **9** is an enlarged and partial front elevational view of the assembled shank, bone screw head and retaining and articulating structure of FIG. **2** shown prior to insertion of the side-loading insert.

FIG. **10** is an enlarged and partial front elevational view of the assembly of FIG. **2**.

FIG. **11** is an enlarged and partial side elevational view of the assembly of FIG. **2** shown with the side-loading insert in engagement with the bone screw shank, setting the shank in an angle of articulation with respect to the head.

FIG. **12** is a partial front elevational view of a bone screw driving tool according to the invention.

FIG. **13** is a partial side elevational view of the bone screw driving tool of FIG. **12**.

FIG. **14** is an enlarged and partial cross-sectional view of the head and insert taken along the line **14-14** of FIG. **2**, shown with the shank and retaining and articulating structure in front elevation and further shown with the driving tool of FIG. **12**.

FIG. **15** is a cross-sectional view taken along the line **15-15** of FIG. **14**.

FIG. **16** is an enlarged and partial cross-sectional view of the head, retaining and articulating structure and insert taken along the line **16-16** of FIG. **2**, shown with the shank in front elevation and further shown with the driving tool of FIG. **12** shown in the side elevational view of FIG. **13**.

FIG. **17** is a reduced view of the bone screw and driving tool of FIG. **14** further shown in exploded view with a guide wire and vertebra.

FIG. **18** is an enlarged view of the bone screw, driving tool, guide wire and vertebra of FIG. **17** shown in cooperation during a process of bone screw installation.

FIG. **19** is an exploded perspective view of a nested bone screw fastener assembly including a fastener base integral with a break-off head and an inner set screw.

FIG. **20** is an enlarged cross-sectional view taken along the line **20-20** of FIG. **19** and shown with a set screw tool.

FIG. **21** is a cross-sectional view similar to FIG. **20**, showing the set screw inserted in the fastener base.

FIG. **22** is a partial cross-sectional view of the bone screw and insert assembly of FIG. **14** shown with a rod, also in cross-section and in a process of mating with the nested bone screw fastener assembly of FIG. **21**.

FIG. **23** is a partial cross-sectional view, similar to FIG. **22** shown with a manipulation tool in a process of moving the side-loaded insert upwardly and away from the bone screw shank to allow for pivoting of the bone screw shank with respect to the head.

FIG. **24** is a partial cross-sectional view, similar to FIGS. **22** and **23**, shown with the shank fixed at a selected angle with respect to the head by frictional contact with the insert prior to frictional contact between the rod and the nested fastener assembly.

FIG. **25** is a reduced partial and cross-sectional view similar to FIG. **24**, showing the break-off head of the nested closure assembly being removed with a torquing tool.

FIG. **26** is a partial cross-sectional view similar to FIG. **25** shown with a set screw tool engaged with the inner set screw in a process of tightening the set screw against the rod.

FIG. **27** is a cross-sectional view similar to FIG. **26** showing a fully installed nested fastener in front elevation.

4

FIG. **28** is a partial cross-sectional view similar to FIG. **26**, showing engagement and removal of the nested fastener from the bone screw head with a set screw tool.

FIG. **29** is an exploded perspective view of a second embodiment of an assembly according to the invention including a shank with a capture structure at one end thereof, a head, a retaining and articulating structure and an insert.

FIG. **30** is an enlarged cross-sectional view of the bone screw head and retaining and articulating structure taken along the line **30-30** of FIG. **29**, shown with the retaining and articulating structure turned on a side thereof for insertion into the head.

FIG. **31** is a cross-sectional view similar to FIG. **30** showing the retaining and articulating structure turned back into the orientation shown in FIG. **29** but within the head in preparation for engagement with the capture structure of the shank.

FIG. **32** is an enlarged front elevational view of the insert of FIG. **29**.

FIG. **33** is an enlarged side elevational view of the insert of FIG. **29**.

FIG. **34** is an enlarged top plan view of the insert of FIG. **29**.

FIG. **35** is an enlarged bottom plan view of the insert of FIG. **29**.

FIG. **36** is an enlarged partial cross-sectional view of the head similar to FIG. **31** showing the shank and capture structure in front elevation in a process of engagement with the retaining and articulating structure, also shown in front elevation.

FIG. **37** is a partial cross-sectional view of the head similar to FIG. **36** showing the shank capture structure engaged with the retaining and articulating structure and showing a process of insertion of the insert into the head.

FIG. **38** is a cross-sectional view taken along the line **38-38** of FIG. **37**.

FIG. **39** is a cross-sectional view taken along the line **39-39** of FIG. **37**.

FIG. **40** is a reduced partial cross-sectional view of the head and front elevational view of the shank, retaining and articulating structure and insert similar to FIG. **37**, showing the insert rotated to a shank setting position and the assembly in a process of being driven into bone with a driving tool.

FIG. **41** is an enlarged cross-sectional view taken along the line **41-41** of FIG. **40**.

FIG. **42** is an enlarged and partial cross-sectional view of the head similar to FIG. **40**, shown with the shank, retaining and articulating structure and insert in front elevation and further showing a rod in cross-section and an engaged closure top in front elevation.

FIG. **43** is an exploded perspective view of a third embodiment of an assembly according to the invention including a shank with a capture structure at one end thereof, a head, a retaining and articulating structure and an insert.

FIG. **44** is an enlarged cross-sectional view of the bone screw head and retaining and articulating structure taken along the line **44-44** of FIG. **43**, shown with the retaining and articulating structure turned on a side thereof for insertion into the head.

FIG. **45** is a cross-sectional view similar to FIG. **44** showing the retaining and articulating structure turned back into the orientation shown in FIG. **43** but within the head in preparation for engagement with the capture structure of the shank.

FIG. **46** is a partial cross-sectional view of the head similar to FIG. **45** showing the shank and capture structure

US 9,788,866 B2

5

in front elevation in a process of engagement with the retaining and articulating structure, also shown in front elevation.

FIG. **47** is a partial cross-sectional view of the head similar to FIG. **46** showing the shank capture structure engaged with the retaining and articulating structure and showing a process of insertion of the insert into the head.

FIG. **48** is a cross-sectional view taken along the line **48-48** of FIG. **47**.

FIG. **49** is a cross-sectional view taken along the line **49-49** of FIG. **47**.

FIG. **50** is an enlarged front elevational view of the insert of FIG. **43**.

FIG. **51** is an enlarged side elevational view of the insert of FIG. **43**.

FIG. **52** is a reduced partial cross-sectional view of the head and front elevational view of the shank, retaining and articulating structure and insert similar to FIG. **47**, showing the insert rotated to a shank setting position and the assembly in a process of being driven into bone with a driving tool.

FIG. **53** is an enlarged cross-sectional view taken along the line **53-53** of FIG. **52**.

FIG. **54** an enlarged and partial cross-sectional view of the head similar to FIG. **52**, shown with the shank, retaining and articulating structure and insert in front elevation and further showing a rod in cross-section and an engaged closure top in front elevation.

DETAILED DESCRIPTION OF THE INVENTION

As required, detailed embodiments of the present invention are disclosed herein; however, it is to be understood that the disclosed embodiments are merely exemplary of the invention, which may be embodied in various forms. Therefore, specific structural and functional details disclosed herein are not to be interpreted as limiting, but merely as a basis for the claims and as a representative basis for teaching one skilled in the art to variously employ the present invention in virtually any appropriately detailed structure.

With reference to FIGS. **1-28**, the reference numeral **1** generally designates a polyaxial bone screw assembly according to the present invention. The assembly **1** includes a shank **4** that further includes a body **6** integral with an upwardly extending capture structure **8**; a head or receiver **10**; a retaining and articulating structure or ring **12**; and a side-loading pressure insert **14**. The shank **4**, head or receiver **10**, retaining and articulating structure **12** and insert **14** are preferably assembled prior to implantation of the shank body **6** into a vertebra **15**, which procedure is shown in FIGS. **17** and **18**.

FIGS. **19-28** further show a closure structure or nested fastener, generally **18**, of the invention for capturing a longitudinal member such as a rod **21** within the head or receiver **10**. The insert **14** allows for setting an angle of articulation between the shank body **6** and the head or receiver **10** prior to insertion of the rod **21**, if desired. Upon installation, which will be described in detail below, the nested fastener **18** presses against the rod **21** that in turn presses against the insert **14** that presses against the capture structure **8** which biases the retaining and articulating structure **12** into fixed frictional contact with the head or receiver **10**, so as to fix the rod **21** relative to the vertebra **15**. The head or receiver **10** and shank **4** cooperate in such a manner that the head **10** and shank **4** can be secured at any of a plurality of angles, articulations or rotational alignments relative to one another and within a selected range of angles

6

both from side to side and from front to rear, to enable flexible or articulated engagement of the head **10** with the shank **4** until both are locked or fixed relative to each other.

The shank **4**, best illustrated in FIGS. **1** and **2**, is elongate, with the shank body **6** having a helically wound bone implantable thread **24** extending from near a neck **26** located adjacent to the capture structure **8** to a tip **28** of the body **6** and extending radially outward therefrom. During use, the body **6** utilizing the thread **24** for gripping and advancement is implanted into the vertebra **15** leading with the tip **28** and driven down into the vertebra **15** with an installation or driving tool **31** so as to be implanted in the vertebra **15** to near the neck **26**, as shown in FIG. **24**, and as is described more fully in the paragraphs below. The shank **4** has an elongate axis of rotation generally identified by the reference letter A. It is noted that any reference to the words top, bottom, up and down, and the like, in this application refers to the alignment shown in the various drawings, as well as the normal connotations applied to such devices, and is not intended to restrict positioning of the assembly **1** in actual use.

The neck **26** extends axially outward and upward from the shank body **6**. The neck **26** may be of reduced radius as compared to an adjacent top **32** of the body **6**. Further extending axially and outwardly from the neck **26** is the capture structure **8** that provides a connective or capture structure disposed at a distance from the body top **32** and thus at a distance from the vertebra **15** when the body **6** is implanted in the vertebra **15**.

The capture structure **8** is configured for connecting the shank **4** to the head or receiver **10** and capturing the shank **4** in the head **10**. The capture structure **8** has an outer substantially cylindrical surface **34** having a helically wound guide and advancement structure thereon which in the illustrated embodiment is a V-shaped thread **36** extending from near the neck **26** to adjacent to an annular upper surface **38**. Although a simple thread **36** is shown in the drawings, it is foreseen that other structures including other types of threads, such as buttress and reverse angle threads, and non threads, such as helically wound flanges with interlocking surfaces, may be alternatively used in alternative embodiments of the present invention.

Projecting along the axis A upwardly and outwardly from the annular surface **38** of the capture structure **8** is a curved or dome-shaped top **42**. The illustrated top **42** is radially extending, convex, substantially hemispherical or dome-shaped, preferably having a substantially uniform radius of generation to provide for positive engagement with the insert **14** at almost any orientation of the shank **4**, as will be described more fully below. It is foreseen that in certain embodiments the radius may vary depending upon the needs and desires of the particular structure and the domed top **42** may have a shape that is only partly spherical or some other shape. For example, the domed top could be radiused at the location of greatest projection along the axis A and otherwise feathered along a periphery thereof so as to not have a continuous uniform radius of generation throughout but rather a continually changing radius of generation along at least the length thereof.

The shank **4** shown in some of the drawings is cannulated, having a small central bore **44** extending an entire length of the shank **4** along the axis A. The bore **44** has a first circular opening **46** at the shank tip **28** and a second circular opening **48** at the top surface **42**. The bore **44** is coaxial with the threaded body **6** and the capture structure outer surface **34**. The bore **44** provides a passage through the shank **4** interior for a length of wire or pin **49** as shown in FIGS. **17** and **18**,

US 9,788,866 B2

7

8

inserted into the vertebra **15** prior to the insertion of the shank body **6**, the pin **49** providing a guide for insertion of the shank body **6** into the vertebra **15**.

Referring to FIGS. **1**, **2**, **9-11** and **14**, the head or receiver **10** has a generally cylindrical outer profile with a substantially cylindrical base **50** integral with a pair of opposed upstanding arms **52** that extend from the base **50** to a top surface **54**. The arms **52** form a U-shaped cradle and define a U-shaped channel **56** between the arms **52** and include an upper opening **57** and a lower seat **58** having substantially the same radius as the rod **21** for operably snugly receiving the rod **21**.

Each of the arms **52** has an interior surface **60** that defines the inner cylindrical profile and includes a partial helically wound guide and advancement structure **62**. In the illustrated embodiment, the guide and advancement structure **62** is a partial helically wound flangeform configured to mate under rotation with a similar structure on the nested fastener **18**, as described more fully below. However, it is foreseen that the guide and advancement structure **62** could alternatively be a V-shaped thread, a buttress thread, a square thread, a reverse angle thread or other thread like or nonthread like helically wound advancement structures for operably guiding under rotation and advancing the fastener **18** downward between the arms **52**.

Tool engaging grooves **64** are formed on outer substantially cylindrical surfaces **65** of the arms **52** which may be used for holding the head **10** during assembly with the shank **4** and the retaining and articulating structure **12** and also during the implantation of the shank body **6** into vertebra **15**. The illustrated grooves **64** are disposed near the top **54** of the head **10** and each extend partially circumferentially about a periphery of each arm **52** and may include an undercut or dovetail feature for engagement with a holding tool. A holding tool (not shown) is equipped with structure sized and shaped to be received in the grooves **64**. The holding tool and respective grooves **64** may be configured for either a twist on/twist off engagement with the head, or a flexible snap on/snap off engagement wherein the holding tool has legs which splay outwardly to position the tool for engagement in the grooves **64** or a combination thereof. It is foreseen that the grooves **64** and the cooperating holding tool may be configured to be of a variety of sizes and locations along the cylindrical surfaces **65**. Also disposed centrally on each arm **52** is an oval through-bore **68** that allows for manipulation of the insert **14** as will be described more fully below.

Communicating with the U-shaped channel **56** and located within the base **50** of the head or receiver **10** is a chamber or cavity **78** substantially defined by an inner surface **80** of the base **50**, the cavity **78** opening upwardly into the U-shaped channel **56**. The inner surface **80** is substantially spherical, with at least a portion thereof forming a partial internal spherical seating surface **82** having a first radius. The surface **82** is sized and shaped for mating with the retaining and articulating structure **12**, as described more fully below.

The base **50** further includes a restrictive neck **83** defining a bore **84** communicating with the cavity **78** and a lower exterior **86** of the base **50**. The bore **84** is coaxially aligned with respect to a rotational axis B of the head **10**. The bore **84** may be conically counterbored or beveled in a region **85** to widen the angular range of the shank **4**.

The neck **83** and associated bore **84** are sized and shaped to be smaller than a radial dimension of the retaining and articulating structure **12**, as will be discussed further below, so as to form a restriction at the location of the neck **83**

relative to the retaining and articulating structure **12**, to prevent the retaining and articulating structure **12** from passing from the cavity **78** and out into the lower exterior **86** of the head **10** when the retaining and articulating structure **12** is seated. However, it is foreseen that the retaining and articulating structure could be compressible (such as where such structure has a missing section) and that the retaining structure could be loaded up through the neck **83** and then allowed to expand and fully seat in the spherical seating surface.

It is foreseen that the inner surface **80** may further include an elongate upper loading recess (not shown) for accommodating and loading the retaining and articulating structure **12** into the cavity **78**. Such a loading recess would be generally vertically disposed in the head **10**, extending between and communicating with both the channel **56** and the cavity **78**, allowing for ease in top loading the retaining and articulating structure **12** to the cavity through the upper opening **57** and otherwise allowing for the spherical wall **80** of the head **10** to have a radius allowing for substantial thickness and strength of the head base **50**.

On each arm **52**, disposed adjacent to and directly below the guide and advancement structure **62** is an inner, inset surface **87** having a width or diameter greater than a distance between the interior surfaces **60** of the arms **52**. An inner insert receiving surface **88** is located between the surface **87** and the inner substantially spherical surface **80**. The insert receiving surface **88** includes a band of ridges or teeth **89** extending across each arm **52** and running parallel to the head top surface **54**. The ridges or teeth **89** each incline in a downward direction toward the base **50** and are sized and shaped to cooperate with ratchet teeth disposed on the insert **14** as will be described more fully below. The inner surface **87** provides space for insertion of the insert **14** into the head **10** with no initial engagement of the teeth **89** with the head **10** as illustrated in FIG. **10**.

The retaining and articulating structure or ring **12** is used to retain the capture structure **8** of the shank **4** within the head **10**. The retaining and articulating structure **12**, best illustrated by FIGS. **1**, **14**, **16** and **18**, has an operational central axis that is the same as the elongate axis A associated with the shank **4**, but when the retaining and articulating structure **12** is separated from the shank **4**, the axis of rotation is identified as an axis C. The retaining and articulating structure **12** has a central bore **90** that passes entirely through the retaining and articulating structure **12** from a top surface **92** to a bottom surface **94** thereof. A first inner cylindrical surface **96** defines a substantial portion of the bore **90**, the surface **96** having a helically wound guide and advancement structure thereon as shown by a helical rib or thread **98** extending from adjacent the top surface **92** to adjacent the bottom surface **94**. Although a simple helical rib **98** is shown in the drawings, it is foreseen that other helical structures including other types of threads, such as buttress and reverse angle threads, and non threads, such as helically wound flanges with interlocking surfaces, may be alternatively used in an alternative embodiment of the present invention. The inner cylindrical surface **96** with helical rib **98** are configured to mate under rotation with the capture structure outer surface **34** and helical advancement structure or thread **36**, as described more fully below.

The retaining and articulating structure **12** has a radially outer partially spherically shaped surface **104** sized and shaped to mate with the partial spherically shaped seating surface **82** of the head and having a radius approximately equal to the radius associated with the surface **82**. The retaining and articulating structure radius is larger than the

US 9,788,866 B2

9

radius of the neck 83 of the head 10. Although not required, it is foreseen that the outer partially spherically shaped surfaced 104 may be a high friction surface such as a knurled surface or the like.

The retaining and articulating structure top surface 92 extends from the central bore 90 to the outer surface 104. The top surface 92 is disposed at an angle with respect to the bottom surface 94, with the top surface 92 sloping in a downward direction toward the bottom surface 94 as the top surface 92 extends toward the outer surface 104. As illustrated in FIG. 11 and discussed more fully below, the angle of inclination of the top surface 92 is configured for contact and frictional engagement with a bottom surface of the insert 14.

The retaining and articulating structure 12 further includes a tool engagement structure in the form of a transverse slot 106 formed in the top surface 92 for engagement with the driving tool 31 shown in FIGS. 17 and 18. As will be described more fully below, the tool 31 is configured to fit within the transverse slot 106 on either side of the domed top 42 of the shank 4 and utilized for driving the shank body 6 into the vertebra 15.

The elongate rod or longitudinal member 21 that is utilized with the assembly 1 can be any of a variety of implants utilized in reconstructive spinal surgery, but is normally a cylindrical elongate structure having a smooth, outer cylindrical surface 108 of uniform diameter. The rod 21 is preferably sized and shaped to snugly seat near the bottom of the U-shaped channel 56 of the head 10 and, during normal operation, is positioned slightly above the bottom of the channel 56 at the lower seat 58. In the illustrated embodiment, the domed top 42 of the shank 4 does not come into direct contact with the rod 21, but rather, the side-loading insert 44 is received within the bone screw head 10 prior to rod insertion, and ultimately is positioned between the rod 21 and the top 42.

The insert 14 is best illustrated in FIGS. 3-7. The insert 14 includes a base 110 integral with a pair of upstanding arms 112. The base 110 and arms 112 form a generally U-shaped, open, through-channel 114 having a substantially cylindrical bottom seating surface 116 configured to operably snugly engage the rod 21. Each arm 112 has a faceted outer profile with a lower facet or face 120 extending from the base 110 and integral with a side facet or face 122 that includes a bar or rack of inclined teeth 124 for ratcheting the insert 14 down by degrees into the head 10 in cooperation with the ridges or teeth 88 disposed on the insert receiving surface 88, as will be described more fully below. Each side facet or face 122 extends between one of the lower facets 120 and a top surface 126. The ratchet teeth 124 are disposed near the top surface 126 and each tooth 124 runs in a direction parallel to the top surface 126. Furthermore, each tooth 124 includes a surface 130 inclined in an outward and upward direction toward the top surface 126. The teeth 124 are thus readily movable or ratcheted downwardly toward the cavity 78 of the bone screw head 10 when desired, after side insertion of the insert 14 into the head 10 as illustrated in FIGS. 1 and 2. Once the teeth 124 are pressed downwardly into engagement with the teeth 89, the insert 14 resists upward movement toward the opening 57 of the bone screw head channel 56.

Disposed on either side of each side facet 122 are lateral facets 128 that terminate at planar outer edge surfaces 132. Also extending between the edge surfaces 132 and the base 110 are lower facets 134. A pair of opposing, squared-off notches 136 are formed on each lower facet 134 in a central location where the facet 134 contacts the edge surfaces 132.

10

The notches 136 are sized and shaped to correspond and cooperate with the transverse slot 106 of the retaining and articulating structure 12 to allow for insertion of the driving tool 31 through the notches 136 and into the slot 106 for engagement with the retaining and articulating structure during installation of the shank body 6 into bone.

Disposed centrally on a bottom surface 138 of the base 110, opposite the seating surface 116 is a concave, substantially spherical formation 140. A cannulation bore 142 extends through a central portion of the formation 140. The formation 140 is sized and shaped to snugly frictionally fit about the domed top 42 of the capture structure 8. As will be described in greater detail below, as the insert 14 is ratcheted downwardly into contact with the domed top 42 and the retaining and articulating structure 12, the insert 14 may be used to set the articulation of the shank body 6 with respect to the bone screw head 10 prior to insertion and locking of the rod 21 into the head 10, or by inserting and compressing the rod 21 with the closure top 18 and then releasing the closure top 18. As illustrated in FIG. 23 and discussed more fully below, the side bores or apertures 68 formed in the head 10 allow for manipulation of the insert 14 with respect to the dome shaped top 42 by a tool 146 that has opposed pinchers or prongs 147 for extending through the bores 68 and pressing against the arms 112 of the insert 14 to loosen the insert 14 from the head 10. Eventually, the rod 21 is placed in the U-shaped channel 56 and/or the rod 21 which has been placed in the channel directly, abutingly engages or re-engages the insert 14 that in turn engages the shank capture structure domed top 42, as shown, for example, in FIGS. 11 and 22, consequently biasing the shank 4 downwardly in a direction toward the base 50 of the head 10 when the assembly 1 is fully assembled. The shank 4 and retaining and articulating structure 12 are thereby locked in position relative to the head 10 by the rod 21 firmly pushing downward on the insert 14 and the shank domed top surface 42.

With reference to FIGS. 12-18, the driving tool 31 according to the invention includes a handle 150, an elongate cylindrical stem or shaft 154 and an engagement structure 156. The engagement structure 156 is configured to operably mate with both the insert 14 and the retaining and articulating structure 12 at the transverse slot 106 thereof. The shaft 154 with attached engagement structure 156 is receivable in and passes through the interior of the bone screw head 10. The stem or shaft 154 is rigidly attached to the handle 150 and coaxial therewith. The handle 150 includes outer grooves 158 disposed about an outer cylindrical surface 160 thereof to aid in gripping and rotating the respective components.

The engagement structure 156 includes an oblong support 162 with two opposed arms 164 extending downwardly from the support 162 and away from the shaft 154 at either end of the support 162. The oblong support 162 has a substantially cylindrical lower surface 166 sized and shaped to fit within the U-shaped channel 114 of the insert 14 and operably mate with the bottom seating surface 116 during turning rotation and driving the of the bone screw shank 4 into bone. Each arm 164 further includes an extension 168 sized and shaped to fit within the transverse slot 106 of the retaining and articulating structure 12. As illustrated in FIG. 16, each extension 168 has a thickness such that the extension 168 fits snugly between the threaded cylindrical surface 34 of the capture structure 8 and the inner surface 80 of the head 10, while a bottom surface 170 of the extension 168 seats evenly on a base surface 171 of the transverse slot 106. Each arm 164 also includes an inner seating surface 174

US 9,788,866 B2

11

disposed parallel to the base surface 171. Each inner seating surface 174 is sized and shape to seat upon and engage the annular top surface 38 of the capture structure 8 when the extensions 168 are seated within the transverse slot 106. Thus, the engagement structure 156 of the driving tool 31 engages the bone screw assembly 1 at the lower cylindrical surface 166, the extensions 168 and the inner seating surface 174 when driving the shank body 6 into the vertebra 15, as will be described more fully below. The driving tool 31 also includes a centrally located cannulation bore 176 extending along a length thereof, sized shaped and located to cooperate with the cannulation bore 44 of the bone screw shank 4 and the cannulation bore 142 of the insert 14.

With particular reference to FIGS. 19-21, the closure structure or nested fastener 18 can be any of a variety of different types of closure structures for use in conjunction with the present invention with suitable mating structure on the upstanding arms 52 of the head 10. The fastener 18 screws between the spaced arms 52. The illustrated fastener 18 includes an outer fastener 204 and an uploaded set screw 206. The fastener 204 includes a base 208 integral or otherwise attached to a break-off head 210. The base 208 cooperates with the head 10 of the bone screw assembly 1, as illustrated in FIGS. 22-28, to close the head U-shaped channel 56 and to clamp the spinal fixation rod 21 within the bone screw head 10. The break-off installation head 210 includes a faceted outer surface 220 sized and shaped for engagement with a tool 221 for installing the fastener 204 to the bone screw head or receiver 10 and thereafter separating the break-off head 210 from a respective base 208 when installation torque exceeds selected levels.

The base 208 of the fastener 204 is substantially cylindrical, having an axis of rotation D and an external surface 250 having a guide and advancement structure 252 disposed thereon. The guide and advancement structure 252 is matingly attachable to the guide and advancement structure 62 of the bone screw head 10. As with the guide and advancement structure 62, the guide and advancement structure 252 can be of any type, including V-type threads, buttress threads, reverse angle threads, or square threads. Preferably the guide and advancement structure 252 is a helically wound flange form that interlocks with the reciprocal flange form as part of the guide and advancement structure 62 on the interior of the bone screw arms 52. The guide and advancement structures 62 and 252 are preferably of a type that do not exert radially outward forces on the arms 52 and thereby avoid tendencies toward splaying of the arms 52 of the bone screw head 10, when the fastener 204 is tightly torqued into the head 10.

The fastener 204 includes an internal, centrally located through-bore 254. At the base 208, the bore 254 is substantially defined by a guide and advancement structure, shown in FIGS. 20 and 21 as an internal V-shaped thread 256. The thread 256 is sized and shaped to receive the threaded set screw 206 therein as will be discussed in more detail below. Although a traditional V-shaped thread 256 is shown, it is foreseen that other types of helical guide and advancement structures may be used. Near a substantially annular planar top surface 258 of the base 208, an abutment shoulder 260, extends uniformly radially inwardly. The abutment shoulder 260 is spaced from the V-shaped thread 256 and sized and shaped to be a stop for the set screw 206, prohibiting the set screw 206 from advancing out of the top 258 of the base 208. It is foreseen that alternatively, the set screw 206 may be equipped with an outwardly extending abutment feature near a base thereof, with complimentary alterations made in the base 208, such that the set screw 206 would be prohibited

12

from advancing out of the top 258 of the base 208 due to abutment of such outwardly extending feature against a surface of the base 208.

An inner cylindrical wall 262 separates the abutment shoulder 260 from the thread 256. The cylindrical wall 262 has a diameter slightly greater than a root or major diameter of the internal thread 256. The wall 262 partially defines a cylindrical space or passage 264 for axial adjustable placement of the screw 206 with respect to the rod 21 as will be discussed in more detail below.

The fastener 204 further includes the break-off head 210 that is integral or otherwise attached to the fastener 204 at a neck or weakened region 266. The neck 266 is dimensioned in thickness to control the torque at which the break-off head 210 separates from the fastener 204. The preselected separation torque of the neck 266 is designed to provide secure clamping of the rod 21 by the fastener 204 before the head 210 separates. For example, 120 inch pounds of force may be a selected break-off torque. The illustrated, hexagonal faceted surfaces 220 of the break-off head 210 enables positive, non-slip engagement of the head 210 by the installation and torquing tool 221 illustrated in FIG. 25. Separation of the break-off head 210 leaves only the more compact base 208 of the fastener 204 installed in the bone screw head or receiver 10, so that the installed fastener 204 has a low profile.

The base 208 of the fastener 204 may include structure to provide clamping engagement between the base 208 and the rod 21. In the embodiment disclosed in FIGS. 19-28, a bottom surface 268 of the base 208 has an interference structure in the form of a "cup point" or V-shaped ridge or ring 270. The V-ring 270 operably cuts into the outer surface 108 of the rod 21 during assembly, when the fastener 204 is threaded into the screw head 10, so that the fastener more positively secures the rod 21 against rotational and translational movement of the rod 21 relative to the bone screw head 10. As the rod 21 may be bent or skewed with respect to the head 10 at a location of engagement between the rod 21 and the fastener 204, only a portion or a side of the V-ring 270 may engage with and cut into the rod 21. It is also foreseen that in some embodiments, clamp enhancing structure on the fastener 204, such as the V-ring 270, or surface finish such as knurling, may or may not be necessary or desirable.

The uploadable set screw 206 has a substantially planar top 276 and a bottom 277. The set screw 206 is substantially cylindrical in shape, having an axis of rotation E, and includes an outer cylindrical surface 278 with a V-shaped thread 280 extending from the top 276 to the bottom 277 thereof. The surface 278 and thread 280 are sized and shaped to be received by and mated with the inner thread 256 of the fastener base 208 in a nested relationship. Thus, in operation, the axis of rotation E is the same as the axis of rotation D of the fastener 204.

The embodiment of the set screw 206 best illustrated in FIGS. 19-21 includes interference structure for enhancing clamping or setting engagement with the surface 108 of the rod 21. The bottom 277 of the illustrated set screw 206 has a centrally located set point 282 and a peripherally located cup point or V-shaped set ring 284 projecting therefrom. The set point 282 and the set ring 284 are designed to cut into the surface 108 of the rod 21 when the set screw 206 is tightly fastened into the fastener base 208. The set point 282 projects outwardly from the bottom 277 to a location beyond the outermost surface of the set ring 284. Thus, the set point 282 is an initial and primary source of engagement with the rod 21, directly pressing against the rod 18 along the central

US 9,788,866 B2

13

axis of rotation D of the set screw **206**. As with the V-ring **270** of the fastener **204**, the V-ring **284** may contact and press against the rod **21** only along a portion thereof if the rod **21** is bent or otherwise disposed in a skewed relationship with the bone screw head **10**. It is foreseen that a domed shape projection (not shown) may be utilized in lieu of the set point **282**. Such a projection may be a radially extending convex, curved, partially spherical or dome-shaped interference or compressive structure, having a substantially uniform radius to provide for positive engagement with the rod **21** at the surface **108**. Such a domed structure may extend a greatest distance along the central axis E. It is also foreseen that other structures for enhancing clamping, such as knurling or the like may be used in some embodiments or none in others.

The set screw **206** includes a central aperture **286** formed in the top **276** and defined by faceted side walls **288** and a hexagonal bottom seating surface **289**, forming a hex-shaped internal drive for positive, non-slip engagement by a set screw installment and removal tool such as an Allen-type wrench **290** as depicted in FIGS. **20**, **26** and **28**. With reference to FIG. **20**, the central aperture **286** cooperates with the central internal bore **254** of the fastener **204** for accessing and uploading the set screw **206** into the fastener **204** prior to engagement with the bone screw head **10**. After the nested fastener **18** engages the bone screw head **10**, and the break-off head **210** is broken off, the tool **290** is used to set and lock the set screw **206** against the rod **21** as illustrated in FIG. **26**.

There are circumstances under which it is desirable or necessary to release the rod **21** from the bone screw head **10**. For example, it might be necessary for a surgeon to re-adjust components of a spinal fixation system, including the rod **21**, during an implant procedure, following an injury to a person with such a system implanted. In such circumstances, the tool **290** may be used to remove both the set screw **206** and attached fastener base **208** as a single unit, with the set screw **206** contacting and contained within the base **208** by the abutment shoulder **260**. Thus, as illustrated in FIG. **28**, rotation of the tool **290** engaged with the set screw **206** backs both the set screw **206** and the fastener base **208** out of the guide and advancement structure **252** in the arms **52** of the bone screw head **10**, thereby releasing the rod **21** for removal from the bone screw head **10** or repositioning of the rod **21**. It is foreseen that other removal structures such as side slots or other screw receiving and engagement structures may be used to engage the set screw **206** that is nested in the fastener base **208**.

With reference to FIGS. **1** and **2**, prior to the polyaxial bone screw assembly **1** being implanted in the vertebra **15**, the retaining and articulating structure **12** is typically first inserted or top-loaded, into the head U-shaped channel **56**, and then into the cavity **78** to dispose the structure **12** within the inner surface **80** of the head **10**. The structure **12** is typically turned or rotated such that the axis C is perpendicular to the axis B of the head **10** during insertion of the structure **12** into the head **10**. Then, after the retaining and articulating structure **12** is within the cavity **78**, the retaining and articulating structure **12** is rotated approximately 90 degrees such that the axis C is coaxial with the axis B of the head **10**, and then the structure **12** is seated in sliding engagement with the seating surface **82** of the head **10**.

The shank capture structure **8** is preloaded, inserted or bottom-loaded into the head **10** through the bore **84** defined by the neck **83**. In other embodiments according to the invention (not shown), the shank **4** may be sized and configured to be top-loaded, if desired in which case it must

14

be inserted prior to the retaining and articulating structure **12**. The retaining and articulating structure **12**, now disposed in the head **10** is coaxially aligned with the shank capture structure **8** so that the helical v-shaped thread **36** rotatingly mates with the thread **98** of the retaining and articulating structure **12**.

The shank **4** and/or the retaining and articulating structure **12** are rotated to fully mate the structures **36** and **98** along the respective cylindrical surfaces **34** and **96**, fixing the capture structure **8** to the retaining and articulating structure **12**, until the annular top surface **38** of the capture structure **8** and the retaining and articulating structure top surface **92** are contiguous. Permanent, rigid engagement of the capture structure **8** to the retaining and articulating structure **12** may be further ensured and supported by the use of adhesive, a spot weld, a one-way thread or deforming one or both of the threads **36** and **98** with a punch or the like.

With reference to FIG. **9**, at this time the shank **4** is in slidable and rotatable engagement with respect to the head **10**, while the capture structure **8** and the lower aperture or neck **83** of the head **10** cooperate to maintain the shank body **6** in rotational relation with the head **10**. According to the embodiment of the invention shown in FIGS. **1-28**, only the retaining and articulating structure **12** is in slidable engagement with the head spherical seating surface **82**. Both the capture structure **8** and threaded portion of the shank body **6** are in spaced relation with the head **10**. The shank body **6** can be rotated through a substantial angular rotation relative to the head **10**, both from side to side and from front to rear so as to substantially provide a universal or ball joint wherein the angle of rotation is only restricted by engagement of the neck **26** of the shank body **6** with the neck or lower aperture **83** of the head **10**. It is foreseen that in some embodiments that the retaining structure could simply keep the shank upper portion in the receiver and not articulate with the shank upper portion. In such embodiments, the shank upper portion could have a spherical enlargement that articulates with the head spherical seating surface, the insert and the retaining structure itself.

The insert **14** is then loaded into the head **10** as illustrated in FIGS. **1** and **2** and further operationally shown in FIGS. **9-11**. With particular reference to FIG. **10**, the insert U-shaped channel **114** is aligned with the head **10** U-shaped channel **56** and the insert **14** is initially side-loaded into the head **10** with the ratchet teeth **124** disposed adjacent to the surfaces **87** and directly above the ratchet teeth **89** of the insert receiving surface **88**. Such placement allows for unrestricted angular rotation of the shank body **6** with respect to the head **10**. As illustrated in FIG. **11**, the insert **14** may be pushed downward into contact with the domed top **42**, frictionally engaging the top **42** with the insert **14** and thus setting the angle of orientation of the shank body **6** with respect to the head **10** at any desired angle. Because of the orientation of the insert ratchet teeth **124** and the bone screw head ratchet teeth **89**, the insert **14** is readily and easily pushed downward into the head and toward the domed top **42**, setting or fixing the desired angle of orientation between the shank body **6** and the head **10**. Again, this can be done directly with a tool or by compression through the rod **21**. Furthermore, the cooperating ratchet teeth **124** and **89** resist any upward, loosening forces, as will be described more fully below. As shown in FIG. **11**, a full range of articulation is possible utilizing the insert **14**, also due to the cooperation of the sloped, faceted surfaces **120**, **134**, of the insert **14** and also the inclined top surface **92** of the retaining and articulating structure **12**.

US 9,788,866 B2

15

With reference to FIG. 10, and also FIGS. 12-18, the assembly 1 is typically screwed into a bone, such as the vertebra 15, by rotation of the shank 4 using the driving tool 31 that operably drives and rotates the shank 4 by engagement thereof with the insert 14 and the transverse slot 106 of the retaining and articulating structure 12. Specifically with reference to FIGS. 14-16, the tool 31 shown in FIGS. 12 and 13 is inserted into the head 10 of the bone screw fitted with an insert that has been loosely placed in the head 10 as shown in FIG. 10. The surface 166 of the driving tool 31 comes into contact with the bottom seating surface 116 of the insert 14 and the tool arms 164 extend through the insert notches 136, pushing the insert down into the head 10 until the tool extensions 168 seat within the transverse slot 106 with the tool bottom surface 170 frictionally engaging the base 171 defining the transverse slot 106. As illustrated in FIG. 16, some frictional engagement between the tool surface 174 and the top surface 38 of the capture structure 8 may also be achievable during rotation of the driving tool 31. It is foreseen that in other embodiments according to the invention, the transverse slot 106 may be replaced by other types of tool engaging recesses.

Preferably prior to implantation of the bone screw assembly 1 into the vertebra 15, the set screw 206 is assembled with the fastener 204. With particular reference to FIGS. 19-21, the Allen-type tool 290 is inserted through the bore 254 of the fastener 204 and into the aperture 286 of the set screw 206 until seated on the bottom surface 289, with faceted outer surfaces 292 of the tool 290 engaging the inner faceted walls 288 of the set screw 206. The set screw 206 is then uploaded into the fastener 204 by rotation of the set screw 206 with respect to the fastener 204 to mate the set screw thread 280 with the fastener inner thread 256 until the set screw top surface 276 abuts the abutment shoulder 260, resulting in the nested arrangement of the fastener 18 shown in FIG. 21, with the set screw 206 completely enveloped in the fastener base 208. The nested assembly 18 shown in FIG. 21 is now pre-assembled and ready for use with a bone screw head 10 and cooperating rod 21. As illustrated in FIG. 21, in such a pre-assembly arrangement, the V-ring 270 preferably projects beyond the point 282 and the V-ring 284 of the set screw 206, such that the base 208 will seat fully within the bone screw arms 52 prior to engagement of the set screw 206 with the rod 21.

Typically at least two and up to a plurality of bone screw assemblies 1 are implanted into vertebrae for use with the rod 21. With reference to FIGS. 17 and 18, each vertebra 15 may be pre-drilled to minimize stressing the bone and have the guide wire or pin 49 inserted therein that is shaped for the cannula 44 of the bone screw shank 6 and provides a guide for the placement and angle of the shank 4 with respect to the vertebra 15. A further tap hole may be made using a tap with the guide wire 49 as a guide. Then, the assembly 1 and the driving tool 31 are threaded onto the guide wire by first threading the wire into the bottom opening 46 of the shank body 6. The wire 49 is then threaded out of the top opening 48 and through the bore 142 of the insert 14 and then into the bore 176 of the driving tool 31. The shank body 6 is then driven into the vertebra 15, by rotation of the driving tool 31, using the wire 49 as a placement guide.

With reference to FIG. 22, the rod 21 is eventually positioned within the head U-shaped channel 56, and the nested fastener 18 is then inserted into and advanced between the arms 52. With reference to FIG. 23, before or after rod insertion, it may be desirable to move the insert 14 to a position disengaged from the shank domed top 42 to

16

allow for rotation of the shank body 6 with respect to the head 10 to a desired angle of articulation. As illustrated in FIG. 23, the manipulation tool 146 may be utilized for such purpose by inserting the prongs 147 of the tool 146 into the opposing bores 68 and pinching or squeezing the insert arms 112 toward one another to release the insert ratchet teeth 124 from the ratchet teeth 89 disposed on the head 10, and then move the insert 14 up and away from the domed top 42. The tool 146 may also be used to lower the insert 14 into position against the domed top 42. The bores 68 are preferably configured with an oblong orientation such that the insert 14 may be accessed for upward and downward positioning. Thus, utilizing the insert 14, a bone screw assembly 1 may be set and fixed at a desired angle of articulation prior to implantation of the rod 21, or after the rod 21 is placed in the head 10. Furthermore, if it is desired for the bone screw shank to remain rotatable with respect to the head 10 during part or all of a procedure until the rod 21 and bone screw assembly 1 are clamped into final position with the fastener 18, the insert 14 may be manipulated as shown in FIG. 23 to provide for such freedom of articulation.

With reference to FIG. 24, the insert 14 is pressed downwardly into engagement with the shank domed top surface 42 to set the angle of articulation of the shank body 6 with respect to the head 10 at the position shown. The rod 21 is seated on the insert 14 and the fastener 18 is initially placed between the arms 52 and rotated using the installation tool 221 engaged with the surfaces 220 of the break-off head 210 until the fastener guide and advancement structure 252 is fully mated with the head guide and advancement structure 62, but with the set screw 206 in position within the fastener base 208 such that the point 282 and the ring 284 are not engaged with the rod 21. With reference to FIG. 25, the break-off head 210 is then twisted to a preselected torque, for example 90 to 120 inch pounds, also utilizing the tool 221 in engagement with the faceted outer surface 220 of the break-off head 210, with or without bending of the rod 21 in order to achieve and maintain a desired alignment of the spine.

With reference to FIGS. 26 and 27, thereafter, the set screws 206 are tightened, preferably in a selected order, by inserting the Allen-type tool 290 into the aperture 286 and rotating the tool 290 to thread the set screw 206 downwardly toward the rod 21. As each set screw 206 is torqued tightly using the tool 290, first the point 282 and then portions of the V-ring 284 preferably come into contact and abrade or dig into the rod surface 108.

As previously discussed herein, because the rod 21 may be bent, not all projected portions of the fastener base 208 and the set screw 206 may come into contact with the rod 21. The availability of multiple locations of engagement of the fastener base 208 and the set screw 206 with the rod 21 increases the probability that the rod 21 will be engaged securely by the nested fastener assembly 18. It is noted that the fastener base 208 may only seat at the bottom of the bone screw head opening 57 so as to close the opening 57 and capture the rod 21 therein without the V-ring 270 or the base 268 contacting the rod surface 108. The set screw 206 is then turned and tightened against the rod 21, the point 284 engaging the rod surface 108 and thereby securing the rod 21 in place.

FIG. 27 illustrates the polyaxial bone screw assembly 1 and including the rod 21 and the nested fastener 18 positioned in a vertebra 15. The axis A of the bone shank 4 is illustrated as not being coaxial with the axis B of the head 10 and the shank 4 is fixed in this angular locked configuration. Other angular configurations can be achieved, as

US 9,788,866 B2

17

18

required during installation surgery due to positioning of the rod **21** or the like. It is noted that in the illustrated embodiment, the shank domed top **42** is rounded to approximately equally extend upward into the channel **56** approximately the same amount no matter what degree of rotation exists between the shank **4** and head **10** and the surface **42** is sized to extend slightly upwardly into the U-shaped channel **56**. Thus, the surface **42** is engaged by the insert **14** that is in turn engaged by the rod **21** and pushed downwardly toward the base **50** of the head **10** when the nested fastener **18** biases downwardly toward and onto the rod **21**. However, it is foreseen that the thickness of the insert **14** may be increased to allow for a shank top that does not extend into the U-shaped channel **56**.

The downward pressure on the shank **4** pressed upon by the insert **14** in turn urges the retaining and articulating structure **12** downward toward the head seating surface **82**, with the retaining and articulating structure outer surface **104** in frictional engagement with the head seating surface **82**. As the nested fastener **18** presses against the rod **21**, the rod **21** presses against the shank and the retaining and articulating structure **12** that is now rigidly attached to the shank **4** which in turn becomes frictionally and rigidly attached to the head **10**, fixing the shank body **6** in a desired angular configuration with respect to the head **10** and the rod **21**.

With reference to FIG. **28**, if removal of the assembly **1** is necessary, or if it is desired to release the rod **21** at a particular location, disassembly is accomplished by using the Allen-type driving tool **290**, mated with the set screw **206** at the aperture **286** and turned in a direction to rotate the set screw **206** up and out of the base **208**. The set screw top **276** then backs into and abuts the abutment shoulder **260**, transferring rotational torque exerted from the tool **290** from the set screw **206** to the fastener base **208**. The base **208** then rotates with the guide and advancement structure **252** threading out of the guide and advancement structure **62** of the head **10**. Thus, both the set screw **206** and the fastener base **208** are removed from the bone screw head **10** at the same time. If desired, the manipulation tool **146** may be used as shown in FIG. **23** and previously described herein to disengage the insert **14** from the shank domed top **42**. Finally, disassembly of the assembly **1** is accomplished in reverse order to the procedure described previously herein for assembly.

With reference to FIGS. **29-42**, the reference number **301** generally represents a second or alternative embodiment of an assembly according to the present invention. The assembly **301** includes a bone screw shank **304**, having a capture structure **306** and a shank body **308** with a thread **310** for threadably implanting into a bone, such as a vertebra **313**, and a head or receiver **314** which connects with the shank **304** to engage and secure a structural member, such as a spinal fixation rod **316**, relative to the vertebra **313**. The assembly **301** also includes a retaining and articulating structure or ring **320** operably positioned within the head or receiver **314** and engaging the capture structure **306** on the upper portion of the shank **304**. The capture structure **306** is retained within the head or receiver **314** by the retaining and articulating structure **320** as will be described more fully below. The assembly **301** further includes a pressure insert **324**, engageable with the upper portion of the capture structure **306** and the rod **316** as will be described more fully below. The shank **304**, head or receiver **314**, retaining and articulating structure **320** and the insert **324** are preferably assembled prior to implantation of the shank body **308** into the vertebra **313**.

With reference to FIG. **42**, the assembly **301** further includes a closure top **326** for fixing the rod **316** within the head or receiver **314**. The insert **324** allows for setting an angle of articulation between the shank body **308** and the head or receiver **314** prior to insertion of the rod **316**, if desired. Upon installation, which will be described in detail below, the closure top **326** presses against the rod **316** that in turn presses against the insert **324** that presses against the upper end of the capture structure **306** which biases the retaining and articulating structure **320** into fixed frictional contact with the head or receiver **314**, so as to fix the rod **316** relative to the vertebra **313**. The head or receiver **314** and shank **304** cooperate in such a manner that the head or receiver **314** and shank **304** can be secured at any of a plurality of angles, articulations or rotational alignments relative to one another and within a selected range of angles both from side to side and from front to rear, to enable flexible or articulated engagement of the head or receiver **314** with the shank **304** until both are locked or fixed relative to each other.

Referring to FIGS. **29, 36-38** and **40**, the shank **304** is elongated and sized and shaped to be screwed into one of the vertebra **313**. The shank body **308** includes the external helically wound thread **310** that extends from an outer tip **330** to a neck **332** disposed adjacent the capture structure **306**.

On the illustrated shank **304**, the capture structure **306** includes a region **334** that is frusto-conical in shape, diverging in diameter in a direction away from the outer tip **330** and that is coaxially aligned with an axis of rotation of the shank body **308**. The region **334** terminates at an annular seating surface **335**. The illustrated capture structure **306** has a maximum radius that is less than a radius associated with the shank thread **310** and further, preferably less than the radius of the shank body **308** whereupon the thread **8** is located.

The capture structure **306** has a plurality of tool engageable grooves, apertures or the like **336** to enable positive engagement by an appropriately shaped installation tool **338** to thread and drive the shank body **308** into the vertebra **313** as will be discussed in greater detail below. The illustrated shank capture structure **306** includes four evenly spaced tool engageable grooves **336**, but it is foreseen that the driving structure may include fewer grooves, an alternative configuration of grooves or other driver receiving structure. An upper end surface **340** of the capture structure **306** opposite the tip **330** is provided with a formation or dome **342** to be positively and interferingly engaged by the insert **324**, which in turn is positively engaged by the rod **316** when the assembly **301** is assembled into place. The illustrated dome **342** is radiused, knurled and centered on the upper end surface **340** so as to be coaxial with the remainder of the shank **304**. The scoring or knurling of the dome **342** operably frictionally abuts against the insert **324** when the insert **324** is rotated into engagement with the head or receiver **314**, as described more fully below, to provide for a selected setting of a desired angle of articulation between the shank body **308** and the head **314** prior to insertion and locking down of the rod **315**. It is foreseen that in certain embodiments, the purpose of the dome **342** is simply to be engaged by the insert **324** that is in turn engaged by the rod **316**, pushing the shank **304** in such a manner as to frictionally engage the retaining and articulating structure **320** with the head **314** as described below. Preferably, the dome **342** is radiused so that the dome **342** engages the insert **324** at approximately the same location regardless of the angle of articulation of the shank body **308** with respect to the head

US 9,788,866 B2

19

314. However, it is foreseen that in certain embodiments shapes other than the dome 342 could be utilized.

Referring to FIGS. 29-31, and 36-42, the head or receiver 314 is generally cylindrical in external profile and has a central and axially aligned shank receiving bore 346 ending at an inner and lower neck 347. The neck 347 is radiused to receive the shank capture structure 306 and preferably smaller than a radius of the shank body 308 and thread 310. The bore 346 is also preferably sized larger than the capture structure 306 of the shank 304 to enable the shank 394 to be oriented through a range of angular dispositions relative to the head or receiver 314. The bore 346 may be conically counterbored or beveled in a region 348 to widen the angular range of the shank 304.

The head or receiver 314 is provided with a U-shaped rod cradle 350 sized to receive the rod 316 therethrough. The illustrated cradle 350 is rounded and radiused at an inner or lower portion or seat 352 to snugly mate with a cylindrical outer surface 354 of the rod 316 and open at an outer end or top 356, with spaced apart side surfaces 358 so as to form upstanding and spaced apart arms 360. The side surfaces 358 have guide and advancement structures 362 formed thereon that are complementary to guide and advancement structures 364 of the closure top 326 (FIG. 42). The illustrated structures 362 and 364 are helically wound flanges or threads that advance the closure top 326 into the head 314, as the closure top 326 is rotated about a central axis thereof. It is foreseen that the structures 362 and 364 may be interlocking helical flange forms similar to the structures 62 and 252 previously described herein with respect to the assembly 1, V-shaped threads, buttress threads, square threads, reverse angle threads, or other types of threads or flange forms. Preferably, the structures 362 and 364 are of such a nature as to resist splaying of the arms 360 when the closure top 326 is advanced into the U-shaped cradle 350.

Furthermore the head or receiver 314 includes an assembly cavity 366 formed therein that opens into the cradle 350. A partially spherical socket or seat 368 defines the assembly cavity 366. The seat 368 is disposed between the arm inner surfaces 358 and the neck 347 defining the shank bore 346 and as illustrated has a radius that is slightly less than a radius of the assembly cavity 366. The seat 368 has a substantially spherical shape and extends upward coaxially through the head 314 from the neck 347 to the cavity 366. The cavity 366 and the seat 368 will be detailed further below.

Each arm inner surface 358 further includes a recessed portion 370 disposed between the guide and advancement structure 362 and the seat 368. The portion 370 is defined by an upper shoulder 372, a lower shoulder 374 and a wall 376 disposed between the upper and lower shoulders 372, 374. The wall 376 is parallel to an axis of rotation of the head 314 that is operably coaxial with the shank 304. As will be described in greater detail below, the insert 324 may be operably disposed in the recessed portion 370 and include a setting position wherein the insert 324 abuts against the upper shoulder 372 and presses against the shank capture structure dome 342, allowing for the setting of a desired angle of articulation of the bone screw shank body 308 with respect to the head 314 during surgery, prior to lock down of the rod 316 by the closure top 326. The head or receiver 314 may further include external, closed end grip bores 378 for positive engagement by a holding tool (not shown) to facilitate secure gripping of the head 314 during assembly, installation and/or manipulation of the assembly 301.

The retaining and articulating structure 320, best illustrated in FIGS. 29-31 and 36 is used to retain the capture

20

structure 306 within the head or receiver 314. The retaining and articulating structure 320 is in the form of a discontinuous ring that resiliently expands and contracts to enable the structure 320 to be snapped over and seated on the capture structure 306. The retaining and articulating structure 320, similar to a remainder of the assembly 301, is preferably formed of a material such as a spring stainless steel, tantalum, titanium or other resilient implantable material. The illustrated retaining and articulating structure 320 forms a gap or radial split 380 extending from a top surface 382 to a bottom surface 384 thereof, that allows the structure 320 to expand in circumference to fit over the capture structure 306. The retaining and articulating structure 320 includes an inner surface 382 formed by a through-bore sized and shaped to be compatible with the conical shape of the capture structure 306. The retaining and articulating structure 320 has an outer surface that is frusto-spherical, partially spherical, or a segment of a sphere, with a spherical radius approximately equivalent to the spherical radius of the spherical seat 368 within the head 314 and smaller than a radius of the cavity 366. As will be described more fully below, the bottom surface 384 seats upon the annular seating surface 335 of the shank capture structure 306 when the retaining and articulating structure 320 is fully installed on the capture structure 306.

The closure top 326 is generally cylindrical in shape and is provided with a break-off head 390 that is connected to the closure top 326 by a weakened area or neck 392 such that the break-off head 390 separates from the closure top 326 at a predetermined torque applied to the break-off head 390 during assembly. The illustrated break-off head 390 has a hexagonal cross section for engagement by a tool (not shown) of a complementary shape. The closure top 326 further includes a central point 394 for abrading and/or penetrating the rod 316 when fully installed on the head 314. Furthermore, the closure top 326 includes a driving formation, such as a hex aperture (not shown) for removal of the closure top, if desired, after the break-off head 390 is broken off.

The insert 324 is best illustrated in FIGS. 32-35. The insert 324 includes a substantially conical base portion 401 integral with a body portion 404. The base portion 401 extends outwardly from an annular, flat bottom surface 402 to the body portion 404. The body portion 404 is oblong, having a width W that is smaller than a length L thereof. The width W is bounded by two substantially flat surfaces 405. The width W is slightly smaller than a distance between the inner surfaces of the arms 358 of the head 314. The length L, taken along a center line 406 is slightly smaller than a diameter of the recessed portion 370 measured between the surfaces 376. A U-shaped cradle or channel 407 running parallel to the width W extends through the body portion 404, and is sized and shaped to receive the rod 316 thereon as will be described more fully below. Arms 408 disposed on either side of the cradle 406 each included a top surface 410 that is parallel to the bottom surface 402 and a sloped surface 412, starting at the top surface 410 and sloping downwardly toward the base portion 401. The arms 408 also include rounded, substantially cylindrical side surfaces 414, each having a radius slightly smaller than a radius of the wall 376 that partially defines the recessed portion 370 of the head 314. The sloped surfaces 412 are disposed opposite one another and the top surfaces 410 are disposed opposite one another. The sloped surfaces 412 also slope in opposite directions, each starting at the center line or axis 406 and running outwardly and downwardly away therefrom to provide for a cam action when the insert 324 is placed in the

US 9,788,866 B2

21

head **314** as shown in FIG. **37**, and then rotated, the sloped surfaces **412** engaging the upper shoulder **372** of the recessed portion **370** of the head **314** and thus transforming the circular motion of rotating the insert **324** in the recessed portion **370** of the head **314** into linear motion, pressing the insert **324** against the shank dome **342** as will be described more fully below.

Each arm **408** of the body portion **404** includes a substantially flat bottom surface **416** extending from the conical base portion **401** to the cylindrical surface **414**. The base portion **401** further includes a centrally located concave, substantially spherical bottom formation **418** contiguous with the annular bottom surface **402**. The spherical bottom formation **418** is sized and shaped to cooperate and engage with the dome **342** of the shank capture structure **306**, providing a snug, frictional fit. Apertures **420** extend through the U-shaped cradle **407** and are sized and shaped to cooperate and align with the apertures **336** of the capture structure **306**. Thus, in the illustrated embodiment, four evenly spaced apertures **420** extend through the insert **324** and axially align with the apertures **336** as illustrated in FIGS. **39** and **40**, both when the insert **324** is initially placed in the head **314** and when the insert **324** is rotated within the head **314** such that the top surfaces **410** are adjacent the upper shoulder **371**. Alignment of the apertures **420** and the apertures **336** allow for engagement between the capture structure **306**, the insert **324** and the driving tool **338** as will be described more fully below.

The driver **338** illustrated at FIG. **40** includes a handle (not shown), a drive shaft **426** and an engagement portion **428**. The engagement portion **426** includes an oblong support **430** sized and shaped to fit within the U-shaped cradle **407** of the insert **324**. Four prongs **432** extending from the oblong support **430** are sized and shaped to extend through the apertures **420** of the insert **324** and into the apertures **336** in the capture structure **306**, thus operably engaging both the bone screw shank **304** and the insert **324** when rotating and driving the shank body **308** into the vertebra **313**.

FIGS. **30**, **31** and **36** illustrate the assembly of the bone screw head **314**, shank **304** and retaining and articulating structure **320**. In FIG. **30**, the retaining and articulating structure **320** is inserted into the head **314** through an interior of the U-shaped cradle **350**. The retaining and articulating structure **320** is first oriented with a central axis thereof at a right angle to a central axis of the bore **346**. Then, the retaining and articulating structure is oriented as illustrated in FIG. **31** with the central axis of the retaining and articulating structure **320** being parallel or coincident with the axis of the bore **346** and the neck **347**, by rotating the retaining and articulating structure **320** within the assembly cavity **366**. With reference to FIG. **36**, the capture structure **306** of the shank **304** is then inserted through the head bore **346** and then adjacent to the retaining and articulating structure inner surface **386** by expanding the retaining and articulating structure **320** at the radial split **380** so as to snap the retaining and articulating structure **320** over and around the capture structure **306** at the frusto-conical surface **334**. The relative resistance encountered by the retaining and articulating structure **320** allows the capture structure **306** to expand the circumference of the retaining and articulating structure **320**, by expansion of the split **380**, so that the capture structure **306** enters the retaining and articulating structure **320**. As illustrated in FIG. **37**, when fully seated, the surface **334** frictionally engages the retaining and articulating structure inner surface **386** and the bottom surface **334** of the retaining and articulating structure **320** abuts against the annular seating surface **335** of the capture structure **306**

22

thereby limiting penetration of the capture structure **306** into the retaining and articulating ring structure **320**.

FIG. **37** shows the assembly **301** with the retaining and articulating structure **320** lowered from the assembly position and positioned in the spherical seat **368** with the central axis of the shank **304** coaxial with the central axis of the head **314**. However, similar to the assembly **1**, the relevant discussion of which is incorporated by reference herein, the curved or spherical seat **368** and the curved or spherical outer surface **388** of the retaining and articulating structure **320**, allows universal angular positioning of the shank **304** relative to the head **314**. The retaining and articulating structure **320**, thus performs the functions of preventing the capture structure **306** of the shank **304** from slipping through the neck **347** and, in conjunction with the seat **368**, forms a ball joint for relative orientation of the shank **304** and the head **314**.

The insert **324** is then loaded into the head **314** as illustrated in FIGS. **37** and **39**, with the width dimension W being oriented as shown with respect to the arms **360** to allow top loading of the insert **324**. The insert **324** is lowered into the head **314** until the concave bottom formation **418** is seated on the dome **342**.

For driving the bone screw shank body **308** into bone, such as the vertebra **313**, the insert **324** is first rotated axially as illustrated in FIGS. **40** and **41**, with the sloping surfaces **412** of the insert **324** contacting the upper shoulder **372** defining the head recessed portion **370**, thereby pushing the capture structure **306** and attached retaining and articulating structure **320** downwardly against the seat **368**. As the insert is rotated approximately 90 degrees until the flat surfaces **410** fully engage the upper shoulder **372**, the insert **324** functions as a cam, providing a mechanical linkage that converts rotary motion to linear motion. Frictional engagement between the retaining and articulating structure **320** and the seat **368** sets the bone shank **304** in an angular position with respect to the head **314**, but does not lock such into position. Thus, the insert **324** may be used at any time during a procedure to set the shank body **308** at a desired angle with respect to the head **314**, but that position is not rigidly fixed until the rod **316** presses down upon the insert **324**. When the insert flat surfaces **410** engage the upper shoulder **372**, the apertures **420** of the insert **324** are aligned with the apertures **336** of the capture structure **306** and the insert cradle **407** is oriented in a position to receive the oblong support **430** of the driving tool engagement portion **428**.

With particular reference to FIG. **40**, the assembly **301** is typically screwed into a bone, such as the vertebra **313**, by rotation of the shank **304** using the driving tool **338** that operably drives and rotates the shank **304** by engagement thereof with the insert **324** and the apertures **336** of the capture structure **306**. The driving tool **338** is inserted into the head **314** of the bone screw with the prongs **432** first inserted into the apertures **420** and then the apertures **336** until the oblong support **430** is seated on the insert cradle **407**.

Typically at least two and up to a plurality of bone screw assemblies **301** are implanted into vertebrae for use with the rod **316**. As described with respect to the assembly **1**, and incorporated by reference herein, each vertebra **313** may be pre-drilled to minimize stressing the bone. Although not shown, the assembly **301** may be cannulated in a manner as described with respect to the assembly **1** so that a guide wire or pin may be used as a guide for the placement and angle of the assembly **301**. The shank body **308** is then driven into the vertebra **313**, by rotation of the driving tool **338**.

US 9,788,866 B2

23

With reference to FIG. **42**, the rod **316** is eventually positioned within the head U-shaped rod cradle **350**, and the closure top **326** is then inserted into and advanced between the arms **360**. Before rod insertion, it may be desirable to rotate the insert **324** to a position disengaged from the shank domed top **342** as shown in FIG. **37**, to allow for a loose angular connection of the shank body **308** with respect to the head **314** until a desired angle of articulation is decided upon. The driving tool **338** may be utilized to rotate the insert **324** by inserting the prongs **432** in the apertures **420**. Then, the insert **324** may be rotated to the position shown in FIG. **41**, setting, but not locking such desired angular orientation between the shank body **308** and the head **314**. In other words, when the insert **324** is in contact with the upper shoulder **372**, the insert **324** presses down on the shank **304**, providing sufficient frictional engagement between the retaining and articulating structure **320** and the head seat **368** that the shank **304** resists angular movement. However, it may not be desirable to rotate the insert **324** in order to change the angular orientation of the shank **304** with respect to the head **314**. The shank **304** may simply be moved, using some force, to a desired position, which will then be the set position.

With reference to FIG. **24**, the rod **316** is seated on the insert **324** and the closure top **326** is initially placed between the arms **360** and rotated using an installation tool (not shown) engaged with surfaces of the break-off head **390** until the guide and advancement structure **364** is fully mated with the head guide and advancement structure **262**, with the point **394** penetrating the rod **316**. The break-off head **390** is then twisted to a preselected torque, for example 90 to 120 inch pounds, until broken off.

If removal of the assembly **301** is necessary, or if it is desired to release the rod **316** at a particular location, disassembly is accomplished by using a tool (not shown) with a driving formation (not shown) located on the closure top **326** to rotate and remove the closure top **326** from the head **314**. Disassembly of the assembly **301** is accomplished in reverse order to the procedure described previously herein for assembly.

With reference to FIGS. **43-54**, the reference number **501** generally represents a third embodiment of an assembly according to the present invention. The assembly **401** includes a bone screw shank **504**, having a capture structure **506** and a shank body **508** with a thread **510** for threadably implanting into a bone, such as a vertebra **513**, and a head or receiver **514** which connects with the shank **504** to engage and secure a structural member, such as a spinal fixation rod **516**, relative to the vertebra **513**. The assembly **501** also includes a retaining and articulating structure or ring **520** operably positioned within the head or receiver **514** and engaging the capture structure **506** of the shank **504**. The capture structure **506** is retained within the head or receiver **514** by the retaining and articulating structure **520** as will be described more fully below. The assembly **501** further includes a pressure insert **524**, engageable with the capture structure **506** and the rod **516** as will be described more fully below. The shank **504**, head or receiver **514**, retaining and articulating structure **520** and the insert **524** are preferably assembled prior to implantation of the shank body **508** into the vertebra **513**.

With reference to FIG. **54**, the assembly **501** further includes a closure top **526** for fixing the rod **516** within the head or receiver **514**. The insert **524** allows for setting an angle of articulation between the shank body **508** and the head or receiver **514** prior to insertion of the rod **516**, if desired. Upon installation, which will be described in detail

24

below, the closure top **526** presses against the rod **516** that in turn presses against the insert **524** that presses against the capture structure **506** which biases the retaining and articulating structure **520** into fixed frictional contact with the head or receiver **514**, so as to fix the rod **516** relative to the vertebra **513**. The head or receiver **514** and shank **504** cooperate in such a manner that the head or receiver **514** and shank **504** can be secured at any of a plurality of angles, articulations or rotational alignments relative to one another and within a selected range of angles both from side to side and from front to rear, to enable flexible or articulated engagement of the head or receiver **514** with the shank **504** until both are locked or fixed relative to each other.

Referring to FIGS. **43**, **46-48** and **52**, the shank **504** is elongated and sized and shaped to be screwed into one of the vertebra **513**. The shank body **508** includes the external helically wound thread **510** that extends from an outer tip **530** to a neck **532** disposed adjacent the capture structure **506**.

On the illustrated shank **504**, the capture structure **506** includes a substantially cylindrical threaded region **534** that is coaxially aligned with an axis of rotation of the shank body **508**. The region **534** terminates at an annular seating surface **535**. The illustrated capture structure **506** has a maximum radius that is less than a radius associated with the shank thread **510**.

The capture structure **506** has a plurality of tool engageable grooves, apertures or the like **536** to enable positive engagement by an appropriately shaped installation tool **538** to thread and drive the shank body **508** into the vertebra **513** as will be discussed in greater detail below. The illustrated shank capture structure **506** includes four evenly spaced tool engageable grooves **536**, but it is foreseen that the driving structure may include fewer grooves, an alternative configuration of grooves or other driver receiving structure. An upper end surface **540** of the capture structure **506** opposite the tip **530** is provided with a formation or dome **542** to be positively and interferingly engaged by the insert **524**, which in turn is positively engaged by the rod **516** when the assembly **501** is assembled into place. The illustrated dome **542** is radiused, knurled and centered on the upper end surface **540** so as to be coaxial with the remainder of the shank **504**. The scoring or knurling of the dome **542** operably frictionally abuts against the insert **524** when the insert **524** is rotated into engagement with the head or receiver **514**, as described more fully below, to provide for a selected setting of a desired angle of articulation between the shank body **508** and the head or receiver **514** prior to insertion and locking down of the rod **515**. It is foreseen that in certain embodiments, the purpose of the dome **542** is simply to be engaged by the insert **524** that is in turn engaged by the rod **516**, pushing the shank **504** in such a manner as to frictionally engage the retaining and articulating structure **520** with the head or receiver **514** as described below. Preferably, the dome **542** is radiused so that the dome **542** engages the insert **524** at approximately the same location regardless of the angle of articulation of the shank body **508** with respect to the head or receiver **514**. However, it is foreseen that in certain embodiments shapes other than the dome **542** could be utilized. In the embodiment shown in FIGS. **43-54**, the upper end **540** supporting the dome **542** has a hex-shaped profile with side surfaces **543** configured to mate with an assembly or driving tool (not shown).

Referring to FIGS. **43-48**, the head or receiver **514** is generally cylindrical in external profile and has a central and axially aligned shank receiving bore **546** ending at an inner and lower neck **547**. The neck **547** is radiused to receive the

US 9,788,866 B2

25

shank capture structure 506 and preferably smaller than a radius of the shank body 508 and thread 510. The bore 546 is also preferably sized larger than the capture structure 506 of the shank 504 to enable the shank 594 to be oriented through a range of angular dispositions relative to the head or receiver 514. The bore 546 may be conically counter-bored or beveled in a region 548 to widen the angular range of the shank 504.

The head or receiver 514 is provided with a U-shaped rod cradle 550 sized to receive the rod 516 therethrough. The illustrated cradle 550 is rounded and radiused at an inner or lower portion or seat 552 to snugly mate with a cylindrical outer surface 554 of the rod 516 and open at an outer end or top 556, with spaced apart side surfaces 558 so as to form upstanding and spaced apart arms 560. The side surfaces 558 have guide and advancement structures 562 formed thereon that are complementary to guide and advancement structures 564 of the closure top 526 (FIG. 54). The illustrated structures 562 and 564 are helically wound flanges or threads that advance the closure top 526 into the head or receiver 514, as the closure top 526 is rotated about a central axis thereof. It is foreseen that the structures 562 and 564 may be inter-locking helical flange forms similar to the structures 62 and 252 previously described herein with respect to the assembly 1, V-shaped threads, buttress threads, reverse angle threads, or other types of threads or flange forms. Preferably, the structures 562 and 564 are of such a nature as to resist splaying of the arms 560 when the closure top 526 is advanced into the U-shaped cradle 550.

Furthermore the head or receiver 514 includes an assem-bly cavity 566 formed therein that opens into the cradle 550. A partially spherical socket or seat 568 defines the assembly cavity 566. The seat 568 is disposed between the arm inner surfaces 558 and the neck 547 defining the shank bore 546 and as illustrated has a radius that is slightly less than a radius of the assembly cavity 566. The seat 568 has a substantially spherical shape and extends upward coaxially through the head or receiver 514 from the neck 547 to the cavity 566. The cavity 566 and the seat 568 will be detailed further below.

Each arm inner surface 558 further includes a recessed portion 570 disposed between the guide and advancement structure 562 and the seat 568. The portion 570 is defined by an upper shoulder 572, a lower shoulder 574 and a wall 576 disposed between the upper and lower shoulders 572, 574. The wall 576 is parallel to an axis of rotation of the head or receiver 514 that is operably coaxial with the shank 504. As will be described in greater detail below, the insert 524 may be operably disposed in the recessed portion 570 and include a setting position wherein the insert 524 abuts against the upper shoulder 572 and presses against the shank capture structure dome 542, allowing for the setting of a desired angle of articulation of the bone screw shank body 508 with respect to the head 514 during surgery, prior to lock down of the rod 516 by the closure top 526. The head or receiver 514 may further include external, closed end grip bores 578 for positive engagement by a holding tool (not shown) to facilitate secure gripping of the head 514 during assembly, installation and/or manipulation of the assembly 501.

The retaining and articulating structure 520, best illus-trated in FIGS. 43-48 and 54 is used to retain the capture structure 506 within the head or receiver 514. The retaining and articulating structure 520 is in the form of a ring. The retaining and articulating structure 520 includes a top sur-face 582, a bottom surface 584, an inner surface 586 having a thread 587 and an outer surface 588. The thread 587 is sized and shaped to mate with the threaded region 534 of the

26

capture structure 506. The retaining and articulating struc-ture 520, similar to a remainder of the assembly 501, is preferably formed of a material such as a spring stainless steel, tantalum, titanium or other resilient implantable mate-rial.

The retaining and articulating structure outer surface 588 is frusto-spherical, partially spherical, or a segment of a sphere, with a spherical radius approximately equivalent to the spherical radius of the spherical seat 568 within the head or receiver 514 and smaller than a radius of the cavity 566. As will be described more fully below, the bottom surface 584 seats upon the annular seating surface 535 of the shank capture structure 506 when the retaining and articulating structure 520 is fully installed on the capture structure 506.

The closure top 526 is generally cylindrical in shape and is provided with a break-off head 590 that is connected to the closure top 526 by a weakened area or neck 592 such that the break-off head 590 separates from the closure top 526 at a predetermined torque applied to the break-off head 590 during assembly. The illustrated break-off head 590 has a hexagonal cross section for engagement by a tool (not shown) of a complementary shape. The closure top 526 further includes a central point 594 for abrading and/or penetrating the rod 516 when fully installed on the head 514. Furthermore, the closure top 526 includes a driving forma-tion, such as a hex aperture (not shown) for removal of the closure top, if desired, after the break-off head 590 is broken off.

The insert 524 is best illustrated in FIGS. 43, 47 and 49-54. The insert 524 includes a substantially conical base portion 601 integral with a body portion 604. The base portion 601 extends outwardly from an annular, flat bottom surface 602 to the body portion 604. The body portion 604 is oblong, having a width W' that is smaller than a length L' thereof. The width W' is bounded by two substantially flat surfaces 605, the width W' is slightly smaller than a distance between the inner surfaces of the arms 558 of the head 514. The length L', taken along a center line 606 is slightly smaller than a diameter of the recessed portion 570 mea-sured between the surfaces 576. A U-shaped cradle or channel 607 running parallel to the width W extends through the body portion 604, and is sized and shaped to receive the rod 516 thereon as will be described more fully below. Arms 608 disposed on either side of the cradle 606 each included a top surface 610 that is parallel to the bottom surface 602 and a sloped surface 612, starting at the top surface 610 and sloping downwardly toward the base portion 601. The arms 608 also include rounded, substantially cylindrical side surfaces 614, each having a radius slightly smaller than a radius of the wall 576 that partially defines the recessed portion 570 of the head 514. The sloped surfaces 612 are disposed opposite one another and the top surfaces 610 are disposed opposite one another. The sloped surfaces 612 also slope in opposite directions, each starting at the center line or axis 606 and running outwardly and downwardly away therefrom to provide for a cam action when the insert 524 is placed in the head 514 as shown in FIG. 49, and then rotated, the sloped surfaces 612 engaging the upper shoulder 572 of the recessed portion 570 of the head 514 and thus trans-forming the circular motion of rotating the insert 524 in the recessed portion 570 of the head 514 into linear motion, pressing the insert 524 against the shank dome 542 as will be described more fully below.

Each arm 608 of the body portion 604 includes a sub-stantially flat bottom surface 616 extending from the conical base portion 601 to the cylindrical surface 614. The base portion 601 further includes a centrally located concave,

US 9,788,866 B2

27

substantially spherical bottom formation **618** contiguous to the annular bottom surface **602**. The spherical bottom formation **618** is sized and shaped to cooperate and engage with the dome **642** of the shank capture structure **606**, providing a snug, frictional fit. Apertures **620** extend through the U-shaped cradle **607** and are sized and shaped to cooperate and align with the apertures **536** of the capture structure **506**.

Thus, in the illustrated embodiment, four evenly spaced apertures **620** extend through the insert **524** and axially align with the apertures **536** as illustrated in FIGS. **49** and **53**, both when the insert **524** is initially placed in the head **514** and when the insert **524** is rotated within the head **514** such that the top surfaces **610** are adjacent the upper shoulder **571**. The alignment of the apertures **620** and the apertures **536** as shown in FIG. **53** allow for engagement between the capture structure **506**, the insert **524** and the driving tool **538** as will be described more fully below.

A pair of points **622** are disposed in the U-shaped cradle **607** and project therefrom. The points **622** are disposed along the center line **606** and near the surfaces **610** and **612**, but could be placed in other areas. The points **622** are sized and shaped to abrade and penetrate the rod **516** as will be described more fully below. One to six or more points could be utilized.

The driver **538** illustrated at FIG. **52** includes a handle (not shown), a drive shaft **626** and an engagement portion **628**. The engagement portion **626** includes four prongs **632** extending therefrom sized and shaped to extend through the apertures **620** of the insert **524** and into the apertures **536** in the capture structure **506**, thus operably engaging both the bone screw shank **504** and the insert **524** when rotating and driving the shank body **508** into the vertebra **513**.

FIGS. **43-47** illustrate the assembly of the bone screw head **514**, shank **504** and retaining and articulating structure **520**. In FIG. **44**, the retaining and articulating structure **520** is inserted into the head **514** through an interior of the U-shaped cradle **550**. The retaining and articulating structure **520** is first inserted with a central axis thereof at a right angle to a central axis of the bore **546**. Then, the retaining and articulating structure is oriented as illustrated in FIG. **45** with the central axis of the retaining and articulating structure **520** being parallel or coincident with the axis of the bore **546** and the neck **547**, by rotating the retaining and articulating structure **520** within the assembly cavity **566**. With reference to FIG. **56**, the capture structure **506** of the shank **504** is then inserted through the head bore **546** and then rotated with respect to the retaining and articulating structure **520**, mating the threaded region **534** with thread **587** disposed on the inner surface **586** of the retaining and articulating structure **520**. As illustrated in FIG. **47**, when fully seated, the bottom surface **584** of the retaining and articulating structure **520** abuts against the annular seating surface **535** of the capture structure **506**.

FIGS. **47** and **48** show the assembly **501** with the retaining and articulating structure **520** lowered from the assembly position and positioned in the spherical seat **568** with the central axis of the shank **504** coaxial with the central axis of the head **514**. However, similar to the assembly **1**, the relevant discussion of which is incorporated by reference herein, the curved or spherical seat **568** and the curved or spherical outer surface **588** of the retaining and articulating structure **520**, allows universal angular positioning of the shank **504** relative to the head **514**. The retaining and articulating structure **520**, thus performs the functions of preventing the capture structure **506** of the shank **504** from

28

slipping through the neck **547** and, in conjunction with the seat **568**, forms a ball joint for relative orientation of the shank **504** and the head **514**.

The insert **524** is then loaded into the head **514** as illustrated in FIGS. **47** and **49**, with the width dimension W' being oriented as shown with respect to the arms **560** to allow top loading of the insert **524**. The insert **524** is lowered into the head **514** until the concave bottom formation **618** is seated on the dome **542**.

For driving the bone screw shank body **508** into bone, such as the vertebra **513**, the insert **524** is first rotated axially as illustrated in FIGS. **52** and **53**, with the sloping surfaces **612** of the insert **524** contacting the upper shoulder **572** defining the head recessed portion **570**, thereby pushing the capture structure **506** and attached retaining and articulating structure **520** downwardly against the seat **568**. As the insert is rotated approximately 90 degrees until the flat surfaces **610** fully engage the upper shoulder **572**, the insert **524** functions as a cam, providing a mechanical linkage that converts rotary motion to linear motion. Frictional engagement between the retaining and articulating structure **520** and the seat **568** sets the bone shank **504** in an angular position with respect to the head **514**, but does not lock said into position. Thus, the insert **524** may be used at any time during a procedure to set the shank body **508** at a desired angle with respect to the head **514**, but that position is not rigidly fixed until the rod **516** presses down upon the insert **524**. When the insert flat surfaces **610** engage the upper shoulder **572**, the apertures **620** of the insert **524** are aligned with the apertures **536** of the capture structure **506** and the insert cradle **607** is oriented in a position to receive the oblong support **630** of the driving tool engagement portion **628**.

With particular reference to FIG. **52**, the assembly **501** is screwed into a bone, such as the vertebra **513**, by rotation of the shank **504** using the driving tool **538** that operably drives and rotates the shank **504** by engagement thereof with the apertures **620** of the insert **524** and the apertures **536** of the capture structure **506**. The driving tool **538** is inserted into the head **514** of the bone screw with the prongs **632** first inserted into the apertures **620** and then the apertures **536**, and then driven and rotated into bone.

Alternatively, the assembly **501** may be driven into bone prior to placement of the insert **524** in the head **514**. A hex driving tool (not shown) sized and shaped to mate with the surfaces **543** of the capture structure **506** may be used to rotate and drive the shank body **508** into the vertebra **513**. Thereafter, the insert **524** may be placed in the bone screw head **514** as shown in FIG. **47**.

Typically at least two and up to a plurality of bone screw assemblies **501** are implanted into vertebrae for use with the rod **516**. As described with respect to the assembly **1**, and incorporated by reference herein, each vertebra **513** may be pre-drilled to minimize stressing the bone. Although not shown, the assembly **501** may be cannulated in a manner as described with respect to the assembly **1** so that a guide wire or pin may be used as a guide for the placement and angle of the assembly **501**. The shank body **508** is then driven into the vertebra **513**, by rotation of the driving tool **538**.

With reference to FIG. **54**, the rod **516** is eventually positioned within the head U-shaped rod cradle **550**, and the closure top **526** is then inserted into and advanced between the arms **560**. Before rod insertion, it may be desirable to rotate the insert **524** to a position disengaged from the shank domed top **542** as shown in FIG. **47**, to allow for a loose angular connection of the shank body **508** with respect to the head **514** until a desired angle of articulation is decided

US 9,788,866 B2

29
30

upon. The driving tool **538** may be utilized to rotate the insert **524** by inserting the prongs **632** in the apertures **620**. Then, the insert **524** may be rotated to the position shown in FIG. **53**, setting, but not locking such desired angular orientation between the shank body **508** and the head **514**. In other words, when the insert **532** is in contact with the upper shoulder **572**, the insert **524** presses down on the shank **504**, providing sufficient frictional engagement between the retaining and articulating structure **520** and the head seat **568** that the shank **504** resists angular movement. However, it may not be desirable to rotate the insert **524** in order to change the angular orientation of the shank **504** with respect to the head **514**. The shank **504** may simply be moved, using some force, to a desired position, which will then be the set position.

With reference to FIG. **54**, the rod **516** is seated on the insert **524** and the closure top **526** is initially placed between the arms **560** and rotated using an installation tool (not shown) engaged with surfaces of the break-off head **590** until the guide and advancement structure **564** is fully mated with the head guide and advancement structure **562**, with the point **594** penetrating the rod **516** and also the points **622** penetrating the rod **516**. The break-off head **590** is then twisted to a preselected torque, for example 90 to 120 inch pounds, until broken off.

If removal of the assembly **501** is necessary, or if it is desired to release the rod **516** at a particular location, disassembly is accomplished by using a tool (not shown) with a driving formation (not shown) located on or in the closure top **526** to rotate and remove the closure top **526** from the head **514**. Disassembly of the assembly **501** is accomplished in reverse order to the procedure described previously herein for assembly.

It is to be understood that while certain forms of the present invention have been illustrated and described herein, it is not to be limited to the specific forms or arrangement of parts described and shown.

What is claimed and desired to be secured by Letters Patent is as follows:

**1**. A bone anchor assembly for securing an elongate rod to a bone, the bone anchor assembly comprising:

a shank having a proximal capture portion and an anchor portion extending distally from the proximal capture portion for fixation to the bone;

a receiver having a longitudinal axis, an upper portion defining a U-shaped channel with inner sidewall surfaces configured to receive the elongate rod, and a lower portion defining a cavity communicating with the U-shaped channel and a receiver bottom opening for receiving the proximal capture portion of the shank therethrough, the inner sidewall surfaces including a guide and advancement structure and a discontinuous downward-facing shoulder formed therein between the guide and advancement structure and the cavity;

a retainer sized and shaped for loading into the cavity to engage and hold the shank proximal capture portion in spaced relation with respect to the receiver while an outer surface of the retainer engages an interior surface of the cavity to allow a pivotal motion between the receiver and the shank; and

a pressure insert sized and shaped to be positioned downwardly within the receiver into a first position, the pressure insert having upward-facing contact surfaces and being rotatable with a tool into a second position that locates the upward-facing contact surfaces under the discontinuous downward-facing shoulder of the receiver to prevent the pressure insert from moving back up within the receiver.

**2**. The bone anchor assembly of claim **1**, wherein the pressure insert further comprises a central body having radially-extending portions that are operable to rotate underneath opposing portions of the discontinuous downward-facing shoulder when the pressure insert is rotated about the longitudinal axis of the receiver, the radially-extending portions having the upward-facing contact surfaces formed therein.

**3**. The bone anchor assembly of claim **2**, wherein the upward-facing contact surfaces of the radially-extending portions include a pair of sloped portions operable to engage the opposing portions of the receiver discontinuous downward-facing shoulder as the pressure insert is rotated about the longitudinal axis to provide a cam action that converts the rotatory motion of the pressure insert into linear downward movement of the pressure insert.

**4**. The bone anchor assembly of claim **3**, wherein the upward-facing contact surfaces of the radially-extending portions further include substantially horizontal portions adjacent the sloped portions and operable to frictionally engage the receiver discontinuous downward-facing shoulder when the pressure insert is fully rotated to the second position.

**5**. The bone anchor assembly of claim **4**, wherein the pressure insert continues to rotate toward the second position after the linear downward movement of the pressure insert is complete.

**6**. The bone anchor assembly of claim **2**, wherein the central body of the pressure insert further includes a U-shaped cradle formed therein that aligns with the U-shaped channel of the receiver when the pressure insert is fully rotated to the second position.

**7**. The bone anchor assembly of claim **1**, wherein the pressure insert is rotated about 90 degrees around the longitudinal axis of the receiver from the first position to the second position with the tool.

**8**. The bone anchor assembly of claim **1**, wherein an upper surface of the pressure insert includes at least one tool engagement structure complimentary with an engagement portion of the tool.

**9**. A bone anchor assembly for securing an elongate rod to a bone, the bone anchor assembly comprising:

a shank having a proximal capture portion with a top surface and an anchor portion extending distally from the proximal capture portion for fixation to the bone;

a receiver having a longitudinal axis, an upper portion defining a U-shaped channel with inner sidewall surfaces configured to receive the elongate rod, and a lower portion defining a cavity communicating with the U-shaped channel and a receiver bottom opening with the shank anchor portion extending therethrough, the inner sidewall surfaces including a guide and advancement structure formed therein, the receiver having an internal downward-facing surface located between the guide and advancement structure and the receiver bottom opening;

a retainer sized and shaped for loading into the cavity to engage and hold the shank proximal capture portion within the receiver while an outer surface of the retainer engages an interior surface of the cavity to allow for pivoting motion between the receiver and the shank to provide for a pivotal orientation therebetween; and

a pressure insert sized and shaped to be disposed downwardly into a first position within the receiver adjacent

US 9,788,866 B2

31

32

the downward-facing surface, with the shank proximal capture portion top surface frictionally engaging the pressure insert for directly receiving downward pressure from the pressure insert, the pressure insert having an upward-facing surface configured to engage the receiver downward-facing surface,

wherein the pressure insert is rotatable with a tool about the longitudinal axis into a second position within the receiver, with the upward-facing surface entering into frictional engagement with the downward-facing surface, so as to apply downward pressure to the shank proximal capture portion top surface to frictionally secure the pivotal orientation of the shank with respect to the receiver prior to the elongate rod being received within the receiver.

**10**. The bone anchor assembly of claim **9**, wherein at least one of the upper-facing surface of the pressure insert and the downward-facing surface of the receiver includes a sloped portion operable to provide a cam action that converts the rotatory motion of the pressure insert into linear downward movement of the pressure insert.

**11**. The bone anchor assembly of claim **10**, wherein the pressure insert continues to rotate toward the second position after the linear downward movement of the pressure insert is complete.

**12**. The bone anchor assembly of claim **9**, wherein the downward-facing surface further comprises a discontinuous upper shoulder of a recess formed into the inner sidewall surfaces between the guide and advancement structure and the receiver bottom opening.

**13**. The bone anchor assembly of claim **12**, wherein the upward-facing surface of the pressure insert further comprises at least one sloped portion operable to provide a cam action that converts the rotatory motion of the pressure insert into linear downward movement of the pressure insert upon engagement with the discontinuous upper shoulder of the recess.

**14**. The bone anchor assembly of claim **13**, wherein the at least one sloped portion of the upper surface further comprises a pair of sloped portions formed into the upward-facing surface and operable to engage opposing portions of the discontinuous upper shoulder as the pressure insert is rotated about the longitudinal axis.

**15**. The bone anchor assembly of claim **14**, wherein the upward-facing surface further includes substantially horizontal portions adjacent the sloped portions and operable to frictionally engage the discontinuous upper shoulder of the recess when the pressure insert is fully rotated to the second angular orientation.

**16**. The bone anchor assembly of claim **9**, wherein the pressure insert further includes a U-shaped cradle formed therein for engaging the elongate rod that aligns with the U-shaped channel of the receiver when the pressure insert is fully rotated into the second position.

**17**. The bone anchor assembly of claim **9**, wherein the pressure insert is rotated about 90 degrees around the longitudinal axis of the receiver from the first position to the second position.

**18**. The bone anchor assembly of claim **9**, wherein a portion of the pressure insert has a non-round shape with a width that is smaller than a length thereof.

**19**. The bone anchor assembly of claim **9**, wherein an upper surface of the pressure insert includes at least one tool engagement structure complimentary with an engagement portion of the tool.

**20**. The bone anchor assembly of claim **19**, wherein the at least one tool engagement structure further comprises a plurality of such tool engagement structures formed into the upper surface of the pressure insert.

\* \* \* \* \*

# EXHIBIT 4



US010335200B2

(12) **United States Patent**

Jackson

(10) **Patent No.:** **US 10,335,200 B2**

(45) **Date of Patent:** *Jul. 2, 2019

(54) **PIVOTAL BONE ANCHOR ASSEMBLY WITH TWIST-IN-PLACE INSERT HAVING ALIGNMENT NOTCHES**

(71) Applicant: **Roger P. Jackson**, Prairie Village, KS (US)

(72) Inventor: **Roger P. Jackson**, Prairie Village, KS (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/940,343**

(22) Filed: **Mar. 29, 2018**

(65) **Prior Publication Data**

US 2018/0214182 A1     Aug. 2, 2018

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 15/389,296, filed on Dec. 22, 2016, which is a continuation of application No. 12/661,042, filed on Mar. 10, 2010, now abandoned, which is a continuation-in-part of application No. 12/229,207, filed on Aug. 20, 2008, now Pat. No. 8,353,932.

(60) Provisional application No. 61/210,058, filed on Mar. 13, 2009, provisional application No. 60/994,083, filed on Sep. 17, 2007.

(51) **Int. Cl.**
*A61B 17/70*          (2006.01)

(52) **U.S. Cl.**
CPC ........ *A61B 17/7031* (2013.01); *A61B 17/701* (2013.01); *A61B 17/702* (2013.01); *A61B 17/7008* (2013.01); *A61B 17/7022* (2013.01); *A61B 17/7029* (2013.01); *A61B 17/7035* (2013.01); *A61B 17/7037* (2013.01); *A61B 17/7032* (2013.01); *Y10T 29/49826* (2015.01)

(58) **Field of Classification Search**
CPC ............ A61B 17/7037; A61B 17/7034; A61B 17/7031; A61B 17/7008; A61B 17/702
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,805,602 A | 2/1989 | Puno et al. |
| 4,946,458 A | 8/1990 | Harms et al. |
| 5,129,388 A | 7/1992 | Vignaud et al. |

(Continued)

*Primary Examiner* — Ellen C Hammond
(74) *Attorney, Agent, or Firm* — Polsinelli PC

(57) **ABSTRACT**

A pivotal bone anchor assembly includes a shank, a receiver with an open channel in communication with a central bore, and a pressure insert with an upwardly-facing seating surface for receiving an elongate rod. The receiver bore includes a downwardly-facing surface below a closure top mating feature and one or more integral structures protruding inwardly toward a central longitudinal axis. The insert includes one or more notches formed into an outer side surface and an upwardly-facing surface positioned radially outward from the seating surface. Upon installation into the receiver bore, the insert is rotatable about the longitudinal axis until the insert upwardly-facing surface is rotated under the receiver downwardly-facing surface to inhibit upward movement of the insert within the receiver bore along the longitudinal axis and the receiver inwardly-protruding structures become positioned within the insert outer notches to prevent further rotation of the insert within the receiver bore.

**22 Claims, 6 Drawing Sheets**



**US 10,335,200 B2**

Page 2

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,167,664 | A | 12/1992 | Hodorek |
| 5,207,678 | A | 5/1993 | Harms et al. |
| 5,261,912 | A | 11/1993 | Frigg |
| 5,312,404 | A | 5/1994 | Asher et al. |
| 5,360,431 | A | 11/1994 | Puno et al. |
| 5,395,371 | A | 3/1995 | Miller et al. |
| 5,429,639 | A | 7/1995 | Judet |
| 5,443,467 | A | 8/1995 | Biedermann et al. |
| 5,466,237 | A | 11/1995 | Byrd, III et al. |
| 5,474,555 | A | 12/1995 | Puno et al. |
| 5,476,462 | A | 12/1995 | Allard et al. |
| 5,476,464 | A | 12/1995 | Metz-Stavenhagen et al. |
| 5,496,321 | A | 3/1996 | Puno et al. |
| 5,554,157 | A | 9/1996 | Errico et al. |
| 5,569,247 | A | 10/1996 | Morrison |
| 5,584,834 | A | 12/1996 | Errico et al. |
| 5,586,984 | A | 12/1996 | Errico et al. |
| 5,591,166 | A | 1/1997 | Bernhardt et al. |
| 5,601,553 | A | 2/1997 | Trebing et al. |
| 5,607,426 | A | 3/1997 | Ralph et al. |
| 5,624,442 | A | 4/1997 | Mellinger et al. |
| 5,669,911 | A | 9/1997 | Errico et al. |
| 5,672,176 | A | 9/1997 | Biedermann et al. |
| 5,681,319 | A | 10/1997 | Biedermann et al. |
| 5,690,630 | A | 11/1997 | Errico et al. |
| 5,716,356 | A | 2/1998 | Biedermann et al. |
| 5,725,528 | A | 3/1998 | Errico et al. |
| 5,728,098 | A | 3/1998 | Sherman et al. |
| 5,733,286 | A | 3/1998 | Errico et al. |
| 5,738,685 | A | 4/1998 | Halm et al. |
| 5,782,833 | A | 7/1998 | Haider |
| 5,797,911 | A | 8/1998 | Sherman et al. |
| 5,800,435 | A | 9/1998 | Errico et al. |
| 5,817,094 | A | 10/1998 | Errico et al. |
| 5,863,293 | A | 1/1999 | Richelsoph |
| 5,873,878 | A | 2/1999 | Harms et al. |
| 5,876,402 | A | 3/1999 | Errico et al. |
| 5,879,350 | A | 3/1999 | Sherman et al. |
| 5,879,351 | A | 3/1999 | Viart |
| 5,882,350 | A | 3/1999 | Ralph et al. |
| 5,885,286 | A | 3/1999 | Sherman et al. |
| 5,891,145 | A | 4/1999 | Morrison et al. |
| 5,954,725 | A | 9/1999 | Sherman et al. |
| 5,961,517 | A | 10/1999 | Biedermann et al. |
| 5,964,760 | A | 10/1999 | Richelsoph |
| 6,010,503 | A | 1/2000 | Richelsoph et al. |
| 6,019,759 | A | 2/2000 | Rogozinski |
| 6,022,350 | A | 2/2000 | Ganem |
| 6,053,917 | A | 4/2000 | Sherman et al. |
| 6,063,090 | A | 5/2000 | Schlapfer |
| 6,074,391 | A | 6/2000 | Metz-Stavenhagen et al. |
| 6,077,262 | A | 6/2000 | Schlapfer et al. |
| 6,086,588 | A | 7/2000 | Ameil et al. |
| 6,090,110 | A | 7/2000 | Metz-Stavenhagen |
| 6,090,111 | A | 7/2000 | Nichols |
| 6,099,528 | A | 8/2000 | Saurat |
| 6,110,172 | A | 8/2000 | Jackson |
| 6,113,601 | A | 9/2000 | Tatar |
| 6,132,431 | A | 10/2000 | Nilsson et al. |
| 6,132,432 | A | 10/2000 | Richelsoph |
| 6,132,434 | A | 10/2000 | Sherman et al. |
| 6,146,383 | A | 11/2000 | Studer et al. |
| 6,187,005 | B1 | 2/2001 | Brace et al. |
| RE37,161 | E | 5/2001 | Michelson et al. |
| 6,224,596 | B1 | 5/2001 | Jackson |

| | | | |
|---|---|---|---|
| 6,248,105 | B1 | 6/2001 | Schlapfer et al. |
| 6,254,602 | B1 | 7/2001 | Justis |
| 6,273,888 | B1 | 8/2001 | Justis |
| 6,280,442 | B1 | 8/2001 | Barker et al. |
| 6,280,445 | B1 | 8/2001 | Morrison et al. |
| 6,287,308 | B1 | 9/2001 | Betz et al. |
| 6,287,311 | B1 | 9/2001 | Sherman et al. |
| 6,302,888 | B1 | 10/2001 | Mellinger et al. |
| 6,309,391 | B1 | 10/2001 | Crandall et al. |
| 6,355,040 | B1 | 3/2002 | Richelsoph et al. |
| RE37,665 | E | 4/2002 | Ralph et al. |
| 6,368,321 | B1 | 4/2002 | Jackson |
| 6,440,137 | B1 | 8/2002 | Horvath et al. |
| 6,443,953 | B1 | 9/2002 | Perra et al. |
| 6,471,705 | B1 | 10/2002 | Biedermann et al. |
| 6,485,494 | B1 | 11/2002 | Haider |
| 6,488,681 | B2 | 12/2002 | Martin et al. |
| 6,520,963 | B1 | 2/2003 | McKinley |
| 6,554,834 | B1 | 4/2003 | Crozet et al. |
| 6,565,565 | B1 | 5/2003 | Yuan et al. |
| 6,565,567 | B1 | 5/2003 | Haider |
| 6,626,908 | B2 | 9/2003 | Cooper et al. |
| 6,652,526 | B1 | 11/2003 | Arafiles |
| 6,660,004 | B2 | 12/2003 | Barker et al. |
| 6,695,843 | B2 | 2/2004 | Biedermann et al. |
| 6,716,214 | B1 | 4/2004 | Jackson |
| 6,755,829 | B1 | 6/2004 | Bono et al. |
| 6,835,196 | B2 | 12/2004 | Biedermann et al. |
| 6,837,889 | B2 | 1/2005 | Shluzas |
| 6,840,940 | B2 | 1/2005 | Ralph et al. |
| 7,066,937 | B2 | 6/2006 | Shluzas |
| 7,087,057 | B2 | 8/2006 | Konieczynski |
| 7,160,300 | B2 | 1/2007 | Jackson |
| 7,306,606 | B2 | 12/2007 | Sasing |
| 7,503,924 | B2 | 3/2009 | Lee |
| 7,678,137 | B2 | 3/2010 | Butler et al. |
| 7,717,939 | B2 | 5/2010 | Ludwig et al. |
| 7,875,065 | B2 * | 1/2011 | Jackson .......... A61B 17/7035 |
| | | | 606/266 |
| 7,967,850 | B2 * | 6/2011 | Jackson ........... A61B 17/7032 |
| | | | 606/301 |
| 8,353,932 | B2 * | 1/2013 | Jackson ............. A61B 17/701 |
| | | | 606/246 |
| 8,696,711 | B2 * | 4/2014 | Jackson ............. A61B 17/701 |
| | | | 606/266 |
| 9,788,866 | B2 | 10/2017 | Jackson |
| 2001/0001119 | A1 | 5/2001 | Lombardo |
| 2003/0100896 | A1 | 5/2003 | Biedermann et al. |
| 2003/0149431 | A1 | 8/2003 | Varieur |
| 2003/0187433 | A1 | 10/2003 | Lin |
| 2004/0153068 | A1 | 8/2004 | Janowski et al. |
| 2004/0193160 | A1 | 9/2004 | Richelsoph |
| 2004/0225289 | A1 | 11/2004 | Biedermann et al. |
| 2004/0236330 | A1 | 11/2004 | Purcell et al. |
| 2004/0267264 | A1 | 12/2004 | Konieczynski et al. |
| 2005/0049589 | A1 | 3/2005 | Jackson |
| 2005/0080420 | A1 | 4/2005 | Farris et al. |
| 2005/0192573 | A1 | 9/2005 | Abdelgany et al. |
| 2006/0025767 | A1 * | 2/2006 | Khalili .............. A61B 17/7032 |
| | | | 606/264 |
| 2006/0129149 | A1 | 6/2006 | Iott et al. |
| 2006/0217716 | A1 | 9/2006 | Baker et al. |
| 2006/0264933 | A1 | 11/2006 | Baker et al. |
| 2006/0276789 | A1 | 12/2006 | Jackson |
| 2007/0270813 | A1 | 11/2007 | Garamszegi |
| 2010/0036433 | A1 | 2/2010 | Jackson |

* cited by examiner







Fig. 6.



Fig. 7.



Fig. 8.



Fig. 9.

Fig. 10.



Fig.11.



Fig.12.

# Fig.13.



# Fig.14.





Fig.15.

Fig.16.

Fig.17.

Fig.18.

US 10,335,200 B2

1

# PIVOTAL BONE ANCHOR ASSEMBLY WITH TWIST-IN-PLACE INSERT HAVING ALIGNMENT NOTCHES

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of U.S. application Ser. No. 15/389,296, filed Dec. 22, 2016, which is a continuation of U.S. application Ser. No. 12/661,042 filed Mar. 10, 2010, now abandoned, which claims the benefit of U.S. Provisional Application No. 61/210,058 filed Mar. 13, 2009, each of which is incorporated by reference in its entirely herein, and for all purposes. U.S. application Ser. No. 12/661,042 is also a continuation-in-part of U.S. application Ser. No. 12/229,207, filed Aug. 20, 2008, now U.S. Pat. No. 8,353,932, which claims the benefit of U.S. Provisional Application No. 60/994,083, filed Sep. 17, 2007, each of which is incorporated by reference in its entirely herein, and for all purposes.

## BACKGROUND OF THE INVENTION

The present invention is directed to polyaxial bone screws for use in bone surgery, particularly spinal surgery, and elongate connecting members that are at least somewhat plastically deformable. Such screws have a receiver or head that can swivel about a shank of the bone screw, allowing the receiver to be positioned in any of a number of angular configurations relative to the shank.

Many spinal surgery procedures require securing various implants to bone and especially to vertebrae along the spine. For example, elongate or longitudinal connecting members, such as solid rigid rods are often utilized that extend along the spine to provide support to vertebrae that have been damaged or weakened due to injury or disease. Such elongate members must be supported by certain vertebrae and support other vertebrae.

The most common mechanism for providing vertebral support is to implant bone screws into certain bones which then in turn support the elongate member or are supported by the elongate member. Bone screws of this type may have a fixed head or receiver relative to a shank thereof. In the fixed bone screws, the head cannot be moved relative to the shank and the rod or other elongate member must be favorably positioned in order for it to be placed within the head. This is sometimes very difficult or impossible to do. Therefore, polyaxial bone screws are commonly preferred.

Polyaxial bone screws allow rotation of the receiver about the shank until a desired rotational position of the receiver is achieved relative to the shank. Thereafter, a rod or other elongate connecting member can be inserted into the receiver and eventually the rod and the receiver are locked or fixed in a particular position relative to the shank.

A variety of polyaxial or swivel-head bone screw assemblies are available. One type of bone screw assembly includes an open head or receiver that allows for placement of a rod or other elongate member within the receiver. A closure top or plug is then used to capture the rod in the receiver of the screw. Thus, in such bone screws, the closure top or plug pressing against the rod not only locks the rod in place but also locks the bone screw shank in a desired angular position with respect to the receiver. A draw back to such a system occurs when the rod or other elongate connecting member is made from a material that is more flexible and may be more readily deformed or exhibit creep or viscoelastic behavior. Creep is a term used to describe the

2

tendency of a material to move, flow or to deform permanently to relieve stresses. Material deformation occurs as a result of long term exposure to levels of stress that are below the yield or ultimate strength of the material. Rods and other longitudinal connecting members made from polymers, such as polyetheretherketone (PEEK), have a greater tendency to exhibit creep, than, for example metals or metal alloys. When a rod or other longitudinal connecting member exhibits creep deformation over time, the closure top may no longer tightly engage the connecting member. This in itself is not necessarily problematic. However, such loosening also results in loosening of the frictional engagement between the receiver and the bone screw shank that locks the angular orientation of the shank with respect to the receiver. Body movement and stresses may then result in undesirable pivoting of the shank with respect to the receiver causing mis-alignment, greater stress and further loosening of the various polyaxial bone screw components.

## SUMMARY OF THE INVENTION

A polyaxial bone screw assembly of the present invention includes a shank having a generally elongate body with an upper end portion and a lower threaded portion for fixation to a bone. The bone screw assembly further includes a receiver having a top portion and a base. The top portion is open and has a channel. The base includes an inner seating surface partially defining a cavity and has a lower aperture or opening. The channel of the top portion communicates with the cavity, which in turn communicates with an opening to an exterior of the base. The shank upper portion is disposed in the receiver cavity and the shank extends through the receiver base opening. The cooperating shapes of the shank upper portion external surface and the receiver inner surface enable selective angular positioning of the shank body with respect to the receiver. The shank upper surface engages a compression insert that in turn engages a longitudinal connecting member being supported within the receiver. In certain embodiments, the compression insert includes a planar bottom seat and spaced planar sides for closely receiving an elongate connecting member that has planar sides. Such a compression insert can also receive a cylindrical or other shaped connecting member. A single-piece closure structure initially engages the connecting member and, after some plastic deformation of such member, then the closure structure engages the compression insert for securing the assembly in a wide range of angular orientations.

### Objects and Advantages of the Invention

Objects of the invention include: providing an implant wherein all of the parts remain together and do not separate; providing a lightweight, low profile polyaxial bone screw that assembles in such a manner that the components cooperate to create an overall structure that prevents unintentional disassembly; providing a polyaxial bone screw that provides substantially independent locking for the bone screw shank and a deformable longitudinal connecting member; providing such an assembly that includes a flexible longitudinal connecting member that may be of non-circular or circular cross-section; providing such an assembly that remains in a locked position even if the flexible longitudinal connecting member undergoes deformation such as creep; providing a polyaxial bone screw with features that provide adequate frictional or gripping surfaces for bone implantation tools and may be readily, securely fastened to each other

US 10,335,200 B2

3

and to bone; and providing apparatus and methods that are easy to use and especially adapted for the intended use thereof and wherein the apparatus are comparatively inexpensive to make and suitable for use.

Other objects and advantages of this invention will become apparent from the following description taken in conjunction with the accompanying drawings wherein are set forth, by way of illustration and example, certain embodiments of this invention.

The drawings constitute a part of this specification and include exemplary embodiments of the present invention and illustrate various objects and features thereof.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an exploded front elevational view of a medical implant assembly according to the invention including a polyaxial bone screw having a receiver, a bone screw shank, a lower compression insert and a closure structure cooperating with a longitudinal connecting member in the form of a bar of non-circular cross-section.

FIG. 2 is an enlarged upper perspective view of the compression insert of FIG. 1.

FIG. 3 is an enlarged lower perspective view of the compression insert of FIG. 1.

FIG. 4 is an enlarged top plan view of the compression insert of FIG. 1.

FIG. 5 is an enlarged side elevational view of the compression insert of FIG. 1.

FIG. 6 is an enlarged top plan view of the bone screw shank, receiver and the insert being shown during assembly of the insert into the receiver.

FIG. 7 is an enlarged and partial front elevational view of the bone screw shank, receiver and insert, also showing the insert in a stage of assembly similar to FIG. 6.

FIG. 8 is an enlarged and partial front elevational view of the bone screw shank, receiver, insert and longitudinal connecting member of FIG. 1 shown assembled and with portions broken away to show the detail thereof.

FIG. 9 is an enlarged and partial front elevational view of the bone screw shank, receiver, insert and longitudinal connecting member of FIG. 1 shown assembled and further shown with the closure structure of FIG. 1 in an early stage of assembly with the receiver and with portions broken away to show the detail thereof.

FIG. 10 is an enlarged and partial front elevational view of the bone screw shank, receiver, insert and longitudinal connecting member of FIG. 1 shown assembled with the closure structure of FIG. 1 and with portions broken away to show the detail thereof.

FIG. 11 is an enlarged and partial view similar to FIG. 10 with additional portions broken away to show the detail thereof.

FIG. 12 is an enlarged and partial upper perspective view of the assembly of FIG. 10 but with the closure structure removed to show deformation of the longitudinal connecting member and also shown with other portions broken away to show the detail thereof.

FIG. 13 is a perspective view showing the assembly of FIG. 1 attached to a second polyaxial bone screw of FIG. 1.

FIG. 14 is an enlarged and partial front elevational view of a second, alternative embodiment of a medical implant assembly according to the invention having a deformable connecting member of rectangular cross-section, with portions broken away to show the detail thereof.

FIG. 15 is an enlarged and partial front elevational view of the embodiment of FIG. 14 with portions broken away to

4

show the detail thereof and further showing replacement of the deformable connecting member with a rigid rod of circular cross-section.

FIG. 16 is a perspective view showing two bone screws of a third, alternative embodiment of a medical implant assembly according to the invention holding a deformable connecting member of circular cross-section.

FIG. 17 is an enlarged and partial front elevational view of one of the bone screws and the connecting member of FIG. 16 with portions broken away to show the detail thereof.

FIG. 18 is an enlarged and partial front elevational view of the embodiment of FIG. 17 with portions broken away to show the detail thereof and further showing replacement of the deformable connecting member with a rigid rod of circular cross-section.

DETAILED DESCRIPTION OF THE INVENTION

As required, detailed embodiments of the present invention are disclosed herein; however, it is to be understood that the disclosed embodiments are merely exemplary of the invention, which may be embodied in various forms. Therefore, specific structural and functional details disclosed herein are not to be interpreted as limiting, but merely as a basis for the claims and as a representative basis for teaching one skilled in the art to variously employ the present invention in virtually any appropriately detailed structure. It is also noted that any reference to the words top, bottom, up and down, and the like, in this application refers to the alignment shown in the various drawings, as well as the normal connotations applied to such devices, and is not intended to restrict positioning of bone attachment assemblies of the application and cooperating connecting members in actual use.

With reference to FIGS. 1-13, the reference number 1 generally represents an embodiment of a medical implant assembly according to the present invention. The assembly 1 includes a polyaxial bone screw 3 having a shank 4 that further includes a threaded body 6 integral with an upper portion 8; a receiver 10; and a lower compression or pressure insert 12. The medical implant assembly 1 further includes a longitudinal connecting member 14 and a closure structure 16. The shank 4, receiver 10, and compression insert 12 are typically factory assembled prior to implantation of the shank body 6 into a vertebra (not shown).

As will be described in greater detail below, the illustrated shank 4 is top loaded into the receiver 10 and thereafter the substantially spherical upper portion 8 slidingly cooperates with an inner substantially spherical inner surface of the receiver 10 such that the receiver 10 and the shank 4 can be secured at any of a plurality of angles, articulations or rotational alignments relative to one another and within a selected range of angles both from side to side and from front to rear, to enable flexible or articulated engagement of the receiver 10 with the shank 4 until both are locked or fixed relative to each other near the end of an implantation procedure. It is noted that although the drawing figures show a top loaded polyaxial mechanism having a spherical sliding connection between the shank upper portion and the receiver inner surface, other kinds of top loaded and bottom loaded embodiments may be utilized according to the invention. For example, bottom loaded bone screws, such as that disclosed in Applicant's U.S. Pat. Pub. No. 2007/0055244 (U.S. patent application Ser. No. 11/522,503 filed Sep. 14, 2006), the disclosure of which is incorporated by reference

US 10,335,200 B2

5                                                                        6

herein, having a threaded capture connection between a shank upper portion and a retainer structure disposed within the receiver may be utilized for providing a polyaxial connection between the receiver and the shank for use with the present invention. Specifically, U.S. Pat. Pub. No. 2007/0055244 discloses a bone screw shank that includes an upper portion that further includes an outer helical thread mateable with a retaining structure that includes a mating inner helical thread. The retaining structure has a partially spherical surface that is slidingly mateable with a cooperating inner surface of the receiver, allowing for a wide range of pivotal movement between the shank and the receiver. Bottom or top loaded polyaxial bone screws with other types of capture connections may also be used according to the invention, including but not limited to other types of threaded connections, frictional connections utilizing frusto-conical or polyhedral capture structures, or other integral top or downloadable shanks.

The shank 4, best illustrated in FIGS. 1 and 9, is elongate, with the shank body 6 having a helically wound bone implantable thread 24 extending from near a neck 26 located adjacent to the upper portion 8 to a tip 28 of the body 6 and extending radially outwardly therefrom. During use, the body 6 utilizing the thread 24 for gripping and advancement is implanted into the vertebra (not shown) leading with the tip 28 and driven down into the vertebra with an installation or driving tool, so as to be implanted in the vertebra to near the neck 26. The shank 4 has an elongate axis of rotation generally identified by the reference letter A.

The neck 26 extends axially upwardly from the shank body 6. The neck 26 may be of reduced radius as compared to an adjacent top 32 of the threaded body 6. Further extending axially upwardly from the neck 26 is the shank upper portion 8 that provides a connective or capture apparatus disposed at a distance from the threaded body top 32 and thus at a distance from the vertebra when the body 6 is implanted in the vertebra.

The shank upper portion 8 is configured for a polyaxial connection between the shank 4 and the receiver 10 and capturing the shank 4 upper portion 8 in the receiver 10. The upper portion 8 generally includes an outer spherical surface 34; a planar annular upper surface 36 and with an internal drive feature or structure 38 formed in the surface 36. A driving tool (not shown) has a driving projection configured to fit within the tool engagement structure 38 for both driving and rotating the shank body 6 into the vertebra. As best shown in FIG. 11, the spherical surface 34 is also sized and shaped for sliding contact engagement and ultimate positive frictional mating engagement with the compression insert 12, when the bone screw 3 is assembled, and in any alignment of the shank 4 relative to the receiver 10. The illustrated surface 34 also has approximately the same radius as an inner spherical seating surface (84 described in greater detail below) of the receiver 10, allowing for clearance of the shank 4 with respect to the receiver 10 and thus a desired degree and magnitude of articulation of the shank 4 with respect to the receiver 10. In certain embodiments, the surface 34 is smooth. While not required in accordance with the practice of the invention, the surface 34 may be scored or knurled to further increase frictional positive mating engagement between the surface 34 and the compression insert 12.

The shank 4 shown in the drawings is cannulated, having a small central bore 40 extending an entire length of the shank 4 along the axis A. The bore 40 is defined by an inner cylindrical wall of the shank 4 and has a circular opening at the shank tip 28 and an upper opening communicating with

the internal drive 38. The bore 40 is coaxial with the threaded body 6 and the upper portion 8. The bore 40 provides a passage through the shank 4 interior for a length of wire (not shown) inserted into the vertebra (not shown) prior to the insertion of the shank body 6, the wire providing a guide for insertion of the shank body 6 into the vertebra (not shown).

To provide a biologically active interface with the bone, the threaded shank body 6 may be coated, perforated, made porous or otherwise treated. The treatment may include, but is not limited to a plasma spray coating or other type of coating of a metal or, for example, a calcium phosphate; or a roughening, perforation or indentation in the shank surface, such as by sputtering, sand blasting or acid etching, that allows for bony ingrowth or ongrowth. Certain metal coatings act as a scaffold for bone ingrowth. Bio-ceramic calcium phosphate coatings include, but are not limited to: alpha-tri-calcium phosphate and beta-tri-calcium phosphate ($Ca_3(PO_4)_2$), tetra-calcium phosphate ($Ca_4P_2O_9$), amorphous calcium phosphate and hydroxyapatite ($Ca_{10}(PO_4)_6(OH)_2$). Coating with hydroxyapatite, for example, is desirable as hydroxyapatite is chemically similar to bone with respect to mineral content and has been identified as being bioactive and thus not only supportive of bone ingrowth, but actively taking part in bone bonding.

Referring to FIGS. 1 and 6-12, the receiver 10 has a generally squared off U-shaped appearance with a partially cylindrical inner profile and a substantially curved or cylindrical outer profile; however, the outer profile could also be of another configuration, for example, faceted. The receiver has an axis of rotation B that is shown in FIG. 1 as being aligned with and the same as the axis of rotation A of the shank 4, such orientation being desirable during assembly of the receiver 10 with the shank 4 and the insert 12. After such assembly, the bone screw 3 is implanted in a vertebra (not shown). Thereafter, the axis B is typically disposed at an angle with respect to the axis A of the shank 4.

The receiver 10 includes a base 50 integral with a pair of opposed substantially similar or identical upstanding arms 52 forming a squared-off U-shaped cradle and defining a channel 56 between the arms 52 with an upper opening 57 and a lower planar seat 58. The channel 56 is defined in part by planar opposed parallel walls 60 of the receiver arms 52 that run perpendicular to the lower planar seat 58. The walls 60 are spaced to closely receive the bar-shaped connecting member 14 but may also receive a cylindrical rod or oval rod having a diameter or width the same or less than a width of the connecting member 14.

Each of the arms 52 has an interior surface 64 that defines the inner cylindrical profile and includes a partial helically wound guide and advancement structure 66. In the illustrated embodiment, the guide and advancement structure 66 is a partial helically wound interlocking flange form configured to mate under rotation with a similar structure on the closure structure 16, as described more fully below. However, it is foreseen that the guide and advancement structure 66 could alternatively be a square thread, a buttress thread, a reverse angle thread or other thread like or non-thread like helically wound advancement structure for operably guiding under rotation and advancing the closure top downward between the arms 52.

Opposed tool engaging apertures 68 are formed on or through surfaces of the arms 52 that may be used for holding the receiver 10 during assembly with the shank 4 and the retainer structure 12 and also during the implantation of the shank body 6 into a vertebra (not shown). Furthermore, the illustrated embodiment includes upper undercut tool engag-

US 10,335,200 B2

7

ing grooves 70 for cooperating with manipulation tools. It is foreseen that tool receiving grooves or apertures may be configured in a variety of shapes and sizes and be disposed at other locations on the receiver arms 52.

A pair of spring tabs 76, each having an upper body portion 78 integral with a respective arm 52, and a lower and inner surface 80 extending below the respective upper body portion 78. The surface 80 is sized and shaped for frictional contact with a portion of the insert 12 as will be described in greater detail below. The tabs 76 are generally directed towards the axis B and downwardly generally toward the base 50. The lower contact surfaces 80 are positioned to engage the compression insert 14 and hold such insert in a desired position, prohibiting rotation of the inert 14 about the axis B. The tabs 76 are typically initially disposed parallel to the axis B and then a tool (not shown) is inserted into the aperture 68 from outside of the receiver 10 to engage and push the respective tab 76, thereby bending the tab 76 inwardly in a direction toward the axis B until the tab 76 is at a desired angular position, such as is illustrated in FIGS. 7-11. Such bending of the tabs 76 may be performed either prior to or after assembly of the receiver 10 with the insert 14. It is also foreseen that the tabs 76 may be machined or otherwise pre-fabricated to be angled or directed toward the axis B so as to engage the insert 14 as shown in the drawing figures. The illustrated tabs 76 are resilient, having a spring-like nature. Thus, when operatively cooperating with the insert 14, the tabs 76 bias against the insert 14, holding such insert in a desired position; and yet the tabs 76 are flexible enough to allow a user to make desired minor adjustments of the position of the insert 14 within the receiver 10.

With further reference to FIGS. 6-11, communicating with and located beneath the channel 56 of the receiver 10 is a chamber or cavity, generally 82, defined in part by an internal substantially spherical seating surface 84 and an inner substantially cylindrical surface 86. The cylindrical surface 86 that defines a portion of the cavity 82 opens upwardly into the channel 56. A closure guide and advancement run-out or recess 87 is disposed between the guide and advancement structure 66 and the cylindrical surface 86. The recess 87 is sized and shaped for receiving a flanged portion of the insert 12 as will be described more fully below. The inner substantially spherical surface 84 that is located below the surface 86 is sized and shaped for mating with the shank upper portion 8. However, it is noted that the surface 84 could have other shapes, for example, conical.

The base 50 further includes a restrictive neck 88 defining a bore, generally 90, communicating with the spherical surface 84 of the cavity 82 and also communicating with a lower exterior 92 of the base 50. The bore 90 is coaxially aligned with respect to the rotational axis B of the receiver 10. The neck 88 and associated bore 90 are sized and shaped to be smaller than an outer radial dimension of the shank upper portion 8, so as to form a restriction at the location of the neck 88 relative to the shank upper portion 8 to prohibit the upper portion 8 from passing through the cavity 82 and out to the lower exterior 92 of the receiver 10.

With particular reference to FIGS. 2-8, the lower compression or pressure insert 12 includes a substantially cylindrical body 110 integral with a pair of upstanding arms 112. The body 110 and arms 112 form a generally squared-off U-shaped, open, through-channel 114 defined by a planar bottom seating surface 116 and opposed spaced planar walls 118 that are substantially perpendicular to the seating surface 116. The lower seating surface 116 and the walls 118 are sized and shaped to conform to a width of the connecting member 14 and thus configured to operably snugly engage

8

the member 14 at planar outer surfaces thereof as will be described in greater detail below. The arms 112 disposed on either side of the channel 114 each include a top flanged portion 120, each portion 120 including a top planar surface 122, sized and shaped to engage the closure structure 16 and partially cylindrical outer surfaces 124 sized and shaped to fit within the guide and advancement structure run-out relief 87 of the receiver 10. The cylindrical surfaces 124 are disposed substantially perpendicular to the respective adjacent top surfaces 122. Formed in the planar walls 118 near the top surfaces 122 and extending at an oblique angle into the flanged portions 120 are a pair of opposed recesses or relief surfaces 126. As will be described in greater below, the recesses 126 provide relief for material flow of the connecting member 14 material as shown, for example, in FIGS. 11 and 12. Furthermore, each flange 120 includes a bottom surface 127 disposed substantially parallel to the respective top surface 122 and a recessed surface or groove 128 running at an oblique angle with respect to the respective cylindrical surface 124 removing a portion of the flange 120 at the cylindrical surface 124 and the bottom surface 127. The recessed surface or groove 128 is directed downwardly and inwardly toward the channel 114, being spaced from the top surface 122 and intersecting the bottom surface 127. Each of the surfaces 128 is sized and shaped to receive one of the spring tabs 76 of the receiver 10 and engage such respective tab at the inner lower surface 80 thereof. As will be described more fully below, after each of the tabs 76 spring or snap into the respective recessed surface portion 128, the cylindrical surface 124 located on either side thereof prevents rotation of the insert 12 about the axis B with respect to the receiver 10.

The compression insert 12 further includes a bottom annular surface 130 and a substantially cylindrical outer surface 132. An inner cylindrical surface 134 partially defines a central through-bore extending along a central axis of the compression insert 12. The surface 134 is located between the seating surface 116 and a concave substantially spherical surface 136. The compression insert through-bore is sized and shaped to receive a driving tool (not shown) therethrough that engages the shank drive feature 38 when the shank body 6 is driven into bone. The surface 136 extends between the inner cylindrical surface 134 and the bottom surface 130. The surface 136 is sized and shaped to slidingly and pivotally mate with and ultimately frictionally engage the outer convex spherical surface 34 of the shank upper portion 8. The surface 136 may include a roughening or surface finish to aid in frictional contact between the surface 136 and the surface 34, once a desired angle of articulation of the shank 4 with respect to the receiver 10 is reached. A pair of recesses 138 or flat surfaces are formed in the insert cylindrical surface 132 and located spaced from the flanged portions 120. With reference to FIG. 14, such recesses 138 are sized and shaped to engage spring tabs or other insert holding members as will be described in greater detail below.

The cylindrical surface 132 has an outer diameter slightly smaller than a diameter between crests of the guide and advancement structure 66 of the receiver 10 allowing for top loading of the compression insert 12 with the flanged portions 120 being located between the planar walls 60 during insertion of the insert 12 into the receiver 10 as shown in FIGS. 6 and 7. The receiver is then rotated into place as shown in FIG. 8 with the flanged portions 120 being received in the guide and advancement structure run-out or recess 87. As the insert 12 is rotated into a desired position, the spring tabs 76 snap into the recessed portions 124, and

US 10,335,200 B2

9 | 10

thereafter hold the insert **12** in a desired alignment between the channel **56** of the receiver and the channel **114** of the insert **12**. The lower compression insert **12** is sized such that the insert **12** is ultimately received within the cylindrical surface **86** of the receiver **10** below the guide and advancement structure **66** with the flanged top portions **120** received in the recesses **87** formed below the guide and advancement structure **66** and the bottom-surface **130** being spaced from the receiver base. The receiver **10** fully receives the lower compression insert **12** and blocks the structure **12** from spreading or splaying in any direction. It is noted that assembly of the shank **4** within the receiver **10**, followed by insertion of the lower compression insert **12** into the receiver **10** are assembly steps typically performed at the factory, advantageously providing a surgeon with a polyaxial bone screw with the lower insert firmly snapped into place and thus ready for insertion into a vertebra.

The compression or pressure insert **14** ultimately seats on the shank upper portion **8** and is disposed substantially in the upper cylindrical portion **86** of the cavity **82**, with the tabs **76** engaging the insert **14** at the grooves **128**, thereby holding the insert **14** in desired alignment with respect to the connecting member **14**. In operation, the insert **14** extends at least partially into the channel **56** such that the seating surface **116** substantially contacts and engages the adjacent planar surface of the connecting member **14** when such member **14** is placed in the receiver **10** and the closure structure or top **18** is tightened therein. The connecting member **14** is held in spaced relation with the lower seat **58** of the receiver **10**.

With reference to FIGS. **1** and **10-13**, the elongate connecting member **14** illustrated in the drawing figures is a solid elongate bar of rectangular cross-section. More particularly, the illustrated embodiment is solid and has as square cross-section. Thus, the member **14** includes a first pair of opposed planar surfaces **140** and a second pair of equally spaced opposed planar surfaces **142** disposed perpendicular to the surfaces **140**. The illustrated member **14** further includes beveled edges and first and second end surfaces **144** and **146**. The illustrated connecting member **14** is made from a polymer, in particular, polyetheretherketone (PEEK). The member **14** may be made from a variety of materials including metal, metal alloys or other suitable materials, including, but not limited to plastic polymers such as PEEK, ultra-high-molecular weight-polyethylene (UH-MWP), polyurethanes and composites, including composites containing carbon fiber. Furthermore, the connecting member **14** may be a component of a dynamic stabilization connecting member, with the bar or bar portion **14** that is operatively disposed within the insert channel **114** also being integral with or otherwise fixed to a more flexible, bendable or damping component that extends between adjacent pairs of bone screws **3**. It is foreseen that as long as the longitudinal connecting member has sufficient viscoelastic behavior, any cross-sectional shape (i.e., square, oval, round, non-round) could be used for the longitudinal connecting member. The channel in the insert could be modified to fit the shape of the longitudinal connecting member. After sufficient pressure is applied to the longitudinal connecting member by the one-piece closure, and plastic deformation occurs, additional pressure by the closure is then directly applied to the compression or pressure insert, thereby securely locking both the longitudinal connecting member and the polyaxial mechanism of the bone anchor.

With reference to FIGS. **1** and **9-11**, the closure structure or closure top **16** can be any of a variety of different types of closure structures for use in conjunction with the present invention with suitable mating structure on the upstanding arms **52**. In the embodiment shown, the closure top **16** is rotatably received between the spaced arms **52**. The illustrated closure structure **16** is substantially cylindrical and includes an outer helically wound guide and advancement structure **152** in the form of a flange form that operably joins with the guide and advancement structure **66** disposed on the arms **52** of the receiver **10**. The flange form utilized in accordance with the present invention may take a variety of forms, including those described in Applicant's U.S. Pat. No. 6,726,689, which is incorporated herein by reference. It is also foreseen that according to the invention the closure structure guide and advancement structure could alternatively be a buttress thread, a square thread, a reverse angle thread or other thread like or non-thread like helically wound advancement structure for operably guiding under rotation and advancing the closure structure **16** downward between the arms **52** and having such a nature as to resist splaying of the arms **52** when the closure structure **16** is advanced into the channel **56**. The illustrated closure structure **16** also includes a top surface **154** with an internal drive **156** in the form of an aperture that is illustrated as a hex drive, but may be, for example, a star-shaped internal drive, such as those sold under the trademark TORX or other internal drives, including, but not limited to slotted, tri-wing, spanner, two or more apertures of various shapes, and the like. A driving tool (not shown) sized and shaped for engagement with the internal drive **156** is used for both rotatable engagement and, if needed, disengagement of the closure **16** from the receiver arms **52**. It is also foreseen that the closure structure **15** may alternatively include a break-off head designed to allow such a head to break from a base of the closure at a preselected torque, for example, 70 to 140 inch pounds. Such a closure structure would also include a base having an internal drive to be used for closure removal. A bottom surface **158** of the closure is planar, but may include a point, points, a rim or roughening for engagement with the surface **140** of the bar-like connecting member **14**. The bottom surface **158** is sized and shaped for engagement with both the connecting member surface **140** and the top planar surfaces **122** of the flanged portions **120** of the insert **12**. As will be described in greater detail below, during assembly, the surface **158** first engages the surface **140** of the connecting member. Then, as the closure member **16** is rotated, the surface **158** presses against the surfaces **120**, pushing the insert **16** downwardly onto the shank upper portion **8** that in turn presses against the receiver surface **84**, locking the shank **4** with respect to the receiver **10** in a desired angular or articulated position. With time, the connecting member **14** may undergo creep or other plastic deformation that may lessen the engagement between the surfaces **140** and **158**. However, regardless of any movement of the surface **140**, the frictional engagement between the closure member **16** and the insert **12**, both preferably made from a metal or metal alloy, such as stainless steel or titanium, will remain rigid and secure.

The closure top **16** may further include a cannulation through bore extending along a central axis thereof and through a surface of the drive **156** and the bottom surface **158**. Such a through bore provides a passage through the closure **16** interior for a length of wire (not shown) inserted therein to provide a guide for insertion of the closure top into the receiver arms **52**.

With particular reference to FIG. **1**, prior to the polyaxial bone screw **3** being placed in use according to the invention, the tip **28** of the shank **6** is inserted into the receiver **10** at the upper opening **57** and then through the bore **88** to a

US 10,335,200 B2

11

position wherein the shank upper portion **8** is seated on the inner surface **84** of the receiver. Then, with particular reference to FIGS. **6**-**7**, the insert **12** is inserted into the opening **57** with the flanged portions **120** aligned in the channel **56**, each flanged portion **120** being located between a pair of opposed planar walls **60** partially defining the channel **56**. The insert **12** is then moved downwardly in the channel **56** and toward the cavity **82** as illustrated by the arrow **170** in FIG. **7**. As the insert **12** is moved downwardly into the cylindrical portion **86** of the cavity **82**, the spring tabs **76** may be pushed outwardly away from the axis A by the flanged portions **120**. Once the flanged portions **120** are located below the guide and advancement structure **66** and adjacent the run-out relief **87**, the insert **12** is rotated about the axis B of the receiver **10** as illustrated by the arrow **172** in FIG. **8**. The flanged portions **120** fit within the relief **87**. Once each flanged portion **120** is located centrally with a respective arm **52** of the receiver **10**, rotation is ceased and the spring tabs **76** slide or snap into the grooves **128**. A slight downward movement of the insert **12** may be needed to fully engage the spring tabs **76** in the grooves with each of the surfaces **80** being biased against the respective groove surfaces **128**. The insert **12** is now locked into place inside the receiver **10** with the guide and advancement structure **66** prohibiting upward movement of the insert out of the opening **57** and the spring tabs **76** that are biasing against the insert **12** at the grooves **128** prohibiting rotational movement of the insert **12** with respect to the receiver **10** about the receiver axis B. As illustrated in FIG. **10**, the insert **12** seats on the shank upper portion **8** with the surface **136** in sliding engagement with the surface **34**. The run-out or relief **87** is sized and shaped to allow for some upward and downward movement of the insert **12** toward and away from the shank upper portion **8** such that the shank **8** is freely pivotable with respect to the receiver **10** until the closure structure **16** presses on the insert **12** that in turn presses upon the upper portion **8** into locking frictional engagement with the receiver **10** at the surface **84**.

In use, the bone screw **3** is typically screwed into a bone, such as a vertebra (not shown), by rotation of the shank **4** using a driving tool (not shown) that operably drives and rotates the shank **4** by engagement thereof with the tool engagement structure **38**. The vertebra (not shown) may be pre-drilled to minimize stressing the bone and have a guide wire (not shown) that is shaped for the cannula **40** inserted to provide a guide for the placement and angle of the shank **4** with respect to the vertebra. A further tap hole may be made using a tap with the guide wire as a guide. Then, the bone screw **3** is threaded onto the guide wire utilizing the cannulation bore **40** by first threading the wire into the bottom opening **28** and then out of the top at the internal drive **38**. The shank **4** is then driven into the vertebra, using the wire as a placement guide.

With reference to FIGS. **10**-**11**, the connecting member **14** is eventually positioned in an open or percutaneous manner within the receiver channel **56** and then into the channel **114** defined by the bottom planar seating surface **116** and the planar walls **118**. The member surfaces **140** and **142** are closely received within the planar walls of the insert **12**. The closure structure or top **16** is then inserted into and advanced between the arms **52** so as to bias or push against the upper surface **140** of the connecting member **14**. Alignment of the planar surfaces **140** and **142** of the connecting member **14** with the squared off U-shaped channel **114** of the insert **14** is initially provided and then maintained by pressure placed on the insert **12** at grooves **128** by the spring tabs **76**. The closure structure **16** is rotated, using a tool engaged with the

12

inner drive **156** until a selected pressure is reached at which point the connecting member **14** fully engages the planar surfaces **116** and **118** of the insert **12** and the connecting member **14** is urged toward, but not in contact with the lower seat **58** of the receiver **10** that defines the squared off U-shaped channel **56**. As the closure member **16** is rotated and urged downwardly against first the connecting member **14** and then the flanged portions **120** of the insert **12**, for example, with a pressure of about 80 to about 120 inch pounds, frictional locking of the shank upper portion **8** against the receiver surface **84** at a desired angle of articulation is accomplished not only by forces transferred through the connecting member **14** but also by direct engagement between the closure member **16** and the insert **12** at the flanged portions **120**. Thus, if the connecting member **14** exhibits creep, as would be expected by the PEEK connecting member **14** illustrated in the drawing figures, movement or flow of the member **14** would not diminish the locking frictional engagement between the shank upper portion **8** and the receiver surface **84** as neither the insert **12** nor the receiver **10** (both made from metal such as titanium, for example) would exhibit creep or other deformation. In such an assembly **1**, the benefit to the patient of a flexible or dynamic connecting member **14** as well as the benefit of a bone screw **3** having a secure locking mechanism (metal to metal frictional engagement) is accomplished.

If removal of the connecting member **14** from any of the bone screws **3** is necessary, or if it is desired to release the connecting member **14** at a particular location, disassembly is accomplished by using the driving tool (not shown) that mates with the internal drive **156** on the closure structure **16** to rotate and remove the closure structure **16** from the cooperating receiver **10**. Disassembly is then accomplished in reverse order to the procedure described previously herein for assembly.

With reference to FIG. **12**, there is illustrated an assembly **1** of the invention wherein the closure member **16** has been removed after an amount of time wherein the PEEK connecting member **14** has exhibited some deformation due to creep. It is noted how the member **14** is compressed at the area **180** where the closure structure **16** bottom surface **158** had been pressing on the member upper surface **140**. Also illustrated is the flow of connecting member **14** material **182** into the recesses **126** formed in the insert **12**. Such material **182** disposed within the recesses **126** advantageously provides further frictional engagement between the insert **12** and the connecting member **14**.

With reference to FIG. **13**, the connecting member **14** is typically assembled with two or more bone screws **3**. The combination of the connecting member **14** with planar surfaces and the bone screw receiver **10** having a channel and insert **12** that includes planar surfaces for closely receiving the member **14** is shown. An advantage of such an assembly is torsional control of the medical implant system. As compared to rigid rods made from metals or metal alloys, a dynamic medical implant **1** of the invention is desirably more flexible in bending or flexing. Furthermore, the combination between a bar-shaped connecting member and receiver with planar surfaces provides stability and strength to withstand torsional forces that, for example, a cylindrical PEEK rod captured by a receiver with a U-shaped channel would not provide. If a more rigid support is eventually required, the bar-shaped member **14** may be replaced by a stiffer cylindrical or bar-shaped rod having a diameter or width the same or similar to the cross-sectional width of the member **14**. Such a rod of circular cross-section would be adequately received and closely held between the planar

US 10,335,200 B2

13

14

walls 116 and 118 of the insert 14 and the same or similar closure top 16 could be used to hold such a rod in the receiver 10 and also lock the polyaxial mechanism, placing the shank 4 and the receiver 10 in a desired angular relationship with one another.

With reference to FIGS. 14 and 15, an alternative assembly 1' is illustrated. The assembly 1' is identical to the assembly 1 previously described herein with the exception of an aspect of a receiver 10' that is otherwise substantially similar to the receiver 10 previously described herein. The assembly 1' therefore includes a shank 4', an insert 12', a connecting member 14' and a closure member 16' that are identical or substantially similar in form and function to the respective shank 4, insert 12, connecting member 14 and closure member 16 previously described herein with respect to the assembly 1. As compared to the spring tabs 76 of the receiver 10 that extend in a downward direction toward the base 50 of the receiver 10, the receiver 10' includes a pair of spring tabs 76' that extend upwardly and toward a closure structure 16'. The spring tabs 76' bias against the insert 12' at recesses 138' identical to the recesses 138 described herein with respect to the insert 12.

With reference to FIG. 15, if a more rigid support is eventually required, the bar-shaped member 14' is shown being replaced by a stiffer cylindrical rod 14'' having a diameter equal to the width of the member 14'. As shown in FIG. 15, the rod 14'' is received and closely held between planar walls 116' and 118' of the insert 14' and a closure top 16'' substantially similar to the closure top 16' abuts against the rod 14'' but does not abut against the lower pressure insert 12'. Frictional engagement of the closure top 16'' and the rod 14'' fixes the rod 14'' in the receiver 10' and also locks the polyaxial mechanism, fixedly placing the shank 4' and the receiver 10' in a desired angular relationship with one another.

With reference to FIGS. 16-18, another alternative assembly 201 is illustrated. The assembly 201 is identical to the assembly 1' previously described herein with the exception that the bottom planar surfaces of the lower pressure insert and receiver have been replaced by curved surfaces, forming U-shaped channels for holding a connecting member having substantially circular cross-section, such as deformable or rigid rods. The assembly 201 therefore includes a shank 204, a receiver 210, an insert 212, a connecting member 214 and a closure member 216 that are substantially similar in form and function to the respective shank 4, receiver 10, insert 12, connecting member 14 and closure member 16 previously described herein with respect to the assembly 1 with the following exceptions: The receiver 210 includes spring tabs 276 that are identical or substantially similar to the spring tabs 76' of the assembly 1'. Also, a U-shaped surface 258 replaces the planar surface 58 that partially defines the channel 56 of the receiver 10. Similarly, the insert 212 includes a U-shaped surface 316 that replaces the planar bottom surface 116 and portions of the side surfaces 118 of the insert 12. Therefore, the insert 212 and the receiver 210 are sized and shaped to closely receive the connecting member 214 that differs from the connecting member 14 in that the member 214 has a circular cross-section as compared to the rectangular cross-section of the member 14. As best illustrated in FIG. 17, the rod-shaped deformable connecting member 214 is closely held or cradled by the insert 212 surface 316; with the connecting member 214 being held spaced from the receiver surface 258. The closure top 216 presses and deforms the connecting member 214 and also engages the lower pressure insert 212. Engagement between the closure 216 and the insert 212 keeps the bone

screw shank 204 in a desired locked position with respect to the receiver 210 even if further deformation of the connecting member 214 occurs that might loosen the connection between the connecting member 214 and the closure top 216.

With reference to FIG. 18, if a more rigid support is eventually required, the deformable rod 214 is shown being replaced by a stiffer cylindrical rod 214'. The more rigid rod 214' is received and closely held by the surface 316 and a closure top 216' substantially similar to the closure top 216 abuts against the rod 214' but does not abut against the lower pressure insert 212. Frictional engagement of the closure top 216' and the rod 214' fixes the rod 214' in the receiver 210 and also locks the polyaxial mechanism, fixedly placing the shank 204 and the receiver 210 in a desired angular relationship with one another.

It is to be understood that while certain forms of the present invention have been illustrated and described herein, it is not to be limited to the specific forms or arrangement of parts described and shown.

What is claimed is:

1. A pivotal bone anchor assembly for securing an elongate rod to a bone via a closure top, the pivotal bone anchor assembly comprising:

a receiver having a longitudinal axis, a base, and a pair of upstanding arms extending upwardly from the base with opposed inner surfaces defining an upwardly-opening rod-receiving channel configured to receive the elongate rod, the arm inner surfaces having a closure top mating feature formed thereon, the base including a cavity in communication with the channel and with a bottom surface of the base through a bottom opening to define a receiver bore centered about the longitudinal axis, the cavity having a spherical seating surface proximate the bottom opening, the receiver bore including:

a downwardly-facing surface below the closure top mating feature; and

at least one integral structure protruding inwardly toward the longitudinal axis between the closure top mating feature and the cavity;

a shank having a proximal capture portion with a spherical outer surface and an anchor portion extending distally from the capture portion for fixation to the bone, the shank capture portion being positionable within the receiver cavity with the shank anchor portion extending downwardly through the bottom opening; and

a pressure insert having an upwardly-facing curvate seating surface configured to receive at least an underside portion of the elongate rod, a central opening for a tool to pass through, at least one notch formed in an outer side surface thereof, a lower surface configured to engage the shank capture portion spherical outer surface to directly apply downward pressure to the shank capture portion, and an upwardly-facing surface positioned radially outward from the curvate seating surface, the pressure insert being installed into a first position within the receiver bore with the curvate seating surface in a non-alignment orientation with respect to the receiver rod-receiving channel,

wherein upon rotation of the pressure insert about the longitudinal axis into a second position within the receiver, with the insert curvate seating surface in a co-linear alignment with the receiver rod-receiving channel,

US 10,335,200 B2

15

the at least one receiver inwardly-protruding integral structure is positioned in the at least one insert outer side surface notch so as to prevent further rotation of the pressure insert within the receiver bore, and

the insert upwardly-facing surface is rotated under the receiver downwardly-facing surface so as to inhibit upward movement of the pressure insert within the receiver bore along the longitudinal axis.

**2**. The bone anchor assembly of claim **1**, wherein the at least one receiver inwardly-protruding integral structure is formed into the receiver bore prior to top loading the pressure insert into the receiver bore.

**3**. The bone anchor assembly of claim **1**, wherein the at least one receiver inwardly-protruding integral structure further comprises a pair of opposed inwardly-protruding integral structures formed into opposite sides of the receiver bore.

**4**. The bone anchor assembly of claim **1**, wherein the at least one receiver inwardly-protruding integral structure further comprises a resilient spring tab.

**5**. The bone anchor assembly of claim **1**, wherein the insert curvate seating surface is further defined by a pair of upright arms.

**6**. The bone anchor assembly of claim **5**, wherein the insert upright arms have top surfaces that are substantially perpendicular to the receiver longitudinal axis when the pressure insert is installed within the receiver bore.

**7**. The bone anchor assembly of claim **1**, wherein the pressure insert has a top surface that is spaced apart from a bottom surface of the closure top when the closure top is fully engaged with the receiver closure top mating feature to secure the elongate rod within the channel.

**8**. The bone anchor assembly of claim **1**, wherein the pressure insert further comprises a pair of oppositely spaced flanges projecting radially outward, each flange having the upwardly-facing surface and extending, upon rotation of the pressure insert into the second position, under the receiver downwardly-facing surface configured to at least partially overlap and be engageable with the flange upwardly-facing surface.

**9**. The bone anchor assembly of claim **1**, wherein the insert central opening allows the tool to pass therethrough so that the tool engages a driving structure formed on the shank capture portion.

**10**. The bone anchor assembly of claim **1**, wherein the pressure insert is top loaded into the receiver bore when installed in the first position.

**11**. The bone anchor assembly of claim **1**, wherein the pressure insert further comprises oppositely spaced apart notches that are configured, upon rotation of the pressure insert into the second position, to engage opposed integral structures protruding inwardly toward the longitudinal axis to prevent the further rotation of the pressure insert within the receiver bore.

**12**. The bone anchor assembly of claim **1**, wherein the insert lower surface further comprises a downwardly-facing spherical surface.

**13**. The bone anchor assembly of claim **1**, wherein the shank capture portion is installed into the receiver cavity prior to the pressure insert being installed into the receiver bore.

**14**. The bone anchor assembly of claim **1**, wherein the shank capture portion spherical outer surface slidably engages the receiver cavity spherical seating surface.

**15**. The bone anchor assembly of claim **1**, wherein the shank is cannulated.

16

**16**. The bone anchor assembly of claim **1**, wherein the receiver closure top mating feature further comprises a helically-wound guide and advancement structure.

**17**. The bone anchor assembly of claim **1**, wherein the receiver closure top mating feature further comprises a discontinuous helically-wound guide and advancement structure.

**18**. A pivotal bone anchor assembly for securing an elongate rod to a bone via a closure top, the bone anchor assembly comprising:

a receiver having a longitudinal axis, a base, and a pair of upstanding arms extending upwardly from the base with opposed inner surfaces defining an upwardly-opening rod-receiving channel extending through outwardly-facing front side and back side surfaces of the receiver and configured to receive the elongate rod, the arm inner surfaces having a closure top mating feature formed thereon, the base including a cavity in communication with the rod-receiving channel and with a bottom surface of the base through a bottom opening to define a receiver bore centered about the longitudinal axis, the receiver bore including at least one downwardly-facing surface formed in an interior surface thereof and a pair of opposed integral structures facing inwardly toward the longitudinal axis between the closure top mating feature and the cavity, the cavity having a spherical seating surface proximate the bottom opening;

a shank having a proximal capture portion with a spherical outer surface and an anchor portion extending distally from the capture portion for fixation to the bone, the shank capture portion being positionable within the receiver cavity with the shank anchor portion extending downwardly through the bottom opening; and

a pressure insert having an upper seating surface configured to receive at least an underside portion of the elongate rod, at least one upwardly-facing surface positioned radially outward from the seating surface, a central opening for a tool to pass through, a lower surface configured to engage the shank capture portion spherical outer surface, and an outer side surface having diametrically opposite notches formed therein, the pressure insert being top loaded within the receiver bore into a first position within the receiver bore with the seating surface in a non-alignment orientation with respect to the receiver rod-receiving channel,

wherein upon rotation of the pressure insert about the longitudinal axis into a second position within the receiver bore, with the insert seating surface in a co-linear alignment with the receiver rod-receiving channel, the at least one insert upwardly-facing surface is configured to be positioned under the receiver bore downwardly-facing surface so as to inhibit the pressure insert from moving back up within the bore, and the insert outer side surface diametrically opposed notches are configured to accept the receiver inwardly facing integral structures so as to prevent further rotation of the pressure insert within the receiver bore.

**19**. The bone anchor assembly of claim **18**, wherein the receiver inwardly facing integral structures are formed into the receiver bore prior to top loading the pressure insert into the receiver bore.

**20**. The bone anchor assembly of claim **18**, wherein the receiver inwardly facing integral structures further comprise

US 10,335,200 B2

17

18

a pair of opposed non-cylindrical inwardly-protruding integral structures formed into opposite sides of the receiver bore.

21. The bone anchor assembly of claim **18**, wherein the receiver inwardly facing integral structures further comprise resilient spring tabs.

22. The bone anchor assembly of claim **18**, wherein the receiver closure top mating feature further comprises a discontinuous helically-wound guide and advancement structure.

\* \* \* \* \*

# EXHIBIT 5

US010561444B2

(12) **United States Patent**

Jackson

(10) **Patent No.:** **US 10,561,444 B2**

(45) **Date of Patent:** **Feb. 18, 2020**

(54) **PIVOTAL BONE ANCHOR ASSEMBLY WITH TWIST-IN-PLACE INSERT HAVING RADIALLY OFFSET RECEIVER ENGAGING STRUCTURES**

(71) Applicant: **Roger P. Jackson**, Prairie Village, KS (US)

(72) Inventor: **Roger P. Jackson**, Prairie Village, KS (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/411,826**

(22) Filed: **May 14, 2019**

(65) **Prior Publication Data**

US 2019/0274736 A1 Sep. 12, 2019

**Related U.S. Application Data**

(63) Continuation of application No. 15/940,343, filed on Mar. 29, 2018, now Pat. No. 10,335,200, which is a continuation-in-part of application No. 15/389,296, filed on Dec. 22, 2016, now abandoned, which is a continuation of application No. 12/661,042, filed on Mar. 10, 2010, now abandoned, and a continuation-in-part of application No. 12/229,207, filed on Aug. 20, 2008, now Pat. No. 8,353,932.

(60) Provisional application No. 61/210,058, filed on Mar. 13, 2009, provisional application No. 60/994,083, filed on Sep. 17, 2007.

(51) **Int. Cl.**
    *A61B 17/70* (2006.01)

(52) **U.S. Cl.**
    CPC ........ *A61B 17/7031* (2013.01); *A61B 17/701* (2013.01); *A61B 17/702* (2013.01); *A61B 17/7008* (2013.01); *A61B 17/7022* (2013.01);

*A61B 17/7029* (2013.01); *A61B 17/7035* (2013.01); *A61B 17/7037* (2013.01); *A61B 17/7032* (2013.01); *Y10T 29/49826* (2015.01)

(58) **Field of Classification Search**
    CPC ............ A61B 17/7034; A61B 17/7037; A61B 17/701
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,805,602 A | 2/1989 | Puno et al. |
| 4,946,458 A | 8/1990 | Harms et al. |
| 5,129,388 A | 7/1992 | Vignaud et al. |
| 5,167,664 A | 12/1992 | Hodorek |
| 5,207,678 A | 5/1993 | Harms et al. |

(Continued)

*Primary Examiner* — Ellen C Hammond

(74) *Attorney, Agent, or Firm* — Polsinelli PC

(57) **ABSTRACT**

A pivotal bone anchor assembly includes a shank, a receiver with an open channel in communication with an axial bore, and a pressure insert with an upwardly-facing seating surface for receiving an elongate rod. The axial bore includes a downwardly-facing surface below a closure top mating feature and one or more integral structures protruding inwardly toward a central longitudinal axis. The insert includes one or more notches formed into an outer side surface and an upwardly-facing surface positioned radially outward from the seating surface. Upon installation into the axial bore, the insert is rotatable about the longitudinal axis until the insert upwardly-facing surface is rotated under the receiver downwardly-facing surface to inhibit upward movement of the insert within the axial bore along the longitudinal axis and the receiver inwardly-protruding structures become positioned within the insert outer notches to prevent further rotation of the insert within the axial bore.

**26 Claims, 6 Drawing Sheets**



**US 10,561,444 B2**

Page 2

(56)　　　　　　**References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,261,912 | A | 11/1993 | Frigg |
| 5,312,404 | A | 5/1994 | Asher et al. |
| 5,360,431 | A | 11/1994 | Puno et al. |
| 5,395,371 | A | 3/1995 | Miller et al. |
| 5,429,639 | A | 7/1995 | Judet |
| 5,443,467 | A | 8/1995 | Biedermann et al. |
| 5,466,237 | A | 11/1995 | Byrd, III et al. |
| 5,474,555 | A | 12/1995 | Puno et al. |
| 5,476,462 | A | 12/1995 | Allard et al. |
| 5,476,464 | A | 12/1995 | Metz-Stavenhagen et al. |
| 5,496,321 | A | 3/1996 | Puno et al. |
| 5,554,157 | A | 9/1996 | Errico et al. |
| 5,569,247 | A | 10/1996 | Morrison |
| 5,584,834 | A | 12/1996 | Errico et al. |
| 5,586,984 | A | 12/1996 | Errico et al. |
| 5,591,166 | A | 1/1997 | Bernhardt et al. |
| 5,601,553 | A | 2/1997 | Trebing et al. |
| 5,607,426 | A | 3/1997 | Ralph et al. |
| 5,624,442 | A | 4/1997 | Mellinger et al. |
| 5,669,911 | A | 9/1997 | Errico et al. |
| 5,672,176 | A | 9/1997 | Biedermann et al. |
| 5,681,319 | A | 10/1997 | Biedermann et al. |
| 5,690,630 | A | 11/1997 | Errico et al. |
| 5,716,356 | A | 2/1998 | Biedermann et al. |
| 5,725,528 | A | 3/1998 | Errico et al. |
| 5,728,098 | A | 3/1998 | Sherman et al. |
| 5,733,286 | A | 3/1998 | Errico et al. |
| 5,738,685 | A | 4/1998 | Halm et al. |
| 5,782,833 | A | 7/1998 | Haider |
| 5,797,911 | A | 8/1998 | Sherman et al. |
| 5,800,435 | A | 9/1998 | Errico et al. |
| 5,817,094 | A | 10/1998 | Errico et al. |
| 5,863,293 | A | 1/1999 | Richelsoph |
| 5,873,878 | A | 2/1999 | Harms et al. |
| 5,876,402 | A | 3/1999 | Errico et al. |
| 5,879,350 | A | 3/1999 | Sherman et al. |
| 5,879,351 | A | 3/1999 | Viart |
| 5,882,350 | A | 3/1999 | Ralph et al. |
| 5,885,286 | A | 3/1999 | Sherman et al. |
| 5,891,145 | A | 4/1999 | Morrison et al. |
| 5,954,725 | A | 9/1999 | Sherman et al. |
| 5,961,517 | A | 10/1999 | Biedermann et al. |
| 5,964,760 | A | 10/1999 | Richelsoph |
| 6,010,503 | A | 1/2000 | Richelsoph et al. |
| 6,019,759 | A | 2/2000 | Rogozinski |
| 6,022,350 | A | 2/2000 | Ganem |
| 6,053,917 | A | 4/2000 | Sherman et al. |
| 6,063,090 | A | 5/2000 | Schlapfer |
| 6,074,391 | A | 6/2000 | Metz-Stavenhagen et al. |
| 6,077,262 | A | 6/2000 | Schlapfer et al. |
| 6,086,588 | A | 7/2000 | Ameil et al. |
| 6,090,110 | A | 7/2000 | Metz-Stavenhagen |
| 6,090,111 | A | 7/2000 | Nichols |
| 6,099,528 | A | 8/2000 | Saurat |
| 6,110,172 | A | 8/2000 | Jackson |
| 6,113,601 | A | 9/2000 | Tatar |
| 6,132,431 | A | 10/2000 | Nilsson et al. |
| 6,132,432 | A | 10/2000 | Richelsoph |
| 6,132,434 | A | 10/2000 | Sherman et al. |
| 6,146,383 | A | 11/2000 | Studer et al. |
| 6,187,005 | B1 | 2/2001 | Brace et al. |
| RE37,161 | E | 5/2001 | Michelson et al. |
| 6,224,596 | B1 | 5/2001 | Jackson |
| 6,248,105 | B1 | 6/2001 | Schlapfer et al. |
| 6,254,602 | B1 | 7/2001 | Justis |
| 6,273,888 | B1 | 8/2001 | Justis |
| 6,280,442 | B1 | 8/2001 | Barker et al. |
| 6,280,445 | B1 | 8/2001 | Morrison et al. |
| 6,287,308 | B1 | 9/2001 | Betz et al. |
| 6,287,311 | B1 | 9/2001 | Sherman et al. |
| 6,302,888 | B1 | 10/2001 | Mellinger et al. |
| 6,309,391 | B1 | 10/2001 | Crandall et al. |
| 6,355,040 | B1 | 3/2002 | Richelsoph et al. |
| RE37,665 | E | 4/2002 | Ralph et al. |
| 6,368,321 | B1 | 4/2002 | Jackson |
| 6,440,137 | B1 | 8/2002 | Horvath et al. |
| 6,443,953 | B1 | 9/2002 | Perra et al. |
| 6,471,705 | B1 | 10/2002 | Biedermann et al. |
| 6,485,494 | B1 | 11/2002 | Haider |
| 6,488,681 | B2 | 12/2002 | Martin et al. |
| 6,520,963 | B1 | 2/2003 | McKinley |
| 6,554,834 | B1 | 4/2003 | Crozet et al. |
| 6,565,565 | B1 | 5/2003 | Yuan et al. |
| 6,565,567 | B1 | 5/2003 | Haider |
| 6,626,908 | B2 | 9/2003 | Cooper et al. |
| 6,652,526 | B1 | 11/2003 | Arafiles |
| 6,660,004 | B2 | 12/2003 | Barker et al. |
| 6,695,843 | B2 | 2/2004 | Biedermann et al. |
| 6,716,214 | B1 | 4/2004 | Jackson |
| 6,755,829 | B1 | 6/2004 | Bono et al. |
| 6,835,196 | B2 | 12/2004 | Biedermann et al. |
| 6,837,889 | B2 | 1/2005 | Shluzas |
| 6,840,940 | B2 | 1/2005 | Ralph et al. |
| 7,066,937 | B2 | 6/2006 | Shluzas |
| 7,087,057 | B2 | 8/2006 | Konieczynski |
| 7,160,300 | B2 | 1/2007 | Jackson |
| 7,306,606 | B2 | 12/2007 | Sasing |
| 7,503,924 | B2 | 3/2009 | Lee |
| 7,678,137 | B2 | 3/2010 | Butler et al. |
| 7,717,939 | B2 | 5/2010 | Ludwig et al. |
| 9,788,866 | B2 | 10/2017 | Jackson |
| 2001/0001119 | A1 | 5/2001 | Lombardo |
| 2003/0100896 | A1 | 5/2003 | Biedermann et al. |
| 2003/0149431 | A1 | 8/2003 | Varieur |
| 2003/0187433 | A1 | 10/2003 | Lin |
| 2004/0153068 | A1 | 8/2004 | Janowski et al. |
| 2004/0193160 | A1 | 9/2004 | Richelsoph |
| 2004/0225289 | A1 | 11/2004 | Biedermann et al. |
| 2004/0236330 | A1 | 11/2004 | Purcell et al. |
| 2004/0267264 | A1 | 12/2004 | Konieczynski et al. |
| 2005/0049589 | A1 | 3/2005 | Jackson |
| 2005/0080420 | A1 | 4/2005 | Farris et al. |
| 2005/0192573 | A1 | 9/2005 | Abdelgany et al. |
| 2006/0129149 | A1 | 6/2006 | Iott et al. |
| 2006/0217716 | A1 | 9/2006 | Baker et al. |
| 2006/0264933 | A1 | 11/2006 | Baker et al. |
| 2006/0276789 | A1 | 12/2006 | Jackson |
| 2007/0270813 | A1 | 11/2007 | Garamszegi |
| 2010/0036433 | A1 | 2/2010 | Jackson |

# Fig. 1.



# Fig. 2.



# Fig. 3.



# Fig. 4.



# Fig. 5.



Fig. 6.



Fig. 7.



Fig. 8.





Fig. 9.

Fig. 10.



Fig.11.



Fig.12.

Fig.13.



Fig.14.





Fig.15.

Fig.16.

Fig.17.

Fig.18.

US 10,561,444 B2

1

# PIVOTAL BONE ANCHOR ASSEMBLY WITH TWIST-IN-PLACE INSERT HAVING RADIALLY OFFSET RECEIVER ENGAGING STRUCTURES

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 15/940,343 filed Mar. 29, 2018, which is a continuation-in-part of U.S. application Ser. No. 15/389,296, filed Dec. 22, 2016, which is a continuation of U.S. application Ser. No. 12/661,042 filed Mar. 10, 2010, now abandoned, which claims the benefit of U.S. Provisional Application No. 61/210,058 filed Mar. 13, 2009, each of which is incorporated by reference in its entirely herein, and for all purposes. U.S. application Ser. No. 12/661,042 is also a continuation-in-part of U.S. application Ser. No. 12/229,207, filed Aug. 20, 2008, now U.S. Pat. No. 8,353,932, which claims the benefit of U.S. Provisional Application No. 60/994,083, filed Sep. 17, 2007, each of which is incorporated by reference in its entirely herein, and for all purposes.

## BACKGROUND OF THE INVENTION

The present invention is directed to polyaxial bone screws for use in bone surgery, particularly spinal surgery, and elongate connecting members that are at least somewhat plastically deformable. Such screws have a receiver or head that can swivel about a shank of the bone screw, allowing the receiver to be positioned in any of a number of angular configurations relative to the shank.

Many spinal surgery procedures require securing various implants to bone and especially to vertebrae along the spine. For example, elongate or longitudinal connecting members, such as solid rigid rods are often utilized that extend along the spine to provide support to vertebrae that have been damaged or weakened due to injury or disease. Such elongate members must be supported by certain vertebrae and support other vertebrae.

The most common mechanism for providing vertebral support is to implant bone screws into certain bones which then in turn support the elongate member or are supported by the elongate member. Bone screws of this type may have a fixed head or receiver relative to a shank thereof. In the fixed bone screws, the head cannot be moved relative to the shank and the rod or other elongate member must be favorably positioned in order for it to be placed within the head. This is sometimes very difficult or impossible to do. Therefore, polyaxial bone screws are commonly preferred.

Polyaxial bone screws allow rotation of the receiver about the shank until a desired rotational position of the receiver is achieved relative to the shank. Thereafter, a rod or other elongate connecting member can be inserted into the receiver and eventually the rod and the receiver are locked or fixed in a particular position relative to the shank.

A variety of polyaxial or swivel-head bone screw assemblies are available. One type of bone screw assembly includes an open head or receiver that allows for placement of a rod or other elongate member within the receiver. A closure top or plug is then used to capture the rod in the receiver of the screw. Thus, in such bone screws, the closure top or plug pressing against the rod not only locks the rod in place but also locks the bone screw shank in a desired angular position with respect to the receiver. A draw back to such a system occurs when the rod or other elongate connecting member is made from a material that is more

2

flexible and may be more readily deformed or exhibit creep or viscoelastic behavior. Creep is a term used to describe the tendency of a material to move, flow or to deform permanently to relieve stresses. Material deformation occurs as a result of long term exposure to levels of stress that are below the yield or ultimate strength of the material. Rods and other longitudinal connecting members made from polymers, such as polyetheretherketone (PEEK), have a greater tendency to exhibit creep, than, for example metals or metal alloys. When a rod or other longitudinal connecting member exhibits creep deformation over time, the closure top may no longer tightly engage the connecting member. This in itself is not necessarily problematic. However, such loosening also results in loosening of the frictional engagement between the receiver and the bone screw shank that locks the angular orientation of the shank with respect to the receiver. Body movement and stresses may then result in undesirable pivoting of the shank with respect to the receiver causing mis-alignment, greater stress and further loosening of the various polyaxial bone screw components.

## SUMMARY OF THE INVENTION

A polyaxial bone screw assembly of the present invention includes a shank having a generally elongate body with an upper end portion and a lower threaded portion for fixation to a bone. The bone screw assembly further includes a receiver having a top portion and a base. The top portion is open and has a channel. The base includes an inner seating surface partially defining a cavity and has a lower aperture or opening. The channel of the top portion communicates with the cavity, which in turn communicates with an opening to an exterior of the base. The shank upper portion is disposed in the receiver cavity and the shank extends through the receiver base opening. The cooperating shapes of the shank upper portion external surface and the receiver inner surface enable selective angular positioning of the shank body with respect to the receiver. The shank upper surface engages a compression insert that in turn engages a longitudinal connecting member being supported within the receiver. In certain embodiments, the compression insert includes a planar bottom seat and spaced planar sides for closely receiving an elongate connecting member that has planar sides. Such a compression insert can also receive a cylindrical or other shaped connecting member. A single-piece closure structure initially engages the connecting member and, after some plastic deformation of such member, the closure structure engages the compression insert for securing the assembly in a wide range of angular orientations.

## OBJECTS AND ADVANTAGES OF THE INVENTION

Objects of the invention include: providing an implant wherein all of the parts remain together and do not separate; providing a lightweight, low profile polyaxial bone screw that assembles in such a manner that the components cooperate to create an overall structure that prevents unintentional disassembly; providing a polyaxial bone screw that provides substantially independent locking for the bone screw shank and a deformable longitudinal connecting member; providing such an assembly that includes a flexible longitudinal connecting member that may be of non-circular or circular cross-section; providing such an assembly that remains in a locked position even if the flexible longitudinal connecting member undergoes deformation such as creep;

US 10,561,444 B2

3

providing a polyaxial bone screw with features that provide adequate frictional or gripping surfaces for bone implantation tools and may be readily, securely fastened to each other and to bone; and providing apparatus and methods that are easy to use and especially adapted for the intended use thereof and wherein the apparatus are comparatively inexpensive to make and suitable for use.

Other objects and advantages of this invention will become apparent from the following description taken in conjunction with the accompanying drawings wherein are set forth, by way of illustration and example, certain embodiments of this invention.

The drawings constitute a part of this specification and include exemplary embodiments of the present invention and illustrate various objects and features thereof.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an exploded front elevational view of a medical implant assembly according to the invention including a polyaxial bone screw having a receiver, a bone screw shank, a lower compression insert and a closure structure cooperating with a longitudinal connecting member in the form of a bar of non-circular cross-section.

FIG. 2 is an enlarged upper perspective view of the compression insert of FIG. 1.

FIG. 3 is an enlarged lower perspective view of the compression insert of FIG. 1.

FIG. 4 is an enlarged top plan view of the compression insert of FIG. 1.

FIG. 5 is an enlarged side elevational view of the compression insert of FIG. 1.

FIG. 6 is an enlarged top plan view of the bone screw shank, receiver and the insert being shown during assembly of the insert into the receiver.

FIG. 7 is an enlarged and partial front elevational view of the bone screw shank, receiver and insert, also showing the insert in a stage of assembly similar to FIG. 6.

FIG. 8 is an enlarged and partial front elevational view of the bone screw shank, receiver, insert and longitudinal connecting member of FIG. 1 shown assembled and with portions broken away to show the detail thereof.

FIG. 9 is an enlarged and partial front elevational view of the bone screw shank, receiver, insert and longitudinal connecting member of FIG. 1 shown assembled and further shown with the closure structure of FIG. 1 in an early stage of assembly with the receiver and with portions broken away to show the detail thereof.

FIG. 10 is an enlarged and partial front elevational view of the bone screw shank, receiver, insert and longitudinal connecting member of FIG. 1 shown assembled with the closure structure of FIG. 1 and with portions broken away to show the detail thereof.

FIG. 11 is an enlarged and partial view similar to FIG. 10 with additional portions broken away to show the detail thereof.

FIG. 12 is an enlarged and partial upper perspective view of the assembly of FIG. 10 but with the closure structure removed to show deformation of the longitudinal connecting member and also shown with other portions broken away to show the detail thereof.

FIG. 13 is a perspective view showing the assembly of FIG. 1 attached to a second polyaxial bone screw of FIG. 1.

FIG. 14 is an enlarged and partial front elevational view of a second, alternative embodiment of a medical implant assembly according to the invention having a deformable

4

connecting member of rectangular cross-section, with portions broken away to show the detail thereof.

FIG. 15 is an enlarged and partial front elevational view of the embodiment of FIG. 14 with portions broken away to show the detail thereof and further showing replacement of the deformable connecting member with a rigid rod of circular cross-section.

FIG. 16 is a perspective view showing two bone screws of a third, alternative embodiment of a medical implant assembly according to the invention holding a deformable connecting member of circular cross-section.

FIG. 17 is an enlarged and partial front elevational view of one of the bone screws and the connecting member of FIG. 16 with portions broken away to show the detail thereof.

FIG. 18 is an enlarged and partial front elevational view of the embodiment of FIG. 17 with portions broken away to show the detail thereof and further showing replacement of the deformable connecting member with a rigid rod of circular cross-section.

DETAILED DESCRIPTION OF THE INVENTION

As required, detailed embodiments of the present invention are disclosed herein; however, it is to be understood that the disclosed embodiments are merely exemplary of the invention, which may be embodied in various forms. Therefore, specific structural and functional details disclosed herein are not to be interpreted as limiting, but merely as a basis for the claims and as a representative basis for teaching one skilled in the art to variously employ the present invention in virtually any appropriately detailed structure. It is also noted that any reference to the words top, bottom, up and down, and the like, in this application refers to the alignment shown in the various drawings, as well as the normal connotations applied to such devices, and is not intended to restrict positioning of bone attachment assemblies of the application and cooperating connecting members in actual use.

With reference to FIGS. 1-13, the reference number 1 generally represents an embodiment of a medical implant assembly according to the present invention. The assembly 1 includes a polyaxial bone screw 3 having a shank 4 that further includes a threaded body 6 integral with an upper portion 8; a receiver 10; and a lower compression or pressure insert 12. The medical implant assembly 1 further includes a longitudinal connecting member 14 and a closure structure 16. The shank 4, receiver 10, and compression insert 12 are typically factory assembled prior to implantation of the shank body 6 into a vertebra (not shown).

As will be described in greater detail below, the illustrated shank 4 is top loaded into the receiver 10 and thereafter the substantially spherical upper portion 8 slidingly cooperates with an inner substantially spherical inner surface of the receiver 10 such that the receiver 10 and the shank 4 can be secured at any of a plurality of angles, articulations or rotational alignments relative to one another and within a selected range of angles both from side to side and from front to rear, to enable flexible or articulated engagement of the receiver 10 with the shank 4 until both are locked or fixed relative to each other near the end of an implantation procedure. It is noted that although the drawing figures show a top loaded polyaxial mechanism having a spherical sliding connection between the shank upper portion and the receiver inner surface, other kinds of top loaded and bottom loaded embodiments may be utilized according to the invention.

US 10,561,444 B2

5

For example, bottom loaded bone screws, such as that disclosed in Applicant's U.S. Pat. Pub. No. 2007/0055244 (U.S. patent application Ser. No. 11/522,503 filed Sep. 14, 2006), the disclosure of which is incorporated by reference herein, having a threaded capture connection between a shank upper portion and a retainer structure disposed within the receiver may be utilized for providing a polyaxial connection between the receiver and the shank for use with the present invention. Specifically, U.S. Pat. Pub. No. 2007/0055244 discloses a bone screw shank that includes an upper portion that further includes an outer helical thread mateable with a retaining structure that includes a mating inner helical thread. The retaining structure has a partially spherical surface that is slidingly mateable with a cooperating inner surface of the receiver, allowing for a wide range of pivotal movement between the shank and the receiver. Bottom or top loaded polyaxial bone screws with other types of capture connections may also be used according to the invention, including but not limited to other types of threaded connections, frictional connections utilizing frusto-conical or polyhedral capture structures, or other integral top or downloadable shanks.

The shank 4, best illustrated in FIGS. 1 and 9, is elongate, with the shank body 6 having a helically wound bone implantable thread 24 extending from near a neck 26 located adjacent to the upper portion 8 to a tip 28 of the body 6 and extending radially outwardly therefrom. During use, the body 6 utilizing the thread 24 for gripping and advancement is implanted into the vertebra (not shown) leading with the tip 28 and driven down into the vertebra with an installation or driving tool, so as to be implanted in the vertebra to near the neck 26. The shank 4 has an elongate axis of rotation generally identified by the reference letter A.

The neck 26 extends axially upwardly from the shank body 6. The neck 26 may be of reduced radius as compared to an adjacent top 32 of the threaded body 6. Further extending axially upwardly from the neck 26 is the shank upper portion 8 that provides a connective or capture apparatus disposed at a distance from the threaded body top 32 and thus at a distance from the vertebra when the body 6 is implanted in the vertebra.

The shank upper portion 8 is configured for a polyaxial connection between the shank 4 and the receiver 10 and capturing the shank 4 upper portion 8 in the receiver 10. The upper portion 8 generally includes an outer spherical surface 34; a planar annular upper surface 36 and with an internal drive feature or structure 38 formed in the surface 36. A driving tool (not shown) has a driving projection configured to fit within the tool engagement structure 38 for both driving and rotating the shank body 6 into the vertebra. As best shown in FIG. 11, the spherical surface 34 is also sized and shaped for sliding contact engagement and ultimate positive frictional mating engagement with the compression insert 12, when the bone screw 3 is assembled, and in any alignment of the shank 4 relative to the receiver 10. The illustrated surface 34 also has approximately the same radius as an inner spherical seating surface (84 described in greater detail below) of the receiver 10, allowing for clearance of the shank 4 with respect to the receiver 10 and thus a desired degree and magnitude of articulation of the shank 4 with respect to the receiver 10. In certain embodiments, the surface 34 is smooth. While not required in accordance with the practice of the invention, the surface 34 may be scored or knurled to further increase frictional positive mating engagement between the surface 34 and the compression insert 12.

6

The shank 4 shown in the drawings is cannulated, having a small central bore 40 extending an entire length of the shank 4 along the axis A. The bore 40 is defined by an inner cylindrical wall of the shank 4 and has a circular opening at the shank tip 28 and an upper opening communicating with the internal drive 38. The bore 40 is coaxial with the threaded body 6 and the upper portion 8. The bore 40 provides a passage through the shank 4 interior for a length of wire (not shown) inserted into the vertebra (not shown) prior to the insertion of the shank body 6, the wire providing a guide for insertion of the shank body 6 into the vertebra (not shown).

To provide a biologically active interface with the bone, the threaded shank body 6 may be coated, perforated, made porous or otherwise treated. The treatment may include, but is not limited to a plasma spray coating or other type of coating of a metal or, for example, a calcium phosphate; or a roughening, perforation or indentation in the shank surface, such as by sputtering, sand blasting or acid etching, that allows for bony ingrowth or ongrowth. Certain metal coatings act as a scaffold for bone ingrowth. Bio-ceramic calcium phosphate coatings include, but are not limited to: alpha-tri-calcium phosphate and beta-tri-calcium phosphate ($Ca_3(PO_4)_2$), tetra-calcium phosphate ($Ca_4P_2O_9$), amorphous calcium phosphate and hydroxyapatite ($Ca_{10}(PO_4)_6(OH)_2$). Coating with hydroxyapatite, for example, is desirable as hydroxyapatite is chemically similar to bone with respect to mineral content and has been identified as being bioactive and thus not only supportive of bone ingrowth, but actively taking part in bone bonding.

Referring to FIGS. 1 and 6-12, the receiver 10 has a generally squared off U-shaped appearance with a partially cylindrical inner profile and a substantially curved or cylindrical outer profile; however, the outer profile could also be of another configuration, for example, faceted. The receiver has an axis of rotation B that is shown in FIG. 1 as being aligned with and the same as the axis of rotation A of the shank 4, such orientation being desirable during assembly of the receiver 10 with the shank 4 and the insert 12. After such assembly, the bone screw 3 is implanted in a vertebra (not shown). Thereafter, the axis B is typically disposed at an angle with respect to the axis A of the shank 4.

The receiver 10 includes a base 50 integral with a pair of opposed substantially similar or identical upstanding arms 52 forming a squared-off U-shaped cradle and defining a channel 56 between the arms 52 with an upper opening 57 and a lower planar seat 58. The channel 56 is defined in part by planar opposed parallel walls 60 of the receiver arms 52 that run perpendicular to the lower planar seat 58. The walls 60 are spaced to closely receive the bar-shaped connecting member 14 but may also receive a cylindrical rod or oval rod having a diameter or width the same or less than a width of the connecting member 14.

Each of the arms 52 has an interior surface 64 that defines the inner cylindrical profile and includes a partial helically wound guide and advancement structure 66. In the illustrated embodiment, the guide and advancement structure 66 is a partial helically wound interlocking flange form configured to mate under rotation with a similar structure on the closure structure 16, as described more fully below. However, it is foreseen that the guide and advancement structure 66 could alternatively be a square thread, a buttress thread, a reverse angle thread or other thread like or non-thread like helically wound advancement structure for operably guiding under rotation and advancing the closure top downward between the arms 52.

US 10,561,444 B2

7

Opposed tool engaging apertures **68** are formed on or through surfaces of the arms **52** that may be used for holding the receiver **10** during assembly with the shank **4** and the retainer structure **12** and also during the implantation of the shank body **6** into a vertebra (not shown). Furthermore, the illustrated embodiment includes upper undercut tool engaging grooves **70** for cooperating with manipulation tools. It is foreseen that tool receiving grooves or apertures may be configured in a variety of shapes and sizes and be disposed at other locations on the receiver arms **52**.

A pair of spring tabs **76**, each having an upper body portion **78** integral with a respective arm **52**, and a lower and inner surface **80** extending below the respective upper body portion **78**. The surface **80** is sized and shaped for frictional contact with a portion of the insert **12** as will be described in greater detail below. The tabs **76** are generally directed towards the axis B and downwardly generally toward the base **50**. The lower contact surfaces **80** are positioned to engage the compression insert **14** and hold such insert in a desired position, prohibiting rotation of the inert **14** about the axis B. The tabs **76** are typically initially disposed parallel to the axis B and then a tool (not shown) is inserted into the aperture **68** from outside of the receiver **10** to engage and push the respective tab **76**, thereby bending the tab **76** inwardly in a direction toward the axis B until the tab **76** is at a desired angular position, such as is illustrated in FIGS. **7-11**. Such bending of the tabs **76** may be performed either prior to or after assembly of the receiver **10** with the insert **14**. It is also foreseen that the tabs **76** may be machined or otherwise pre-fabricated to be angled or directed toward the axis B so as to engage the insert **14** as shown in the drawing figures. The illustrated tabs **76** are resilient, having a spring-like nature. Thus, when operatively cooperating with the insert **14**, the tabs **76** bias against the insert **14**, holding such insert in a desired position; and yet the tabs **76** are flexible enough to allow a user to make desired minor adjustments of the position of the insert **14** within the receiver **10**.

With further reference to FIGS. **6-11**, communicating with and located beneath the channel **56** of the receiver **10** is a chamber or cavity, generally **82**, defined in part by an internal substantially spherical seating surface **84** and an inner substantially cylindrical surface **86**. The cylindrical surface **86** that defines a portion of the cavity **82** opens upwardly into the channel **56**. A closure guide and advancement run-out or recess **87** is disposed between the guide and advancement structure **66** and the cylindrical surface **86**. The recess **87** is sized and shaped for receiving a flanged portion of the insert **12** as will be described more fully below. The inner substantially spherical surface **84** that is located below the surface **86** is sized and shaped for mating with the shank upper portion **8**. However, it is noted that the surface **84** could have other shapes, for example, conical.

The base **50** further includes a restrictive neck **88** defining a bore, generally **90**, communicating with the spherical surface **84** of the cavity **82** and also communicating with a lower exterior **92** of the base **50**. The bore **90** is coaxially aligned with respect to the rotational axis B of the receiver **10**. The neck **88** and associated bore **90** are sized and shaped to be smaller than an outer radial dimension of the shank upper portion **8**, so as to form a restriction at the location of the neck **88** relative to the shank upper portion **8** to prohibit the upper portion **8** from passing through the cavity **82** and out to the lower exterior **92** of the receiver **10**.

With particular reference to FIGS. **2-8**, the lower compression or pressure insert **12** includes a substantially cylindrical body **110** integral with a pair of upstanding arms **112**. The body **110** and arms **112** form a generally squared-off

8

U-shaped, open, through-channel **114** defined by a planar bottom seating surface **116** and opposed spaced planar walls **118** that are substantially perpendicular to the seating surface **116**. The lower seating surface **116** and the walls **118** are sized and shaped to conform to a width of the connecting member **14** and thus configured to operably snugly engage the member **14** at planar outer surfaces thereof as will be described in greater detail below. The arms **112** disposed on either side of the channel **114** each include a top flanged portion **120**, each portion **120** including a top planar surface **122**, sized and shaped to engage the closure structure **16** and partially cylindrical outer surfaces **124** sized and shaped to fit within the guide and advancement structure run-out relief **87** of the receiver **10**. The cylindrical surfaces **124** are disposed substantially perpendicular to the respective adjacent top surfaces **122**. Formed in the planar walls **118** near the top surfaces **122** and extending at an oblique angle into the flanged portions **120** are a pair of opposed recesses or relief surfaces **126**. As will be described in greater below, the recesses **126** provide relief for material flow of the connecting member **14** material as shown, for example, in FIGS. **11** and **12**. Furthermore, each flange **120** includes a bottom surface **127** disposed substantially parallel to the respective top surface **122** and a recessed surface or groove **128** running at an oblique angle with respect to the respective cylindrical surface **124** removing a portion of the flange **120** at the cylindrical surface **124** and the bottom surface **127**. The recessed surface or groove **128** is directed downwardly and inwardly toward the channel **114**, being spaced from the top surface **122** and intersecting the bottom surface **127**. Each of the surfaces **128** is sized and shaped to receive one of the spring tabs **76** of the receiver **10** and engage such respective tab at the inner lower surface **80** thereof. As will be described more fully below, after each of the tabs **76** spring or snap into the respective recessed surface portion **128**, the cylindrical surface **124** located on either side thereof prevents rotation of the insert **12** about the axis B with respect to the receiver **10**.

The compression insert **12** further includes a bottom annular surface **130** and a substantially cylindrical outer surface **132**. An inner cylindrical surface **134** partially defines a central through-bore extending along a central axis of the compression insert **12**. The surface **134** is located between the seating surface **116** and a concave substantially spherical surface **136**. The compression insert through-bore is sized and shaped to receive a driving tool (not shown) therethrough that engages the shank drive feature **38** when the shank body **6** is driven into bone. The surface **136** extends between the inner cylindrical surface **134** and the bottom surface **130**. The surface **136** is sized and shaped to slidingly and pivotally mate with and ultimately frictionally engage the outer convex spherical surface **34** of the shank upper portion **8**. The surface **136** may include a roughening or surface finish to aid in frictional contact between the surface **136** and the surface **34**, once a desired angle of articulation of the shank **4** with respect to the receiver **10** is reached. A pair of recesses **138** or flat surfaces are formed in the insert cylindrical surface **132** and located spaced from the flanged portions **120**. With reference to FIG. **14**, such recesses **138** are sized and shaped to engage spring tabs or other insert holding members as will be described in greater detail below.

The cylindrical surface **132** has an outer diameter slightly smaller than a diameter between crests of the guide and advancement structure **66** of the receiver **10** allowing for top loading of the compression insert **12** with the flanged portions **120** being located between the planar walls **60**

US 10,561,444 B2

9

during insertion of the insert **12** into the receiver **10** as shown in FIGS. **6** and **7**. The receiver is then rotated into place as shown in FIG. **8** with the flanged portions **120** being received in the guide and advancement structure run-out or recess **87**. As the insert **12** is rotated into a desired position, the spring tabs **76** snap into the recessed portions **124**, and thereafter hold the insert **12** in a desired alignment between the channel **56** of the receiver and the channel **114** of the insert **12**. The lower compression insert **12** is sized such that the insert **12** is ultimately received within the cylindrical surface **86** of the receiver **10** below the guide and advancement structure **66** with the flanged top portions **120** received in the recesses **87** formed below the guide and advancement structure **66** and the bottom-surface **130** being spaced from the receiver base. The receiver **10** fully receives the lower compression insert **12** and blocks the structure **12** from spreading or splaying in any direction. It is noted that assembly of the shank **4** within the receiver **10**, followed by insertion of the lower compression insert **12** into the receiver **10** are assembly steps typically performed at the factory, advantageously providing a surgeon with a polyaxial bone screw with the lower insert firmly snapped into place and thus ready for insertion into a vertebra.

The compression or pressure insert **14** ultimately seats on the shank upper portion **8** and is disposed substantially in the upper cylindrical portion **86** of the cavity **82**, with the tabs **76** engaging the insert **14** at the grooves **128**, thereby holding the insert **14** in desired alignment with respect to the connecting member **14**. In operation, the insert **14** extends at least partially into the channel **56** such that the seating surface **116** substantially contacts and engages the adjacent planar surface of the connecting member **14** when such member **14** is placed in the receiver **10** and the closure structure or top **18** is tightened therein. The connecting member **14** is held in spaced relation with the lower seat **58** of the receiver **10**.

With reference to FIGS. **1** and **10-13**, the elongate connecting member **14** illustrated in the drawing figures is a solid elongate bar of rectangular cross-section. More particularly, the illustrated embodiment is solid and has as square cross-section. Thus, the member **14** includes a first pair of opposed planar surfaces **140** and a second pair of equally spaced opposed planar surfaces **142** disposed perpendicular to the surfaces **140**. The illustrated member **14** further includes beveled edges and first and second end surfaces **144** and **146**. The illustrated connecting member **14** is made from a polymer, in particular, polyetheretherketone (PEEK). The member **14** may be made from a variety of materials including metal, metal alloys or other suitable materials, including, but not limited to plastic polymers such as PEEK, ultra-high-molecular weight-polyethylene (UHMWP), polyurethanes and composites, including composites containing carbon fiber. Furthermore, the connecting member **14** may be a component of a dynamic stabilization connecting member, with the bar or bar portion **14** that is operatively disposed within the insert channel **114** also being integral with or otherwise fixed to a more flexible, bendable or damping component that extends between adjacent pairs of bone screws **3**. It is foreseen that as long as the longitudinal connecting member has sufficient viscoelastic behavior, any cross-sectional shape (i.e., square, oval, round, non-round) could be used for the longitudinal connecting member. The channel in the insert could be modified to fit the shape of the longitudinal connecting member. After sufficient pressure is applied to the longitudinal connecting member by the one-piece closure, and plastic deformation occurs, additional pressure by the closure is then directly

10

applied to the compression or pressure insert, thereby securely locking both the longitudinal connecting member and the polyaxial mechanism of the bone anchor.

With reference to FIGS. **1** and **9-11**, the closure structure or closure top **16** can be any of a variety of different types of closure structures for use in conjunction with the present invention with suitable mating structure on the upstanding arms **52**. In the embodiment shown, the closure top **16** is rotatably received between the spaced arms **52**. The illustrated closure structure **16** is substantially cylindrical and includes an outer helically wound guide and advancement structure **152** in the form of a flange form that operably joins with the guide and advancement structure **66** disposed on the arms **52** of the receiver **10**. The flange form utilized in accordance with the present invention may take a variety of forms, including those described in Applicant's U.S. Pat. No. 6,726,689, which is incorporated herein by reference. It is also foreseen that according to the invention the closure structure guide and advancement structure could alternatively be a buttress thread, a square thread, a reverse angle thread or other thread like or non-thread like helically wound advancement structure for operably guiding under rotation and advancing the closure structure **16** downward between the arms **52** and having such a nature as to resist splaying of the arms **52** when the closure structure **16** is advanced into the channel **56**. The illustrated closure structure **16** also includes a top surface **154** with an internal drive **156** in the form of an aperture that is illustrated as a hex drive, but may be, for example, a star-shaped internal drive, such as those sold under the trademark TORX or other internal drives, including, but not limited to slotted, tri-wing, spanner, two or more apertures of various shapes, and the like. A driving tool (not shown) sized and shaped for engagement with the internal drive **156** is used for both rotatable engagement and, if needed, disengagement of the closure **16** from the receiver arms **52**. It is also foreseen that the closure structure **15** may alternatively include a break-off head designed to allow such a head to break from a base of the closure at a preselected torque, for example, 70 to 140 inch pounds. Such a closure structure would also include a base having an internal drive to be used for closure removal. A bottom surface **158** of the closure is planar, but may include a point, points, a rim or roughening for engagement with the surface **140** of the bar-like connecting member **14**. The bottom surface **158** is sized and shaped for engagement with both the connecting member surface **140** and the top planar surfaces **122** of the flanged portions **120** of the insert **12**. As will be described in greater detail below, during assembly, the surface **158** first engages the surface **140** of the connecting member. Then, as the closure member **16** is rotated, the surface **158** presses against the surfaces **120**, pushing the insert **16** downwardly onto the shank upper portion **8** that in turn presses against the receiver surface **84**, locking the shank **4** with respect to the receiver **10** in a desired angular or articulated position. With time, the connecting member **14** may undergo creep or other plastic deformation that may lessen the engagement between the surfaces **140** and **158**. However, regardless of any movement of the surface **140**, the frictional engagement between the closure member **16** and the insert **12**, both preferably made from a metal or metal alloy, such as stainless steel or titanium, will remain rigid and secure.

The closure top **16** may further include a cannulation through bore extending along a central axis thereof and through a surface of the drive **156** and the bottom surface **158**. Such a through bore provides a passage through the

US 10,561,444 B2

11

closure 16 interior for a length of wire (not shown) inserted therein to provide a guide for insertion of the closure top into the receiver arms 52.

With particular reference to FIG. 1, prior to the polyaxial bone screw 3 being placed in use according to the invention, the tip 28 of the shank 6 is inserted into the receiver 10 at the upper opening 57 and then through the bore 88 to a position wherein the shank upper portion 8 is seated on the inner surface 84 of the receiver. Then, with particular reference to FIGS. 6-7, the insert 12 is inserted into the opening 57 with the flanged portions 120 aligned in the channel 56, each flanged portion 120 being located between a pair of opposed planar walls 60 partially defining the channel 56. The insert 12 is then moved downwardly in the channel 56 and toward the cavity 82 as illustrated by the arrow 170 in FIG. 7. As the insert 12 is moved downwardly into the cylindrical portion 86 of the cavity 82, the spring tabs 76 may be pushed outwardly away from the axis A by the flanged portions 120. Once the flanged portions 120 are located below the guide and advancement structure 66 and adjacent the run-out relief 87, the insert 12 is rotated about the axis B of the receiver 10 as illustrated by the arrow 172 in FIG. 8. The flanged portions 120 fit within the relief 87. Once each flanged portion 120 is located centrally with a respective arm 52 of the receiver 10, rotation is ceased and the spring tabs 76 slide or snap into the grooves 128. A slight downward movement of the insert 12 may be needed to fully engage the spring tabs 76 in the grooves with each of the surfaces 80 being biased against the respective groove surfaces 128. The insert 12 is now locked into place inside the receiver 10 with the guide and advancement structure 66 prohibiting upward movement of the insert out of the opening 57 and the spring tabs 76 that are biasing against the insert 12 at the grooves 128 prohibiting rotational movement of the insert 12 with respect to the receiver 10 about the receiver axis B. As illustrated in FIG. 10, the insert 12 seats on the shank upper portion 8 with the surface 136 in sliding engagement with the surface 34. The run-out relief 87 is sized and shaped to allow for some upward and downward movement of the insert 12 toward and away from the shank upper portion 8 such that the shank 8 is freely pivotable with respect to the receiver 10 until the closure structure 16 presses on the insert 12 that in turn presses upon the upper portion 8 into locking frictional engagement with the receiver 10 at the surface 84.

In use, the bone screw 3 is typically screwed into a bone, such as a vertebra (not shown), by rotation of the shank 4 using a driving tool (not shown) that operably drives and rotates the shank 4 by engagement thereof with the tool engagement structure 38. The vertebra (not shown) may be pre-drilled to minimize stressing the bone and have a guide wire (not shown) that is shaped for the cannula 40 inserted to provide a guide for the placement and angle of the shank 4 with respect to the vertebra. A further tap hole may be made using a tap with the guide wire as a guide. Then, the bone screw 3 is threaded onto the guide wire utilizing the cannulation bore 40 by first threading the wire into the bottom opening 28 and then out of the top at the internal drive 38. The shank 4 is then driven into the vertebra, using the wire as a placement guide.

With reference to FIGS. 10-11, the connecting member 14 is eventually positioned in an open or percutaneous manner within the receiver channel 56 and then into the channel 114 defined by the bottom planar seating surface 116 and the planar walls 118. The member surfaces 140 and 142 are closely received within the planar walls of the insert 12. The closure structure or top 16 is then inserted into and advanced

12

between the arms 52 so as to bias or push against the upper surface 140 of the connecting member 14. Alignment of the planar surfaces 140 and 142 of the connecting member 14 with the squared off U-shaped channel 114 of the insert 14 is initially provided and then maintained by pressure placed on the insert 12 at grooves 128 by the spring tabs 76. The closure structure 16 is rotated, using a tool engaged with the inner drive 156 until a selected pressure is reached at which point the connecting member 14 fully engages the planar surfaces 116 and 118 of the insert 12 and the connecting member 14 is urged toward, but not in contact with the lower seat 58 of the receiver 10 that defines the squared off U-shaped channel 56. As the closure member 16 is rotated and urged downwardly against first the connecting member 14 and then the flanged portions 120 of the insert 12, for example, with a pressure of about 80 to about 120 inch pounds, frictional locking of the shank upper portion 8 against the receiver surface 84 at a desired angle of articulation is accomplished not only by forces transferred through the connecting member 14 but also by direct engagement between the closure member 16 and the insert 12 at the flanged portions 120. Thus, if the connecting member 14 exhibits creep, as would be expected by the PEEK connecting member 14 illustrated in the drawing figures, movement or flow of the member 14 would not diminish the locking frictional engagement between the shank upper portion 8 and the receiver surface 84 as neither the insert 12 nor the receiver 10 (both made from metal such as titanium, for example) would exhibit creep or other deformation. In such an assembly 1, the benefit to the patient of a flexible or dynamic connecting member 14 as well as the benefit of a bone screw 3 having a secure locking mechanism (metal to metal frictional engagement) is accomplished.

If removal of the connecting member 14 from any of the bone screws 3 is necessary, or if it is desired to release the connecting member 14 at a particular location, disassembly is accomplished by using the driving tool (not shown) that mates with the internal drive 156 on the closure structure 16 to rotate and remove the closure structure 16 from the cooperating receiver 10. Disassembly is then accomplished in reverse order to the procedure described previously herein for assembly.

With reference to FIG. 12, there is illustrated an assembly 1 of the invention wherein the closure member 16 has been removed after an amount of time wherein the PEEK connecting member 14 has exhibited some deformation due to creep. It is noted how the member 14 is compressed at the area 180 where the closure structure 16 bottom surface 158 had been pressing on the member upper surface 140. Also illustrated is the flow of connecting member 14 material 182 into the recesses 126 formed in the insert 12. Such material 182 disposed within the recesses 126 advantageously provides further frictional engagement between the insert 12 and the connecting member 14.

With reference to FIG. 13, the connecting member 14 is typically assembled with two or more bone screws 3. The combination of the connecting member 14 with planar surfaces and the bone screw receiver 10 having a channel and insert 12 that includes planar surfaces for closely receiving the member 14 is shown. An advantage of such an assembly is torsional control of the medical implant system. As compared to rigid rods made from metals or metal alloys, a dynamic medical implant 1 of the invention is desirably more flexible in bending or flexing. Furthermore, the combination between a bar-shaped connecting member and receiver with planar surfaces provides stability and strength to withstand torsional forces that, for example, a cylindrical

US 10,561,444 B2

13

PEEK rod captured by a receiver with a U-shaped channel would not provide. If a more rigid support is eventually required, the bar-shaped member 14 may be replaced by a stiffer cylindrical or bar-shaped rod having a diameter or width the same or similar to the cross-sectional width of the member 14. Such a rod of circular cross-section would be adequately received and closely held between the planar walls 116 and 118 of the insert 14 and the same or similar closure top 16 could be used to hold such a rod in the receiver 10 and also lock the polyaxial mechanism, placing the shank 4 and the receiver 10 in a desired angular relationship with one another.

With reference to FIGS. 14 and 15, an alternative assembly 1' is illustrated. The assembly 1' is identical to the assembly 1 previously described herein with the exception of an aspect of a receiver 10' that is otherwise substantially similar to the receiver 10 previously described herein. The assembly 1' therefore includes a shank 4', an insert 12', a connecting member 14' and a closure member 16' that are identical or substantially similar in form and function to the respective shank 4, insert 12, connecting member 14 and closure member 16 previously described herein with respect to the assembly 1. As compared to the assembly 1, the receiver 10 that extend in a downward direction toward the base 50 of the receiver 10, the receiver 10' includes a pair of spring tabs 76' that extend upwardly and toward a closure structure 16'. The spring tabs 76' bias against the insert 12' at recesses 138' identical to the recesses 138 described herein with respect to the insert 12.

With reference to FIG. 15, if a more rigid support is eventually required, the bar-shaped member 14' is shown being replaced by a stiffer cylindrical rod 14" having a diameter equal to the width of the member 14'. As shown in FIG. 15, the rod 14" is received and closely held between planar walls 116' and 118' of the insert 14' and a closure top 16" substantially similar to the closure top 16' abuts against the rod 14" but does not abut against the lower pressure insert 12'. Frictional engagement of the closure top 16" and the rod 14" fixes the rod 14" in the receiver 10' and also locks the polyaxial mechanism, fixedly placing the shank 4' and the receiver 10' in a desired angular relationship with one another.

With reference to FIGS. 16-18, another alternative assembly 201 is illustrated. The assembly 201 is identical to the assembly 1 previously described herein with the exception that the bottom planar surfaces of the lower pressure insert and receiver have been replaced by curved surfaces, forming U-shaped channels for holding a connecting member having substantially circular cross-section, such as deformable or rigid rods. The assembly 201 therefore includes a shank 204, a receiver 210, an insert 212, a connecting member 214 and a closure member 216 that are substantially similar in form and function to the respective shank 4, receiver 10, insert 12, connecting member 14 and closure member 16 previously described herein with respect to the assembly 1 with the following exceptions: The receiver 210 includes spring tabs 276 that are identical or substantially similar to the spring tabs 76' of the assembly 1'. Also, a U-shaped surface 258 replaces the planar surface 58 that partially defines the channel 56 of the receiver 10. Similarly, the insert 212 includes a U-shaped surface 316 that replaces the planar bottom surface 116 and portions of the side surfaces 118 of the insert 12. Therefore, the insert 212 and the receiver 210 are sized and shaped to closely receive the connecting member 214 that differs from the connecting member 14 in that the member 214 has a circular cross-section as compared to the rectangular cross-section of the member 14. As

14

best illustrated in FIG. 17, the rod-shaped deformable connecting member 214 is closely held or cradled by the insert 212 surface 316; with the connecting member 214 being held spaced from the receiver surface 258. The closure top 216 presses and deforms the connecting member 214 and also engages the lower pressure insert 212. Engagement between the closure 216 and the insert 212 keeps the bone screw shank 204 in a desired locked position with respect to the receiver 210 even if further deformation of the connecting member 214 occurs that might loosen the connection between the connecting member 214 and the closure top 216.

With reference to FIG. 18, if a more rigid support is eventually required, the deformable rod 214 is shown being replaced by a stiffer cylindrical rod 214'. The more rigid rod 214' is received and closely held by the surface 316 and a closure top 216' substantially similar to the closure top 216 abuts against the rod 214' but does not abut against the lower pressure insert 212. Frictional engagement of the closure top 216' and the rod 214' fixes the rod 214' in the receiver 210 and also locks the polyaxial mechanism, fixedly placing the shank 204 and the receiver 210 in a desired angular relationship with one another.

It is to be understood that while certain forms of the present invention have been illustrated and described herein, it is not to be limited to the specific forms or arrangement of parts described and shown.

What is claimed is:

1. A pivotal bone anchor assembly for securing an elongate rod to a bone via a closure top, the pivotal bone anchor assembly comprising:

a receiver having a longitudinal axis, a base, and an integral upper portion defining a channel extending transverse to the longitudinal axis configured to receive the elongate rod, the base including a cavity in communication with a bottom surface of the base through a bottom opening and having a spherical seating surface proximate the bottom opening, the receiver including an axial bore centered about the longitudinal axis and extending from the bottom opening to a top of the integral upper portion, the axial bore defined in part by the bottom opening, an inner cylindrical surface in the cavity, and an at least partially cylindrical inner surface in the channel having a discontinuous helically wound thread formed therein, the axial bore including a structure with a downwardly-facing surface positioned beneath the discontinuous helically wound thread;

a shank having a proximal at least partially spherical shaped head and an integral anchor portion extending distally from the head for fixation to the bone, the head being positionable within the receiver cavity with the anchor portion extending downwardly through the bottom opening, the head including an internal drive structure;

a pressure insert having a longitudinal axis and an upwardly-facing seating surface configured to receive at least an underside portion of the elongate rod, a central opening for a tool to pass through to engage the shank head internal drive structure, a lower surface configured to directly engage the shank head to apply downward pressure thereto, and at least one structure with an upwardly-facing planar surface perpendicular to the insert longitudinal axis and positioned radially outward from the seating surface, the pressure insert being installed into a first position within the receiver channel,

US 10,561,444 B2

15

wherein upon rotation of the pressure insert about the receiver longitudinal axis into a second position within the receiver channel, the insert at least one structure with the upwardly-facing planar surface is rotated under the receiver downwardly-facing surface so as to inhibit upward movement of the pressure insert within the receiver channel along the receiver longitudinal axis.

**2.** The pivotal bone anchor assembly of claim **1**, wherein at least one receiver inwardly-protruding integral structure is formed into the receiver channel to engage the pressure insert after rotation into the second position so as to inhibit further rotation of the pressure insert in the receiver channel.

**3.** The pivotal bone anchor assembly of claim **2**, wherein the at least one receiver inwardly-protruding integral structure further comprises a pair of opposed inwardly-protruding integral structures formed into opposite sides of the receiver channel.

**4.** The pivotal bone anchor assembly of claim **2**, wherein the at least one receiver inwardly-protruding integral structure further comprises a resilient spring tab.

**5.** The pivotal bone anchor assembly of claim **1**, wherein the insert at least one structure with the upwardly-facing planar surface positioned radially outward from the insert seating surface is disposed in the second position so that the at least one upwardly-facing planar surface is entirely below a top side surface of the rod positioned on the insert seating surface.

**6.** The pivotal bone anchor assembly of claim **1**, wherein the insert seating surface is further defined and flanked by a pair of upright arms.

**7.** The pivotal bone anchor assembly of claim **6**, wherein each of the insert upright arms has a top surface defining an upwardly-facing planar surface perpendicular to the insert longitudinal axis when the pressure insert is installed within the receiver channel.

**8.** The pivotal bone anchor assembly of claim **1**, wherein the pressure insert has a top surface that is spaced apart from a bottom surface of the closure top when the closure top is fully engaged with the receiver channel helically wound thread to secure the elongate rod within the channel of the receiver.

**9.** The pivotal bone anchor assembly of claim **1**, wherein the pressure insert further comprises a pair of oppositely spaced flanges projecting radially outward, each flange having a top surface defining an upwardly-facing planar surface and extending, upon rotation of the pressure insert into the second position, under the receiver downwardly-facing surface configured to at least partially overlap and be engageable with the flange upwardly-facing planar surface.

**10.** The pivotal bone anchor assembly of claim **1**, wherein the insert central opening is configured to allow the tool to pass therethrough so that the tool engages the internal drive structure formed on the shank head when the shank is co-axially aligned with the receiver longitudinal axis.

**11.** The pivotal bone anchor assembly of claim **1**, wherein the pressure insert is top loaded into the receiver channel when installed in the first position.

**12.** The pivotal bone anchor assembly of claim **1**, wherein the pressure insert further comprises oppositely spaced apart notches that are configured, upon rotation of the pressure insert into the second position, to engage opposed integral structures protruding inwardly toward the receiver longitudinal axis to prevent the further rotation of the pressure insert within the receiver channel.

16

**13.** The pivotal bone anchor assembly of claim **12**, wherein the notches are located on the insert adjacent the insert at least one radially outward upwardly-facing planar surface.

**14.** The pivotal bone anchor assembly of claim **1**, wherein the insert lower surface further comprises a downwardly-facing spherical surface.

**15.** The pivotal bone anchor assembly of claim **1**, wherein the shank head is installed into the receiver cavity prior to the pressure insert being installed into the receiver channel.

**16.** The pivotal bone anchor assembly of claim **1**, wherein the shank head includes a spherical outer surface slidably engageable with the receiver cavity spherical seating surface.

**17.** The pivotal bone anchor assembly of claim **1**, wherein the shank is cannulated along an entire length thereof.

**18.** The pivotal bone anchor assembly of claim **1**, wherein the receiver channel helically wound thread comprises a discontinuous flange form.

**19.** The pivotal bone anchor assembly of claim **1**, wherein the receiver helically wound thread comprises one of a discontinuous square thread, buttress thread, or reverse angle thread.

**20.** The pivotal bone anchor assembly of claim **1**, wherein a separate retainer is positioned in the receiver cavity so as to be in pivotal engagement with the cavity spherical seating surface, the retainer configured to hold the shank in the receiver.

**21.** A pivotal bone anchor assembly for securing an elongate rod to a bone via a closure top, the bone anchor assembly comprising:

a receiver having a longitudinal axis, a base, and a pair of upstanding arms extending upwardly from the base with opposed inner surfaces defining an upwardly-opening rod-receiving channel extending through outwardly-facing front side and back side surfaces of the receiver and configured to receive the elongate rod, the arm inner surfaces having a closure top mating feature formed thereon, the base including a cavity in communication with the rod-receiving channel and with a bottom surface of the base through a bottom opening, the receiver including an axial bore centered about the longitudinal axis and extending from the bottom opening to a top of the upstanding arms, the axial bore defined in part by the bottom opening, an inner cylindrical surface in the cavity, and an at least partially cylindrical inner surface in the channel having a discontinuous helically wound thread formed therein, the axial bore including at least one downwardly-facing surface formed in an interior surface thereof and a pair of opposed integral structures facing inwardly toward the longitudinal axis between the closure top mating feature and the cavity, the cavity having a spherical seating surface proximate the bottom opening;

a shank having a longitudinal axis and a proximal capture portion with a spherical outer surface on a spherically shaped head and an anchor portion extending distally from the capture portion for fixation to the bone, the shank capture portion being positionable within the receiver cavity with the shank anchor portion extending downwardly through the bottom opening, the spherically shaped head having a central internal driving structure formed around the shank longitudinal axis and centered thereon; and

a pressure insert having an upper seating surface configured to receive at least an underside portion of the elongate rod, at least one upwardly-facing surface

US 10,561,444 B2

17

positioned radially outward from the insert seating surface, a central opening for a tool to pass through so as to be engageable with the internal driving structure formed in the shank head, a lower surface configured to engage the shank capture portion spherical outer surface, and an outer side surface having diametrically opposite notches formed therein, the pressure insert being top loaded within the receiver axial bore into a first position within the receiver axial bore with the insert seating surface in a non-alignment orientation with respect to the receiver rod-receiving channel,

wherein upon rotation of the pressure insert about the receiver longitudinal axis into a second position within the receiver axial bore, with the insert seating surface in a co-linear alignment with the receiver rod-receiving channel, the at least one insert upwardly-facing surface is configured to be positioned under the receiver axial bore downwardly-facing surface so as to inhibit the pressure insert from moving back up within the receiver axial bore, and the insert outer side surface diametrically opposed notches are configured to accept the receiver inwardly facing integral structures so as to prevent further rotation of the pressure insert within the receiver axial bore.

18

**22**. The pivotal bone anchor assembly of claim **21**, wherein the receiver inwardly facing integral structures are formed into the receiver axial bore prior to top loading the pressure insert into the receiver axial bore.

**23**. The pivotal bone anchor assembly of claim **21**, wherein the receiver inwardly facing integral structures further comprise a pair of opposed non-cylindrically shaped inwardly-protruding integral structures formed into opposite sides of the receiver axial bore.

**24**. The pivotal bone anchor assembly of claim **21**, wherein the receiver inwardly facing integral structures further comprise resilient spring tabs.

**25**. The pivotal bone anchor assembly of claim **21**, wherein the receiver closure top mating feature further comprises a discontinuous helically-wound guide and advancement structure.

**26**. The bone pivotal anchor assembly of claim **25**, wherein the discontinuous helically-wound guide and advancement structure is one of a flange form, square thread, buttress thread, or reverse angle thread.

* * * * *

# EXHIBIT 6

US010722273B2

(12) **United States Patent**

Jackson

(10) Patent No.: **US 10,722,273 B2**

(45) Date of Patent: *Jul. 28, 2020

(54) **BONE ANCHOR ASSEMBLY WITH TWIST-IN-PLACE PRESSURE INSERT**

(71) Applicant: **Roger P. Jackson**, Prairie Village, KS (US)

(72) Inventor: **Roger P. Jackson**, Prairie Village, KS (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/371,423**

(22) Filed: **Apr. 1, 2019**

(65) **Prior Publication Data**

US 2019/0223918 A1      Jul. 25, 2019

**Related U.S. Application Data**

(63) Continuation of application No. 15/885,443, filed on Jan. 31, 2018, now Pat. No. 10,245,078, which is a continuation of application No. 15/703,567, filed on Sep. 13, 2017, now Pat. No. 10,278,739, which is a continuation of application No. 15/702,442, filed on Sep. 12, 2017, now Pat. No. 10,064,660, which is a continuation of application No. 15/401,618, filed on Jan. 9, 2017, now Pat. No. 9,788,866, which is a continuation of application No. 15/094,870, filed on Apr. 8, 2016, now Pat. No. 9,801,665, which is a continuation of application No. 14/026,150, filed on Sep. 13, 2013, now Pat. No. 9,308,027, which is a continuation of application No. 12/802,668, filed on Jun. 11, 2010, now Pat. No. 9,456,853, which is a

(Continued)

(51) **Int. Cl.**
*A61B 17/70*          (2006.01)
*A61B 17/86*          (2006.01)

*A61B 90/00*          (2016.01)
*F16B 35/00*          (2006.01)

(52) **U.S. Cl.**
CPC .......... *A61B 17/7037* (2013.01); *A61B 17/70* (2013.01); *A61B 17/7001* (2013.01); *A61B 17/7002* (2013.01); *A61B 17/704* (2013.01); *A61B 17/7032* (2013.01); *A61B 17/7035* (2013.01); *A61B 17/7082* (2013.01); *A61B 17/7091* (2013.01); *A61B 17/8605* (2013.01); *A61B 2090/037* (2016.02); *F16B 35/005* (2013.01)

(58) **Field of Classification Search**
CPC ............ A61B 17/7091; A61B 17/7035; A61B 17/7037
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,805,602 A | 2/1989 | Puno et al. |
| 4,946,458 A | 8/1990 | Harms et al. |
| 5,129,388 A | 7/1992 | Vignaud et al. |

(Continued)

*Primary Examiner* — Andrew Yang
(74) *Attorney, Agent, or Firm* — Polsinelli PC

(57) **ABSTRACT**

A polyaxial bone screw assembly includes a threaded shank body having an upper portion, a receiver member or head, a retaining and articulating structure, and a pressure insert disposed between the shank upper portion and a rod. The receiver has a U-shaped cradle defining a channel for receiving a spinal fixation rod and a receiver cavity. The retaining and articulating structure attaches to the shank and rotates with the shank in the cavity during positioning. The pressure insert presses upon the shank upper portion and not the retaining and articulating structure.

**38 Claims, 23 Drawing Sheets**



US 10,722,273 B2

Page 2

### Related U.S. Application Data

continuation of application No. 11/140,343, filed on May 27, 2005, now Pat. No. 7,776,067.

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,167,664 A | 12/1992 | Hodorek |
| 5,207,678 A | 5/1993 | Harms et al. |
| 5,261,912 A | 11/1993 | Frigg |
| 5,312,404 A | 5/1994 | Asher et al. |
| 5,360,431 A | 11/1994 | Puno et al. |
| 5,395,371 A | 3/1995 | Miller et al. |
| 5,429,639 A | 7/1995 | Judet |
| 5,443,467 A | 8/1995 | Biedermann et al. |
| 5,466,237 A | 11/1995 | Byrd, III et al. |
| 5,474,555 A | 12/1995 | Puno et al. |
| 5,476,462 A | 12/1995 | Allard et al. |
| 5,476,464 A | 12/1995 | Metz-Stavenhagen et al. |
| 5,496,321 A | 3/1996 | Puno et al. |
| 5,554,157 A | 9/1996 | Errico et al. |
| 5,569,247 A | 10/1996 | Morrison |
| 5,584,834 A | 12/1996 | Errico et al. |
| 5,586,984 A | 12/1996 | Errico et al. |
| 5,591,166 A | 1/1997 | Bernhardt et al. |
| 5,601,553 A | 2/1997 | Trebing et al. |
| 5,607,426 A | 3/1997 | Ralph et al. |
| 5,624,442 A | 4/1997 | Mellinger et al. |
| 5,669,911 A | 9/1997 | Errico et al. |
| 5,672,176 A | 9/1997 | Biedermann et al. |
| 5,681,319 A | 10/1997 | Biedermann et al. |
| 5,690,630 A | 11/1997 | Errico et al. |
| 5,716,356 A | 2/1998 | Biedermann et al. |
| 5,725,528 A | 3/1998 | Errico et al. |
| 5,728,098 A | 3/1998 | Sherman et al. |
| 5,733,286 A | 3/1998 | Errico et al. |
| 5,738,685 A | 4/1998 | Halm et al. |
| 5,782,833 A | 7/1998 | Haider |
| 5,797,911 A | 8/1998 | Sherman et al. |
| 5,800,435 A | 9/1998 | Errico et al. |
| 5,817,094 A | 10/1998 | Errico et al. |
| 5,863,293 A | 1/1999 | Richelsoph |
| 5,873,878 A | 2/1999 | Harms et al. |
| 5,876,402 A | 3/1999 | Errico et al. |
| 5,879,350 A | 3/1999 | Sherman et al. |
| 5,879,351 A | 3/1999 | Viart |
| 5,882,350 A | 3/1999 | Ralph et al. |
| 5,885,286 A | 3/1999 | Sherman et al. |
| 5,891,145 A | 4/1999 | Morrison et al. |
| 5,954,725 A | 9/1999 | Sherman et al. |
| 5,961,517 A | 10/1999 | Biedermann et al. |
| 5,964,760 A | 10/1999 | Richelsoph |
| 6,010,503 A | 1/2000 | Richelsoph et al. |
| 6,019,759 A | 2/2000 | Rogozinski |
| 6,022,350 A | 2/2000 | Ganem |
| 6,053,917 A | 4/2000 | Sherman et al. |
| 6,063,090 A | 5/2000 | Schlapfer |
| 6,074,391 A | 6/2000 | Metz-Stavenhagen et al. |
| 6,077,262 A | 6/2000 | Schlapfer et al. |
| 6,086,588 A | 7/2000 | Ameil et al. |
| 6,090,110 A | 7/2000 | Metz-Stavenhagen |
| 6,090,111 A | 7/2000 | Nichols |
| 6,099,528 A | 8/2000 | Saurat |
| 6,110,172 A | 8/2000 | Jackson |
| 6,113,601 A | 9/2000 | Tatar |
| 6,132,431 A | 10/2000 | Nilsson et al. |
| 6,132,432 A | 10/2000 | Richelsoph |
| 6,132,434 A | 10/2000 | Sherman et al. |
| 6,146,383 A | 11/2000 | Studer et al. |
| 6,187,005 B1 | 2/2001 | Brace et al. |
| RE37,161 E | 5/2001 | Michelson et al. |
| 6,224,596 B1 | 5/2001 | Jackson |
| 6,248,105 B1 | 6/2001 | Schlapfer et al. |

| | | |
|---|---|---|
| 6,254,602 B1 | 7/2001 | Justis |
| 6,273,888 B1 | 8/2001 | Justis |
| 6,280,442 B1 | 8/2001 | Barker et al. |
| 6,280,445 B1 | 8/2001 | Morrison et al. |
| 6,287,308 B1 | 9/2001 | Betz et al. |
| 6,287,311 B1 | 9/2001 | Sherman et al. |
| 6,302,888 B1 | 10/2001 | Mellinger et al. |
| 6,309,391 B1 | 10/2001 | Crandall et al. |
| 6,355,040 B1 | 3/2002 | Richelsoph et al. |
| RE37,665 E | 4/2002 | Ralph et al. |
| 6,368,321 B1 | 4/2002 | Jackson |
| 6,440,137 B1 | 8/2002 | Horvath et al. |
| 6,443,953 B1 | 9/2002 | Perra et al. |
| 6,471,705 B1 | 10/2002 | Biedermann et al. |
| 6,485,494 B1 | 11/2002 | Haider |
| 6,488,681 B2 | 12/2002 | Martin et al. |
| 6,520,963 B1 | 2/2003 | McKinley |
| 6,530,929 B1 | 3/2003 | Justis et al. |
| 6,540,749 B2 | 4/2003 | Schafer et al. |
| 6,554,834 B1 | 4/2003 | Crozet et al. |
| 6,565,565 B1 | 5/2003 | Yuan et al. |
| 6,565,567 B1 | 5/2003 | Haider |
| 6,626,908 B2 | 9/2003 | Cooper et al. |
| 6,652,526 B1 | 11/2003 | Arafiles |
| 6,660,004 B2 | 12/2003 | Barker et al. |
| 6,695,843 B2 | 2/2004 | Biedermann et al. |
| 6,716,214 B1 | 4/2004 | Jackson |
| 6,723,100 B2 | 4/2004 | Biedermann et al. |
| 6,755,829 B1 | 6/2004 | Bono et al. |
| 6,835,196 B2 | 12/2004 | Biedermann et al. |
| 6,837,889 B2 | 1/2005 | Shluzas |
| 6,840,940 B2 | 1/2005 | Ralph et al. |
| 7,066,937 B2 | 6/2006 | Shluzas |
| 7,087,057 B2 | 8/2006 | Konieczynski et al. |
| 7,144,396 B2 | 12/2006 | Shluzas |
| 7,160,300 B2 | 1/2007 | Jackson |
| 7,179,261 B2 | 2/2007 | Sicvol et al. |
| 7,306,606 B2 | 12/2007 | Sasing |
| 7,377,923 B2 | 5/2008 | Purcell et al. |
| 7,491,218 B2 | 2/2009 | Landry et al. |
| 7,503,924 B2 | 3/2009 | Lee |
| 7,527,638 B2 | 5/2009 | Anderson et al. |
| 7,618,444 B2 | 11/2009 | Shluzas |
| 7,678,137 B2 | 3/2010 | Butler et al. |
| 7,717,939 B2 | 5/2010 | Ludwig et al. |
| 7,811,310 B2 | 10/2010 | Baker et al. |
| 7,951,172 B2 | 5/2011 | Chao et al. |
| 8,021,397 B2 | 9/2011 | Farris et al. |
| 9,456,853 B2 | 10/2016 | Jackson |
| 9,788,866 B2 | 10/2017 | Jackson |
| 9,801,665 B2 | 10/2017 | Jackson |
| 9,999,452 B2 | 6/2018 | Jackson |
| 10,039,577 B2 | 8/2018 | Jackson |
| 10,064,660 B2 | 9/2018 | Jackson |
| 2001/0001119 A1 | 5/2001 | Lombardo |
| 2002/0133154 A1 | 9/2002 | Saint Martin |
| 2003/0100896 A1 | 5/2003 | Biedermann et al. |
| 2003/0149431 A1 | 8/2003 | Varieur |
| 2003/0187433 A1 | 10/2003 | Lin |
| 2004/0153068 A1 | 8/2004 | Janowski et al. |
| 2004/0193160 A1 | 9/2004 | Richelsoph |
| 2004/0225289 A1 | 11/2004 | Biedermann et al. |
| 2005/0049589 A1 | 3/2005 | Jackson |
| 2005/0192570 A1 | 9/2005 | Jackson |
| 2005/0192573 A1 | 9/2005 | Abdelgany et al. |
| 2005/0216000 A1 | 9/2005 | Colleran |
| 2006/0111713 A1 | 5/2006 | Jackson |
| 2006/0129149 A1 | 6/2006 | Iott et al. |
| 2006/0217716 A1 | 9/2006 | Baker et al. |
| 2007/0255284 A1 | 11/2007 | Miller et al. |
| 2015/0142060 A1 | 5/2015 | Jackson |
| 2016/0015433 A1 | 1/2016 | Jackson |
| 2017/0181775 A1 | 6/2017 | Jackson |
| 2018/0000524 A1 | 1/2018 | Jackson |
| 2018/0153590 A1 | 6/2018 | Jackson |







*Fig.9.*



*Fig*.10.



*Fig.*11.



*Fig.12.*

*Fig.13.*



*Fig.*14.



*Fig*.16.

*Fig*.15.





*Fig*.19.

*Fig*.20.

*Fig*.21.



*Fig.22.*



Fig. 23.



Fig. 24.



*Fig.25.*

*Fig.26.*



Fig.27.

# Fig.28.





Fig.29.

Fig.30.

Fig.31.









*Fig.43.*

*Fig.44.*

*Fig.45.*



Fig.46.

Fig.48.

Fig.49.

Fig.47.

Fig.53.



US 10,722,273 B2

**1**

## BONE ANCHOR ASSEMBLY WITH TWIST-IN-PLACE PRESSURE INSERT

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 15/885,443, filed Jan. 31, 2018, which is a continuation of U.S. patent application Ser. No. 15/703,567, filed Sep. 13, 2017, which is a continuation of U.S. patent application Ser. No. 15/702,442, filed Sep. 12, 2017, now U.S. Pat. No. 10,064,660, which is a continuation of U.S. patent application Ser. No. 15/401,618, filed Jan. 9, 2017, now U.S. Pat. No. 9,788,866, which is a continuation of U.S. patent application Ser. No. 15/094,870, filed Apr. 8, 2016, now U.S. Pat. No. 9,801,665, which is a continuation of U.S. patent application Ser. No. 14/026,150, filed Sep. 13, 2013, now U.S. Pat. No. 9,308,027, which is a continuation of U.S. patent application Ser. No. 12/802,668, filed Jun. 11, 2010, now U.S. Pat. No. 9,456,853, which is a continuation of U.S. patent application Ser. No. 11/140,343, filed May 27, 2005, now U.S. Pat. No. 7,776,067, each of which is incorporated by reference in its entirely herein, and for all purposes.

### BACKGROUND OF THE INVENTION

The present invention is directed to polyaxial bone screws for use in bone surgery, particularly spinal surgery, and particularly to inserts for such screws.

Bone screws are utilized in many types of spinal surgery, such as for osteosynthesis, in order to secure various implants to vertebrae along the spinal column for the purpose of stabilizing and/or adjusting spinal alignment. Although both closed-ended and open-ended bone screws are known, open-ended screws are particularly well suited for connections to rods and connector arms, because such rods or arms do not need to be passed through a closed bore, but rather can be laid or urged into an open channel within a receiver or head of such a screw.

Typical open-ended bone screws include a threaded shank with a pair of parallel projecting branches or arms which form a yoke with a U-shaped slot or channel to receive a rod. Hooks and other types of connectors, as are used in spinal fixation techniques, may also include open ends for receiving rods or portions of other structure.

A common mechanism for providing vertebral support is to implant bone screws into certain bones which then in turn support a longitudinal structure such as a rod, or are supported by such a rod. Bone screws of this type may have a fixed head or receiver relative to a shank thereof. In the fixed bone screws, the rod receiver head cannot be moved relative to the shank and the rod must be favorably positioned in order for it to be placed within the receiver head. This is sometimes very difficult or impossible to do. Therefore, polyaxial bone screws are commonly preferred.

Open-ended polyaxial bone screws allow rotation of the head or receiver about the shank until a desired rotational position of the head is achieved relative to the shank. Thereafter, a rod can be inserted into the head or receiver and eventually the head is locked or fixed in a particular position relative to the shank. However, in certain instances, a surgeon may desire to set and fix the angular position of the head or receiver relative to the shank independently of rod insertion or rod locking. Additionally, it may be desirable to

**2**

reset and fix the angle of orientation of the head or receiver during the surgical procedure.

### SUMMARY OF THE INVENTION

A polyaxial bone screw assembly according to the invention includes a shank having an upper portion and a body for fixation to a bone; a head or receiver defining an open channel; and at least one compression or pressure insert. The shank is connected to the head or receiver at the upper portion and the shank body is swivelable with respect to the head or receiver. The pressure insert is receivable in the head open channel. The pressure insert includes a base and a head engagement structure. The pressure insert base is frictionally engageable with the shank upper portion and the head engagement structure is engageable with the receiver head. The pressure insert has an articulation position wherein the insert head engagement structure is engaged with the head and the base frictionally engages a projecting end of the shank upper portion with the pressure insert exerting an independent force or pressure on the shank upper portion sufficient to retain the shank body in a selected angle with respect to the head without continuously applied compression by a closure top through the rod.

Pressure inserts according to the invention include a side loading insert having a ratcheted outer surface for engagement with a ratcheted inner surface on the bone screw receiver head. Another embodiment includes a cam insert, side loaded or down loaded into the bone screw receiver head, having sloped upper surfaces for engagement with an upper shoulder of a recess formed in the bone screw receiver head.

### Objects and Advantages of the Invention

Therefore, objects of the present invention include: providing an improved spinal implant assembly for implantation into vertebrae of a patient; providing such an assembly that includes an open-headed implant, a shank pivotally connected to the implant head, a rod or other structural element, and a pressure insert disposed between the shank and the rod; providing a pressure insert that may be utilized independently to set an angle of articulation of the shank with respect to the head prior to or after insertion of the rod; providing such an assembly that has a low profile after final installation; providing such an assembly in which the pressure insert may be assembled into a bone screw head prior or subsequent to installing the bone screw into bone; providing such an assembly in which the bone screw includes a retaining structure that includes a non-slip feature for driving the shank into bone; and providing such an assembly that is easy to use, especially adapted for the intended use thereof and wherein the implant assembly components are comparatively inexpensive to produce.

Other objects and advantages of this invention will become apparent from the following description taken in conjunction with the accompanying drawings wherein are set forth, by way of illustration and example, certain embodiments of this invention.

The drawings constitute a part of this specification and include exemplary embodiments of the present invention and illustrate various objects and features thereof.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is an exploded perspective view of an assembly according to the invention including a shank with a capture

US 10,722,273 B2

3

structure at one end thereof, a head or receiver, a retaining and articulating structure and a side-loading pressure insert.

FIG. **2** is a perspective view of the assembly of FIG. **1** shown assembled.

FIG. **3** is an enlarged, perspective view of the insert of FIG. **1**.

FIG. **4** is a front elevational view of the insert of FIG. **3**.

FIG. **5** is a side elevational view of the insert of FIG. **3**.

FIG. **6** is a top plan view of the insert of FIG. **3**.

FIG. **7** is a bottom plan view of the insert of FIG. **3**.

FIG. **8** is a cross-sectional view of the insert taken along the line **8-8** of FIG. **6**.

FIG. **9** is an enlarged and partial front elevational view of the assembled shank, bone screw head and retaining and articulating structure of FIG. **2** shown prior to insertion of the side-loading insert.

FIG. **10** is an enlarged and partial front elevational view of the assembly of FIG. **2**.

FIG. **11** is an enlarged and partial side elevational view of the assembly of FIG. **2** shown with the side-loading insert in engagement with the bone screw shank, setting the shank in an angle of articulation with respect to the head.

FIG. **12** is a partial front elevational view of a bone screw driving tool according to the invention.

FIG. **13** is a partial side elevational view of the bone screw driving tool of FIG. **12**.

FIG. **14** is an enlarged and partial cross-sectional view of the head and insert taken along the line **14-14** of FIG. **2**, shown with the shank and retaining and articulating structure in front elevation and further shown with the driving tool of FIG. **12**.

FIG. **15** is a cross-sectional view taken along the line **15-15** of FIG. **14**.

FIG. **16** is an enlarged and partial cross-sectional view of the head, retaining and articulating structure and insert taken along the line **16-16** of FIG. **2**, shown with the shank in front elevation and further shown with the driving tool of FIG. **12** shown in the side elevational view of FIG. **13**.

FIG. **17** is a reduced view of the bone screw and driving tool of FIG. **14** further shown in exploded view with a guide wire and vertebra.

FIG. **18** is an enlarged view of the bone screw, driving tool, guide wire and vertebra of FIG. **17** shown in cooperation during a process of bone screw installation.

FIG. **19** is an exploded perspective view of a nested bone screw fastener assembly including a fastener base integral with a break-off head and an inner set screw.

FIG. **20** is an enlarged cross-sectional view taken along the line **20-20** of FIG. **19** and shown with a set screw tool.

FIG. **21** is a cross-sectional view similar to FIG. **20**, showing the set screw inserted in the fastener base.

FIG. **22** is a partial cross-sectional view of the bone screw and insert assembly of FIG. **14** shown with a rod, also in cross-section and in a process of mating with the nested bone screw fastener assembly of FIG. **21**.

FIG. **23** is a partial cross-sectional view, similar to FIG. **22** shown with a manipulation tool in a process of moving the side-loaded insert upwardly and away from the bone screw shank to allow for pivoting of the bone screw shank with respect to the head.

FIG. **24** is a partial cross-sectional view, similar to FIGS. **22** and **23**, shown with the shank fixed at a selected angle with respect to the head by frictional contact with the insert prior to frictional contact between the rod and the nested fastener assembly.

4

FIG. **25** is a reduced partial and cross-sectional view similar to FIG. **24**, showing the break-off head of the nested closure assembly being removed with a torquing tool.

FIG. **26** is a partial cross-sectional view similar to FIG. **25** shown with a set screw tool engaged with the inner set screw in a process of tightening the set screw against the rod.

FIG. **27** is a cross-sectional view similar to FIG. **26** showing a fully installed nested fastener in front elevation.

FIG. **28** is a partial cross-sectional view similar to FIG. **26**, showing engagement and removal of the nested fastener from the bone screw head with a set screw tool.

FIG. **29** is an exploded perspective view of a second embodiment of an assembly according to the invention including a shank with a capture structure at one end thereof, a head, a retaining and articulating structure and an insert.

FIG. **30** is an enlarged cross-sectional view of the bone screw head and retaining and articulating structure taken along the line **30-30** of FIG. **29**, shown with the retaining and articulating structure turned on a side thereof for insertion into the head.

FIG. **31** is a cross-sectional view similar to FIG. **30** showing the retaining and articulating structure turned back into the orientation shown in FIG. **29** but within the head in preparation for engagement with the capture structure of the shank.

FIG. **32** is an enlarged front elevational view of the insert of FIG. **29**.

FIG. **33** is an enlarged side elevational view of the insert of FIG. **29**.

FIG. **34** is an enlarged top plan view of the insert of FIG. **29**.

FIG. **35** is an enlarged bottom plan view of the insert of FIG. **29**.

FIG. **36** is an enlarged partial cross-sectional view of the head similar to FIG. **31** showing the shank and capture structure in front elevation in a process of engagement with the retaining and articulating structure, also shown in front elevation.

FIG. **37** is a partial cross-sectional view of the head similar to FIG. **36** showing the shank capture structure engaged with the retaining and articulating structure and showing a process of insertion of the insert into the head.

FIG. **38** is a cross-sectional view taken along the line **38-38** of FIG. **37**.

FIG. **39** is a cross-sectional view taken along the line **39-39** of FIG. **37**.

FIG. **40** is a reduced partial cross-sectional view of the head and front elevational view of the shank, retaining and articulating structure and insert similar to FIG. **37**, showing the insert rotated to a shank setting position and the assembly in a process of being driven into bone with a driving tool.

FIG. **41** is an enlarged cross-sectional view taken along the line **41-41** of FIG. **40**.

FIG. **42** is an enlarged and partial cross-sectional view of the head similar to FIG. **40**, shown with the shank, retaining and articulating structure and insert in front elevation and further showing a rod in cross-section and an engaged closure top in front elevation.

FIG. **43** is an exploded perspective view of a third embodiment of an assembly according to the invention including a shank with a capture structure at one end thereof, a head, a retaining and articulating structure and an insert.

FIG. **44** is an enlarged cross-sectional view of the bone screw head and retaining and articulating structure taken along the line **44-44** of FIG. **43**, shown with the retaining and articulating structure turned on a side thereof for insertion into the head.

US 10,722,273 B2

**5**

FIG. **45** is a cross-sectional view similar to FIG. **44** showing the retaining and articulating structure turned back into the orientation shown in FIG. **43** but within the head in preparation for engagement with the capture structure of the shank.

FIG. **46** is a partial cross-sectional view of the head similar to FIG. **45** showing the shank and capture structure in front elevation in a process of engagement with the retaining and articulating structure, also shown in front elevation.

FIG. **47** is a partial cross-sectional view of the head similar to FIG. **46** showing the shank capture structure engaged with the retaining and articulating structure and showing a process of insertion of the insert into the head.

FIG. **48** is a cross-sectional view taken along the line **48-48** of FIG. **47**.

FIG. **49** is a cross-sectional view taken along the line **49-49** of FIG. **47**.

FIG. **50** is an enlarged front elevational view of the insert of FIG. **43**.

FIG. **51** is an enlarged side elevational view of the insert of FIG. **43**.

FIG. **52** is a reduced partial cross-sectional view of the head and front elevational view of the shank, retaining and articulating structure and insert similar to FIG. **47**, showing the insert rotated to a shank setting position and the assembly in a process of being driven into bone with a driving tool.

FIG. **53** is an enlarged cross-sectional view taken along the line **53-53** of FIG. **52**.

FIG. **54** an enlarged and partial cross-sectional view of the head similar to FIG. **52**, shown with the shank, retaining and articulating structure and insert in front elevation and further showing a rod in cross-section and an engaged closure top in front elevation.

DETAILED DESCRIPTION OF THE INVENTION

As required, detailed embodiments of the present invention are disclosed herein; however, it is to be understood that the disclosed embodiments are merely exemplary of the invention, which may be embodied in various forms. Therefore, specific structural and functional details disclosed herein are not to be interpreted as limiting, but merely as a basis for the claims and as a representative basis for teaching one skilled in the art to variously employ the present invention in virtually any appropriately detailed structure.

With reference to FIGS. **1-28**, the reference numeral **1** generally designates a polyaxial bone screw assembly according to the present invention. The assembly **1** includes a shank **4** that further includes a body **6** integral with an upwardly extending capture structure **8**; a head or receiver **10**; a retaining and articulating structure or ring **12**; and a side-loading pressure insert **14**. The shank **4**, head or receiver **10**, retaining and articulating structure **12** and insert **14** are preferably assembled prior to implantation of the shank body **6** into a vertebra **15**, which procedure is shown in FIGS. **17** and **18**.

FIGS. **19-28** further show a closure structure or nested fastener, generally **18**, of the invention for capturing a longitudinal member such as a rod **21** within the head or receiver **10**. The insert **14** allows for setting an angle of articulation between the shank body **6** and the head or receiver **10** prior to insertion of the rod **21**, if desired. Upon installation, which will be described in detail below, the nested fastener **18** presses against the rod **21** that in turn presses against the insert **14** that presses against the capture

**6**

structure **8** which biases the retaining and articulating structure **12** into fixed frictional contact with the head or receiver **10**, so as to fix the rod **21** relative to the vertebra **15**. The head or receiver **10** and shank **4** cooperate in such a manner that the head **10** and shank **4** can be secured at any of a plurality of angles, articulations or rotational alignments relative to one another and within a selected range of angles both from side to side and from front to rear, to enable flexible or articulated engagement of the head **10** with the shank **4** until both are locked or fixed relative to each other.

The shank **4**, best illustrated in FIGS. **1** and **2**, is elongate, with the shank body **6** having a helically wound bone implantable thread **24** extending from near a neck **26** located adjacent to the capture structure **8** to a tip **28** of the body **6** and extending radially outward therefrom. During use, the body **6** utilizing the thread **24** for gripping and advancement is implanted into the vertebra **15** leading with the tip **28** and driven down into the vertebra **15** with an installation or driving tool **31** so as to be implanted in the vertebra **15** to near the neck **26**, as shown in FIG. **24**, and as is described more fully in the paragraphs below. The shank **4** has an elongate axis of rotation generally identified by the reference letter A. It is noted that any reference to the words top, bottom, up and down, and the like, in this application refers to the alignment shown in the various drawings, as well as the normal connotations applied to such devices, and is not intended to restrict positioning of the assembly **1** in actual use.

The neck **26** extends axially outward and upward from the shank body **6**. The neck **26** may be of reduced radius as compared to an adjacent top **32** of the body **6**. Further extending axially and outwardly from the neck **26** is the capture structure **8** that provides a connective or capture structure disposed at a distance from the body top **32** and thus at a distance from the vertebra **15** when the body **6** is implanted in the vertebra **15**.

The capture structure **8** is configured for connecting the shank **4** to the head or receiver **10** and capturing the shank **4** in the head **10**. The capture structure **8** has an outer substantially cylindrical surface **34** having a helically wound guide and advancement structure thereon which in the illustrated embodiment is a V-shaped thread **36** extending from near the neck **26** to adjacent to an annular upper surface **38**. Although a simple thread **36** is shown in the drawings, it is foreseen that other structures including other types of threads, such as buttress and reverse angle threads, and non threads, such as helically wound flanges with interlocking surfaces, may be alternatively used in alternative embodiments of the present invention.

Projecting along the axis A upwardly and outwardly from the annular surface **38** of the capture structure **8** is a curved or dome-shaped top **42**. The illustrated top **42** is radially extending, convex, substantially hemispherical or dome-shaped, preferably having a substantially uniform radius of generation to provide for positive engagement with the insert **14** at almost any orientation of the shank **4**, as will be described more fully below. It is foreseen that in certain embodiments the radius may vary depending upon the needs and desires of the particular structure and the domed top **42** may have a shape that is only partly spherical or some other shape. For example, the domed top could be radiused at the location of greatest projection along the axis A and otherwise feathered along a periphery thereof so as to not have a continuous uniform radius of generation throughout but rather a continually changing radius of generation along at least the length thereof.

US 10,722,273 B2

7

The shank **4** shown in some of the drawings is cannulated, having a small central bore **44** extending an entire length of the shank **4** along the axis A. The bore **44** has a first circular opening **46** at the shank tip **28** and a second circular opening **48** at the top surface **42**. The bore **44** is coaxial with the threaded body **6** and the capture structure outer surface **34**. The bore **44** provides a passage through the shank **4** interior for a length of wire or pin **49** as shown in FIGS. **17** and **18**, inserted into the vertebra **15** prior to the insertion of the shank body **6**, the pin **49** providing a guide for insertion of the shank body **6** into the vertebra **15**.

Referring to FIGS. **1**, **2**, **9-11** and **14**, the head or receiver **10** has a generally cylindrical outer profile with a substantially cylindrical base **50** integral with a pair of opposed upstanding arms **52** that extend from the base **50** to a top surface **54**. The arms **52** form a U-shaped cradle and define a U-shaped channel **56** between the arms **52** and include an upper opening **57** and a lower seat **58** having substantially the same radius as the rod **21** for operably snugly receiving the rod **21**.

Each of the arms **52** has an interior surface **60** that defines the inner cylindrical profile and includes a partial helically wound guide and advancement structure **62**. In the illustrated embodiment, the guide and advancement structure **62** is a partial helically wound flangeform configured to mate under rotation with a similar structure on the nested fastener **18**, as described more fully below. However, it is foreseen that the guide and advancement structure **62** could alternatively be a V-shaped thread, a buttress thread, a square thread, a reverse angle thread or other thread like or non-thread like helically wound advancement structures for operably guiding under rotation and advancing the fastener **18** downward between the arms **52**.

Tool engaging grooves **64** are formed on outer substantially cylindrical surfaces **65** of the arms **52** which may be used for holding the head **10** during assembly with the shank **4** and the retaining and articulating structure **12** and also during the implantation of the shank body **6** into vertebra **15**. The illustrated grooves **64** are disposed near the top **54** of the head **10** and each extend partially circumferentially about a periphery of each arm **52** and may include an undercut or dovetail feature for engagement with a holding tool. A holding tool (not shown) is equipped with structure sized and shaped to be received in the grooves **64**. The holding tool and respective grooves **64** may be configured for either a twist on/twist off engagement with the head, or a flexible snap on/snap off engagement wherein the holding tool has legs which splay outwardly to position the tool for engagement in the grooves **64** or a combination thereof. It is foreseen that the grooves **64** and the cooperating holding tool may be configured to be of a variety of sizes and locations along the cylindrical surfaces **65**. Also disposed centrally on each arm **52** is an oval through-bore **68** that allows for manipulation of the insert **14** as will be described more fully below.

Communicating with the U-shaped channel **56** and located within the base **50** of the head or receiver **10** is a chamber or cavity **78** substantially defined by an inner surface **80** of the base **50**, the cavity **78** opening upwardly into the U-shaped channel **56**. The inner surface **80** is substantially spherical, with at least a portion thereof forming a partial internal spherical seating surface **82** having a first radius. The surface **82** is sized and shaped for mating with the retaining and articulating structure **12**, as described more fully below.

The base **50** further includes a restrictive neck **83** defining a bore **84** communicating with the cavity **78** and a lower

8

exterior **86** of the base **50**. The bore **84** is coaxially aligned with respect to a rotational axis B of the head **10**. The bore **84** may be conically counterbored or beveled in a region **85** to widen the angular range of the shank **4**.

The neck **83** and associated bore **84** are sized and shaped to be smaller than a radial dimension of the retaining and articulating structure **12**, as will be discussed further below, so as to form a restriction at the location of the neck **83** relative to the retaining and articulating structure **12**, to prevent the retaining and articulating structure **12** from passing from the cavity **78** and out into the lower exterior **86** of the head **10** when the retaining and articulating structure **12** is seated. However, it is foreseen that the retaining and articulating structure could be compressible (such as where such structure has a missing section) and that the retaining structure could be loaded up through the neck **83** and then allowed to expand and fully seat in the spherical seating surface.

It is foreseen that the inner surface **80** may further include an elongate upper loading recess (not shown) for accommodating and loading the retaining and articulating structure **12** into the cavity **78**. Such a loading recess would be generally vertically disposed in the head **10**, extending between and communicating with both the channel **56** and the cavity **78**, allowing for ease in top loading the retaining and articulating structure **12** into the cavity through the upper opening **57** and otherwise allowing for the spherical wall **80** of the head **10** to have a radius allowing for substantial thickness and strength of the head base **50**.

On each arm **52**, disposed adjacent to and directly below the guide and advancement structure **62** is an inner, inset surface **87** having a width or diameter greater than a distance between the interior surfaces **60** of the arms **52**. An inner insert receiving surface **88** is located between the surface **87** and the inner substantially spherical surface **80**. The insert receiving surface **88** includes a band of ridges or teeth **89** extending across each arm **52** and running parallel to the head top surface **54**. The ridges or teeth **89** each incline in a downward direction toward the base **50** and are sized and shaped to cooperate with ratchet teeth disposed on the insert **14** as will be described more fully below. The inner surface **87** provides space for insertion of the insert **14** into the head **10** with no initial engagement of the teeth **89** with the head **10** as illustrated in FIG. **10**.

The retaining and articulating structure or ring **12** is used to retain the capture structure **8** of the shank **4** within the head **10**. The retaining and articulating structure **12**, best illustrated by FIGS. **1**, **14**, **16** and **18**, has an operational central axis that is the same as the elongate axis A associated with the shank **4**, but when the retaining and articulating structure **12** is separated from the shank **4**, the axis of rotation is identified as an axis C. The retaining and articulating structure **12** has a central bore **90** that passes entirely through the retaining and articulating structure **12** from a top surface **92** to a bottom surface **94** thereof. A first inner cylindrical surface **96** defines a substantial portion of the bore **90**, the surface **96** having a helically wound guide and advancement structure thereon as shown by a helical rib or thread **98** extending from adjacent the top surface **92** to adjacent the bottom surface **94**. Although a simple helical rib **98** is shown in the drawings, it is foreseen that other helical structures including other types of threads, such as buttress and reverse angle threads, and non threads, such as helically wound flanges with interlocking surfaces, may be alternatively used in an alternative embodiment of the present invention. The inner cylindrical surface **96** with helical rib **98** are configured to mate under rotation with the capture

US 10,722,273 B2

**9**

structure outer surface **34** and helical advancement structure or thread **36**, as described more fully below.

The retaining and articulating structure **12** has a radially outer partially spherically shaped surface **104** sized and shaped to mate with the partial spherically shaped seating surface **82** of the head and having a radius approximately equal to the radius associated with the surface **82**. The retaining and articulating structure radius is larger than the radius of the neck **83** of the head **10**. Although not required, it is foreseen that the outer partially spherically shaped surfaced **104** may be a high friction surface such as a knurled surface or the like.

The retaining and articulating structure top surface **92** extends from the central bore **90** to the outer surface **104**. The top surface **92** is disposed at an angle with respect to the bottom surface **94**, with the top surface **92** sloping in a downward direction toward the bottom surface **94** as the top surface **92** extends toward the outer surface **104**. As illustrated in FIG. **11** and discussed more fully below, the angle of inclination of the top surface **92** is configured for contact and frictional engagement with a bottom surface of the insert **14**.

The retaining and articulating structure **12** further includes a tool engagement structure in the form of a transverse slot **106** formed in the top surface **92** for engagement with the driving tool **31** shown in FIGS. **17** and **18**. As will be described more fully below, the tool **31** is configured to fit within the transverse slot **106** on either side of the domed top **42** of the shank **4** and utilized for driving the shank body **6** into the vertebra **15**.

The elongate rod or longitudinal member **21** that is utilized with the assembly **1** can be any of a variety of implants utilized in reconstructive spinal surgery, but is normally a cylindrical elongate structure having a smooth, outer cylindrical surface **108** of uniform diameter. The rod **21** is preferably sized and shaped to snugly seat near the bottom of the U-shaped channel **56** of the head **10** and, during normal operation, is positioned slightly above the bottom of the channel **56** at the lower seat **58**. In the illustrated embodiment, the domed top **42** of the shank **4** does not come into direct contact with the rod **21**, but rather, the side-loading insert **44** is received within the bone screw head **10** prior to rod insertion, and ultimately is positioned between the rod **21** and the top **42**.

The insert **14** is best illustrated in FIGS. **3-7**. The insert **14** includes a base **110** integral with a pair of upstanding arms **112**. The base **110** and arms **112** form a generally U-shaped, open, through-channel **114** having a substantially cylindrical bottom seating surface **116** configured to operably snugly engage the rod **21**. Each arm **112** has a faceted outer profile with a lower facet or face **120** extending from the base **110** and integral with a side facet or face **122** that includes a bar or rack of inclined teeth **124** for ratcheting the insert **14** down by degrees into the head **10** in cooperation with the ridges or teeth **89** disposed on the insert receiving surface **88**, as will be described more fully below. Each side facet or face **122** extends between one of the lower facets **120** and a top surface **126**. The ratchet teeth **124** are disposed near the top surface **126** and each tooth **124** runs in a direction parallel to the top surface **126**. Furthermore, each tooth **124** includes a surface **130** inclined in an outward and upward direction toward the top surface **126**. The teeth **124** are thus readily movable or ratcheted downwardly toward the cavity **78** of the bone screw head **10** when desired, after side insertion of the insert **14** into the head **10** as illustrated in FIGS. **1** and **2**. Once the teeth **124** are pressed downwardly

**10**

into engagement with the teeth **89**, the insert **14** resists upward movement toward the opening **57** of the bone screw head channel **56**.

Disposed on either side of each side facet **122** are lateral facets **128** that terminate at planar outer edge surfaces **132**. Also extending between the edge surfaces **132** and the base **110** are lower facets **134**. A pair of opposing, squared-off notches **136** are formed on each lower facet **134** in a central location where the facet **134** contacts the edge surfaces **132**. The notches **136** are sized and shaped to correspond and cooperate with the transverse slot **106** of the retaining and articulating structure **12** to allow for insertion of the driving tool **31** through the notches **136** and into the slot **106** for engagement with the retaining and articulating structure during installation of the shank body **6** into bone.

Disposed centrally on a bottom surface **138** of the base **110**, opposite the seating surface **116** is a concave, substantially spherical formation **140**. A cannulation bore **142** extends through a central portion of the formation **140**. The formation **140** is sized and shaped to snugly frictionally fit about the domed top **42** of the capture structure **8**. As will be described in greater detail below, as the insert **14** is ratcheted downwardly into contact with the domed top **42** and the retaining and articulating structure **12**, the insert **14** may be used to set the articulation of the shank body **6** with respect to the bone screw head **10** prior to insertion and locking of the rod **21** into the head **10**, or by inserting and compressing the rod **21** with the closure top **18** and then releasing the closure top **18**. As illustrated in FIG. **23** and discussed more fully below, the side bores or apertures **68** formed in the head **10** allow for manipulation of the insert **14** with respect to the dome shaped top **42** by a tool **146** that has opposed pinchers or prongs **147** for extending through the bores **68** and pressing against the arms **112** of the insert **14** to loosen the insert **14** from the head **10**. Eventually, the rod **21** is placed in the U-shaped channel **56** and/or the rod **21** which has been placed in the channel directly, abutingly engages or re-engages the insert **14** that in turn engages the shank capture structure domed top **42**, as shown, for example, in FIGS. **11** and **22**, consequently biasing the shank **4** downwardly in a direction toward the base **50** of the head **10** when the assembly **1** is fully assembled. The shank **4** and retaining and articulating structure **12** are thereby locked in position relative to the head **10** by the rod **21** firmly pushing downward on the insert **14** and the shank domed top surface **42**.

With reference to FIGS. **12-18**, the driving tool **31** according to the invention includes a handle **150**, an elongate cylindrical stem or shaft **154** and an engagement structure **156**. The engagement structure **156** is configured to operably mate with both the insert **14** and the retaining and articulating structure **12** at the transverse slot **106** thereof. The shaft **154** with attached engagement structure **156** is receivable in and passes through the interior of the bone screw head **10**. The stem or shaft **154** is rigidly attached to the handle **150** and coaxial therewith. The handle **150** includes outer grooves **158** disposed about an outer cylindrical surface **160** thereof to aid in gripping and rotating the respective components.

The engagement structure **156** includes an oblong support **162** with two opposed arms **164** extending downwardly from the support **162** and away from the shaft **154** at either end of the support **162**. The oblong support **162** has a substantially cylindrical lower surface **166** sized and shaped to fit within the U-shaped channel **114** of the insert **14** and operably mate with the bottom seating surface **116** during turning rotation and driving the of the bone screw shank **4**

US 10,722,273 B2

11                                                                12

into bone. Each arm **164** further includes an extension **168** sized and shaped to fit within the transverse slot **106** of the retaining and articulating structure **12**. As illustrated in FIG. **16**, each extension **168** has a thickness such that the extension **168** fits snugly between the threaded cylindrical surface **34** of the capture structure **8** and the inner surface **80** of the head **10**, while a bottom surface **170** of the extension **168** seats evenly on a base surface **171** of the transverse slot **106**. Each arm **164** also includes an inner seating surface **174** disposed parallel to the base surface **171**. Each inner seating surface **174** is sized and shape to seat upon and engage the annular top surface **38** of the capture structure **8** when the extensions **168** are seated within the transverse slot **106**. Thus, the engagement structure **156** of the driving tool **31** engages the bone screw assembly **1** at the lower cylindrical surface **166**, the extensions **168** and the inner seating surface **174** when driving the shank body **6** into the vertebra **15**, as will be described more fully below. The driving tool **31** also includes a centrally located cannulation bore **176** extending along a length thereof, sized shaped and located to cooperate with the cannulation bore **44** of the bone screw shank **4** and the cannulation bore **142** of the insert **14**.

With particular reference to FIGS. **19-21**, the closure structure or nested fastener **18** can be any of a variety of different types of closure structures for use in conjunction with the present invention with suitable mating structure on the upstanding arms **52** of the head **10**. The fastener **18** screws between the spaced arms **52**. The illustrated fastener **18** includes an outer fastener **204** and an uploaded set screw **206**. The fastener **204** includes a base **208** integral or otherwise attached to a break-off head **210**. The base **208** cooperates with the head **10** of the bone screw assembly **1**, as illustrated in FIGS. **22-28**, to close the head U-shaped channel **56** and to clamp the spinal fixation rod **21** within the bone screw head **10**. The break-off installation head **210** includes a faceted outer surface **220** sized and shaped for engagement with a tool **221** for installing the fastener **204** to the bone screw head or receiver **10** and thereafter separating the break-off head **210** from a respective base **208** when installation torque exceeds selected levels.

The base **208** of the fastener **204** is substantially cylindrical, having an axis of rotation D and an external surface **250** having a guide and advancement structure **252** disposed thereon. The guide and advancement structure **252** is matingly attachable to the guide and advancement structure **62** of the bone screw head **10**. As with the guide and advancement structure **62**, the guide and advancement structure **252** can be of any type, including V-type threads, buttress threads, reverse angle threads, or square threads. Preferably the guide and advancement structure **252** is a helically wound flange form that interlocks with the reciprocal flange form as part of the guide and advancement structure **62** on the interior of the bone screw arms **52**. The guide and advancement structures **62** and **252** are preferably of a type that do not exert radially outward forces on the arms **52** and thereby avoid tendencies toward splaying of the arms **52** of the bone screw head **10**, when the fastener **204** is tightly torqued into the head **10**.

The fastener **204** includes an internal, centrally located through-bore **254**. At the base **208**, the bore **254** is substantially defined by a guide and advancement structure, shown in FIGS. **20** and **21** as an internal V-shaped thread **256**. The thread **256** is sized and shaped to receive the threaded set screw **206** therein as will be discussed in more detail below. Although a traditional V-shaped thread **256** is shown, it is foreseen that other types of helical guide and advancement structures may be used. Near a substantially annular planar

top surface **258** of the base **208**, an abutment shoulder **260**, extends uniformly radially inwardly. The abutment shoulder **260** is spaced from the V-shaped thread **256** and sized and shaped to be a stop for the set screw **206**, prohibiting the set screw **206** from advancing out of the top **258** of the base **208**. It is foreseen that alternatively, the set screw **206** may be equipped with an outwardly extending abutment feature near a base thereof, with complimentary alterations made in the base **208**, such that the set screw **206** would be prohibited from advancing out of the top **258** of the base **208** due to abutment of such outwardly extending feature against a surface of the base **208**.

An inner cylindrical wall **262** separates the abutment shoulder **260** from the thread **256**. The cylindrical wall **262** has a diameter slightly greater than a root or major diameter of the internal thread **256**. The wall **262** partially defines a cylindrical space or passage **264** for axial adjustable placement of the screw **206** with respect to the rod **21** as will be discussed in more detail below.

The fastener **204** further includes the break-off head **210** that is integral or otherwise attached to the fastener **204** at a neck or weakened region **266**. The neck **266** is dimensioned in thickness to control the torque at which the break-off head **210** separates from the fastener **204**. The preselected separation torque of the neck **266** is designed to provide secure clamping of the rod **21** by the fastener **204** before the head **210** separates. For example, 120 inch pounds of force may be a selected break-off torque. The illustrated, hexagonal faceted surfaces **220** of the break-off head **210** enables positive, non-slip engagement of the head **210** by the installation and torquing tool **221** illustrated in FIG. **25**. Separation of the break-off head **210** leaves only the more compact base **208** of the fastener **204** installed in the bone screw head or receiver **10**, so that the installed fastener **204** has a low profile.

The base **208** of the fastener **204** may include structure to provide clamping engagement between the base **208** and the rod **21**. In the embodiment disclosed in FIGS. **19-28**, a bottom surface **268** of the base **208** has an interference structure in the form of a "cup point" or V-shaped ridge or ring **270**. The V-ring **270** operably cuts into the outer surface **108** of the rod **21** during assembly, when the fastener **204** is threaded into the screw head **10**, so that the fastener more positively secures the rod **21** against rotational and translational movement of the rod **21** relative to the bone screw head **10**. As the rod **21** may be bent or skewed with respect to the head **10** at a location of engagement between the rod **21** and the fastener **204**, only a portion or a side of the V-ring **270** may engage with and cut into the rod **21**. It is also foreseen that in some embodiments, clamp enhancing structure on the fastener **204**, such as the V-ring **270**, or surface finish such as knurling, may or may not be necessary or desirable.

The uploadable set screw **206** has a substantially planar top **276** and a bottom **277**. The set screw **206** is substantially cylindrical in shape, having an axis of rotation E, and includes an outer cylindrical surface **278** with a V-shaped thread **280** extending from the top **276** to the bottom **277** thereof. The surface **278** and thread **280** are sized and shaped to be received by and mated with the inner thread **256** of the fastener base **208** in a nested relationship. Thus, in operation, the axis of rotation E is the same as the axis of rotation D of the fastener **204**.

The embodiment of the set screw **206** best illustrated in FIGS. **19-21** includes interference structure for enhancing clamping or setting engagement with the surface **108** of the rod **21**. The bottom **277** of the illustrated set screw **206** has

**13**

a centrally located set point **282** and a peripherally located cup joint or V-shaped set ring **284** projecting therefrom. The set point **282** and the set ring **284** are designed to cut into the surface **108** of the rod **21** when the set screw **206** is tightly fastened into the fastener base **208**. The set point **282** projects outwardly from the bottom **277** to a location beyond the outermost surface of the set ring **284**. Thus, the set point **282** is an initial and primary source of engagement with the rod **21**, directly pressing against the rod **18** along the central axis of rotation D of the set screw **206**. As with the V-ring **270** of the fastener **204**, the V-ring **284** may contact and press against the rod **21** only along a portion thereof if the rod **21** is bent or otherwise disposed in a skewed relationship with the bone screw head **10**. It is foreseen that a domed shape projection (not shown) may be utilized in lieu of the set point **282**. Such a projection may be a radially extending convex, curved, partially spherical or dome-shaped interference or compressive structure, having a substantially uniform radius to provide for positive engagement with the rod **21** at the surface **108**. Such a domed structure may extend a greatest distance along the central axis E. It is also foreseen that other structures for enhancing clamping, such as knurling or the like may be used in some embodiments or none in others.

The set screw **206** includes a central aperture **286** formed in the top **276** and defined by faceted side walls **288** and a hexagonal bottom seating surface **289**, forming a hex-shaped internal drive for positive, non-slip engagement by a set screw installment and removal tool such as an Allen-type wrench **290** as depicted in FIGS. **20**, **26** and **28**. With reference to FIG. **20**, the central aperture **286** cooperates with the central internal bore **254** of the fastener **204** for accessing and uploading the set screw **206** into the fastener **204** prior to engagement with the bone screw head **10**. After the nested fastener **18** engages the bone screw head **10**, and the break-off head **210** is broken off, the tool **290** is used to set and lock the set screw **206** against the rod **21** as illustrated in FIG. **26**.

There are circumstances under which it is desirable or necessary to release the rod **21** from the bone screw head **10**. For example, it might be necessary for a surgeon to re-adjust components of a spinal fixation system, including the rod **21**, during an implant procedure, following an injury to a person with such a system implanted. In such circumstances, the tool **290** may be used to remove both the set screw **206** and attached fastener base **208** as a single unit, with the set screw **206** contacting and contained within the base **208** by the abutment shoulder **260**. Thus, as illustrated in FIG. **28**, rotation of the tool **290** engaged with the set screw **206** backs both the set screw **206** and the fastener base **208** out of the guide and advancement structure **252** in the arms **52** of the bone screw head **10**, thereby releasing the rod **21** for removal from the bone screw head **10** or repositioning of the rod **21**. It is foreseen that other removal structures such as side slots or other screw receiving and engagement structures may be used to engage the set screw **206** that is nested in the fastener base **208**.

With reference to FIGS. **1** and **2**, prior to the polyaxial bone screw assembly **1** being implanted in the vertebra **15**, the retaining and articulating structure **12** is typically first inserted or top-loaded, into the head U-shaped channel **56**, and then into the cavity **78** to dispose the structure **12** within the inner surface **80** of the head **10**. The structure **12** is typically turned or rotated such that the axis C is perpendicular to the axis B of the head **10** during insertion of the structure **12** into the head **10**. Then, after the retaining and articulating structure **12** is within the cavity **78**, the retaining

**14**

and articulating structure **12** is rotated approximately 90 degrees such that the axis C is coaxial with the axis B of the head **10**, and then the structure **12** is seated in sliding engagement with the seating surface **82** of the head **10**.

The shank capture structure **8** is preloaded, inserted or bottom-loaded into the head **10** through the bore **84** defined by the neck **83**. In other embodiments according to the invention (not shown), the shank **4** may be sized and configured to be top-loaded, if desired in which case it must be inserted prior to the retaining and articulating structure **12**. The retaining and articulating structure **12**, now disposed in the head **10** is coaxially aligned with the shank capture structure **8** so that the helical v-shaped thread **36** rotatingly mates with the thread **98** of the retaining and articulating structure **12**.

The shank **4** and/or the retaining and articulating structure **12** are rotated to fully mate the structures **36** and **98** along the respective cylindrical surfaces **34** and **96**, fixing the capture structure **8** to the retaining and articulating structure **12**, until the annular top surface **38** of the capture structure **8** and the retaining and articulating structure top surface **92** are contiguous. Permanent, rigid engagement of the capture structure **8** to the retaining and articulating structure **12** may be further ensured and supported by the use of adhesive, a spot weld, a one-way thread or deforming one or both of the threads **36** and **98** with a punch or the like.

With reference to FIG. **9**, at this time the shank **4** is in slidable and rotatable engagement with respect to the head **10**, while the capture structure **8** and the lower aperture or neck **83** of the head **10** cooperate to maintain the shank body **6** in rotational relation with the head **10**. According to the embodiment of the invention shown in FIGS. **1-28**, only the retaining and articulating structure **12** is in slidable engagement with the head spherical seating surface **82**. Both the capture structure **8** and threaded portion of the shank body **6** are in spaced relation with the head **10**. The shank body **6** can be rotated through a substantial angular rotation relative to the head **10**, both from side to side and from front to rear so as to substantially provide a universal or ball joint wherein the angle of rotation is only restricted by engagement of the neck **26** of the shank body **6** with the neck or lower aperture **83** of the head **10**. It is foreseen that in some embodiments that the retaining structure could simply keep the shank upper portion in the receiver and not articulate with the shank upper portion. In such embodiments, the shank upper portion could have a spherical enlargement that articulates with the head spherical seating surface, the insert and the retaining structure itself.

The insert **14** is then loaded into the head **10** as illustrated in FIGS. **1** and **2** and further operationally shown in FIGS. **9-11**. With particular reference to FIG. **10**, the insert U-shaped channel **114** is aligned with the head **10** U-shaped channel **56** and the insert **14** is initially side-loaded into the head **10** with the ratchet teeth **124** disposed adjacent to the surfaces **87** and directly above the ratchet teeth **89** of the insert receiving surface **88**. Such placement allows for unrestricted angular rotation of the shank body **6** with respect to the head **10**. As illustrated in FIG. **11**, the insert **14** may be pushed downward into contact with the domed top **42**, frictionally engaging the top **42** with the insert **14** and thus setting the angle of orientation of the shank body **6** with respect to the head **10** at any desired angle. Because of the orientation of the insert ratchet teeth **124** and the bone screw head ratchet teeth **89**, the insert **14** is readily and easily pushed downward into the head and toward the domed top **42**, setting or fixing the desired angle of orientation between the shank body **6** and the head **10**. Again, this can be done

US 10,722,273 B2

**15**

directly with a tool or by compression through the rod **21**. Furthermore, the cooperating ratchet teeth **124** and **89** resist any upward, loosening forces, as will be described more fully below. As shown in FIG. **11**, a full range of articulation is possible utilizing the insert **14**, also due to the cooperation of the sloped, faceted surfaces **120**, **134**, of the insert **14** and also the inclined top surface **92** of the retaining and articulating structure **12**.

With reference to FIG. **10**, and also FIGS. **12-18**, the assembly **1** is typically screwed into a bone, such as the vertebra **15**, by rotation of the shank **4** using the driving tool **31** that operably drives and rotates the shank **4** by engagement thereof with the insert **14** and the transverse slot **106** of the retaining and articulating structure **12**. Specifically with reference to FIGS. **14-16**, the tool **31** shown in FIGS. **12** and **13** is inserted into the head **10** of the bone screw fitted with an insert that has been loosely placed in the head **10** as shown in FIG. **10**. The surface **166** of the driving tool **31** comes into contact with the bottom seating surface **116** of the insert **14** and the tool arms **164** extend through the insert notches **136**, pushing the insert down into the head **10** until the tool extensions **168** seat within the transverse slot **106** with the tool bottom surface **170** frictionally engaging the base **171** defining the transverse slot **106**. As illustrated in FIG. **16**, some frictional engagement between the tool surface **174** and the top surface **38** of the capture structure **8** may also be achievable during rotation of the driving tool **31**. It is foreseen that in other embodiments according to the invention, the transverse slot **106** may be replaced by other types of tool engaging recesses.

Preferably prior to implantation of the bone screw assembly **1** into the vertebra **15**, the set screw **206** is assembled with the fastener **204**. With particular reference to FIGS. **19-21**, the Allen-type tool **290** is inserted through the bore **254** of the fastener **204** and into the aperture **286** of the set screw **206** until seated on the bottom surface **289**, with faceted outer surfaces **292** of the tool **290** engaging the inner faceted walls **288** of the set screw **206**. The set screw **206** is then uploaded into the fastener **204** by rotation of the set screw **206** with respect to the fastener **204** to mate the set screw thread **280** with the fastener inner thread **256** until the set screw top surface **276** abuts the abutment shoulder **260**, resulting in the nested arrangement of the fastener **18** shown in FIG. **21**, with the set screw **206** completely enveloped in the fastener base **208**. The nested assembly **18** shown in FIG. **21** is now pre-assembled and ready for use with a bone screw head **10** and cooperating rod **21**. As illustrated in FIG. **21**, in such a pre-assembly arrangement, the V-ring **270** preferably projects beyond the point **282** and the V-ring **284** of the set screw **206**, such that the base **208** will seat fully within the bone screw arms **52** prior to engagement of the set screw **206** with the rod **21**.

Typically at least two and up to a plurality of bone screw assemblies **1** are implanted into vertebrae for use with the rod **21**. With reference to FIGS. **17** and **18**, each vertebra **15** may be pre-drilled to minimize stressing the bone and have the guide wire or pin **49** inserted therein that is shaped for the cannula **44** of the bone screw shank **6** and provides a guide for the placement and angle of the shank **4** with respect to the vertebra **15**. A further tap hole may be made using a tap with the guide wire **49** as a guide. Then, the assembly **1** and the driving tool **31** are threaded onto the guide wire by first threading the wire into the bottom opening **46** of the shank body **6**. The wire **49** is then threaded out of the top opening **48** and through the bore **142** of the insert **14** and then into the bore **176** of the driving tool **31**.

**16**

The shank body **6** is then driven into the vertebra **15**, by rotation of the driving tool **31**, using the wire **49** as a placement guide.

With reference to FIG. **22**, the rod **21** is eventually positioned within the head U-shaped channel **56**, and the nested fastener **18** is then inserted into and advanced between the arms **52**. With reference to FIG. **23**, before or after rod insertion, it may be desirable to move the insert **14** to a position disengaged from the shank domed top **42** to allow for rotation of the shank body **6** with respect to the head **10** to a desired angle of articulation. As illustrated in FIG. **23**, the manipulation tool **146** may be utilized for such purpose by inserting the prongs **147** of the tool **146** into the opposing bores **68** and pinching or squeezing the insert arms **112** toward one another to release the insert ratchet teeth **124** from the ratchet teeth **89** disposed on the head **10**, and then move the insert **14** up and away from the domed top **42**. The tool **146** may also be used to lower the insert **14** into position against the domed top **42**. The bores **68** are preferably configured with an oblong orientation such that the insert **14** may be accessed for upward and downward positioning. Thus, utilizing the insert **14**, a bone screw assembly **1** may be set and fixed at a desired angle of articulation prior to implantation of the rod **21**, or after the rod **21** is placed in the head **10**. Furthermore, if it is desired for the bone screw shank to remain rotatable with respect to the head **10** during part or all of a procedure until the rod **21** and bone screw assembly **1** are clamped into final position with the fastener **18**, the insert **14** may be manipulated as shown in FIG. **23** to provide for such freedom of articulation.

With reference to FIG. **24**, the insert **14** is pressed downwardly into engagement with the shank domed top surface **42** to set the angle of articulation of the shank body **6** with respect to the head **10** at the position shown. The rod **21** is seated on the insert **14** and the fastener **18** is initially placed between the arms **52** and rotated using the installation tool **221** engaged with the surfaces **220** of the break-off head **210** until the fastener guide and advancement structure **252** is fully mated with the head guide and advancement structure **62**, but with the set screw **206** in position within the fastener base **208** such that the point **282** and the ring **284** are not engaged with the rod **21**. With reference to FIG. **25**, the break-off head **210** is then twisted to a preselected torque, for example 90 to 120 inch pounds, also utilizing the tool **221** in engagement with the faceted outer surface **220** of the break-off head **210**, with or without bending of the rod **21** in order to achieve and maintain a desired alignment of the spine.

With reference to FIGS. **26** and **27**, thereafter, the set screws **206** are tightened, preferably in a selected order, by inserting the Allen-type tool **290** into the aperture **286** and rotating the tool **290** to thread the set screw **206** downwardly toward the rod **21**. As each set screw **206** is torqued tightly using the tool **290**, first the point **282** and then portions of the V-ring **284** preferably come into contact and abrade or dig into the rod surface **108**.

As previously discussed herein, because the rod **21** may be bent, not all projected portions of the fastener base **208** and the set screw **206** may come into contact with the rod **21**. The availability of multiple locations of engagement of the fastener base **208** and the set screw **206** with the rod **21** increases the probability that the rod **21** will be engaged securely by the nested fastener assembly **18**. It is noted that the fastener base **208** may only seat at the bottom of the bone screw head opening **57** so as to close the opening **57** and capture the rod **21** therein without the V-ring **270** or the base **268** contacting the rod surface **108**. The set screw **206** is then

US 10,722,273 B2

17

18

turned and tightened against the rod **21**, the point **284** engaging the rod surface **108** and thereby securing the rod **21** in place.

FIG. **27** illustrates the polyaxial bone screw assembly **1** and including the rod **21** and the nested fastener **18** positioned in a vertebra **15**. The axis A of the bone shank **4** is illustrated as not being coaxial with the axis B of the head **10** and the shank **4** is fixed in this angular locked configuration. Other angular configurations can be achieved, as required during installation surgery due to positioning of the rod **21** or the like. It is noted that in the illustrated embodiment, the shank domed top **42** is rounded to approximately equally extend upward into the channel **56** approximately the same amount no matter what degree of rotation exists between the shank **4** and head **10** and the surface **42** is sized to extend slightly upwardly into the U-shaped channel **56**. Thus, the surface **42** is engaged by the insert **14** that is in turn engaged by the rod **21** and pushed downwardly toward the base **50** of the head **10** when the nested fastener **18** biases downwardly toward and onto the rod **21**. However, it is foreseen that the thickness of the insert **14** may be increased to allow for a shank top that does not extend into the U-shaped channel **56**.

The downward pressure on the shank **4** pressed upon by the insert **14** in turn urges the retaining and articulating structure **12** downward toward the head seating surface **82**, with the retaining and articulating structure outer surface **104** in frictional engagement with the head seating surface **82**. As the nested fastener **18** presses against the rod **21**, the rod **21** presses against the shank and the retaining and articulating structure **12** that is now rigidly attached to the shank **4** which in turn becomes frictionally and rigidly attached to the head **10**, fixing the shank body **6** in a desired angular configuration with respect to the head **10** and the rod **21**.

With reference to FIG. **28**, if removal of the assembly **1** is necessary, or if it is desired to release the rod **21** at a particular location, disassembly is accomplished by using the Allen-type driving tool **290**, mated with the set screw **206** at the aperture **286** and turned in a direction to rotate the set screw **206** up and out of the base **208**. The set screw top **276** then backs into and abuts the abutment shoulder **260**, transferring rotational torque exerted from the tool **290** from the set screw **206** to the fastener base **208**. The base **208** then rotates with the guide and advancement structure **252** threading out of the guide and advancement structure **62** of the head **10**. Thus, both the set screw **206** and the fastener base **208** are removed from the bone screw head **10** at the same time. If desired, the manipulation tool **146** may be used as shown in FIG. **23** and previously described herein to disengage the insert **14** from the shank domed top **42**. Finally, disassembly of the assembly **1** is accomplished in reverse order to the procedure described previously herein for assembly.

With reference to FIGS. **29-42**, the reference number **301** generally represents a second or alternative embodiment of an assembly according to the present invention. The assembly **301** includes a bone screw shank **304**, having a capture structure **306** and a shank body **308** with a thread **310** for threadably implanting into a bone, such as a vertebra **313**, and a head or receiver **314** which connects with the shank **304** to engage and secure a structural member, such as a spinal fixation rod **316**, relative to the vertebra **313**. The assembly **301** also includes a retaining and articulating structure or ring **320** operably positioned within the head or receiver **314** and engaging the capture structure **306** on the upper portion of the shank **304**. The capture structure **306** is

retained within the head or receiver **314** by the retaining and articulating structure **320** as will be described more fully below. The assembly **301** further includes a pressure insert **324**, engageable with the upper portion of the capture structure **306** and the rod **316** as will be described more fully below. The shank **304**, head or receiver **314**, retaining and articulating structure **320** and the insert **324** are preferably assembled prior to implantation of the shank body **308** into the vertebra **313**.

With reference to FIG. **42**, the assembly **301** further includes a closure top **326** for fixing the rod **316** within the head or receiver **314**. The insert **324** allows for setting an angle of articulation between the shank body **308** and the head or receiver **314** prior to insertion of the rod **316**, if desired. Upon installation, which will be described in detail below, the closure top **326** presses against the rod **316** that in turn presses against the insert **324** that presses against the upper end of the capture structure **306** which biases the retaining and articulating structure **320** into fixed frictional contact with the head or receiver **314**, so as to fix the rod **316** relative to the vertebra **313**. The head or receiver **314** and shank **304** cooperate in such a manner that the head or receiver **314** and shank **304** can be secured at any of a plurality of angles, articulations or rotational alignments relative to one another and within a selected range of angles both from side to side and from front to rear, to enable flexible or articulated engagement of the head or receiver **314** with the shank **304** until both are locked or fixed relative to each other.

Referring to FIGS. **29**, **36-38** and **40**, the shank **304** is elongated and sized and shaped to be screwed into one of the vertebra **313**. The shank body **308** includes the external helically wound thread **310** that extends from an outer tip **330** to a neck **332** disposed adjacent the capture structure **306**.

On the illustrated shank **304**, the capture structure **306** includes a region **334** that is frusto-conical in shape, diverging in diameter in a direction away from the outer tip **330** and that is coaxially aligned with an axis of rotation of the shank body **308**. The region **334** terminates at an annular seating surface **335**. The illustrated capture structure **306** has a maximum radius that is less than a radius associated with the shank thread **310** and further, preferably less than the radius of the shank body **308** whereupon the thread **8** is located.

The capture structure **306** has a plurality of tool engageable grooves, apertures or the like **336** to enable positive engagement by an appropriately shaped installation tool **338** to thread and drive the shank body **308** into the vertebra **313** as will be discussed in greater detail below. The illustrated shank capture structure **306** includes four evenly spaced tool engageable grooves **336**, but it is foreseen that the driving structure may include fewer grooves, an alternative configuration of grooves or other driver receiving structure. An upper end surface **340** of the capture structure **306** opposite the tip **330** is provided with a formation or dome **342** to be positively and interferingly engaged by the insert **324**, which in turn is positively engaged by the rod **316** when the assembly **301** is assembled into place. The illustrated dome **342** is radiused, knurled and centered on the upper end surface **340** so as to be coaxial with the remainder of the shank **304**. The scoring or knurling of the dome **342** operably frictionally abuts against the insert **324** when the insert **324** is rotated into engagement with the head or receiver **314**, as described more fully below, to provide for a selected setting of a desired angle of articulation between the shank body **308** and the head **314** prior to insertion and locking

US 10,722,273 B2

19

down of the rod **315**. It is foreseen that in certain embodiments, the purpose of the dome **342** is simply to be engaged by the insert **324** that is in turn engaged by the rod **316**, pushing the shank **304** in such a manner as to frictionally engage the retaining and articulating structure **320** with the head **314** as described below. Preferably, the dome **342** is radiused so that the dome **342** engages the insert **324** at approximately the same location regardless of the angle of articulation of the shank body **308** with respect to the head **314**. However, it is foreseen that in certain embodiments shapes other than the dome **342** could be utilized.

Referring to FIGS. **29-31**, and **36-42**, the head or receiver **314** is generally cylindrical in external profile and has a central and axially aligned shank receiving bore **346** ending at an inner and lower neck **347**. The neck **347** is radiused to receive the shank capture structure **306** and preferably smaller than a radius of the shank body **308** and thread **310**. The bore **346** is also preferably sized larger than the capture structure **306** of the shank **304** to enable the shank **394** to be oriented through a range of angular dispositions relative to the head or receiver **314**. The bore **346** may be conically counterbored or beveled in a region **348** to widen the angular range of the shank **304**.

The head or receiver **314** is provided with a U-shaped rod cradle **350** sized to receive the rod **316** therethrough. The illustrated cradle **350** is rounded and radiused at an inner or lower portion or seat **352** to snugly mate with a cylindrical outer surface **354** of the rod **316** and open at an outer end or top **356**, with spaced apart side surfaces **358** so as to form upstanding and spaced apart arms **360**. The side surfaces **358** have guide and advancement structures **362** formed thereon that are complementary to guide and advancement structures **364** of the closure top **326** (FIG. **42**). The illustrated structures **362** and **364** are helically wound flanges or threads that advance the closure top **326** into the head **314**, as the closure top **326** is rotated about a central axis thereof. It is foreseen that the structures **362** and **364** may be interlocking helical flange forms similar to the structures **62** and **252** previously described herein with respect to the assembly **1**, V-shaped threads, buttress threads, square threads, reverse angle threads, or other types of threads or flange forms. Preferably, the structures **362** and **364** are of such a nature as to resist splaying of the arms **360** when the closure top **326** is advanced into the U-shaped cradle **350**.

Furthermore the head or receiver **314** includes an assembly cavity **366** formed therein that opens into the cradle **350**. A partially spherical socket or seat **368** defines the assembly cavity **366**. The seat **368** is disposed between the arm inner surfaces **358** and the neck **347** defining the shank bore **346** and as illustrated has a radius that is slightly less than a radius of the assembly cavity **366**. The seat **368** has a substantially spherical shape and extends upward coaxially through the head **314** from the neck **347** to the cavity **366**. The cavity **366** and the seat **368** will be detailed further below.

Each arm inner surface **358** further includes a recessed portion **370** disposed between the guide and advancement structure **362** and the seat **368**. The portion **370** is defined by an upper shoulder **372**, a lower shoulder **374** and a wall **376** disposed between the upper and lower shoulders **372**, **374**. The wall **376** is parallel to an axis of rotation of the head **314** that is operably coaxial with the shank **304**. As will be described in greater detail below, the insert **324** may be operably disposed in the recessed portion **370** and include a setting position wherein the insert **324** abuts against the upper shoulder **372** and presses against the shank capture structure dome **342**, allowing for the setting of a desired

20

angle of articulation of the bone screw shank body **308** with respect to the head **314** during surgery, prior to lock down of the rod **316** by the closure top **326**. The head or receiver **314** may further include external, closed end grip bores **378** for positive engagement by a holding tool (not shown) to facilitate secure gripping of the head **314** during assembly, installation and/or manipulation of the assembly **301**.

The retaining and articulating structure **320**, best illustrated in FIGS. **29-31** and **36** is used to retain the capture structure **306** within the head or receiver **314**. The retaining and articulating structure **320** is in the form of a discontinuous ring that resiliently expands and contracts to enable the structure **320** to be snapped over and seated on the capture structure **306**. The retaining and articulating structure **320**, similar to a remainder of the assembly **301**, is preferably formed of a material such as a spring stainless steel, tantalum, titanium or other resilient implantable material. The illustrated retaining and articulating structure **320** forms a gap or radial split **380** extending from a top surface **382** to a bottom surface **384** thereof, that allows the structure **320** to expand in circumference to fit over the capture structure **306**. The retaining and articulating structure **320** includes an inner surface **382** formed by a through-bore sized and shaped to be compatible with the conical shape of the capture structure **306**. The retaining and articulating structure **320** has an outer surface that is frusto-spherical, partially spherical, or a segment of a sphere, with a spherical radius approximately equivalent to the spherical radius of the spherical seat **358** within the head **314** and smaller than a radius of the cavity **366**. As will be described more fully below, the bottom surface **384** seats upon the annular seating surface **335** of the shank capture structure **306** when the retaining and articulating structure **320** is fully installed on the capture structure **306**.

The closure top **326** is generally cylindrical in shape and is provided with a break-off head **390** that is connected to the closure top **326** by a weakened area or neck **392** such that the break-off head **390** separates from the closure top **326** at a predetermined torque applied to the break-off head **390** during assembly. The illustrated break-off head **390** has a hexagonal cross section for engagement by a tool (not shown) of a complementary shape. The closure top **326** further includes a central point **394** for abrading and/or penetrating the rod **316** when fully installed on the head **314**. Furthermore, the closure top **326** includes a driving formation, such as a hex aperture (not shown) for removal of the closure top, if desired, after the break-off head **390** is broken off.

The insert **324** is best illustrated in FIGS. **32-35**. The insert **324** includes a substantially conical base portion **401** integral with a body portion **404**. The base portion **401** extends outwardly from an annular, flat bottom surface **402** to the body portion **404**. The body portion **404** is oblong, having a width W that is smaller than a length L thereof. The width W is bounded by two substantially flat surfaces **405**. The width W is slightly smaller than a distance between the inner surfaces of the arms **358** of the head **314**. The length L, taken along a center line **406** is slightly smaller than a diameter of the recessed portion **370** measured between the surfaces **376**. A U-shaped cradle or channel **407** running parallel to the width W extends through the body portion **404**, and is sized and shaped to receive the rod **316** thereon as will be described more fully below. Arms **408** disposed on either side of the cradle **406** each included a top surface **410** that is parallel to the bottom surface **402** and a sloped surface **412**, starting at the top surface **410** and sloping downwardly toward the base portion **401**. The arms **408** also include

US 10,722,273 B2

21

rounded, substantially cylindrical side surfaces **414**, each having a radius slightly smaller than a radius of the wall **376** that partially defines the recessed portion **370** of the head **314**. The sloped surfaces **412** are disposed opposite one another and the top surfaces **410** are disposed opposite one another. The sloped surfaces **412** also slope in opposite directions, each starting at the center line or axis **406** and running outwardly and downwardly away therefrom to provide for a cam action when the insert **324** is placed in the head **314** as shown in FIG. **37**, and then rotated, the sloped surfaces **412** engaging the upper shoulder **372** of the recessed portion **370** of the head **314** and thus transforming the circular motion of rotating the insert **324** in the recessed portion **370** of the head **314** into linear motion, pressing the insert **324** against the shank dome **342** as will be described more fully below.

Each arm **408** of the body portion **404** includes a substantially flat bottom surface **416** extending from the conical base portion **401** to the cylindrical surface **414**. The base portion **401** further includes a centrally located concave, substantially spherical bottom formation **418** contiguous to the annular bottom surface **402**. The spherical bottom formation **418** is sized and shaped to cooperate and engage with the dome **342** of the shank capture structure **306**, providing a snug, frictional fit. Apertures **420** extend through the U-shaped cradle **407** and are sized and shaped to cooperate and align with the apertures **336** of the capture structure **306**. Thus, in the illustrated embodiment, four evenly spaced apertures **420** extend through the insert **324** and axially align with the apertures **336** as illustrated in FIGS. **39** and **40**, both when the insert **324** is initially placed in the head **314** and when the insert **324** is rotated within the head **314** such that the top surfaces **410** are adjacent the upper shoulder **371**. Alignment of the apertures **420** and the apertures **336** allow for engagement between the capture structure **306**, the insert **324** and the driving tool **338** as will be described more fully below.

The driver **338** illustrated at FIG. **40** includes a handle (not shown), a drive shaft **426** and an engagement portion **428**. The engagement portion **426** includes an oblong support **430** sized and shaped to fit within the U-shaped cradle **407** of the insert **324**. Four prongs **432** extending from the oblong support **430** are sized and shaped to extend through the apertures **420** of the insert **324** and into the apertures **336** in the capture structure **306**, thus operably engaging both the **45** bone screw shank **304** and the insert **324** when rotating and driving the shank body **308** into the vertebra **313**.

FIGS. **30**, **31** and **36** illustrate the assembly of the bone screw head **314**, shank **304** and retaining and articulating structure **320**. In FIG. **30**, the retaining and articulating structure **320** is inserted into the head **314** through an interior of the U-shaped cradle **350**. The retaining and articulating structure **320** is first oriented with a central axis thereof at a right angle to a central axis of the bore **346**. Then, the retaining and articulating structure is oriented as illustrated in FIG. **31** with the central axis of the retaining and articulating structure **320** being parallel or coincident with the axis of the bore **346** and the neck **347**, by rotating the retaining and articulating structure **320** within the assembly cavity **366**. With reference to FIG. **36**, the capture structure **306** of the shank **304** is then inserted through the head bore **346** and then adjacent to the retaining and articulating structure inner surface **386** by expanding the retaining and articulating structure **320** at the radial split **380** so as to snap the retaining and articulating structure **320** over and around the capture structure **306** at the frusto-conical surface **334**. The relative resistance encountered by the retaining and

22

articulating structure **320** allows the capture structure **306** to expand the circumference of the retaining and articulating structure **320**, by expansion of the split **380**, so that the capture structure **306** enters the retaining and articulating structure **320**. As illustrated in FIG. **37**, when fully seated, the surface **334** frictionally engages the retaining and articulating structure inner surface **386** and the bottom surface **384** of the retaining and articulating structure **320** abuts against the annular seating surface **335** of the capture structure **306** thereby limiting penetration of the capture structure **306** into the retaining and articulating ring structure **320**.

FIG. **37** shows the assembly **301** with the retaining and articulating structure **320** lowered from the assembly position and positioned in the spherical seat **368** with the central axis of the shank **304** coaxial with the central axis of the head **314**. However, similar to the assembly **1**, the relevant discussion of which is incorporated by reference herein, the curved or spherical seat **368** and the curved or spherical outer surface **388** of the retaining and articulating structure **320**, allows universal angular positioning of the shank **304** relative to the head **314**. The retaining and articulating structure **320**, thus performs the functions of preventing the capture structure **306** of the shank **304** from slipping through the neck **347** and, in conjunction with the seat **368**, forms a ball joint for relative orientation of the shank **304** and the head **314**.

The insert **324** is then loaded into the head **314** as illustrated in FIGS. **37** and **39**, with the width dimension W being oriented as shown with respect to the arms **360** to allow top loading of the insert **324**. The insert **324** is lowered into the head **314** until the concave bottom formation **418** is seated on the dome **342**.

For driving the bone screw shank body **308** into bone, such as the vertebra **313**, the insert **324** is first rotated axially as illustrated in FIGS. **40** and **41**, with the sloping surfaces **412** of the insert **324** contacting the upper shoulder **372** defining the head recessed portion **370**, thereby pushing the capture structure **306** and attached retaining and articulating structure **320** downwardly against the seat **368**. As the insert is rotated approximately 90 degrees until the flat surfaces **410** fully engage the upper shoulder **372**, the insert **324** functions as a cam, providing a mechanical linkage that converts rotary motion to linear motion. Frictional engagement between the retaining and articulating structure **320** and the seat **368** sets the bone shank **304** in an angular position with respect to the head **314**, but does not lock such into position. Thus, the insert **324** may be used at any time during a procedure to set the shank body **308** at a desired angle with respect to the head **314**, but that position is not rigidly fixed until the rod **316** presses down upon the insert **324**. When the insert flat surfaces **410** engage the upper shoulder **372**, the apertures **420** of the insert **324** are aligned with the apertures **336** of the capture structure **306** and the insert cradle **407** is oriented in a position to receive the oblong support **430** of the driving tool engagement portion **428**.

With particular reference to FIG. **40**, the assembly **301** is typically screwed into a bone, such as the vertebra **313**, by rotation of the shank **304** using the driving tool **338** that operably drives and rotates the shank **304** by engagement thereof with the insert **324** and the apertures **336** of the capture structure **306**. The driving tool **338** is inserted into the head **314** of the bone screw with the prongs **432** first inserted into the apertures **420** and then the apertures **336** until the oblong support **430** is seated on the insert cradle **407**.

US 10,722,273 B2

23

Typically at least two and up to a plurality of bone screw assemblies **301** are implanted into vertebrae for use with the rod **316**. As described with respect to the assembly **1**, and incorporated by reference herein, each vertebra **313** may be pre-drilled to minimize stressing the bone. Although not shown, the assembly **301** may be cannulated in a manner as described with respect to the assembly **1** so that a guide wire or pin may be used as a guide for the placement and angle of the assembly **301**. The shank body **308** is then driven into the vertebra **313**, by rotation of the driving tool **338**.

With reference to FIG. **42**, the rod **316** is eventually positioned within the head U-shaped rod cradle **350**, and the closure top **326** is then inserted into and advanced between the arms **360**. Before rod insertion, it may be desirable to rotate the insert **324** to a position disengaged from the shank domed top **342** as shown in FIG. **37**, to allow for a loose angular connection of the shank body **308** with respect to the head **314** until a desired angle of articulation is decided upon. The driving tool **338** may be utilized to rotate the insert **324** by inserting the prongs **432** in the apertures **420**. Then, the insert **324** may be rotated to the position shown in FIG. **41**, setting, but not locking such desired angular orientation between the shank body **308** and the head **314**. In other words, when the insert **324** is in contact with the upper shoulder **372**, the insert **324** presses down on the shank **304**, providing sufficient frictional engagement between the retaining and articulating structure **320** and the head seat **368** that the shank **304** resists angular movement. However, it may not be desirable to rotate the insert **324** in order to change the angular orientation of the shank **304** with respect to the head **314**. The shank **304** may simply be moved, using some force, to a desired position, which will then be the set position.

With reference to FIG. **24**, the rod **316** is seated on the insert **324** and the closure top **326** is initially placed between the arms **360** and rotated using an installation tool (not shown) engaged with surfaces of the break-off head **390** until the guide and advancement structure **364** is fully mated with the head guide and advancement structure **262**, with the point **394** penetrating the rod **316**. The break-off head **390** is then twisted to a preselected torque, for example 90 to 120 inch pounds, until broken off.

If removal of the assembly **301** is necessary, or if it is desired to release the rod **316** at a particular location, disassembly is accomplished by using a tool (not shown) with a driving formation (not shown) located on the closure top **326** to rotate and remove the closure top **326** from the head **314**. Disassembly of the assembly **301** is accomplished in reverse order to the procedure described previously herein for assembly.

With reference to FIGS. **43**-**54**, the reference number **501** generally represents a third embodiment of an assembly according to the present invention. The assembly **401** includes a bone screw shank **504**, having a capture structure **506** and a shank body **508** with a thread **510** for threadably implanting into a bone, such as a vertebra **513**, and a head or receiver **514** which connects with the shank **504** to engage and secure a structural member, such as a spinal fixation rod **516**, relative to the vertebra **513**. The assembly **501** also includes a retaining and articulating structure or ring **520** operably positioned within the head or receiver **514** and engaging the capture structure **506** of the shank **504**. The capture structure **506** is retained within the head or receiver **514** by the retaining and articulating structure **520** as will be described more fully below. The assembly **501** further includes a pressure insert **524**, engageable with the capture structure **506** and the rod **516** as will be described more fully

24

below. The shank **504**, head or receiver **514**, retaining and articulating structure **520** and the insert **524** are preferably assembled prior to implantation of the shank body **508** into the vertebra **513**.

With reference to FIG. **54**, the assembly **501** further includes a closure top **526** for fixing the rod **516** within the head or receiver **514**. The insert **524** allows for setting an angle of articulation between the shank body **508** and the head or receiver **514** prior to insertion of the rod **516**, if desired. Upon installation, which will be described in detail below, the closure top **526** presses against the rod **516** that in turn presses against the insert **524** that presses against the capture structure **506** which biases the retaining and articulating structure **520** into fixed frictional contact with the head or receiver **514**, so as to fix the rod **516** relative to the vertebra **513**. The head or receiver **514** and shank **504** cooperate in such a manner that the head or receiver **514** and shank **504** can be secured at any of a plurality of angles, articulations or rotational alignments relative to one another and within a selected range of angles both from side to side and from front to rear, to enable flexible or articulated engagement of the head or receiver **514** with the shank **504** until both are locked or fixed relative to each other.

Referring to FIGS. **43**, **46**-**48** and **52**, the shank **504** is elongated and sized and shaped to be screwed into one of the vertebra **513**. The shank body **508** includes the external helically wound thread **510** that extends from an outer tip **530** to a neck **532** disposed adjacent the capture structure **506**.

On the illustrated shank **504**, the capture structure **506** includes a substantially cylindrical threaded region **534** that is coaxially aligned with an axis of rotation of the shank body **508**. The region **534** terminates at an annular seating surface **535**. The illustrated capture structure **506** has a maximum radius that is less than a radius associated with the shank thread **510**.

The capture structure **506** has a plurality of tool engageable grooves, apertures or the like **536** to enable positive engagement by an appropriately shaped installation tool **538** to thread and drive the shank body **508** into the vertebra **513** as will be discussed in greater detail below. The illustrated shank capture structure **506** includes four evenly spaced tool engageable grooves **536**, but it is foreseen that the driving structure may include fewer grooves, an alternative configuration of grooves or other driver receiving structure. An upper end surface **540** of the capture structure **506** opposite the tip **530** is provided with a formation or dome **542** to be positively and interferingly engaged by the insert **524**, which in turn is positively engaged by the rod **516** when the assembly **501** is assembled into place. The illustrated dome **542** is radiused, knurled and centered on the upper end surface **540** so as to be coaxial with the remainder of the shank **504**. The scoring or knurling of the dome **542** operably frictionally abuts against the insert **524** when the insert **524** is rotated into engagement with the head or receiver **514**, as described more fully below, to provide for a selected setting of a desired angle of articulation between the shank body **508** and the head or receiver **514** prior to insertion and locking down of the rod **515**. It is foreseen that in certain embodiments, the purpose of the dome **542** is simply to be engaged by the insert **524** that is in turn engaged by the rod **516**, pushing the shank **504** in such a manner as to frictionally engage the retaining and articulating structure **520** with the head or receiver **514** as described below. Preferably, the dome **542** is radiused so that the dome **542** engages the insert **524** at approximately the same location regardless of the angle of articulation of the shank body **508** with respect to

**25**

the head or receiver **514**. However, it is foreseen that in certain embodiments shapes other than the dome **542** could be utilized. In the embodiment shown in FIGS. **43-54**, the upper end **540** supporting the dome **542** has a hex-shaped profile with side surfaces **543** configured to mate with an assembly or driving tool (not shown).

Referring to FIGS. **43-48**, the head or receiver **514** is generally cylindrical in external profile and has a central and axially aligned shank receiving bore **546** ending at an inner and lower neck **547**. The neck **547** is radiused to receive the shank capture structure **506** and preferably smaller than a radius of the shank body **508** and thread **510**. The bore **546** is also preferably sized larger than the capture structure **506** of the shank **504** to enable the shank **594** to be oriented through a range of angular dispositions relative to the head or receiver **514**. The bore **546** may be conically counterbored or beveled in a region **548** to widen the angular range of the shank **504**.

The head or receiver **514** is provided with a U-shaped rod cradle **550** sized to receive the rod **516** therethrough. The illustrated cradle **550** is rounded and radiused at an inner or lower portion or seat **552** to snugly mate with a cylindrical outer surface **554** of the rod **516** and open at an outer end or top **556**, with spaced apart side surfaces **558** so as to form upstanding and spaced apart arms **560**. The side surfaces **558** have guide and advancement structures **562** formed thereon that are complementary to guide and advancement structures **564** of the closure top **526** (FIG. **54**). The illustrated structures **562** and **564** are helically wound flanges or threads that advance the closure top **526** into the head or receiver **514**, as the closure top **526** is rotated about a central axis thereof. It is foreseen that the structures **562** and **564** may be interlocking helical flange forms similar to the structures **62** and **252** previously described herein with respect to the assembly **1**, V-shaped threads, buttress threads, reverse angle threads, or other types of threads or flange forms. Preferably, the structures **562** and **564** are of such a nature as to resist splaying of the arms **560** when the closure top **526** is advanced into the U-shaped cradle **550**.

Furthermore the head or receiver **514** includes an assembly cavity **566** formed therein that opens into the cradle **550**. A partially spherical socket or seat **568** defines the assembly cavity **566**. The seat **568** is disposed between the arm inner surfaces **558** and the neck **547** defining the shank bore **546** and as illustrated has a radius that is slightly less than a radius of the assembly cavity **566**. The seat **568** has a substantially spherical shape and extends upward coaxially through the head or receiver **514** from the neck **547** to the cavity **566**. The cavity **566** and the seat **568** will be detailed further below.

Each arm inner surface **558** further includes a recessed portion **570** disposed between the guide and advancement structure **562** and the seat **568**. The portion **570** is defined by an upper shoulder **572**, a lower shoulder **574** and a wall **576** disposed between the upper and lower shoulders **572**, **574**. The wall **576** is parallel to an axis of rotation of the head or receiver **514** that is operably coaxial with the shank **504**. As will be described in greater detail below, the insert **524** may be operably disposed in the recessed portion **570** and include a setting position wherein the insert **524** abuts against the upper shoulder **572** and presses against the shank capture structure dome **542**, allowing for the setting of a desired angle of articulation of the bone screw shank body **508** with respect to the head **514** during surgery, prior to lock down of the rod **516** by the closure top **526**. The head or receiver **514** may further include external, closed end grip bores **578** for positive engagement by a holding tool (not shown) to

**26**

facilitate secure gripping of the head **514** during assembly, installation and/or manipulation of the assembly **501**.

The retaining and articulating structure **520**, best illustrated in FIGS. **43-48** and **54** is used to retain the capture structure **506** within the head or receiver **514**. The retaining and articulating structure **520** is in the form of a ring. The retaining and articulating structure **520** includes a top surface **582**, a bottom surface **584**, an inner surface **586** having a thread **587** and an outer surface **588**. The thread **587** is sized and shaped to mate with the threaded region **534** of the capture structure **506**. The retaining and articulating structure **520**, similar to a remainder of the assembly **501**, is preferably formed of a material such as a spring stainless steel, tantalum, titanium or other resilient implantable material.

The retaining and articulating structure outer surface **588** is frusto-spherical, partially spherical, or a segment of a sphere, with a spherical radius approximately equivalent to the spherical radius of the spherical seat **568** within the head or receiver **514** and smaller than a radius of the cavity **566**. As will be described more fully below, the bottom surface **584** seats upon the annular seating surface **535** of the shank capture structure **506** when the retaining and articulating structure **520** is fully installed on the capture structure **506**.

The closure top **526** is generally cylindrical in shape and is provided with a break-off head **590** that is connected to the closure top **526** by a weakened area or neck **592** such that the break-off head **590** separates from the closure top **526** at a predetermined torque applied to the break-off head **590** during assembly. The illustrated break-off head **590** has a hexagonal cross section for engagement by a tool (not shown) of a complementary shape. The closure top **526** further includes a central point **594** for abrading and/or penetrating the rod **516** when fully installed on the head **514**. Furthermore, the closure top **526** includes a driving formation, such as a hex aperture (not shown) for removal of the closure top, if desired, after the break-off head **590** is broken off.

The insert **524** is best illustrated in FIGS. **43**, **47** and **49-54**. The insert **524** includes a substantially conical base portion **601** integral with a body portion **604**. The base portion **601** extends outwardly from an annular, flat bottom surface **602** to the body portion **604**. The body portion **604** is oblong, having a width W' that is smaller than a length L' thereof. The width W' is bounded by two substantially flat surfaces **605**. The width W' is slightly smaller than a distance between the inner surfaces of the arms **558** of the head **514**. The length L', taken along a center line **606** is slightly smaller than a diameter of the recessed portion **570** measured between the surfaces **576**. A U-shaped cradle or channel **607** running parallel to the width W extends through the body portion **604**, and is sized and shaped to receive the rod **516** thereon as will be described more fully below. Arms **608** disposed on either side of the cradle **606** each included a top surface **610** that is parallel to the bottom surface **602** and a sloped surface **612**, starting at the top surface **610** and sloping downwardly toward the base portion **601**. The arms **608** also include rounded, substantially cylindrical side surfaces **614**, each having a radius slightly smaller than a radius of the wall **576** that partially defines the recessed portion **570** of the head **514**. The sloped surfaces **612** are disposed opposite one another and the top surfaces **610** are disposed opposite one another. The sloped surfaces **612** also slope in opposite directions, each starting at the center line or axis **606** and running outwardly and downwardly away therefrom to provide for a cam action when the insert **524** is placed in the head **514** as shown in FIG. **49**, and then rotated,

US 10,722,273 B2

27

the sloped surfaces **612** engaging the upper shoulder **572** of the recessed portion **570** of the head **514** and thus transforming the circular motion of rotating the insert **524** in the recessed portion **570** of the head **514** into linear motion, pressing the insert **524** against the shank dome **542** as will be described more fully below.

Each arm **608** of the body portion **604** includes a substantially flat bottom surface **616** extending from the conical base portion **601** to the cylindrical surface **614**. The base portion **601** further includes a centrally located concave, substantially spherical bottom formation **618** contiguous to the annular bottom surface **602**. The spherical bottom formation **618** is sized and shaped to cooperate and engage with the dome **642** of the shank capture structure **606**, providing a snug, frictional fit. Apertures **620** extend through the U-shaped cradle **607** and are sized and shaped to cooperate and align with the apertures **536** of the capture structure **506**.

Thus, in the illustrated embodiment, four evenly spaced apertures **620** extend through the insert **524** and axially align with the apertures **536** as illustrated in FIGS. **49** and **53**, both when the insert **524** is initially placed in the head **514** and when the insert **524** is rotated within the head **514** such that the top surfaces **610** are adjacent the upper shoulder **571**. The alignment of the apertures **620** and the apertures **536** as shown in FIG. **53** allow for engagement between the capture structure **506**, the insert **524** and the driving tool **538** as will be described more fully below.

A pair of points **622** are disposed in the U-shaped cradle **607** and project therefrom. The points **622** are disposed along the center line **606** and near the surfaces **610** and **612**, but could be placed in other areas. The points **622** are sized and shaped to abrade and penetrate the rod **516** as will be described more fully below. One to six or more points could be utilized.

The driver **538** illustrated at FIG. **52** includes a handle (not shown), a drive shaft **626** and an engagement portion **628**. The engagement portion **626** includes four prongs **632** extending therefrom sized and shaped to extend through the apertures **620** of the insert **524** and into the apertures **536** in the capture structure **506**, thus operably engaging both the bone screw shank **504** and the insert **524** when rotating and driving the shank body **508** into the vertebra **513**.

FIGS. **43-47** illustrate the assembly of the bone screw head **514**, shank **504** and retaining and articulating structure **520**. In FIG. **44**, the retaining and articulating structure **520** is inserted into the head **514** through an interior of the U-shaped cradle **550**. The retaining and articulating structure **520** is first oriented with a central axis thereof at a right angle to a central axis of the bore **546**. Then, the retaining and articulating structure is oriented as illustrated in FIG. **45** with the central axis of the retaining and articulating structure **520** being parallel or coincident with the axis of the bore **546** and the neck **547**, by rotating the retaining and articulating structure **520** within the assembly cavity **566**. With reference to FIG. **56**, the capture structure **506** of the shank **504** is then inserted through the head bore **546** and then rotated with respect to the retaining and articulating structure **520**, mating the threaded region **534** with thread **587** disposed on the inner surface **586** of the retaining and articulating structure **520**. As illustrated in FIG. **47**, when fully seated, the bottom surface **584** of the retaining and articulating structure **520** abuts against the annular seating surface **535** of the capture structure **506**.

FIGS. **47** and **48** show the assembly **501** with the retaining and articulating structure **520** lowered from the assembly **1** position and positioned in the spherical seat **568** with the central axis of the shank **504** coaxial with the central axis of

28

the head **514**. However, similar to the assembly **1**, the relevant discussion of which is incorporated by reference herein, the curved or spherical seat **568** and the curved or spherical outer surface **588** of the retaining and articulating structure **520**, allows universal angular positioning of the shank **504** relative to the head **514**. The retaining and articulating structure **520**, thus performs the functions of preventing the capture structure **506** of the shank **504** from slipping through the neck **547** and, in conjunction with the seat **568**, forms a ball joint for relative orientation of the shank **504** and the head **514**.

The insert **524** is then loaded into the head **514** as illustrated in FIGS. **47** and **49**, with the width dimension W' being oriented as shown with respect to the arms **560** to allow top loading of the insert **524**. The insert **524** is lowered into the head **514** until the concave bottom formation **618** is seated on the dome **542**.

For driving the bone screw shank body **508** into bone, such as the vertebra **513**, the insert **524** is first rotated axially as illustrated in FIGS. **52** and **53**, with the sloping surfaces **612** of the insert **524** contacting the upper shoulder **572** defining the head recessed portion **570**, thereby pushing the capture structure **506** and attached retaining and articulating structure **520** downwardly against the seat **568**. As the insert **524** is rotated approximately 90 degrees until the flat surfaces **610** fully engage the upper shoulder **572**, the insert **524** functions as a cam, providing a mechanical linkage that converts rotary motion to linear motion. Frictional engagement between the retaining and articulating structure **520** and the seat **568** sets the bone shank **504** in an angular position with respect to the head **514**, but does not lock such into position. Thus, the insert **524** may be used at any time during a procedure to set the shank body **508** at a desired angle with respect to the head **514**, but that position is not rigidly fixed until the rod **516** presses down upon the insert **524**. When the insert flat surfaces **610** engage the upper shoulder **572**, the apertures **620** of the insert **524** are aligned with the apertures **536** of the capture structure **506** and the insert cradle **607** is oriented in a position to receive the oblong support **630** of the driving tool engagement portion **628**.

With particular reference to FIG. **52**, the assembly **501** is screwed into a bone, such as the vertebra **513**, by rotation of the shank **504** using the driving tool **538** that operably drives and rotates the shank **504** by engagement thereof with the apertures **620** of the insert **524** and the apertures **536** of the capture structure **506**. The driving tool **538** is inserted into the head **514** of the bone screw with the prongs **632** first inserted into the apertures **620** and then the apertures **536**, and then driven and rotated into bone.

Alternatively, the assembly **501** may be driven into bone prior to placement of the insert **524** in the head **514**. A hex driving tool (not shown) sized and shaped to mate with the surfaces **543** of the capture structure **506** may be used to rotate and drive the shank body **508** into the vertebra **513**. Thereafter, the insert **524** may be placed in the bone screw head **514** as shown in FIG. **47**.

Typically at least two and up to a plurality of bone screw assemblies **501** are implanted into vertebrae for use with the rod **516**. As described with respect to the assembly **1**, and incorporated by reference herein, each vertebra **513** may be pre-drilled to minimize stressing the bone. Although not shown, the assembly **501** may be cannulated in a manner as described with respect to the assembly **1** so that a guide wire or pin may be used as a guide for the placement and angle of the assembly **501**. The shank body **508** is then driven into the vertebra **513**, by rotation of the driving tool **538**.

**29**

With reference to FIG. **54**, the rod **516** is eventually positioned within the head U-shaped rod cradle **550**, and the closure top **526** is then inserted into and advanced between the arms **560**. Before rod insertion, it may be desirable to rotate the insert **524** to a position disengaged from the shank domed top **542** as shown in FIG. **47**, to allow for a loose angular connection of the shank body **508** with respect to the head **514** until a desired angle of articulation is decided upon. The driving tool **538** may be utilized to rotate the insert **524** by inserting the prongs **632** in the apertures **620**. Then, the insert **524** may be rotated to the position shown in FIG. **53**, setting, but not locking such desired angular orientation between the shank body **508** and the head **514**. In other words, when the insert **532A** is in contact with the upper shoulder **572**, the insert **524** presses down on the shank **504**, providing sufficient frictional engagement between the retaining and articulating structure **520** and the head seat **568** that the shank **504** resists angular movement. However, it may not be desirable to rotate the insert **524** in order to change the angular orientation of the shank **504** with respect to the head **514**. The shank **504** may simply be moved, using some force, to a desired position, which will then be the set position.

With reference to FIG. **54**, the rod **516** is seated on the insert **524** and the closure top **526** is initially placed between the arms **560** and rotated using an installation tool (not shown) engaged with surfaces of the break-off head **590** until the guide and advancement structure **564** is fully mated with the head guide and advancement structure **562**, with the point **594** penetrating the rod **516** and also the points **622** penetrating the rod **516**. The break-off head **590** is then twisted to a preselected torque, for example 90 to 120 inch pounds, until broken off.

If removal of the assembly **501** is necessary, or if it is desired to release the rod **516** at a particular location, disassembly is accomplished by using a tool (not shown) with a driving formation (not shown) located on or in the closure top **526** to rotate and remove the closure top **526** from the head **514**. Disassembly of the assembly **501** is accomplished in reverse order to the procedure described previously herein for assembly.

It is to be understood that while certain forms of the present invention have been illustrated and described herein, it is not to be limited to the specific forms or arrangement of parts described and shown.

What is claimed is:

**1**. A bone anchor assembly for securing an elongate rod to a bone, the bone anchor assembly comprising:

a shank having a proximal capture portion and an anchor portion extending distally from the proximal capture portion for fixation to the bone;

a receiver having a longitudinal axis, an upper portion defining a U-shaped channel with inner sidewall surfaces configured to receive the elongate rod, and a lower portion defining a cavity communicating with the U-shaped channel and a receiver bottom opening, the inner sidewall surfaces including a guide and advancement structure and a discontinuous downward-facing shoulder pre-formed therein between the guide and advancement structure and the bottom opening; and

a pressure insert sized and shaped to be positioned downwardly within the receiver into a first position, the pressure insert having upward-facing contact surfaces and being rotatable into a second position that locates the upward-facing contact surfaces at least partially under the receiver discontinuous downward-facing

**30**

shoulder to prevent the pressure insert from moving back up within the receiver.

**2**. The bone anchor assembly of claim **1**, wherein the pressure insert further comprises a central body having radially-extending portions that are operable to rotate underneath opposing portions of the receiver discontinuous downward-facing shoulder when the pressure insert is rotated about the receiver longitudinal axis, the radially-extending portions having the upward-facing contact surfaces formed thereon.

**3**. The bone anchor assembly of claim **2**, wherein the upward-facing contact surfaces of the radially-extending portions include a pair of sloped portions operable to engage the opposing portions of the receiver discontinuous downward-facing shoulder as the pressure insert is rotated about the receiver longitudinal axis to provide a cam action that converts the rotatory motion of the pressure insert into linear downward movement of the pressure insert.

**4**. The bone anchor assembly of claim **3**, wherein the upward-facing contact surfaces of the radially-extending portions further include substantially horizontal portions adjacent the sloped portions and operable to frictionally engage the receiver discontinuous downward-facing shoulder when the pressure insert is fully rotated to the second position.

**5**. The bone anchor assembly of claim **4**, wherein the pressure insert continues to rotate toward the second position after the linear downward movement of the pressure insert is complete.

**6**. The bone anchor assembly of claim **2**, wherein the central body of the pressure insert further includes a rod-engaging U-shaped cradle formed therein that aligns with the U-shaped channel of the receiver when the pressure insert is fully rotated to the second position.

**7**. The bone anchor assembly of claim **1**, wherein the pressure insert engages the shank.

**8**. The bone anchor assembly of claim **1**, wherein the pressure insert is rotatable into the second position with a tool.

**9**. The bone anchor assembly of claim **8**, wherein an upper surface of the pressure insert includes at least one tool engagement structure complementary with an engagement portion of the tool.

**10**. The bone anchor assembly of claim **1**, wherein the proximal capture portion of the shank is uploaded through the receiver bottom opening.

**11**. The bone anchor assembly of claim **1**, further comprising a retainer sized and shaped for loading into the receiver cavity to engage and hold the shank proximal capture portion in spaced relation with respect to the receiver while an outer surface of the retainer engages an interior surface of the receiver cavity to allow a pivotal motion between the receiver and the shank.

**12**. A bone anchor assembly for securing an elongate rod to a bone, the bone anchor assembly comprising:

a shank having a proximal capture portion with an outer spherical surface and an anchor portion extending distally from the proximal capture portion for fixation to the bone;

a receiver having a longitudinal axis, an upper portion defining a U-shaped channel with inner sidewall surfaces configured to receive the elongate rod, and a lower portion defining a cavity communicating with the U-shaped channel and a receiver bottom opening, the shank positionable within the receiver with the shank anchor portion extending through the bottom opening, the inner sidewall surfaces including a guide and

US 10,722,273 B2

31

advancement structure formed therein, the receiver having an internal downward-facing surface located between the guide and advancement structure and the receiver bottom opening; and

a pressure insert sized and shaped to be disposed downwardly into a first position within the receiver adjacent the receiver downward-facing surface, after the shank has been positioned within the receiver, with the shank proximal capture portion outer spherical surface frictionally engageable with the pressure insert for directly receiving downward pressure from the pressure insert, the pressure insert having an upward-facing surface configured to engage the receiver downward-facing surface,

wherein the pressure insert is rotatable with a tool about the receiver longitudinal axis into a second position within the receiver, with the insert upward-facing surface entering into frictional engagement with the receiver downward-facing surface, so as to apply downward pressure to the shank proximal capture portion outer spherical surface by biased overlapping engagement therebetween so as to provide a frictionally articulatable relationship for the shank with respect to the receiver prior to the elongate rod being received within the receiver.

**13**. The bone anchor assembly of claim **12**, wherein at least one of the insert upward-facing surface and the receiver downward-facing surface includes a sloped portion operable to provide a cam action that converts the rotatory motion of the pressure insert into linear downward movement of the pressure insert.

**14**. The bone anchor assembly of claim **13**, wherein the pressure insert continues to rotate toward the second position after the linear downward movement of the pressure insert is complete.

**15**. The bone anchor assembly of claim **12**, wherein the receiver downward-facing surface further comprises a discontinuous upper shoulder of a rigid recess machined into the inner sidewall surfaces between the guide and advancement structure and the receiver bottom opening.

**16**. The bone anchor assembly of claim **15**, wherein the insert upward-facing surface further comprises at least one sloped portion operable to provide a cam action that converts the rotatory motion of the pressure insert into linear downward movement of the pressure insert upon engagement with the discontinuous upper shoulder of the recess.

**17**. The bone anchor assembly of claim **16**, wherein the at least one sloped portion of the upper surface further comprises a pair of sloped portions formed into the insert upward-facing surface and operable to engage opposing portions of the discontinuous upper shoulder as the pressure insert is rotated about the receiver longitudinal axis.

**18**. The bone anchor assembly of claim **17**, wherein the insert upward-facing surface further includes substantially horizontal portions adjacent the sloped portions and operable to frictionally engage the discontinuous upper shoulder of the recess when the pressure insert is fully rotated to the second angular orientation.

**19**. The bone anchor assembly of claim **12**, wherein the pressure insert further includes a U-shaped cradle formed therein for engaging the elongate rod that aligns with the U-shaped channel of the receiver when the pressure insert is fully rotated into the second position.

**20**. The bone anchor assembly of claim **12**, wherein the pressure insert is rotated about 90 degrees around the receiver longitudinal axis from the first position to the second position.

32

**21**. The bone anchor assembly of claim **12**, wherein the pressure insert has a non-round shape, as viewed from above, with a width that is smaller than a length thereof.

**22**. The bone anchor assembly of claim **21**, wherein the insert upward facing surface further comprises a U-shaped cradle extending across the width of the pressure insert.

**23**. The bone anchor assembly of claim **12**, wherein an upper surface of the pressure insert includes at least one tool engagement structure complementary with an engagement portion of the tool.

**24**. The bone anchor assembly of claim **23**, wherein the at least one tool engagement structure further comprises a plurality of such tool engagement structures formed into the upper surface of the pressure insert.

**25**. The bone anchor assembly of claim **12**, further comprising a retainer sized and shaped for loading into the receiver cavity to engage and hold the shank proximal capture portion within the receiver while an outer surface of the retainer engages an interior surface of the receiver cavity to allow for pivoting motion between the receiver and the shank to provide a pivotal orientation therebetween.

**26**. A bone anchor assembly for securing an elongate rod to a bone, the bone anchor assembly comprising:

a shank having a proximal portion with a partial spherical shape and an anchor portion extending distally from the proximal portion for fixation to the bone;

a receiver having a first longitudinal axis, an upper portion defining a U-shaped channel with inner sidewall surfaces configured to receive the elongate rod, and a lower portion defining a cavity communicating with the U-shaped channel and a receiver bottom opening with the shank anchor portion extending therethrough, the inner sidewall surfaces including a guide and advancement structure formed therein, the receiver having a non-threaded internal downward-facing surface radially spaced from the first longitudinal axis and located between the guide and advancement structure and the receiver bottom opening;

a closure configured to made with the receiver guide and advancement structure; and

a pressure insert having a second longitudinal axis and being sized and shaped to be disposed downwardly into a first position within the receiver adjacent the receiver downward-facing surface, the pressure insert having a non-threaded upward-facing surface radially spaced from the second longitudinal axis and configured to overlap with the receiver downward-facing surface,

wherein the pressure insert is rotatable with a removable tool about the first and second longitudinal axes into a second final rotational position within the receiver, with the insert upward-facing surface coming into an overlapping relationship with the receiver downward-facing surface, so as to prevent the insert from moving back up within the receiver, the insert being rotating into the second final position by direct engagement with the tool which is removed from within the receiver prior to the closure being positioned therein.

**27**. The bone anchor assembly of claim **26**, wherein the pressure insert includes at least one tool engaging structure formed therein.

**28**. The bone anchor assembly of claim **26**, wherein the receiver downward-facing surface further comprises a discontinuous upper ledge of a recess formed into the receiver between the guide and advancement structure and the receiver bottom opening.

**29**. The bone anchor assembly of claim **26**, wherein the pressure insert further includes a U-shaped cradle formed

US 10,722,273 B2

33

therein for engaging the elongate rod that aligns with the U-shaped channel of the receiver when the pressure insert is fully rotated into the second final position.

**30**. The bone anchor assembly of claim **26**, wherein the pressure insert is rotated about 90 degrees around the first and second longitudinal axes from the first position to the second final position.

**31**. The bone anchor assembly of claim **26**, wherein a portion of the pressure insert has a non-round shape with a width that is smaller than a length thereof.

**32**. The bone anchor assembly of claim **26**, wherein an upper surface of the pressure insert includes at least one off-axis tool engagement structure complementary with an engagement portion of the tool.

**33**. The bone anchor assembly of claim **32**, wherein the at least one off-axis tool engagement structure further comprises a plurality of such tool engagement structures formed into the upper surface of the pressure insert.

**34**. The bone anchor assembly of claim **26**, further comprising a retainer sized and shaped for loading into the receiver cavity to engage and hold the shank proximal capture portion within the receiver while an outer surface of the retainer engages an interior surface of the receiver cavity to allow for pivoting motion between the receiver and the shank to provide for a pivotal orientation therebetween.

**35**. A bone anchor assembly for securing an elongate rod to a bone via a closure, the bone anchor assembly comprising:

a shank having a proximal portion and an anchor portion extending distally from the proximal portion for fixation to the bone;

a receiver having a longitudinal axis, an upper portion defining a U-shaped channel with inner sidewall surfaces configured to receive the elongate rod, and a lower portion defining a cavity communicating with the U-shaped channel and a receiver bottom opening for receiving the proximal portion of the shank therethrough, the inner sidewall surfaces including a guide and advancement structure and opposed discontinuous

34

non-threaded downward-facing surfaces formed therein between the guide and advancement structure and the receiver cavity;

a retainer sized and shaped for loading into the receiver cavity to engage and hold the shank proximal portion in spaced relation with respect to the receiver while an outer surface of the retainer engages an interior surface of the receiver cavity to allow a pivotal motion between the receiver and the shank; and

a pressure insert sized and shaped to be positioned downwardly within the receiver into a first position, the pressure insert having non-threaded upward-facing surfaces and being rotatable with a tool into a second final position that locates the insert upward-facing surfaces under the receiver downward-facing surfaces to prevent the pressure insert from moving back up within the receiver prior to the elongate rod and the closure being placed within the receiver channel.

**36**. The bone anchor assembly of claim **35**, wherein the pressure insert further comprises a central body having radially-extending portions with the insert upward-facing surfaces that are operable to rotate underneath the receiver downward-facing surfaces when the pressure insert is rotated about the receiver longitudinal axis into the second final position.

**37**. The bone anchor assembly of claim **35**,

wherein the pressure insert is rotated about 90 degrees around the receiver longitudinal axis from the first position to the second final position with the tool, and wherein the tool directly engages the insert and is removed from within the receiver prior to the elongate rod and the closure being placed within the receiver channel.

**38**. The bone anchor assembly of claim **35**, wherein an upper surface of the pressure insert includes at least one tool engagement structure complementary with an engagement portion of the tool.

\*    \*    \*    \*    \*

# EXHIBIT 7

US009808292B2

(12) **United States Patent**

Jackson

(10) Patent No.: **US 9,808,292 B2**

(45) Date of Patent: *Nov. 7, 2017

(54) **CANNULATED POLYAXIAL SCREW**

(71) Applicant: **Roger P. Jackson**, Prairie Village, KS (US)

(72) Inventor: **Roger P. Jackson**, Prairie Village, KS (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/868,213**

(22) Filed: **Sep. 28, 2015**

(65) **Prior Publication Data**

US 2016/0183984 A1     Jun. 30, 2016

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 13/068,505, filed on May 12, 2011, now Pat. No. 9,144,444.
(Continued)

(51) **Int. Cl.**
*A61B 17/70* (2006.01)
*A61B 17/86* (2006.01)

(52) **U.S. Cl.**
CPC ...... *A61B 17/7037* (2013.01); *A61B 17/7032* (2013.01)

(58) **Field of Classification Search**
CPC ... A61B 17/86; A61B 17/683; A61B 17/7035; A61B 17/7028; A61B 17/7032;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 5,312,404 | A | 5/1994 | Asher et al. |
| 5,360,431 | A | 11/1994 | Puno et al. |
| | | (Continued) | |

FOREIGN PATENT DOCUMENTS

| DE | G9202745.8 | 4/1992 |
| DE | 19507141 | 9/1996 |
| | (Continued) | |

OTHER PUBLICATIONS

European Search Report, EP14189707.4, dated Feb. 25, 2015.
(Continued)

*Primary Examiner* — Pedro Philogene
(74) *Attorney, Agent, or Firm* — Polsinelli PC

(57)     **ABSTRACT**

A polyaxial bone screw having a bone implantable shank, a head and a retaining ring. The retaining ring includes an outer partial hemispherical surface and an inner bore with radially extending channels and partial capture recesses. The shank includes a bone implantable body with an external helical wound thread and an upwardly extending capture structure. The capture structure includes at least one spline which extends radially outward and has a wedged surface that faces radially outward therefrom. The capture structure operably passes through a central bore of the retaining ring while the spline passes through a suitably shaped channel so that the spline becomes positioned above the head at which time the shank is rotated appropriately and the shank is drawn back downwardly so that the spline engages and seats in the capture recess. The head includes an internal cavity having a spherical shaped surface that mates with the ring surface and has a lower restrictive neck that prevents passage of the ring once the ring is seated in the cavity.

**36 Claims, 7 Drawing Sheets**



## US 9,808,292 B2

Page 2

### Related U.S. Application Data

which is a continuation of application No. 12/290,
244, filed on Oct. 29, 2008, now Pat. No. 7,967,850,
and a continuation-in-part of application No. 11/522,
503, filed on Sep. 14, 2006, now Pat. No. 7,766,915,
and a continuation-in-part of application No. 11/140,
343, filed on May 27, 2005, now Pat. No. 7,776,067,
and a continuation-in-part of application No. 11/024,
543, filed on Dec. 20, 2004, now Pat. No. 7,204,838,
and a continuation-in-part of application No. 10/986,
377, filed on Nov. 10, 2004, now Pat. No. 7,833,250,
and a continuation-in-part of application No. 10/818,
555, filed on Apr. 5, 2004, now Pat. No. 8,052,724,
which is a continuation of application No. 10/464,
633, filed on Jun. 18, 2003, now Pat. No. 6,716,214.

(60) Provisional application No. 61/000,964, filed on Oct.
30, 2007.

(58) **Field of Classification Search**
CPC ............ A61B 17/7037; A61B 17/1604; A61B
17/1671; A61B 17/1757; A61B 17/7011;
A61B 17/708; A61B 17/7082; A61B
17/7083; A61B 17/7085; A61B 17/7091;
A61B 17/8605; A61B 17/8863; A61B
17/8897; A61B 17/701; A61B 17/861;
A61B 17/8866; A61B 17/8875; A61B
17/1655
USPC .................................. 606/246–279, 300–308
See application file for complete search history.

(56)          **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,429,639 | A | 7/1995 | Judet |
| 5,443,467 | A | 8/1995 | Biedermann et al. |
| 5,466,237 | A | 11/1995 | Byrd et al. |
| 5,476,464 | A | 12/1995 | Metz-Stavanhagen et al. |
| 5,562,661 | A | 10/1996 | Yoshimi et al. |
| 5,591,166 | A | 1/1997 | Bernhardt et al. |
| 5,601,553 | A | 2/1997 | Trebing et al. |
| 5,667,508 | A | 9/1997 | Errico et al. |
| 5,669,911 | A | 9/1997 | Errico et al. |
| 5,672,176 | A | 9/1997 | Biedermann et al. |
| 5,690,630 | A | 11/1997 | Errico et al. |
| 5,716,356 | A * | 2/1998 | Biedermann ...... A61B 17/7002 |
| | | | 606/271 |
| 5,725,528 | A | 3/1998 | Errico et al. |
| 5,733,286 | A | 3/1998 | Errico et al. |
| 5,782,833 | A | 7/1998 | Haider |
| 5,800,435 | A | 9/1998 | Errico et al. |
| 5,817,094 | A | 10/1998 | Errico et al. |
| 5,879,350 | A | 3/1999 | Sherman et al. |
| 5,891,145 | A | 4/1999 | Morrison et al. |
| 5,899,906 | A * | 5/1999 | Schenk ................. A61B 17/68 |
| | | | 606/301 |
| 5,954,725 | A | 9/1999 | Sherman et al. |
| 6,019,759 | A | 2/2000 | Rogozinski |

| | | | |
|---|---|---|---|
| 6,050,997 | A | 4/2000 | Mullane |
| 6,063,090 | A | 5/2000 | Schlapfer |
| 6,074,391 | A | 6/2000 | Metz-Stavanhagen et al. |
| 6,077,262 | A | 6/2000 | Schlapfer et al. |
| 6,090,111 | A | 7/2000 | Nichols |
| 6,132,432 | A | 10/2000 | Richelsoph |
| 6,146,383 | A | 11/2000 | Studer et al. |
| 6,187,005 | B1 | 2/2001 | Brace et al. |
| RE37,161 | E | 5/2001 | Michelson et al. |
| 6,224,596 | B1 | 5/2001 | Jackson |
| 6,254,602 | B1 | 7/2001 | Justis |
| 6,273,888 | B1 | 8/2001 | Justis |
| 6,280,442 | B1 | 8/2001 | Barker et al. |
| 6,287,308 | B1 | 9/2001 | Betz et al. |
| 6,287,311 | B1 | 9/2001 | Sherman et al. |
| 6,302,888 | B1 | 10/2001 | Mellinger et al. |
| 6,328,739 | B1 | 12/2001 | Liu et al. |
| 6,368,321 | B1 | 4/2002 | Jackson |
| 6,565,565 | B1 | 5/2003 | Yuan et al. |
| 6,716,214 | B1 * | 4/2004 | Jackson .............. A61B 17/7037 |
| | | | 606/266 |
| 6,730,089 | B2 | 5/2004 | Jackson |
| 6,835,196 | B2 | 12/2004 | Biedermann et al. |
| 7,250,052 | B2 * | 7/2007 | Landry .............. A61B 17/1604 |
| | | | 606/86 A |
| 7,513,905 | B2 | 4/2009 | Jackson |
| 7,625,396 | B2 | 12/2009 | Jackson |
| 7,776,067 | B2 | 8/2010 | Jackson |
| 7,967,850 | B2 | 6/2011 | Jackson |
| 8,192,440 | B2 * | 6/2012 | Jones .................. A61B 17/7091 |
| | | | 606/86 A |
| 9,066,762 | B2 * | 6/2015 | Jones .................. A61B 17/7091 |
| 2001/0001119 | A1 | 5/2001 | Lombardo |
| 2002/0026193 | A1 | 2/2002 | Barker et al. |
| 2002/0143341 | A1 | 10/2002 | Biedermann et al. |
| 2003/0023240 | A1 | 1/2003 | Amrein et al. |
| 2003/0187434 | A1 | 10/2003 | Lin |
| 2004/0153068 | A1 | 8/2004 | Janowski et al. |
| 2006/0173456 | A1 * | 8/2006 | Hawkes .............. A61B 17/7037 |
| | | | 606/278 |
| 2010/0030280 | A1 | 2/2010 | Jackson |
| 2010/0036433 | A1 | 2/2010 | Jackson |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 20207850 U1 | 10/2002 |
| EP | 1121902 | 1/2001 |

#### OTHER PUBLICATIONS

*EBI Omega 21 Brochure*, EBI Spine Systems, pub. 1999.
*Claris Instrumentation Brochure*, G Med, pub. 1997.
*VLS System Variable Locking Screw Brochure*, Interpore Cross
International, 1999.
*The Rod Plate System Brochure*, Stryker Howmedica Osteonics,
pub. Oct. 1999.
*SDRS Surgical Dynamics Rod System Brochure*, Surgical Dynam-
ics, pub. 1998-1999.
*Versalok Low Back Fixation System Brochure*, Wright Medical
Technology, Inc., pub. 1997.

\* cited by examiner



*Fig*.1.

*Fig*.6.

*Fig*.7.







*Fig.12.*

*Fig.8.*

*Fig.13.*





Fig.15.

Fig.16.

Fig.17.



*Fig.18.*

*Fig.19.*



Fig.20.

Fig.21.

US 9,808,292 B2

**1**

## CANNULATED POLYAXIAL SCREW

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of U.S. application Ser. No. 13/068,505, filed May 12, 2011, which application is a continuation of U.S. application Ser. No. 12/290,244, filed Oct. 29, 2008, now U.S. Pat. No. 7,967, 850, which claimed the benefit of U.S. Provisional Application No. 61/000,964 filed Oct. 30, 2007. U.S. application Ser. No. 12/290,244 was also a continuation-in-part of U.S. patent application Ser. No. 11/522,503 filed Sep. 14, 2006, now U.S. Pat. No. 7,766,915, which is a continuation-in-part of U.S. patent application Ser. No. 11/024,543 filed Dec. 20, 2004, now U.S. Pat. No. 7,204,838. U.S. application Ser. No. 12/290,244 was also a continuation-in-part of U.S. patent application Ser. No. 11/140,343 filed May 27, 2005, now U.S. Pat. No. 7,776,067. U.S. application Ser. No. 12/290,244 was also a continuation-in-part of U.S. patent application Ser. No. 10/986,377 filed Nov. 10, 2004, now U.S. Pat. No. 7,833,250. U.S. application Ser. No. 12/290, 244 was also a continuation-in-part of U.S. patent application Ser. No. 10/818,555 filed Apr. 5, 2004, now U.S. Pat. No. 8,052,724, which is a continuation of U.S. patent application Ser. No. 10/464,633 filed Jun. 18, 2003, now U.S. Pat. No. 6,716,214. Each of the foregoing applications is hereby fully incorporated by reference herein. Moreover, the following disclosure is identical to that of the original application, U.S. patent application Ser. No. 10/464,633 filed Jun. 18, 2003, now U.S. Pat. No. 6,716,214.

### BACKGROUND OF THE INVENTION

The present invention is directed to a polyaxial bone screw for use in spinal surgery and the like and especially to such a screw adapted to receive a rod member and secure the rod member to a vertebra or the like.

Many spinal surgery procedures require securing various implants to bone and especially to vertebrae along the spine. For example, elongate rods are often required that extend along the spine to provide support to vertebrae that have been damaged or weakened due to injury, disease or the like. Such rods must be supported by certain vertebra and support other vertebra. The most common mechanism for providing such structure is to implant bone screws into certain bones which then in turn support the rod or are supported by the rod. Bone screws of this type may have a fixed head relative to a shank thereof. In the fixed bone screws, the head cannot be moved relative to the shank and the rod must be favorably positioned in order for it to be placed within the head. This is sometimes very difficult or impossible to do so polyaxial bone screws are commonly used. The polyaxial bone screws allow rotation of the head about the shank until a desired rotational position is achieved for the head relative to the shank after which the rod can be inserted and the position of the head eventually locked with respect to movement relative to the shank.

The present invention is directed to such swivel head type bone screws and, in particular, to swivel head bone screws having an open head that allows placement of the rod member within the head and then subsequent closure by use of a closure top, plug or the like to capture the rod in the head of the screw.

Because such implants are for placement within the human body, it is always desirable for the implant to have as little effect on the body as possible. Consequently, it is quite desirable for the implants to have a relatively small profile both in height and width. It is also desirable that the implants be lightweight.

Furthermore, it is desirable that the swivel head implants be unlikely to unintentionally disassemble within the body. It is very undesirable for pieces of the implant to be free to move around within the body after surgery is completed and it also assures that the implant retains an ability to correct the structural problem for which it was implanted. Furthermore, if the implant should slip or become loose for some reason, it is still desirable for all of the parts to remain together and not separate.

Consequently, it is desirable for there to be a lightweight, low profile polyaxial bone screw which assembles in such a manner that each subsequent piece locks proceeding pieces within the overall structure, so that there is less likelihood that the various pieces of the structure will undesirably disassemble.

### SUMMARY OF THE INVENTION

The present invention is directed to a polyaxial bone screw that comprises a shank, a head and a retainer ring that operably cooperate with each other. The bone screw is designed to allow the shank to be locked or secured in a selected angular configuration with respect to the head, while the head receives a rod member and while the shank is implanted in a bone, such as a vertebra or vertebral body.

The shank has an implant body which includes an external helically wound thread that is in turn attached by a neck to a capture end with a capture or connector type structure. The capture structure is positioned outside the bone in use and has a radiused and cylindrically shaped radially outer surface that has at least one radially outwardly extending non helically wound projection or spline thereon. The capture structure also has an upper axially aligned and radiused domed that protrudes above the remainder of the shank and above the ring during use to manipulate the shank and to contact the rod. Further, in some embodiments the shank includes off axis apertures, grooves, side slots or the like for use by an installation tool with a mating configured head for driving and rotating the shank into the bone.

The head has a generally cylindrical shaped profile with an upwardly open U-shaped channel formed therein so as to effectively produce a lower base with two upstanding and spaced arms. The inner surfaces of the arms have a thread-form thereon or another suitable guide and advancement structure such as a helically wound flangeform for use in closing the upper part of the channel. Located in the interior of the base and coaxially aligned with the head is a chamber having an interiorly facing partial spherical shaped surface. The chamber further opens onto a bottom surface of the head through a head lower wall bore forming a constricted or restrictive neck sized and shaped to allow passage of the capture structure therethrough.

The retainer ring includes an external partial spherical or hemispherical surface that is sized and shaped to be seated in and slidably engage the partial spherical surface within the head, both having approximately the same radius of generation. The ring also has an internal, centrally located and axially extending ring bore sized and shaped to receive the capture structure of the shank therethrough. Further, the ring has a series of axially extending channels positioned about and opening into the central bore that are sized and shaped to allow sliding passage of the shank splines entirely through the ring so that the shank can be inserted through the ring while the ring is positioned within the chamber in the

3

head. The channels are not helically wound about the bore and preferably extend vertically or parallel to the axis of the ring. The ring further includes a set of recesses that are circumferentially spaced from the channels and that open onto the upper part of the ring and into the bore, but do not pass entirely through the ring and that can be entered by the splines by drawing the shank with the splines thereon axially downwardly with respect to the ring. In this manner, the splines can be passed upwardly or uploaded through the ring by sliding through the channels in conjunction with the remainder of the shank capture and after sliding completely through the bore, the shank is then rotated a certain number of degrees relative to the head, and then drawn back downwardly or downloaded so that the splines encounter and engage the recesses wherein the splines are captured by the ring. The splines preferably have a wedge-shaped surface thereon which pushes not only downwardly, but radially outward against the retainer or capture ring when force is applied to the top of the shank.

During assembly, the ring is placed through the U-shaped channel into the chamber having the partial spherical surface and then rotated so that the ring hemispherical surface mates with and slidably engages the head partial spherical surface. Subsequently, the shank capture structure is uploaded into and extended through the ring central bore, while the splines pass through the channels. The shank is then rotated relative to the ring and then the shank is moved in an axially reverse direction opposed to uploading while the splines are positioned over the recesses so as to be aligned with the recesses and not aligned with the channels and so that the splines then enter the recesses. The ring with connected shank effectively thereafter form a ball and socket joint with the head and allow free rotation to a selected angular configuration until later locked in the selected configuration. The shank, head and ring are then placed in a bone by screwing the shank body into the bone using the apertures on the top of the shank or alternative structure such as grooves or faceted surfaces on the outside of the portion of the shank extending above the ring.

Thereafter, a rod is placed in the U-shaped channel and captured therein by closing the channel by use of a closure top or plug having a threadform or other external guide and advancement structure that mates with and advances along mating guide and advancement structure of the arms of the head, when the closure top is rotated. Preferably, the closure top also includes a break-off head that provides purchase for a tool for rotation and torqueing of the closure top to a preselected torque and that such torque is transferred and applied as pressure against the rod received in the head. Once the preselected torque is achieved, the break-off head breaks away from the closure top. Under pressure from the closure top, the rod pushes against the dome of the shank that extends above the ring and thereby urges the splines downwardly. Because of the wedge shaped structure of the splines, the splines push both downwardly and outwardly upon the retainer or capture ring, when force is applied to the dome, so as to frictionally engage and positively seat the retaining ring in the cavity and prevent further rotation in conjunction with the shank dome frictionally engaging the rod under pressure. In particular, the hemispherical surface of the ring abuttingly and frictionally mates with the integral hemispherical interior facing surface of the head, while the dome frictionally mates with the rod under pressure from the rod so as to lock the shank and ring in a selected angular configuration relative to the head. The shank, in this manner, can be locked in a configuration selected from an infinite number of angular configurations with respect to the head.

4

Once fully assembled in this manner, unless a part breaks into pieces, the shank cannot disengage from the capture ring and the head without disassembly of the device by reversing the process or breaking the parts.

## OBJECTS AND ADVANTAGES OF THE INVENTION

Therefore, the objects in the present invention are: to provide a polyaxial bone screw having a bone implantable shank that can be locked in a fixed position relative to a head of the bone screw; to provide such a bone screw having a capture or retaining ring having a partial external hemispherical surface that seats within a partial internal hemispherical shaped chamber surface within and integrally formed with a head of the bone screw to form a ball and socket joint and wherein the shank is securable to the retaining ring; to provide such a bone screw wherein the shank has at least one spline that extends radially outward from a capture end thereof and wherein the retaining ring has a central bore that receives the capture end while a channel opening into the bore allows the spline to slide through the ring so as to pass above the ring, at which time the shank can be rotated a select number of degrees and further wherein the retaining ring has a capture recess that receives the spline on further downward or reverse movement along the axis of the shank relative to the retainer ring; to provide such a bone screw wherein the shank has an upwardly protruding radiused dome which has a radius that in one embodiment is substantially less than the radius of the external hemispherical surface on the retainer ring and that extends upwardly within the head chamber so as to reduce height of the screw head and further, is operably positioned so as to engage a rod member received in the head so as to receive downward pressure from the rod during assembly; to provide such a bone screw wherein a closure top is used to close a channel in the bone screw head after receiving the rod and to apply pressure to the rod member that in turn, exerts pressure on the dome of the shank so as to urge each spline into an abutting and tight relationship with the retaining ring and to urge the retaining ring both downwardly and radially outwardly, so that the external hemispherical surface on the retaining ring more completely contacts and frictionally engages the internal spherical surface within the chamber of the head thereby providing improved mechanical fixation to prevent further rotation of the shank relative to the head; to provide such a bone screw which has a comparatively low profile and which is comparatively light in weight; to provide such a bone screw that resists disassembly thereof except by removal of the closure top; to provide such a bone screw wherein the closure top can be removed by the surgeon should disassembly be desired at which time the entire structure can be easily and quickly disassembled and removed from the bone, if necessary; to provide such a bone screw wherein the shank is locked in position relative to the head during usage in a locked or fixed configuration; to provide such a bone screw wherein the shank cannot disassemble from the head and the retaining ring once the screw is fully assembled except if the closure top is removed and the device is disassembled by the surgeon; to provide such a bone screw which is easy to use and extremely effective for the intended usage thereof.

Other objects and advantages of this invention will become apparent from the following description taken in conjunction with the accompanying drawings wherein are set forth, by way of illustration and example, certain embodiments of this invention.

US 9,808,292 B2

5

6

The drawings constitute a part of this specification and include exemplary embodiments of the present invention and illustrate various objects and features thereof.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is an exploded perspective view of three elements of a polyaxial bone screw in accordance with the present invention, including a shank, a head, and a retaining ring.

FIG. **2** is an enlarged top plan view of the retaining ring.

FIG. **3** is an enlarged perspective view of the retaining ring.

FIG. **4** is an enlarged side elevational view of the retaining ring.

FIG. **5** is an enlarged bottom plan view of the retaining ring.

FIG. **6** is an enlarged cross-sectional view of the head, taken along line **6-6** of FIG. **1**, illustrating the retaining ring being inserted into the head.

FIG. **7** is an enlarged cross-sectional view of the head similar to FIG. **6**, showing the retaining ring seated in the head.

FIG. **8** is a cross-sectional view of a vertebra illustrating the shank implanted therein.

FIG. **9** is an enlarged and fragmentary perspective view of the shank, head and retainer ring during assembly and just prior to the retainer ring being placed over the shank.

FIG. **10** is an enlarged, fragmentary and perspective cross-sectional view of the head similar to FIG. **6**, illustrating splines on a capture end of the shank that have been inserted through channels in the retainer ring and are positioned upwardly in the head above the retainer ring.

FIG. **11** is a cross-sectional view of the head, similar to FIG. **10**, showing the upper capture end of the shank with the splines lowered into receiving recesses in the ring and positioned therein.

FIG. **12** is a cross sectional view of the head and a top plan view of the shank and ring corresponding to the positioning shown in FIG. **10**.

FIG. **13** is a cross sectional view of the head and a top plan view of the shank and ring corresponding to the positioning shown in FIG. **11**.

FIG. **14** is a side elevational view of the head, ring and shank, illustrating the shank swinging or rotating from one position shown in solid lines to a second position shown in phantom lines.

FIG. **15** is a fragmentary and partially exploded view of a complete polyaxial bone screw assembly, prior to final assembly and illustrating a rod received in the head and a closure top with a break-off head, prior to the closure top being rotatably inserted into the head.

FIG. **16** is a fragmentary and enlarged front elevational view of the bone screw assembly fully assembled and illustrating the head with the rod received therein and with the closure top fully inserted and biasing against the rod that in turn biases against the top of the shank.

FIG. **17** is an enlarged and fragmentary cross-sectional view of the bone screw assembly with rod inserted therein, taken along line **17-17** of FIG. **16**.

FIG. **18** is an enlarged cross-sectional view of the vertebra, head, rod and closure top, taken along line **18-18** of FIG. **17** showing the shank implanted in the vertebra and with the bone screw assembly in a completely assembled and operational configuration with the shank locked in an angled orientation with respect to the head.

FIG. **19** is a perspective view of a modified retainer ring of a first modified embodiment in accordance with the present invention.

FIG. **20** is a perspective view of a second modified embodiment of the present invention illustrating a cannulated shank having four splines and a hex tool engageable head for manipulating the shank.

FIG. **21** is a perspective view of a ring for use in accordance with the second modified embodiment of the invention and the shank of FIG. **20**.

DETAILED DESCRIPTION OF THE
INVENTION

As required, detailed embodiments of the present invention are disclosed herein; however, it is to be understood that the disclosed embodiments are merely exemplary of the invention, which may be embodied in various forms. Therefore, specific structural and functional details disclosed herein are not to be interpreted as limiting, but merely as a basis for the claims and as a representative basis for teaching one skilled in the art to variously employ the present invention in virtually any appropriately detailed structure.

The reference number **1** generally represents a polyaxial bone screw apparatus or assembly in accordance with the present invention operably utilized by implantation into a vertebra **2** and in conjunction with a longitudinal member or rod **3** so as to operably secure the rod **3** in a fixed position relative with respect to the vertebra **2**.

The fully assembled bone screw assembly **1** comprises a shank **6**, a head **7**, a retainer ring **8** and a closure top **9**. The shank **6** is perhaps best seen in FIGS. **1** and **8**. The shank **6** is elongate and has a lower body **15** ending in a tip **16**. The shank body **15** has a helically wound bone implantable thread **17** extending from near the tip **16** to near the top **18** of the body **15** and extending radially outward therefrom. During use, the body **15** utilizing the thread **17** is implanted into the vertebra **2**, as is seen in FIG. **18**. The shank **6** has an elongated axis of rotation generally identified by the reference letter A. It is noted that the reference to the words top and bottom as used herein refers to the alignment shown in the various drawings, as well as the normal connotations applied to such devices, and is not intended to restrict positioning of the assembly **1** in actual use.

Axially extending outward and upward from the shank body **15** is a neck **20** of reduced radius as compared to the adjacent top **18** of the body **15**. Further extending axially and outwardly from the neck **20** is a capture end or structure **21** operably providing a connective or capture structure free from the bone or vertebra **2** for joining with the head **7**. The capture structure **21** has a radially outer cylindrical surface **22**. The cylindrical surface **22** has at least one non-helically wound and radially outward extending projection or spline **24** that extends beyond the surface **22**. In the embodiment shown in FIGS. **1** through **18**, the capture structure **21** has three such splines **24**. The splines **24** are located near an upper end **25** of the shank **6** and are equally circumferentially centered and spaced thereabout so as to be centered at approximately 120 degree intervals relative to each other. Each of the splines **24** has a triangular shaped profile and a front wedge forming face **27** that slopes downwardly and radially inwardly from near the upper end **25** of the shank **6**. Also located on the shank upper end **25** is a centrally located, axially extending and upwardly directed projection or dome **29** that is centrally radiused so as to have a first radius.

The shank upper end **25** still further includes at least one tool engagement aperture for engagement by a tool driving

7                                                                                                8

head (not shown) that is sized and shaped to fit into the apertures for both driving and rotating the shank **6** into the vertebra **2**. In the illustrated embodiment, a pair of apertures **31** located in spaced relationship to each other, the dome **29** and the shank axis of rotation A are located on the shank upper end **25**. The apertures **31** extend into the shank capture structure **21** parallel to the axis A. It is foreseen that various numbers of apertures, slots or the like may be utilized in accordance with the invention for engaging the driving tool of suitable and similar mating shape, or that the outer surface of the upper axial projection can be grooved or formed with a faceted surface that can be driven by a mating tool that goes over the surface.

The head **7** has a generally cylindrical shaped profile, as is seen in FIG. **1**, although the head **7** is not a solid cylinder. The head **7** has a base **33** with a pair of upstanding arms **34** and **35** forming a U-shaped channel **38** between the arms **34** and **35** with a lower seat **39** having substantially the same radius as the rod **3** for operably snugly receiving the rod **3**. Each of the arms **34** and **35** has an interior surface **41** that includes a partial helically wound guide and advancement structure **42**. In the illustrated embodiment, the guide and advancement structure **42** is a partial helically wound flangeform which will mate under rotation with a similar structure on the closure top **9**, as described below. However, it is foreseen that the guide and advancement structure **42** could alternatively be a V-shaped thread, a buttress thread, a reverse angle thread or other thread like or non-thread like helically wound advancement structures for operably guiding under rotation and advancing the closure top between the arms **34** and **35**. Tool engaging apertures **44** are formed on the outsides of the arms **34** and **35** for holding the head **7** during assembly.

A chamber or cavity **47** is located within the head base **33** that opens upwardly into the U-shaped channel **38**. The cavity **47** includes a partial spherical shaped surface **48**, at least a portion of which forms a partial internal hemispherical seat **49** for the ring **8**, as is described further below. A bore **52** further communicates between the cavity **47** and the bottom exterior of the base **33** and is coaxial with a rotational axis B of the head **7**. The bore **52** at least partially defines a restrictive neck **54** that has a radius which is smaller than the radius of the ring **8**, as will be discussed further below, so as to form a restrictive constriction at the location of the neck **54** relative to the retainer ring **8** to prevent the ring **8** from passing between the cavity **47** and the lower exterior of the head **7**. A bevel **55** extends between the neck **54** and the bottom exterior of the base **33**. The hemispherical shaped surface **48** has a second radius associated therewith.

The retainer ring **8** which is best seen in FIGS. **2** through **5** has an operational central axis which is the same as the elongate axis A associated with the shank **6**, but when the ring **8** is separated from the shank **2**, the axis of rotation is identified as axis C, such as in FIG. **4**. The retainer ring **8** has a central bore **57** that passes entirely through the retainer ring **8** from a top surface **58** to a bottom surface **59** thereof. The bore **57** is sized and shaped to fit snugly but slidably over the shank capture structure cylindrical surface **22** in such a manner as to allow sliding axial movement therebetween under certain conditions, as described below. Three axially aligned channels **60** are spaced from the axis C and extend radially outward from the bore **57** and into the wall of the retainer ring **8** so as to form three top to bottom grooves or slots therein. Backs **61** of the channels **60** are the same radial distance from the axis C as the distance the outermost portion of the splines **24** extend from the axis A

of the shank **6**. The channels **60** are also circumferentially angularly spaced equivalent to and have a width that corresponds with the splines **24**. In this manner, the shank capture structure **21** can be uploaded into the ring **8** by axially sliding the capture structure **21** through the ring central bore **57** whenever the splines **24** are aligned with the channels **60** or are in an aligned configuration, as seen in FIG. **12**.

The retainer ring **8** also has three capture partial slots, receivers or recesses **62** which extend radially outward from the upper part the bore **57** and that do not extend the entire length from top to bottom of the retainer ring **8**, but rather only open on the top surface **59** and extend partly along the height of the ring **8** thereof. The recesses **62** are sized and positioned and shaped to receive the splines **24** from above when the splines **24** are in a non-aligned configuration relative to the channels **60**. That is, each of the recesses **62** has a width that approximates the width of the splines **24** and has a mating wedge engaging surface **64** that is shaped similar to the spline wedge forming faces **27**, so that the splines **24** can be slidably received into the recesses **62** from above by axially translating or moving the shank **6** downward relative to the ring **8** when the splines **24** are positioned above the recesses **62** in a recess aligned configuration.

In some embodiments, the wedge engaging faces **64** slope slightly greater than the wedge forming faces **27** on the splines **24** so that there is additional outward wedging that takes place when the splines **24** are urged downwardly into the recesses **62**, as further discussed below.

In this manner the shank capture structure **21** can be uploaded or pushed upwardly through the retainer ring central bore **57** so as to clear the top **58** of the retainer ring **8**, rotated approximately 60 degrees and then downloaded or brought downwardly so that the splines **24** become located and captured in the recesses **62**. Once the splines **24** are seated in the recesses **62** the shank **6** cannot move further axially downward relative to the ring **8**. Preferably, the retainer ring **8** is constructed of a metal or other material having sufficient resilience and elasticity as to allow the ring **8** to radially expand slightly outward by downward pressure of the splines **24** on the recesses **62** under pressure from structure above, as will be discussed further below. This produces a slight outward radial expansion in the ring **8** at the location of the recesses **62**.

The ring **8** has a radially outer partial hemispherical shaped surface **65** sized and shaped to mate with the partial spherical shaped surface **48** and having a third radius approximately equal to the second radius associated with the surface **48**. The ring third radius is substantially larger than the first radius associated with the dome **29** and also substantially larger than the radius of the neck **54**.

The longitudinal member or elongate rod **3** can be any of many different types of implants utilized in reconstructive spinal surgery and the like, but is normally a cylindrical elongate structure having a cylindrical surface **66** of uniform diameter. The rod **3** is preferably sized and shaped to snugly seat near the bottom of the U-shaped channel **38** and, during normal operation, will be positioned slightly above the bottom of the channel **38**. In particular, the rod **3** normally engages the shank dome **29**, as is seen in FIG. **16** and urges the dome **29** and, consequently, the shank **6** downwardly when the entire assembly **1** is fully assembled.

The closure top **9** can be any of the variety of different types of closure tops for use in conjunction with the present invention with suitable mating structure on the upstanding arms **34** and **35**. The illustrated closure top **9** has a generally cylindrical shaped base **67** with an upwardly extending break-off head **68**. The base **67** includes a helically wound

US 9,808,292 B2

9

guide and advancement structure 71 that is sized, shaped and positioned so as to engage the guide and advancement structure 42 on the arms 34 and 35 to allow the closure top 9 to be rotated into the head 7 and, in particular, to close the top of the U-shaped channel 38 to capture the rod 3, see FIG. 16, preferably without splaying of the arms 34 and 35. The closure top 9 also operably biases against the rod 3 by advancement and applying pressure to the rod 7 under torqueing, so that the rod 3 is urged downwardly against the shank dome 29. Downward biasing of the shank dome 29 operably produces a frictional engagement between the rod 3 and dome 29 and also urges the splines 24 downwardly to both bias downwardly and radially outwardly against the retainer ring 8, so as to snugly and frictionally seat the retainer ring external hemispherical surface 65 into and quite tightly against the partial internal spherical surface 48 of the head 7 and further so as to lock the shank 6 and retainer ring 8 in a fixed position relative to the head 7.

The closure top break-off head 68 is secured to the base 67 at a neck 73 that is sized and shaped so as to break away at a preselected torque that is designed to properly seat the retainer ring 8 in the head 7. The break-off head 68 includes an external faceted surface 75 that is sized and shaped to receive a conventional socket head of a driving tool (not shown) to rotate and torque the closure top 9. The break-off head 68 also includes a central bore 77 and grooves 78 for operably receiving the manipulating tools.

The closure top 9 also includes removal structure comprising a pair of off axis pass through apertures 81 that extend from top to bottom of the base 67. The apertures 81 are located parallel to an axis of rotation axis D of the closure top 9, but are radially spaced away therefrom. The apertures 81 become accessible from the top of the base 67 after the break-off head 68 breaks away from the base 67, as is seen in FIG. 18. The apertures 81 are designed to receive a tool having a face that mates with and is insertable into the apertures 81 for rotating the closure top base 67 subsequent to installation so as to provide for removal, if necessary.

While the embodiment illustrated in FIGS. 1 through 18 includes three splines 3, it is foreseen that a shank 6 with a single spline would be operable within the scope of the invention. However, in some embodiments additional splines 3 may provide a more even distribution of force upon the ring 8 and reduce the likelihood of failure because of hoop strain or the like. Paired and opposed splines in certain embodiments may provide a more even distribution of forces. While any number of splines are foreseen as possible for use under the present invention, the requirement that the splines must get smaller as their number gets larger, limits the maximum number at some point. However, the concept appears viable until that point is reached. It is also noted that additional channels and recesses allow the ring to be more elastic in certain embodiments.

When the polyaxial bone screw assembly 1 is placed in use in accordance with the invention the retainer ring 8 is normally first slid through the head U-shaped channel 38, as is shown in FIG. 6, and into and seated in the chamber 47, as is seen in FIG. 6. Thereafter, the retainer ring 8 is rotated 90 degrees so as to be coaxial with the head 7 and so that the retainer ring outer surface 65 snugly but slidably mates with the head interior spherical shaped surface 48, as is seen in FIG. 7.

With reference to FIGS. 9, 10, and 12 the ring 8 in the head 7 is slid over the shank capture structure 21 so that the splines 24 slide upwardly through and above respective channels 60 so that the splines 24 are then located, at least partially, in the U-shaped channel 38 and chamber 47 above

10

the retainer ring 8, as is shown in FIG. 10. The shank 6 is then rotated 60 degrees relative to the head about the axis A and the translational direction of the shank 6 is reversed so that it goes downwardly or axially with respect to the head 7, as is seen in FIGS. 11 and 13 and the splines 24 enter the recesses 62. At this point there is no substantial outward or downward pressure on the retainer ring 8 and so the retainer ring 8 is easily rotatable along with the shank 6 within the chamber 47 and such rotation is of a ball and socket type limited by engagement of the shank neck 20 with the ring restrictive neck 54. Rotation is shown in FIG. 14 where it is illustrated that the shank 6 can be rotated through a substantial angular rotation relative to head 7, both from side to side and from front to rear so as to substantially provide a universal or ball joint wherein the angle of rotation is only restricted by engagement of the neck 20 with the neck 54 on the head 7.

The assembly 1 is then normally screwed into a bone, such as vertebra 2, by rotation of the shank 6 using a suitable driving tool (not shown) that operably drives and rotates the shank 6 by engagement thereof at the apertures 31. The relative position of the shank 6 is shown in FIG. 8 with a phantom vertebra 2. Normally, the head 7 and ring 8 are assembled on the shank 6 before placing the shank 6 in the vertebra 2, but in certain circumstances, the shank 6 can be first implanted with the capture structure 21 extending proud to allow assembly and then the shank 6 can be further driven into the vertebra 2.

A rod 3 is eventually positioned within the head U-shaped channel 38, as is seen in FIG. 15, and the closure top 9 is then inserted into and advanced between the arms 34 and 35 so as to bias or push against the rod 3. The break-off head 68 of the closure top 9 is torqued to a preselected torque, for example 90 inch pounds, to urge the rod 3 downwardly. The shank dome 29, because it is radiused and sized to extend upwardly into the U-shaped channel 38, is engaged by the rod 3 and pushed downwardly when the closure top 9 pushes downwardly on the rod 3, as is seen in FIG. 16.

The downward pressure on the shank 6 in turn urges the splines 24 downwardly which exerts both a downward and outward thrust on the retainer ring 8, as is seen in the configuration shown in FIG. 17. The polyaxial bone screw assembly 1 including rod 3 and shown positioned in a vertebra 2 is illustrated in FIG. 18. The axis A of the bone screw shank 6 is illustrated as not being coaxial with the axis B of the head 7 and the shank 6 is locked in this angular locked configuration. Other angular configurations can be achieved, as required during installation surgery due to positioning of the rod 3 or the like.

If removal of the assembly 1 is necessary, the assembly 1 can be disassembled by using a driving tool mating with the closure top apertures 81 to rotate the base 67 and reverse the advancement thereof in the head 7 and then disassembly of the remainder of the assembly 1 in reverse mode in comparison to the procedure described above for assembly.

Illustrated in FIG. 19 is a second embodiment of a retainer ring 88 in accordance with the present invention. The retainer ring 88 is quite similar to the retainer ring 8 of the previous embodiment except that it is noncontinuous and has a radially extending space or gap 90 from top to bottom along one side thereof. The gap 90 allows for expansion without requiring stretching of the material of construction of the ring 88, as is the case with the previous embodiment. The ring 88 includes a central bore 92, spline channels 93 and spline receivers 94 which are all similar to the similar structures described for the previous embodiment. The

US 9,808,292 B2

11

retainer ring **88** also has a partial hemispherical shaped surface **95** on the outer side thereof.

Illustrated in FIGS. **20** and **21** are elements of a third embodiment of the present invention including a shank **106** and a capture ring **107** which are used otherwise in the same manner as has been described in the first embodiment and, in particular, with a head such as head **7** which is not further described herein. The shank **106** is similar to the shank **6** in that it has a body **110** with a helically round thread **111** thereon and a capture structure **114** joined to the body **110** by a neck **115**. The principle differences between the present embodiment and the first embodiment is that the capture structure **114** includes four splines **120** that are similar in shape to the splines **24** of the first embodiment, but the splines **120** are centered and located at **90** degrees from one another such that there is a pairing of opposed splines **120** and the dome of the prior embodiment is replaced with an axial extension **122**. Each of the splines **120** includes a wedge face **121**. The extension **122** has a faceted surface **123** that extends parallel to the axis of the shank **106** and that is sized and shaped to receive a hex head driving tool (not shown) for driving the shank **106** into bone. The extension **123** also has a radiused upper surface **124**. The shank **106** also has an axial extending cannulation or bore **125** that extends entirely through the length of the shank **106**.

The capture ring **107**, shown in FIG. **21**, is otherwise similar to the retainer ring **8** except that it includes a set of four channels **126** and four recesses **127** that are sized shaped and positioned so as with respect to the channels **126** to allow the splines **120** to slidingly pass upwardly through and with respect to the recesses **127** to capture and receive the splines **120**, as they move axially downwardly. The ring **107** has a partial hemispherical outer surface **129** that mates with the corresponding surface in the head **7** in the manner described for the first embodiment.

It is to be understood that while certain forms of the present invention have been illustrated and described herein, it is not to be limited to the specific forms or arrangement of parts described and shown.

What is claimed is:

**1**. A cannulated polyaxial bone anchor assembly implantable in a bone and for mechanically coupling a stabilization member to the bone, the cannulated polyaxial bone anchor assembly comprising:

an anchor member comprising a first proximal end portion, a first distal end portion, and a central opening extending entirely through the anchor member along a first central longitudinal axis of the anchor member and opening onto a top end of the first proximal end portion and a bottom end of the first distal end portion, the central opening being closed laterally along an entire length thereof and having a constant diameter along the first distal end portion through to the bottom end opening, the top end of the first proximal end portion comprising a radiused upper surface, the first distal end portion comprising an implant portion to be implanted into the bone; and

a head member comprising:

a second proximal end portion and a second distal end portion, the head member defining a second central longitudinal axis extending through the second proximal end portion and the second distal end portion;

a channel extending through the head member perpendicularly to, and intersecting, the second central longitudinal axis, the channel extending proximally through the second proximal end portion, the chan-

12

nel configured to receive the stabilization member and a closure so that the stabilization member can be mechanically coupled to the bone;

a distal opening at the second distal end portion centered about the second central longitudinal axis; and

a chamber in communication with the channel and the distal opening, the chamber pivotally receiving the first proximal end portion therein as the first distal end extends through the head member distal opening so that the first central longitudinal axis is orientable coaxially with the second central longitudinal axis and at any of a plurality of angles relative to the second central longitudinal axis,

wherein when the anchor member and head member are coupled together, the cannulated polyaxial bone anchor assembly is insertable over a guide wire as a fully assembled unit and implantable into the bone with only the stabilization member and the closure remaining to be inserted into the head member channel.

**2**. The cannulated polyaxial bone anchor assembly of claim **1**, wherein the central opening is unthreaded along at least the first distal end portion.

**3**. The cannulated polyaxial bone anchor assembly of claim **1**, the chamber comprising an at least partially spherical internal surface, the first proximal end portion being positionable within, and pivotally orientable relative to, the at least partially spherical internal surface.

**4**. The cannulated polyaxial bone anchor assembly of claim **1**, the head member further comprising:

a base located at the second distal end portion; and

a first arm and a second arm extending proximally from the base to the second proximal end portion, the first arm and the second arm defining the channel.

**5**. The cannulated polyaxial bone anchor assembly of claim **1**, wherein the anchor member comprises a bone screw.

**6**. The cannulated polyaxial bone anchor assembly of claim **1**, wherein:

the first distal end implant portion of the anchor member further comprises a helically wound threaded portion of a shank member;

the first proximal end portion of the anchor member comprises a capture structure of the shank member; and

the cannulated polyaxial bone anchor assembly further includes a retainer positionable within the chamber prior to the capture structure and having an axially-aligned through-and-through opening operative to engage the capture structure within the chamber so as to hold the shank member in the head member.

**7**. The cannulated polyaxial bone anchor assembly of claim **6**, wherein the capture structure comprises:

a cylindrically-shaped outer surface aligned along the first central longitudinal axis; and

at least one spline extending from the outer surface perpendicular to the first central longitudinal axis, and wherein the axially-aligned opening comprises a recess corresponding to each of the at least one spline, the recess structured to mate with the corresponding spline when the implant portion of the shank member extends through the retainer.

**8**. The cannulated polyaxial bone anchor assembly of claim **7**, the at least one spline comprising a wedge that slopes inward towards the first central longitudinal axis and the first distal end portion.

**9**. The cannulated polyaxial bone anchor assembly of claim **7**, wherein the axially-aligned opening further com-

US 9,808,292 B2

13

prises at least one axially-aligned channel corresponding to each of the at least one spline, the axially-aligned channel structured to allow the corresponding spline to pass through the retainer.

**10**. The cannulated polyaxial bone anchor assembly of claim **1**, wherein the closure threadably cooperates with the channel to retain the stabilization member within the channel.

**11**. The cannulated polyaxial bone anchor assembly of claim **10**, wherein the closure further comprises a closure top configured to threadably engage the channel at the second proximal end portion and to urge the stabilization member against the radiused proximal surface of the first proximal end portion to maintain a current angle of the second central longitudinal axis relative to the first central longitudinal axis.

**12**. The cannulated polyaxial bone anchor assembly of claim **11**, wherein:

the channel comprises a splay preventing helically wound internal thread near the second proximal end portion and arranged about the second central longitudinal axis; and

the closure top comprises an external thread operable to mate with the internal thread to urge the stabilization member against the radiused proximal surface of the first proximal end portion.

**13**. The cannulated polyaxial bone anchor assembly of claim **12**, the closure top further comprising a break-off portion that, when driven to rotate the closure top along the internal thread and the external thread to urge the stabilization member against the radiused proximal surface of the first proximal end portion, separates from the closure top at a preselected level of torque.

**14**. The cannulated polyaxial bone anchor assembly of claim **1**, the stabilization member comprising a rod.

**15**. The cannulated polyaxial bone anchor assembly of claim **1**, the central opening exiting the top end of the first proximal end portion through the radiused upper surface.

**16**. The cannulated polyaxial bone anchor assembly of claim **1**, an external surface of the head member comprising an attachment feature shaped to engage at least one tool to hold the head member.

**17**. The cannulated polyaxial bone anchor assembly of claim **1**, the first proximal end portion comprising at least one tool recess to receive a driving tool to drive the implant portion of the anchor member into the bone.

**18**. The cannulated polyaxial bone anchor assembly of claim **1**, the anchor member further comprising a neck portion coupling the first proximal end portion to the implant portion, the neck portion having a width that is less than a width of a proximal end of the adjacent implant portion.

**19**. The cannulated polyaxial bone anchor assembly of claim **1**, the implant portion comprising an external helically wound thread.

**20**. The cannulated polyaxial bone anchor assembly of claim **1**, wherein at least a portion of the first proximal end portion is inserted through the distal opening and into the chamber.

**21**. The cannulated polyaxial bone anchor assembly of claim **1**, the anchor member being implanted in the bone via the guide wire extending through the anchor member central opening and a central opening of a driving tool.

**22**. The cannulated polyaxial bone anchor assembly of claim **1**, the first proximal end portion comprising a tool mating structure so as to be able to drive the implant portion of the bone screw into the bone.

14

**23**. The cannulated polyaxial bone anchor assembly of claim **22**, wherein the tool mating structure includes a faceted surface.

**24**. The cannulated polyaxial bone anchor assembly of claim **23**, wherein the faceted surface extends parallel to the first central longitudinal axis of the bone screw.

**25**. A cannulated polyaxial bone anchor assembly implantable in a bone and for mechanically coupling a stabilization member to the bone, the cannulated polyaxial bone anchor assembly comprising:

a bone screw comprising:

a first proximal end, a first distal end, and a central opening extending along a first central longitudinal axis of the bone screw between the first proximal end and the first distal end, the central opening extending to a top and a bottom of the bone screw and being closed laterally by parallel internal surfaces along at least a distal length of the bone screw and as exiting the first distal end at the bottom of the bone screw and the first proximal end at the top of the bone screw, the first proximal end comprising a radiused upper surface; and

an implant portion extending from the first proximal end towards the first distal end, the implant portion comprising an external helically wound thread for implantation into the bone;

a head member comprising:

a second proximal end and a second distal end, the head member defining a second central longitudinal axis from the second proximal end to the second distal end; and

a channel extending through the head portion perpendicularly to, and intersecting, the second central longitudinal axis and configured to receive the stabilization member to be mechanically coupled to the bone;

a distal opening at the second distal end centered about the second central longitudinal axis; and

a chamber in communication with the channel and the distal opening, the chamber pivotally receiving the first proximal end therein as the implant portion extends from the distal opening so that the first central longitudinal axis is orientable coaxially with the second central longitudinal axis and at any of a plurality of angles relative to the second central longitudinal axis; and

a closure component to cooperate with the channel to retain the stabilization member within the channel, and to maintain a current angle of the second central longitudinal axis relative to the first central longitudinal axis when urging the stabilization member toward the radiused proximal surface,

wherein when the bone screw and head member are coupled together, the bone screw and head member are insertable together over a guide wire and implantable into the bone with only the stabilization member and the closure component remaining to be inserted into the head member channel.

**26**. The cannulated polyaxial bone anchor assembly of claim **25**, the closure component to urge the stabilization member against the radiused proximal surface.

**27**. A cannulated polyaxial bone screw assembly implantable in a bone and for mechanically coupling a rod member to the bone, the cannulated polyaxial bone screw assembly comprising:

an anchor member comprising a first proximal end portion, a first distal end portion and a central opening

US 9,808,292 B2

15

extending entirely through the anchor member along a first central longitudinal axis from the first proximal end portion to the first distal end portion, the central opening being closed laterally and having a constant width along an entire length of the first distal end portion, the first proximal end portion comprising a radiused upper surface with the central opening exiting onto a top end thereof, the first distal end portion comprising an implant portion to be implanted into the bone;

a head member comprising:

a second proximal end portion and a second distal end portion, the head member defining a second central longitudinal axis from the second proximal end portion to the second distal end portion;

a channel extending through the head member perpendicular to, and intersecting, the second central longitudinal axis and configured to receive the rod member to be mechanically coupled to the bone;

a distal opening at the second distal end portion centered about the second central longitudinal axis; and

a chamber in communication with the channel and the distal opening and having an internal surface, the chamber pivotally receiving the first proximal end portion of the anchor member therein as the implant portion extends through the distal opening so that the first central longitudinal axis is orientable coaxially with the second central longitudinal axis and at any of a plurality of angles relative to the second central longitudinal axis; and

a closure member comprising a body with a head member mating structure thereon, the body at least partially positionable within the head member second proximal end portion so as to lock the anchor member at a fixed angle with respect to the head member,

wherein when the anchor member and head member are coupled together, the anchor member and head member are insertable over a guide wire as a unit and implant-

16

able into the bone with only the rod member and the closure member remaining to be inserted into the head member channel.

**28**. The cannulated polyaxial bone screw assembly of claim **27**, wherein the head member mating structure is a helically wound guide and advancement structure.

**29**. The cannulated polyaxial bone screw assembly of claim **27**, wherein the internal surface of the chamber includes at least a partial spherical surface portion.

**30**. The cannulated polyaxial bone screw assembly of claim **27**, wherein when mechanically coupling the rod to the bone, the rod engages the channel of the head member before the body of the closure member is positioned within the second proximal end portion of the head member.

**31**. The cannulated polyaxial bone screw assembly of claim **27**, wherein the head member includes a tool attachment structure recessed within an external surface thereof so as to not extend outwardly beyond the external surface.

**32**. The cannulated polyaxial bone screw assembly of claim **27**, wherein the closure member body includes a break-off portion.

**33**. The cannulated polyaxial bone screw assembly of claim **27**, wherein the closure member body includes a bottom surface in direct locking engagement with the rod.

**34**. The cannulated polyaxial bone screw assembly of claim **27**, the first proximal end portion comprising a tool mating structure so as to be able to drive the implant portion of the anchor member into the bone.

**35**. The cannulated polyaxial bone screw assembly of claim **34**, wherein the tool mating structure includes a faceted surface.

**36**. The cannulated polyaxial bone screw assembly of claim **35**, wherein the faceted surface extends parallel to the first central longitudinal axis of the anchor member.

*   *   *   *   *

# EXHIBIT 8

**Intentionally Omitted**

# EXHIBIT 9





# VERTEBRAL BODY DEROTATION
# Technique Guide



ARMADA® VBD FROM NUVASIVE®

## CONTENTS

Armada® VBD System Overview                                        1

   Equipment Requirements                                        2

   Recommended Implants                                          2

Armada VBD Technique Guide                                         3

   Screw Insertion                                               3

   Rod Contouring                                                4

   Rod Insertion                                                 4

   Rod Rotation                                                  5

   Construct Assembly                                            6

   Derotation                                                    8

   Construct Disassembly                                         12

   Final Construct                                               14

   Biologics                                                     14

   Bendini®                                                      14

Armada VBD Case Study                                              15

Armada VBD System                                                  16

Catalog                                                           17



The Armada spinal system is designed for surgeons treating multiple pathologies, ranging from low-back, degenerative conditions to complex spinal deformities. Armada provides sophisticated instruments and implants that integrate seamlessly to work in concert with the most advanced surgical techniques. The Armada Vertebral Body Derotation (VBD) system is designed to be extremely rigid, yet easily assembled and disassembled to adapt to surgeons' various techniques in the correction of rotational deformities. Armada VBD provides efficient and effective solutions for optimal surgical outcomes in the most complex rotational deformities.

# SIMPLE ASSEMBLY
.....................................................................

# SURGICALLY EFFECTIVE
.....................................................................

# QUICK DISASSEMBLY



ARMADA® VBD FROM NUVASIVE®

## ARMADA® VBD SYSTEM OVERVIEW

### EQUIPMENT REQUIREMENTS

- Armada 5.5mm Degenerative Instruments, Tray One
- Armada 5.5mm Degenerative Instruments, Tray Two
- Armada 5.5mm Deformity Instruments, Tray One
- Armada 5.5mm Deformity Instruments, Tray Two
- Armada 5.5mm Titanium Degenerative Implants Tray
- Armada Vertebral Body Derotation Tray
- Armada Rod Cutter Tray
- C-Arm Fluoroscope
- Radiolucent Surgical Table
- NVM5®

**OPTIONAL:**

- Armada 5.5mm Titanium Cross Connector Tray
- Armada 5.5mm Titanium Reduction Screw Implants Tray
- Armada 5.5mm Titanium Uniplanar Implants Tray
- Armada 5.5mm Titanium Reduction Uniplanar Implants Tray
- Armada 5.5mm Titanium Fixed Screws & Hooks
- Armada 5.5mm Titanium Iliac Implants Tray
- Armada 5.5mm Titanium Deformity Implants Tray
- Armada 5.5mm Titanium Extended Polyaxial Implants Tray
- Armada 5.5mm Titanium Long Rod Implants Tray

For a complete list of intended uses, indications, device description, contraindications, warnings, and precautions, please refer to the Armada Instructions for Use (#9400798), as well as the Armada surgical technique guide (#9500480).

### RECOMMENDED IMPLANTS

Suggested Armada implants include Fixed Screws, Uniplanar Screws, and/or Provisional Locking Screws (PLS).

  

**FIXED SCREW**
*Low-profile rigid fixation for extreme corrective maneuvers*

**UNIPLANAR SCREW**
*40° of angulation restricted to the sagittal plane enables axial rotational correction while preserving sagittal plane alignment*

**PROVISIONAL LOCKING SCREW**
*40° of polyaxial angulation locks into a fixed orientation, providing the flexibility of a polyaxial screw with the corrective capability of a fixed screw*

**STIMULATED EMG**

 

- NVM5 Dynamic EMG monitoring is delivered seamlessly and meaningfully to provide information related to trajectory and nerve health
- Dynamic Stimulated EMG provides real-time feedback directly to the surgeon that may help minimize the potential for pedicle breaches

**FREE RUN MEP/SSEP**

 

- Free Run EMG displays alarm if mechanical insults to nerves may be causing irritation
- MEPs and SSEPs provide 360° cord monitoring during spinal cord manipulation, which may help avoid a postoperative deficit



## STEP 1:
### SCREW INSERTION

Introduce the screw into the pilot hole and advance until the desired depth is reached *(Fig. 1)*. The Screwdriver sleeve is designed to rotate freely, allowing the instrument to be firmly grasped throughout insertion without early release from the screw. To release the Screwdriver, turn the knurled section counterclockwise until the outer sleeve is fully unthreaded from the tulip, and remove from the screw. For polyaxial screws, ensure the head of the screw is free from impedance and retains its full polyaxial motion. If additional adjustment to screw depth is required, the Screw Adjuster may be used.

> *Tips and Tricks*
>
> *Fixed, Uniplanar, or Provisional Locking Screws are suggested for vertebral body derotation maneuvers.*

> *Note*
>
> *Use NVM5® to monitor pedicle integrity during **screw placement**. Attach the Dynamic Stimulation Clip to the shaft of the instrument, and stimulate in Dynamic Screw Test mode.*



*(Fig. 1)*

ARMADA® VBD FROM NUVASIVE®

## STEP 2:
### ROD CONTOURING

Once all screws are in position, use a rod template to measure the length. Contour the rod to the desired curve using the French Bender *(Fig. 2)*. To achieve large radius bends, the Rod Benders may be utilized *(Fig. 3)*.

> **Note**
> *The 300mm and 500mm rods have longitudinal lines to aid in aligning the curve along the same plane down the length of the rod.*



*(Fig. 2)*          *(Fig. 3)*

## STEP 3:
### ROD INSERTION

Once the rod has been cut to length and contoured, place the working rod (rotated 90°) into the concavity of the curve. Secure the rod in position by threading lock screws into the tulips with the Lock Screw Starter. The Rod Holder may be used to assist in placing the rod *(Fig. 4)*.

> **Note**
> 
> *During rod insertion, NVM5® may be set to Free Run mode.*



*(Fig. 4)*

4



## STEP 4:
### ROD ROTATION

With the lock screws loose, rod rotation may be performed using the Rod Gripper. Ensure the tips of the Rod Gripper are open by depressing the button in the center of the ratchet *(Fig. 5)*. Place the Rod Gripper over the rod and compress the handle until rigidly fixed to the rod. Perform rod rotation using two Rod Grippers to achieve the desired coronal and sagittal profiles *(Fig. 6)*. After the rod has been rotated into its final position, tighten the lock screws using the Lock Screw Starter. To release the Rod Gripper from the rod, depress the button in the center of the ratchet.

The 300mm and 500mm rods have a hex end; a Rod Rotation Wrench may be used for rod rotation. Place the Rod Rotation Wrench over the hex end of the rod and rotate to achieve the desired amount of rod rotation *(Fig. 6a)*.



*(Fig. 5)*



### Note

*During rod rotation, NVM5® may be set to Free Run mode.*



*(Fig. 6)*

*(Fig. 6a)*

ARMADA® VBD FROM NUVASIVE®

## STEP 5:
### CONSTRUCT ASSEMBLY

### Medial/Lateral

Attach Reduction Towers to the selected rotated vertebral bodies and connect them medial-laterally using the Reduction Tower Link. Prior to engaging the Reduction Tower Link to the Reduction Towers, ensure the set screws are loose, allowing polyaxial motion of the Reduction Tower Clip. Place the Reduction Tower Clips over the Reduction Towers, apply downward force, and push the gold button to secure it in place *(Fig. 7)*.

Once the Reduction Tower Link is connected to the Reduction Towers, lock the two set screws with the Reduction Tower Link Locking Driver to create a rigid frame *(Fig. 8)*.



SET SCREW

TOWER CLIP

*(Fig. 7)*



*(Fig. 8)*



## STEP 5:
### CONSTRUCT ASSEMBLY (CONT.)

### Cephalad/Caudal

When cephalad/caudal connection is needed for either unilateral or *en bloc* correction techniques, utilize the Universal Tower Clamp. Ensure the clamp is open by pressing the gold release button and ensure the gold locking lever is in the unlocked position. Place the Universal Tower Clamp over the Reduction Tower Link or Reduction Tower Extensions *(Fig. 9)* and squeeze the clamp. Rotate the locking lever into the locked position for a secure connection *(Fig. 10)*.

> ### *Tips and Tricks*
> *If there isn't room on the middle Reduction Tower(s) for a Reduction Tower Link, place Tower Links on the cephalad and caudal Reduction Towers with the medial/lateral bars facing out. Use Reduction Tower Extensions on the middle tower(s) to provide adequate surface area for cephalad/caudal connection (Fig. 11).*
>
> 
>
> *(Fig. 11)*



*(Fig. 9)*



*(Fig. 10)*

ARMADA® VBD FROM NUVASIVE®

## ARMADA® VBD TECHNIQUE GUIDE

### STEP 6:
#### DEROTATION

#### Segmental

Use preoperative x-rays to select the most caudal-neutral vertebral body as the starting point for segmental derotation.

On both the neutral vertebral body and the first superior rotated vertebral body, secure Reduction Towers to the pedicle screws and link medial-laterally with Reduction Tower Links, creating two separate rigid frames *(Fig. 12)*.

**Note**



*During segmental vertebral body derotation, NVM5® may be set to Free Run mode.*



*(Fig. 12)*

8



### STEP 6:
#### DEROTATION (CONT.)

#### Segmental (cont.)

Provisionally tighten the lock screws on the neutral vertebral body, and loosen the lock screws on the rotated vertebral bodies. Do not completely remove the lock screws.

Next, using the neutral vertebral body as a reference, derotate the rotated vertebral body around the rod into a neutral position *(Fig. 13)*. Lock the correction by provisionally tightening the lock screw with the VBD Lock Screw Driver *(Fig. 14)*.

The derotated vertebral body will now become the neutral vertebral body. This process is repeated until all vertebral bodies have been derotated into a neutral position.



*(Fig. 14)*

> **Tips and Tricks**
>
> *Multiple passes up the construct may be required for complete rotational correction.*



*(Fig. 13)*

9

ARMADA® VBD FROM NUVASIVE®

## STEP 6:
### DEROTATION (CONT.)

*En Bloc*

Use preoperative x-rays to identify the apex of the rotational deformity for the start of the *en bloc* derotation correction.

On the selected rotated vertebral bodies, secure Reduction Towers to the pedicle screws and link medial-laterally with the Reduction Tower Links, creating separate rigid frames. Next use the Universal Tower Clamp to connect the rotated vertebral body frames together cephalad-caudally, creating one rigid *en bloc* frame *(Fig. 15)*.

> **Tips and Tricks**
> *If bilateral clamping isn't able to be achieved, unilateral clamping may provide adequate rigidity.*

> **Note**
> 
> *During en bloc vertebral body derotation, NVM5® may be set to Free Run mode.*



*(Fig. 15)*

10



## STEP 6:
**DEROTATION (CONT.)**

*En Bloc* (cont.)

Lock at least two lock screws above or below (but not in-between) the Reduction Towers on the neutral segments to hold the rod in the proper rotational position. A Rod Rotation Wrench may be used in place of lock screws.

Rotate the *en bloc* frame around the rod until the vertebral bodies are in a neutral position *(Fig. 16).* Lock the correction by provisionally tightening the lock screws with the VBD Lock Screw Driver *(Fig. 17).*

> **Tips and Tricks**
>
> **1.** *Use a neutral vertebral body that is inferior or superior to the en bloc frame as a reference during the derotation.*
>
> **2.** *Having an assistant push on the rib hump during derotation can aid in the correction maneuver.*
>
> *- Lawrence Haber, M.D.*



*(Fig. 17)*

*(Fig. 16)*

11

## ARMADA® VBD TECHNIQUE GUIDE

### STEP 7:
**CONSTRUCT DISASSEMBLY**

#### Cephalad/Caudal

To remove the Universal Tower Clamp, press the gold release button on the side to open the clamp *(Fig. 18),* and pull the clamp off the Reduction Tower Link *(Fig. 19).*



*(Fig. 18)*



*(Fig. 19)*



## STEP 7:
**CONSTRUCT DISASSEMBLY (CONT.)**

### Medial/Lateral

To remove the Reduction Tower Link and Reduction Towers, first use the Reduction Tower Link Locking Driver to loosen the set screws on the Reduction Tower Link *(Fig. 20)*. Then press down on the Reduction Tower's gold thumb piece to release the frame from the screws *(Fig. 21)*.

> **Tips and Tricks**
>
> *For easy Reduction Tower removal, rock the Reduction Tower toward the gold thumb piece.*





*(Fig. 20)*

*(Fig. 21)*

ARMADA® VBD FROM NUVASIVE®

**FINAL CONSTRUCT**





Osteocel® Plus is a formulation of cryopreserved viable cancellous matrix and ground demineralized bone matrix. The native cell population includes cells of mesenchymal lineage differentiating toward bone-forming cells.



The Bendini® Spinal Rod Bending system expedites manual rod manipulation via computer-assisted Bend Instructions. The system uses a Digitizer, an infrared Camera, NVM5® Rod Bending software, and a mechanical Rod Bender.



**ARMADA® VBD CASE STUDY**

## SCOLIOSIS

A female patient with diagnosis of thoraco-lumbar scoliosis presented a curve measured 61° from T9 to L3. This is a case that demonstrates the ability of Armada® to correct deformities of the spine and to get strong rotational correction in the axial plane. Armada Uniplanar screws were utilized at most levels and at any level that was planned to be derotated. Cobalt chromium rods were utilized because they offer a similar advantage to achieve and maintain correction as stainless steel rods.

An over-contoured right concave working rod was rotated and placed to match the deformity and to reduce loosely placed lock screws in order to hold the rod within the screws. The rod was then derotated, utilizing the Armada Rod Grippers and Rod Rotation Wrench into the appropriate sagittal alignment. The alignment was held with the Rod Rotation Wrench to avoid having to tighten any of the lock screws.

Armada Reduction Towers were placed bilaterally at T6 to T7 and T11 to T12. They were linked medial/lateral with the Armada Reduction Tower Link and locked to create four separate rigid constructs. The rigid constructs at T6 to T7 and T11 to T12 were locked together with the Universal Tower Clamp, creating two separate cluster frames. The two clusters were derotated around the rod into their normal axial alignment and then rotated back. This was done a few times to allow further evaluation of rotational correction and to give the spine time to creep in the axial plane before locking into the correct axial alignment by provisionally locking the lock screws.

The slight under-contoured, left-stabilizing rod was then placed. Fluoro shots were used to make sure there was appropriate leveling of the instrumented segments at the proximal and distal ends of the construct. In situ rod bending, compression, and distraction were used for final adjustments, being careful to loosen only one side at a time to prevent any loss of rotational correction. One cross-link was placed to neutralize rotational forces of the final construct.

**– Lawrence Haber, M.D.**
  **Orthopaedic Surgeon**

## PRE-OP





*A/P*  *Lateral*

## POST-OP





*A/P*  *Lateral*

ARMADA® VBD FROM NUVASIVE®

## ARMADA® VBD SYSTEM

### ARMADA VBD INSTRUMENTS

| INSTRUMENTS TRAY |
| --- |



| 40mm REDUCTION TOWER | REDUCTION TOWER LINK |
| --- | --- |

 

| UNIVERSAL TOWER CLAMP | REDUCTION TOWER EXTENSION |
| --- | --- |

 

| TOWER LINK LOCK SCREW DRIVER | LOCK SCREW DRIVER |
| --- | --- |





## CATALOG

### ARMADA® VBD INSTRUMENTS

| DESCRIPTION | CATALOG # |
|---|---|
| Tower Link Lock Screw Driver | 7459166 |
| Reduction Tower Link | 7459169 |
| Universal Tower Clamp | 7459171 |
| 40mm Reduction Tower | 7459147 |
| Reduction Tower Extension | 7459173 |
| Lock Screw Driver | 7459188 |



To order, please contact your NuVasive® Sales Consultant or Customer Service Representative today at:
**NuVasive, Inc.** 7475 Lusk Blvd., San Diego, CA 92121 USA • phone: 800-475-9131  fax: 800-475-9134
**NuVasive UK Ltd.** Suite B, Ground Floor, Caspian House, The Waterfront, Elstree, Herts WD6 3BS UK
| EC | REP |  phone: +44 (0) 208-238-7850  fax: +44 (0) 207-998-7818

**www.nuvasive.com**

9501213 A

©2014. NuVasive, Inc. All rights reserved. NuVasive, Speed of Innovation, Armada, Bendini, NVM5, and Osteocel are registered trademarks of NuVasive, Inc.



CE 0086

# EXHIBIT 10

NUVASIVE
*'Speed of Innovation'*

## 510(k) Summary

In accordance with Title 21 of the Code of Federal Regulations, Part 807, and in particular 21 CFR §807.92, the following summary of information is provided:

**A.  Submitted by:**

Sheila Bruschi
Associate Manager, Regulatory Affairs
NuVasive, Incorporated
7475 Lusk Blvd.
San Diego, California 92121
Telephone:  (858) 909-1900
Fax:  (858) 320-1681

Date Prepared:  September 11, 2012

*SEP 1 1 2012*

**B.  Device Name**

| | |
|---|---|
| Trade or Proprietary Name: | *NuVasive® Precept™ Spinal System* |
| Common or Usual Name: | Pedicle Screw System |
| Classification Name: | Pedicle Screw Spinal System, Spinal Interlaminal Fixation Orthosis, Spinal Intervertebral Body Fixation orthosis |
| Device Class: | Class III |
| Classification: | §888.3050, §888.3060, §888.3070 |
| Product Code: | NKB, KWP, MNI, MNH, KWQ |

**C.  Predicate Devices**

The subject *NuVasive Precept Spinal System* is substantially equivalent to the *NuVasive Precept* (K102514) and *SpheRx® PPS* (K090981) Systems currently distributed commercially in the U.S. by NuVasive.

**D.  Device Description**

The *NuVasive Precept Spinal System* consists of a variety of polyaxial screws, reduction screws, offset connectors, rods, locking nuts, and transverse connectors.  Implant components can be rigidly locked into a variety of different configurations to suit the individual pathology and anatomical conditions of the patient.  This 510(k) is for the modification to a component used in the assembly of tulip to screw shanks of polyaxial screws. The system as a whole remains unchanged compared to the predicate (K102514).

**E.  Intended Use**

When used as a pedicle screw fixation system, the *NuVasive Precept Spinal System* is intended to provide immobilization and stabilization of spinal segments in skeletally mature patients as an adjunct to fusion in the treatment of the following acute and chronic instabilities or deformities of the posterior thoracic, lumbar, and sacral spine:

1.  Degenerative disc disease (as defined by back pain of discogenic origin with degeneration of the disc confirmed by patient history and radiographic studies)
2.  Degenerative spondylolisthesis with objective evidence of neurologic impairment
3.  Fracture
4.  Dislocation
5.  Scoliosis



6. Kyphosis
7. Spinal tumor and/or
8. Failed previous fusion (pseudoarthrosis)

The *NuVasive® Precept™ Spinal System* is also indicated for the treatment of severe spondylolisthesis (Grades 3 and 4) of the L5-S1 vertebral joint in skeletally mature patients receiving fusion by autogenous bone graft, having the device fixed or attached to the lumbar and sacral spine (L3 to sacrum), with removal of the implants after attainment of a solid fusion.

When used as an anterolateral non-pedicle screw system in the thoracic and lumbar spine, the NuVasive Precept Spinal System is also intended for the following indications:

1. Degenerative disc disease (as defined by back pain of discogenic origin with degeneration of the disc confirmed by patient history and radiographic studies)
2. Spinal stenosis
3. Spondylolisthesis
4. Spinal deformities
5. Fracture
6. Pseudoarthosis
7. Tumor resection and/or
8. Failed previous fusion

**F.  Technological Characteristics**
As was established in this submission, the subject *NuVasive Precept Spinal System* is substantially equivalent to other predicate devices cleared by the FDA for commercial distribution in the United States. The subject device was shown to be substantially equivalent and have the same technological characteristics to its predicate devices through comparison in areas including design, intended use, material composition, function, and range of sizes.

**G.  Performance Data**
Nonclinical testing was performed to demonstrate that the subject *NuVasive Precept Spinal System* is substantially equivalent to other predicate devices. The following component testing was performed:

- Static and dynamic flexion-extension moment testing per ASTM F1798
- Tulip pull-off
- Tension-torsion
- Orbital Tension

The results of these studies showed that the system as a whole was unchanged compared to the predicate, and the subject *NuVasive Polyaxial Spinal Screws* meet or exceed the performance of the predicate devices, and the device was therefore found to be substantially equivalent.

**H.  Conclusions**
Based on the indications for use, technological characteristics, performance testing, and comparison to predicate devices, the subject *NuVasive Precept Spinal System* have been shown to be substantially equivalent to legally marketed predicate devices, and safe and effective for its intended use.



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Public Health Service

---

Food and Drug Administration
10903 New Hampshire Avenue
Document Control Room –WO66-G609
Silver Spring, MD 20993-0002

Nuvasive, Incorporated
℅ Ms. Sheila Bruschi
Associate Manager, Regulatory Affairs
7475 Lusk Boulevard
San Diego, California 92121

SEP 1 1 2012

Re: K122352
    Trade/Device Name: NuVasive® Precept™ Spinal System
    Regulation Number: 21 CFR 888.3070
    Regulation Name: Pedicle screw spinal system
    Regulatory Class: Class III
    Product Code: NKB, KWP, MNI, MNH, KWQ
    Dated: August 02, 2012
    Received: August 03, 2012

Dear Ms. Bruschi:

We have reviewed your Section 510(k) premarket notification of intent to market the device referenced above and have determined the device is substantially equivalent (for the indications for use stated in the enclosure) to legally marketed predicate devices marketed in interstate commerce prior to May 28, 1976, the enactment date of the Medical Device Amendments, or to devices that have been reclassified in accordance with the provisions of the Federal Food, Drug, and Cosmetic Act (Act) that do not require approval of a premarket approval application (PMA). You may, therefore, market the device, subject to the general controls provisions of the Act. The general controls provisions of the Act include requirements for annual registration, listing of devices, good manufacturing practice, labeling, and prohibitions against misbranding and adulteration. Please note: CDRH does not evaluate information related to contract liability warranties. We remind you; however, that device labeling must be truthful and not misleading.

If your device is classified (see above) into either class II (Special Controls) or class III (PMA), it may be subject to additional controls. Existing major regulations affecting your device can be found in the Code of Federal Regulations, Title 21, Parts 800 to 898. In addition, FDA may publish further announcements concerning your device in the Federal Register.

Please be advised that FDA's issuance of a substantial equivalence determination does not mean that FDA has made a determination that your device complies with other requirements of the Act or any Federal statutes and regulations administered by other Federal agencies. You must comply with all the Act's requirements, including, but not limited to: registration and listing (21

Page 2 – Ms. Sheila Bruschi

comply with all the Act's requirements, including, but not limited to: registration and listing (21 CFR Part 807); labeling (21 CFR Part 801); medical device reporting (reporting of medical device-related adverse events) (21 CFR 803); good manufacturing practice requirements as set forth in the quality systems (QS) regulation (21 CFR Part 820); and if applicable, the electronic product radiation control provisions (Sections 531-542 of the Act); 21 CFR 1000-1050.

If you desire specific advice for your device on our labeling regulation (21 CFR Part 801), please go to http://www.fda.gov/AboutFDA/CentersOffices/CDRH/CDRHOffices/ucm115809.htm for the Center for Devices and Radiological Health's (CDRH's) Office of Compliance. Also, please note the regulation entitled, "Misbranding by reference to premarket notification" (21CFR Part 807.97). For questions regarding the reporting of adverse events under the MDR regulation (21 CFR Part 803), please go to http://www.fda.gov/MedicalDevices/Safety/ReportaProblem/default.htm for the CDRH's Office of Surveillance and Biometrics/Division of Postmarket Surveillance.

You may obtain other general information on your responsibilities under the Act from the Division of Small Manufacturers, International and Consumer Assistance at its toll-free number (800) 638-2041 or (301) 796-7100 or at its Internet address http://www.fda.gov/MedicalDevices/ResourcesforYou/Industry/default.htm.

Sincerely yours,

Mark N. Melkerson
Director
Division of Surgical, Orthopedic
  and Restorative Devices
Office of Device Evaluation
Center for Devices and
  Radiological Health

Enclosure

## Indications for Use

510(k) Number (if known): _____K|22352_____

Device Name: ____NuVasive® Precept™ Spinal System_____

Indications For Use:

When used as a pedicle screw fixation system, the NuVasive Precept Spinal System is intended to provide immobilization and stabilization of spinal segments in skeletally mature patients as an adjunct to fusion in the treatment of the following acute and chronic instabilities or deformities of the posterior thoracic, lumbar, and sacral spine:

1. Degenerative disc disease (as defined by back pain of discogenic origin with degeneration of the disc confirmed by patient history and radiographic studies)
2. Degenerative spondylolisthesis with objective evidence of neurologic impairment
3. Fracture
4. Dislocation
5. Scoliosis
6. Kyphosis
7. Spinal tumor and/or
8. Failed previous fusion (pseudoarthrosis)

The NuVasive Precept Spinal System is also indicated for the treatment of severe spondylolisthesis (Grades 3 and 4) of the L5-S1 vertebral joint in skeletally mature patients receiving fusion by autogenous bone graft, having the device fixed or attached to the lumbar and sacral spine (L3 to sacrum), with removal of the implants after attainment of a solid fusion.

When used as an anterolateral non-pedicle screw system in the thoracic and lumbar spine, the NuVasive Precept Spinal System is also intended for the following indications:

1. Degenerative disc disease (as defined by back pain of discogenic origin with degeneration of the disc confirmed by patient history and radiographic studies)
2. Spinal stenosis
3. Spondylolisthesis
4. Spinal deformities
5. Fracture
6. Pseudoarthosis
7. Tumor resection and/or
8. Failed previous fusion

Prescription Use      X               AND/OR          Over-The-Counter Use _____
(Part 21 CFR 801 Subpart D)                           (21 CFR 807 Subpart C)

(PLEASE DO NOT WRITE BELOW THIS LINE-CONTINUE ON ANOTHER PAGE IF NEEDED)

_____

Concurrence of CDRH, Office of Device Evaluation (ODE)

(Division Sign-Off)
Division of Surgical, Orthopedic,
and Restorative Devices

510(k) Number_____K122352_____                    Page 1 of 1

# EXHIBIT 11





# Surgical Technique



BRIGADE® FROM NUVASIVE®

## CONTENTS

Preface                                                                    1

Brigade® Overview                                                          2

Brigade Surgical Technique                                                 6

   Equipment Requirements                                                  6

   Patient Positioning and O.R. Setup                                      6

   Access                                                                  7

   Midline Verification                                                    7

   Disc Removal                                                            7

   Trial                                                                   8

   Implant Placement                                                       9

   Pilot Hole Preparation                                                 10

   Screw Placement                                                        11

   Threaded Taper Block Locking Mechanism                                 13

Brigade System                                                           14

Catalog                                                                   21

Instructions for Use                                                      23



## PREFACE

Fellow Colleagues:

It is our pleasure to introduce you to the Brigade® Standalone ALIF system, a comprehensive interbody device with integrated screws, designed for anterior lumbar fusion and support through a single approach.

Leveraging thoughtful design principles crucial to successful anterior lumbar fusion, we have designed each instrument and implant to help enhance safety, stability, and efficiency. In our experience, Brigade has shortened procedure times, even while driving greater confidence in access safety and subsequent fusion.

The innovative design of the Brigade system provides a number of clinical benefits, including:

- The ability to place four screws for maximum rigidity in even the most difficult access situations
- A vascular conscious implant with no profile extending beyond the anterior border of the vertebral body
- An easy-to-confirm, single-step, screw-to-implant locking mechanism that easily creates a rigid and stable construct
- Low-profile, self-centering instruments with sheathed moving parts
- Unique and outstanding array of angled instruments
- An innovative awl/depth gauge allowing for proper determination of screw length in 2.5mm increments

Our design and clinical evaluation experience has confirmed the ability of the Brigade system to provide an effective solution to single-approach ALIFs. We are confident that you will see the same results in your practice and will be pleased with the benefits that the Brigade system will provide to your patients.

Cordially,

Frank M. Phillips, M.D.
Midwest Orthopaedics at Rush
Chicago, IL
USA

Martin B. Kornblum, M.D.
Mendelson Kornblum Orthopedic & Spine Surgeons
Warren, MI
USA

1

BRIGADE® FROM NUVASIVE®

## BRIGADE® OVERVIEW

# COMPLETE ALIF SOLUTION

## ACCESS



# ENVOY™

**ALIF EnVoy™ – Implant Delivery System**
- Simultaneous distraction and delivery
- Smooth, singular motion for efficient disc space distraction and implant delivery
- Slim, sleek design for optimal visualization

## BIOLOGICS

OSTEOCEL®
Osteoconductive • Osteoinductive • Osteogenic TECHNOLOGY

 

**Osteocel® – Allograft Cellular Bone Matrix\***

Osteocel is cancellous bone that is rich in viable cells, combined with demineralized bone matrix from the same donor, and cryogenically preserved to ensure cell viability is maintained. The cells retained are a native population of bone-forming cells that are adherent to the surface of the cancellous bone and consist of mesenchymal stem cells (MSCs) and other cells further along the osteogenic lineage.

- Complete – osteogenic, osteoinductive, osteoconductive
- Physiologic – mimics biologic profile of autograft
- Consistent – each lot tested for cell count, viability, and activity
- Experienced – 150,000+ patients treated since 2005

*\*Only cleared for use with Brigade as a partial VBR.*



FORMAGRAFT®
Collagen Bone Graft Matrix



**FormaGraft® – Collagen Bone Graft Matrix\***
- Controlled degradation rate
- Absorbent collagen network
- Convenient shapes and sizes

*\*Only cleared for use with posterolateral fusion when applying posterior fixation.*



**BRIGADE® OVERVIEW**

## NVM5®





**NVM5 – Free Run EMG**
- Continuous monitoring throughout the ALIF procedure to provide immediate notice of potential neurological disturbances
- Audible and visual response with indication of spinal level

## FIXATION*





**Affix® II – Spinous Process Plate**
- Integrated Canted Coil Locking Mechanism – eliminates secondary locking step
- Improved Fixation – contains 36 fixation teeth to maximize pull-out strength and fixation for fusion





**Precept® - Practical, Elegant MAS® Fixation**
- Market Differentiating Implant Design
- Advanced Guide Technology
- Refined Rod Passage
- Elegant Reduction Options
- Powerful Compression/Distraction
- Multifunctional Instruments to Reduce Steps

*Recommended if fewer than maximum number of screws accommodated by the Brigade implant are used.*

3

BRIGADE® FROM NUVASIVE®

**BRIGADE® OVERVIEW**

# STABILITY. HEIGHT RESTORATION. FUSION.

## Multiple Implant Footprints and Lordosis Options



- Four footprints for optimal posterior height restoration while maintaining sub-flush anterior placement
- Two lordotic options for anatomically appropriate restoration
- 4.5mm and 5.5mm self-tapping, self-drilling screws
- Large unimpeded central apertures

| IMPLANT DIMENSIONS | | | | | | |
|---|---|---|---|---|---|---|
| **ANTERIOR HEIGHT** | 10mm | 12mm | 14mm | 16mm | 18mm | 20mm |
| **LORDOSIS** | 8° | 8°, 12° | 8°, 12° | 8°, 12° | 8°, 12° | 8°, 12° |

## Multi–Function Screw Design

- Self-tapping/Self-drilling screws for increased procedural efficiency
- Maximum screw purchase and tactile feel



| SCREW DIMENSIONS | |
|---|---|
| **DIAMETER** | **LENGTH** |
| 4.5mm | 20mm |
| 4.5mm | 22.5mm |
| 4.5mm | 25mm |
| 4.5mm | 27.5mm |
| 4.5mm | 30mm |
| 4.5mm | 35mm |



| SCREW DIMENSIONS | |
|---|---|
| **DIAMETER** | **LENGTH** |
| 5.5mm | 20mm |
| 5.5mm | 22.5mm |
| 5.5mm | 25mm |
| 5.5mm | 27.5mm |
| 5.5mm | 30mm |
| 5.5mm | 35mm |



# SAFETY. SIMPLICITY.

## Innovative Instrumentation



**ANGLED INSTRUMENTS**          **STRAIGHT INSTRUMENTS**

- Self-guiding, self-centering instruments
- Innovative sheathed instruments for maximum protection of surrounding anatomy
- Multiple driver options to accommodate varying anatomies
- Depth stops on awls and drill to help prevent over-advancement and help determine proper screw length
- Screw access holes are medialized to increase ability to place four screws in most anatomical situations






*Ball End Driver*          *Adjustable Depth Stop*

## Threaded Taper Block
### Single–Step Locking Mechanism




- Single-step Threaded Taper Block is designed to prevent screw backout and increase construct stability
- Visual indicator allows proper seating of screw

BRIGADE® FROM NUVASIVE®

## BRIGADE® SURGICAL TECHNIQUE

### EQUIPMENT REQUIREMENTS

- Brigade Implants Tray (BRIGADEIMP)
- Brigade Instruments Tray One (BRIGADEIN1)
- Brigade Instruments Tray Two (BRIGADEIN2)
- Anterior/Lateral General Instruments Tray One (ALGIN1)
- Anterior/Lateral General Instruments Tray Two (ALGIN2)
- ALIF Instruments Tray (ALIF2)

For a complete list of intended uses, indications, device description, contraindications, warnings, and precautions, please refer to the Instructions for Use (IFU) in the back of this surgical technique guide.

### PATIENT POSITIONING AND O.R. SETUP

Place the patient on a radiolucent operating table in the supine position. Prepare and drape in the conventional manner *(Fig. 1)*. The fluoroscope should have adequate access to the surgical field for both the lateral and anteroposterior views.



*(Fig. 1)*

**NVM5® – FREE RUN MODE**



*During distraction, trialing, and graft placement, NVM5 may be set to Free Run mode to detect mechanical irritation of the lumbar roots and spinal nerves.*

6



**BRIGADE** ® SURGICAL TECHNIQUE

## STEP 1:
### ACCESS
Perform standard anterior approach to the spine per surgeon preference.

## STEP 2:
### MIDLINE VERIFICATION
Place the Annulotomy Template on the disc space. Insert Centering Pin into midline *(Fig. 2)*. Use A/P fluoro to verify midline and lateral fluoro to check depth *(Fig. 3)*. The length of the Centering Pin is 20mm.

**A/P**



*(Fig. 3)*

## STEP 3:
### DISC REMOVAL
Use an annulotomy knife to cut into the annulus along the lateral edges of the Annulotomy Template *(Fig. 4)*. The Annulotomy Template matches the width of the implant. If using the implant as a partial vertebral body replacement, make necessary resections to the vertebral body.

> **Tip**
>
> *"I do not extend the annulotomy beyond the dimensions of the template as the proper cut maintains the centering of the disc. Moreover, the remaining preserved annulus provides a measure of stability when tensioned by distraction."*
>
> *– Martin B. Kornblum, M.D.*



*(Fig. 2)*



*(Fig. 4)*

**ANNULOTOMY TEMPLATE MATCHES IMPLANT WIDTHS**



*42mm*    *38mm*    *34mm*

BRIGADE® FROM NUVASIVE®

## BRIGADE® SURGICAL TECHNIQUE

### STEP 4:
#### TRIAL

Attach the desired Trial to the Trial Inserter by simultaneously pushing down on the Trial Inserter collar and placing it over the Trial connection tip *(Figs. 5, 5a)*. Gently impact the Trial into the disc space *(Fig. 6)*. Final Trial positioning should be verified using fluoroscopy *(Fig. 7)*.

> **Note**
> *It is important to place the Trial sub-flush, approximately 2mm from the anterior lip of the vertebral body, in order to mimic proper implant placement.*

**LATERAL**



*(Fig. 7)*



*(Fig. 6)*

*(Fig. 5)*

*(Fig. 5a)*



**BRIGADE®**
S T A N D A L O N E   A L I F

**BRIGADE® SURGICAL TECHNIQUE**

## STEP 5:
### IMPLANT PLACEMENT

When satisfied with placement and fit of the Trial, the corresponding implant should be selected, attached to the proper size Implant Inserter, and filled with autograft from partial vertebrectomy if using implant as a partial VBR *(Figs. 8, 8a)*.

Gently impact the implant into the disc space *(Fig. 9)*. Without removing the Inserter, use lateral fluoroscopy to confirm the implant is placed in proper location *(Fig. 10)*. Use A/P fluoro to verify the implant is centered *(Fig. 11)*. All Brigade implants have radiodense anterior and posterior markers to assist with radiographic visualization.

> **Tip**
> *"It is important to place the implant just sub-flush with the anterior border of the vertebral body. This enhances stability by seating the cage on the anterior apophyseal ring. The anterior placement also allows for full seating of the self-centering instruments and results in longest possible screw lengths."*
> *– Martin B. Kornblum, M.D.*



(Fig. 9)

**LATERAL**



(Fig. 10)

**A/P**



(Fig. 11)

(Fig. 8a)

(Fig. 8)

### INSERTER OPTIONS

| Implant Inserter | Anterolateral Inserter | EnVoy™ Adapter | Medial Grip Implant Inserter |
|---|---|---|---|

   

9

BRIGADE® FROM NUVASIVE®

## BRIGADE® SURGICAL TECHNIQUE

### STEP 6:
#### PILOT HOLE PREPARATION

According to surgeon preference and anatomical requirements, a selection of fully sleeved, self-centering instruments can be used to prepare the vertebral body for Screw insertion.

Attach T-handle to the proximal end of an Awl. Insert the Awl into the desired Screw hole *(Figs. 12, 13, 13a)*. It is recommended to start with the most easily accessible Screw hole, typically using the Straight Awl. Deploy the Awl by gently impacting the strike plate on the handle. Fully retract the Awl tip before disengaging the Awl from the implant. Before making the next pilot hole, deliver the desired length Screw.



> *Tip*
>
> *"Do NOT advance the Awls until they are fully seated within the cage. To avoid accidental deployment and excessive advancement of the instruments, I use the adjustable depth stops during pilot hole preparation."*
>
> *– Frank M. Phillips, M.D.*

> *Note*
>
> *In order to ensure proper Screw trajectory, use lateral fluoroscopy after seating and after engaging the Drill or Awl for visual confirmation of the pilot path 45° to midline of the implant (Figs. 14, 15).*

**LATERAL**



*(Fig. 14)*

**LATERAL**



*(Fig. 15)*

#### PILOT HOLE OPTIONS



*Straight Awl*

*Angled Awls 15mm, 25mm*

*Straight Drill*









*(Fig. 12)*

*(Fig. 13)*

*(Fig. 13a)*

10



**BRIGADE® SURGICAL TECHNIQUE**

## STEP 7:
### SCREW PLACEMENT

Depending on surgeon preference and anatomical requirements, a variety of straight and angled Drivers are available for Screw placement. Select the desired length 4.5mm Screw. Screw length is determined by using the pilot hole depth for reference. 5.5mm Rescue Screws are available, if needed.

### Guided Straight Driver

Place a handle on the Guided Straight Driver. Place the distal end of the Driver directly over the desired Screw while in the Screw caddy. Press the Driver down until the sheath on the distal end is fully retracted *(Fig. 16a)*. Turn the thumbwheel on the Guided Straight Driver clockwise until solid resistance is felt in order to thread it into the Screw head *(Fig. 16)*.

> **Note**
> *When loading Screws, if the thumbwheel is not tightening, turn the Driver handle in order to ensure the Screw socket is fully engaged.*

Insert the distal end of the Driver into the prepared Screw hole and ensure the Driver sheath is fully seated in the implant. Turn the attached handle clockwise to drive the Screw *(Fig. 18)*.

> **Note**
> *The black indicator mark on retractable sheath will give visual confirmation of Screw advancement (Fig. 17).*

> **Tip**
> *"I prefer to use the Guided Straight Driver for S1 and L4 screws because of the safety provided by the retractable sheath and angled drivers for L5."*
>
> *– Frank M. Phillips, M.D.*



*(Fig. 16a)*

*(Fig. 16)*



*(Fig. 17)*

**LATERAL**



45°

*(Fig. 18)*

**STRAIGHT DRIVER OPTIONS**

| *Guided Straight Driver* | *Solid Driver – Non-Retaining* | *Solid Driver – Self-Retaining* |

 

BRIGADE® FROM NUVASIVE®

## BRIGADE® SURGICAL TECHNIQUE

### STEP 7:
#### SCREW PLACEMENT (CONT.)

#### Angled Driver

Place the handle on the Angled Driver – Retaining. Place the desired Screw on the Driver *(Fig. 19)*.

Insert the Screw into the desired pilot hole and advance the Screw by turning the handle clockwise *(Figs. 20, 20a)*.

The Counter-Torque Handle mates with fixed-angle Drivers to enable increased axial force on the Screw when maximum torque is being applied. This is intended to mimic Straight Driver axial force for greater control in high torque situations.

> **Note**
> *During Screw placement, use lateral fluoroscopy to ensure proper Screw trajectory of 45° cranial or caudal (Fig. 21).*

**LATERAL**



*(Fig. 21)*



*(Fig. 19)*

*(Fig. 20)*

*(Fig. 20a)*

**ANGLED DRIVER OPTIONS:**
*RETAINING*                                   *NON-RETAINING*                    *FINAL TIGHTENING*

| *Angled Driver – Retaining* | *Angled Driver – Short* | *U-Joint Driver – Retaining* | *U-Joint Driver – Short* | *U-Joint Driver – Non-Retaining* | *Angled Driver – Non-Retaining* | *Solid Driver – Ball End* | *Allen Wrench* |









**BRIGADE® SURGICAL TECHNIQUE**

## STEP 8:
### THREADED TAPER BLOCK LOCKING MECHANISM

Proper Screw seating is confirmed through the use of visual indicators. The proximal head of the Screw will pass visual indicator triangles to ensure proper seating depth. Full view of the triangle indicator confirms proper seating depth *(Figs. 22, 23)*.

Check final placement. The implant should rest in the disc space with the spinous process midway between the posterior markers under A/P fluoroscopy *(Fig. 24)*. Under lateral fluoroscopy, the Screws and posterior markers of the implant should be superimposed with the screws creating a 90° angle *(Fig. 25)*.



(Fig. 22)





| A/P | LATERAL |
|---|---|
| (Fig. 24) | (Fig. 25) |

(Fig. 23)

## IMPLANT REMOVAL

For implant removal or revision, non-retaining Drivers or Screw retrieval tools can be used for Screw extraction, and implant retrieval tools can be used to remove implant.

**FINAL CONSTRUCT**
**A/P VIEW**



**FINAL CONSTRUCT**
**LATERAL VIEW**



BRIGADE® FROM NUVASIVE®

## BRIGADE® SYSTEM

### BRIGADE INSTRUMENTS TRAY ONE



### IMPLANT INSERTER — SMALL



### IMPLANT INSERTER — LARGE



### STRAIGHT TAMP



### ENVOY™ ADAPTER — SMALL



### ENVOY ADAPTER — LARGE



### QUICK CONNECT STRAIGHT HANDLE





**BRIGADE®** SYSTEM


**QUICK CONNECT T-HANDLE**


**QUICK CONNECT GEARSHIFT HANDLE**


**ANTEROLATERAL IMPLANT INSERTER — SMALL**


**ANTEROLATERAL IMPLANT INSERTER — LARGE**


**ANTEROLATERAL TAMP**


**MEDIAL GRIP IMPLANT INSERTER**

BRIGADE® FROM NUVASIVE®

## BRIGADE® SYSTEM

### IMPLANT RETRIEVAL GRASPER



### IMPLANT RETRIEVAL LATERAL GRASPER



### TRIAL REMOVAL TOOL



### TRIAL INSERTER



### ANNULOTOMY TEMPLATE — 34mm



### ANNULOTOMY TEMPLATE — 38mm



### ANNULOTOMY TEMPLATE — 42mm



### CENTERING PIN



# BRIGADE
### STANDALONE ALIF

**BRIGADE® SYSTEM**

---

**BRIGADE INSTRUMENTS TRAY TWO**



**STRAIGHT AWL**



**ANGLED AWL**



**ANGLED AWL — 15mm**



**STRAIGHT DRILL**



**SOLID DRIVER — SELF-RETAINING**



17

BRIGADE® FROM NUVASIVE®

# BRIGADE® SYSTEM

**SOLID DRIVER — NON-RETAINING**



**SOLID DRIVER — BALL END**



**GUIDED STRAIGHT DRIVER**



**U-JOINT DRIVER — SHORT**



**U-JOINT DRIVER — NON-RETAINING**



**U-JOINT DRIVER — RETAINING**



18



**BRIGADE® SYSTEM**

**COUNTER-TORQUE HANDLE**



**ANGLED DRIVER – SHORT**



**ANGLED DRIVER – NON-RETAINING**



**ANGLED DRIVER – RETAINING**



**ALLEN WRENCH**



BRIGADE® FROM NUVASIVE®

## BRIGADE® SYSTEM

### BRIGADE IMPLANTS

| BRIGADE IMPLANTS TRAY |
|:---:|
|  |

| BRIGADE SCREW — 4.5mm | BRIGADE SCREW — 5.5mm |
|:---:|:---:|
|  |  |

| BRIGADE IMPLANT |
|:---:|
|  |

20



## CATALOG

### BRIGADE® INSTRUMENTS

| DESCRIPTION | CATALOG # |
|---|---|
| Trial – 10 x 34 x 24mm, 8° | 7921034 |
| Trial – 12 x 34 x 24mm, 8° | 7921234 |
| Trial – 14 x 34 x 24mm, 8° | 7921434 |
| Trial – 16 x 34 x 24mm, 8° | 7921634 |
| Trial – 18 x 34 x 24mm, 8° | 7921834 |
| Trial – 20 x 34 x 24mm, 8° | 7922034 |
| Trial – 10 x 34 x 24mm, 12° | 7931034 |
| Trial – 12 x 34 x 24mm, 12° | 7931234 |
| Trial – 14 x 34 x 24mm, 12° | 7931434 |
| Trial – 16 x 34 x 24mm, 12° | 7931634 |
| Trial – 18 x 34 x 24mm, 12° | 7931834 |
| Trial – 20 x 34 x 24mm, 12° | 7932034 |
| Trial – 10 x 38 x 28mm, 8° | 7921038 |
| Trial – 12 x 38 x 28mm, 8° | 7921238 |
| Trial – 14 x 38 x 28mm, 8° | 7921438 |
| Trial – 16 x 38 x 28mm, 8° | 7921638 |
| Trial – 18 x 38 x 28mm, 8° | 7921838 |
| Trial – 20 x 38 x 28mm, 8° | 7922038 |
| Trial – 12 x 38 x 28mm, 12° | 7931238 |
| Trial – 14 x 38 x 28mm, 12° | 7931438 |
| Trial – 16 x 38 x 28mm, 12° | 7931638 |
| Trial – 18 x 38 x 28mm, 12° | 7931838 |
| Trial – 20 x 38 x 28mm, 12° | 7932038 |
| Trial – 10 x 38 x 32mm, 8° | 7941038 |
| Trial – 12 x 38 x 32mm, 8° | 7941238 |
| Trial – 14 x 38 x 32mm, 8° | 7941438 |
| Trial – 16 x 38 x 32mm, 8° | 7941638 |
| Trial – 18 x 38 x 32mm, 8° | 7941838 |
| Trial – 20 x 38 x 32mm, 8° | 7942038 |
| Trial – 12 x 38 x 32mm, 12° | 7951238 |
| Trial – 14 x 38 x 32mm, 12° | 7951438 |
| Trial – 16 x 38 x 32mm, 12° | 7951638 |
| Trial – 18 x 38 x 32mm, 12° | 7951838 |
| Trial – 20 x 38 x 32mm, 12° | 7952038 |
| Trial – 10 x 42 x 30mm, 8° | 7921042 |
| Trial – 12 x 42 x 30mm, 8° | 7921242 |
| Trial – 14 x 42 x 30mm, 8° | 7921442 |
| Trial – 16 x 42 x 30mm, 8° | 7921642 |
| Trial – 18 x 42 x 30mm, 8° | 7921842 |
| Trial – 20 x 42 x 30mm, 8° | 7922042 |
| Trial – 12 x 42 x 30mm, 12° | 7931242 |
| Trial – 14 x 42 x 30mm, 12° | 7931442 |
| Trial – 16 x 42 x 30mm, 12° | 7931642 |
| Trial – 18 x 42 x 30mm, 12° | 7931842 |
| Trial – 20 x 42 x 30mm, 12° | 7932042 |

### BRIGADE INSTRUMENTS

| DESCRIPTION | CATALOG # |
|---|---|
| Quick Connect Straight Handle | 6180016 |
| Quick Connect T-handle | 6180018 |
| Quick Connect Gearshift Handle | 6180019 |
| Solid Driver – Self-Retaining | 7990008 |
| Solid Driver – Non-Retaining | 7990009 |
| Solid Driver – Ball End | 7990011 |
| U-Joint Driver – Short | 7990012 |
| U-Joint Driver – Non-Retaining | 7990013 |
| U-Joint Driver – Retaining | 7990014 |
| Counter-Torque Handle | 7990006 |
| Guided Straight Driver | 7980001 |
| Angled Driver – Short | 7990001 |
| Angled Driver – Non-Retaining | 7990004 |
| Angled Driver – Retaining | 7990007 |
| Straight Awl | 7980003 |
| Angled Awl | 7990003 |
| Angled Awl – 15mm | 6590229 |
| Straight Drill | 7980015 |
| Implant Inserter – Small | 7981001 |
| Implant Inserter – Large | 7981002 |
| Anterolateral Implant Inserter – Small | 7981003 |
| Anterolateral Implant Inserter – Large | 6590277 |
| Trial Inserter | 7981004 |
| Medial Grip Implant Inserter | 7981005 |
| EnVoy™ Adapter – Small | 7981011 |
| EnVoy Adapter – Large | 7981019 |
| Allen Wrench | 7990005 |
| Implant Retrieval Grasper | 7981012 |
| Implant Retrieval Hooked Grasper | 7981009 |
| Implant Retrieval Lateral Grasper | 7981010 |
| Annulotomy Template – 34mm | 7981013 |
| Annulotomy Template – 38mm | 7981014 |
| Annulotomy Template – 42mm | 7981015 |
| Centering Pin | 7981018 |
| Straight Tamp | 7981020 |
| Anterolateral Tamp | 7981021 |
| Trial Removal Tool | 6590228 |

BRIGADE® FROM NUVASIVE®

## CATALOG

### BRIGADE® IMPLANTS

| DESCRIPTION | CATALOG # |
|---|---|
| Implant – 10 x 34 x 24mm, 8° | 6941034 |
| Implant – 12 x 34 x 24mm, 8° | 6941234 |
| Implant – 14 x 34 x 24mm, 8° | 6941434 |
| Implant – 16 x 34 x 24mm, 8° | 6941634 |
| Implant – 18 x 34 x 24mm, 8° | 6941834 |
| Implant – 20 x 34 x 24mm, 8° | 6942034 |
| Implant – 10 x 34 x 24mm, 12° | 6951034 |
| Implant – 12 x 34 x 24mm, 12° | 6951234 |
| Implant – 14 x 34 x 24mm, 12° | 6951434 |
| Implant – 16 x 34 x 24mm, 12° | 6951634 |
| Implant – 18 x 34 x 24mm, 12° | 6951834 |
| Implant – 20 x 34 x 24mm, 12° | 6952034 |
| Implant – 10 x 38 x 28mm, 8° | 6941038 |
| Implant – 12 x 38 x 28mm, 8° | 6941238 |
| Implant – 14 x 38 x 28mm, 8° | 6941438 |
| Implant – 16 x 38 x 28mm, 8° | 6941638 |
| Implant – 18 x 38 x 28mm, 8° | 6941838 |
| Implant – 20 x 38 x 28mm, 8° | 6942038 |
| Implant – 12 x 38 x 28mm, 12° | 6951238 |
| Implant – 14 x 38 x 28mm, 12° | 6951438 |
| Implant – 16 x 38 x 28mm, 12° | 6951638 |
| Implant – 18 x 38 x 28mm, 12° | 6951838 |
| Implant – 20 x 38 x 28mm, 12° | 6952038 |
| Implant – 10 x 38 x 32mm, 8° | 6961038 |
| Implant – 12 x 38 x 32mm, 8° | 6961238 |
| Implant – 14 x 38 x 32mm, 8° | 6961438 |
| Implant – 16 x 38 x 32mm, 8° | 6961638 |
| Implant – 18 x 38 x 32mm, 8° | 6961838 |
| Implant – 20 x 38 x 32mm, 8° | 6962038 |
| Implant – 12 x 38 x 32mm, 12° | 6971238 |
| Implant – 14 x 38 x 32mm, 12° | 6971438 |
| Implant – 16 x 38 x 32mm, 12° | 6971638 |
| Implant – 18 x 38 x 32mm, 12° | 6971838 |
| Implant – 20 x 38 x 32mm, 12° | 6972038 |
| Implant – 10 x 42 x 30mm, 8° | 6941042 |
| Implant – 12 x 42 x 30mm, 8° | 6941242 |
| Implant – 14 x 42 x 30mm, 8° | 6941442 |
| Implant – 16 x 42 x 30mm, 8° | 6941642 |
| Implant – 18 x 42 x 30mm, 8° | 6941842 |
| Implant – 20 x 42 x 30mm, 8° | 6942042 |
| Implant – 12 x 42 x 30mm, 12° | 6951242 |
| Implant – 14 x 42 x 30mm, 12° | 6951442 |
| Implant – 16 x 42 x 30mm, 12° | 6951642 |
| Implant – 18 x 42 x 30mm, 12° | 6951842 |
| Implant – 20 x 42 x 30mm, 12° | 6952042 |

### BRIGADE IMPLANTS

| DESCRIPTION | CATALOG # |
|---|---|
| Screw – 4.5 x 20mm | 8594520 |
| Screw – 4.5 x 22.5mm | 8594522 |
| Screw – 4.5 x 25mm | 8594525 |
| Screw – 4.5 x 27.5mm | 8594527 |
| Screw – 4.5 x 30mm | 8594530 |
| Screw – 4.5 x 35mm | 8594535 |
| Screw – 5.5 x 20mm | 8595520 |
| Screw – 5.5 x 22.5mm | 8595522 |
| Screw – 5.5 x 25mm | 8595525 |
| Screw – 5.5 x 27.5mm | 8595527 |
| Screw – 5.5 x 30mm | 8595530 |
| Screw – 5.5 x 35mm | 8595535 |



## INSTRUCTIONS FOR USE

### DESCRIPTION

The NuVasive® BRIGADE Standalone System is manufactured from PEEK-OPTIMA® (polyetheretherketone) and Titanium alloy conforming to recognized standards. The implants are available in a variety of sizes to accommodate anatomical conditions. The BRIGADE Standalone System is a standalone system intended to be used with the bone screws provided and requires no additional supplementary fixation systems.

### INDICATIONS

• When used as an intervertebral body fusion device:

The BRIGADE Standalone System is a standalone system indicated for spinal fusion procedures in skeletally mature patients with degenerative disc disease (DDD) at one or two contiguous levels in the lumbar spine (L2 to S1). DDD is defined as back pain of discogenic origin with degeneration of the disc confirmed by patient history and radiographic studies. DDD patients may also have up to Grade 1 spondylolisthesis or retrolisthesis at the involved levels. These patients may have had a previous non-fusion spinal surgery at the involved level(s). The BRIGADE Standalone System is intended for use with autograft.

• When used as a partial Vertebral Body Replacement (VBR):

The BRIGADE Standalone System is a standalone system indicated for use in the thoracolumbar spine (T1-L5) for partial replacement of a diseased vertebral body resected or excised for the treatment of tumors, to achieve anterior decompression of the spinal cord and neural tissues, and to restore the height of a collapsed vertebral body. The BRIGADE Standalone System is also indicated for treating fractures of the thoracic and lumbar spine. The BRIGADE Standalone System is intended to be used with autograft or allograft.

### CONTRAINDICATIONS

Contraindications include but are not limited to:

• Infection, local to the operative site.
• Signs of local inflammation.
• Patients with known sensitivity to the materials implanted.
• Patients who are unwilling to restrict activities or follow medical advice.
• Patients with inadequate bone stock or quality.
• Patients with physical or medical conditions that would prohibit beneficial surgical outcome.
• Use with components of other systems.
• Reuse or multiple use.
• Any case not described in the indications.
• Prior fusion at the level(s) to be treated.

#### CONTRAINDICATIONS FOR STANDALONE APPLICATION

Contraindications for Standalone application include but are not limited to:

• Spondylolisthesis greater than Grade 1.
• Severe segmental instability.
• Prior fusion at the level(s) to be treated.

### POTENTIAL ADVERSE EVENTS AND COMPLICATIONS

As with any major surgical procedures, there are risks involved in orthopedic surgery. Infrequent operative and postoperative complications known to occur include: early or late infection which may result in the need for additional surgeries; damage to blood vessels; spinal cord or peripheral nerves, pulmonary emboli; loss of sensory and/or motor function; impotence; permanent pain and/or deformity. Rarely, some complications may be fatal.

### WARNINGS, AND PRECAUTIONS

• The subject device is intended for use only as indicated.
• The implantation of spinal systems should be performed only by experienced spinal surgeons with specific training in the use of this spinal system because this is a technically demanding procedure presenting a risk of serious injury to the patient. Potential risks identified with the use of this device system, which may require additional surgery, include: device component fracture, loss of fixation, non-union, fracture of the vertebra, neurological injury, and vascular or visceral injury.
• Correct selection of the implant is extremely important. The potential for success is increased by the selection of the proper size of the implant. While proper selection can minimize risks, the size and shape of human bones present limitations on the size and strength of implants. Metallic internal fixation devices cannot withstand the activity levels and/or loads equal to those placed on normal, healthy bone. These devices are not designed to withstand the unsupported stress of full weight or load bearing alone.
• Caution must be taken due to potential patient sensitivity to materials. Do not implant in patients with known or suspected sensitivity to the aforementioned materials.
• The BRIGADE Standalone System is a standalone system intended to be used with the bone screws provided and requires no additional supplementary fixation systems. If fewer than the maximum number of screws accommodated by the device are used, the system is intended to be used with additional supplemental fixation (cleared by FDA) for use in lumbar spine.These devices can break when subjected to the increased load associated with delayed union or nonunion. Internal fixation appliances are load-sharing devices that hold bony structures in alignment until healing occurs. If healing is delayed, or does not occur, the implant may eventually loosen, bend, or break. Loads on the device produced by load bearing and by the patient's activity level will dictate the longevity of the implant.
• Corrosion of the implant can occur. Implanting metals and alloys in the human body subjects them to a constantly changing environment of salts, acids, and alkalis, which can cause corrosion. Placing dissimilar metals in contact with each other can accelerate the corrosion process, which in turn, can enhance fatigue fractures of implants. Consequently, every effort should be made to use compatible metals and alloys in conjunction with each other.
• Care should be taken to insure that all components are ideally fixated prior to closure.
• All implants should be used only with the appropriately designated instrument (Reference Surgical Technique).
• Patients with previous spinal surgery at the level(s) to be treated may have different clinical outcomes compared to those without a previous surgery.

**PATIENT EDUCATION:** Preoperative instructions to the patient are essential. The patient should be made aware of the limitations of the implant and potential risks of the surgery. The patient should be instructed to limit postoperative activity, as this will reduce the risk of bent, broken or loose implant components. The patient must be made aware that implant components may bend, break or loosen even though restrictions in activity are followed.

**SINGLE USE ONLY:** Reuse of a single use device that has come in contact with blood, bone, tissue or other body fluids may lead to patient or user injury. Possible risks associated with reuse of a single use device include, but are not limited to, mechanical failure, material degradation, potential leachables, and transmission of infectious agents. Resterilization may result in damage or decreased performance.

**MAGNETIC RESONANCE (MR) SAFETY:** The BRIGADE Standalone System has not been evaluated for safety and compatibility in the MR environment. The BRIGADE Standalone System has not been tested for heating or migration in the MR environment.

**COMPATIBILITY:** Do not use BRIGADE Standalone with components of other systems. Unless stated otherwise, NuVasive devices are not to be combined with the components of another system.

### PREOPERATIVE WARNINGS

1. Only patients that meet the criteria described in the indications should be selected.
2. Patient condition and/or predispositions such as those addressed in the aforementioned contraindications should be avoided.
3. Care should be used in the handling and storage of the implants. The implants should not be scratched or damaged. Implants and instruments should be protected during storage, and from corrosive environments.
4. All non-sterile parts should be cleaned and sterilized before use.
5. Devices should be inspected for damage prior to implantatior.
6. Care should be used during surgical procedures to prevent damage to the device(s) and injury to the patient.

BRIGADE® FROM NUVASIVE®

## NOTES



**NOTES**



To order, please contact your NuVasive® Sales Consultant or Customer Service Representative today at:

EC REP **NuVasive, Inc.** 7475 Lusk Blvd., San Diego, CA 92121 USA • phone: 800-475-9131  fax: 800-475-9134
**NuVasive UK Ltd.** Suite B, Ground Floor, Caspian House, The Waterfront, Elstree, Herts WD6 3BS UK
phone: +44 (0) 208-238-7850  fax: +44 (0) 207-998-7818

**www.nuvasive.com**

9500635 B

©2015. NuVasive, Inc. All rights reserved. ⌐ NuVasive, Speed of Innovation, Affix, Brigade, FormaGraft, NVM5, Osteocel, and Precept
are registered trademarks of NuVasive, Inc. EnVoy is a trademark of NuVasive, Inc.
PEEK-OPTIMA is a registered trademark of Invibio.

CE 0086

# EXHIBIT 12



MAS MIDLINE

March 29, 2018

MEDIALIZED MINIMALLY DISRUPTIVE PROCEDURE

# NEWSLETTER



## SURGEON SPOTLIGHT

**Nitin Khanna, M.D., F.A.A.O.S.**
**Spine Care Specialists**
**Orthopaedic Specialists of Northwest Indiana**
**Munster, IN**



## MAS® PLIF

- MAS PLIF  ASC Case Review

- MAS PLIF ASC Abstract

- MAS PLIF Outpatient Poster

- MAS PLIF Perioperative Outcomes

A MAS PLIF original thought leader, Dr. Khanna has an extensive training in minimally invasive spine surgery and strongly believes in the ability of MAS PLIF to not only provide stability to spinal constructs, but significantly help patients by decreasing pain, recovery time, blood loss, and by restoring alignment. The results from his recent clinical research on MAS PLIF in an ambulatory surgery center (ASC) includes patients returning home after only two hours post surgery.[1,2]

Dr. Khanna is a fantastic resource for other surgeons that are interested in the MAS PLIF procedure.

## CASE REVIEW

**Surgeon:** Dr. Khanna

**Case Details:** 52-year-old male with back and unilateral leg pain

**Diagnosis:** Bilateral pars fracture, grade 1 spondylolisthesis, lateral recess stenosis, and central stenosis at L5-S1

**Surgical Plan:** Gill laminectomy, MAS PLIF at L5-S1 using Reline® MAS Midline and MAS PLIF Ti





   



NUVASIVE

[1] Khanna N, Deol G, Poulter G, et al. Muscle-splitting approach for posterior lumbar interbody fusion: Technique and multicenter perioperative results. *Spine* 2016;41:S90-S96.

[2] Khanna N. Early clinical results of a novel medialized muscle-splitting posterior spinal fusion – In the outpatient setting. Poster presentation, International Society for the Advancement of Spine Surgery (ISASS) Annual Meeting; Boca Raton, FL, USA. April 2017.



**NuVasive, Inc.** 7475 Lusk Blvd., San Diego, CA 92121 USA • phone: 800-475-9131 fax: 800-475-9134
**NuVasive UK Ltd.** Suite B, Ground Floor, Caspian House, The Waterfront, Elstree, Herts WD6 3BS UK
phone: +44 (0) 208-238-7850 fax: +44 (0) 207-998-7818

**www.nuvasive.com**

©2018. NuVasive, Inc. , All rights reserved. ⟍ , NuVasive, MAS, and Reline are registered trademarks
of NuVasive, Inc. in the United States, and may be registered in other countries.
Any third-party marks are property of their respective owners.

CE 0086

18-NuVa-0359



# EXHIBIT 13

**AN INTRODUCTION TO**

# POSTERIOR FIXATION | FOR THE THORACOLUMBAR SPINE

*This booklet is designed to inform you about posterior fixation procedure options for the thoracolumbar spine. It is not meant to replace any personal conversations that you might wish to have with your physician or other member of your healthcare team.*

*Not all the information here will apply to your individual treatment or its outcome. The information is intended to answer some of your questions and serve as a stimulus for you to ask appropriate questions about the procedure.*













**POSTERIOR** | **FOR THE**
**FIXATION** | **THORACOLUMBAR SPINE**

# About the Thoracolumbar Spine

The thoracolumbar spine is made up of 17 bones, called vertebrae. Twelve vertebrae make up the thoracic (or chest) spine, and five vertebrae make up the lumbar (lower back) spine. The sacrum consists of five fused segments, and connects with the last lumbar vertebra and laterally with the pelvic bones.

Between the vertebrae are discs which provide the cushion necessary for spinal rotation and bending. These are called intervertebral discs. Each disc is comprised of two parts, a tough and fibrous outer layer (annulus fibrosis), and a soft, gelatinous center (nucleus pulposus). These two parts work in conjunction to allow the spine to bend, twist, and also provide shock absorption.



CERVICAL

THORACIC

LUMBAR

SACRUM

COCCYX

**ZONE OF SPINE FOR THORACOLUMBAR SURGERIES**

## What is causing my pain?

There are several possible causes of spine problems. The most frequent symptoms are caused by either instability or by disc, bone, or ligaments pressing onto the nerve roots or spinal cord.

Some causes may include acute and chronic instabilities or deformities of the spine:

- Degenerative disc disease (DDD)
- Spinal stenosis
- Spondylolisthesis
- Spinal deformities
- Fracture
- Pseudarthosis
- Tumor resection
- Trauma
- Failed previous fusion



## What are my treatment options?

Many of the symptoms may be treated without surgery via methods that involve medication, rest, heat, and physical therapy. It is important that you speak to your physician about the best options for you.

If your symptoms do not improve with other methods, your physician may suggest spinal surgery. Surgery is reserved for those who do not gain relief from non-operative forms of treatment, patients whose symptoms are increasing or worsening, and patients that present with a spinal condition that indicates the need for surgery.

## What is posterior fixation for the thoracolumbar spine?

Posterior fixation for the thoracolumbar spine is a procedure intended to provide realignment, immobilization, and stabilization of spinal segments in skeletally mature patients throughout the healing process, allowing fusion to occur.



## Is posterior fixation right for me?

Your physician might determine posterior fixation is a good option for you if you require additional support for your interbody fusion procedure, are skeletally mature, and have gone through six weeks of non-surgical treatment. Interbody fusion is a surgical technique that attempts to eliminate instability in the back.

Conversely, your physician may determine that posterior fixation is not a good option for you if you are not a good candidate for fusion surgery in general due to other medical conditions. These conditions can be but are not limited to, signs of inflammation or infection near the operative site, patient sensitivity to implant materials, patients with inadequate bone quality, and other indications.

*BEFORE*

**DURING**

**AFTER**

## What can I expect...?

### *Before* surgery

Your physician will review your condition and explain all of your treatment options, including medications, physical therapy, and other surgeries such as removal of the diseased disc, fusion, etc.

On the day of your surgery, you may be admitted to the hospital early in the morning. You shouldn't eat or drink anything after midnight the night before.

Once you have been admitted to the hospital, you will be taken to a pre-op room and prepared for surgery. This may include instruction about the surgery, cleansing of your surgical site, as well as instruction about the postoperative period.

# What happens *during* surgery?

After you are sedated, positioned face down, and draped, an x-ray is taken of your spine to identify the location of the operative disc space.



**STEP 1** — APPROACH

**MAS® (Maximum Access Surgery)**

Your surgeon will make a series of small incisions off to the side of the medial (middle) portion of your back. Probes connected to monitoring equipment are introduced into the small incisions to direct the safest path to the affected vertebral bodies. Once the safest path has been optimized, your surgeon will then be ready to decompress the affected areas.

**OPEN**

Your surgeon will make an incision on the mid-line posterior portion of your back. Tissue is then retracted, or pulled back laterally to expose the affected vertebral bodies. Once the exposure is complete your surgeon will then be ready to decompress the affected areas.



**STEP 2** — DECOMPRESSION

Your surgeon may then choose to remove or decompress portions of the vertebrae and discs. Decompression may be necessary because the original pain of the pathology is usually due to a compression of nerves roots or spinal cord. With severe injuries, it may be necessary to remove large portions of the affected anatomy.



*Learn more about Posterior Fixation*
*Visit* **www.nuvasive.com**



**BEFORE**

*DURING*

**AFTER**

**STEP 3** — **STABILIZATION OR FIXATION**

**STEP 4** — **FUSION**

Your surgeon will then use screws and rods to stabilize or fixate the affected vertebral bodies. The combination of screws and rods act as an internal brace or stabilization device to help hold everything in place. Your surgeon will determine the appropriate use of fixation implants during the procedure.

Your surgeon will then tighten and lock down the construct (combination of screws and rods), which will allow the affected vertebral bodies to fuse. This means the bone will grow around the affected areas and heal. This can take various lengths of time depending on the severity of the pathology. The area will eventually stabilize itself once fusion has occurred.

## What implants are used?

Below are some examples of the implants that may be used in your posterior fixation procedure:

**Screws and Rods**



**BEFORE**

**DURING**

*AFTER*

# What can I expect...?

## *After* **surgery**

After surgery you will wake up in the recovery room, where your vital signs will be monitored and your immediate postoperative condition will be carefully observed. Most patients stay in the recovery room between one and three hours after surgery. Once the medical staff feels that you are doing well, you will be returned to your room in the hospital. It is normal for your incision to be sore immediately after surgery. The nursing staff will be checking to make sure that your vital signs are stable and that there is no problem with either the wound or nerve functions in your extremities.

Most patients who have undergone posterior fixation are discharged from the hospital within 1-2 days after surgery, but your physician will determine the best postoperative course for you. Your physician may instruct you to use a brace for a period of time to assist with the fusion process. Your physician may ask you to carefully sit, stand, or walk within 24 hours of the surgery under the supervision of trained professionals. Once you are discharged from the hospital it is important to limit your activities for a period of time (determined by your healthcare provider) to give your body a chance to heal. Your physician will discuss with you any pain medications to take home, as well as a prescribed program of activities. Your physician will provide instructions on wound care, exercises, and limitations to postoperative activity.

## Are there risks involved?

Keep in mind that all surgery presents risks and complications that are important to discuss with your physician prior to your surgery. Listening to your physician's guidance both before and after surgery will help to ensure the best possible outcome from your procedure.

Potential risks following a posterior fixation procedure may include: problems with anesthesia, infection, nerve damage, problems with the implants or hardware, and ongoing pain. This is not intended to be a complete list of the possible complications. Please contact your physician to discuss all potential risks.

## Frequently asked questions

### CAN I SHOWER AFTER SURGERY?

Depending on your surgical incision, you may have showering restrictions. Ask your physician for appropriate instructions.

### WILL I HAVE A SCAR?

Ask your physician for more information as every patient is different.

### WHEN CAN I DRIVE?

For a period of time after your surgery, you may be cautioned about activities such as driving. Your physician will tell you when you may drive again.

### CAN I TRAVEL?

The implants used in a posterior fixation procedure may activate a metal detector.  Because of increased airport security measures, please call your local airport authority before traveling to get information that might help you pass through security more quickly and easily. Ask your physician to provide a patient identification card.

## Notes

# Notes

_____

_____

_____

_____

_____

_____

_____

**RESOURCES**

For more information about Posterior Fixation please visit:
**www.nuvasive.com**

If you would like to learn more about patient support and education for chronic back, leg, and neck pain sufferers and their loved ones, please visit:
**www.thebetterwayback.org**

*If you have any questions about posterior fixation or spine surgery in general, please call or see your physician, who is the only one qualified to diagnose and treat your spinal condition. This patient information brochure is not a replacement for professional medical advice.*

**AN INTRODUCTION TO**

# POSTERIOR FIXATION | FOR THE THORACOLUMBAR SPINE



7475 Lusk Blvd., San Diego, CA 92121  Tel: 800.475.9131  Fax: 800.475.9134
**www.nuvasive.com**

©2017. NuVasive, Inc. All rights reserved.
, NuVasive, MAS, and Reline are registered trademarks of NuVasive, Inc.

9501186 C

# EXHIBIT 14