IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROGER P. JACKSON, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-53 (RGA) |
| | ) |
| NUVASIVE, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER CONCERNING SEPARATE TRIALS**

WHEREAS, the Court has currently scheduled trial to begin on August 12, 2024[1];

WHEREAS, at the conclusion of the hearing on the parties' motions for summary judgment and *Daubert* motions, the Court directed the parties that the Court did not want to have patent infringement claims tried together with fraud/contract claims before the same jury (*see* May 22, 2024 Tr. at 116);

WHEREAS, the parties have met and conferred and have agreed, based on the Court's guidance, that any patent infringement claims should not be tried to the same jury that will decide the parties' remaining claims (to the extent such other claims are properly triable to a jury), and that separate trials would be appropriate under Federal Rule of Civil Procedure 42(b);

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the trial scheduled for August 12, 2024 shall not include Plaintiff's patent claims and shall be limited to the following claims and counterclaims (and defenses thereto) that are not otherwise resolved on summary judgment to the extent such claims and counterclaims are triable to a jury: (i) fraud,

---

[1] The parties note that there is not currently a date set for a pretrial conference and respectfully request that the Court set a date for a pretrial conference.

(ii) breach of contract, (iii) breach of the implied covenant of good faith and fair dealing, and (iv) unjust enrichment.

| | |
|---|---|
| POLSINELLI PC | MCCARTER & ENGLISH, LLP |
| /s/ *Stephen J. Kraftschik* | /s/ *Alexandra M. Joyce* |
| Stephen J. Kraftschik (#5623) | Daniel M. Silver (#4758) |
| 222 Delaware Avenue, Suite 1101 | Alexandra M. Joyce (#6423) |
| Wilmington, DE 19801 | Renaissance Centre |
| (302) 252-0920 | 405 N. King Street, 8th Floor |
| skraftschik@polsinelli.com | Wilmington, Delaware 19801 |
| *Attorneys for Plaintiff Roger P. Jackson, M.D.* | (302) 984-6300 |
| | dsilver@mccarter.com |
| | ajoyce@mccarter.com |
| | *Attorneys for Defendant NuVasive, Inc.* |

July 3, 2024

SO ORDERED this _____ day of July, 2024.

_____
United States District Judge

95711101.1