# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROGER P. JACKSON, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-53 (RGA) |
| | ) |
| NUVASIVE, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING MOTION FOR EXEMPTION FROM STANDING ORDER

The Court having considered the Motion for Exemption of Persons from the District of Delaware's May 17, 2024 Standing Order ("Motion"),

IT IS ORDERED this  9  day of    August    , 2024 that:

1. The Motion is GRANTED.

2. For purposes of the August 12, 2024 through August 19, 2024 Trial in the above-captioned action, the following individual is exempt from the District of Delaware's May 17, 2024 Standing Order and shall be permitted to retain and use their personal electronic devices:

- Jay Jani

3. The individual listed in Paragraph 2 above shall present this Order, along with a valid photographic I.D., to the United States Marshals upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

/s/ Richard G. Andrews
United States District Judge

ME1 49399661v.1