**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROGER P. JACKSON, M.D., <br><br> Plaintiff, <br><br> v. <br><br> NUVASIVE, INC., <br><br> Defendant. | C.A. No. 21-53-RGA |

**NOTICE OF CORRECTION REGARDING D.I. 485,
DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE IMPROPER
REFERENCES CITED IN NUVASIVE'S SECTION 282 NOTICE**

Dated: April 10, 2025

OF COUNSEL:

Colin G. Cabral
James R. Anderson
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
(617) 526-9600
ccabral@proskauer.com
jaanderson@proskauer.com

Elizabeth C. Shrieves
PROSKAUER ROSE LLP
1001 Pennsylvania Ave. NW, STE 600
Washington, DC 20004
(202) 416-6800
eshrieves@proskauer.com

Hannah G. Silverman
Connor J. Villar
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
(212) 969-3000
hsilverman@proskauer.com
cvillar@proskauer.com

Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Counsel for Defendant NuVasive, Inc.*

On April 8, 2025, NuVasive filed its Opposition to Plaintiff's Motion to Strike Improper References Cited in NuVasive's Section 282 Notice. D.I. 485 ("Opposition"). On page five of the Opposition, NuVasive stated that the Sicvol '261 reference was "Produced by Dr. Jackson (JAC-0002550)." The Bates number in the Opposition included a typographical error. Dr. Jackson produced the Sicvol '261 reference during discovery at JAC-000259 0. *See* Ex. 1.


Dated: April 10, 2025

Respectfully submitted,

MCCARTER & ENGLISH, LLP

OF COUNSEL:

Colin G. Cabral
James R. Anderson
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
(617) 526-9600
ccabral@proskauer.com
jaanderson@proskauer.com

Jessica M. Griffith
PROSKAUER ROSE LLP
2029 Century Park East
Los Angeles, CA 90067
(310) 557-2900
jgriffith@proskauer.com

/s/ Daniel M. Silver
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Counsel for Defendant NuVasive, Inc.*