1               IN THE UNITED STATES DISTRICT COURT

2              IN AND FOR THE DISTRICT OF DELAWARE

3

        JACKSON, M.D.,                    )
4                                         )
        --------------------Plaintiff,    )
5                                         ) Case No.
        vs.                               ) 21-CV-053-RGA
6                                         )
        NUVASIVE, INC.,                   )
7                                         )
        --------------------Defendant.    )
8

9               TRANSCRIPT OF STATUS CONFERENCE

10

11        STATUS CONFERENCE had before the Honorable Richard G.

12   Andrews, U.S.D.C.J., in Courtroom 6A on the 9th of

13   April, 2025.

14

15                      APPEARANCES

16        POLSINELLI
             BY:  STEPHEN KRAFTSCHIK, ESQ.
17                TOM GEMMELL, ESQ.
                  KEVIN DAVIS, ESQ.
18
                           Counsel for Plaintiff
19

20        MCCARTER & ENGLISH LLP
             BY:  DANIEL SILVER, ESQ.
21
                      -and-
22
        PROSKAUER ROSE LLP
23           BY:  COLIN CABRAL, ESQ.
                  JAMES ANDERSON, ESQ.
24
                           Counsel for Defendant
25

1          THE COURT:  Good afternoon, everyone.  So I have

2     a couple of spare things, but why don't we do the thing that

3     I originally said we're going to do now, which is for

4     someone to show me the accused products and maybe even --

5     well, whatever.

6          Mr. Gemmell.

7          MR. GEMMELL:  Yes.  Thank you.  Good afternoon,

8     Your Honor.  So we actually did put together a brief

9     tutorial generally for you so we can go through that with

10    you.  So the first slide here are the accused products.

11    These are representative products.

12         THE COURT:  I'm not saying anything about the

13    representative product.

14         MR. GEMMELL:  Here are the accused products: the

15    Reline 1601, Reline 1451, Reline 1617, the Armada, VuePoint

16    II, and then two SpheRXes here, 737 and 448.  So the Reline

17    as you see in the picture, you're going to have an

18    opportunity, Your Honor, to have them physically brought

19    forward to play with.

20         THE COURT:  I appreciate that.  Thank you.

21         MR. GEMMELL:  So the Reline 1601 is the product

22    we're accusing across the board for the asserted patents and

23    asserted claims.  It's a focus more than anything else.

24         THE COURT:  It's also the big seller; right?

25         MR. GEMMELL:  It is the big seller as well.

1    It's true.

2             The Reline 1451, even though it looks like a

3    different screw, it's essentially the same as the Reline

4    1601 except it's for a small stature person or child.  It

5    doesn't have the same tool engagement groove across the top

6    of it as the Reline 1601.

7             THE COURT:  It looks like -- I don't know if I

8    have the right word here.  I'm going to use normal English.

9    The spirals appear to be more well-designed than in the

10   Reline 1601.

11            MR. GEMMELL:  It's probably just from the

12   picture.  You'll see there's a variety of different shanks

13   or views, and all of these products have the ability to

14   maybe use a different type of a shank.  For example, you

15   might have a Reline 1601 that has a very large diameter and

16   long-length screw, but you can have a Reline 1601 that has a

17   smaller diameter and smaller length of the shank, and the

18   same with all of these.  This is just picture of what was

19   provided to us in terms of a sample and these are the

20   samples of the particular product families.

21            THE COURT:  Keep going.

22            MR. GEMMELL:  The Reline 1617 is, essentially,

23   the same as the Reline 1601; however, it's a modular

24   version.  What I mean by that is it comes with a shank and

25   screw and the receiver, which is the top heart.  What

1    happens is the surgeon will install the shank into the bone

2    and the receiver can be selected by the surgeon and plopped

3    on top of the shank after it's been installed in the

4    pedicle.

5              THE COURT:  If the receiver is in the top and

6    shank, is in the bottom -- is there a common usage term for

7    what's in the middle there?

8              MR. GEMMELL:  There's a lot of things in the

9    middle, but primarily, for purposes of this particular case,

10   we're talking about a pressure insert or a load ring.  And,

11   essentially, what's in the inside is it's a sandwich between

12   the rod.

13             Here's the tulip, for example.  The rod goes in

14   the tulip that's configured like a U-shaped channel to

15   receive the rod.  The rod goes in and then the closure top

16   goes on top of it.  Sandwiched between the rod and the shank

17   down here is the load ring, and it distributes the load of

18   the shank of the rod to the shank and locks it in position

19   when it's finally closed.  That load ring also sometimes

20   will provide what's called friction fit.

21             So for example, you might have a -- if you

22   didn't have the load ring in there, for example, you might

23   have this tulip on top, you have the shank on the bottom,

24   and they just are connected but flop all over.  The load

25   ring, in some circumstance, will provide enough friction

1    between these two such that you can screw the shank into the

2    pedicle, the receiver you can place any way you want, and it

3    will maintain that position.  The benefit of that is,

4    obviously, to let the surgeon not have to pull it up later

5    on.  It's already in position for the rod to be lowered into

6    the U-shaped channel.

7              An additional part in there that I'm going to

8    explain further on is a retainer ring, and the retainer

9    ring -- good example.  The retainer ring, essentially, holds

10   this ball of the shank inside this cavity of the receiver so

11   it doesn't pop out the bottom.  And all of these,

12   essentially, have that except for when we get to the

13   three-piece assembly of the VuePoint and the SpheRX, and

14   those are loaded from the top.  The shank goes down the top

15   and the opening at the bottom is not large enough for it to

16   fall out.

17             These other ones, however, including this last

18   one, this last SpheRX, they use a retainer ring.  So the

19   ring goes up with -- either before or after the shank head

20   goes into the cavity here, and so it can't fall out because

21   the retainer ring is spread out, essentially, when the shank

22   falls down.  So it creates an additional part of it so it

23   can't fall out the bottom of the receiver, and I'll go

24   through those with you in the tutorial.

25             THE COURT:  Okay.

1          MR. GEMMELL:  If you have other questions, I'd

2     be happy to answer those as we go along.

3          THE COURT:  Yeah, so I mean, one of the things

4     that's confusing to me is there seem to be multiple

5     different terms of usage by the same thing.

6          MR. GEMMELL:  Yeah, so there are.  So for

7     example, this -- let me just -- if I can go to --

8          THE COURT:  Before you go on to answer, just

9     going back to the Reline 1601, there's two different screws,

10    for lack of a better word, up there.  Do those two interact

11    with each other in some way?

12         MR. GEMMELL:  This screw and this screw are

13    exactly the same, just turned sideways.  You're seeing this

14    is one view, profile view, and turn it sideways, this is the

15    profile view.  One shows the U-shaped channel where the rod

16    drops in the U-shaped channel.  It's the same with that

17    channel there.

18         THE COURT:  Let's rely on 1601.  We only have

19    one screw there, and I appreciate the angles.  In that

20    particular screw, the shank and the U-shaped thing, are

21    they -- do they come together or are they -- come separately

22    and you put the screw through?

23         MR. GEMMELL:  So they all come together except

24    for when you come down to the modular version which is --

25         THE COURT:  So it's one piece.

1         MR. GEMMELL:  It's all one piece assembled by

2    NuVasive's manufacturers.  They either make it themselves or

3    have it made.  This one comes to thee surgeon in components

4    with one piece and the second piece.  When they're combined

5    together, they end up looking something like this over here.

6    The surgeon installs this, which is made to lock on top of

7    the shank.  So what the surgeon will do is install the shank

8    in the pedicle, for example, and then the surgeon will

9    select the receiver and he'll pop it on top after he's

10   installed the shank.  It's just a modular version of the

11   1601.

12         THE COURT:  Okay.  And for example, the Reline

13   1601, you said that at the top that a rod goes into that

14   screw, and am I correct that I should be thinking about

15   this -- that you have a spine, the screws go in

16   perpendicular, and this rod that's some other thing -- you

17   have multiple screws and the rod kind of slides up in the

18   opening of multiple screws to -- for whatever purposes it

19   does that?

20         MR. GEMMELL:  Yes.  In fact, we showed it during

21   the first trial, the demonstrative to the jury, so they

22   generally understood how this is all put together.  But

23   you're correct.  I'm going to show you that a little bit,

24   but you're right.  There's this whole series of these

25   pedicle spinal implants that are going along the vertebrae,

1    essentially, and there's different places the surgeon puts

2    them.  But then the rod is located -- dropped into the

3    U-shaped channel and the closure is put on top.

4            THE COURT:  For basically most of these,

5    probably including the Reline 1601, 1451, the Armada, the

6    VuePoint, the SpheRX, and -- the 737 and SpheRX 448,

7    functionally they all do more or less the exact same thing;

8    right?

9            MR. GEMMELL:  Correct.  Functionally, they do,

10   essentially, the same thing.  All the technology that's

11   involved here is, essentially, to improve the ability of the

12   surgeon to be able to do what they need to do.  But in the

13   end, it's to correct malady of the spine either by accident

14   or by some disease, and these are all different types of

15   screws they can use and they can select these as they want.

16   Some of these are, essentially, older versions of newer

17   products, so as the product develops, there's the newer

18   product.  The newest product, essentially, is the Reline

19   family over here.  Some of these are a little bit older.

20           THE COURT:  I got what you said earlier, that

21   the Reline 1451 might be for a child, but leaving aside

22   whether they're new, generally speaking, is it, essentially,

23   the case that for things -- well, generally speaking, you've

24   got it lined up newest to old, and it would be reasonable to

25   think that at various points in time, surgeons in general or

1   whoever's buying these products might be sort of gravitating

2   towards newer ones for whatever benefits the new ones have

3   other older ones?

4           MR. GEMMELL:  And some surgeons will go and

5   stick with whatever they prefer.  They might stick with an

6   older version or some version that gives them an opportunity

7   to modularly put things together as opposed to receiving it

8   fully assembled by the manufacturer.  Typically, the

9   improvements we're talking about in the trial are to the

10  benefit of the surgeon and, ultimately, for a better outcome

11  of the patient.

12          THE COURT:  In terms of understanding these

13  various things, really, the Reline 1617 is the odd man out.

14  The rest of these are, basically, a variation of a theme.

15          MR. GEMMELL:  Variation of a theme, yes, they're

16  all, essentially, a preassembled implant system that's

17  provided by NuVasive.  The odd man out in terms of the

18  assembly process is the Reline 1617, which is modular.

19          THE COURT:  The accused product, for example,

20  the Reline 1601, I was looking at the claims earlier but for

21  different purposes, the accused product is a single screw or

22  is it, essentially, a set of screws?

23          MR. GEMMELL:  So what you'll see -- and

24  actually, if you don't mind, Your Honor, can I show you

25  this?

1          THE COURT:  Sure.

2          MR. GEMMELL:  This is the presentation but in

3   hard copy.

4          THE COURT:  Okay.

5          MR. GEMMELL:  We're kind of jumping a little bit

6   ahead.  If you turn to the fourth page back, you'll start

7   seeing these they all come in a kit.  So it's like a big

8   toolbox and there's various trays, levels of tools in these

9   levels of trays within the tool backseat.  For example, you

10  might have -- this is for the Reline 1601 and there's

11  numerous other trays that come along with these products,

12  but it's a whole system.  So what you have here is a core

13  tool tray.  So all of this comes together.  It's all

14  provided.

15         THE COURT:  In terms of -- and maybe this

16  differs depending upon the claims, but what's accused?

17  Essentially, the Reline core tray 1 up there or the various

18  screws that are in it?

19         MR. GEMMELL:  If you turn to, for example, slide

20  6, you'll see this is the Reline, essentially, implants

21  tray.  So here's an implant tray that has all of the actual

22  implants and the surgeon can select what he wants out of

23  these.  All of this comes together.  It comes with rods and

24  it comes with closures.  All of this is, essentially, sold.

25         And, for example, I don't want to necessarily

1    get into the arguments too much here, but when you're asking

2    specifically what is the infringing product, we're talking

3    about the infringing spinal assemblies, which I'm going to

4    show you figures of; however, the damages goes to a

5    different issues.  That goes to collateral sales and some of

6    the additional stuff that's related in terms of rods and

7    closures.

8          THE COURT:  Okay.  Try to be brief here because

9    I don't want to get into a big argument between the parties,

10    but for the twist-in-place patents, which, obviously, is the

11    central thing in this case here, what is it in these

12    screws -- what is the twist-in-place concept?

13          MR. GEMMELL:  I'm going to show you the

14    twist-in-place concept.  Would you like me to go right to --

15    if you don't mind -- and I can go back to the products and

16    tell you the differences or finish that off with you now.

17          If you can go, Rich, to -- let's go to first

18    engineering drawing on page 7, please.

19          So we're skipping a little bit ahead here, Your

20    Honor.  What you'll see is here is the load ring.  I'm

21    circling it with my laser on top.  This is the Reline 1601

22    product, and you'll see the components that are in the

23    spinal assembly that were provided by NuVasive as a full

24    assembly here.

25          What you have is you have a shank or screw; you

 1    have a retainer ring; you have the receiver, which has all

 2    of the details and stuff on the inside of it; this head,

 3    this receiver go inside the cavity of the receiver; and then

 4    on top, you have this pressure insert.

 5              This insert, when it's dropped down, can only be

 6    dropped down in a particular orientation.  It can't

 7    literally be dropped down exactly like this because these

 8    edges on the top here that rotate under the lower-facing

 9    downward shoulder of the interior of this receiver don't

10    allow it.  This has to be rotated 90 degrees, dropped down

11    into the receiver, and then rotated or twisted into place.

12    So then it's a load-bearing entity or structure between the

13    shank that drops into this U-shaped channel and the top of

14    the receiver head or shank head.  So when it's all put

15    together, it's right here.  And right there you have the

16    little piece which is the twist-in-place insert or the

17    pressure ring.

18              THE COURT:  Whatever it is that prevents you

19    from just dropping the item number 3 up there, the overhang,

20    if you will, I was looking.  It seems to me if you rotate it

21    90 degrees, based on the way the openings are, you could

22    drop it and the overhangs won't prevent you from doing that,

23    but there must be some something that allows you to then

24    twist it that the overhang wouldn't still be a problem.

25              MR. GEMMELL:  That's correct.  Right now, you

1    see the U-shaped channels of the pressure or insert right

2    here and the U-shaped channel here are lined up.  But to

3    drop it in, they have to go 90 degrees, so they're not lined

4    up.  When they drop down, because there's only one way it

5    can drop in, it drops down and then it rotates so the

6    U-shaped channels are lined up shown here.

7              That's done by a tool and I'm going to show you

8    a tool in a little bit.  There's a tool that captures on top

9    these little areas on this side and this side of the

10   receiver.  This is also called a head, by the way, the

11   receiver.  A tool come down, drop on top of it, and then the

12   surgeon can pick it up, move it around, do whatever he wants

13   to do.

14             On the inside of the tool are telescoping

15   structures, for example, like a screwdriver.  Here's the

16   tool.  It's locked on.  Inside of it is a screwdriver.  It

17   screws in the shank into the bone.  It could also be used to

18   make sure that all the retainer information is done

19   correctly on the inside.  It could also be dropped in to

20   make sure that the retainer ring -- excuse me the

21   load-bearing ring or pressure insert is rotated.  It also

22   can be used to drop in by pushing down the rod into it, and

23   it could also be used to drop in the closure top to screw it

24   on.  This tool attached on the outside has all these

25   abilities for this to happen once the tool is attached, and

1    I can show you that as well.

2              If you could go, Rich, to the pressure insert

3    load ring animation.

4              What we have here, Your Honor, this is just a

5    generic assembly, spinal implant assembly.  The bottom here,

6    you have the retainer ring.  This, once it's put up in this

7    position, prevents the shank, the top of the head, the

8    proximal portion, from dropping out the bottom.  There are

9    other screws, like I told you where this whole thing comes

10   in from the top, the shank goes in from the top, and this is

11   too small to drop through.  There's a couple of products

12   that have it, but this has a retainer ring, and I wanted to

13   show you because it's a part of the internal that you talked

14   about.

15             You've got the retainer ring.  You've got the

16   shank with the proximal end portion that fits into what's

17   called a cavity.  You've got the receiver which is green.

18   You've got the little indentations that go around from the

19   front of this U-shaped channel to the back of the U-shaped

20   channel all across the top.  That's called the

21   tool-engagement feature.

22             And then you've got the pressure insert or load

23   ring that drops down.  Right now, it's in this position.  It

24   can't drop down in this position.  It has to turn sideways

25   completely, drop into position, and then it rotates, and on

1    the inside you're going to see there's a downward facing

2    shoulder and the upward facing ledge or face that mate --

3              THE COURT:  I vaguely recall that in claim

4    construction.

5              MR. GEMMELL:  Yes, downward facing shoulder.

6    That's correct.

7              And then the rod, when it comes in, it goes in

8    this way and rotates.  So the downward facing shoulder of

9    this receiver meets with the upward facing part of the

10   insert and rotates in position and puts that -- sometimes

11   it's a friction fit, but when it's loaded in there, it can't

12   come out.  This receiver or load ring can't come out because

13   it's been rotated or twisted into place and locks into the

14   mating structure that's on the inside of that receiver.

15             You then have this rod.  The rod is then put

16   into this U-shaped channel, which is configured to receive

17   the rod, and then you have this closure top that closes all

18   together and locks it into shape.

19             If you can let this start to play.

20             It goes up into the cavity.  The retainer ring

21   will come on up.  When it drops down, it can't fall out of

22   the bottom.  Stop.

23             At this point, you can see when you put the

24   pressure -- you can either put the pressure here or here.

25   It doesn't matter go ahead because they're both floppy.

1          Go ahead and remove the pressure.  Stop.

2          It falls into place.  These are very floppy.

3    This is floppy.  This is floppy.

4          Sometimes when you lower the pressure or load

5    ring into position, it provides what's called a friction

6    not.  Not in every case, but most cases of the accused

7    product, we friction fit.  When it goes down here and you

8    put pressure on it -- let it run -- it turns sideways, drops

9    in, not aligned, rotates into place, now it's aligned.

10   Stop.

11         That's what I'm talking about with the pressure

12   insert or load ring.  It can only go down one way.  It gets

13   into position and there's a lower ledge here, a downward

14   facing shoulder of the receiver, and there's an upward

15   facing ledge of the retainer, and it locks it in place.  Now

16   this retainer or load ring can't go up.  It's there.

17         Now what's going to happen, Your Honor, is when

18   you put pressure on it --

19         Go ahead and move forward.  Remove the pressure.

20   Stop.  Now go back.  Stop.  Stop.

21         Now you can see the shank or the receiver which

22   used to be floppy doesn't fall down.  This is just a benefit

23   of the surgeon, as I mentioned before.  So this is into the

24   bone.  Here it is -- the receiver or tulip is ready to

25   receive the rod.  The rod is going to be put in place, the

1    closure stop is put on top of it.  Now when you push really

2    hard, it's locked.  It won't move.

3           Go ahead.  Stop.

4           This is done through every one of these spinal

5    implants along the back, and the rod is laid into all of

6    those grooves the closure top is put down the way the

7    surgeon wants to be, everything is fixed correctly, it's

8    locked into position and can't move.

9           Do you have any questions about this, Your

10   Honor?

11          THE COURT:  The only question I have has

12   probably has nothing to do with anything, actually, is you

13   start off by saying the shank and the connecting part are

14   floppy and that makes sense to me.  And at some point they

15   become fixed.  At the point they're fixed, is that because

16   the surgeon has, basically, figured out what the angle needs

17   to be to have the rod go through it?

18          MR. GEMMELL:  Correct.

19          Go back after the first -- after the pressure

20   insert is inserted and the second force is applied.  Yes,

21   Rich.  Sorry.  Stop.

22          Okay.  So this is just to assist the surgeon.

23   So yes, he puts this in, he puts -- the load ring is already

24   in place.

25          THE COURT:  Once the load ring comes into place,

1    is it fixed or is it still manipulable?

2              MR. GEMMELL:  It's still manipulable.  He can

3    actually grab this, move around, do whatever he wants, but

4    he can put it -- it's like -- may I approach, Your Honor?

5              THE COURT:  Sure.

6              MR. GEMMELL:  This is the assembly they

7    received.  Understand this is all preassembled.  This is

8    what NuVasive sells, so he's not doing these pressure

9    putting these in.  I'm trying to explain to you the

10    internals.  But if you have that, you can see how it stays

11    in that spot and you can move the top any way you want, but

12    wherever you put it, it stays.

13              I'm going to show you another example that's

14    floppy.  May I approach, Your Honor?

15              THE COURT:  Sure.  Is this the typical

16    thickness?

17              MR. GEMMELL:  That's a big one but there's lots

18    of different thicknesses.  Compare the two and you'll see

19    that's floppy.  Move it around and you'll see it won't stay

20    in its position.  So just let go and move it around.  See

21    how it flops?

22              THE COURT:  Right.

23              MR. GEMMELL:  This one doesn't.  This is an

24    advantage for the surgeon because what he can do, Your

25    Honor, he can put it in the position he wants.  Let's say he

1    puts it in the pedicle like this and it's about right.  If

2    puts in like that, he wouldn't put it like that because it

3    takes up afterward.  This makes it more efficient.

4            He puts it there, drops the rod into that slot,

5    closes up, completely locked.  For example, this is a floppy

6    one.  Maybe it has an insert in it.  The advantage of the

7    pressure insert is to -- for example, some of them will have

8    this ability to friction fit.  Not all of them, but this is

9    definite something that's an advantage to the surgeon.

10           Would you like to hold this for a second?  I'm

11   going to bring it back to you anyway.

12           THE COURT:  Why don't we do that.  I think I

13   have other people here who would like to hold them too.

14           MR. ANDERSON:  Could we identify for the record

15   the products that we're --

16           MR. GEMMELL:  1601 and Armada.

17           If we can go -- I'm sorry.  Go ahead, Your

18   Honor.

19           THE COURT:  No, it's all right.

20           MR. GEMMELL:  So it moves like that, and it's

21   still malleable.  After he inserts it in the bone, the

22   assembly, without putting the closure top and the rod in

23   there, it's still movable.  He can put it anywhere he wants,

24   but once he puts it there, generally will stay.  Some of

25   them don't like the Armada at all.  It's floppy, but this

1    has the benefit -- the 1601 has the friction fit, for

2    example.  A lot of them do.  Most of them do, actually, but

3    I'm just trying to explain most of those advantages.

4            Now, if you back this up.  Go all the way to

5    after -- that's good.  Push it.  Let it go.  Okay.

6            Puts the insert in.  Again, it drops down.  It

7    twists into place, puts that slight pressure on it which

8    allows for the friction fit, but mostly it's for this

9    purpose.

10           Stop.  Leave it there.

11           Mostly, it's for this purpose, to take this rod,

12    drop it into the U-shaped channel that's configured to

13    receive the rod, and when you lock in the closure top on top

14    of it, it locks it.  This thing is like a sandwich, the

15    interior of a sandwich.  This is the top piece of bread and

16    the bottom piece of bread.  This pressure insert or load

17    ring distributes the load pushed down by the locking top

18    locking it in place so the load is distributed over the top

19    of the shank here and allows it for very, very strong

20    locking.

21           And this can't pop up.  Some of the other

22    stuff -- prior, for example, there's other stuff that's out

23    there can pop up.  This can't pop up because of the

24    twist-in-place nature of it.  It just can't pop up.  It's

25    already locked and made it into position.  You lower the

 1   downward facing shoulder on the interior of the receiver.

 2              So while we're at it, can I go to the next ones

 3   real quick, Your Honor?

 4              THE COURT:  Yeah, why don't you go on.

 5              MR. GEMMELL:  Let's go to the next animation.

 6              I was going to talk about this a little bit but

 7   here is a cannulated polyaxial screw.  There's three general

 8   technologies.  There's the twist-in-place insert, the

 9   cannulation, and then there's this tool engagement which I

10   mentioned before.

11              The cannulation part of it is where the surgeon

12   inserts a guidewire or K wire into the pedicle, drives it

13   down, and there's this wire that's sticking up.  The

14   assembly, the spinal insert, like the 1601, will be placed

15   over the top of the guidewire and guided to its position

16   during -- generally, during minimally invasive surgery.  And

17   then it's screwed into the bone.  That's called a

18   cannulation.  And what I want to show you --

19              THE COURT:  And the point of that is, is that

20   their using the guidewire makes for better placement of

21   screw?

22              MR. GEMMELL:  Exactly.  And some surgeons like

23   it, some don't.  Half and half.

24              If you look at this, this is the cannulated

25   polyaxial screw, and you can see there's a hole.  The shank

1    has a hole.  The guidewire is here in the bone.  This goes

2    on top of the guidewire to guide it down to exactly where

3    the surgeon wants to be.

4                THE COURT:  But first the surgeon has to put the

5    guidewire exactly where it is if the surgeon ends up wanting

6    to put the screw.

7                MR. GEMMELL:  That's correct.

8                THE COURT:  But from my own exercise in

9    carpentry, I assume it's a lot easier to place a very thin

10   little wire where you want it than to try to ram a great big

11   screw.

12               MR. GEMMELL:  And these are -- you'll actually

13   see some of these, I believe, in some of the surgical

14   technique guides.  You'll see how thin they are.  They're

15   very, very strong, but they're thin.  You're correct, Your

16   Honor.

17               These are small holes.  As you saw, the

18   cannulation on the inside is very narrow.  It provides for a

19   very, very precise entry, and they use a tool shown there

20   earlier --

21               Go back, Rich, to the tool.  Right there.

22               This tool is very precise with what they want to

23   do, and they can drive this guidewire to the exact location.

24   Sometimes they call it a guide or a pin or wire.  "Wire"

25   sounds like it's pretty valuable.  A pin is probably more

1  akin to what it is very, very strong pin.

2              THE COURT:  I'm sorry to digress here, but you

3  reminded me of something else.  In terms of the trial, is

4  there going to be any demonstrative or something else that

5  actually shows an actual human being's open back?

6              MR. GEMMELL:  We're not going to do that.  I

7  think what we would like to show the very same one we showed

8  the jury in the first trial, which, essentially, shows a

9  cartoon or animation.

10             THE COURT:  Cartoons and animations are okay.  I

11 couldn't remember whether -- I had some spinal surgery trial

12 where there was going to be --

13             MR. GEMMELL:  Blood and guts?

14             THE COURT:  Yeah, turns out 10 percent of the

15 jury can't take that.

16             MR. GEMMELL:  We're not doing that.

17             This is the technology, if you go to the next

18 one, please.

19             So now we're going to talk about the tool

20 engagement groove.  Again, it's the groove I talked about

21 before, and here's a general screw that has the tool

22 engaging screw that goes across.  It's from the front side

23 of the front face of the U-shaped channel to the backside of

24 the U-shaped channel and goes all the way around the top,

25 and it's a tool engagement groove.

1    And again, the whole point of this groove is to

2    allow a tool to come down, get on top of it, be able to pick

3    it out of the tray which I showed you before, pick out

4    whichever receiver head he wants or any kind of spinal

5    assembly he wants out of the tray, and he can manipulate

6    around, do whatever he wants to.  Once he puts it in the

7    location of the spine and screws it in, there's going to be

8    an internal telescoping screwdriver that screws it into

9    place.  There's a telescoping rod that pushes to make sure

10   the rod is pushed into place correctly, and then there's a

11   closure top.  All this can be done while the tool is

12   attached, and you'll see this animation.

13   Go ahead and play it, Rich.

14   Here's the tool.  Attach it on top and now the

15   surgeon can manipulate this thing, can move it around.  You

16   can see the tool.  The groove goes from the front and back

17   and the engagement tool attaches across the entire face from

18   the front of the U-shaped channel to the back of the

19   U-shaped channel.

20   If you'd like to go, I can go back and explain a

21   little bit more about the individual products, but I do want

22   to show you a closure top and a spinal implant or a rod that

23   goes into the U-shaped channel in the closed position.

24   THE COURT:  Why don't you show me those things.

25   I'm not sure if you do want to look at the individual

1    products, but I'm not sure whether your --

2            MR. GEMMELL:  There's not much more in terms of

3    the actual drawing in front of Your Honor.  This right here,

4    essentially, I could walk through and tell you what the

5    general differences are.  Probably not critical for you to

6    know all that, but for the most part, these do the same sort

7    of stuff in slightly different ways.  Some are older

8    products, some are newer products.  Some have a

9    top-loaded -- for example, top-loaded VuePoint II.

10            So this one, instead of the shank going up in

11   the cavity of the receiver, the shank goes from the top down

12   into the receiver, which I mentioned before.  And it doesn't

13   use a load ring because there's no need because it can't

14   fall out the bottom.  There's only three pieces as opposed

15   to four pieces internally.

16            These over here are slightly different, and I

17   want to talk about these SpheRXes a little bit.  They have

18   what's called the DBR feature.  The DBR means dual ball rod

19   feature, and the DBR allows, again, the rod to be dropped in

20   the U-shaped channel, just like before, that's configured to

21   receive the rod.  But what you've got is an ability also to

22   use these as end pieces.

23            So envision this, Your Honor.  You've got a

24   whole series of implants all along the spine and they're all

25   there and the rod drops into that channel or maybe this way

1    and got all these going this way.  At the end, there's got

2    to be something.  These provide for an end cap and the rod

3    has a little ball on the end.  It's a specific type of rod,

4    and that ball can be captured by the SpheRX.

5              So let me show you that real quick.  Here is,

6    Your Honor, for example a SpheRX.  Which one is this?  448.

7    And it's got -- looks like everything else; right?

8              So I can take this closure top and I can drop in

9    the rod into that U-shaped channel.  See how that goes in

10   there?  Anywhere along the rod, but this particular closure

11   top has a ball on the end and it can act as an end cap so

12   now it doesn't fall off.  That's the end cap.

13             If I can approach, Your Honor.

14             THE COURT:  Sure.

15             MR. GEMMELL:  This is the new part of the insert

16   pressure insert on here is it captures the ball and it can

17   go anywhere along and also just capture the ball.

18             THE COURT:  Yeah.

19             MR. GEMMELL:  Pretty neat, huh?

20             So I wanted to go to the -- I think I showed

21   you -- let's go to the first engineering drawing of the

22   Reline 1601.  It's slide 8, Your Honor.

23             I talked about this briefly before, but here's

24   the assembly that comes from NuVasive.  It's preassembled.

25   Here are the component parts 1, 2, 3, 4, for this screw.

1          Up here it's interesting.  This engineering

2     drawing has assembly instructions.  It says, "To assemble"

3     and goes through the whole step-by-step for the manufacturer

4     how to assemble this stuff to make it this spinal implant.

5          If you could go to the next slide, Rich.

6          And here is the diagram of it actually

7     happening.  The only different here is, again, right here,

8     this has to rotate sideways, drops in, and then rotates into

9     position, so the U-shaped channel here meets the U-shaped

10    channel here.  And the final assembly, you've with got the

11    receiver head configured to receive the rod that falls into

12    place.

13         Now, of course, you have to have this U-shaped

14    channel to be configured to receive the rod because if you

15    don't, you've got nothing holding it.  It's just there's a

16    rod in the back and nothing -- there's a rod floating around

17    in the spine.  It's got to go into something to lock it into

18    that location, so that's what it is.

19         If you can go to -- what I'd like to do now,

20    Your Honor --

21         If you go back to the animation, first

22    animation, please.  And if you can go to the last part of

23    it.  Right here.  Stop.

24         Okay.  I'm going to take -- so I'll take a

25    sample of the 1601.  I'm going to show you a rod and a

1   closure top.

2               THE COURT:  And closure top is what's in red

3   here?

4               MR. GEMMELL:  Yes, that's a very good point,

5   Your Honor.  I think we all know the stuff to well and try

6   to explain it.

7               The gold is the shank or the anchor, two

8   different words that are used.  Here's the retainer ring.

9   That's the purple.  Here's the pressure insert, which is in

10  blue.  The green is the receiver or head or receiver head.

11  Sometimes it's also called a tulip because it looks like --

12  the shape is kind of like a tulip.  The gray is the rod, and

13  the closure top is the red.

14              What I'm going to show you, Your Honor, is a

15  Reline 1601.  All of these do the same thing, but you can

16  see the 1601, the U-shaped channel.  We're going to put a

17  rod in the U-shaped channel, which is configured to receive

18  the rod.  Otherwise, again, this rod would just be flopping

19  around.  And now I'm going to take a closure top -- again,

20  all this is in the tray that comes for the surgeon -- and

21  with a tool, he's just going to rotate this into position

22  I'm.  Just using it finger-tight for right now.

23              And you're going to see the closure top locks it

24  down.  It's all locked into the U-shaped groove, and when I

25  tighten this thing up, what I'm going to do is put a lot of

1    pressure on that rod, and the rod is not actually touching

2    the top of the shank head.  It's touching the pressure

3    insert.  So the pressure insert or load ring distributes the

4    load of this tremendous pressure onto the shank almost like

5    a sandwich in between, it's the meat to the sandwich, so it

6    locks it fully in position and it can't be moved or very

7    hard to mover.

8              I'm going to -- again, there's a tool,

9    telescoping inside of the tool, and I'm just going to lock

10   it up.  And can I approach, Your Honor?

11             THE COURT:  Sure.

12             MR. GEMMELL:  So in the spine, you have a

13   pedicle going into the vertebra.  You've got the rod,

14   whichever shape the surgeon wants it to be, and the closure

15   top locking it in.  And in the tool, he has the telescoping

16   stuff that locks it in place.

17             THE COURT:  Once it's in, it's not supposed to

18   be unscrewed?

19             MR. GEMMELL:  Some of them are supposed to be

20   very, very hard to unscrew, but the tool should be able to

21   do it.  But typically, they're built so they don't come out.

22   They're in this position and it's difficult to get them out

23   because otherwise while the patient is walking around doing

24   whatever he or she is doing, this disassembles.

25             THE COURT:  I had that in a different case

1    earlier this week.

2            MR. GEMMELL:  So that's generally the three

3    technologies that are at issue here, and those are the

4    accused products that we have for Your Honor.  And I'm open

5    to any questions you may have to help you understand.

6            THE COURT:  Well, what you've done has been very

7    helpful.  Let me ask whether Mr. Cabral and his people have

8    something they want to add or subtract from what you said,

9    but I think actually I do have one question before I give

10   them a chance.  And this is -- probably should be

11   embarrassed to be asking this, but these screws that I've

12   just been looking at, is there something in them that is

13   also covered by the helical flange technology?

14           MR. GEMMELL:  No.  So what we have is asserted

15   patents, and asserted patents are not calling for -- what

16   they call for is guide and advancement structure.  The guide

17   and advancement structure is an element similar to the

18   twist-in-place insert of other patents here --

19           THE COURT:  That's not necessarily the question.

20   I'm asking, the helical flange technology out there,

21   whatever exactly it is, is there anything in the product

22   that one could say is helical flange technology?

23           MR. GEMMELL:  So helical flange could be a guide

24   and advancement structure, so it's -- but the claims in this

25   particular case are not calling for a proprietary '856,

1    which we did at last trial.  It's not calling for that.

2    It's calling for a guide and advancement structure.  But

3    generally, the guide and advancement structure is what is on

4    the inside of the receiver.

5              May I approach, Your Honor?

6              THE COURT:  Sure.

7              MR. GEMMELL:  It's on the inside of this top

8    part, which is a receiver or head or tulip, and you'll see

9    the ridges on the inside that the closure top closes into.

10   So rotate that finger-tight.  You can do it.  That's the

11   mating surface.

12             The guide and advancement structure can be a

13   number of different things, a regular reverse angle thread,

14   it can be a block thread type, it can be normal screw type.

15   There's lots of different guide and advancement structures

16   to allow for the advancement and guiding of this closure top

17   into the receiver to lock it down.

18             THE COURT:  I get what you're -- I think I

19   understand what you just said.  I'm sure this is not going

20   to be anything productive, but is there any part of this

21   that I'm holding in my hand which is -- what am I holding in

22   my hand?

23             MR. GEMMELL:  This is the Reline 1601.

24             THE COURT:  Any part of the Reline 1601 that

25   would infringe any of the helical flange patents if I decide

1    the question of licenses and things?

2                MR. GEMMELL:  Not in this case.  In this case,

3    we're talking about a screw assembly that uses -- a spinal

4    implant assembly that uses the word "guide and advancement

5    structure."  That's the claim.  So if you're saying helical

6    flange, does it relate to a particular license that they may

7    have or the '856 patent?  Then the answer is no.

8                THE COURT:  The '856 patent would be a much

9    better example is, you would say -- I'm not asking you to

10   prove it one way or the other -- is this would not infringe

11   '856 patent?

12               MR. GEMMELL:  It depends on what they have.

13   It's hard to explain this.  For example, if they have a

14   license to it, they can use it, so there's no infringement

15   of that particular element.  But the screw itself is a --

16               THE COURT:  So, Mr. Gemmell, the question I'm

17   asking the reason why I say ignore the licenses, if you took

18   this and tried to match it up to the elements of the

19   limitations of one of the claims of the '856 patent, would

20   it fail to meet all the limitations?

21               MR. GEMMELL:  That would -- for the patents that

22   would be asserted against the '856 patent, which is the tool

23   engagement groove, essentially, the tool engagement groove

24   is the hole from one side to the other, then that's a

25   different patent.  That's a different issue with different

1    claims.

2            So if it's the twist-in-place patent, one of the

3    twist-in-place patents, then you have to look at the claim

4    elements we're going to assert in that case to determine

5    whether that element -- but as you know, multiple -- just

6    because you have the right to practice --

7            THE COURT:  I'm trying to avoid the questions of

8    rights and licenses.  I'm trying to do this -- ask this as a

9    theoretical exercise, which is, the number was, whatever the

10   name of the lead helical flange patent is, would this meet

11   the elements of one or more of the claims?

12           MR. GEMMELL:  So the '856 patent is not in this

13   lawsuit.  So it's not in the lawsuit.  I'm sorry to explain

14   it that way, but it's not in the lawsuit.  So if you show a

15   particular element and say does this have it, you'd have to

16   look --

17           THE COURT:  If the answer is I don't know, okay,

18   that's fine.  I mean, that sounds like what you're saying.

19   That's not in this lawsuit, that sounds to me like what

20   you're saying is I don't know.

21           MR. GEMMELL:  We don't know.  It's not in this

22   lawsuit, guide and advancement structures, the element of

23   claims, but it's not specific to the '856 helical flange

24   proprietary patent, and it's not in this lawsuit and

25   shouldn't be in this lawsuit.  It's done, over.

1          THE COURT:  Thank you, Mr. Gemmell.

2          MR. GEMMELL:  I did want to show you the rest.

3     I'll hand the rest of them to you.

4          THE COURT:  Why don't you wait until I hear if

5     there's anything they want to say at this point.

6          Mr. Cabral.

7          MR. CABRAL:  Thank you, Your Honor.  We'll be

8     brief and try to address some of the questions you asked

9     Mr. Gemmell to increase the efficiency here.  I have some

10    slides for you if you would like if I may approach.

11         THE COURT:  That looks like a pretty thick deck.

12         MR. CABRAL:  It's animation so looks thicker

13    than it actually is.

14         THE COURT:  Okay.  I appreciated the thinness of

15    Plaintiff's deck.  It's not so bad because I wasn't thinking

16    it was four copies which seem to be --

17         MR. CABRAL:  Like I said, Your Honor, a lot of

18    this is animation.

19         THE COURT:  It's all right.  No criticism.

20         MR. CABRAL:  So, Your Honor, this is the '932

21    patent.  This is one of the twist-in-place patents.  As Your

22    Honor pointed out, there are two patent families that have

23    generally been categorized in the twist-in-place technology

24    area.  This is the first patent to issue from one of those

25    families.

1          This is Figure 1 here on the right-hand side,

2     and if you go to the next slide, I think this slide

3     addresses what Your Honor was asking about in terms of the

4     stuff in the middle.  This is sort of a deconstructed

5     version of the polyaxial screw if we can click through.

6     These are all the components of the screw and, again, this

7     is Figure 1 of the '932 patent.

8          So the closure structure is what you just saw.

9     It's the part that you twist and closes down into the rod

10     and.  The guide and advancement structure, that was a term

11     Your Honor construed during Markman, and I believe you

12     construed it to mean a thread or flange.  That is,

13     essentially, the helical flange technology that was licensed

14     in the 2008 agreement and 2014 agreement.  We'll get it to

15     that in a second and we'll see it in the NuVasive products.

16          The connecting member, and this goes to one of

17     Your Honor's questions or comments, there's different

18     terminology used for the same things.  Here the connecting

19     member is another word for the rod that you saw in the

20     illustrations.

21          There's compression insert and pressure insert.

22     The twist-in-place patents in both families, they use

23     different terminology to refer to the same thing.  So

24     compression insert and pressure insert are the same thing

25     just by different names.  NuVasive refers to that as a load

1    ring, and there's other words for it as well, but they're

2    all referring to the same basic component of the screw.

3              The next element here, the most obvious element

4    to the screw, is the shank that you see here in green, and

5    then there's the receiver component.  This is sometimes

6    referred to at NuVasive as a tulip, like a flower.

7              THE COURT:  Okay.  Yes.

8              MR. CABRAL:  Just based on the shape.

9              THE COURT:  Yes.

10              MR. CABRAL:  If we go to the next slide and one

11    more.

12              So this is the '757 patent.  This is one of the

13    patents that NuVasive purchased as polyaxial screw IP under

14    the 2014 agreement.  This is Patent Number 10,231,757, and

15    this is the assignment document Dr. Jackson signed assigning

16    this IP to NuVasive.

17              If you go to the next slide, this is Figure 1

18    from that patent that NuVasive purchased with its

19    $30 million payment, amongst other things.

20              If we go to the next slide, again, you see all

21    of the same basic components of the screw here in the screw

22    assembly.  Again, you have the closure structure, the guide

23    and advancement structure.  Again, that's the helical

24    flange, the threading or flange form you see on the sides.

25    There's the rod, connecting member.  The first, by the way,

1    is what the patent refers to that number as in the

2    specification and in parentheses that's the other

3    terminology that's also used.

4                Again, you have the receiver here on the tulip

5    10, the compression insert here 14, the retainer, and the

6    shank.

7                So all of these components are there.

8    Dr. Jackson didn't invent the screw assembly.  He did not

9    invent any of these individual components of the screw

10   assembly.

11               Go to the next slide.

12               And for example, this is Claim 1 of the '757

13   patent that Dr. Jackson sold to NuVasive.  It has all of

14   these components to the screw assembly right in there, the

15   shank, the receiver, the retaining structure, the

16   compression insert, and the closure structure and a couple

17   of wherein clauses at the end.

18               Ogo to the next slide.

19               This is dependent Claim 3 from the patent that

20   NuVasive purchased from Dr. Jackson.  This dependent

21   Claim 3, this is twist-in-place.  So if you look at this

22   language, the insert is top-loadable into the receiver with

23   the second channel misaligned from the first channel and

24   rotatable into a position with the second channel aligned

25   with the first channel.  That's twist-in-place.  That's part

1    of the IP that NuVasive purchased from Dr. Jackson.  That's

2    part of the 2014 agreement.

3                    If we go to the next slide, this is dependent

4    Claim 11, which has cannulation.

5                    If you go to the next slide, in this same

6    patent, you heard Mr. Gemmell refer to a tool engagement

7    groove.  This is it, number 76, where the tool engages with

8    the receiver or the tulip.  This, again, is in the IP that

9    NuVasive paid $30 million for.

10                   Next slide.

11                   This is -- just very briefly, these are some

12   technical drawings you just saw, and the difference here is

13   we labeled them, but this is from the SpheRX II product.  So

14   SpheRX was one of the earliest product family that was

15   developed '08, '09 time frame.  The compression insert, the

16   pressure insert, load ring you see here in blue, the way

17   these drawings work is you see all these components that we

18   highlighted there from the technical drawing and then with

19   each number there, there's a technical drawing associated

20   with one of those parts.  So this is from the SpheRX II.

21   This is in the 2009 time frame.  This is what Dr. Jackson's

22   infringement expert points to for infringement.

23                   Go to the next slide.  And we go one more.

24                   This is how it comes together.  This -- these

25   product inserts that were that are shown here, these load

1    rings, rather, compression rings or pressure inserts, as the

2    patents refer to them, these were developed by NuVasive in

3    2008 and 2009, over a decade before Dr. Jackson gave notice

4    about these patents.  And they were developed first with the

5    SpheRX.  They were incorporated as part of the screw

6    assembly.  Originally, it was only rotated 45 degrees for

7    SpheRX II and they switched to a 90-degree rotation for

8    SpheRX III and then the same kind of load rings and pressure

9    inserts were loaded into other NuVasive products, like

10   Armada and Preset, which is no longer at issue in the case,

11   and the Reline product was developed in 2015.  That was

12   launched in 2015.  It developed earlier.  The load rings

13   were developed a little bit later in time.  They had the

14   same basic technology.

15           If we go to the next slide, this is sort of a

16   cross-sectional view of what you see here, some of the same

17   images you see in the technical drawings for the NuVasive

18   products.

19           If you go to the next slide, this is a drawing

20   from the Reline product that you just heard a lot about.

21   Again, you've seen this, but here you have the different

22   components of the screw labeled here and color coded.  This

23   is taken from the technical drawings that are at issue in

24   the case.

25           If you go to the next slide and one more, this

1    is how they all come together in that product.

2            So that is really the end of the slide deck,

3    which hopefully was fast and efficient for you, but the

4    issue here, Your Honor, is a couple things.  In the 2014

5    agreement, we showed you one of the patents that NuVasive

6    purchased which had the twist-in-place -- all three

7    technologies that are now at issue in the case,

8    twist-in-place, cannulation, and the two engagement grooves.

9    NuVasive paid money for them and they got assigned that IP

10   from Dr. Jackson.

11           Dr. Becker didn't account for the 2014 agreement

12   in his opinions at all, so that's a problem.  As you saw --

13   and this will be my last point -- as you saw, there are a

14   lot of different components to the screws' assemblies, and

15   the asserted claims cover each and every one of them, but at

16   its core, the twist-in-place technology, which you saw was

17   sold to NuVasive, that's the element that they're seeking

18   royalties on, this additional improvement in the asserted

19   claims.  That's the improvement that they're pointing to for

20   twist-in-place.

21           Now, we have evidence NuVasive developed that

22   independently long before Dr. Jackson was asking for claims

23   related to that technology with the Patent Office, and then

24   we have evidence that NuVasive paid significant amounts of

25   money for that same -- those same technology areas,

1    including twist-in-place and other things.

2                So hopefully that was helpful, Your Honor,

3    explaining to you how these come together, the terminology.

4    If you have any questions, I'm happy to answer them.

5                THE COURT:  No, Mr. Cabral.  Thank you.

6                MR. GEMMELL:  If I may, Your Honor.

7                MR. CABRAL:  And I apologize, Your Honor,

8    there's one more point to make about helical flange.  I'm

9    sorry.  My colleague, Mr. Anderson, just reminded me.

10               On the helical flange part -- that was the last

11   question you asked Mr. Gemmell -- every single one of the

12   products has helical flange.  Every single one.  And in the

13   marketing materials for the NuVasive products, they have

14   helical flange highlighted at one of the features they're

15   marketing.  Your point about would these products satisfy

16   the elements of the helical flange patent -- which by the

17   way is not the patent number Mr. Gemmell was referring to.

18   It's 67,267,689.  That's the patent number.  That's the one

19   referenced in the 2014 agreement.  If the question is would

20   these products meet the elements of that helical flange

21   licensed technology, the answer is absolutely yes, and it's

22   in the every single one of the products from to the end.

23               MR. GEMMELL:  Your Honor, so that really wasn't

24   a tutorial about the product, which I thought was

25   interesting.

1          THE COURT:  That's the reason why, generally

2    speaking, I never do tutorials is because they -- I don't

3    direct this as Mr. Cabral.  They degenerate into arguments.

4          MR. GEMMELL:  It did degenerate, so I was here

5    to answer questions about the products.  They're trying to

6    retry, as you know, because they opened the door to

7    discussing this, they're trying to retry the license

8    defense, which they don't have a license to any of the

9    asserted patents in this case.  They might have a license to

10   a helical flange in a patent that was '689.  That's fine.

11   So what?  It's not in this case.

12          And let me read you what is in the case when

13   they're talking about the specification.  They're talking

14   about guide and advancement structure.  The guide and

15   advancement structure -- this is from the '273 patent, which

16   is in this case.  The guide and advancement structure is

17   attached to the guide and advancement structure blah, blah,

18   blah keeps going -- can be of any type including V-type

19   threads, buttress threads, reverse angle threads, or square

20   threads.  It's a whole list that it can be.

21          The guide and advancement structure can be any

22   of those.  Can it be helical flange?  Yeah, it can be

23   helical flange.  But it's not the proprietary helical flange

24   we're talking about.  It's not in this case.  The license

25   they keep talking about is not in this case.  They want to

1    confuse the jury, as you know, so think I've got a license

2    to the helical flange.  There's the helical flange.  He did

3    at the close of his argument on and on and on and on during

4    the last trial.  That's over with.  That's not in this case.

5         So when he puts up on his slide and said, i.e.,

6    guide and advancement structure, i.e., that means in other

7    words, essentially.

8         THE COURT:  That's not what, i.e., means.

9         MR. GEMMELL:  I know, but the point is it's not

10   e.g.  E.g. is for example.  That's what's in the

11   specification.  It's not i.e.  They don't have a right -- in

12   these particular asserted patents, it doesn't specify,

13   doesn't specify, helical flange.  They want to say we have a

14   right to the helical flange, we have a license to the

15   helical flange, jury, because we have a right to this one

16   particular item, they say -- not in this case, though --

17   they say is in this receiver they must have a right to

18   everything.  That's not the case.

19        You can't just take one thing they have a

20   license to and say they have a right to all the other

21   patented technologies of Dr. Jackson.  If they want to argue

22   that, I wasn't here to argue that, we will argue that.

23        The last thing they said is they point to the

24   '757 patent that was assigned to them.  That's not in this

25   case either, Your Honor.  They lost on their claim that they

1    had a license or an assignment defense.  There's no

2    assignment defense in this lawsuit.  Where is it?  It's not

3    in this lawsuit.  They don't have a defense.

4              So when they're pointing this is what we got as

5    an assignment, you know what?  They don't have a defense and

6    they're not going to be able to raise it in this case.  If

7    they want to put on their obviousness defense, they're

8    welcome to go at it.  That's for the trial.  It's not here

9    for a tutorial on products.

10             That's all I have, Your Honor.

11             THE COURT:  All right.  So let me let me put

12   that aside for a minute and put the physical screws aside

13   for a minute.  I perhaps should -- I don't know whether

14   you're prepared to address this or not, but one thing I was

15   looking at was the -- I forget -- it was a motion -- what

16   exactly it was about, the certificate of correction.  And

17   one thing I did not really understand from your letter or

18   from Dr. Jackson's letter was there's supposed to be a

19   blatant error in the claim as allowed because it compares

20   two diameters, one of which is internal and one of which is

21   external and it says the internal is larger than the

22   external.

23             But I'm trying to get -- what I didn't see in

24   your letter was, when was this supposed error introduced to

25   the proceedings?

1          MR. GEMMELL:  I'm sorry, Your Honor?

2          THE COURT:  The supposed error that the issued

3    claim is geometrically impossible, when was that introduced

4    into the proceedings, the error?

5          MR. GEMMELL:  Right from the very beginning.  It

6    was part of discovery from the very beginning.  They

7    conducted --

8          THE COURT:  I'm talking about the prosecution of

9    the patent.

10         Remind me who you are.

11         MR. DAVIS:  Kevin Davis for Plaintiff.

12         THE COURT:  Mr. Davis, yes.

13         MR. DAVIS:  I just want to pull open the file

14   history real quick we submitted with the letter.  I believe,

15   if my memory is correct, it was after the first Office

16   Action on the merits.

17         THE COURT:  So I have in front of me Docket Item

18   474-1 page 8 of 78 which has the original or what's marked

19   as the original Claim 16.  Comes from somewhere in the file

20   history, though I don't know which one that would be.

21         MR. DAVIS:  So original Claim 16, which is on

22   page 8 between page 7 and 8, that is what ultimately issued

23   as claim --

24         THE COURT:  Yes, so I'm with you with that.  Is

25   there error in that one?

1        MR. DAVIS:  No.  So that one we had not

2    introduced a third diameter at that point.

3        THE COURT:  You still had a second diameter and

4    a first diameter and you said in that that the second

5    diameter is larger than the first diameter.  Isn't that the

6    same thing that was an obvious mistake now just referring to

7    the third diameter being larger than the second diameter

8    later on?

9        MR. DAVIS:  So I believe that was referring to a

10    different diameter.  So when we made the amendments for --

11    and subsequently we were -- changed the actual -- what we

12    were referring to altogether so originally.

13        THE COURT:  That might be an answer but explain

14    that to me.

15        MR. DAVIS:  Originally, we had the insert with

16    the base having an outer first diameter which was the outer

17    diameter of the actual base of the insert.

18        THE COURT:  Which in the amended claim the

19    second diameter is the outer diameter of the base; right?

20        MR. DAVIS:  Yes.

21        THE COURT:  So no change there.

22        MR. DAVIS:  No, that one we went second to first

23    with.  Yes.  First to second.

24        THE COURT:  You went from first to second, but

25    what you were talking about was the exact same thing.

1        MR. DAVIS:  Yes, precisely.

2        On the second diameter, that was just referring

3   to the upper portion, so we had upper portion with a pair of

4   opposed arms defining the through channel, the upper portion

5   have a second diameter and a second width, the second

6   diameter being larger than the first diameter and the second

7   width being substantially equal to and smaller than the

8   first width.  At that point, my understanding, at least, is

9   that second diameter is not referring to the distance

10  between the two arms.  It's referring to the distance that

11  the entire upper portion -- if you remember in the '711,

12  which I think it popped up, the way those inserts looks --

13       THE COURT:  I'm sorry, Mr. Davis.  A little

14  slower.

15       MR. DAVIS:  Well, the insert arms, they went up

16  and had the little tabs that went the out, so if we're

17  looking at the upper portion, I think that diameter is

18  referring to the larger diameter at that point, which could

19  still be larger than the base.  So I think it was correct in

20  that instance, but when we decided to take the amendment

21  after the first Office Action, we changed referring to the

22  second diameter as referring to the distance between the

23  arms themselves, not the actual full upper part.  In

24  changing that, we narrowed it to the inner diameter instead.

25       That's when we introduced the error and went

1    second to first.  What happened?  I think we flipped it on

2    accident in that case.

3              THE COURT:  So I understand what you're saying

4    which is the diameter that was being referred to in the

5    original claim is perhaps -- perhaps referring to the

6    diameter of the upper portion of the pair of opposed arms.

7              MR. DAVIS:  Yes, I believe that's what they're

8    referring to.

9              THE COURT:  And then when the claim is amended,

10   they were referring to?

11             MR. DAVIS:  We changed it to become the third

12   diameter, in which case we defined it as -- let me get the

13   language correct -- the distance along a straight line

14   intersecting the center bar from one of the inward facing

15   surface to the other, creating the third diameter.

16             THE COURT:  Part of it is -- when I was thinking

17   about this myself, there's a lot of words here but I'm not

18   sure I know what they actually mean.  Tell me what -- feel

19   free to use hand gestures or anything else.  Explain what --

20   in the amended claim, what diameter is being described?

21             MR. DAVIS:  So in the amended claim, which I

22   believe we showed in the letter -- let me pull it up really

23   quick to make sure I'm accurate on that.  But the diameter

24   that's going to be between the two -- so you have the two

25   arms going up and the tabs at the top.  Setting aside the

1    upper portion tabs, it's the distance in between the two

2    arms.

3         THE COURT:  So I understand that's what you're

4    saying it is, but the language that you were referring to to

5    get there, could you go over it slowly with me to see if I

6    can understand what you're --

7         MR. DAVIS:  So the way the language was

8    amended -- and this is on page 27 of the Exhibit 1 and going

9    on to page 28.  So the distance along a straight line

10   intersecting the center of the central bore from one opposed

11   arm inward-facing surface to the other, creating a third

12   diameter.  So if you look at the picture on the actual

13   letter, which that would be diameter 3, which you can see is

14   going from the inside of one of those arms to the other side

15   of that arm.

16        THE COURT:  Okay.  So basically, what you're

17   saying is you've got the central bore.  You still have the

18   upright arms, and because of the way it's describing the

19   distance along a straight line intersecting the center of

20   the central bore from one opposed arm inward-facing surface

21   to the other creating a third diameter, basically, you're

22   saying that's defining the third diameter as being from the

23   inside of the arms to each other?

24        MR. DAVIS:  Precisely, Your Honor, and that's

25   what we were trying to illustrate with the green line in the

1   letter.

2              THE COURT:  Okay.  All right.  I think I

3   understand that.  So hold on.  I have another question for

4   you, but is there anybody on your side to address this,

5   Mr. Cabral?

6              MR. CABRAL:  Sure.  So the answer to your

7   question, Your Honor, in terms of when this was introduced

8   in the proceedings, the patent prosecution proceedings, was

9   March 18, 2013, in response to an Office Action that's

10  address --

11             THE COURT:  It's basically the amended claim;

12  right?

13             MR. CABRAL:  It's the amended claim is when it's

14  introduced to overcome the prior art rejection and later

15  that year -- this is on December 1, 2013 -- the Patent

16  Office allows the claim -- and this is on the bottom of page

17  2 of our submission.  This is DI 434-1 -- allows the claim

18  language explicitly referencing the language that was later

19  corrected.

20             THE COURT:  That's the question I was going to

21  come back to Mr. Davis on.  But in terms of his explanation,

22  which is all in support of -- he didn't say this, but

23  logically it's in support of the -- answered my question of

24  how -- when and how did the error get introduced, and in

25  terms of the analysis that resulted in the third diameter is

1      larger than the second diameter, that that's a mathematical

2      impossibility, do you agree with that?

3              MR. CABRAL:  To me it's unclear what is meant by

4      third diameter because it's not mentioned in the

5      specification at all in terms of --

6              THE COURT:  It's kind of defined in the claim,

7      isn't it?

8              MR. CABRAL:  I mean, the claim is all we have to

9      go on because it's not mentioned in the spec and not

10     addressed substantively any way in the prosecution history

11     and the standard here is whether the mistake -- in order for

12     it to be typographical --

13             THE COURT:  Skip the standard for a minute.

14     You're contesting whether or not it's clear that the

15     resulting claim is nonsensical and stating a mathematical or

16     geometric impossibility?

17             MR. CABRAL:  I think there's case law on this

18     point in terms of whether it's indefinite, for example, if

19     that's the original language, if it is possible or

20     impossible to satisfy.  There's case law involving

21     certificates of correction in that context, where it doesn't

22     matter.  The standard is whether it broadens the claim --

23             THE COURT:  I prefer to just stick with does the

24     claim as it issued lack geometric sense.

25             MR. CABRAL:  The best answer I can give you,

1    Your Honor, without any guidance from the patent or

2    prosecution history about what the third diameter means is

3    what they pointed to as a third diameter, that can't be true

4    in the original claim language is applied here.  So it would

5    be an impossibility based on what they're pointing to is the

6    third diameter in the accused products, but beyond that, we

7    have nothing to go on in terms of what the third diameter

8    means.

9                THE COURT:  Okay.  Thank you.

10               So, Mr. Davis getting, to what Mr. Cabral

11   brought up, which was something that was brought up in your

12   letter too, that this error is obvious, so to speak, isn't

13   that sort of -- seems contrary to the fact that the

14   examiner, in allowing the claim, just said the third

15   diameter being larger than the second diameter, obviously

16   referring to this claim, and it seems to go against any idea

17   that the error is clear and obvious.

18               MR. DAVIS:  I think, Your Honor, this is one of

19   the circumstances where it was just overlooked by everyone.

20   We were going through because of the way the diameters were

21   described.  If you look at the reason for allowance, it

22   doesn't expressly say we allowed it over because of the

23   third diameter, the way their letter made it sound.  The

24   reason for allowance is the entire claim language.  It

25   doesn't point to a specific element in that claim that says

1    this is what has to be the prior art, this is what I

2    understood.

3            THE COURT:  The examiner just made the same

4    mistake everybody else made?

5            MR. DAVIS:  My best guess as far as what

6    happened during prosecution is it was a simple, overlooked

7    error that everyone didn't catch until prosecution counsel

8    caught it within three, four, or six months of the issuance

9    of the issue date and looked at it and went that is a

10   geometric impossibility.

11            Another point I'd like to respond to Mr. Cabral

12   as well is they always harp there is no definition.  We

13   don't know what it is because of the specification, but the

14   figures do make up part of the specification, and it's

15   clear, the way you look at the figures of the insert and the

16   way the receiver works, what these diameters are, and

17   especially the way it was claimed, it's clear what we

18   intended to have as the third diameter when we made the

19   amendment in the fist place, but it ended up being an

20   accidental juxtaposition of the second and third when we

21   made the amendment and something that was simply overlooked,

22   I believe.

23            THE COURT:  On that, you quoted in your letter,

24   perhaps they did too, but I think you did because it stood

25   out to me that you quoted it and yet they seemed to be not

1    very affable.  The court of appeals said something about

2    correctable error being one where there were multiple

3    instances of a word and all but one would change, but that's

4    not going on here.  This was -- to the extent that there was

5    some error in Claim 16 in the amending of the claim, it

6    wasn't connected to anything else.  It was just its own

7    error, in your view.

8                 MR. DAVIS:  So, yes, Your Honor.  It was its own

9    error, but it was in reference to when we were amending all

10   of the different limitations with respect to defining --

11   adding of new first diameter when it referenced the receiver

12   and changing every other instance of second diameter and

13   first diameter to second and third.

14                 THE COURT:  But the Federal Circuit example is

15   you have 16 firsts that you change to second and 16 seconds

16   that you changed to third and there's one second that you

17   didn't change to third.  That's not really -- there's no

18   place where you forgot to make a change.

19                 MR. DAVIS:  So I agree with what you're saying,

20   Your Honor, and I think this is more of an analogous

21   situation compared to being something exactly alike because

22   this was one of those circumstances where it wasn't

23   something where we forgot to make the change.  We were

24   trying to make the change but we accidently juxtaposed it

25   effectively the same way as one who overlooked one.

1          This goes to the same point of this is the

2     general -- we defined a lot of diameters in this and a lot

3     of interesting and very weird ways, and the way we did so,

4     it made it a little not unclear, but it wasn't an obvious

5     thing.  I think everyone understood what the diameter

6     referred to, didn't catch it, and, ultimately, when we were

7     making the amendments, it just was not the clearest

8     amendment and, ultimately, ended up being corrected very

9     quickly thereafter when we caught it.  And that was one of

10    the big things we wanted to make sure, is that it did recite

11    the correct claim language and didn't refer to a nonsensical

12    geometric impossibility.

13          THE COURT:  Thank you, Mr. Davis.

14          Do you have anything more you want to say on

15    this topic, Mr. Cabral?

16          MR. CABRAL:  Only one quick point, Your Honor.

17    If Mr. Davis is accurate, then the proper remedy here would

18    be a reissued patent, not a certificate of correction.  And

19    that is what the patentee in this case should have done, and

20    that's what the law required them to do in order for this

21    claim to now read the way they want it to read.  The

22    certificate of correction in light of the case law we cited

23    in the Federal Circuit and Your Honor referred to indicates

24    this certificate of correction was improperly and brought in

25    the claim that wouldn't be obvious to a person of ordinary

1    skill and should refer back to the original claim language.

2              THE COURT:  Okay.  So the next topic I have here

3    is whether you all have made any progress on figuring out a

4    way to present this case without having to spend time on all

5    the limitations that are not opposed.

6              MR. GEMMELL:  Yes, Your Honor.  So we just

7    received it yesterday, per your request.  The NuVasive

8    defendant came back with the elements that they dispute for

9    all the asserted claims.  We're evaluating that right now.

10   We should get back to them shortly with a proposed

11   stipulation so we wouldn't have to go through all the

12   claims, all the elements.

13             MR. CABRAL:  Your Honor, what I would suggest

14   and refer to this in our letter is we now identified all the

15   claims that are -- all the claim elements that are in

16   dispute in the 15 asserted claims.  At this point in time,

17   what we request is Your Honor to order them to reduce the

18   amount of claims to five, for example, five asserted claims

19   and then we will stipulate here are the elements in dispute

20   once we know what the claims are and the rest are not

21   contested.

22             THE COURT:  Mr. Cabral, don't take this the

23   wrong way, but while I'm sympathetic to causing them to

24   reduce the number of their claims, I'm not sympathetic to do

25   it until you guys have worked out the stipulations.

1        MR. CABRAL:  I hear Your Honor.  I think the

2   stipulation that's to be read to the jury would only apply

3   to the claims that are in the case.  If you agree to a

4   stipulation on all 15 --

5        THE COURT:  We can work around that, Mr. Cabral.

6   That is not a serious problem.

7        MR. CABRAL:  Understood.  If that's the case,

8   Your Honor, the same process would apply.  We now identified

9   what the disputed elements are.  We'll stipulate the rest of

10  the elements are not contested, but at some point we would

11  need to know how the claims will be narrowed.

12       THE COURT:  I agree with you, but I think

13  there's an order to getting these things done, and I think

14  it's important to have an agreement on this before taking

15  the next step.

16       MR. CABRAL:  Understood, Your Honor.  I think

17  now that we've identified the disputed claim elements, I

18  don't think the process is particularly complicated.  It

19  shouldn't be controversial, and I'd like to move quickly on

20  this.

21       THE COURT:  You know, I want to see the pudding.

22       MR. CABRAL:  We can propose some language today,

23  Your Honor, for Plaintiff for the stipulation.  We'll talk

24  to Mr. Gemmell.

25       THE COURT:  If you're -- let me ask you both

1   while you're standing there.  And I say this because it --

2   it's against the backdrop of, you know, I sat through a week

3   trial with a very angry plaintiff.  I sat through a week

4   trial with -- hard to say what the corporation's views are,

5   but there seemed to be a lot more personal -- sometimes

6   these things are pretty dispassionate.  I don't think that

7   one was, and I have been trying to push you all in this

8   direction for a long time, and the fact that we're getting

9   pretty close to trial and haven't gotten there yet, I think

10  that's more likely because of you than me.  So I understand

11  time is short.  I understand it would be nice to prepare for

12  something specific.  Both are motivated to actually figure

13  out the stipulation, and I hope that when you have that

14  agreed with Mr. Gemmell you'll have a plan --

15              Am I pronouncing that right?

16              MR. GEMMELL:  It's Gemmell, Your Honor.  That's

17  okay.

18              THE COURT:  Mr. Gemmell will have a plan for

19  reducing his side of the case, but I'm happy to happy to

20  have a phone call with you or meet you in person -- but I

21  assume you don't live in Wilmington, Delaware -- sometime

22  tomorrow if you want or Friday.  I'm available to try and

23  make sure things get done, not only -- and because in the

24  end, having determined how many hours you all are getting,

25  and that would be nice for you all to know in advance too,

1    but it's hard for me to determine that until I see step one,

2    you get the stipulation; step two, Mr. Gemmell identifies

3    what he doesn't -- what in the interest of avoiding

4    redundancy and redundant things are unnecessary and see

5    where we are and then I will be able to tell you how much

6    time you have.

7              So like I said, I'm available at your

8    convenience.  Would you all like to see me again at some

9    particular point in time tomorrow or next day?

10             MR. CABRAL:  Your Honor, I think Friday would be

11   preferable for Defendant.  We are not here in Wilmington,

12   but I think meeting with Your Honor on Friday would be a

13   good idea.

14             MR. GEMMELL:  That's fine, Your Honor.  To the

15   extent that we can't end up with a stipulation that narrows

16   everything down, certainly, we'd like your help to at least

17   give us the time that both sides will have in this, and that

18   will give us more clarification, but Friday is fine with us

19   as well.

20             THE COURT:  Do you want to come over here at

21   9:30 on Friday morning?

22             MR. GEMMELL:  We can do that, Your Honor.

23             MR. CABRAL:  I think to get here -- with the

24   travel we already booked, to get here Friday by 9:30 in the

25   morning might be difficult.

```
 1                    THE COURT:  Tell me when you'd like, Mr. Cabral.

 2                    MR. CABRAL:  Any time after 11:00 a.m. would be

 3       great.

 4                    THE COURT:  How about 11:00 a.m.?

 5                    MR. CABRAL:  Sounds fine with us.

 6                    THE COURT:  Okay.  This seems unnecessary at

 7       this point, but I would like to see the products.  Do

 8       they -- are they basically in --

 9                    MR. GEMMELL:  They're in the order that we went

10       through with you.

11                    (Thereupon, a discussion was held off the

12       record.)

13

14                    C E R T I F I C A T E

15           I, Deanna L. Warner, a Registered Professional

16       Report, do hereby certify that as such Registered

17       Professional Reporter, I was present at and reported in

18       Stenotype shorthand the above and foregoing proceedings.

19

20       _____
             Deanna L. Warner, RPR, CSR
21           Official Court Reporter
             U.S. Federal Court
22

23

24

25
```

**$**

**$30** [2] - 36:19, 38:9

**'**

**'08** [1] - 38:15
**'09** [1] - 38:15
**'273** [1] - 42:15
**'689** [1] - 42:10
**'711** [1] - 47:11
**'757** [3] - 36:12, 37:12, 43:24
**'856** [8] - 30:25, 32:7, 32:8, 32:11, 32:19, 32:22, 33:12, 33:23
**'932** [2] - 34:20, 35:7

**0**

**0go** [1] - 37:18

**1**

**1** [8] - 10:17, 26:25, 35:1, 35:7, 36:17, 37:12, 49:8, 50:15
**10** [2] - 23:14, 37:5
**10,231,757** [1] - 36:14
**11** [1] - 38:4
**11:00** [2] - 60:2, 60:4
**14** [1] - 37:5
**1451** [4] - 2:15, 3:2, 8:5, 8:21
**15** [2] - 56:16, 57:4
**16** [5] - 45:19, 45:21, 54:5, 54:15
**1601** [25] - 2:15, 2:21, 3:4, 3:6, 3:10, 3:15, 3:16, 3:23, 6:9, 6:18, 7:11, 7:13, 8:5, 9:20, 10:10, 11:21, 19:16, 20:1, 21:14, 26:22, 27:25, 28:15, 28:16, 31:23, 31:24
**1617** [4] - 2:15, 3:22, 9:13, 9:18
**18** [1] - 50:9

**2**

**2** [2] - 26:25, 50:17
**2008** [2] - 35:14, 39:3
**2009** [2] - 38:21, 39:3
**2013** [2] - 50:9, 50:15
**2014** [6] - 35:14,

36:14, 38:2, 40:4, 40:11, 41:19
**2015** [2] - 39:11, 39:12
**2025** [1] - 1:13
**21-CV-053-RGA** [1] - 1:5
**27** [1] - 49:8
**28** [1] - 49:9

**3**

**3** [5] - 12:19, 26:25, 37:19, 37:21, 49:13

**4**

**4** [1] - 26:25
**434-1** [1] - 50:17
**448** [3] - 2:16, 8:6, 26:6
**45** [1] - 39:6
**474-1** [1] - 45:18

**6**

**6** [1] - 10:20
**67,267,689** [1] - 41:18
**6A** [1] - 1:12

**7**

**7** [2] - 11:18, 45:22
**737** [2] - 2:16, 8:6
**76** [1] - 38:7
**78** [1] - 45:18

**8**

**8** [4] - 26:22, 45:18, 45:22

**9**

**90** [3] - 12:10, 12:21, 13:3
**90-degree** [1] - 39:7
**9:30** [2] - 59:21, 59:24
**9th** [1] - 1:12

**A**

**a.m** [2] - 60:2, 60:4
**abilities** [1] - 13:25
**ability** [4] - 3:13, 8:11, 19:8, 25:21

**able** [5] - 8:12, 24:2, 29:20, 44:6, 59:5
**absolutely** [1] - 41:21
**accident** [2] - 8:13, 48:2
**accidental** [1] - 53:20
**accidently** [1] - 54:24
**account** [1] - 40:11
**accurate** [2] - 48:23, 55:17
**accused** [9] - 2:4, 2:10, 2:14, 9:19, 9:21, 10:16, 16:6, 30:4, 52:6
**accusing** [1] - 2:22
**act** [1] - 26:11
**action** [3] - 45:16, 47:21, 50:9
**actual** [7] - 10:21, 23:5, 25:3, 46:11, 46:17, 47:23, 49:12
**add** [1] - 30:8
**adding** [1] - 54:11
**additional** [4] - 5:7, 5:22, 11:6, 40:18
**address** [4] - 34:8, 44:14, 50:4, 50:10
**addressed** [1] - 51:10
**addresses** [1] - 35:3
**advance** [1] - 58:25
**advancement** [18] - 30:16, 30:17, 30:24, 31:2, 31:3, 31:12, 31:15, 31:16, 32:4, 33:22, 35:10, 36:23, 42:14, 42:15, 42:16, 42:17, 42:21, 43:6
**advantage** [3] - 18:24, 19:6, 19:9
**advantages** [1] - 20:3
**affable** [1] - 54:1
**afternoon** [2] - 2:1, 2:7
**agree** [4] - 51:2, 54:19, 57:3, 57:12
**agreed** [1] - 58:14
**agreement** [8] - 35:14, 36:14, 38:2, 40:5, 40:11, 41:19, 57:14
**ahead** [8] - 10:6, 11:19, 15:25, 16:1, 16:19, 17:3, 19:17, 24:13
**akin** [1] - 23:1
**aligned** [3] - 16:9, 37:24
**alike** [1] - 54:21
**allow** [3] - 12:10, 24:2, 31:16
**allowance** [2] - 52:21,

52:24
**allowed** [2] - 44:19, 52:22
**allowing** [1] - 52:14
**allows** [6] - 12:23, 20:8, 20:19, 25:19, 50:16, 50:17
**almost** [1] - 29:4
**altogether** [1] - 46:12
**amended** [7] - 46:18, 48:9, 48:20, 48:21, 49:8, 50:11, 50:13
**amending** [2] - 54:5, 54:9
**amendment** [4] - 47:20, 53:19, 53:21, 55:8
**amendments** [2] - 46:10, 55:7
**amount** [1] - 56:18
**amounts** [1] - 40:24
**analogous** [1] - 54:20
**analysis** [1] - 50:25
**anchor** [1] - 28:7
**AND** [1] - 1:2
**Anderson** [1] - 41:9
**ANDERSON** [2] - 1:23, 19:14
**Andrews** [1] - 1:12
**angle** [3] - 17:16, 31:13, 42:19
**angles** [1] - 6:19
**angry** [1] - 58:3
**animation** [6] - 14:3, 21:5, 23:9, 24:12, 27:21, 27:22, 34:12, 34:18
**animations** [1] - 23:10
**answer** [10] - 6:2, 6:8, 32:7, 33:17, 41:4, 41:21, 42:5, 46:13, 50:6, 51:25
**answered** [1] - 23:10
**anyway** [1] - 19:11
**apologize** [1] - 41:7
**appeals** [1] - 54:1
**appear** [1] - 3:9
**APPEARANCES** [1] - 1:15
**applied** [2] - 17:20, 52:4
**apply** [2] - 57:2, 57:8
**appreciate** [2] - 2:20, 6:19
**appreciated** [1] - 34:14
**approach** [6] - 18:4, 18:14, 26:13, 29:10, 31:5, 34:10
**April** [1] - 1:13

**area** [1] - 34:24
**areas** [2] - 13:9, 40:25
**argue** [3] - 43:21, 43:22
**argument** [2] - 11:9, 43:3
**arguments** [2] - 11:1, 42:3
**arm** [3] - 49:11, 49:15, 49:20
**armada** [5] - 2:15, 8:5, 19:16, 19:25, 39:10
**arms** [10] - 47:4, 47:10, 47:15, 47:23, 48:6, 48:25, 49:2, 49:14, 49:18, 49:23
**art** [2] - 50:14, 53:1
**aside** [4] - 8:21, 44:12, 48:25
**assemble** [2] - 27:2, 27:4
**assembled** [2] - 7:1, 9:8
**assemblies** [2] - 11:3, 40:14
**assembly** [20] - 5:13, 9:18, 11:23, 11:24, 14:5, 18:6, 19:22, 21:14, 24:5, 26:24, 27:2, 27:10, 32:3, 32:4, 36:22, 37:8, 37:10, 37:14, 39:6
**assert** [1] - 33:4
**asserted** [12] - 2:22, 2:23, 30:14, 30:15, 32:22, 40:15, 40:18, 42:9, 43:12, 56:9, 56:16, 56:18
**assigned** [2] - 40:9, 43:24
**assigning** [1] - 36:15
**assignment** [4] - 36:15, 44:1, 44:2, 44:5
**assist** [1] - 17:22
**associated** [1] - 38:19
**assume** [2] - 22:9, 58:21
**attach** [1] - 24:14
**attached** [4] - 13:24, 13:25, 24:12, 42:17
**attaches** [1] - 24:17
**available** [2] - 58:22, 59:7
**avoid** [1] - 33:7
**avoiding** [1] - 59:3

**B**

**backdrop** [1] - 58:2
**backseat** [1] - 10:9
**backside** [1] - 23:23
**bad** [1] - 34:15
**ball** [7] - 5:10, 25:18, 26:3, 26:4, 26:11, 26:16, 26:17
**bar** [1] - 48:14
**base** [4] - 46:16, 46:17, 46:19, 47:19
**based** [3] - 12:21, 36:8, 52:5
**basic** [3] - 36:2, 36:21, 39:14
**bearing** [2] - 12:12, 13:21
**Becker** [1] - 40:11
**become** [2] - 17:15, 48:11
**beginning** [2] - 45:5, 45:6
**being's** [1] - 23:5
**benefit** [4] - 5:3, 9:10, 16:22, 20:1
**benefits** [1] - 9:2
**best** [2] - 51:25, 53:5
**better** [4] - 6:10, 9:10, 21:20, 32:9
**between** [11] - 4:11, 4:16, 5:1, 11:9, 12:12, 29:5, 45:22, 47:10, 47:22, 48:24, 49:1
**beyond** [1] - 52:6
**big** [7] - 2:24, 2:25, 10:7, 11:9, 18:17, 22:10, 55:10
**bit** [9] - 7:23, 8:19, 10:5, 11:19, 13:8, 21:6, 24:21, 25:17, 39:13
**blah** [3] - 42:17, 42:18
**blatant** [1] - 44:19
**block** [1] - 31:14
**blood** [1] - 23:13
**blue** [2] - 28:10, 38:16
**board** [1] - 2:22
**bone** [6] - 4:1, 13:17, 16:24, 19:21, 21:17, 22:1
**booked** [1] - 59:24
**bore** [3] - 49:10, 49:17, 49:20
**bottom** [11] - 4:6, 4:23, 5:11, 5:15, 5:23, 14:5, 14:8, 15:22, 20:16, 25:14,

50:16
**bread** [2] - 20:15, 20:16
**brief** [3] - 2:8, 11:8, 34:8
**briefly** [2] - 26:23, 38:11
**bring** [1] - 19:11
**broadens** [1] - 51:22
**brought** [4] - 2:18, 52:11, 55:24
**built** [1] - 29:21
**buttress** [1] - 42:19
**buying** [1] - 9:1
**BY** [1] - 1:16

**C**

**Cabral** [11] - 30:7, 34:6, 41:5, 42:3, 50:5, 52:10, 53:11, 55:15, 56:22, 57:5, 60:1
**CABRAL** [24] - 1:23, 34:7, 34:12, 34:17, 34:20, 36:8, 36:10, 41:7, 50:6, 50:13, 51:3, 51:8, 51:17, 51:25, 55:16, 56:13, 57:1, 57:7, 57:16, 57:22, 59:10, 59:23, 60:2, 60:5
**cannulated** [2] - 21:7, 21:24
**cannulation** [6] - 21:9, 21:11, 21:18, 22:18, 38:4, 40:8
**cap** [3] - 26:2, 26:11, 26:12
**capture** [1] - 26:17
**captured** [1] - 26:4
**captures** [2] - 13:8, 26:16
**carpentry** [1] - 22:9
**cartoon** [1] - 23:9
**cartoons** [1] - 23:10
**case** [33] - 4:9, 8:23, 11:11, 16:6, 29:25, 30:25, 32:2, 33:4, 39:10, 39:24, 40:7, 42:9, 42:11, 42:12, 42:16, 42:24, 42:25, 43:4, 43:16, 43:18, 43:25, 44:6, 48:2, 48:12, 51:17, 51:20, 55:19, 55:22, 56:4, 57:3, 57:7, 58:19
**Case** [1] - 1:5
**cases** [1] - 16:6

**catch** [2] - 53:7, 55:6
**categorized** [1] - 34:23
**caught** [2] - 53:8, 55:9
**causing** [1] - 56:23
**cavity** [6] - 5:10, 5:20, 12:3, 14:17, 15:20, 25:11
**center** [3] - 48:14, 49:10, 49:19
**central** [4] - 11:11, 49:10, 49:17, 49:20
**certainly** [1] - 59:16
**certificate** [4] - 44:16, 55:18, 55:22, 55:24
**certificates** [1] - 51:21
**certify** [1] - 60:16
**chance** [1] - 30:10
**change** [7] - 46:21, 54:3, 54:15, 54:17, 54:18, 54:23, 54:24
**changed** [4] - 46:11, 47:21, 48:11, 54:16
**changing** [2] - 47:24, 54:12
**channel** [30] - 4:14, 5:6, 6:15, 6:16, 6:17, 8:3, 12:13, 13:2, 14:19, 14:20, 15:16, 20:12, 23:23, 23:24, 24:18, 24:19, 24:23, 25:20, 25:25, 26:9, 27:9, 27:10, 27:14, 28:16, 28:17, 37:23, 37:24, 37:25, 47:4
**channels** [2] - 13:1, 13:6
**child** [2] - 3:4, 8:21
**circling** [1] - 11:21
**Circuit** [2] - 54:14, 55:23
**circumstance** [1] - 4:25
**circumstances** [2] - 52:19, 54:22
**cited** [1] - 55:22
**claim** [38] - 15:3, 32:5, 33:3, 37:12, 37:19, 43:25, 44:19, 45:3, 45:19, 45:21, 45:23, 46:18, 48:5, 48:9, 48:20, 48:21, 50:11, 50:13, 50:16, 50:17, 51:6, 51:8, 51:15, 51:22, 51:24, 52:4, 52:14, 52:16, 52:24, 52:25, 54:5, 55:11, 55:21, 55:25, 56:1, 56:15, 57:17
**Claim** [2] - 37:21, 38:4

**claimed** [1] - 53:17
**claims** [21] - 2:23, 9:20, 10:16, 30:24, 32:19, 33:1, 33:11, 33:23, 40:15, 40:19, 40:22, 56:9, 56:12, 56:15, 56:16, 56:18, 56:20, 56:24, 57:3, 57:11
**clarification** [1] - 59:18
**clauses** [1] - 37:17
**clear** [4] - 51:14, 52:17, 53:15, 53:17
**clearest** [1] - 55:7
**click** [1] - 35:5
**close** [2] - 43:3, 58:9
**closed** [2] - 4:19, 24:23
**closes** [4] - 15:17, 19:5, 31:9, 35:9
**closure** [23] - 4:15, 8:3, 13:23, 15:17, 17:1, 17:6, 19:22, 20:13, 24:11, 24:22, 26:8, 26:10, 28:1, 28:2, 28:13, 28:19, 28:23, 29:14, 31:9, 31:16, 35:8, 36:22, 37:16
**closures** [2] - 10:24, 11:7
**coded** [1] - 39:22
**COLIN** [1] - 1:23
**collateral** [1] - 11:5
**colleague** [1] - 41:9
**color** [1] - 39:22
**combined** [1] - 7:4
**comments** [1] - 35:17
**common** [1] - 4:6
**compare** [1] - 18:18
**compared** [1] - 54:21
**compares** [1] - 44:19
**completely** [2] - 14:25, 19:5
**complicated** [1] - 57:18
**component** [3] - 26:25, 36:2, 36:5
**components** [10] - 7:3, 11:22, 35:6, 36:21, 37:7, 37:9, 37:14, 38:17, 39:22, 40:14
**compression** [6] - 35:21, 35:24, 37:5, 37:16, 38:15, 39:1
**concept** [2] - 11:12, 11:14
**conducted** [1] - 45:7

**CONFERENCE** [2] - 1:9, 1:11
**configured** [7] - 4:14, 15:16, 20:12, 25:20, 27:11, 27:14, 28:17
**confuse** [1] - 43:1
**confusing** [1] - 6:4
**connected** [2] - 4:24, 54:6
**connecting** [4] - 17:13, 35:16, 35:18, 36:25
**construction** [1] - 15:4
**construed** [2] - 35:11, 35:12
**contested** [2] - 56:21, 57:10
**contesting** [1] - 51:14
**context** [1] - 51:21
**contrary** [1] - 52:13
**controversial** [1] - 57:19
**convenience** [1] - 59:8
**copies** [1] - 34:16
**copy** [1] - 10:3
**core** [3] - 10:12, 10:17, 40:16
**corporation's** [1] - 58:4
**correct** [13] - 7:14, 7:23, 8:9, 8:13, 12:25, 15:6, 17:18, 22:7, 22:15, 45:15, 47:19, 48:13, 55:11
**correctable** [1] - 54:2
**corrected** [2] - 50:19, 55:8
**correction** [5] - 44:16, 51:21, 55:18, 55:22, 55:24
**correctly** [3] - 13:19, 17:7, 24:10
**counsel** [2] - 1:18, 53:7
**Counsel** [1] - 1:24
**couple** [4] - 2:2, 14:11, 37:16, 40:4
**course** [1] - 27:13
**court** [1] - 54:1
**COURT** [103] - 1:1, 2:1, 2:12, 2:20, 2:24, 3:7, 3:21, 4:5, 5:25, 6:3, 6:8, 6:18, 6:25, 7:12, 8:4, 8:20, 9:12, 9:19, 10:1, 10:4, 10:15, 11:8, 12:18, 15:3, 17:11, 17:25, 18:5, 18:15, 18:22,

19:12, 19:19, 21:4, 21:19, 22:4, 22:8, 23:2, 23:10, 23:14, 24:24, 26:14, 26:18, 28:2, 29:11, 29:17, 29:25, 30:6, 30:19, 31:6, 31:18, 31:24, 32:8, 32:16, 33:7, 33:17, 34:1, 34:4, 34:11, 34:14, 34:19, 36:7, 36:9, 41:5, 42:1, 43:8, 44:11, 45:2, 45:8, 45:12, 45:17, 45:24, 46:3, 46:13, 46:18, 46:21, 46:24, 47:13, 48:3, 48:9, 48:16, 49:3, 49:16, 50:2, 50:11, 50:20, 51:6, 51:13, 51:23, 52:9, 53:3, 53:23, 54:14, 55:13, 56:2, 56:22, 57:5, 57:12, 57:21, 57:25, 58:18, 59:20, 60:1, 60:4, 60:6
**Court** [1] - 60:21, 60:21
**Courtroom** [1] - 1:12
**cover** [1] - 40:15
**covered** [1] - 30:13
**creates** [1] - 5:22
**creating** [3] - 48:15, 49:11, 49:21
**critical** [1] - 25:5
**criticism** [1] - 34:19
**cross** [1] - 39:16
**cross-sectional** [1] - 39:16
**CSR** [1] - 60:20

## D

**damages** [1] - 11:4
**DANIEL** [1] - 1:20
**date** [1] - 53:9
**DAVIS** [20] - 1:17, 45:11, 45:13, 45:21, 46:1, 46:9, 46:15, 46:20, 46:22, 47:1, 47:15, 48:7, 48:11, 48:21, 49:7, 49:24, 52:18, 53:5, 54:8, 54:19
**Davis** [7] - 45:11, 45:12, 47:13, 50:21, 52:10, 55:13, 55:17
**DBR** [3] - 25:18, 25:19
**Deanna** [2] - 60:15, 60:20

**decade** [1] - 39:3
**December** [1] - 50:15
**decide** [1] - 31:25
**decided** [1] - 47:20
**deck** [3] - 34:11, 34:15, 40:2
**deconstructed** [1] - 35:4
**defendant** [2] - 56:8, 59:11
**Defendant** [2] - 1:7, 1:24
**defense** [6] - 42:8, 44:1, 44:2, 44:3, 44:5, 44:7
**defined** [3] - 48:12, 51:6, 55:2
**defining** [1] - 47:4, 49:22, 54:10
**definite** [1] - 19:9
**definition** [1] - 53:12
**degenerate** [2] - 42:3, 42:4
**degrees** [4] - 12:10, 12:21, 13:3, 39:6
**Delaware** [1] - 1:8
**DELAWARE** [1] - 1:2
**demonstrative** [2] - 7:21, 23:4
**dependent** [3] - 37:19, 37:20, 38:3
**described** [2] - 48:20, 52:21
**describing** [1] - 49:18
**designed** [1] - 3:9
**details** [1] - 12:2
**determine** [2] - 33:4, 59:1
**determined** [1] - 58:24
**developed** [7] - 38:15, 39:2, 39:4, 39:11, 39:12, 39:13, 40:21
**develops** [1] - 8:17
**DI** [1] - 50:17
**diagram** [1] - 27:6
**diameter** [48] - 3:15, 3:17, 46:2, 46:3, 46:4, 46:5, 46:7, 46:10, 46:16, 46:17, 46:19, 47:2, 47:5, 47:6, 47:9, 47:17, 47:18, 47:22, 47:24, 48:4, 48:6, 48:12, 48:15, 48:20, 48:23, 49:12, 49:13, 49:21, 49:22, 50:25, 51:1, 51:4, 52:2, 52:3, 52:6, 52:7, 52:15, 52:23, 53:18, 54:11, 54:12, 54:13, 55:5

**diameters** [4] - 44:20, 52:20, 53:16, 55:2
**difference** [1] - 38:12
**differences** [2] - 11:16, 25:5
**different** [27] - 3:3, 3:12, 3:14, 6:5, 6:9, 8:1, 8:14, 9:21, 11:5, 18:18, 25:7, 25:16, 27:7, 28:8, 29:25, 31:13, 31:15, 32:25, 35:17, 35:23, 35:25, 39:21, 40:14, 46:10, 54:10
**differs** [1] - 10:16
**difficult** [2] - 29:22, 59:25
**digress** [1] - 23:2
**direct** [1] - 42:3
**direction** [1] - 58:8
**disassembles** [1] - 29:24
**discovery** [1] - 45:6
**discussing** [1] - 42:7
**discussion** [1] - 60:11
**disease** [1] - 8:14
**dispassionate** [1] - 58:6
**dispute** [3] - 56:8, 56:16, 56:19
**disputed** [2] - 57:9, 57:17
**distance** [7] - 47:9, 47:10, 47:22, 48:13, 49:1, 49:9, 49:19
**distributed** [1] - 20:18
**distributes** [3] - 4:17, 20:17, 29:3
**DISTRICT** [2] - 1:1, 1:2
**Docket** [1] - 45:17
**document** [1] - 36:15
**done** [9] - 13:7, 13:18, 17:4, 24:11, 30:6, 33:25, 55:19, 57:13, 58:23
**door** [1] - 42:6
**down** [29] - 4:17, 5:14, 5:22, 6:24, 12:5, 12:6, 12:7, 12:10, 13:4, 13:5, 13:11, 13:22, 14:23, 14:24, 15:21, 16:7, 16:12, 16:22, 17:6, 20:6, 20:17, 21:13, 22:2, 24:2, 25:11, 28:24, 34:17, 35:9, 59:16
**downward** [6] - 12:9, 15:1, 15:5, 15:8, 16:13, 21:1
**Dr** [12] - 36:15, 37:8,

37:13, 37:20, 38:1, 38:21, 39:3, 40:10, 40:11, 40:22, 43:21, 44:18
**drawing** [7] - 11:18, 25:3, 26:21, 27:2, 38:18, 38:19, 39:19
**drawings** [4] - 38:12, 38:17, 39:17, 39:23
**drive** [1] - 22:23
**drives** [1] - 21:12
**drop** [12] - 12:22, 13:3, 13:4, 13:5, 13:11, 13:22, 13:23, 14:11, 14:24, 14:25, 20:12, 26:8
**dropped** [7] - 8:2, 12:5, 12:6, 12:7, 12:10, 13:19, 25:19
**dropping** [2] - 12:19, 14:8
**drops** [10] - 6:16, 12:13, 13:5, 14:23, 15:21, 16:8, 19:4, 20:6, 25:25, 27:8
**dual** [1] - 25:18
**during** [6] - 7:20, 21:16, 35:11, 43:3, 53:6

## E

**e.g** [1] - 43:10
**E.g** [1] - 43:10
**earliest** [1] - 38:14
**easier** [1] - 22:9
**edges** [1] - 12:8
**effectively** [1] - 54:25
**efficiency** [1] - 34:9
**efficient** [2] - 19:3, 40:3
**either** [5] - 5:19, 7:2, 8:13, 15:24, 43:25
**element** [9] - 30:17, 32:15, 33:5, 33:15, 33:22, 36:3, 40:17, 52:25
**elements** [12] - 32:18, 33:4, 33:11, 41:16, 41:20, 56:8, 56:12, 56:15, 56:19, 57:9, 57:10, 57:17
**embarrassed** [1] - 30:11
**end** [15] - 7:5, 8:13, 14:16, 25:22, 26:1, 26:2, 26:3, 26:11, 26:12, 37:17, 40:2, 41:22, 58:24, 59:15

**ended** [2] - 53:19, 55:8
**ends** [1] - 22:5
**engagement** [10] - 3:5, 14:21, 21:9, 23:20, 23:25, 24:17, 32:23, 38:6, 40:8
**engages** [1] - 38:7
**engaging** [1] - 23:22
**engineering** [3] - 11:18, 26:21, 27:1
**ENGLISH** [1] - 1:20
**English** [3] - 3:8
**entire** [3] - 24:17, 47:11, 52:24
**entity** [1] - 12:12
**entry** [1] - 22:19
**envision** [1] - 25:23
**equal** [1] - 47:7
**error** [14] - 44:19, 44:24, 45:2, 45:4, 45:25, 47:25, 50:24, 52:12, 52:17, 53:7, 54:2, 54:5, 54:7, 54:9
**especially** [1] - 53:17
**ESQ** [6] - 1:16, 1:17, 1:17, 1:20, 1:23, 1:23
**essentially** [22] - 3:3, 3:22, 4:11, 5:9, 5:12, 5:21, 8:1, 8:10, 8:11, 8:16, 8:18, 8:22, 9:16, 9:22, 10:17, 10:20, 10:24, 23:8, 25:4, 32:23, 35:13, 43:7
**evaluating** [1] - 56:9
**evidence** [2] - 40:21, 40:24
**exact** [3] - 8:7, 22:23, 46:25
**exactly** [8] - 6:13, 12:7, 21:22, 22:2, 22:5, 30:21, 44:16, 54:21
**examiner** [2] - 52:14, 53:3
**example** [27] - 3:14, 4:13, 4:21, 4:22, 5:9, 6:7, 7:8, 7:12, 9:19, 10:9, 10:19, 10:25, 13:15, 18:13, 19:5, 19:7, 20:2, 20:22, 25:9, 26:6, 32:9, 32:13, 37:12, 43:10, 51:18, 54:14, 56:18
**except** [3] - 3:4, 5:12, 6:23
**excuse** [1] - 13:20

exercise [2] - 22:8, 33:9
Exhibit [1] - 49:8
expert [1] - 38:22
explain [9] - 5:8, 18:9, 20:3, 24:20, 28:6, 32:13, 33:13, 46:13, 48:19
explaining [1] - 41:3
explanation [1] - 50:21
explicitly [1] - 50:18
expressly [1] - 52:22
extent [2] - 54:4, 59:15
external [2] - 44:21, 44:22

**F**

face [3] - 15:2, 23:23, 24:17
facing [12] - 12:8, 15:1, 15:2, 15:5, 15:8, 15:9, 16:14, 16:15, 21:1, 48:14, 49:11, 49:20
fact [3] - 7:20, 52:13, 58:8
fail [1] - 32:20
fall [7] - 5:16, 5:20, 5:23, 15:21, 16:22, 25:14, 26:12
falls [3] - 5:22, 16:2, 27:11
families [4] - 3:20, 34:22, 34:25, 35:22
family [2] - 8:19, 38:14
far [1] - 53:3
fast [1] - 40:3
feature [3] - 14:21, 25:18, 25:19
features [1] - 41:14
Federal [3] - 54:14, 55:23, 60:21
Figure [3] - 35:1, 35:7, 36:17
figure [1] - 58:12
figured [1] - 17:16
figures [3] - 11:4, 53:14, 53:15
figuring [1] - 56:3
file [2] - 45:13, 45:19
final [1] - 27:10
finally [1] - 4:19
fine [5] - 33:18, 42:10, 59:14, 59:18, 60:5
finger [2] - 28:22, 31:10

finger-tight [2] - 28:22, 31:10
finish [1] - 11:16
first [26] - 2:10, 7:21, 11:17, 17:19, 22:4, 23:8, 26:21, 27:21, 34:24, 36:25, 37:23, 37:25, 39:4, 45:15, 46:4, 46:5, 46:16, 46:22, 46:23, 46:24, 47:6, 47:8, 47:21, 48:1, 54:11, 54:13
firsts [1] - 54:15
fist [1] - 53:19
fit [6] - 4:20, 15:11, 16:7, 19:8, 20:1, 20:8
fits [1] - 14:16
five [2] - 56:18
fixed [4] - 17:7, 17:15, 18:1
flange [27] - 30:13, 30:20, 30:22, 30:23, 31:25, 32:6, 33:10, 33:23, 35:12, 35:13, 36:24, 41:8, 41:10, 41:12, 41:14, 41:16, 41:20, 42:10, 42:22, 42:23, 43:2, 43:13, 43:14, 43:15
flipped [1] - 48:1
floating [1] - 27:16
flop [1] - 4:24
flopping [1] - 28:18
floppy [10] - 15:25, 16:2, 16:3, 16:22, 17:14, 18:14, 18:19, 19:5, 19:25
flops [1] - 18:21
flower [1] - 36:6
focus [1] - 2:23
FOR [1] - 1:2
force [1] - 17:20
foregoing [1] - 60:18
forget [1] - 44:15
forgot [2] - 54:18, 54:23
form [1] - 36:24
forward [2] - 2:19, 16:19
four [3] - 25:15, 34:16, 53:8
fourth [1] - 10:6
frame [2] - 38:15, 38:21
free [1] - 48:19
friction [8] - 4:20, 4:25, 15:11, 16:5, 16:7, 19:8, 20:1, 20:8

Friday [6] - 58:22, 59:10, 59:12, 59:18, 59:21, 59:24
front [7] - 14:19, 23:22, 23:23, 24:16, 24:18, 25:3, 45:17
full [2] - 11:23, 47:23
fully [2] - 9:8, 29:6
functionally [2] - 8:7, 8:9

**G**

GEMMELL [66] - 1:17, 2:7, 2:14, 2:21, 2:25, 3:11, 3:22, 4:8, 6:1, 6:6, 6:12, 6:23, 7:1, 7:20, 8:9, 9:4, 9:15, 9:23, 10:2, 10:5, 10:19, 11:13, 12:25, 15:5, 17:18, 18:2, 18:6, 18:17, 18:23, 19:16, 19:20, 21:5, 21:22, 22:7, 22:12, 23:6, 23:13, 23:16, 25:2, 26:15, 26:19, 28:4, 29:12, 29:19, 30:2, 30:14, 30:23, 31:7, 31:23, 32:2, 32:12, 32:21, 33:12, 33:21, 34:2, 41:6, 41:23, 42:4, 43:9, 45:1, 45:5, 56:6, 58:16, 59:14, 59:22, 60:9
Gemmell [12] - 2:6, 32:16, 34:1, 34:9, 38:6, 41:11, 41:17, 57:24, 58:14, 58:16, 58:18, 59:2
general [5] - 8:25, 21:7, 23:21, 25:5, 55:2
generally [10] - 2:9, 7:22, 8:22, 8:23, 19:24, 21:16, 30:2, 31:3, 34:23, 42:1
generic [1] - 14:5
geometric [4] - 51:16, 51:24, 53:10, 55:12
geometrically [1] - 45:3
gestures [1] - 48:19
gold [1] - 28:7
grab [1] - 18:3
gravitating [1] - 9:1
gray [1] - 28:12
great [2] - 22:10, 60:3
green [4] - 14:17,

28:10, 36:4, 49:25
groove [10] - 3:5, 23:20, 23:25, 24:1, 24:16, 28:24, 32:23, 38:7
grooves [2] - 17:6, 40:8
guess [1] - 53:5
guidance [1] - 52:1
guide [19] - 22:2, 22:24, 30:16, 30:23, 31:2, 31:3, 31:12, 31:15, 32:4, 33:22, 35:10, 36:22, 42:14, 42:16, 42:17, 42:21, 43:6
guided [1] - 21:15
guides [1] - 22:14
guidewire [7] - 21:12, 21:15, 21:20, 22:1, 22:2, 22:5, 22:23
guiding [1] - 31:16
guts [1] - 23:13
guys [1] - 56:25

**H**

half [2] - 21:23
hand [5] - 31:21, 31:22, 34:3, 35:1, 48:19
happy [4] - 6:2, 41:4, 58:19
hard [7] - 10:3, 17:2, 29:7, 29:20, 32:13, 58:4, 59:1
harp [1] - 53:12
head [12] - 5:19, 12:2, 12:14, 13:10, 14:7, 24:4, 27:11, 28:10, 29:2, 31:8
hear [2] - 34:4, 57:1
heard [2] - 38:6, 39:20
heart [1] - 3:25
held [1] - 60:11
helical [25] - 30:13, 30:20, 30:22, 30:23, 31:25, 32:5, 33:10, 33:23, 35:13, 36:23, 41:8, 41:10, 41:12, 41:14, 41:16, 41:20, 42:10, 42:22, 42:23, 43:2, 43:13, 43:14, 43:15
help [2] - 30:5, 59:16
helpful [2] - 30:7, 41:2
hereby [1] - 60:16
highlighted [2] - 38:18, 41:14

history [4] - 45:14, 45:20, 51:10, 52:2
hold [3] - 19:10, 19:13, 50:3
holding [2] - 27:15, 31:21
holds [1] - 5:9
hole [3] - 21:25, 22:1, 32:24
holes [1] - 22:17
Honor [58] - 2:8, 2:18, 9:24, 11:20, 14:4, 16:17, 17:10, 18:4, 18:14, 18:25, 19:18, 21:3, 22:16, 25:3, 25:23, 26:6, 26:13, 26:22, 27:20, 28:5, 28:14, 29:10, 30:4, 31:5, 34:7, 34:17, 34:20, 34:22, 35:3, 35:11, 40:4, 41:2, 41:6, 41:7, 41:23, 43:25, 44:10, 45:1, 49:24, 50:7, 52:1, 52:18, 54:8, 54:20, 55:16, 55:23, 56:6, 56:13, 56:17, 57:1, 57:8, 57:16, 57:23, 58:16, 59:10, 59:12, 59:14, 59:22
Honor's [1] - 35:17
Honorable [1] - 1:11
hope [1] - 58:13
hopefully [2] - 40:3, 41:2
hours [1] - 58:24
human [1] - 23:5

**I**

i.e [4] - 43:5, 43:6, 43:8, 43:11
idea [2] - 52:16, 59:13
identified [3] - 56:14, 57:8, 57:17
identifies [1] - 59:2
identify [1] - 19:14
ignore [1] - 32:17
II [5] - 2:16, 25:9, 38:13, 38:20, 39:7
III [1] - 39:8
illustrate [1] - 49:25
illustrations [1] - 35:20
images [1] - 39:17
implant [6] - 9:16, 10:21, 14:5, 24:22, 27:4, 32:4
implants [5] - 7:25,

10:20, 10:22, 17:5, 25:24
**important** [1] - 57:14
**impossibility** [5] - 51:2, 51:16, 52:5, 53:10, 55:12
**impossible** [2] - 45:3, 51:20
**improperly** [1] - 55:24
**improve** [1] - 8:11
**improvement** [2] - 40:18, 40:19
**improvements** [1] - 9:9
**IN** [2] - 1:1, 1:2
**INC** [1] - 1:6
**including** [4] - 5:17, 8:5, 41:1, 42:18
**incorporated** [1] - 39:5
**increase** [1] - 34:9
**indefinite** [1] - 51:18
**indentations** [1] - 14:18
**independently** [1] - 40:22
**indicates** [1] - 55:23
**individual** [3] - 24:21, 24:25, 37:9
**information** [1] - 13:18
**infringe** [2] - 31:25, 32:10
**infringement** [3] - 32:14, 38:22
**infringing** [2] - 11:2, 11:3
**inner** [1] - 47:24
**insert** [36] - 4:10, 12:4, 12:5, 12:16, 13:1, 13:21, 14:2, 14:22, 15:10, 16:12, 17:20, 19:6, 19:7, 20:6, 20:16, 21:8, 21:14, 26:15, 26:16, 28:9, 29:3, 30:18, 35:21, 35:24, 37:5, 37:16, 37:22, 38:15, 38:16, 46:15, 46:17, 47:15, 53:15
**inserted** [1] - 17:20
**inserts** [6] - 19:21, 21:12, 38:25, 39:1, 39:9, 47:12
**inside** [16] - 4:11, 5:10, 12:2, 12:3, 13:14, 13:16, 13:19, 15:1, 15:14, 22:18, 29:9, 31:4, 31:7, 31:9, 49:14, 49:23

**install** [2] - 4:1, 7:7
**installed** [2] - 4:3, 7:10
**installs** [1] - 7:6
**instance** [2] - 47:20, 54:12
**instances** [1] - 54:3
**instead** [2] - 25:10, 47:24
**instructions** [1] - 27:2
**intended** [1] - 53:18
**interact** [1] - 6:10
**interest** [1] - 59:3
**interesting** [3] - 27:1, 41:25, 55:3
**interior** [3] - 12:9, 20:15, 21:1
**internal** [4] - 14:13, 24:8, 44:20, 44:21
**internally** [1] - 25:15
**internals** [1] - 18:10
**intersecting** [3] - 48:14, 49:10, 49:19
**introduced** [7] - 44:24, 45:3, 46:2, 47:25, 50:7, 50:14, 50:24
**invasive** [1] - 21:16
**invent** [2] - 37:8, 37:9
**involved** [1] - 8:11
**involving** [1] - 51:20
**inward** [3] - 48:14, 49:11, 49:20
**inward-facing** [2] - 49:11, 49:20
**IP** [5] - 36:13, 36:16, 38:1, 38:8, 40:9
**issuance** [1] - 53:8
**issue** [8] - 30:3, 32:25, 34:24, 39:10, 39:23, 40:4, 40:7, 53:9
**issued** [2] - 45:2, 45:22, 51:24
**issues** [1] - 11:5
**item** [2] - 12:19, 43:16
**Item** [1] - 45:17
**itself** [1] - 32:15

## J

**JACKSON** [1] - 1:3
**Jackson** [3] - 36:15, 37:8, 37:13, 37:20, 38:1, 39:3, 40:10, 40:22, 43:21
**Jackson's** [2] - 38:21, 44:18
**JAMES** [1] - 1:23
**jumping** [1] - 10:5

**jury** [6] - 7:21, 23:8, 23:15, 43:1, 43:15, 57:2
**juxtaposed** [1] - 54:24
**juxtaposition** [1] - 53:20

## K

**keep** [2] - 3:21, 42:25
**keeps** [1] - 42:18
**KEVIN** [1] - 1:17
**Kevin** [1] - 45:11
**kind** [6] - 7:17, 10:5, 24:4, 28:12, 39:8, 51:6
**kit** [1] - 10:7
**KRAFTCHIK** [1] - 1:16

## L

**labeled** [2] - 38:13, 39:22
**lack** [2] - 6:10, 51:24
**laid** [1] - 17:5
**language** [12] - 37:22, 48:13, 49:4, 49:7, 50:18, 51:19, 52:4, 52:24, 55:11, 56:1, 57:22
**large** [2] - 3:15, 5:15
**larger** [8] - 44:21, 46:5, 46:7, 47:6, 47:18, 47:19, 51:1, 52:15
**laser** [1] - 11:21
**last** [8] - 5:17, 5:18, 27:22, 31:1, 40:13, 41:10, 43:4, 43:23
**launched** [1] - 39:12
**law** [4] - 51:17, 51:20, 55:20, 55:22
**lawsuit** [9] - 33:13, 33:14, 33:19, 33:22, 33:24, 33:25, 44:2, 44:3
**lead** [1] - 33:10
**least** [2] - 47:8, 59:16
**leave** [1] - 20:10
**leaving** [1] - 8:21
**ledge** [3] - 15:2, 16:13, 16:15
**length** [2] - 3:16, 3:17
**less** [1] - 8:7
**letter** [11] - 44:17, 44:18, 44:24, 45:14, 48:22, 49:13, 50:1,

52:12, 52:23, 53:23, 56:14
**levels** [2] - 10:8, 10:9
**license** [10] - 32:6, 32:14, 42:7, 42:8, 42:9, 42:24, 43:1, 43:14, 43:20, 44:1
**licensed** [2] - 35:13, 41:21
**licenses** [3] - 32:1, 32:17, 33:8
**light** [1] - 55:22
**likely** [1] - 58:10
**limitations** [6] - 32:19, 32:20, 54:10, 56:5
**line** [4] - 48:13, 49:9, 49:19, 49:25
**lined** [4] - 8:24, 13:2, 13:3, 13:6
**list** [1] - 42:20
**literally** [1] - 12:7
**live** [1] - 58:21
**LLP** [2] - 1:20, 1:22
**load** [28] - 4:10, 4:17, 4:19, 4:22, 4:24, 11:20, 12:12, 13:21, 14:3, 14:22, 15:12, 16:4, 16:12, 16:16, 17:23, 17:25, 20:16, 20:17, 20:18, 25:13, 29:3, 29:4, 35:25, 38:16, 38:25, 39:8, 39:12
**load-bearing** [2] - 12:12, 13:21
**loadable** [1] - 37:22
**loaded** [5] - 5:14, 15:11, 25:9, 39:9
**located** [1] - 8:2
**location** [3] - 22:23, 24:7, 27:18
**lock** [7] - 7:6, 20:13, 27:17, 29:9, 31:17
**locked** [6] - 13:16, 17:2, 17:8, 19:5, 20:25, 28:24
**locking** [4] - 20:17, 20:18, 20:20, 29:15
**locks** [8] - 4:18, 15:13, 15:18, 16:15, 20:14, 28:23, 29:6, 29:16
**logically** [1] - 50:23
**long-length** [1] - 3:16
**look** [8] - 21:24, 24:25, 33:3, 33:16, 37:21, 49:12, 52:21, 53:15
**looked** [1] - 53:9
**looking** [6] - 7:5, 9:20, 12:20, 30:12, 44:15, 47:17

**looks** [7] - 3:2, 3:7, 26:7, 28:11, 34:11, 34:12, 47:12
**lost** [1] - 43:25
**lower** [4] - 12:8, 16:4, 16:13, 20:25
**lower-facing** [1] - 12:8
**lowered** [1] - 5:5

## M

**M.D** [1] - 1:3
**maintain** [1] - 5:3
**malady** [1] - 8:13
**malleable** [1] - 19:21
**man** [2] - 9:13, 9:17
**manipulable** [2] - 18:1, 18:2
**manipulate** [2] - 24:5, 24:15
**manufacturer** [2] - 9:8, 27:3
**manufacturers** [1] - 7:2
**March** [1] - 50:9
**marked** [1] - 45:18
**marketing** [2] - 41:13, 41:15
**Markman** [1] - 35:11
**match** [1] - 32:18
**mate** [1] - 15:2
**materials** [1] - 41:13
**mathematical** [2] - 51:1, 51:15
**mating** [2] - 15:14, 31:11
**matter** [2] - 15:25, 51:22
**MCCARTER** [1] - 1:20
**mean** [6] - 3:24, 6:3, 33:18, 35:12, 48:18, 51:8
**means** [5] - 25:18, 43:6, 43:8, 52:2, 52:8
**meant** [1] - 51:3
**meat** [1] - 29:5
**meet** [4] - 32:20, 33:10, 41:20, 58:20
**meeting** [1] - 59:12
**meets** [2] - 15:9, 27:9
**member** [3] - 35:16, 35:19, 36:25
**memory** [1] - 45:15
**mentioned** [5] - 16:23, 21:10, 25:12, 51:4, 51:9
**merits** [1] - 45:16
**middle** [3] - 4:7, 4:9,

35:4
**might** [10] - 3:15, 4:21, 4:22, 8:21, 9:1, 9:5, 10:10, 42:9, 46:13, 59:25
**million** [2] - 36:19, 38:9
**mind** [2] - 9:24, 11:15
**minimally** [1] - 21:16
**minute** [3] - 44:12, 44:13, 51:13
**misaligned** [1] - 37:23
**mistake** [3] - 46:6, 51:11, 53:4
**modular** [4] - 3:23, 6:24, 7:10, 9:18
**modularly** [1] - 9:7
**money** [2] - 40:9, 40:25
**months** [1] - 53:8
**morning** [2] - 59:21, 59:25
**most** [6] - 8:4, 16:6, 20:2, 20:3, 25:6, 36:3
**mostly** [2] - 20:8, 20:11
**motion** [1] - 44:15
**motivated** [1] - 58:12
**movable** [1] - 19:23
**move** [10] - 13:12, 16:19, 17:2, 17:8, 18:3, 18:11, 18:19, 18:20, 24:15, 57:19
**moved** [1] - 29:6
**mover** [1] - 29:7
**moves** [1] - 19:20
**MR** [108] - 2:7, 2:14, 2:21, 2:25, 3:11, 3:22, 4:8, 6:1, 6:6, 6:12, 6:23, 7:1, 7:20, 8:9, 9:4, 9:15, 9:23, 10:2, 10:5, 10:19, 11:13, 12:25, 15:5, 17:18, 18:2, 18:6, 18:17, 18:23, 19:14, 19:16, 19:20, 21:5, 21:22, 22:7, 22:12, 23:6, 23:13, 23:16, 25:2, 26:15, 26:19, 28:4, 29:12, 29:19, 30:2, 30:14, 30:23, 31:7, 31:23, 32:2, 32:12, 32:21, 33:12, 33:21, 34:2, 34:7, 34:12, 34:17, 34:20, 36:8, 36:10, 41:6, 41:7, 41:23, 42:4, 43:9, 45:1, 45:5, 45:11, 45:13, 45:21,

46:1, 46:9, 46:15, 46:20, 46:22, 47:1, 47:15, 48:7, 48:11, 48:21, 49:7, 49:24, 50:6, 50:13, 51:3, 51:8, 51:17, 51:25, 52:18, 53:5, 54:8, 54:19, 55:16, 56:6, 56:13, 57:1, 57:7, 57:16, 57:22, 58:16, 59:10, 59:14, 59:22, 59:23, 60:2, 60:5, 60:9
**multiple** [5] - 6:4, 7:17, 7:18, 33:5, 54:2
**must** [2] - 12:23, 43:17

## N

**name** [1] - 33:10
**names** [1] - 35:25
**narrow** [1] - 22:18
**narrowed** [2] - 47:24, 57:11
**narrows** [1] - 59:15
**nature** [1] - 20:24
**neat** [1] - 26:19
**necessarily** [2] - 10:25, 30:19
**need** [3] - 8:12, 25:13, 57:11
**needs** [1] - 17:16
**never** [1] - 42:2
**new** [4] - 8:22, 9:2, 26:15, 54:11
**newer** [4] - 8:16, 8:17, 9:2, 25:8
**newest** [2] - 8:18, 8:24
**next** [21] - 21:2, 21:5, 23:17, 27:5, 35:2, 36:3, 36:10, 36:17, 36:20, 37:11, 37:18, 38:3, 38:5, 38:10, 38:23, 39:15, 39:19, 39:25, 56:2, 57:15, 59:9
**nice** [2] - 58:11, 58:25
**nonsensical** [2] - 51:15, 55:11
**normal** [2] - 3:8, 31:14
**nothing** [4] - 17:12, 27:15, 27:16, 52:7
**notice** [1] - 39:3
**number** [9] - 12:19, 31:13, 33:9, 37:1, 38:7, 38:19, 41:17, 41:18, 56:24

**Number** [1] - 36:14
**numerous** [1] - 10:11
**NUVASIVE** [1] - 1:6
**NuVasive** [24] - 9:17, 11:23, 18:8, 26:24, 35:15, 35:25, 36:6, 36:13, 36:16, 36:18, 37:13, 37:20, 38:1, 38:9, 39:2, 39:9, 39:17, 40:5, 40:9, 40:17, 40:21, 40:24, 41:13, 56:7
**NuVasive's** [1] - 7:2

## O

**obvious** [6] - 36:3, 46:6, 52:12, 52:17, 55:4, 55:25
**obviously** [3] - 5:4, 11:10, 52:15
**obviousness** [1] - 44:7
**odd** [2] - 9:13, 9:17
**OF** [2] - 1:2, 1:9
**Office** [2] - 40:23, 50:16
**office** [3] - 45:15, 47:21, 50:9
**Official** [1] - 60:21
**old** [1] - 8:24
**older** [5] - 8:16, 8:19, 9:3, 9:6, 25:7
**once** [7] - 13:25, 14:6, 17:25, 19:24, 24:6, 29:17, 56:20
**one** [68] - 5:18, 6:3, 6:14, 6:15, 6:19, 6:25, 7:1, 7:3, 7:4, 13:4, 16:12, 17:4, 18:17, 18:23, 19:6, 23:7, 23:18, 25:10, 26:6, 30:9, 30:22, 32:10, 32:19, 32:24, 33:2, 33:11, 34:21, 34:24, 35:16, 36:10, 36:12, 38:14, 38:20, 38:23, 39:25, 40:5, 40:15, 41:8, 41:11, 41:12, 41:14, 41:18, 41:22, 43:15, 43:19, 44:14, 44:17, 44:20, 45:20, 45:25, 46:1, 46:22, 48:14, 49:10, 49:14, 49:20, 52:18, 54:2, 54:3, 54:16, 54:22, 54:25, 55:9, 55:16, 58:7, 59:1
**ones** [5] - 5:17, 9:2,

9:3, 21:2
**open** [3] - 23:5, 30:4, 45:13
**opened** [1] - 42:6
**opening** [2] - 5:15, 7:18
**openings** [1] - 12:21
**opinions** [1] - 40:12
**opportunity** [2] - 2:18, 9:6
**opposed** [7] - 9:7, 25:14, 47:4, 48:6, 49:10, 49:20, 56:5
**order** [5] - 51:11, 55:20, 56:17, 57:13, 60:9
**ordinary** [1] - 55:25
**orientation** [1] - 12:6
**original** [7] - 45:18, 45:19, 45:21, 48:5, 51:19, 52:4, 56:1
**originally** [4] - 2:3, 39:6, 46:12, 46:15
**otherwise** [2] - 28:18, 29:23
**outcome** [1] - 9:10
**outer** [3] - 46:16, 46:19
**outside** [1] - 13:24
**overcome** [1] - 50:14
**overhang** [2] - 12:19, 12:24
**overhangs** [1] - 12:22
**overlooked** [4] - 52:19, 53:6, 53:21, 54:25
**own** [3] - 22:8, 54:6, 54:8

## P

**page** [8] - 10:6, 11:18, 45:18, 45:22, 49:8, 49:9, 50:16
**paid** [3] - 38:9, 40:9, 40:24
**pair** [2] - 47:3, 48:6
**parentheses** [1] - 37:2
**part** [21] - 5:7, 5:22, 14:13, 15:9, 17:13, 21:11, 25:6, 26:15, 27:22, 31:8, 31:20, 31:24, 35:9, 37:25, 38:2, 39:5, 41:10, 45:6, 47:23, 48:16, 53:14
**particular** [12] - 3:20, 4:9, 6:20, 12:6, 26:10, 30:25, 32:6,

32:15, 33:15, 43:12, 43:16, 59:9
**particularly** [1] - 57:18
**parties** [1] - 11:9
**parts** [2] - 26:25, 38:20
**patent** [31] - 32:7, 32:8, 32:11, 32:19, 32:22, 32:25, 33:2, 33:10, 33:12, 33:24, 34:21, 34:22, 34:24, 35:7, 36:12, 36:14, 36:18, 37:1, 37:13, 37:19, 38:6, 41:16, 41:17, 41:18, 42:10, 42:15, 43:24, 45:9, 50:8, 52:1, 55:18
**Patent** [2] - 40:23, 50:15
**patented** [1] - 43:21
**patentee** [1] - 55:19
**patents** [16] - 2:22, 11:10, 30:15, 30:18, 31:25, 32:21, 33:3, 34:21, 35:22, 36:13, 39:2, 39:4, 40:5, 42:9, 43:12
**patient** [2] - 9:11, 29:23
**payment** [1] - 36:19
**pedicle** [7] - 4:4, 5:2, 7:8, 7:25, 19:1, 21:12, 29:13
**people** [2] - 19:13, 30:7
**per** [1] - 56:7
**percent** [1] - 23:14
**perhaps** [4] - 44:13, 48:5, 53:24
**perpendicular** [1] - 7:16
**person** [3] - 3:4, 55:25, 58:20
**personal** [1] - 58:5
**phone** [1] - 58:20
**physical** [1] - 44:12
**physically** [1] - 2:18
**pick** [3] - 13:12, 24:2, 24:3
**picture** [4] - 2:17, 3:12, 3:18, 49:12
**piece** [8] - 5:13, 6:25, 7:1, 7:4, 12:16, 20:15, 20:16
**pieces** [2] - 25:14, 25:15, 25:22
**pin** [3] - 22:24, 22:25, 23:1
**place** [37] - 5:2, 11:10, 11:12, 11:14, 12:11,

12:16, 15:13, 16:2, 16:9, 16:15, 16:25, 17:24, 17:25, 20:7, 20:18, 20:24, 21:8, 22:9, 24:9, 24:10, 27:12, 29:16, 30:18, 33:2, 33:3, 34:21, 34:23, 35:22, 37:21, 37:25, 40:6, 40:8, 40:16, 40:20, 41:1, 53:19, 54:18
**placed** [1] - 21:14
**placement** [1] - 21:20
**places** [1] - 8:1
**Plaintiff** [2] - 1:4, 1:18
**plaintiff** [3] - 45:11, 57:23, 58:3
**plaintiff's** [1] - 34:15
**plan** [2] - 58:14, 58:18
**play** [3] - 2:19, 15:19, 24:13
**plopped** [1] - 4:2
**point** [24] - 15:23, 17:14, 17:15, 21:19, 24:1, 28:4, 34:5, 40:13, 41:8, 41:15, 43:9, 43:23, 46:2, 47:8, 47:18, 51:18, 52:25, 53:11, 55:1, 55:16, 56:16, 57:10, 59:9, 60:7
**pointed** [2] - 34:22, 52:3
**pointing** [3] - 40:19, 44:4, 52:5
**points** [2] - 8:25, 38:22
**POLSINELLI** [1] - 1:16
**polyaxial** [4] - 21:7, 21:25, 35:5, 36:13
**pop** [6] - 5:11, 7:9, 20:21, 20:23, 20:24
**popped** [1] - 47:12
**portion** [9] - 14:8, 14:16, 47:3, 47:4, 47:11, 47:17, 48:6, 49:1
**position** [21] - 4:18, 5:3, 5:5, 14:7, 14:23, 14:24, 14:25, 15:10, 16:5, 16:13, 17:8, 18:20, 18:25, 20:25, 21:15, 24:23, 27:9, 28:21, 29:6, 29:22, 37:24
**possible** [1] - 51:19
**practice** [1] - 33:6
**preassembled** [3] - 9:16, 18:7, 26:24
**precise** [2] - 22:19,

22:22
**precisely** [2] - 47:1, 49:24
**prefer** [2] - 9:5, 51:23
**preferable** [1] - 59:11
**prepare** [1] - 58:11
**prepared** [1] - 44:14
**present** [2] - 56:4, 60:17
**presentation** [1] - 10:2
**preset** [1] - 39:10
**pressure** [31] - 4:10, 12:4, 12:17, 13:1, 13:21, 14:2, 14:22, 15:24, 16:1, 16:4, 16:8, 16:11, 16:18, 16:19, 17:19, 18:8, 19:7, 20:7, 20:16, 26:16, 28:9, 29:1, 29:2, 29:3, 29:4, 35:21, 35:24, 38:16, 39:1, 39:8
**pretty** [5] - 22:25, 26:19, 34:11, 58:6, 58:9
**prevent** [1] - 12:22
**prevents** [2] - 12:18, 14:7
**primarily** [1] - 4:9
**problem** [3] - 12:24, 40:12, 57:6
**proceedings** [5] - 44:25, 45:4, 50:8, 60:18
**process** [3] - 9:18, 57:8, 57:18
**product** [19] - 2:13, 2:21, 3:20, 8:17, 8:18, 9:19, 9:21, 11:2, 11:22, 16:7, 30:21, 38:13, 38:14, 38:25, 39:11, 39:20, 40:1, 41:24
**productive** [1] - 31:20
**products** [28] - 2:4, 2:10, 2:11, 2:14, 3:13, 8:17, 9:1, 10:11, 11:15, 14:11, 19:15, 24:21, 25:1, 25:8, 30:4, 35:15, 39:9, 39:18, 41:12, 41:13, 41:15, 41:20, 41:22, 42:5, 44:9, 52:6, 60:7
**Professional** [2] - 60:15, 60:17
**profile** [2] - 6:14, 6:15
**progress** [1] - 56:3
**pronouncing** [1] -

58:15
**proper** [1] - 55:17
**propose** [1] - 57:22
**proposed** [1] - 56:10
**proprietary** [3] - 30:25, 33:24, 42:23
**prosecution** [6] - 45:8, 50:8, 51:10, 52:2, 53:6, 53:7
**PROSKAUER** [1] - 1:22
**prove** [1] - 32:10
**provide** [3] - 4:20, 4:25, 26:2
**provided** [4] - 3:19, 9:17, 10:14, 11:23
**provides** [2] - 16:5, 22:18
**proximal** [2] - 14:8, 14:16
**pudding** [1] - 57:21
**pull** [3] - 5:4, 45:13, 48:22
**purchased** [5] - 36:13, 36:18, 37:20, 38:1, 40:6
**purple** [1] - 28:9
**purpose** [2] - 20:9, 20:11
**purposes** [3] - 4:9, 7:8, 9:21
**push** [3] - 17:1, 20:5, 58:7
**pushed** [2] - 20:17, 24:10
**pushes** [1] - 24:9
**pushing** [1] - 13:22
**put** [27] - 2:8, 6:22, 7:22, 8:3, 9:7, 12:14, 14:6, 15:15, 15:23, 15:24, 16:8, 16:18, 16:25, 17:1, 17:6, 18:4, 18:12, 18:25, 19:2, 19:23, 22:4, 22:6, 28:16, 28:25, 44:7, 44:11, 44:12
**puts** [12] - 8:1, 15:10, 17:23, 19:1, 19:2, 19:4, 19:24, 20:6, 20:7, 24:6, 43:5
**putting** [2] - 18:9, 19:22

**Q**

**questions** [8] - 6:1, 17:9, 30:5, 33:7, 34:8, 35:17, 41:4, 42:5

**quick** [5] - 21:3, 26:5, 45:14, 48:23, 55:16
**quickly** [2] - 55:9, 57:19
**quoted** [2] - 53:23, 53:25

**R**

**raise** [1] - 44:6
**ram** [1] - 22:10
**rather** [1] - 39:1
**read** [4] - 42:12, 55:21, 57:2
**ready** [1] - 16:24
**real** [3] - 21:3, 26:5, 45:14
**really** [7] - 9:13, 17:1, 40:2, 41:23, 44:17, 48:22, 54:17
**reason** [4] - 32:17, 42:1, 52:21, 52:24
**reasonable** [1] - 8:24
**receive** [8] - 4:15, 15:16, 16:25, 20:13, 25:21, 27:11, 27:14, 28:17
**received** [2] - 18:7, 56:7
**receiver** [40] - 3:25, 4:2, 4:5, 5:2, 5:10, 5:23, 7:9, 12:1, 12:3, 12:9, 12:11, 12:14, 13:10, 13:11, 14:17, 15:9, 15:12, 15:14, 16:14, 16:21, 16:24, 21:1, 24:4, 25:11, 25:12, 27:11, 28:10, 31:4, 31:8, 31:17, 36:5, 37:4, 37:15, 37:22, 38:8, 43:17, 53:16, 54:11
**receiving** [1] - 9:7
**recite** [1] - 55:10
**record** [2] - 19:14, 60:12
**red** [2] - 28:2, 28:13
**reduce** [2] - 56:17, 56:24
**reducing** [1] - 58:19
**redundancy** [1] - 59:4
**redundant** [1] - 59:4
**refer** [6] - 35:23, 38:6, 39:2, 55:11, 56:1, 56:14
**reference** [1] - 54:9
**referenced** [2] - 41:19, 54:11
**referencing** [1] - 50:18

**referred** [4] - 36:6, 48:4, 55:6, 55:23
**referring** [16] - 36:2, 41:17, 46:6, 46:9, 46:12, 47:2, 47:9, 47:10, 47:18, 47:21, 47:22, 48:5, 48:8, 48:10, 49:4, 52:16
**refers** [2] - 35:25, 37:1
**Registered** [2] - 60:15, 60:16
**regular** [1] - 31:13
**reissued** [1] - 55:18
**rejection** [1] - 50:14
**relate** [1] - 32:6
**related** [2] - 11:6, 40:23
**Reline** [31] - 2:15, 2:16, 2:21, 3:2, 3:3, 3:6, 3:10, 3:15, 3:16, 3:22, 3:23, 6:9, 7:12, 8:5, 8:18, 8:21, 9:13, 9:18, 9:20, 10:10, 10:17, 10:20, 11:21, 26:22, 28:15, 31:23, 31:24, 39:11, 39:20
**rely** [1] - 6:18
**remedy** [1] - 55:17
**remember** [2] - 23:11, 47:11
**remind** [1] - 45:10
**reminded** [2] - 23:3, 41:9
**remove** [2] - 16:1, 16:19
**Report** [1] - 60:16
**reported** [1] - 60:17
**Reporter** [2] - 60:17, 60:21
**representative** [2] - 2:11, 2:13
**request** [2] - 56:7, 56:17
**required** [1] - 55:20
**respect** [1] - 54:10
**respond** [1] - 53:11
**response** [1] - 50:9
**rest** [5] - 9:14, 34:2, 34:3, 56:20, 57:9
**resulted** [1] - 50:25
**resulting** [1] - 55:15
**retainer** [16] - 5:8, 5:9, 5:18, 5:21, 12:1, 13:18, 13:20, 14:6, 14:12, 14:15, 15:20, 16:15, 16:16, 28:8, 37:5
**retaining** [1] - 37:15
**retry** [2] - 42:6, 42:7
**reverse** [2] - 31:13,

42:19
**rich** [6] - 11:17, 14:2, 17:21, 22:21, 24:13, 27:5
**Richard** [1] - 1:11
**ridges** [1] - 31:9
**right-hand** [1] - 35:1
**rights** [1] - 33:8
**ring** [34] - 4:10, 4:17, 4:19, 4:22, 4:25, 5:8, 5:9, 5:18, 5:19, 5:21, 11:20, 12:1, 12:17, 13:20, 13:21, 14:3, 14:6, 14:12, 14:15, 14:23, 15:12, 15:20, 16:5, 16:12, 16:16, 17:23, 17:25, 20:17, 25:13, 28:8, 29:3, 36:1, 38:16
**rings** [4] - 39:1, 39:8, 39:12
**rod** [51] - 4:12, 4:13, 4:15, 4:16, 4:18, 5:5, 6:15, 7:13, 7:16, 7:17, 8:2, 13:22, 15:7, 15:15, 15:17, 16:25, 17:5, 17:17, 19:4, 19:22, 20:11, 20:13, 24:9, 24:10, 24:22, 25:18, 25:19, 25:21, 25:25, 26:2, 26:3, 26:9, 26:10, 27:11, 27:14, 27:16, 27:25, 28:12, 28:17, 28:18, 29:1, 29:13, 35:9, 35:19, 36:25
**rods** [2] - 10:23, 11:6
**ROSE** [1] - 1:22
**rotatable** [1] - 37:24
**rotate** [5] - 12:8, 12:20, 27:8, 28:21, 31:10
**rotated** [5] - 12:10, 12:11, 13:21, 15:13, 39:6
**rotates** [6] - 13:5, 14:25, 15:8, 15:10, 16:9, 27:8
**rotation** [1] - 39:7
**royalties** [1] - 40:18
**RPR** [1] - 60:20
**run** [1] - 16:8

## S

**sales** [1] - 11:5
**sample** [2] - 3:19, 27:25
**samples** [1] - 3:20

**sandwich** [5] - 4:11, 20:14, 20:15, 29:5
**sandwiched** [1] - 4:16
**sat** [2] - 58:2, 58:3
**satisfy** [2] - 41:15, 51:20
**saw** [7] - 22:17, 35:8, 35:19, 38:12, 40:12, 40:13, 40:16
**screw** [36] - 3:3, 3:16, 3:25, 5:1, 6:12, 6:19, 6:20, 6:22, 7:14, 9:21, 11:25, 13:23, 21:7, 21:21, 21:25, 22:6, 22:11, 23:21, 23:22, 26:25, 31:14, 32:3, 32:15, 35:5, 35:6, 36:2, 36:4, 36:13, 36:21, 37:8, 37:9, 37:14, 39:5, 39:22
**screwdriver** [3] - 13:15, 13:16, 24:8
**screwed** [1] - 21:17
**screws** [14] - 6:9, 7:15, 7:17, 7:18, 8:15, 9:22, 10:18, 11:12, 13:17, 14:9, 24:7, 24:8, 30:11, 44:12
**screws'** [1] - 40:14
**second** [28] - 7:4, 17:20, 19:10, 35:15, 37:23, 37:24, 46:3, 46:4, 46:7, 46:19, 46:22, 46:23, 46:24, 47:2, 47:5, 47:6, 47:9, 47:22, 48:1, 51:1, 52:15, 53:20, 54:12, 54:13, 54:15, 54:16
**seconds** [1] - 54:15
**sectional** [1] - 39:16
**see** [39] - 2:17, 3:12, 9:23, 10:20, 11:20, 11:22, 13:1, 15:1, 15:23, 16:21, 18:10, 18:18, 18:19, 18:20, 21:25, 22:13, 22:14, 24:12, 24:16, 26:9, 28:16, 28:23, 31:8, 35:15, 36:4, 36:20, 36:24, 38:16, 38:17, 39:16, 39:17, 44:23, 49:5, 49:13, 57:21, 59:1, 59:4, 59:8, 60:7
**seeing** [2] - 6:13, 10:7
**seeking** [1] - 40:17
**seem** [2] - 6:4, 34:16

**select** [3] - 7:9, 8:15, 10:22
**selected** [1] - 4:2
**seller** [2] - 2:24, 2:25
**sells** [1] - 18:8
**sense** [2] - 17:14, 51:24
**separately** [1] - 6:21
**series** [2] - 7:24, 25:24
**serious** [1] - 57:6
**set** [1] - 9:22
**setting** [1] - 48:25
**shank** [38] - 3:14, 3:17, 3:24, 4:1, 4:3, 4:6, 4:16, 4:18, 4:23, 5:1, 5:10, 5:14, 5:19, 5:21, 6:20, 7:7, 7:10, 11:25, 12:13, 12:14, 13:17, 14:7, 14:10, 14:16, 16:21, 17:13, 20:19, 21:25, 25:10, 25:11, 28:7, 29:2, 29:4, 36:4, 37:6, 37:15
**shanks** [1] - 3:12
**shape** [4] - 15:18, 28:12, 29:14, 36:8
**shaped** [27] - 4:14, 5:6, 6:15, 6:16, 6:20, 8:3, 12:13, 13:1, 13:2, 13:6, 14:19, 15:16, 20:12, 23:23, 23:24, 24:18, 24:19, 24:23, 25:20, 26:9, 27:9, 27:13, 28:16, 28:17, 28:24
**short** [1] - 58:11
**shorthand** [1] - 60:18
**shortly** [1] - 56:10
**shoulder** [6] - 12:9, 15:2, 15:5, 15:8, 16:14, 21:1
**show** [18] - 2:4, 7:23, 9:24, 11:4, 11:13, 13:7, 14:1, 14:13, 18:13, 21:18, 23:7, 24:22, 24:24, 26:5, 27:25, 28:14, 33:14, 34:2
**showed** [6] - 7:20, 23:7, 24:3, 26:20, 40:5, 48:22
**shown** [3] - 13:6, 22:19, 38:25
**shows** [3] - 6:15, 23:5, 23:8
**side** [8] - 13:9, 23:22, 32:24, 35:1, 49:14, 50:4, 58:19
**sides** [2] - 36:24,

59:17
**sideways** [5] - 6:13, 6:14, 14:24, 16:8, 27:8
**signed** [1] - 36:15
**significant** [1] - 40:24
**SILVER** [1] - 1:20
**similar** [1] - 30:17
**simple** [1] - 53:6
**simply** [1] - 53:21
**single** [4] - 9:21, 41:11, 41:12, 41:22
**situation** [1] - 54:21
**six** [1] - 53:8
**skill** [1] - 56:1
**skip** [1] - 51:13
**skipping** [1] - 11:19
**slide** [20] - 2:10, 10:19, 26:22, 27:5, 35:2, 36:10, 36:17, 36:20, 37:11, 37:18, 38:3, 38:5, 38:10, 38:23, 39:15, 39:19, 39:25, 40:2, 43:5
**slides** [2] - 7:17, 34:10
**slight** [1] - 20:7
**slightly** [2] - 25:7, 25:16
**slot** [1] - 19:4
**slower** [1] - 47:14
**slowly** [1] - 49:5
**small** [3] - 3:4, 14:11, 22:17
**smaller** [3] - 3:17, 47:7
**sold** [3] - 10:24, 37:13, 40:17
**someone** [1] - 2:4
**sometime** [1] - 58:21
**sometimes** [7] - 4:19, 15:10, 16:4, 22:24, 28:11, 36:5, 58:5
**somewhere** [1] - 45:19
**sorry** [7] - 17:21, 19:17, 23:2, 33:13, 41:9, 45:1, 47:13
**sort** [5] - 9:1, 25:6, 35:4, 39:15, 52:13
**sound** [1] - 52:23
**sounds** [4] - 22:25, 33:18, 33:19, 60:5
**spare** [1] - 2:2
**speaking** [3] - 8:22, 8:23, 42:2
**spec** [1] - 57:9
**specific** [4] - 26:3, 33:23, 52:25, 58:12
**specifically** [1] - 11:2
**specification** [6] -

37:2, 42:13, 43:11, 51:5, 53:13, 53:14
**specify** [2] - 43:12, 43:13
**spend** [1] - 56:4
**SpheRX** [12] - 5:13, 5:18, 8:6, 26:4, 26:6, 38:13, 38:14, 38:20, 39:5, 39:7, 39:8
**SpheRXes** [2] - 2:16, 25:17
**spinal** [11] - 7:25, 11:3, 11:23, 14:5, 17:4, 21:14, 23:11, 24:4, 24:22, 27:4, 32:3
**spine** [6] - 7:15, 8:13, 24:7, 25:24, 27:17, 29:12
**spirals** [1] - 3:9
**spot** [1] - 18:11
**spread** [1] - 5:21
**square** [1] - 42:19
**standard** [3] - 51:11, 51:13, 51:22
**standing** [1] - 58:1
**start** [3] - 10:6, 15:19, 17:13
**STATES** [1] - 1:1
**stating** [1] - 51:15
**stature** [1] - 3:4
**STATUS** [2] - 1:9, 1:11
**stay** [2] - 18:19, 19:24
**stays** [2] - 18:10, 18:12
**Stenotype** [1] - 60:18
**step** [5] - 27:3, 57:15, 59:1, 59:2
**step-by-step** [1] - 27:3
**STEPHEN** [1] - 1:16
**stick** [3] - 9:5, 51:23
**sticking** [1] - 21:13
**still** [8] - 12:24, 18:1, 18:2, 19:21, 19:23, 46:3, 47:19, 49:17
**stipulate** [2] - 56:19, 57:9
**stipulation** [7] - 56:11, 57:2, 57:4, 57:23, 58:13, 59:2, 59:15
**stipulations** [1] - 56:25
**stood** [1] - 53:24
**stop** [11] - 15:22, 16:1, 16:10, 16:20, 17:1, 17:3, 17:21, 20:10, 27:23
**straight** [3] - 48:13, 49:9, 49:19
**strong** [3] - 20:19,

22:15, 23:1

**structure** [21] - 12:12, 15:14, 30:16, 30:17, 30:24, 31:2, 31:3, 31:12, 32:5, 35:8, 35:10, 36:22, 36:23, 37:15, 37:16, 42:14, 42:15, 42:16, 42:17, 42:21, 43:6

**structures** [3] - 13:15, 31:15, 33:22

**stuff** [9] - 11:6, 12:2, 20:22, 25:7, 27:4, 28:5, 29:16, 35:4

**submission** [1] - 50:17

**submitted** [1] - 45:14

**subsequently** [1] - 46:11

**substantially** [1] - 47:7

**substantively** [1] - 51:10

**subtract** [1] - 30:8

**suggest** [1] - 56:13

**support** [2] - 50:22, 50:23

**supposed** [5] - 29:17, 29:19, 44:18, 44:24, 45:2

**surface** [4] - 31:11, 48:15, 49:11, 49:20

**surgeon** [25] - 4:1, 4:2, 5:4, 7:3, 7:6, 7:7, 7:8, 8:1, 8:12, 9:10, 10:22, 13:12, 16:23, 17:7, 17:16, 17:22, 18:24, 19:9, 21:11, 22:3, 22:4, 22:5, 24:15, 28:20, 29:14

**surgeons** [3] - 8:25, 9:4, 21:22

**surgery** [2] - 21:16, 23:11

**surgical** [1] - 22:13

**switched** [1] - 39:7

**sympathetic** [2] - 56:23, 56:24

**system** [2] - 9:16, 10:12

## T

**tabs** [3] - 47:16, 48:25, 49:1

**technical** [5] - 38:12, 38:18, 38:19, 39:17, 39:23

**technique** [1] - 22:14

**technologies** [4] - 21:8, 30:3, 40:7, 43:21

**technology** [12] - 8:10, 23:17, 30:13, 30:20, 30:22, 34:23, 35:13, 39:14, 40:16, 40:23, 40:25, 41:21

**telescoping** [5] - 13:14, 24:8, 24:9, 29:9, 29:15

**term** [2] - 4:6, 35:10

**terminology** [4] - 35:18, 35:23, 37:3, 41:3

**terms** [15] - 3:19, 6:5, 9:12, 9:17, 10:15, 11:6, 23:3, 25:2, 35:3, 50:7, 50:21, 50:25, 51:5, 51:18, 52:7

**THE** [104] - 1:1, 1:2, 2:1, 2:12, 2:20, 2:24, 3:7, 3:21, 4:5, 5:25, 6:3, 6:8, 6:18, 6:25, 7:12, 8:4, 8:20, 9:12, 9:19, 10:1, 10:4, 10:15, 11:8, 12:18, 15:3, 17:11, 17:25, 18:5, 18:15, 18:22, 19:12, 19:19, 21:4, 21:19, 22:4, 22:8, 23:2, 23:10, 23:14, 24:24, 26:14, 26:18, 28:2, 29:11, 29:17, 29:25, 30:6, 30:19, 31:6, 31:18, 31:24, 32:8, 32:16, 33:7, 33:17, 34:1, 34:4, 34:11, 34:14, 34:19, 36:7, 36:9, 41:5, 42:1, 43:8, 44:11, 45:2, 45:8, 45:12, 45:17, 45:24, 46:3, 46:13, 46:18, 46:21, 46:24, 47:13, 48:3, 48:9, 48:16, 49:3, 49:16, 50:2, 50:11, 50:20, 51:6, 51:13, 51:23, 52:9, 53:3, 53:23, 54:14, 55:13, 56:2, 56:22, 57:5, 57:12, 57:21, 57:25, 58:18, 59:20, 60:1, 60:4, 60:6

**thee** [1] - 7:3

**theme** [2] - 9:14, 9:15

**themselves** [2] - 7:2, 47:23

**theoretical** [1] - 33:9

**thereafter** [1] - 55:9

**Thereupon** [1] - 60:11

**thick** [1] - 34:11

**thicker** [1] - 34:12

**thickness** [1] - 18:16

**thicknesses** [1] - 18:18

**thin** [3] - 22:9, 22:14, 22:15

**thinking** [3] - 7:14, 34:15, 48:16

**thinness** [1] - 34:14

**third** [20] - 46:2, 46:7, 48:11, 48:15, 49:11, 49:21, 49:22, 50:25, 51:4, 52:2, 52:3, 52:6, 52:7, 52:14, 52:23, 53:18, 53:20, 54:13, 54:16, 54:17

**thread** [3] - 31:13, 31:14, 35:12

**threading** [1] - 36:24

**threads** [4] - 42:19, 42:20

**three** [6] - 5:13, 21:7, 25:14, 30:2, 40:6, 53:8

**three-piece** [1] - 5:13

**tight** [2] - 28:22, 31:10

**tighten** [1] - 28:25

**today** [1] - 57:22

**together** [13] - 2:8, 6:21, 6:23, 7:5, 7:22, 9:7, 10:13, 10:23, 12:15, 15:18, 38:24, 40:1, 41:3

**TOM** [1] - 1:17

**tomorrow** [2] - 58:22, 59:9

**took** [1] - 32:17

**tool** [33] - 3:5, 10:9, 10:13, 13:7, 13:8, 13:11, 13:14, 13:16, 13:24, 13:25, 14:21, 21:9, 22:19, 22:21, 22:22, 23:19, 23:21, 23:25, 24:2, 24:11, 24:14, 24:16, 24:17, 28:21, 29:8, 29:9, 29:15, 29:20, 32:22, 32:23, 38:6, 38:7

**tool-engagement** [1] - 14:21

**toolbox** [1] - 10:8

**tools** [1] - 10:8

**top** [58] - 3:5, 3:25, 4:3, 4:5, 4:15, 4:16, 4:23, 5:14, 7:6, 7:9, 7:13, 8:3, 11:21,

12:4, 12:8, 12:13, 13:8, 13:11, 13:23, 14:7, 14:10, 14:20, 15:17, 17:1, 17:6, 18:11, 19:22, 20:13, 20:15, 20:17, 20:18, 21:15, 22:2, 23:24, 24:2, 24:11, 24:14, 24:22, 25:9, 25:11, 26:8, 26:11, 28:1, 28:2, 28:13, 28:19, 28:23, 29:2, 29:15, 31:7, 31:9, 31:16, 37:22, 48:25

**top-loadable** [1] - 37:22

**top-loaded** [2] - 25:9

**topic** [2] - 55:15, 56:2

**touching** [2] - 29:1, 29:2

**towards** [1] - 9:2

**TRANSCRIPT** [1] - 1:9

**travel** [1] - 59:24

**tray** [7] - 10:13, 10:17, 10:21, 24:3, 24:5, 28:20

**trays** [3] - 10:8, 10:9, 10:11

**tremendous** [1] - 29:4

**trial** [11] - 7:21, 9:9, 23:3, 23:8, 23:11, 31:1, 43:4, 44:8, 58:3, 58:4, 58:9

**tried** [2] - 32:18

**true** [2] - 3:1, 52:3

**try** [5] - 11:8, 22:10, 28:5, 34:8, 58:22

**trying** [10] - 18:9, 20:3, 33:7, 33:8, 42:5, 42:7, 44:23, 49:25, 54:24, 58:7

**tulip** [10] - 4:13, 4:14, 4:23, 16:24, 28:11, 28:12, 31:8, 36:6, 37:4, 38:8

**turn** [4] - 6:14, 10:6, 10:19, 14:24

**turned** [1] - 6:13

**turns** [2] - 16:8, 23:14

**tutorial** [4] - 2:9, 5:24, 41:24, 44:9

**tutorials** [1] - 42:2

**twist** [21] - 11:10, 11:12, 11:14, 12:16, 12:24, 20:24, 21:8, 30:18, 33:2, 33:3, 34:21, 34:23, 35:9, 35:22, 37:21, 37:25, 40:6, 40:8, 40:16, 40:20, 41:1

**twist-in-place** [19] - 11:10, 11:12, 11:14, 12:16, 20:24, 21:8, 30:18, 33:2, 33:3, 34:21, 34:23, 35:22, 37:21, 37:25, 40:6, 40:8, 40:16, 40:20, 41:1

**twisted** [2] - 12:11, 15:13

**twists** [1] - 20:7

**two** [14] - 2:16, 5:1, 6:9, 6:10, 18:18, 28:7, 34:22, 40:8, 44:20, 47:10, 48:24, 49:1, 59:2

**type** [6] - 3:14, 26:3, 31:14, 42:18

**types** [1] - 8:14

**typical** [1] - 18:15

**typically** [2] - 9:8, 29:21

**typographical** [1] - 51:12

## U

**U-shaped** [27] - 4:14, 5:6, 6:15, 6:16, 6:20, 8:3, 12:13, 13:1, 13:2, 13:6, 14:19, 15:16, 20:12, 23:23, 23:24, 24:18, 24:19, 24:23, 25:20, 26:9, 27:9, 27:13, 28:16, 28:17, 28:24

**U.S** [1] - 60:21

**U.S.D.C.J** [1] - 1:12

**ultimately** [4] - 9:10, 45:22, 55:6, 55:8

**unclear** [2] - 51:3, 55:4

**under** [2] - 12:8, 36:13

**understood** [5] - 7:22, 53:2, 55:5, 57:7, 57:16

**UNITED** [1] - 1:1

**unnecessary** [2] - 59:4, 60:6

**unscrew** [1] - 29:20

**unscrewed** [1] - 29:18

**up** [41] - 5:4, 5:19, 6:10, 7:5, 7:17, 8:24, 10:17, 12:19, 13:2, 13:4, 13:6, 13:12, 14:6, 15:20, 15:21, 16:16, 19:3, 19:5, 20:4, 20:21, 20:23, 20:24, 21:13, 22:5,

25:10, 27:1, 28:25, 29:10, 32:18, 43:5, 47:12, 47:15, 48:22, 48:25, 52:11, 53:14, 53:19, 55:8, 59:15

**upper** [8] - 47:3, 47:4, 47:11, 47:17, 47:23, 48:6, 49:1

**upright** [1] - 49:18

**upward** [3] - 15:2, 15:9, 16:14

**usage** [2] - 4:6, 6:5

**uses** [2] - 32:3, 32:4

## V

**V-type** [1] - 42:18

**vaguely** [1] - 15:3

**valuable** [1] - 22:25

**variation** [2] - 9:14, 9:15

**variety** [1] - 3:12

**various** [4] - 8:25, 9:13, 10:8, 10:17

**version** [6] - 3:24, 6:24, 7:10, 9:6, 35:5

**versions** [1] - 8:16

**vertebra** [1] - 29:13

**vertebrae** [1] - 7:25

**view** [5] - 6:14, 6:15, 39:16, 54:7

**views** [2] - 3:13, 58:4

**vs** [1] - 1:5

**VuePoint** [4] - 2:15, 5:13, 8:6, 25:9

## W

**wait** [1] - 34:4

**walk** [1] - 25:4

**walking** [1] - 29:23

**wants** [11] - 10:22, 13:12, 17:7, 18:3, 18:25, 19:23, 22:3, 24:4, 24:5, 24:6, 29:14

**warner** [1] - 60:15

**Warner** [1] - 60:20

**ways** [2] - 25:7, 55:3

**week** [3] - 30:1, 58:2, 58:3

**weird** [1] - 55:3

**welcome** [1] - 44:8

**well-designed** [1] - 3:9

**wherein** [1] - 37:17

**whichever** [2] - 24:4, 29:14

**whoever's** [1] - 9:1

**whole** [7] - 7:24, 10:12, 14:9, 24:1, 25:24, 27:3, 42:20

**width** [3] - 47:5, 47:7, 47:8

**Wilmington** [2] - 58:21, 59:11

**wire** [5] - 21:12, 21:13, 22:10, 22:24

**word** [5] - 3:8, 6:10, 32:4, 35:19, 54:3

**words** [4] - 28:8, 36:1, 43:7, 48:17

**works** [1] - 53:16

## Y

**year** [1] - 50:15

**yesterday** [1] - 56:7