IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROGER P. JACKSON, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-53 (RGA) |
| | ) |
| NUVASIVE, INC., | ) |
| | ) |
| Defendant. | ) |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions that I have given you in the Court's charge. As used herein, "Dr. Jackson" means Plaintiff Roger P. Jackson, M.D. As used herein, "NuVasive" means Defendant NuVasive, Inc. Please read the instructions below and follow them carefully.

## PART I: DIRECT INFRINGEMENT

**Question 1:** For each of the Accused Products below, did Dr. Jackson prove by a preponderance of the evidence that NuVasive has directly infringed **Claim 9 of the '866 Patent**?

*Answer by checking "YES" (finding for Dr. Jackson) or "NO" (finding for NuVasive) in the chart below.*

| '866 Patent, Claim 9 | | |
|---|---|---|
| Accused Product | Yes (finding for Dr. Jackson) | No (finding for NuVasive) |
| Reline 1601 | | |
| Reline 1451 | | |

**Question 2:** For each of the Accused Products below, did Dr. Jackson prove by a preponderance of the evidence that NuVasive has directly infringed **Claim 39 of the '273 Patent**?

*Answer by checking "YES" (finding for Dr. Jackson) or "NO" (finding for NuVasive) in the chart below.*

| '273 Patent, Claim 39 | | |
|---|---|---|
| Accused Product | Yes (finding for Dr. Jackson) | No (finding for NuVasive) |
| Reline 1601 | | |
| Reline 1451 | | |
| Armada | | |
| VuePoint II | | |

*Please proceed to the next page.*

**Question 3**: For each of the Accused Products below, did Dr. Jackson prove by a preponderance of the evidence that NuVasive has directly infringed **Claim 10 of the '200 Patent**?

*Answer by checking "YES" (finding for Dr. Jackson) or "NO" (finding for NuVasive) in the chart below.*

| '200 Patent, Claim 10 | | |
|---|---|---|
| Accused Product | Yes (finding for Dr. Jackson) | No (finding for NuVasive) |
| Reline 1601 | | |
| Reline 1451 | | |
| Armada | | |
| VuePoint II | | |

**Question 4**: For each of the Accused Products below, did Dr. Jackson prove by a preponderance of the evidence that NuVasive has directly infringed **Claim 9 of the '856 Patent**?

*Answer by checking "YES" (finding for Dr. Jackson) or "NO" (finding for NuVasive) in the chart below.*

| '856 Patent, Claim 9 | | |
|---|---|---|
| Accused Product | Yes (finding for Dr. Jackson) | No (finding for NuVasive) |
| Reline 1601 | | |

*Please proceed to the next page.*

## PART II: INDIRECT INFRINGEMENT – INDUCED INFRINGEMENT

**Question 5**: For each of the Accused Products below, did Dr. Jackson prove by a preponderance of the evidence that NuVasive has induced infringement of **Claim 31 of the '932 Patent**?

*Answer by checking "YES" (finding for Dr. Jackson) or "NO" (finding for NuVasive) in the chart below.*

| Accused Product | '932 Patent, Claim 31 | |
| --- | --- | --- |
| | Yes (finding for Dr. Jackson) | No (finding for NuVasive) |
| Reline 1601 | | |
| Reline 1451 | | |
| Reline 1617 | | |
| Armada | | |

**Question 6**: For each of the Accused Products below, did Dr. Jackson prove by a preponderance of the evidence that NuVasive has induced infringement of **Claim 1 of the '711 Patent**?

*Answer by checking "YES" (finding for Dr. Jackson) or "NO" (finding for NuVasive) in the chart below.*

| Accused Product | '711 Patent, Claim 1 | |
| --- | --- | --- |
| | Yes (finding for Dr. Jackson) | No (finding for NuVasive) |
| Reline 1601 | | |
| Reline 1451 | | |
| Reline 1617 | | |

*Please proceed to the next page.*

4

**Question 7**: For each of the Accused Products below, did Dr. Jackson prove by a preponderance of the evidence that NuVasive has induced infringement of **Claim 9 of the '866 Patent**?

*Answer by checking "YES" (finding for Dr. Jackson) or "NO" (finding for NuVasive) in the chart below.*

| '866 Patent, Claim 9 | | |
|---|---|---|
| Accused Product | Yes (finding for Dr. Jackson) | No (finding for NuVasive) |
| Reline 1601 | | |
| Reline 1451 | | |

**Question 8**: For each of the Accused Products below, did Dr. Jackson prove by a preponderance of the evidence that NuVasive has induced infringement of **Claim 39 of the '273 Patent**?

*Answer by checking "YES" (finding for Dr. Jackson) or "NO" (finding for NuVasive) in the chart below.*

| '273 Patent, Claim 39 | | |
|---|---|---|
| Accused Product | Yes (finding for Dr. Jackson) | No (finding for NuVasive) |
| Reline 1601 | | |
| Reline 1451 | | |
| Reline 1617 | | |
| Armada | | |
| VuePoint II | | |

*Please proceed to the next page.*

**Question 9**: For each of the Accused Products below, did Dr. Jackson prove by a preponderance of the evidence that NuVasive has induced infringement of **Claim 10 of the '200 Patent**?

*Answer by checking "YES" (finding for Dr. Jackson) or "NO" (finding for NuVasive) in the chart below.*

| Accused Product | '200 Patent, Claim 10 | |
| --- | --- | --- |
|  | Yes (finding for Dr. Jackson) | No (finding for NuVasive) |
| Reline 1601 |  |  |
| Reline 1451 |  |  |
| Armada |  |  |
| VuePoint II |  |  |

**Question 10**: For each of the Accused Products below, did Dr. Jackson prove by a preponderance of the evidence that NuVasive has induced infringement of **Claim 31 of the '292 Patent**?

*Answer by checking "YES" (finding for Dr. Jackson) or "NO" (finding for NuVasive) in the chart below.*

| Accused Product | '292 Patent, Claim 31 | |
| --- | --- | --- |
|  | Yes (finding for Dr. Jackson) | No (finding for NuVasive) |
| Reline 1601 |  |  |

*Please proceed to the next page.*

6

**Question 11**: For each of the Accused Products below, did Dr. Jackson prove by a preponderance of the evidence that NuVasive has induced infringement of **Claim 9 of the '856 Patent**?

*Answer by checking "YES" (finding for Dr. Jackson) or "NO" (finding for NuVasive) in the chart below.*

| Accused Product | '856 Patent, Claim 9 | |
| --- | --- | --- |
| | Yes (finding for Dr. Jackson) | No (finding for NuVasive) |
| Reline 1601 | | |
| Reline 1617 | | |

*Please proceed to the next page.*

## PART III: INDIRECT INFRINGEMENT – CONTRIBUTORY INFRINGEMENT

**Question 12**: For each of the Accused Products below, did Dr. Jackson prove by a preponderance of the evidence that NuVasive has contributorily infringed **Claim 31 of the '932 Patent**?

*Answer by checking "YES" (finding for Dr. Jackson) or "NO" (finding for NuVasive) in the chart below.*

| Accused Product | '932 Patent, Claim 31 | |
|---|---|---|
| | Yes (finding for Dr. Jackson) | No (finding for NuVasive) |
| Reline 1601 | | |
| Reline 1451 | | |
| Reline 1617 | | |
| Armada | | |

**Question 13**: For each of the Accused Products below, did Dr. Jackson prove by a preponderance of the evidence that NuVasive has contributorily infringed **Claim 1 of the '711 Patent**?

*Answer by checking "YES" (finding for Dr. Jackson) or "NO" (finding for NuVasive) in the chart below.*

| Accused Product | '711 Patent, Claim 1 | |
|---|---|---|
| | Yes (finding for Dr. Jackson) | No (finding for NuVasive) |
| Reline 1601 | | |
| Reline 1451 | | |
| Reline 1617 | | |

*Please proceed to the next page.*

8

**Question 14**: For each of the Accused Products below, did Dr. Jackson prove by a preponderance of the evidence that NuVasive has contributorily infringed **Claim 9 of the '866 Patent**?

*Answer by checking "YES" (finding for Dr. Jackson) or "NO" (finding for NuVasive) in the chart below.*

| Accused Product | '866 Patent, Claim 9 | |
|---|---|---|
| | Yes (finding for Dr. Jackson) | No (finding for NuVasive) |
| Reline 1601 | | |
| Reline 1451 | | |

**Question 15**: For each of the Accused Products below, did Dr. Jackson prove by a preponderance of the evidence that NuVasive has contributorily infringed **Claim 39 of the '273 Patent**?

*Answer by checking "YES" (finding for Dr. Jackson) or "NO" (finding for NuVasive) in the chart below.*

| Accused Product | '273 Patent, Claim 39 | |
|---|---|---|
| | Yes (finding for Dr. Jackson) | No (finding for NuVasive) |
| Reline 1601 | | |
| Reline 1451 | | |
| Reline 1617 | | |
| Armada | | |
| VuePoint II | | |

*Please proceed to the next page.*

9

**Question 16**: For each of the Accused Products below, did Dr. Jackson prove by a preponderance of the evidence that NuVasive has contributorily infringed **Claim 10 of the '200 Patent**?

*Answer by checking "YES" (finding for Dr. Jackson) or "NO" (finding for NuVasive) in the chart below.*

| '200 Patent, Claim 10 | | |
|---|---|---|
| Accused Product | Yes (finding for Dr. Jackson) | No (finding for NuVasive) |
| Reline 1601 | | |
| Reline 1451 | | |
| Armada | | |
| VuePoint II | | |

**Question 17**: For each of the Accused Products below, did Dr. Jackson prove by a preponderance of the evidence that NuVasive has contributorily infringed **Claim 31 of the '292 Patent**?

*Answer by checking "YES" (finding for Dr. Jackson) or "NO" (finding for NuVasive) in the chart below.*

| '292 Patent, Claim 31 | | |
|---|---|---|
| Accused Product | Yes (finding for Dr. Jackson) | No (finding for NuVasive) |
| Reline 1601 | | |

*Please proceed to the next page.*

10

**Question 18**: For each of the Accused Products below, did Dr. Jackson prove by a preponderance of the evidence that NuVasive has contributorily infringed **Claim 9 of the '856 Patent**?

*Answer by checking "YES" (finding for Dr. Jackson) or "NO" (finding for NuVasive) in the chart below.*

| Accused Product | '856 Patent, Claim 9 | |
| --- | --- | --- |
| | Yes (finding for Dr. Jackson) | No (finding for NuVasive) |
| Reline 1601 | | |
| Reline 1617 | | |

*Please proceed to the next page.*

11

## PART IV: INDIRECT INFRINGEMENT ABROAD

**Question 19**: For each of the Accused Products below, did Dr. Jackson prove by a preponderance of the evidence that NuVasive has indirectly infringed **Claim 31 of the '932 Patent** outside of the United States under 35 U.S.C. § 271(f)?

*Answer by checking "YES" (finding for Dr. Jackson") or "NO" (finding for NuVasive) in the chart below.*

| | '932 Patent, Claim 31 | |
|---|---|---|
| **Accused Product** | **Yes** (finding for Dr. Jackson) | **No** (finding for NuVasive) |
| Reline 1601 | | |
| Reline 1451 | | |
| Reline 1617 | | |
| Armada | | |

**Question 20**: For each of the Accused Products below, did Dr. Jackson prove by a preponderance of the evidence that NuVasive has indirectly infringed **Claim 1 of the '711 Patent** outside of the United States under 35 U.S.C. § 271(f)?

*Answer by checking "YES" (finding for Dr. Jackson") or "NO" (finding for NuVasive) in the chart below.*

| | '711 Patent, Claim 1 | |
|---|---|---|
| **Accused Product** | **Yes** (finding for Dr. Jackson) | **No** (finding for NuVasive) |
| Reline 1601 | | |
| Reline 1451 | | |
| Reline 1617 | | |

*Please proceed to the next page.*

**Question 21**: For each of the Accused Products below, did Dr. Jackson prove by a preponderance of the evidence that NuVasive has indirectly infringed **Claim 9 of the '866 Patent** outside of the United States under 35 U.S.C. § 271(f)?

*Answer by checking "YES" (finding for Dr. Jackson") or "NO" (finding for NuVasive) in the chart below.*

| '866 Patent, Claim 9 | | |
|---|---|---|
| Accused Product | Yes (finding for Dr. Jackson) | No (finding for NuVasive) |
| Reline 1601 | | |
| Reline 1451 | | |

**Question 22**: For each of the Accused Products below, did Dr. Jackson prove by a preponderance of the evidence that NuVasive has indirectly infringed **Claim 39 of the '273 Patent** outside of the United States under 35 U.S.C. § 271(f)?

*Answer by checking "YES" (finding for Dr. Jackson") or "NO" (finding for NuVasive) in the chart below.*

| '273 Patent, Claim 39 | | |
|---|---|---|
| Accused Product | Yes (finding for Dr. Jackson) | No (finding for NuVasive) |
| Reline 1601 | | |
| Reline 1451 | | |
| Reline 1617 | | |
| Armada | | |
| VuePoint II | | |

*Please proceed to the next page.*

**Question 23**: For each of the Accused Products below, did Dr. Jackson prove by a preponderance of the evidence that NuVasive has indirectly infringed **Claim 10 of the '200 Patent** outside of the United States under 35 U.S.C. § 271(f)?

*Answer by checking "YES" (finding for Dr. Jackson") or "NO" (finding for NuVasive) in the chart below.*

| Accused Product | '200 Patent, Claim 10 | |
| --- | --- | --- |
| | Yes (finding for Dr. Jackson) | No (finding for NuVasive) |
| Reline 1601 | | |
| Reline 1451 | | |
| Armada | | |
| VuePoint II | | |

**Question 24**: For each of the Accused Products below, did Dr. Jackson prove by a preponderance of the evidence that NuVasive has indirectly infringed **Claim 31 of the '292 Patent** outside of the United States under 35 U.S.C. § 271(f)?

*Answer by checking "YES" (finding for Dr. Jackson") or "NO" (finding for NuVasive) in the chart below.*

| Accused Product | '292 Patent, Claim 31 | |
| --- | --- | --- |
| | Yes (finding for Dr. Jackson) | No (finding for NuVasive) |
| Reline 1601 | | |

*Please proceed to the next page.*

**Question 25**: For each of the Accused Products below, did Dr. Jackson prove by a preponderance of the evidence that NuVasive has indirectly infringed **Claim 9 of the '856 Patent** outside of the United States under 35 U.S.C. § 271(f)?

*Answer by checking "YES" (finding for Dr. Jackson") or "NO" (finding for NuVasive) in the chart below.*

| Accused Product | '856 Patent, Claim 9 | |
|---|---|---|
| | Yes (finding for Dr. Jackson) | No (finding for NuVasive) |
| Reline 1601 | | |
| Reline 1617 | | |

*Please proceed to the next page.*

## PART V: WILLFUL INFRINGEMENT

If you have found that any Asserted Claim is infringed (by answering "Yes" to any of Questions 1-25) as to any Accused Product, then complete this section.

**Question 26**: Has Dr. Jackson proved, by a preponderance of the evidence, that NuVasive's infringement of the claim listed in the below chart was willful?

| Asserted Patent | Claim | Yes (finding for Dr. Jackson) | No (finding for NuVasive) |
|---|---|---|---|
| U.S. Patent No. 8,353,932 ("the '932 patent") | Claim 31 | | |
| U.S. Patent No. 8,696,711 ("the '711 patent") | Claim 1 | | |
| U.S. Patent No. 9,788,866 ("the '866 patent") | Claim 9 | | |
| U.S. Patent No. 10,722,273 ("the '273 patent") | Claim 39 | | |
| U.S. Patent No. 10,335,200 ("the '200 patent") | Claim 10 | | |
| U.S. Patent No. 9,808,292 ("the '292 patent") | Claim 31 | | |
| U.S. Patent No. 11,051,856 ("the '856 patent") | Claim 9 | | |

## PART VI: INVALIDITY

If you have found that any Asserted Claim is infringed (by answering "Yes" to any of Questions 1-25) as to any Accused Product, then complete this section.

**Question 27:** Did NuVasive prove, by clear and convincing evidence, that the claim listed in the below chart is invalid due to obviousness?

| Asserted Patent | Claim | Yes (finding for NuVasive) | No (finding for Dr. Jackson) |
|---|---|---|---|
| U.S. Patent No. 8,353,932 ("the '932 patent") | Claim 31 | | |
| U.S. Patent No. 8,696,711 ("the '711 patent") | Claim 1 | | |
| U.S. Patent No. 9,788,866 ("the '866 patent") | Claim 9 | | |
| U.S. Patent No. 10,722,273 ("the '273 patent") | Claim 39 | | |
| U.S. Patent No. 10,335,200 ("the '200 patent") | Claim 10 | | |
| U.S. Patent No. 9,808,292 ("the '292 patent") | Claim 31 | | |
| U.S. Patent No. 11,051,856 ("the '856 patent") | Claim 9 | | |

*Please proceed to the next page.*

17

## **UNANIMOUS VERDICT**

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

We, the jury, unanimously agree to the answers to the above questions and return them as our verdict in this case.

Date: _____    Foreperson: _____