IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROGER P. JACKSON, M.D.,

        Plaintiff,

v.

NUVASIVE, INC.,

        Defendant.

Civil Action No. 21-53-RGA

## TRIAL VERDICT

The jury having deliberated on the claims and affirmative defenses asserted at trial, and the jury having reached a verdict, judgment is entered for Plaintiff Roger P. Jackson, M.D., and against NuVasive Inc., that NuVasive has infringed five of Dr. Jackson's patents, namely, the '273 patent, the '200 patent, the '856 patent, the '711 patent, and the '932 patent; and judgment is entered for NuVasive and against Dr. Jackson that NuVasive's infringement of the five patents was not willful and that NuVasive does not infringe two more of Dr. Jackson's patents, namely, the '866 patent and the '292 patent.

IT IS SO ORDERED this 29th day of April 2025.

_____
United States District Judge